Page 1

1 THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3 In the Matter of:        )

4                          ) File No. D-03809-A

5 MEDIATRIX CAPITAL, INC.  )

6

7 WITNESS:  Michael S. Young

8 PAGES:   1 through 404

9 PLACE:    Securities and Exchange Commission

10       Byron G. Rogers Federal Building

11       1961 Stout Street, Suite 1700

12       Denver, Colorado  80294

13 DATE:    Wednesday, April 10, 2019

14

15     The above-entitled matter came on for hearing,

16 pursuant to notice, at 9:05 a.m.

17

18

19

20

21

22

23

24       Diversified Reporting Services, Inc.

25       (202) 467-9200

---

Page 2

1 APPEARANCES:

2 On behalf of the Securities and Exchange Commission:

3     JEFFREY D. FELDER, ESQ.

4     KIMBERLY L. FREDERICK, Assistant Regional Director

5     TRACY W. BOWEN, CPA

6     U.S. Securities and Exchange Commission

7     Byron G. Rogers Federal Building

8     1961 Stout Street, Suite 1700

9     Denver, Colorado  80294-1961

10     (303)844-1107/felderj@sec.gov

11

12 On behalf of the Witness:

13     GREGORY D. DiMEGLIO, ESQ.

14     Stradley Ronon Stevens & Young, LLP

15     1250 Connecticut Avenue, N.W., Suite 500

16     Washington, DC 20036

17     (202)419-8401/gdimeglio@stradley.com

18     GABRIELLA LEYHANE, ESQ. (via telephone)

19     Stradley Ronon Stevens & Young, LLP

20     191 North Wacker Drive Suite 1601

21     Chicago, Illinois 60606

22     (312)964-3508/gleyhane@stradley.com

23

24 Also Present:

25     Kate Mailliard, Intern

---

Page 3

1              C O N T E N T S

2

3 WITNESS:                 EXAMINATION

4 Michael Young                 3

5

6 EXHIBITS:   DESCRIPTION:           IDENTIFIED

7 1      Form 1662               4

8 2      Subpoena                9

9 3      Preservation letter      10

10 4      Mr. Young's background        13

11        questionnaire

12 5      Mr. Young's resume          80

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT**

**1**

---

Page 4

1          P R O C E E D I N G S

2        (SEC Exhibit No. 1 was marked for

3 identification.)

4      MR. FELDER:  On the record on April 10,

5 2019 at 9:05 a.m.  Could you please raise your

6 right hand?

7 Whereupon,

8          MICHAEL YOUNG

9 was called as a witness and, having been first duly sworn

10 was examined and testified as follows:

11          EXAMINATION

12      BY MR. FELDER:

13    Q   Can you please state and spell your full name for

14 the record?

15    A   Michael Stephen Young.  M-I-C-H-A-E-L,

16 S-T-E-P-H-E-N, Y-O-U-N-G.

17    Q   Okay.

18        And we introduced ourselves before we went

19 on the record, but I'll just say it again.  My

20 name is Jeffrey Felder.  This is Kimberly

21 Frederick, Tracy Bowen, and then Kate Mailliard.

22 And Kate is an intern here at the SEC.

23        We are officers -- well, with the

24 exception of Kate, we are officers of the United

25 States Securities and Exchange Commission for the

Page 5

1 purposes of this proceeding.  This is an
2 investigation by the United States Securities and
3 Exchange Commission in the matter of Mediatrix
4 Capital, Inc., D-03809 to determine whether there
5 have been violations of certain provisions of the
6 federal securities laws.  However, the facts
7 developed in the investigation might constitute
8 violations of other federal or state civil or
9 criminal laws.
10        Mr. Young, before we get into the
11 substance here, I'm going to tell you a few
12 things about how we're going to proceed today.
13 So first of all, the staff controls the record.
14 What that means is that the court reporter will
15 only go off the record at our request.  So if you
16 need to use the restroom, if you need to confer
17 with counsel, something of that nature, you'll
18 want to make the request of us or you can just
19 tell counsel and he'll make the request to us,
20 and if it's a good time to stop, we'll go ahead
21 and go off the record.  I'll provide that
22 instruction --
23    A   Okay.
24    Q   -- to the court reporter at that time.
25        Along those lines if you need a break,

Page 6

1 you're -- you know, if you need to use the
2 restroom or you need a break, it's fine to ask
3 for that.  Just let us know.  We'll stop at a
4 convenient time for that.  And I expect that
5 we'll probably take a break halfway through the
6 morning, we'll break for lunch, and then we'll
7 probably take a break at some point, one or two
8 breaks in the afternoon.
9        Have you ever had a deposition taken
10 before, given testimony, testified in court?
11    A   No.
12    Q   Okay.
13        This is your first experience with a court
14 reporter?
15    A   Yes, it is.
16    Q   So the court reporter is going to be taking
17 down every single word that everyone in the room says,
18 and therefore it's important that we not talk over
19 each other.  So I'll ask a question -- she can't
20 take down if we're talking at the same time -- so
21 then you'll respond, and I will do my best to not
22 interrupt you, and so please also try not to
23 interrupt me just for the sake of the court
24 reporter.
25        She also -- she also can't take down

Page 7

1 nonverbal things, so if you nod your head, she
2 can't take that down.  So if I ask you a yes or
3 no question, you'll have to say yes or no.
4    A   Understood.  Okay.  Thank you.
5    Q   And if you don't understand a question, it's
6 important that you let me know.  Is that okay?
7    A   Yes.
8    Q   And the reason for that is, a transcript is
9 going to be produced at the end of the session today,
10 and it's important that the questions and the
11 answers be clear, and that if you didn't
12 understand something, you were given an
13 opportunity to clarify that.  And then, you know,
14 we can reask the question or try to get an
15 understanding as to why you don't understand the
16 question.
17        So prior to the opening of the record,
18 you were provided with a copy of the Formal Order
19 of Investigation in this matter.  It's sitting in
20 front of you right now.  You -- it will be
21 available for your review during the course of
22 the proceeding.
23        Have you had an opportunity to review the
24 Formal Order?
25    A   Yes, I have.

Page 8

1    Q   Do you have any questions about the Formal
2 Order?
3    A   No.
4    Q   Okay.
5        You were also provided with a copy of SEC
6 Form 1662, which has been marked as Exhibit 1.
7 You were provided with that prior to the opening
8 of the record, and you were given an opportunity
9 to review it.
10        Have you had an --
11    A   Yes, I have.
12    Q   -- opportunity to review it?  Do you have
13 questions concerning Exhibit 1?
14    A   No.
15    Q   Mr. Young, are you represented by counsel?
16    A   Yes.
17        MR. FELDER:  And could counsel please
18 identify himself?
19        MR. DiMEGLIO:  Sure.  Greg DiMeglio with
20 Stradley Ronon in Washington, D.C.; and on the
21 phone, Gabby Leyhane, also with Stradley, in our
22 Chicago office.
23        MR. FELDER:  So for counsel appearing
24 telephonically, Ms. Leyhane, could you confirm
25 that you are representing the witness here today?

Page 17

1    Q    What year was that?

2    A    I believe it was somewhere in that '07/'08 time

3 frame.  I apologize.  It's out of mind, out of

4 heart, and it was an unhappy moment.

5    Q    And did you and Ms. Brochero live here in

6 Colorado?

7    A    We did.

8    Q    I take it that's her maiden name?

9    A    That's correct.

10    Q    Do you know if she kept your last name or if

11 she --

12    A    I have no idea.

13    Q    Question No. 10, list the names, ages and

14 occupations of your parents and siblings.  I see

15 that you listed everyone but not their names.

16 Could you just go through and provide us with the

17 names?

18    A    Excuse me.  Sorry.  My mom's name is Clotilde,

19 C-L-O-T-I-L-D-E, Young.  My father is Walter

20 Young, and my brother is also Walter Young.

21    Q    Is that Walter Young, Junior?

22    A    Third.  My dad is junior.

23    Q    Question No. 11, thank you for the clarification

24 regarding the fact that you were in Puerto Rico

25 this past summer.  Looking at the address, 5406

Page 18

1 South Cottonwood Court in Greenwood Village,

2 Colorado, it says that you lived there from

3 June 2018 to January 2019.  Is that right?

4    A    That's correct.

5    Q    And do you still have an ownership or lease of

6 that property?

7    A    Yes.

8    Q    But you're not currently residing there?

9    A    Correct.

10    Q    And do you plan to return and spend some portion

11 of the year residing there?

12    A    That's not decided yet.  It's possible.

13    Q    Is the house vacant right now?

14    A    It is.

15    Q    And 330 Dorodo Beach East, that's your current

16 residence?

17    A    Correct.

18    Q    Is that a property that you own?

19    A    It's a property that my -- an LLC of my trust

20 owns.  I lease from the trust.  I don't own it.

21    Q    Okay.  Sorry.  You said an LLC of your trust?

22    A    Right.  So I don't own it in title.

23    Q    Sure.  Could you just describe that ownership

24 structure for us?

25    A    We placed it into trust essentially, so it would

Page 19

1 be owned by trust for property, basically for

2 asset protection and/or just to keep it for our

3 children long-term if we decide to stay there

4 long-term.

5    Q    And so how does the LLC tie into that?

6    A    It -- that was the recommendation of how to

7 purchase the property and put it into trust in a

8 separate LLC.  If somebody were to hurt

9 themselves, it would be the LLC that would be the

10 owner as opposed to the trust, is how we were

11 advised.

12        MR. DiMEGLIO:  By the way, Mr. Felder,

13 may I just interject for one second.  So to the

14 extent today that you get asked a question where

15 you are providing -- potentially providing legal

16 advice you got, you should not do that.

17        THE WITNESS:  Okay.

18        MR. DiMEGLIO:  I'm not saying that's

19 what happened there, but in the event that that's

20 what happened, you want to be mindful of that.

21        THE WITNESS:  Okay.

22        BY MR. FELDER:

23    Q    So who holds the title for the property?  Is it

24 the LLC, or is it the trust?

25    A    The LLC.

Page 20

1    Q    And what's the name of the LLC?

2    A    Casa Conejo.

3    Q    Could you spell that?

4    A    C-A-S-A, C-O-N-E-J-O.

5    Q    And is that a Puerto Rico entity?

6    A    Yes.

7    Q    And it's an LLC?

8    A    Yes.

9    Q    Is it Casa Conejo, LLC?

10    A    Yes.

11    Q    Is anyone else involved in the management or

12 ownership of that LLC other than you?

13    A    My wife and I.

14    Q    And when did Casa Conejo acquire 330 Dorodo Beach

15 East?

16    A    I believe it was last June.  End of May or early

17 June.

18    Q    Did you live at least part of the year in Puerto

19 Rico prior to that?

20    A    Prior to?

21    Q    Prior to when you acquired 330 Dorodo beach East

22 through Casa Conejo?

23    A    We spent a summer before in 2017 there.  Not in

24 that unit, but we lived there, meaning in Puerto

25 Rico, or are you talking about the actual house?

Page 21

1   Q   In Puerto Rico.
2   A   Yes.  We --
3   Q   Have you ever lived anywhere else in Puerto Rico?
4   A   Yes, yes.
5   Q   And can you give the address of the place that you
6  lived in Puerto Rico prior to the current address?
7   A   124 Dorodo Beach East.
8   Q   Did you own that as well through yourself or an
9  entity?
10   A   No.
11   Q   That was a rental property?
12   A   Yes.
13   Q   And when was the last time that you stayed there?
14   A   I believe May of 2018.  At the time that we
15  purchased this, I was staying there.
16   Q   How long was the rental for that property in
17  Puerto Rico?  What was the duration?
18   A   A year.
19   Q   So from May 2017 approximately until May 2018?
20   A   It may -- it may be a little bit longer than a
21  year.  I don't know the exact lease date, but
22  it -- that's approximate.  Probably April --
23  March/April/May of the prior year likely.
24      MS. FREDERICK:  Before we move on, just
25  on the Greenwood Village house, do you own that

Page 22

1  house?
2      THE WITNESS:  It's owned by the trust.
3      MS. FREDERICK:  Okay.  And is it -- what
4  is the name of the trust that owns the house?
5      THE WITNESS:  That's called Hase Haus.
6      MS. FREDERICK:  Okay.  Please spell
7  that.
8      THE WITNESS:  Yes.  H-A-S-E, H-A-U-S.
9      MS. FREDERICK:  Okay.  Thank you.
10      THE WITNESS:  And that's an LLC.
11      MS. FREDERICK:  Okay.  And aside from
12  yourself, are there any members of that LLC?
13      THE WITNESS:  Just my wife and I.
14      MS. FREDERICK:  Thank you.
15      THE WITNESS:  Thank you.
16      BY MR. FELDER:
17   Q   I'm going to ask about category 13, so telephone
18  numbers and communication services.  So you listed
19  a what you said is a residential cell.  I assume
20  that means it's a cell phone?
21   A   It's a cell phone.
22   Q   And that's your personal cell phone?
23   A   Yes.
24   Q   How long have you had that number?
25   A   I don't -- I can't tell you exactly.  It's been a

Page 23

1  while.
2   Q   More than ten years?
3   A   I couldn't be exact, but it's been a long time.
4  More than I remember.
5   Q   And how long have you been using Skype?
6   A   I couldn't give you an exact on that either.  For
7  years.  I don't remember when I downloaded that
8  program.
9   Q   Did that -- did using Skype coincide with starting
10  to work with Mediatrix, or did it predate that?
11   A   Predated that.
12   Q   And you said you switched from AT&T to T-Mobile
13  several years ago.  Do you recall roughly when
14  that was?
15   A   No.  I think it was two years ago.  It -- perhaps
16  2016.
17   Q   Moving on to category 14.  14 asked for the URL
18  for all websites, and so you said Mediatrix
19  Capital, Inc., but that's -- the URL would be the
20  website address --
21   A   Okay.
22   Q   -- so could you provide that website address?
23   A   Yes.  I believe it's MediatrixCapital.com.
24   Q   And so in your response in 14, that's what you
25  were talking about, MediatrixCapital.com?

