

Confidential Treatment Requested by Patrick Parham and Mediatrix Capital Inc.　　　MCSEC-PP004325

EXHIBIT 2