

## APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

Country: _____ **COMMONWEALTH OF THE BAHAMAS**
This public document

has been signed by _____ **TAMSIN A. D. CATES**

acting in the capacity of _____ **NOTARY PUBLIC**

_____ **COMMONWEALTH OF THE BAHAMAS**

bears the seal _____ **TAMSIN A. D. CATES**

_____ **NASSAU, NEW PROVIDENCE, THE BAHAMAS**

**CERTIFIED**

at **NASSAU**          6.    **9TH MARCH, 2016**

by _____ **DEBORAH A. BAIN , FIRST ASSISTANT SECRETARY**

_____ **MINISTRY OF FOREIGN AFFAIRS**

**950/2016**

**10:  Signature**

> **EXHIBIT**
>
> **3**

_____
**FIRST ASSISTANT SECRETARY**
**MINISTRY OF FOREIGN AFFAIRS**
**COMMONWEALTH OF THE BAHAMAS**

# UNLIMITED POWER OF ATTORNEY

I, **Nancy Ruth Lake**, currently residing at 7 Davick Dr., Etobicoke, Ontario Canada M8W 2C8, the current Director and 100% Shareholder for **Blue Isle Markets Inc. (the Company)**, a St Vincent and the **Grenadines International Business Corporation, hereby** grants an **Unlimited Power of Attorney** to **Michael Shawn Stewart** who currently resides at 32531 N Scottsdale Rd 105-155, Scottsdale AZ 85266, **Michael Stephen Young**, who currently resides at 8154 W Trenton Way, Centennial CO 80112, and **Bryant Edwin Sewall**, who currently resides at 2009 Cannes Dr., Plano TX 75025, to act as my Attorneys-In-Fact. I hereby give my unlimited Power of Attorney, the maximum power allowed under law, to perform any act on my behalf for **Blue Isle Markets Inc.** that I could do personally. These acts include, but are not limited to, all acts that relate to any and all of the **Company's** financial transactions, any and all **Company** business affairs, including opening any **Company** banking and financial institution accounts and transactions, **Company** real estate or property transactions, all **Company** insurance and annuity transactions, all **Company** claims and litigation, and any and all business transactions. My **Attorneys-In-Fact** are granted full power to act on my behalf in the same manner as if I were personally present. Furthermore, my **Attorneys-In-Fact** accept this appointment, and agree to act in my best interests as they consider advisable. My Attorneys-In-Fact shall not be compensated for the services that they provide, neither shall my Attorneys-In-Fact be liable to me, my estate, heirs, successors, or assigns for acting or refraining to act under this document. The only way that they will be held liable is in cases of willful misconduct or gross negligence. My **Attorneys-In-Fact** may submit this Power of Attorney to any third party for the **Company** use and those who receive a signed copy of this document may act under it as well.

DATED this _9TH_ day of March, 2016

Nancy Lake, Director
Blue Isle Markets Inc.

BEFORE ME

Notary Public

My commission expires: 31st December 2016