Page 24

1   A   Yes.
2   Q   When you say you did not create this site, do you
3  mean you didn't physically design the website; you
4  hired a web designer?
5   A   Correct.
6   Q   What about the content on the website, so the
7  words on the website; did you create that content?
8   A   Some of it.
9   Q   Who else created the content?
10   A   SCG Limited.
11   Q   And who was SCG Limited?
12   Q   Who is SCG Limited?
13   Q   No, who -- what is the person's name who works --
14   A   Doug Fathers.
15   Q   So Mr. Fathers and you are principally responsible
16  for the words that are contained on the
17  MediatrixCapital.com website?
18   A   Correct.
19   Q   Is there anyone else, other than you and
20  Mr. Fathers, who created the content for that
21  website?
22   A   I can't recall exactly.  There may have been.
23   Q   And is SCG Limited, are they -- is website design,
24  is that one of the services that they provide?
25   A   I don't know exactly.  I know what SCG does.  I

Page 33

1    Q   What email did you use for Mediatrix's business
2 prior to the creation of the MediatrixCapital.com
3 email address?
4    A   I would not have.
5    Q   So just looking at some materials that we reviewed
6 in advance of today, it seems that the managed
7 accounts for Mediatrix Capital started sometime
8 around late 2013.  Does that sound right?
9    A   No.  The managed accounts specifically would have
10 started more towards March of 2016.  The trading
11 was one of my partners and a handful of Marines
12 that were basically friends and family, and those
13 were managed accounts, but not specifically when I
14 was involved.
15   Q   Okay.  So what I understand has been publicized as
16 performance results that date back, for instance,
17 probably at this point to early 2014 or late 2013,
18 what performance results were those?
19   A   Those were based on the capital of Bryant Sewall,
20 who was a partner, and several Marines he was --
21 or were deployed underneath him that he was
22 trading for as well.  So that's a live track
23 record prior to us going out for institutional
24 participation.
25   Q   Okay.  And other than those -- do you recall how

Page 34

1 many individuals it was that Mr. Sewall was
2 trading for, the Marines?
3    A   I don't know.  I don't know.  I couldn't tell you
4 exactly.
5    Q   Two or ten or 20?
6    A   Less than ten.  More than two.
7    Q   When was the first time that Mediatrix -- that its
8 business expanded beyond those fewer than ten
9 people?
10   A   2016.
11       MS. FREDERICK:  For the individuals that
12 Mike Stewart or Brian Sewall (sic) was trading
13 with prior to 2016, do you know approximately how
14 much money was involved?
15       THE WITNESS:  Very small.  I mean, I
16 don't know exactly.  It was under several hundred
17 thousand.
18       MS. FREDERICK:  Okay.
19       THE WITNESS:  Yeah, it was very small,
20 because of the nature of being servicemen, they
21 didn't, you know -- and just a correction.  It's
22 Bryant with a T.
23       MS. FREDERICK:  Bryant, thank you.
24       THE WITNESS:  Not -- I don't want to
25 correct you.  I'm just saying, because there's a

Page 35

1 Brian as well that we work with, just to make sure
2 there's not a --
3       MS. FREDERICK:  Thank you.
4       THE WITNESS:  -- confusion.  Excuse me.
5    BY MR. FELDER:
6    Q   So prior to 2015, if you were emailing with
7 Mr. Sewall or anyone else regarding the business
8 that you just described, what email address would
9 you have used?
10   A   Prior to 2015, I would have used Triduum, but that
11 was mostly Mike Stewart and Bryant would have been
12 communicating at that point versus me directly to
13 Bryant.  Even today, he and I have limited
14 interaction.
15   Q   So for instance, if you were working on the
16 business plan or otherwise just getting ready to
17 launch Mediatrix prior to 2015 and you were
18 communicating with Mr. Stewart or Mr. Sewall, that
19 would have -- if it occurred, it would have been
20 on the TriduumFinancial.com email address?
21   A   It did not occur.  So the launch of the company
22 would have been in 2015 where it formally
23 organized as a partnership truly to go out and
24 present an opportunity to VCPs and international
25 clients.

Page 36

1    Q   How about discussions of the development of the
2 business plan or the -- what I understand to be
3 the algorithmic trading.  If there was discussions
4 about that in 2013 or 2014, what email address
5 would you have used?
6    A   That would not have been me, so it would have been
7 none.
8       MS. FREDERICK:  I believe on the resume
9 that was provided in connection with Exhibit 4, it
10 lists 2013 as your start date --
11      THE WITNESS:  Correct.
12      MS. FREDERICK:  -- with Mediatrix
13 Capital.
14      THE WITNESS:  Right.
15      MS. FREDERICK:  Can you explain, if you
16 weren't involved in these discussions, what were
17 you doing in 2013 and 2014?
18      THE WITNESS:  So with Mike Stewart -- we
19 came together -- I came together with Bryant
20 through Mike Stewart.  So in the -- in the genesis
21 of this, we were looking at trading strategies.
22 So Mike and I had one, you know, idea of what we
23 wanted to create, and then Bryant came in, and
24 then the whole thing morphed and changed into what
25 we've built and what we've created essentially.

Page 37

1    We were looking at physical delivery,
2 which is a form of currency exchange as well,
3 which is, you know, there's a 10 million euro
4 invoice that needs to be changed to U.S. dollars.
5 That would be -- we were doing physical delivery
6 work together, and Bryant was trading
7 algorithmically.  Mike knows Bryant for many
8 years, and so he would consult with Bryant on the
9 algorithmic development, because they're both
10 very good traders, and a lot of that formulation
11 would have come between those two.  I am not a
12 trader.
13    MS. FREDERICK:  And I'm sure Jeff will
14 get into all of that as we go forward.  I was
15 just -- to the extent you were doing anything
16 regarding what you refer to on your resume in 2013
17 through 2015, what were you doing regarding
18 Mediatrix Capital at that time?
19    THE WITNESS:  Very little.  Consulting
20 with Mike.  Mike and I were looking at ways to
21 expand what we were doing in physical delivery,
22 which would be going to spot trading.
23    MS. FREDERICK:  And you believe all
24 those communications were done over the phone?
25    THE WITNESS:  Would be Triduum.  Would

Page 38

1 be Triduum.  But he asked specifically to Bryant
2 Sewall, as I understood the communication to
3 Bryant Sewall was the question.
4    MS. FREDERICK:  Okay.  Well, just to
5 clarify then.  So any email communications
6 regarding Mediatrix between 2013 and 2015 would
7 have been through your Triduum --
8    THE WITNESS:  That's the only email
9 address I had at that time.
10    MS. FREDERICK:  Thank you.
11    THE WITNESS:  Thank you.  Sorry.
12    BY MR. FELDER:
13    Q   So you also mentioned Facebook and LinkedIn.  You
14 said Facebook is social and LinkedIn is business.
15 Do you use Facebook to communicate with people
16 using the Facebook messenger feature?
17    A   Rarely, but yes.
18    Q   Do you ever use that to communicate with people
19 about Mediatrix business?
20    A   No.  I don't do anything on Facebook for business
21 at all.
22    Q   And how about LinkedIn?  I understand it also has
23 a messaging feature.  Do you ever use that
24 messaging feature to communicate with people about
25 Mediatrix's business?

Page 39

1    A   I get -- I get people communicate with me or they
2 outreach to me, so yes, but I don't actively use
3 that outgoing.
4    Q   So you have -- you've had conversations with
5 people about Mediatrix's business using the
6 LinkedIn message feature?
7    A   Yes.
8    Q   And moving on to 16, you reference WhatsApp and
9 Signal.  Could you tell me what you use WhatsApp
10 for?
11    A   Really what you find -- what I have found is
12 internationally, people will use those services
13 because they're free calling, essentially, so
14 you're not paying tolls.  So it's common in
15 various parts of the world.  Some people prefer
16 WhatsApp, some people prefer Signal, and some
17 people prefer Skype.
18    So it's really just a method of if a
19 prospect or a client says, you know, can we
20 WhatsApp, you WhatsApp.  So I've had those two --
21 those two services for that reason.  And WhatsApp
22 I use to communicate with my family in Panama,
23 and so I use that socially as well.
24    Q   Do you use the WhatsApp messaging feature for
25 business, or do you just use the calling feature?

Page 40

1    A   Both.
2    Q   And how about Signal, same question?
3    A   I guess both.  Very -- Signal is much rarer, but
4 both.
5    Q   And have you taken -- have you taken any steps to
6 preserve the LinkedIn messages, the Signal, or the
7 WhatsApp messages, other than making sure that you
8 don't, you know, delete the apps themselves?
9    A   No, because I don't know how to preserve, other
10 than just not to touch them.  So they've been
11 preserved because I have not done anything to the
12 contrary, but I wouldn't know what and how to do
13 that for those particular services.
14    Q   You obviously have a LinkedIn under your name?
15    A   Yes.
16    Q   And then there's a LinkedIn for Mediatrix and also
17 the Mediatrix Fund?
18    A   There is for Mediatrix, and I believe there is for
19 the Fund.
20    Q   And who created the LinkedIn under your name?
21    A   I did, and I also have somebody that's done
22 touch-up on it, graphics and stuff like that.
23    Q   How about the LinkedIn for Mediatrix Capital?
24    A   I believe we, as in Mike Stewart and myself, did
25 that initially, and then the same person who

Page 53

1    A    No.

2    Q    And how did you meet Mr. Stewart?

3    A    I was introduced to him by, you know, somebody

4    that I don't even remember who the person was at

5    this point.  It was years ago.  Somebody made the

6    introduction to Mike Stewart to me, specifically.

7    Q    Did Mr. Stewart live in Colorado at that point?

8    A    No.

9    Q    Has he ever lived in Colorado?

10    A    Not to my knowledge.

11    Q    So -- and my understanding was he might have lived

12    in Arizona at that point?

13    A    I believe so.

14    Q    So do you know how you would have met him when you

15    were living in Colorado, and he was living in

16    Arizona?

17    A    Yeah, by phone -- I mean, by conference calls,

18    introductions.

19    Q    And were you guys -- you guys meaning you and

20    Mr. Stewart, were you in the same line of business

21    back in 2009?

22    A    No.

23    Q    Moving on to the next entity, LMBS, LLC, formed in

24    2014?

25    A    That was me forming it for somebody.  So I think

Page 54

1    on record it shows me as the person forming it,

2    but I believe that was Art Linthicum who was the

3    owner of that LLC.

4    Q    And are you involved in the business at all?

5    A    Not at all.

6    Q    Nassau New York, LLC?

7    A    Yes.  Nassau, New York --

8    Q    I should clarify.  It's Nassau NY, LLC.

9    A    Yes.

10    Q    Go ahead.

11    A    Yes.  That was an entity where our shares were

12    held for Big Star Energy Services.  Me,

13    personally, those would be my shares held in that

14    LLC.

15    Q    And is that LLC still active in any way?

16    A    I don't believe -- there's nothing happening if --

17    no, because the business is closed.

18    Q    Patriot Contracting & Reclamation, LLC, formed in

19    2015?

20    A    I can't remember if I formed that, but that was

21    part of a -- oil field services industry,

22    which was rock crushing work.

23    Q    Is that business still operating?

24    A    No.

25    Q    When did that business stop operating?

Page 55

1    A    Definitely within a year -- within months of when

2    it was opened it.

3    Q    Did --

4    A    Was -- go ahead.

5    Q    Did it ever generate any revenue?

6    A    Yes.

7    Q    Approximately how much?

8    A    Under 100,000.

9    Q    TF Alliance, LLC, a Colorado entity formed in

10    2017?

11    A    TF Alliance was formed for the trust and that

12    was --

13         MR. DiMEGLIO:  Is it okay if he

14    consults?

15         MS. FREDERICK:  Yeah, let me just

16    clarify.

17         THE WITNESS:  Okay.

18         MS. FREDERICK:  I appreciate you're

19    trying to be earnest --

20         THE WITNESS:  Yes.

21         MS. FREDERICK:  -- but when there's a

22    question pending, unless you have a question about

23    whether you're going to tell us privileged

24    material, you need to provide the answer.

25         THE WITNESS:  Okay.

Page 56

1         MS. FREDERICK:  You know, after a break,

2    we'll ask if there's anything you need to clarify,

3    and you can do that then.

4         THE WITNESS:  Sure.  Okay.  So it was

5    pursuant to what I was told earlier by my counsel,

6    which is why I was going to clarify, but that was

7    an LLC that was formed for the trust.

8         BY MR. FELDER:

9    Q    And does that LLC still exist?

10    A    It does.

11    Q    Does it have assets?

12    A    It does not.

13    Q    What's its current purpose?

14    A    It has no current purpose.

15    Q    Island Technologies, LLC?

16    A    Island Technologies is the holding company for

17    Mediatrix Capital and Blue Isle Markets.

18    Q    Who owns Island Technologies?

19    A    Island Technologies is owned by LLCs of the trusts

20    of myself, Mike Stewart and Bryant Sewall mainly.

21    Q    Are there other owners?

22    A    There are two -- I'll give you the configuration

23    of Island Technology.  There are -- both companies

24    roll up, Mediatrix Capital.  Island Technologies

25    is a FinTech.  That's the development arm of what

Page 57

1 we do. It develops the algorithms. It develops
2 the stuff that's used in Blue Isle Markets, and
3 then it pushes that technology out to Mediatrix
4 and to Blue Isle Markets.
5      So there's -- effectively internally
6 what we would consider two asset classes or share
7 classes; the A being revenue that flows up from
8 Mediatrix, the B side would be revenue that flows
9 up from Blue Isle.
10      And Blue Isle has a slightly different
11 ownership structure than Mediatrix.
12 Approximately 88 percent of Blue Isle Markets is
13 owned by the trusts of myself, Mike Stewart and
14 Bryant Sewall through those LLCs. And then
15 Mediatrix Capital would be exclusively those same
16 LLCs for Mike Stewart, Bryant Sewall and myself.
17      And the delineation exists to -- you
18 know, for -- basically to show the revenue stream
19 for an exit strategy that we have. We want to be
20 very clear to any potential buyers as to, you
21 know, what that revenue stream looks like and
22 what the technology is, et cetera, so it was
23 formed for that reason.
24   Q   Did you say that Blue Isle is 88 percent owned,
25 did I hear that right, by Island Technologies?

Page 58

1   A   It's 100 percent owned by Island Technologies.
2   Q   Okay.
3   A   But what I was saying was there's different owners
4 in those share classes of Island Technologies.
5   Q   And other than the trusts of you, Mr. Stewart and
6 Mr. Sewall, are there any other owners?
7   A   There are three other owners on the Blue Isle side
8 shares of Island Technologies.
9   Q   Okay. Who are those people?
10   A   One is my brother, one is my best friend; they
11 each have 1 percent. And then we had an investor
12 that funded Blue Isle who owns 9.99 percent.
13   Q   Could you give us the names of your best friend
14 and then also the other investor whose name we
15 don't know yet?
16   A   Sure. It's Mike Baker, Michael Baker, Walter
17 Young, and then Seldon Young through Arual LLC is
18 the owner of that entity, of that stock.
19      MS. FREDERICK: How do you spell that?
20      THE WITNESS: A-R-A-U-L.
21      MS. FREDERICK: A few times today you've
22 referred to the trust.
23      THE WITNESS: Mm-hmm.
24      MS. FREDERICK: What is the name of the
25 trust or the entity that you're referring to? Can

Page 59

1 you describe that?
2      THE WITNESS: My trust?
3      MS. FREDERICK: Yes.
4      THE WITNESS: Salvae Regina.
5      BY MR. FELDER:
6   Q   And what's the name of Mr. Stewart's trust?
7   A   I don't know the name of -- I don't know the name
8 of his trust. I'd have to -- I'm not sure.
9   Q   And how about Mr. Sewall's trust?
10   A   Same. I think I know what it is, but I'm not
11 100 percent positive. I know what their LLCs are
12 so --
13      MS. FREDERICK: So what are the LLCs of
14 that trust --
15      THE WITNESS: Okay.
16      MS. FREDERICK: -- on your part that own
17 Blue Isle?
18      THE WITNESS: Okay. West Beach, LLC.
19      MS. FREDERICK: And what is the LLC that
20 owns Mediatrix?
21      THE WITNESS: Well, that would be the
22 same. It's the same.
23      MS. FREDERICK: The same.
24      THE WITNESS: So it owns -- so there's
25 two different classes, what we would call classes

Page 60

1 of ownership. One that pertains to the revenue
2 stream for Mediatrix. The other pertains to the
3 revenue stream of Blue Isle. The only reason why
4 we have that is because there are -- we had an
5 investor early on in Blue Isle, so he doesn't have
6 any ownership of Mediatrix.
7      So at the holding company level where
8 we developed the technology, we have to delineate
9 that revenue stream so that they're properly
10 compensated, particularly whenever we sell our
11 business. But my LLC would own both shares.
12      MS. FREDERICK: And just to clarify, who
13 was the investor?
14      THE WITNESS: Seldon Young.
15      MS. FREDERICK: Okay. Thank you.
16      BY MR. FELDER:
17   Q   Where does Mr. Young live?
18   A   Utah.
19   Q   Are you related to Mr. Young?
20   A   He's my first cousin.
21   Q   Okay. And Island Technologies is a Puerto Rico
22 LLC; is that correct?
23   A   It's a Puerto Rican C Corp.
24   Q   Puerto Rican C Corp.
25   A   C Corp.

Page 141

1  why we just flat out let him go. So I'm thinking
2  he was basically developing people to refer
3  business to him specifically, not to us.
4      Q    So we've been talking about Mediatrix Capital, and
5  when I'm talking about Mediatrix Capital, I'm
6  talking about Mediatrix Capital, Inc. --
7      A    Okay.
8      Q    -- the entity, I understand it, to be formed in
9  Belize; is that your understanding?
10     A    It was initially formed in Belize, but it's a
11 Bahamian corporation. It's been moved to the
12 jurisdiction of the Bahamas.
13     Q    Okay. So the entity that was originally formed in
14 Belize and is now a Bahamian corporation known as
15 Mediatrix Capital, Inc., I'm going to generally
16 refer to it as Mediatrix Capital. Is that okay?
17     A    That's fine.
18     Q    So I think you testified that you currently work
19 for Mediatrix Capital. Am I getting that right?
20     A    Correct.
21     Q    And so are you considered an employee of Mediatrix
22 Capital?
23     A    Yes.
24     Q    Can you tell me exactly what Mediatrix Capital is?
25     A    Mediatrix Capital is, to use your term, an adviser

Page 142

1  under the definition you used earlier in this
2  testimony, in such that we provide algorithms to
3  provide execution strategies for trading
4  currencies for clients.
5      Q    And other than creating those algorithms and
6  providing the trading for clients, does Mediatrix
7  Capital do anything else?
8      A    No.
9      Q    What products are available from Mediatrix
10 Capital?
11     A    Just the algo trading.
12     Q    And in what format is the algo trading available,
13 such as the fund, managed accounts, and anything
14 else?
15     A    You know, it's managed accounts is really our
16 focus. We started a fund back in, I think 2016,
17 but we're -- we're a managed account company. So
18 it's just the algo trading.
19     Q    And when you say just the algorithmic trading, is
20 that the same trading that occurs in the managed
21 accounts and the fund?
22     A    Same strategy.
23     Q    Does Mediatrix Capital do anything else, other
24 than the fund and the managed accounts?
25     A    No.

Page 143

1      Q    Are there -- are there multiple different types of
2  managed accounts, or is a managed account just --
3  just one single type of product that's offered to
4  investors?
5      A    Can you maybe rephrase that?
6      Q    Sure. So I might open an account with a bank, and
7  they might have different types of accounts;
8  right? An account that comes with a debit card, a
9  savings account that doesn't. Just different
10 types of accounts. Is the managed account a
11 single type of account, or are there multiple
12 account products that are available?
13     A    Good. Thank you. Okay. So there is one account
14 available now. Prior, we had two strategies that
15 were available to clients.
16     Q    So can you describe those two strategies and then
17 also differentiate between which one is active and
18 which one is not?
19     A    Yes. So there was what we called in-house, our
20 terms currency only, a currency system, and the
21 currency system trade has the ability to trade 30
22 concurrent currency pairs. We had another system
23 we had been testing and working on spot gold and
24 spot silver to add those into the currency system,
25 which we called our metals system.

Page 144

1          And that shortly thereafter we offered
2  the two choices to clients. If they wanted, you
3  know, to also have activity with gold, they could
4  do that, and we've now deactivated currency only,
5  although technically they all trade gold now in a
6  limited capacity.
7      Q    There were two account types, one that had
8  currencies and one that had currencies plus spot
9  gold and spot silver?
10     A    Correct. Silver was deactivated almost instantly.
11 It was way too volatile, and it wasn't something
12 we felt safe with.
13     Q    Are there customers who were still in the currency
14 plus spot gold strategy?
15     A    Yes. The accounts that would be open now but
16 they're trading the same strategy, so they may
17 have -- we have clients that may have three
18 accounts, two accounts, because they may have
19 split up deposits into each strategy.
20          Every client now knows and has been
21 notified that it's a single strategy, but there
22 are two different accounts that they still have,
23 and they will trade differently still. So in a
24 monthly basis, they will never look the same, if
25 that makes sense.

Page 145

1    Q   Why is that, that they will trade differently?

2    A   It has to do with the allocations for each

3 individual standalone account. So, you know, when

4 you're -- when we were trading gold, there may be

5 at the time that we would have gone to a single

6 solution, the gold may have had a higher use of

7 equity than what would the currency only be, and

8 so then as they start trading the same solution,

9 the manager that manages all the single managed

10 accounts, that software, is going to look at each

11 individual account to know this can't take these

12 trades because the equity exposure is too high so

13 this can trade.

14        This goes to an exit only strategy

15 until the equity percentages drops, this trade,

16 so there's always going to be an imbalance

17 because it's never going to be exact because of

18 that.

19    Q   And we're going to talk about the -- we're going

20 to talk about the algorithm later, and I don't

21 want to get into too much detail about that now,

22 but I do want to follow up and get an

23 understanding about what you just said, which is

24 that none of the accounts are going to look the

25 same. I guess I had assumed that if the algorithm

Page 146

1 was trading the accounts, that it would be placing

2 the same trades across the accounts. Is that --

3 am I understanding that wrong?

4    A   Yes and no. So it would depend on -- so for

5 instance, if an account starts on the same day,

6 then it's going to be exact, because all of the

7 allocations are the same. If you're coming in

8 with a brand new account and you -- and

9 essentially what we would call building the book

10 up, the system just doesn't trade because there's

11 available equity. It looks for specific signals,

12 it looks for specific qualifiers to execute.

13        This may have no equity use because

14 it's a new -- it's a new account. There may be

15 legacy accounts that have exposure to, you know,

16 to our what we self-impose as our limit of equity

17 usage. These will convert to an exit only

18 strategy, will not take new trades. These

19 accounts however, can take new trades, because

20 they're not at that max use of equity. And

21 that's all done by the software manager that's

22 called a PAM.

23    Q   When was the time period that -- that if a

24 customer was signing up with Mediatrix, they would

25 be presented with these two different types of

Page 147

1 managed accounts?

2    A   Initially it was -- it was just currency, and then

3 I believe in two thousand -- late -- maybe 2016 or

4 early 2017, maybe it was when we introduced the

5 metal system.

6    Q   Was that an affirmative selection that the

7 customer had to make upon opening the account to

8 select one portfolio versus -- or one strategy

9 versus the other?

10    A   Yes.

11    Q   Is the account type itself different in any other

12 way, other than the assets that it was allowed to

13 invest in?

14    A   No.

15    Q   How is it that you came to be involved with

16 Mediatrix?

17    A   Through Mike Stewart.

18    Q   And when was that?

19    A   Well, officially, we put this thing together in

20 2015.

21    Q   And what were the initial conversations that you

22 and Mr. Stewart had back in 2015 regarding your

23 involvement?

24    A   Well, it would start with obviously conversations

25 in my awareness of what was going on with Bryant

Page 148

1 prior, and it was a discussion around the success

2 that he had with his specific system and the

3 ability of that track record and the success of

4 that system that this is very commercially viable.

5 It was also simultaneously with the formation of

6 Blue Isle, so those discussions were about

7 Mediatrix and Blue Isle.

8    Q   And when Mr. Stewart -- did Mr. Stewart approach

9 you, or did you approach him to discuss Mediatrix?

10    A   I don't know who approached who. The

11 conversations were had at some point, the

12 conversation would have developed around, hey,

13 this is something special.

14    Q   So you were aware that Mr. Sewall was involved in

15 the trading and that he'd been successful?

16    A   Yes.

17    Q   So you and Mr. Stewart have these initial

18 conversations in 2015. What was discussed about

19 what your role would be at Mediatrix?

20    A   Well, my role being a non trader and a non algo

21 developer would be more of basically providing the

22 branding, the brand identity and interfacing with

23 clients. So for me, most of what I do is client

24 interface. Unless it's technical, and then that

25 goes through Blue Isle. Or if it's statement

Page 149

1 issues or trade questions that go through the
2 statements, Blue Isle handles that.
3        But in terms of capital introduction,
4 that would be my -- under my purview. I'm also
5 involved in -- on the compliance side, looking at
6 international, what boundaries we can -- where we
7 can go, where we can't go, and so I take, you
8 know, some responsibility in looking into that as
9 well.
10    Q   Okay. So your roles are limited compliance, some
11 sales, interfacing with clients, and then a little
12 bit on the operations as well?
13    A   No operations.
14    Q   No operations?
15    A   No operations.
16    Q   So no -- you were not involved at all in the
17 trading?
18    A   Correct.
19    Q   Are you involved at all in -- from the operations
20 side as far as the technology, the platform,
21 interfacing with some of the vendors who supply
22 those things; are you involved in any of that?
23    A   No.
24    Q   So tell me -- tell me day-to-day what your
25 responsibilities were in those initial days, 2015

Page 150

1 and probably into 2016, what your day-to-day
2 responsibilities were.
3    A   Well, in 2015, it was really brainstorming how we
4 want to structure. So it was discussions around
5 how to roll out, what the best way of rolling out
6 would be. It was also looking into jurisdictions
7 to put the companies, to form the companies, where
8 to operate from. And then it turned from that to
9 the branding of the actual company and then, you
10 know, taking it to market so to speak.
11        So it was -- I mean, there's a lot to
12 setting this up. I mean, the algos are the
13 algos, and that took years in the development
14 process. Then it comes into what we've
15 developed, which is this is not an overnight
16 process, so there was a lot.
17    Q   Was the business plan already in place when you
18 came on board, or did you have a hand in creating
19 that business plan for Mediatrix?
20    A   The three partners had a hand in that.
21        (Ms. Mailliard exited.)
22    BY MR. FELDER:
23    Q   And who came up with the name?
24    A   I did.
25    Q   What does the name mean?

Page 151

1    A   Mediatrix is an -- I would call it an ancient
2 reference to Mary the mother of Jesus, so
3 Mediatrix, Mary is considered -- is Mediatrix.
4    Q   So you said the three of you, you, Mr. Stewart and
5 Mr. Sewall, developed the business plan?
6    A   Yes.
7    Q   Was that in 2015?
8    A   And to the present.
9    Q   Has the business plan changed at all --
10    A   Yes.
11    Q   -- since 2015?
12    A   It evolved.
13    Q   How has it changed?
14    A   And I'm sorry for talking over you. The -- it has
15 to do with on the commercial side. So with the
16 formation of Blue Isle was a critical piece for
17 us, in order to -- as a defensive shield, I would
18 say, as a defensive structure.
19        So the implementing of Blue Isle, the
20 growing of the actual liquidity available to us
21 evolves, the usage of the actual prime broker
22 we've chosen. We have a secondary prime broker
23 we're now moving to as well because of our
24 volume. And as -- I mean, there's a lot of
25 structure at the operational level that I hear

Page 152

1 about, but I'm not directly involved in, but all
2 of those conversations are significant.
3        Compliance discussions with our PB.
4 You know, there's quarterly face-to-face
5 meetings, because they are heavily regulated.
6 You know, strategic targets of where we want --
7 you know, what parts of the world we want to
8 develop. Even positioning ourself really for our
9 exit is sort of where we're positioning moving
10 our business mind right now so to -- you know,
11 how to structure in a proper way so that we can
12 exit the company successfully.
13    Q   So why was -- but I think you said that Blue Isle
14 was brought in as part of those changes; is that
15 correct?
16    A   Blue Isle was formed, I should say. That's a
17 better term.
18    Q   Sure.
19    A   Yeah.
20    Q   So following creating the initial business plan in
21 2015, Blue Isle was formed?
22    A   Correct.
23    Q   And Blue Isle was part of the evolution of the
24 Mediatrix business?
25    A   Yes. Let's just say that they're side by side.

Page 153

1  It protects Mediatrix substantially.  Blue Isle
2  has -- Blue Isle is a prime of prime.  It's
3  essentially a liquidity provider.  It is -- from
4  the perspective of being a prime of prime, meaning
5  it's a broker, it's not -- a broker-dealer, it
6  sits in the middle so that we can actually see
7  pricing.
8       And what the important aspect of that
9  is, because what we've learned in the past,
10  particularly Bryant, is that most major banks are
11  market makers.  Most major prime brokers who are
12  not banks are market makers.  So a market maker
13  has the ability to front run you, whether it's
14  legal or illegal, they do it all the time.  And
15  that's why you see these banks being fined bills.
16  They do it whether it's -- they do it.
17       They manipulate their exits, so you'll
18  see that if you're exiting at a certain price
19  point, you may get slipped on the price ladder
20  three or four positions and exit with a very
21  small gain or loss when you should have exited at
22  a profit.
23       They will manipulate stop losses, and
24  you will see that certain price exits did not
25  actually exist on a pricing chart.  And you see

Page 154

1  these types of activities that are absolutely
2  commonplace, and that's a problem for algorithmic
3  trading, because when you're looking at pure math
4  or pure rules models, you can't afford to exit
5  and have, you know -- while we consider this to
6  be nefarious, although there is no law against
7  it, it is.  They're basically manipulating the
8  price to the advantage of whoever the PB is.
9       Blue Isle sits in the middle of this,
10  and we have pure pricing.  We can see everything.
11  There can't be any manipulation as a result of
12  that, because we're given access to see that, and
13  that's a key thing for us from a defensive
14  structure.
15       Having credit lines into the prime
16  broker's dark pool, and when I say dark pool,
17  what that means is that they are an ECN broker --
18  I'm getting a little more detailed; I don't know
19  if you want all this -- an ECN is an electronic
20  communication network, and that is a specific
21  type of prime broker that is not permitted to
22  market make, so they can't cheat legally.
23       And in so doing, they provide
24  aggregated liquidity, and they have like a
25  wheel -- I think of it as a wheel -- and at the

Page 155

1  hub is the execution pricing.  All the spokes are
2  the various banks and liquidity providers that
3  are submitting electronic bid and ask, okay.
4       So Blue Isle has the ability to tie
5  directly into that specific liquidity pool so
6  there can't be any interference on price.
7  There's no manipulation.  So it's -- I mean, it's
8  very important.
9    Q   So I'm going to try to summarize what you said so
10  I understand.  Really what I want to understand is
11  what purpose Blue Isle serves, and what I think
12  that I heard is that Mediatrix had a concern that
13  its prime broker Divisa would be engaging in
14  certain business practices that would harm
15  Mediatrix's algorithmic trading, and as a result,
16  Mediatrix created Blue Isle to serve as a layer in
17  between that algorithmic trading and Divisa to
18  avoid the potential harm from Divisa; is that
19  correct?
20    A   Okay.  Partly correct.  Divisa -- Divisa is an ECN
21  brokerage, which means they cannot harm, okay.  So
22  Divisa is -- so it's all about trust but verify,
23  right, so we're not just going to trust somebody
24  with the amount of money that we trade that
25  they're an ECN brokerage because they're licensed

Page 156

1  to be that.  So having that Blue Isle and having
2  access to that pricing is an absolute verification
3  of pure pricing.
4       Divisa or Equiti is an exceptional
5  prime broker.  We've had very, very good
6  relations with them, but they are not a market
7  maker, so we weren't going into it thinking these
8  guys are going to harm us.  License would say
9  they can't.
10       Now, they also -- you know, Mike
11  Stewart has been in the business for a long time,
12  Brian King has been in the business for a long
13  time, and there's not a lot of guys that have
14  been in there for 20 years in that industry.  And
15  so they had known guys at different, you know,
16  PBs that have worked together, so there was a
17  familiarity at the highest levels already that,
18  oh, I know that guy.  And they could verify, you
19  know, who we are and we knew who they were, so we
20  went with them because purely they were ECN
21  brokers.  But we weren't concerned that they were
22  going to harm us, but we weren't going to allow
23  that anyway.
24    Q   If Equiti isn't -- because it's an ECN broker --
25  isn't able to engage in any of the conduct that

1 you previously described as nefarious, what is the
2 purpose of creating Blue Isle?
3     A    One is that we have our own private credit lines
4 that go into the pool, and what that effectively
5 does -- now this is coming out of my expertise, so
6 I'm giving you my understanding of this, which is
7 in those credit lines we were trading, no other
8 traders are aggregating volume into that. So we
9 don't have potential noise. Let's call it noise.
10 You've got a highway that's all yours. You don't
11 have 30 cars driving and doing this all competing
12 for the same bid and ask. So that's one.
13        The absolute ability to validate pure
14 pricing, huge for us. Whether we trust them or
15 not, it's irrelevant. FXCM is a brokerage firm,
16 one of -- probably the largest retail brokerage
17 firm who had claimed to be an ECN and who was
18 stealing from clients, and they were actually
19 kicked out of the United States. That was the
20 largest ECN brokerage, in quotes, and look what
21 they did.
22        So we have a relationship we trust, but
23 we're not -- you know, we've got -- you know, we
24 have a responsibility to make sure that can't
25 happen. Our algorithms also sit within the

1 servers of Blue Isle, which is a major concern
2 for us from a perspective of safeguarding our IP.
3 So we don't want to just stick our IP at Credit
4 Suisse or at JP Morgan when they absolutely have
5 counter algo teams, and so it's really also about
6 protecting our IP.
7     Q    The pricing information that comes into Blue Isle,
8 where does that come from?
9     A    It comes through Divisa Capital, through their ECN
10 network.
11    Q    So now I'm confused, because I thought you said
12 you didn't necessarily trust the pricing
13 information from Equiti, also known as Divisa, but
14 now you're saying that the pricing information
15 actually comes from them?
16    A    But it's direct into the pool. So the pool is the
17 communication network that is just -- let's just
18 call it it's just throwing the things out there.
19 We're not going through them to see what pricing
20 Divisa is offering. We're straight into the pool.
21 So we're straight into the ECN itself.
22    Q    So if I were to look at the pricing information
23 that is displayed on Blue Isle's software
24 platform, it would potentially be different than
25 the pricing information that Divisa or Equiti is

1 able to offer their customers?
2     A    It would in theory -- this is a question for one
3 of my other partners to answer, but I will answer
4 that it will be different, because there's always
5 a markup on the trading. As a ECN brokerage,
6 since they don't market make, they don't make
7 their profits by taking it out of your pocket.
8 They have a straight through processing, so it's a
9 transactional fee essentially. And depending on
10 your size or what you negotiate, that
11 transactional fee is going to be different.
12        So the pricing that we see would
13 include the transactional fee straight on the
14 screen, so we don't get billed, the clients don't
15 get billed. It's in the spread that we just
16 trade through, and that is absolutely going to be
17 different client by client. And we're a large
18 client, so we have very aggressive pricing.
19    Q    Is Equiti unable to display different pricing for
20 different clients?
21    A    I can't -- I don't know.
22    Q    So -- because it sounds to me like what's
23 happening is the pricing information is coming to
24 Blue Isle, and Blue Isle has some preferential
25 pricing because it's a large client of Equiti, and

1 that pricing is displayed on Blue Isle's
2 computers; is that correct?
3     A    I don't know how that -- how that whole thing
4 transacts.
5     Q    Okay. And what I'm still really trying to
6 understand here is what is the advantage to having
7 Blue Isle serve as the intermediary? Because it
8 seems like if Equiti can provide preferential
9 pricing to their large clients, they could provide
10 that directly without the need for Blue Isle?
11    A    No, they can't. They can't work -- they can't
12 work with individual customers. Otherwise it
13 would be residential -- or retail. And retails
14 are very different rules, very different leverage
15 requirements. There's AML issues with working
16 directly to the clients, so no, it's not that
17 simple in currency.
18    Q    Yeah, and to clarify, I didn't mean that Equiti
19 could offer retail customer accounts. I meant
20 that Equiti could offer pricing to Mediatrix the
21 same way it's offering the pricing directly
22 through Blue Isle. Is that -- is that not true,
23 or do you not know the answer to that?
24    A    I don't know the answer to that. We're not a
25 brokerage, though. That's the problem. Mediatrix

Page 173

1     Q    I'd like to know just generally how big it is, how
2   many offices there are, how many people work there
3   on a day-to-day basis, whether the office is
4   shared with any other entities, what kind of a
5   building it's in, things like that.
6     A    Okay.  So it's a co-located office, because Blue
7   Isle and Mediatrix are connected like this, so
8   Mediatrix and Blue Isle share that location.  It's
9   in a -- it's in a nice building in the sort of the
10  financial district right outside of Nassau called
11  Fort Montagu.  It is a -- an office that has three
12  specific offices, an assembly room, and a
13  conference area specifically.
14          There -- I mean, there's tons of
15  computer screens, lots of trading screens.
16  Clients will fly in from around the world to look
17  at the algos, to watch certain functionalities,
18  to speak specifically to Mike or Bryant on some
19  of the technical aspects, so we do host meetings
20  there regularly.
21          Bryant is -- and Mike Stewart are
22  typically there.  Aaron will be there if
23  Bryant -- Aaron will be there if Mike Stewart is
24  there.  Sometimes Patrick Parham comes up.  Brian
25  King will fly in and out of there, and then I go

Page 174

1   up as needed, and typically that happens when we
2   have clients coming in from Europe, clients
3   coming in from Asia, you know, to see -- you
4   know, I'm their contact, so I'll show up for
5   those types of meetings.
6     Q    For Bryant Sewall, does he generally work out of
7   that office location in the Bahamas?
8     A    He actually currently works between the Ukraine
9   and the Bahamas.
10    Q    How much time does he spend working out of the
11  office in the Bahamas?
12    A    I don't know.  I couldn't give you an exact number
13  of that.  He's a resident -- both Mike and Bryant
14  are residents of the Bahamas.  So his -- it's a
15  complicated answer, Jeff, because he's only in the
16  Ukraine because his wife, she -- for whatever
17  reason, they can't give her citizenship yet or
18  entry into the United States.  They've been
19  married now for a year and a half or something, so
20  he goes between the Bahamas and the Ukraine
21  because she doesn't have entry yet into the United
22  States.
23    Q    And how much time does Mr. Sewall spend in Texas?
24    A    Well, I think in the last couple years, next to
25  none.  I know he was there when his father died, I

Page 175

1   think he was there for a few months, because
2   his -- I think they were -- they were married for
3   60 years.  I think his mom was having a real hard
4   time.  So he moved down there.  I don't know if he
5   was with his sister or if he was living with his
6   mom, but outside of that, he doesn't -- he's not
7   there.  Prior to that, he was in Europe and the
8   Bahamas, and today it's between Europe and the
9   Bahamas.
10    Q    And how about Mr. Stewart; does he generally work
11  out of the office location for Mediatrix Capital
12  in the Bahamas?
13    A    A lot.
14    Q    And how much time does he spend there?
15    A    I don't know.  I don't know.
16    Q    More than 50 percent of the year?
17    A    I think he -- I'm thinking, although I could be
18  totally wrong --
19          MR. DiMEGLIO:  Well, then don't.  If
20  you're totally wrong, that's totally speculative.
21  Don't even bother.
22          THE WITNESS:  Okay.  I --
23          BY MR. FELDER:
24    Q    Do you generally know -- do you speak to
25  Mr. Stewart on a regular basis?

Page 176

1     A    Yeah, I do, but I don't -- our conversations don't
2   usually go to where are you today.  You know, I
3   just assume most the time he's down there, you
4   know.
5     Q    Do you know how frequently he travels back to the
6   United States to Arizona where I understand he
7   lived for a long time?
8     A    Infrequently, and typically would be for family
9   stuff.
10    Q    So if I were to ask Mr. Stewart, do you know if he
11  would describe his permanent residential location
12  as the Bahamas?
13    A    I would -- I would have to expect that's his
14  answer because he's a resident there, but I don't
15  know.  I can't speak for him.  I'm sorry.
16    Q    Yeah.  And with respect to Mr. Sewall, do you have
17  an understanding as to where he considers to be
18  his principal residence?
19    A    I would expect his answer would be the same, but
20  he's sort of shoehorned with the issue with his
21  wife, so -- but Bahamas is his formal residency,
22  yes.
23    Q    And Mr. Sewall, when he's in Ukraine, does he have
24  an office location there for Mediatrix?
25    A    I don't know.  I've never asked him, you know,

Page 221

1  brokerage.  So he will handle all of the
2  compliance discussions with them face to face on a
3  quarterly basis, and they have daily phone calls
4  on all kinds of activity that's going on.  So he's
5  very much involved in that side.  Brian King would
6  be too.
7       As it pertains to Mediatrix, because he
8  has, you know, more experience with that than I
9  do, he's also involved.  Brian King is really our
10  brain behind that.  My involvement has been in
11  being present in discussions with expertise on
12  what we can and can't do.
13    Q    And so what are -- what are Mr. King's specific
14  compliance responsibilities?
15    A    So he will -- he will look at specifically
16  documents and make sure that, you know, the
17  documents are worded properly.  He will -- he will
18  interface with, for instance, the New Zealand
19  authorities.  He will interface and has with the
20  Cayman authorities, interfacing with the Abu Dhabi
21  authorities.  He interfaces with the -- with
22  Equiti, with Divisa Capital on a daily basis as
23  well, because of, you know, for all kinds of
24  reasons.
25       So he's -- I mean, he's really sort of

Page 222

1  an interface in that way.  And as it goes to
2  compliance, a lot of what he has to do is more
3  around what the restrictions are in terms of
4  margin uses as the laws change.  So we see lots
5  of law changes, and so he's -- you know, he's --
6  he has to participate with that on behalf of our
7  prime broker.
8    Q    Do the New Zealand authorities who regulate Blue
9  Isle, do they require that Blue Isle have written
10  compliance policies and procedures?
11    A    I believe so.
12    Q    And does Blue Isle have written compliance
13  policies and procedures?
14    A    Yes.
15    Q    What topics are covered in the compliance policies
16  and procedures?
17    A    Any money laundering rules and sets.  We have also
18  business continuity plan, and I believe there is
19  disaster recovery strategy as well, contingency
20  legacy plans, I believe, and I didn't do those, so
21  there may be more behind that as well.
22    Q    Who is responsible for creating those policies and
23  procedures?
24    A    My understanding is that Brian King was heading
25  that, but then that also would fall under the

Page 223

1  purview of whatever counsel in those jurisdictions
2  that the application process was going through.
3    Q    Does Mediatrix Capital have compliance policies
4  and procedures?
5    A    Yes, we do.  They would be the same -- under the
6  same heading.  So we have an anti money laundering
7  policy, and we've got business continuity strategy
8  in plan, and disaster recovery strategy, yes, we
9  do.
10    Q    And is Mr. King also the person who prepared any
11  policies that relate to -- policies and procedures
12  that relate to Mediatrix?
13    A    He was who had given them to me.  So my -- I can't
14  say for sure if he was 100 percent author of those
15  or if it was in part with the attorney.
16    Q    I assume you're familiar with the term "custody of
17  assets"?
18    A    I think I know what that means.  Would you like to
19  define it, if you wouldn't mind, please?
20    Q    Sure.  So there can be numerous firms involved in
21  the investment process.  For instance, in the
22  United States there could be an investment adviser
23  where they are providing advice regarding
24  investments.  However, they don't physically have
25  cash or securities or commodities in their direct

Page 224

1  control.  They're housed at another firm.
2       So for instance, you could have your
3  IRA with some brokerage firm.  However, you could
4  have some other person at a different firm who
5  provides advice on how that should be invested.
6  Does that make sense?
7    A    That would be my understanding, yes, thank you.
8    Q    Okay.  Does Mediatrix have custody of any investor
9  assets?
10    A    No.
11    Q    Does Blue Isle have custody of any investor
12  assets?
13    A    No.
14    Q    Is there any point in the investment process when
15  Blue Isle, even if it's for a short period of
16  time, takes custody of investment assets, either
17  during the funding, distribution or closing of an
18  account?
19    A    Yes.
20    Q    Describe the points at which Blue Isle would have
21  custody of those customer assets.
22    A    So the account funding would fund through Blue
23  Isle, and then those funds credit to the client's
24  account, and those funds are then moved to Divisa
25  Capital -- or Equiti.

Page 225

1   Q   Okay.  When the -- when the assets, customer
2   assets, are in the custody of Blue Isle, where are
3   they housed?
4   A   Currently they would be at ANZ Bank, and then
5   they -- I mean, in very short order as soon as
6   those funds are released, they would be moved to
7   Equiti.
8   Q   ANZ Bank, that's a New Zealand bank?
9   A   Yes.
10   Q   Are there other bank accounts that Blue Isle
11   either currently uses or has used to receive and
12   then disburse investor funds?
13   A   Yes.
14   Q   What accounts are those?
15   A   Okay.  Prior it was a Erste Group, which is a bank
16   called Ceska sporitelna, C-E-S-K-A,
17   S-P-O-R-I-T-E-L-N-A.  And that has since moved to
18   ANZ Bank, because they're a bigger bank.  And we
19   also have -- Blue Isle has an account that's
20   opened with no assets in it at Kiwibank as well.
21   Q   So there are three bank accounts that have existed
22   to receive customer funds for Blue Isle -- or I'm
23   sorry, two.  The ANZ Bank and the Ceska sporitelna
24   account?
25   A   Yes.  Kiwibank exists but has not taken funds.

Page 226

1   Q   Okay.  Are there other bank accounts that Blue
2   Isle has that don't take investor funds that serve
3   some other purpose; payroll, operations, whatever
4   the case may be?
5   A   Yes.
6   Q   And where are those accounts?
7   A   Same order.  It would be -- it would have been at
8   Ceska sporitelna would have had an operating
9   account, which would not receive client funds.
10   And then ANZ Bank as well has an operating
11   account, and then a client -- and then a receipt
12   account, I guess if you could call it that.
13   Q   Is there -- so in the Ceska sporitelna account for
14   the -- where the investor funds would transit
15   through, is there other business operation
16   activity in that account?
17   A   Not on -- not where client funds go into.
18   Q   When was the Ceska sporitelna account opened?
19   A   I'm going to -- it would have been March 2016.  That
20   would have been where we initially started to
21   receive client funds through.
22   Q   Was there any earlier account that ever received
23   client funds that were being funded for managed
24   accounts?
25   A   No.

Page 227

1   Q   So that initial investor in the managed account
2   who invested in the first quarter of 2016, did
3   that investor send his or her money to the Ceska
4   sporitelna account?
5   A   Would have.
6   Q   When was the Ceska sporitelna account closed and
7   transferred to the ANZ Bank?
8   A   I believe the transition was -- it was this year,
9   and I believe it was either February or March when
10   we transitioned.
11   Q   Was there a reason for the transition?
12   A   The -- yes.  There's -- ANZ is a top 50 bank.
13   Ceska sporitelna, although great banking
14   experience, is just smaller.  And so we were
15   having numerous USD wires that were either kicking
16   back or that were being held at the correspondent
17   level if it was going through standard charter
18   bank.  And that was a -- and I believe that their
19   concern with -- again, with USD wires is FATCA
20   based.  So it became, you know -- it became more
21   of an operational concern for us.  ANZ does not
22   have that problem.
23   Q   With Ceska sporitelna, did you say where they're
24   based?
25   A   They're in the Czech Republic.  They're in Prague

Page 228

1   in Europe.
2   Q   How did you select the Czech Republic as the
3   banking location for Blue Isle?
4   A   Excellent question.  So it was -- Mike -- Mike set
5   up the Blue Isle domicile in the banking, and
6   honestly I can't remember which -- there are
7   brokers that will handle that, they will help you
8   establish it, and will introduce you to banks that
9   will do the line of work that you are in.
10   As U.S. passport holders, very
11   difficult to get a U.S. operating account or an
12   operating account for any business, particularly
13   foreign exchange, because of how much, you know,
14   how much money comes in and out.  Ceska
15   sporitelna is and was open to forex brokerage and
16   U.S. passport holders more importantly.
17   Q   So the contractor who Mr. Stewart was working with
18   who introduced him to Ceska sporitelna as a
19   potentially good bank to do business with, who was
20   that contractor?
21   A   I don't know.  I don't know his name.  I didn't
22   deal directly with him.
23   Q   Do you know what services that person or entity
24   provided?
25   A   The domicile incorporation, and part of that was

Page 241

1   A   Correct.
2   Q   -- and Mr. Stewart and Mr. Sewall are earning?
3   A   Correct.
4   Q   Does Blue Isle have a brokerage account anywhere?
5   A   Securities or stock type of account you mean?
6   Q   No.  Any asset class.
7   A   Yes.
8   Q   Tell me what brokerage accounts Blue Isle has?
9   A   It's at Equiti, Divasa.
10   Q   And is that -- is that brokerage account for
11   receiving profits or fees from the trading of
12   customer assets at Divasa and then holding that
13   prior to a distribution to the owners?
14   A   It's -- I don't know how they structure that, but
15   the brokerage account is that it's a prime broker.
16   So all of the assets that we have under management
17   reside there, so that's a brokerage account that
18   I'm referring to.
19   Q   Okay.  And I want to make sure I understand how
20   the accounts actually work.  So when a customer of
21   Mediatrix who has decided to invest in a
22   separately managed account, when that customer
23   invests, they get an account number; is that
24   correct?
25   A   That's correct.

Page 242

1   Q   And the account number, is that generated by Blue
2   Isle, or is that generated by Equiti?
3   A   It's generated by Blue Isle, and that number swims
4   up to Equiti, and then that's enumerated at Equiti
5   as well.  And in the MT4, which is the execution
6   software, and at the PAM level, which is the
7   actual allocation manager.  So all those numbers
8   are everywhere.  They're in four different --
9   three different companies.
10   Q   And when the assets are held at Equiti, are they
11   held in a single omnibus account that's then
12   separated somehow with reference to the Blue Isle
13   account numbers?
14   A   Yes.
15   Q   And describe how that works.
16   A   Not my expertise, not my daily function.  With
17   that, what I understand is that the omnibus
18   account is structured so that each client's
19   account number is partitioned, each allocation,
20   each profit and loss as it pulls is credited or
21   debited from each one of those accounts inside of
22   the omnibus account.
23   Q   And that happens at the Equiti level, not at the
24   Blue Isle level?
25   A   That's correct.

Page 243

1   Q   Other than the omnibus brokerage account that Blue
2   Isle has with Equiti, does Blue Isle have any
3   other brokerage accounts?
4   A   We -- we just opened a new brokerage relationship
5   with Advanced Markets, which is I believe those
6   client fund accounts are going to Macquarie Bank.
7   And this was very recent, and this allows clients
8   to have a tri-party lockdown account, standalone.
9   Q   What's the difference from an investor perspective
10   of having their money with Equiti versus Advanced
11   Markets?
12   A   It's either the same, or if it's a substantial
13   customer, they have their own bank account that
14   they can look into the actual bank account of, in
15   addition to getting the daily statements from Blue
16   Isle.
17   Q   Where is Advanced Markets located?
18   A   They're a Cayman Island corporation.
19   Q   And are they also a prime broker for commodities
20   or currencies?
21   A   Currencies.  They may do other things, but they're
22   mostly just forex spot currency.
23   Q   And when you say they're somehow associated with
24   Macquarie, what's the relationship there?
25   A   Macquarie, I don't know if they're 49 percent or

Page 244

1   51 percent owner, but they're a large stakeholder
2   in that business.
3   Q   Are you still going to be directing new managed
4   accounts to Equiti, or are you going to be using
5   Advanced Markets on a go-forward basis?
6   A   I think we'll use both.
7   Q   Will the investor have the choice there, or will
8   that be a decision that Blue Isle or Mediatrix
9   makes?
10   A   The investor will have input.  If they're a large
11   enough client, then they will be able to have the
12   option of having a standalone account.
13   Q   And when was that account opened with Advanced
14   Markets?
15   A   I believe it's actually this week.  I think Monday
16   and/or it's in that process literally as we speak.
17   This has been ongoing for months.
18   Q   Any other brokerage accounts held in the name of
19   Blue Isle other than Advanced Markets and Equiti?
20   A   No.
21   Q   Does -- does Mediatrix Capital have any brokerage
22   accounts?
23   A   No.
24   Q   Are you a signatory on the Equiti brokerage
25   account?

1    A    No.

2    Q    How about on the new Advanced Markets brokerage

3 account?

4    A    No.

5    Q    Who has the authority to direct or conduct

6 transactions in the Equiti brokerage account --

7    A    That's --

8    Q    -- on behalf of Blue Isle?

9    A    Excuse me.  That's Mike Stewart, because that's

10 Blue Isle.  That's what he does.

11    Q    Anyone else other than Mr. Stewart?

12    A    I don't know.  This is new, so we're -- I'm

13 getting the download from them on this.  It could

14 be others as well.

15    Q    Does Mr. Sewall have the authority to direct

16 transactions in the brokerage account of Blue Isle

17 at Equiti?

18    A    I am not sure.  That's -- it doesn't really work

19 that way.  You don't direct transactions through

20 Blue Isle.  Inside of the algos themselves, he

21 does have the authority to execute trades, in

22 which case then it would effectuate activity

23 between the two entities.

24    Q    If you had an investor who contacted you and said

25 they wanted to close their account and then you

1 needed to contact Equiti and say account number

2 whatever is being closed, you know, please

3 liquidate and return the funds to us, who has the

4 authority to direct that sort of a transaction

5 exactly?

6    A    That's Mike Stewart does that.

7    Q    Only Mike Stewart?

8    A    Correct.

9    Q    Not Mr. Sewall?

10    A    No.

11    Q    And you don't have that authority?

12    A    No.  It's not -- it's not an authority.  It's just

13 not what we do.  So if we wanted the authority, I

14 think maybe we could fight about let us all do

15 what you do, but that's -- we have our specific

16 functions.  That's what Mike does.

17    Q    As far as the brokerage account for Blue Isle at

18 Equiti, is there any source of money into that

19 account other than money that are assets that came

20 from Ceska sporitelna, the investor account there,

21 now ANZ Bank investor account?

22    A    Performance fees.

23    Q    So performance fees, would they come from the

24 outside and go into Equiti, or would they already

25 be at Equiti?

1    A    They would already be at Equiti.

2    Q    Okay.  And so I guess I should clarify my

3 question, which is, is there any other outside

4 source of funds, either directing funds into

5 Equiti or removing funds out of Equiti, other than

6 previously the Ceska sporitelna customer receipt

7 account, now the ANZ Bank customer receipt

8 account?

9    A    No.

10    Q    We already spoke briefly at the beginning about

11 Mediatrix Capital's website.  You recall that?

12    A    Yes.

13    Q    Other than that website, MediatrixCapital.com, has

14 Mediatrix contributed content to any other

15 websites?

16    A    Not to my awareness.  Can you clarify that

17 question then, please?

18    Q    Sure.

19    A    Have we willfully done this?

20    Q    Sure.  Have you, for instance, drafted some

21 portion of some other website as a piece of

22 marketing?  For instance, has Mediatrix, did they

23 draft a portion of Blue Isle's website, or are

24 they -- is Mediatrix featured on some other

25 website platform where there's a section that

1 talks about the investment opportunities and

2 Mediatrix contributed that content?

3    A    Not to my knowledge.

4    Q    Does Blue Isle have a website?

5    A    Yes, it does.

6    Q    And who created the content for that website?

7    A    What is the name of this firm?  There's a firm,

8 and I'm drawing a blank on the name.  They're a

9 firm that basically establishes and sets up forex

10 brokerage websites and portals.  And I'm drawing a

11 blank, because again, I didn't -- that wasn't my

12 function, but it's done by a third party that

13 that's what they do.

14    Q    So -- but it wasn't SCG, because I think you

15 mentioned that they somehow had a connection to

16 the first website, or maybe I'm getting that

17 confused with your marketing person.  Whoever

18 worked on MediatrixCapital.com, did that person

19 also work on Blue Isle?

20    A    I don't believe so.

21    Q    Did you supply any content for Blue Isle's

22 website?

23    A    No.  Me, personally, or Mediatrix?

24    Q    Yeah, no, you personally.

25    A    It's possible that if something was written, I may

Page 249

1 have looked at it from just a how does it read
2 perspective, something spelled incorrectly or the
3 syntax is off, but other than that, no, we didn't
4 provide -- I didn't provide anything.
5     Q   How frequently is the MediatrixCapital.com website
6 updated?
7     A   Very infrequently.
8     Q   Have you attended any conferences as a
9 representative of Mediatrix?
10    A   I have.
11    Q   Could you tell me about those conferences?
12    A   There's family office events, there's investment
13 summits that I've attended.  There are -- there's
14 events where I've been asked to speak at that I've
15 done that.  Typically -- go ahead.
16    Q   Sure.  What's the purpose of attending those
17 events?
18    A   It depends on -- it depends on the event.  It
19 depends if it's an invitation.  It's usually
20 always a -- some kind of a family office forum,
21 and there was an interest in algo trading
22 technology, so from that we would be presenting
23 some high level understanding of algo trading,
24 some high level of what the foreign exchange is,
25 and then some sort of a drill-down into how it is

Page 250

1 that we apply our strategy to the foreign
2 exchange.
3     Q   So would you generally say -- you attend a few of
4 these conferences a year; is that accurate?
5     A   That's probably accurate, yeah.
6     Q   And I think I understand from the internet that
7 you have attended some this year; is that correct?
8     A   Yes.
9     Q   So you attended one in Dubai?
10    A   Correct.
11    Q   And you're going to be attending one in Monaco?
12    A   Where did you get that, because I'm not sure if
13 I'm attending that in Monaco, so I haven't
14 committed to that yet.
15    Q   The people in Monaco think you're attending.
16    A   Okay.  So they've got me featured.  I haven't
17 committed yet, but it's likely, because Monaco is
18 an excellent -- is a great outpost for what we do.
19    Q   What other -- what other conferences, other than
20 the Dubai and perhaps this Monaco one, are you
21 planning to attend now or have you attended in the
22 last year?
23    A   In the last year?  There were two events in Dubai
24 I went to the Monaco event the prior year.  There
25 was a markets group conference that I attended in

Page 251

1 Mexico City.  There was a markets -- I think there
2 was an ECP conference in Florida that I attended.
3 It's an Opal conference.  And obviously there was
4 the Dubai as well.
5     Q   Have you -- have you successfully brought
6 investors onto Mediatrix Capital through
7 relationships you've built from the conferences?
8     A   Yes.
9     Q   And have you won any awards at any of these
10 conferences?
11    A   Yes.
12    Q   Tell us about that.
13    A   At Monaco it was an asset manager of the year
14 award, and that was awarded last year.
15    Q   And how is it that you came to win that?  So did
16 you submit an application, or was there some other
17 criteria that made you eligible for that award?
18    A   Yeah, we had to submit -- it wasn't an
19 application.  It was a white paper and an overview
20 of the strategy and track record, et cetera, and
21 they were judged against multiple other strategies
22 and that was -- we won.
23    Q   It sounds like you travel for work somewhat
24 frequently.  Do you -- other than the conferences,
25 do you travel frequently to meet with potential

Page 252

1 investor, current investors, business partners?
2     A   All of the above.
3     Q   And how frequently do you travel?
4     A   Depends.  I try to really limit travel, so it's
5 not frequent.  It depends on what our definition
6 is, but, you know, I try to say maybe five days
7 out of, you know, away from home a month would be
8 a target.
9     Q   And I take it almost none of that business is
10 conducted in Puerto Rico, so you have to travel
11 outside of Puerto Rico?
12    A   No -- yes.
13    Q   Has Mediatrix or Blue Isle ever -- ever engaged in
14 any advertising, paid any website, paid any
15 conference promoter, or paid anyone else to
16 promote the products, other than what we've
17 already discussed?
18    A   Conference attendance is oftentimes a paid for
19 event to speak.  They don't promote us however.
20    Q   And have you paid anyone else in any context to
21 promote Mediatrix, so to feature the product on a
22 platform, on a website, outside of the independent
23 sales representatives, just paid to get that
24 visibility?
25    A   No.  We have had a no advertisement policy from

Page 253

1  the beginning.
2      Q    Do you have a suite of kind of marketing
3  materials, I'll call them, that you provide to
4  your independent sales representatives so they can
5  use those to market the investment?
6      A    Yes.
7      Q    What do those advertising materials look like?
8      A    Well, they're not advertising materials.
9      Q    Marketing materials?
10     A    Okay.  So it would be a -- now in the old -- it's
11 evolved as we've evolved, but we had a brochure,
12 we had a white paper, we had an FAQ document, and
13 then we had a tear sheet, and those were typically
14 what's been -- what's been used.
15         Now we have combined all of those into
16 one document so it's a more efficient looking --
17 it's a nicer looking material.  So it will
18 include sort of an overview of the company, a
19 white paper which is a little bit more detail on
20 the strategy, the FAQ which is important and the
21 DDQ as you remember I said, and the tear sheet.
22     Q    So at a high level, tell me what each -- what
23 purpose each one of those documents serves.  Just
24 start with the brochure.
25     A    So, you know, the idea of the brochure was just an

Page 254

1  introduction to who we are, what it is that we do.
2  You know, certain investors are looking for
3  alternative assets, they don't know which, so it's
4  an introduction, this is us.
5      Q    The white paper is more for a sophisticated, you
6  know, individual that may understand technology
7  better or just for somebody that's interested in
8  understanding how do you do what you do.  So the
9  white paper has definition in terms of the overall
10 structure of our trading system.  So it's a get to
11 know in deeper detail.
12         The FAQ, as I had mentioned earlier, is
13 really an amalgamation of questions that I
14 fielded across, you know, multiple, multiple
15 people and decided that it may be, you know,
16 beneficial for a client to get that.  So any
17 questions they may not have asked are presented
18 to them so they can become more familiar with
19 what they may not have asked but should know, and
20 that's what that is.
21     Q    Do any of the documents that are provided as
22 marketing materials reference the Fund, or are
23 they all focused on the managed accounts?
24     A    I believe they're all managed account focused.
25     Q    How does someone find out about the Fund?

Page 255

1      A    By chance.  We don't market the Fund.  Excuse me.
2  Let me add one other thing on that.  The Fund is
3  advertised -- is not advertised.  The Fund is
4  posted on Bloomberg, so the Fund performance is
5  updated on Bloomberg from the Administrators NAV.
6      Q    Is your primary function among the three partners,
7  so among Mr. Stewart and Mr. Sewall, is your
8  primary function to be the salesperson for the
9  three of you, or does Mr. Stewart, Mr. Sewall,
10 also have some sales responsibilities?
11     A    Great question.  Yes, it's me, and depending on
12 the investor entity and their level of
13 sophistication or need to understand, you know,
14 real nitty-gritty detail on the function of the
15 algo, then one of either Mike or Bryant, I will
16 bring into that phone call, because they can
17 discuss the architecture.  They're actual traders.
18 And we have lots of clients who are traders.  So
19 if it gets to that level, it's best for me to step
20 out, because that's not what I do, but that's not
21 their primary function.
22     Q    So as far as attending conferences or presenting
23 to groups of investors, do Mr. Stewart or
24 Mr. Sewall ever do those things?
25     A    Mr. Stewart one time went years ago, but no, they

Page 256

1  don't.
2      Q    And do you -- do you make presentations to groups
3  of investors?
4      A    I have.
5      Q    And here in the United States?
6      A    I have.
7      Q    What types of groups?
8      A    Always are going to be very qualified family
9  office groups or, you know, what I would call uber
10 high net worth groups that have formed some sort
11 of an investment group like a TIGER 21 concept or
12 a Palm Beach Investment Research Group, which are,
13 you know, centimillionaires and above that come
14 together to look at deals.  Opal was a conference
15 I attended, which is always family offices.  So
16 anything I do here is ECP.
17     Q    So you just mentioned a couple names.  Are those
18 actual groups that you presented to?
19     A    Yes.  Opal is one that I mentioned earlier, which
20 is a conference, and that PBIRG is one that I have
21 spoken to as well.
22     Q    Sorry, PBIRG?
23     A    Palm Beach Investment Research Group, I think it's
24 called.
25     Q    I take it that's in Florida?

Page 297

1    MS. FREDERICK:  When was the last
2 distribution?
3    THE WITNESS:  I'm thinking it was likely
4 at the end of -- likely at the end of last year.
5    MS. FREDERICK:  So end of 2018?
6    THE WITNESS:  Yeah, in fact -- no,
7 that's not true.  I had maybe January, I think it
8 was.  At the end of January.
9    MS. FREDERICK:  And how much was that
10 distribution for?
11    THE WITNESS:  200,000.
12    BY MR. FELDER:
13    Q   What bank account is used to make the
14 distributions from Blue Isle and Mediatrix?
15    A   The operating account.
16    Q   And the operating account then makes that payment
17 to the account for Island Technologies?
18    A   Correct.
19    Q   Okay.  And I don't know that we covered this.
20 Does Island Technologies have a bank account?
21    A   Yes, it does.  We did cover that.  It's Banco
22 Popular.
23    Q   Okay.  And so that the manner in which the funds
24 are distributed for the distributions for the
25 owners would be current operating account held by

Page 298

1 Blue Isle, which used to be Ceska sporitelna, now
2 ANB Bank, is it?
3    A   ANZ, right.
4    Q   ANZ, thank you.  It would start there, and then it
5 would travel to the Island Technologies account at
6 Banco Popular and then would subsequently be
7 distributed to the bank accounts for you and the
8 other two owners for your entities?
9    A   Yes.
10    Q   Have you ever used a bank account, other than the
11 one for your entity, to receive distributions?
12    A   Yes.
13    Q   What other bank accounts have you used to receive
14 distributions?
15    A   It would not be a bank account.  It would be a UBS
16 account that the trust has.  That I have a
17 provision that I can just have it go directly
18 there since it's going to go to West Beach and go
19 straight over there anyways, so I've done that at
20 times.
21       But we're now just going through the
22 entities themselves, because our accountant in
23 Puerto Rico says it needs to track this way for
24 their purposes.  So we no longer are doing that.
25 So we go through the entity and then to -- in my

Page 299

1 case I just go to the trust.
2    Q   And what UBS account was that?
3    A   What UBS account?
4    Q   Yeah.
5    A   What is?
6    Q   Was it your account, was it someone else's account
7 at UBS?
8    A   Oh, yes, I'm sorry.  The trust.  The trust's
9 account.
10    Q   The trust has an account --
11    A   Yes.
12    Q   -- at UBS?  Tell me the name of the trust again.
13    A   Salvae Regina.
14    Q   Salvae Regina.  And so Salvae Regina has an
15 account at UBS.  Does it currently have an account
16 at UBS?
17    A   Yes, it does.
18    Q   And where is that UBS account located?
19    A   Here in Denver.
20    Q   And how much of the 5 to 6 million in
21 distributions were sent to the Salvae Regina Trust
22 account at UBS before you made the change?
23    A   Probably all of it, I would think.
24    Q   So this change was instituted recently where the
25 money will not be going to the UBS account?

Page 300

1    A   Directly, correct.
2    Q   And is the balance in that UBS account for Salvae
3 Regina in that 5 to 6 million-dollar range, or
4 have the funds been further disbursed?
5    A   They've been further disbursed.
6    Q   Have you ever been compensated for your work for
7 Mediatrix with anything other than just cash
8 payments in U.S. dollars?
9    A   No.
10    Q   So -- and by that, I mean, we talked about the
11 country club membership before, you know, I guess
12 that's a form of compensation --
13    A   Okay.
14    Q   -- Blue Isle covering that expense for you.  Are
15 there other things of that nature, purchases of
16 automobiles, real estate, gold bars, whatever the
17 case may be, are there other assets that have been
18 acquired in the nature of compensation for the
19 services you provided?
20    A   Yes.
21    Q   Could you --
22    A   Sure.  The club is one.  It all floats up to our
23 dividend, so in other words, we can defer into
24 whatever.  So I have a vehicle in Puerto Rico, a
25 minivan in Puerto Rico, and I post funds -- so --

Page 301

1 okay. So that would have come from -- as
2 compensation, as well as life insurance is
3 attributed to my dividend, if that makes sense.
4     Real estate has been something that I
5 purchased post, or I should say the trust
6 purchased post distribution, so it wasn't -- it
7 was distributed first. So little -- little would
8 be in lieu of, but it would account up to what I
9 would be -- what I would owe back to my dividend.
10    MS. FREDERICK: What real estate are you
11 referring to that was purchased post distribution?
12    THE WITNESS: In the trust, the property
13 at Hase Haus LLC and Casa Conejo. Both of those
14 are owned by two different entities within the
15 trust structure.
16    MS. FREDERICK: And were those purchased
17 with distributions from the -- from the Fund?
18    THE WITNESS: Yes. And not fully. Not
19 fully purchased, but yes.
20    BY MR. FELDER:
21    Q   Not fully purchased as in there's some financing
22 on both properties?
23    A   One property.
24    Q   Which property?
25    A   Puerto Rico.

Page 302

1    Q   And then the house here is owned outright?
2    A   Yes.
3    Q   By the trust?
4    A   Yes.
5    Q   And so you said there's a minivan in Puerto Rico
6 and the country club. I think you mentioned one
7 other item that I --
8    A   I have an Audi in Denver as well that was part of
9 that in 2016. It was paid for over time. Life
10 insurance, I think I mentioned as well.
11    Q   Sorry, life insurance. Is that a term policy or
12 whole life?
13    A   It's a whole life policy and a term. It's a dual.
14    Q   And who's the -- who's the issuer for the policy?
15    A   Penn Mutual.
16    Q   What's the policy amount?
17    A   5 million between the two.
18    Q   Are you the insured?
19    A   I am the insured, yes.
20    Q   Other than what we just covered, have you been
21 compensated in any other way for your work on
22 Mediatrix or Blue Isle?
23    A   No.
24    Q   What year did you receive your first compensation
25 in any way relating to Mediatrix or Blue Isle?

Page 303

1 Was it 2016, or was it earlier than that?
2    A   2016.
3    Q   Mr. -- Mr. Sewall and Mr. Stewart, have they all
4 received similar benefits?
5    A   Yes.
6    Q   So do they all receive a salary of $10,000 a
7 month, the two of them?
8    A   I believe so.
9    Q   And do they additionally receive some, I guess,
10 additional benefits such as a vehicle or country
11 club membership?
12    A   Yes.
13    Q   I'm sorry, we already talked about that club
14 membership --
15    A   Yes, we did.
16    Q   -- in the Bahamas.
17    A   That's okay.
18    Q   Any other -- any other compensation, nonmonetary
19 compensation or assets purchased, for Mr. Sewall
20 or Mr. Stewart that are different than what we
21 talked about for you?
22    A   Not that I'm aware of.
23    Q   Are you familiar with an entity that was formed in
24 Colorado in 2014 called Mediatrix Capital, LLC?
25    A   Yes.

Page 304

1    Q   Could you tell me what the purpose of that entity
2 was?
3    A   Well, it started -- that was part of the
4 conversations when we were talking way back early
5 with Mike Stewart and we were thinking about doing
6 something. We formed it to hold the name, but we
7 never operated under that entity. And when we
8 went into business later, we formed that in Belize
9 and started to do what we ended up doing. So that
10 was a non revenue company.
11    Q   The office address for that entity was listed as
12 32531 North Scottsdale Road, Suite 105-155 in
13 Scottsdale, Arizona. Is that Mr. Stewart's office
14 address?
15    A   I think that's his mailing address.
16    Q   You think that's his home address?
17    A   It's his mailing address.
18    MS. FREDERICK: What does that mean?
19    THE WITNESS: That's where he collects
20 mail. So if he's traveling, he's got a service
21 that can handle the mail and forward the mail to
22 him.
23    BY MR. FELDER:
24    Q   So there's no physical office located at that
25 address?

Page 305

1    A    I think it's just a mail -- I think it's a mailbox
2  company.
3    Q    I understand.
4    A    I've never been there, but yeah, I don't
5  believe -- that's not where he's working out of.
6    Q    Were there ever any agreements between Mediatrix
7  Capital, LLC, the Colorado entity, and Mediatrix
8  Capital, Inc., the Belize entity, to transition
9  the business, any written agreements?
10    A    No, because there was no -- there was no business
11  here.
12    Q    Are you familiar with an entity that was formed in
13  Puerto Rico in 2017 called Mediatrix Capital PR,
14  LLC?
15    A    Yes, I am.
16    Q    Could you tell me what the purpose of that entity
17  is?
18    A    The purpose of the entity was for payroll.  As we
19  were transitioning to Puerto Rico, we wanted to
20  make sure that our payroll was being taxed as
21  opposed to if it was coming from a foreign
22  jurisdiction, it was not being taxed, and so we
23  wanted to make sure we had a taxed payroll.
24        And so Mediatrix Capital PR was that --
25  was formed for that purpose while we were moving

Page 306

1  over to PR.  That has been discontinued since
2  we've established the C Corp. there.
3    Q    And just so I understand, was there a period of
4  time in which that entity was used to pay payroll?
5    A    Yes.
6    Q    And by payroll, are you talking about the money
7  that's paid in salary to you, Mr. Sewall and
8  Mr. Stewart?
9    A    Yes.  And -- yes, specifically, I'm referring to
10  that.
11    Q    Payroll for anyone else, other than those three
12  people?
13    A    I don't know.
14    Q    And where would the money have come from into the
15  Mediatrix Capital PR, LLC bank account?
16    A    The operating account.
17    Q    Which at the time was at Ceska sporitelna?
18    A    Yes.
19    Q    Where did Mediatrix Capital PR, LLC have a bank
20  account?
21    A    I don't know.  I have to be honest with you.  I
22  didn't run payroll.
23    Q    Were any other expenses paid out of that account?
24    A    I don't know.
25    Q    Did the accounts serve any other purpose?

Page 307

1    A    It was set up to be a payroll account.
2    Q    Does the PR in the name stand for payroll or
3  Puerto Rico?
4    A    Puerto Rico.
5    Q    So according to the secretary of state filing in
6  Puerto Rico for that entity for Mediatrix Capital
7  PR, LLC, it lists you and Mr. Stewart and
8  Mr. Sewall.  It also lists an entity called Vita
9  Eterna, Inc.
10    A    Mm-hmm.
11    Q    As well as an entity called Triduum Financial,
12  Inc., which we've already talked about.  Could you
13  tell us what Vita Eterna, Inc. is?
14    A    I think that was -- it's a Mike Stewart entity,
15  and I think that at the time -- I think at the
16  time it may be how his ownership structure was
17  held before we transitioned to the broader
18  structure of Island Technologies.  So I think that
19  may be just a legacy LLC for him.
20    Q    Do you know where that -- where that entity was
21  formed --
22    A    I do not.
23    Q    -- Vita Eterna?
24    A    I don't.
25        MS. FREDERICK:  And just before we move

Page 308

1  on, regarding the Mediatrix Capital, LLC in
2  Colorado, the registered agent was Michael Stewart
3  listed at Trenton Way in Centennial.  Are you
4  familiar with an address there?
5        THE WITNESS:  Yeah.  I lived -- I don't
6  understand how it's Michael Stewart at that
7  address, unless he did it but used my address
8  being in Colorado.  I lived on Trenton Way.
9        MS. FREDERICK:  8154?
10        THE WITNESS:  Yes, ma'am.
11        MS. FREDERICK:  Okay.
12        BY MR. FELDER:
13    Q    I want to transition to talking pretty much
14  exclusively about the Mediatrix Capital Fund --
15    A    Okay.
16    Q    -- limited, which I'm just going to call the
17  Mediatrix Fund.
18    A    Okay.
19    Q    So I believe you testified earlier that one of the
20  responsibilities of Mediatrix Capital is to be the
21  adviser to Mediatrix Fund.  Am I getting that
22  right?
23    A    We trade for the Fund.  We're the trading firm for
24  Mediatrix Capital Fund.
25    Q    Okay.  So Mediatrix Capital provides the

Page 309

1  investment advice, which happens to be algorithms,
2  to the Mediatrix Fund; is that correct?
3      A   We trade for the Fund using our algorithms.
4      Q   Is there someone else other than Mediatrix Capital
5  who manages the Fund?
6      A   No.
7      Q   So if I'm asking who is the adviser, which is the
8  term that we would use in the United States,
9  essentially who is responsible for running the
10  Fund, is the answer to that question that
11  Mediatrix Capital, Inc. is responsible for
12  managing, running the Mediatrix Fund?
13      A   I would say that the partners are responsible, but
14  Mediatrix Capital is the trader for the Fund.
15      Q   Okay.  What partners?
16      A   Well, Mike Stewart, Bryant and myself would be the
17  ones -- mostly Mike Stewart and I -- Bryant is
18  really just trading only, so we would be
19  responsible for the Fund.
20      Q   Is there -- is there some sort of an advisory
21  agreement between the Fund and Mediatrix Capital
22  for services?
23      A   No.
24      Q   Is -- so the Mediatrix Fund was formed under the
25  laws of the Bahamas; correct?

Page 310

1      A   Correct.
2      Q   And it's registered as a fund in the Bahamas?
3      A   Correct.
4      Q   And it is not required to have any sort of an
5  advisory agreement on file with the regulator in
6  the Bahamas?
7      A   I do not know that.
8      Q   Okay.  Have you -- you have never seen an advisory
9  agreement between Mediatrix Capital and the
10  Mediatrix Fund?
11      A   I have not.
12      MS. FREDERICK:  And let me just be more
13  general.  Are you aware of any agreement between
14  Mediatrix Capital and Mediatrix Fund?
15      THE WITNESS:  No, I'm not.
16      MS. FREDERICK:  Okay.
17      BY MR. FELDER:
18      Q   So do you believe that just in your individual
19  capacity, you and Mr. Stewart and Mr. Sewall just
20  run the Fund and that there's no kind of formal
21  entity that is responsible for running it?
22      A   My understanding is the Fund is the formal entity,
23  and Mike Stewart and I would be more involved in
24  that.  Bryant would just be trading as Mediatrix
25  Capital.  So my understanding is the Fund is its

Page 311

1  own entity, it's its own business line.
2      Q   Okay.  And it relies on you and Mr. Stewart to run
3  it; it doesn't rely on Mediatrix Capital to
4  provide services administering, selling, dealing
5  with investors, otherwise doing the day-to-day
6  operations of the Fund?
7      A   There's -- there's almost no day-to-day
8  operations, because there's an administrator that
9  handles all that.  The day-to-day would be the
10  trading of the Fund, and that would be handled
11  through Mediatrix Capital.
12      Q   Okay.  So Mediatrix Capital provides the trading
13  services for the Fund?
14      A   Yes.
15      MS. FREDERICK:  And by the trading
16  services, does that mean that Mediatrix Capital
17  directs what the Fund invests in?
18      THE WITNESS:  Well, Mediatrix Capital
19  Fund directs that, and then Mediatrix Capital is
20  the directee, I guess, is that's -- the Fund was
21  established to trade the Mediatrix Capital
22  strategy.
23      MS. FREDERICK:  Who or what makes the
24  trading decisions in the Mediatrix Capital Fund
25  for the Mediatrix Capital Fund?

Page 312

1      THE WITNESS:  Mediatrix Capital, the
2  actual algo itself.
3      MS. FREDERICK:  Mediatrix Capital, Inc.?
4      THE WITNESS:  Yes.  Excuse me.  Inc.,
5  yes.
6      MS. FREDERICK:  Okay.  Thank you.
7      BY MR. FELDER:
8      Q   Tell me what the Mediatrix Fund is.
9      A   It's called a Bahamian professional fund, so it's
10  a Bahamian fund.  We run a single asset class
11  inside of the Fund, which is currency trading.
12      Q   And what's the investment objective of the Fund?
13      A   The objective is our -- what do you mean, what we
14  do with it?
15      Q   Yeah?
16      A   Trade currencies.
17      Q   And has that changed over time, or has that always
18  been the same?
19      A   Always been the same.
20      Q   And the Fund, I believe you testified previously
21  was established at the end of 2016; am I getting
22  that right?
23      A   Correct.  I don't think we had clients until 2017,
24  but we had formed the Fund at the end of 2016.
25      Q   And what was the purpose of creating the Fund?

Page 329

1    A    No.

2    Q    Do you anticipate that there will be any

3 ramifications for missing that deadline?

4    A    It was from the auditor, so it was the auditor's

5 fault.  So the auditor had to speak directly to

6 the Securities Commission.  It was their thing,

7 not our thing.

8    Q    We already talked about third-party service

9 providers at some length, so some of this might be

10 a little duplicative, but I want to make sure that

11 we cover everything.  So banks that provide any

12 sort of services to the Fund, could you describe

13 or identify any banks, whether they currently

14 provide services or previously provided services

15 to the Fund?

16    A    Previous and current is Ansbacher, Bahamas.

17    Q    And what services does Ansbacher provide?

18    A    Well, they are there specifically to receive

19 client funds to the Fund.

20    Q    Is it just the one account, or is there also some

21 sort of Fund operations account there?

22    A    No.

23    Q    So just the one client -- client Fund account?

24    A    Yes.

25    Q    And did that serve a similar transit purpose

Page 330

1 similar to what we described with respect to the

2 managed accounts where the investors would fund

3 their investment and essentially their funds would

4 transit through the bank account on their way to

5 the custody with Equiti?

6    A    Yes.

7    Q    Is there anything different between the process

8 that we discussed for the managed accounts and the

9 process as it exists for the Fund, other than the

10 identity of the bank?

11    A    Other than that's the primary bank to receive the

12 funds for the Fund is the difference, is the first

13 stop so to speak.

14    Q    Any other banks provide services to the Fund.

15    A    No.

16        MS. FREDERICK:  Who has signatory

17 authority or control over that bank account?

18        THE WITNESS:  I think it's Mike.

19        MS. FREDERICK:  Stewart?

20        THE WITNESS:  Yeah.  And I may have

21 signed documents.  I don't know.  I don't do

22 anything with that.

23        BY MR. FELDER:

24    Q    And do you know -- Ansbacher is obviously a

25 different bank than we've talked about previously.

Page 331

1 Was that a requirement that a Bahamian bank be

2 used?

3    A    I believe so.

4    Q    You mentioned the account is still open?

5    A    The account is still open.

6    Q    So if an investor were to today request a

7 withdrawal from the Fund, would it follow a

8 similar path where the funds would be taken from

9 Equiti Capital, sent to Ansbacher, and then

10 further distributed to the investor?

11    A    They would have to distribute out of Ansbacher.

12    Q    Would there be any other pit stops in that link

13 that I just mentioned on the way back to the

14 investor?

15    A    Yeah, it would go through Blue Isle as well.

16    Q    Blue Isle?

17    A    Blue Isle is the broker and the prime is Divisa.

18 Same structure as the managed accounts.

19    Q    Okay.  So the funds would come from Equiti to Blue

20 Isle currently at ANZ.  ANZ would further send

21 them to Ansbacher, and then Ansbacher would

22 distribute those funds back to the investor?

23    A    Correct.

24    Q    And is that also the case for funds that are

25 making their way to the Fund, so if an investor

Page 332

1 signs a subscription agreement and decides to make

2 an investment, they wire funds to Ansbacher; do

3 they then stop at ANZ prior to making their way to

4 Equiti?

5    A    Correct.

6    Q    Any other stops in that chain?

7    A    No stops.

8    Q    And are there any fees charged on the front end

9 for those investor funds, any sort of a sales load

10 or any fee that's deducted from the investor's

11 funds before it reaches Equiti?

12    A    No.  Outside a potential bank wire charge, what

13 have you, but they would be credited fully of

14 their deposit.

15    Q    We talked -- we talked a bit about Equiti Capital.

16 How is the Fund's assets reflected on the books of

17 Equiti Capital?

18    A    It's an account number.

19    Q    A single account number?

20    A    A single account number.

21    Q    And that account number, is that similar to what

22 we described with the managed accounts where that

23 account number is furnished by Blue Isle to Equiti

24 Capital?

25    A    I don't -- I don't know how that -- how that does

Page 341

1 Capital pay some sort of a periodic fee to SCG or
2 have the services that they purchased ended as far
3 as compensation for SCG?
4    A    Ended.
5    Q    Does Equiti have custody of all investor assets
6 for the Fund?
7    A    Yes.
8    Q    Anyone else have custody?
9    A    No, they have all the custody.
10    Q    Other than Ansbacher while the funds are in
11 transit and then also the Blue Isle bank account
12 when the funds are in transit?
13    A    Okay. So in transit, no, those would be the only
14 other entities. We can't trade Mediatrix Capital
15 Fund until the funds move to Equiti.
16    Q    What's the fee structure for the Fund?
17    A    It's a 130.
18    Q    Okay. So I think I know what that means, but I'll
19 let you go ahead and explain it.
20    A    Okay. So it's a 1 percent management fee and a
21 30 percent fee of any gains.
22    Q    And are there other aspects of the fee such as a
23 high watermark or other important components?
24    A    Yes. I believe on a monthly basis there has to
25 achieve above a .67 percent gain to realize the

Page 342

1 30 percent of whatever the full gain is.
2    Q    And as -- as these fees are accrued in the Fund,
3 what happens to the fees?
4    A    We've just left them in the Fund.
5    Q    Meaning you've left them on deposit with Equiti to
6 be just part of the trading?
7    A    I believe they're considered liabilities because
8 they haven't been paid out.
9    Q    Okay. And approximately how much -- how much is
10 it?
11    A    I think it's just short of a million dollars.
12    Q    And if -- if the Fund were to pay those fees,
13 where would the money go?
14    A    The money would -- that's a good question. I
15 would -- money would have to go to Mediatrix
16 Capital as the manager. It would ultimately flow
17 up to the partners, but I don't know. I don't
18 know.
19    Q    I guess who's entitled to that money; right?
20 Someone is charging those fees.
21    A    Yeah.
22    Q    It sounds like Mediatrix Capital is entitled to
23 those fees?
24    A    Yes.
25    Q    Does the Fund pay any expenses directly from Fund

Page 343

1 assets, so for instance, we were talking about of
2 course the administration, there's maybe brokerage
3 associated with Blue Isle, although I understand
4 how that works with the trading, SCG. Any other
5 expenses that are related to the Fund, how are
6 those handled?
7    A    Mediatrix Capital has just paid those.
8    Q    So investor assets are not used to pay any Fund
9 expenses?
10    A    They have not been.
11    Q    And also fees earned by Mediatrix Capital are not
12 directly accessed to pay those expenses, because
13 the fees are still on deposit?
14    A    They have not been.
15    Q    Will -- do you know how the accounting works on
16 those expenses? So for instance, will Mediatrix
17 Capital at some point seek reimbursement out of
18 the fees for the expenses that it's paid on behalf
19 of the Fund?
20    A    Yes, when we shut the Fund down, we'll liquidate
21 those positions, and what's left will be paid up
22 back to Mediatrix Capital.
23    MS. FREDERICK: So when you say that
24 Mediatrix Capital paid the fees, since they don't
25 have a bank account --

Page 344

1    THE WITNESS: It flows through the
2 operating account. So it would be the same
3 structure as the payroll that would go to a
4 Mediatrix employees. So the performance fees that
5 ultimately are Mediatrix fees, my understanding,
6 then it would come out through the operating
7 account and be paid to Sterling as the
8 administrator and then Grant Thornton as the
9 auditor.
10 BY MR. FELDER:
11    Q    I know we talked about Mr. Parham earlier. Can
12 you talk about his role in, I understand as a
13 bookkeeper for Mediatrix Capital, the managed
14 accounts, maybe something to do with the Fund;
15 what is it exactly that he does?
16    A    He helps with the payroll. He's more part-time.
17 So he helps with the payroll and expense report
18 reimbursements. He has no client interface, and
19 he doesn't -- there's -- he'll do odd jobs as
20 well, but he does nothing for the Fund.
21    Q    And after he identifies what payroll needs to be
22 disbursed, that's then transmitted to someone
23 else, I assume, because he doesn't have the
24 authority with the bank account?
25    A    That's correct.

Page 353

1   Q   When was the last time that a CEM was sent outside
2   of Mediatrix?
3   A   Outside of --
4   Q   Yeah, so to a potential investor or to one of your
5   sales, independent sales reps, just when was the
6   last time that the CEM was sent outside of
7   Mediatrix for some use?
8   A   Three months ago, four months ago maybe, but not
9   to salespeople, though.  We don't distribute that.
10  Q   I assume if a investor who has expressed that they
11  want to make an investment into the Fund wants to
12  make that investment, they need to sign the
13  subscription agreement?
14  A   Yes.
15  Q   What other documents do they need to sign to
16  formalize the investment?
17  A   An ECP -- if we're assuming U.S. citizens?
18  Q   U.S. citizens.
19  A   They'd have to sign an ECP declaration form and
20  the FATCA documents.
21  Q   And have you received that ECP declaration form
22  from every U.S. based investor in the Fund?
23  A   Yes.
24  Q   And who's responsible for making sure that that
25  document is submitted?

Page 354

1   A   I am.  I make sure of that.
2   Q   And do you review the information in that
3   document?
4   A   Have I reviewed it?
5   Q   When you receive it from the prospective investor,
6   do you review the information in the ECP document?
7   A   Yes.
8   Q   Have you ever had a situation where you reviewed
9   an ECP document and determined that the investor
10  did not qualify?
11  A   Well, the ECP declaration defines that, and then
12  they sign to that saying that I am these
13  definitions.  So I couldn't -- if they didn't sign
14  it, that means they can't -- they don't qualify.
15  Q   Have you ever had any questions about whether
16  someone qualified maybe that they were, you know,
17  misrepresenting themselves or otherwise confused
18  with the form?
19  A   I don't know that they would -- there was one
20  party that I know we had -- we terminated an
21  account for, but they had admitted then that they
22  were not ECP and we let go.
23  Q   Meaning that they admitted they were not ECP --
24  they didn't personally have enough assets to
25  qualify?

Page 355

1   A   That's correct.
2   MS. FREDERICK:  And what was the name of
3   that client?
4   THE WITNESS:  I don't remember her name.
5   It was Rafael's sister that we spoke about
6   earlier --
7   MS. FREDERICK:  Okay.
8   THE WITNESS:  -- and I cannot remember
9   her name, because I never met her, and it's been
10  three years maybe, two years.
11  MS. FREDERICK:  Do you or anyone at
12  Mediatrix do anything to verify the information on
13  the ECP form, or do you just make sure that it's
14  been checked and signed?
15  THE WITNESS:  We make sure that it's
16  been checked and signed, and when we're in a
17  process of discussing the managed accounts, we are
18  always very clear on -- that this, you know, about
19  what that document is, what it says, and that we
20  can not and will not accept a client who cannot,
21  you know, honestly state that they can fit that
22  description.
23  MS. FREDERICK:  Okay.
24  BY MR. FELDER:
25  Q   So I believe you previously stated that there's

Page 356

1   $3.5 million worth of customer assets in the Fund?
2   A   Roughly.
3   Q   Roughly.  How many investors are -- are in the
4   Fund right now?
5   A   I'm going to -- I believe six.  Five or six.
6   Q   And out of those Fund investors, how many of the
7   five or six are located in the U.S.?
8   A   I believe one is specifically out of United
9   States.
10  Q   And then the others are in the United States?
11  A   I believe so.
12  Q   And, you know, I don't believe that I asked that
13  question for the managed accounts.  What -- what
14  percentage of the managed accounts are investors
15  who are located --
16  A   I don't --
17  Q   -- inside the United States?
18  A   I don't know.
19  Q   More than 50 percent?
20  A   I don't know.
21  Q   Do you know what the smallest investment is that
22  Mediatrix has accepted in the Fund?
23  A   100,000.
24  Q   Who maintains a list of the current Fund
25  investors, the five or six people?

Page 401

1 for deposits of a million dollars or more.
2 Historically, prior to getting to an account
3 minimum of that size, if it was up to 250 to a
4 million -- up to 250 was a 50/50 split.  From 250
5 to a million, it was a 40 percent split of gains.
6    Q    Okay.  So there's no management fee?
7    A    No management fee.  There's no transaction fees
8 either.
9    Q    No management fee, no transaction fee; the
10 exclusive fee paid to Mediatrix Capital is the
11 profit split that you just described?
12    A    Correct.
13    Q    Any other expenses that investors in the
14 separately managed accounts bear directly?
15    A    None.
16    Q    And any other fees charged to them?
17    A    No.
18    Q    From late 2013 until Mediatrix Capital was formed
19 when Mr. Sewall was involved in his early trading
20 for himself and the Marines, where was that early
21 trading happening?  Was it at Equiti Capital or a
22 different firm?
23    A    I don't know.  There were other brokerages but not
24 at Divisa.  It wasn't Equiti.  We went to Equiti
25 with Blue Isle, so I don't know who he was using.

Page 402

1       MR. FELDER:  Mr. Young, we have no
2 further questions at this time.  We may however
3 call you again to testify in this investigation.
4 Should this be necessary, we will contact your
5 counsel.  Mr. Young, do you wish to clarify
6 anything or add anything to the statements you
7 have made today?
8       THE WITNESS:  I don't.  I do not.
9       MR. FELDER:  Counsel, do you wish to ask
10 any clarifying questions of the witness?
11       MR. DiMEGLIO:  No thank you.
12       MR. FELDER:  Off the record at 5:46 on
13 April 10, 2019.
14       (Whereupon, at 5:46 p.m., the examination
15 was concluded.)
16             * * * * *
17
18
19
20
21
22
23
24
25

Page 403

1       PROOFREADER'S CERTIFICATE
2
3 In the Matter of:  MEDIATRIX CAPITAL, INC.
4 Witness:       Michael Young
5 File No.     D-03809-A
6 Date:        Wednesday, April 10, 2019
7 Location:       Denver, Colorado
8
9    This is to certify that I, Christine Boyce,
10 (the undersigned) do hereby certify that the foregoing
11 transcript is a complete, true and accurate transcription
12 of all matters contained on the recorded proceedings of
13 the investigative testimony.
14
15
16 _____   _____
17 (Proofreader's Name)            (Date)
18
19
20
21
22
23
24
25

Page 404

1 UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2       REPORTER'S CERTIFICATE
3
4 I, Loretta Lyn Wiley, reporter, hereby certify
5 that the foregoing transcript consisting of 401 pages,
6 is a complete, true, and accurate transcript of the
7 testimony indicated, held on April, 10, 2019, in the
8 matter of Mediatrix Capital, Inc.  I further certify
9 that this proceeding was recorded by me, and the
10 foregoing transcript has been prepared under my
11 direction.
12
13 DATE:  April 22, 2019
14
15
16 Official Reporter: _____
17       Loretta Lyn Wiley
18
19
20
21
22
23
24
25