

# Mediatrix Capital Inc



# Managed FX Fund
## Disclosure Documents
2017

**EXHIBIT**

**5**


**Mediatrix** Capital Inc

# Mediatrix FX Fund

A Managed Trading Fund provided by Mediatrix Capital Inc.

Solutions that Investors want!

- 100% Transparency
- 100% Liquidity **
- Client Controls Account
- World Class Returns

FOR INFORMATIONAL USE ONLY, NOT A SOLICITATION, NOR AN AGREEMENT.
Potential investors are advised to carefully read the following Disclosure Documents.

## Contents

Introduction ................................................................. 2

Principals and Business Background .......................... 3

The Banking Relationships and Prime Broker ........................ 5

The Introducing Broker ................................................. 5

Principal Risk Factors ................................................. 5

The FX Trading Program ................................................. 8

Management and Incentive Fees ..................................... 9

Potential Conflicts of Interest ........................................ 10

Litigation ................................................................. 11

Account Size and Funding ............................................. 11

Length of Investment .................................................. 11

Confirmations and Statements ...................................... 12

Instructions for Opening an Account ............................... 12

Enclosures:

Managed Account Spot Program Agreement .................... 13

Limited Trading Authorization And Power Of Attorney .................... 18

Fee Payment Authorization ........................................... 19

Privacy Statement ..................................................... 20

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

1

Levering00000728

# Mediatrix Capital Inc

## Introduction

MEDIATRIX CAPITAL INC. (the "Advisor") (MC), an International Business Corporation, registered in Belize, provides advisory services related solely to Accredited and Qualified Investors and only to Private Structured Products and/or the Off Exchange trading of foreign exchange ("Forex") on the Spot and ("Forex") OTC Options market to select separately managed account clients and non-separately manage account clients ("Account Clients") (all Account Clients collectively referred to as "Clients").

The Advisor's business office is located:
One Montague Place
4th Floor
9 East Bay Street, PO Box CB-11148
Nassau, Bahamas

The Advisor's telephone number is 1.800.905.1006.

This FEE AGREEMENT & DISCLOSURE DOCUMENT is valid as of June 1, 2017. The Disclosure Document is presented to potential clients (each also a "Client") to inform such Client about the Advisor, the Advisor's Managed Accounts and Funds Placement Operation, (the "Trade Fund"). Its Principle Officers are, Michael "Mike" Stewart and Michael S. Young. The Advisors reserves the right to add additional traders and new members into the firm, at any point in the future. The Advisor is offering Clients an opportunity to participate in a managed trading account and non-managed trading account affiliation and Private Structured product programs which seeks capital appreciation of Clients' assets through either guaranteed structured products or speculative trading in Over- The-Counter (OTC) foreign currency Spot or options trading. In the case of Over- The-Counter (OTC) foreign currency Spot or options trading there is no representation being made that this program will be successful in achieving this goal. Further the Advisor may and reserves the right to trade in any other markets as well as the Forex.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

2

Levering00000729



# Principals and Business Background

**Bryant E. Sewall,** Executive Vice President of Operations and Lead Trade Manager for Mediatrix Capital Inc., has 30 years of high-level operations experience. He is responsible for the firm's technical and trading operations, trade management, risk mitigation, algorithm development and overall fund management.

Mr. Sewall began working in the Forex industry in 2005. He initially spent 10 years as a general partner, trader and developer of a Forex trading fund and then worked as an independent equity trader and strategy developer. He has established a strong track record during his career as a Forex trader and technology manager of Forex and other investment funds. His expertise in retail trading and trading platforms is highly regarded with several successful trading algorithms to his credit.

Previously, he served as a Lieutenant Colonel in the U.S. Marine Corps, including both regular and special operations forces. He executed disciplined tactical and strategic operations during five combat tours that included strategic ground, air and special operations missions with international coalition partners. He is a graduate of military schools in the United States and abroad and is a distinguished graduate of the U.S. Air Force Air War College with many unit and personal awards and decorations.

In addition to his military and finance career, Mr. Sewall has an extensive background in technology operations and has worked for several Fortune 500 companies in the telecommunications and computing industries. He has led both small and large entities in technology rollouts and enhancement projects and holds several technical and networking certifications. He also has experience in the finance and real estate industries, including a property investment and management company with a significant property portfolio.

Mr. Sewall works with several law enforcement agencies as a defensive tactics and weapons instructor and serves as a football coach for several championship teams at the youth and collegiate level. He is a graduate of Austin College in Texas.

**Michael Stewart** is the Managing Director, Founder and Chief Trader of OTC FX Options and FX Spot Trading at Mediatrix Capital Inc (MC). Mr. Stewart brings 23+ years of experience investing in the financial markets and over 25 years business and management experience. MC, Mr. Stewart and his staff currently operate as a Belize International Business Corporation. In 1997 Michael started and managed his own Currency Trading Educational firm. He was instrumental in creating one of the largest selling Retail Currency Trading Software platforms, Trade Signal Pro which was acquired by E-FX in 1999. In 2001 Mr. Stewart was commissioned to lecture across the USA, Canada, Australia, Europe and South Africa on Foreign Exchange Trading. He was considered the foremost leader on trading Foreign Exchange across the globe. During this time he established and managed Sonador Capital Management Inc. (SCM) (Owned and operated by Snake River Financial Inc.). SCM quickly became one of the most profitable and largest volume OTC Spot FX and OTC FX Options Trading firms in the world, with average trading volumes of 23 Billion per month. In 2007, SCM exceeded 65 Billion+ USD in trading volume per Month and was the largest volume trader of OTC FX Options in the World with and average audited return of 11.8% per month. Trading bank to bank across the globe, SCM soon became renowned for its yields and sheer trade size.

In 2014, Michael re-entered the FX markets founding Mediatrix Capital Inc. Seeing the sweeping changes in the Foreign Exchange and Banking Industry by US Regulators and with derivative desks closing around the world after the mortgage crisis, Michael decided to create a boutique firm that presented the critical benefits that accredited investors and small institutions alike demanded. With his unique skills obtained running one of the largest FX Spot/ Options firms; MC was created to offer full transparency, short term liquidity and customer control over accounts. His team fine-tuned their famed short term Spot FX Currency Cycles and Correlation methodology that the MC

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

3

Levering00000730



**Mediatrix** Capital Inc

team utilizes daily. Using proprietary software for Spot and options as well as other proprietary modeling programs along with unsurpassed wholesale pricing from his Prime Broker, Michael and his Advisory Team have generated an outstanding track record since launching Mediatrix Capital Inc. (MC).

**Michael S. Young** is Chief Executive Officer and Co-Founder of Mediatrix Capital, Inc. Mr. Young brings 21 years of operations experience, starting with a background in technology sales in the US Energy and Utility markets. He earned numerous sales productivity awards in consecutive years while tenured within the industry during the onset of market deregulation for Gas and Electric companies. Mr. Young later accepted an offer as a national sales manager at CSG Systems, a telecommunications/cable TV technology and systems support firm in Denver Colorado; a Nasdaq 100 company. While at CSG, Mr. Young was responsible for the sale of operational software in the cable television and telecommunications space in an outsource service capacity (CSG Managed 40 million subscribers on the platform). Mr. Young developed expertise in managing multi-departmental operations, outsourced operations modeling, and support through the use of software technology and business process flow analyses. Mr. Young also earned Chairman's Club Sales Status.

In 2002, Mr. Young funded and managed the start-up of Solution Processing (SP). SP was a finance based technology company that provided full cycle, back office operational software and underwriting services in the cloud, for mortgage origination companies and mortgage insurance companies. SP achieved success, broadening its service footprint to serve companies within 23 states managing an average of $30-$45mm in monthly volume.

Mr. Young also served as Managing Partner at Strategic Acquisitions Group (SAG), acquiring and selling distressed residential and commercial real estate assets and loan portfolios. SAG sourced over $1.8bn in distressed real estate within the United States, and transacted on tens of millions of dollars' worth of portfolio value. Currently Mr. Young is a board of director and silent-owner of a successful Texas based Oil Well Servicing Corporation and a board of director and silent owner of an Oil Field Operating company in Texas and Ohio. Mr. Young brings a strong background in Finance and Operations, and currently manages the capital distributions, aspects of international compliance, and both client and corporate communications for Mediatrix Capital, Inc.

Mr. Young is a member of MENSA International, Sons of the American Revolution and is a graduate of the University of Colorado in Boulder, with a degree in International Affairs, and emphasis in Spanish.

**Tyler Wood** is Senior Vice President of Global Business Development. Mr. Wood has been offering a suite of alternative investments in various asset classes for over 17 years to clients worldwide. Mr. Wood has managed portfolios that have included renowned floor trading specialists to algorithmically driven, automated trading systems and artificial intelligence. He has consulted for numerous private clients in the formation of hedge funds, and construction of their alternative investment portfolios. Mr. Wood, characterized throughout his career with a personal and positive communication style, has been recognized to assist people to act decisively towards a common goal of success and a positive life purpose.

Specialties: Alternatives Portfolio Development, Managed Futures and Forex Business Development, International Finance, Compliance, and multiple aspects within the Alternative Investment, and Wealth Management industries. His international business education includes studies in China, Japan, Singapore, Malaysia, New Zealand, France, Panama, South Africa, and India. In the United States, Mr. Wood has held the following securities licenses: Series 3, 7, and 63.

His passion for helping others has been displayed through his 10 year relationship with Kiva.org, a nonprofit micro-lending organization supporting entrepreneurial efforts in over 80 countries and successfully loaning over $1B globally since inception with a 97.2% repayment rate.

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

4

Levering00000731



# Mediatrix Capital Inc

## The Banking Relationships and Prime Broker

New FOREX managed accounts and Private Managed Fund clients will need to deposit directly to MC via our Private Managed Fund held with the Prime Broker. The Advisor reserves the right to approve or disapprove of any PRIME BROKER based on the PRIME BROKER's past performance, execution capabilities, product and technology limitations, commission structure, regulatory or compliance history, customer complaints or issues or other business related reasons. This FEE AGREEMENT/DISCLOSURE DOCUMENT (D-Doc) of Mediatrix Capital Inc. is intended to disclose the risks and/or fee's associated with Managed Accounts, Private Funds, Structured Products, and selected Hedge Funds through its banking relationships or FX Prime Broker Blue Isle Markets Inc. dba/ Blue Isle FX, or other unless further notified of a change. MC is an approved agent with several Private Banking Institutions. As an AGENT/Introducing Broker (IB), MC has a duty to notify the client of the possible commissions charged by Private Banks and BIFX on each transaction. The Current Rate of Commissions/Fees/Spread charged by Private Banks very on each transaction and shall be detailed through each individual contract. The current rate of commission through BIFX shall be between the Bid and Ask Spread of 1-3 PIP's (Price Interest Points) or $5.00 to $30.00 per One Hundred Thousand USD Traded on FX Spot. Spot Gold, Silver and Oil spreads between the Bid and Ask Spread price will vary from Pair to Pair with an average spread being .0005 PIP's to .0010 PIP's on average.

## The Agent/Introducing Broker

Clients are hereby notified that our primary Prime of Prime Broker is Blue Isle Markets Inc. dba/ Blue Isle FX. Additionally MC is an Introducing Broker for BIFX, and all FX client accounts will be under the IB Umbrella of MC. This allows the client to have access to larger credit lines and more attractive pricing due to the High Frequency Volumes of the entire MC book of business. MC has qualified for the right to act as and serve as an IB and passes these discount services along to its client base to help increase profitability and offer opportunities not available to the Retail Trading Public. All clients will be required to open an account with BIFX online, in addition to providing the required, executed MC documentation. Note that although on the web portal for BIFX, on their "open an account" section where a client will apply to open a brokerage account, the last data input requires that the client specify what leverage should be used in trade. This leverage specification applies to retail traders, or managed account traders. Although the client must select a leverage option, MC, will have an override in all cases, as to the leverage ratio that will be used in managed account trading.

## Principal Risk Factors Associated with Off-Exchange Trading

Each potential client should read the following section of this disclosure document and potential clients should consider the following risks before entering this investment.

### Forex Trading is Speculative and Volatile

Forex trading prices are volatile. Price movements of Forex trading are influenced by among other things, changing supply and demand relationships, and trade, fiscal, monetary and exchange control programs and policies of governments, national and international political and economic events and changes in national and international interest rates and rates inflation, currency devaluations and reevaluations, and emotions of participants in the market place. In addition, governments from time to time intervene, directly and by

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

5

Levering00000732


**Mediatrix** Capital Inc

regulation, in certain markets, particularly in the currencies. Such intervention is often intended to influence prices directly. Forex trading, unlike many other securities, does not pay any dividend. Profits can be made in Forex trading by selling a contract at a higher price than that at which it was bought or by buying a contract at a lower price than at which it was sold. In addition, interest may be paid or charged for holding FX Spot Positions over night.

## Forex trading is Highly Leveraged

The low margin deposits normally required in Forex trading accounts (typically between 1% and 4% of the value of the contract purchased or sold) permit an extremely high degree of leverage. Accordingly, a relative small price movement in a Forex trading contract may result in immediate and substantial change in valuation to the investor. For example, if at the time of purchase, ten percent of the price of the Forex trading contract is deposited as margin, then a ten percent (10%) increase/decrease in the price of the Forex contract would, if the contract were then closed out, result in an equal gain/loss of the margin deposit before any deduction for the trading commission. Thus, like other leveraged investments, any trade could possibly result in a loss or gain.

## Forex Trading markets May Be Illiquid

As stated in the risk disclosure statement at the beginning of this document, there may be times when it is difficult to liquidate a position. This can occur, for example, in off market hours such as the time between the USA Close and Asian Open, or when the market makes a "Limit Move". In these circumstances, clients could incur paper losses until it becomes possible to liquidate the position.

## Electronic Order Entry

The Advisor places trades via electronic order platforms for its managed Program called Electronic Communications Network (ECN). An ECN broker will send its trades to various liquidity providers (banks and dark pools) used by the brokerage. The ECN will internally match orders placed by users of the network. For instance, if one trader using the ECN wants to go long, the brokerage will match the order with another wanting to go short. This means that users of ECN Brokers can often take advantage of 0 pip spreads when the brokerage successfully matches a user's orders. ECN brokers make money by charging its users commission on top of any spread. The reason why traders prefer ECN brokerages is that ECN's can often provide traders with tighter spreads. In rare instances risk exists that a trade may not be placed or may be placed at a later time than originally desired. These occurrences, which are beyond the Advisor's control, could result in losses to a client's account.

## Program/Systematic Trading

The Advisor may utilize a method of trading in which computer generated signals are given to determine trade execution. If the Advisor is incorrect in the interpretation of this information, client accounts can suffer losses. Trading decisions made by the Advisor on behalf of participating customers are based primarily on fundamental and technical analysis. However, its trading decisions may not adhere strictly to any particular trading formula or system.

## Lack of Diversification in Advisor's Trade Fund

In the Advisor's Trade Fund, trades can be generally executed across multiple OTC FX Spot and Options trading contracts, (including Spot Gold, Silver and Crude), and multiple FX Spot Pairs. In most instances however, the Trade Fund's performance is dependent upon fluctuations specifically in G7 Currency Pairs

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

6

Levering00000733



# Mediatrix Capital Inc

OTC FX Options/Spot Pairs being traded and the Advisor's ability to assess and profit from these pairs or occasionally only a couple of these pairs. Since there are instances in which the Trade Fund is not typically diversified into many other OTC Spot/Options pairs and contracts, clients may not necessarily benefit from price movements in other OTC FX Spot/Options trading pairs and contracts.

## Possible Effects of Speculative Position Limits

Insofar as speculative position limits are applicable, all OTC FX Spot/Options trading accounts owned, held, managed and controlled by the Advisor, are aggregated for position Limit purposes. The advisor may manage additional client accounts in the future. The Advisor believes that established position limits will not adversely affect the Advisor's contemplated trading. However, it is possible that from time to time the trading decisions of the Advisor may be modified and positions held or controlled by the Advisor may have to be liquidated in order to avoid exceeding applicable position limits.

## Positions Held Overnight

Generally, all FX OTC Options positions placed are not held overnight, however, any contributing Spot positions held overnight or longer holds a higher margin requirement than positions traded within the same day. These higher margins will commit a greater amount of equity to the trade, and could affect the degree to which the trading portfolio can be diversified for the time period.

## Short-term and Intraday Trading

Short-term and intraday trading involves aggressive trading, and generally you will pay commissions or spreads on each trade. The total daily commissions/spreads that you pay on your trades will add to your losses or slightly reduce any profits. MC does not generally trade aggressively on a short term daily basis.

## A Participating Client's Futures Commission Merchant Entity May Fail

Under the Trading Advisor's Trade Fund, the PRIME OF PRIME BROKER is required to maintain client funds in segregated accounts.

## Charges to a Client's Account

A Client account is obligated to pay brokerage commissions & spread fees on each transaction regardless of whether the transaction realizes profits. The Advisor's Performance and/or Incentive Fees are not based on broker commissions but rather upon realized appreciation in open/closed trading positions. Advisor's Performance and/or Incentive Fees previously paid against such unrealized appreciation may not be refunded in the event of a loss. Typically there are no exchange fees in FX Spot trading; however PRIME BROKERS are typically compensated through the difference between the bid and offer rates (Spread). With OTC FX Options and Spot Gold, Silver and Oil, the PRIME BROKERS typically charge a commission in addition to the spread between the bid and offer rates (Spread). The forgoing list of risk factors does not purport to be a complete explanation of the risks involved in Forex trading. Potential investors should read the entire Broker disclosure document before deciding to invest. A participating customer should have personal resources beyond any funds which the customer deposits in the trading account to be advised by the Advisor and such funds should represent separate investment capital to the customer.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

7

Levering00000734

 Mediatrix Capital Inc

## The Trading FX Program

### Objective

The Advisor's FX Spot and OTC FX Options managed fund program is designed for sophisticated investors. Although the risk of loss exists in OTC trading, the objective of the Advisor is to achieve consistent and above average returns on its assets under management through trading and speculation in FX Spot, OTC FX Options and Spot Gold, Silver and Oil trading, Legally no guarantees can be given that these objectives will be met, and an investment in an account to be traded by the Advisor should only be considered by investors that can assume the financial obligations of such trading, including losses on occasion. The Advisor will endeavor to meet the objective of capital appreciation by making trading decisions based upon both fundamental and proprietary trading methods learned and achieved over the many years in this business as educator, software/systems developer and trader.

### Methodology

The trading methods to be utilized by the Advisor are open to inspection by each investor or account holder via weekly account activity statements supplied by the Prime Broker's. In addition, the Advisor may refine or change the implementation of the strategy as a result of ongoing research and development (including but not limited to technical factors, markets traded and/or money management principals). Every attempt will be made to inform clients of any significant changes to the Advisor's Trade Fund. There can be no assurance that a change in the Advisor's approach to trading will yield the same results that it has in the past. Advisor will allow questions regarding its strategy to be offered through email or other correspondence and will make its best effort to reply to such correspondence on a timely basis.

FX Spot and OTC FX Options traders generally rely on fundamental or technical analysis, or a combination of both, in making trading and investment decisions. Technical analysis is based upon the theory that a study of the markets themselves will provide a means of anticipating external factors, which affect the supply and demand of a particular financial instrument in order to predict future prices. Technical analysis of the markets generally includes a study of, among other things, the actual daily, weekly and monthly price fluctuations, volume variations and changes in open interest.

Fundamental analysis, on the other hand, relies on a study of factors external to the trading market such as general economic factors, anticipated world events, and supply and demand factors in order to predict future prices. Fundamental analysis is premised on the concept that market prices frequently may not reflect the real value of Forex trading, although such value will eventually determine price levels. By analyzing underlying economic factors, a fundamental trader hopes to predict future market trends as price levels and actual value move into parity.

Initials ————

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

8

Levering00000735



**Mediatrix** Capital Inc

### The Advisor's Approach

The trading systems the Advisory Team draws upon the judgment, experience and knowledge of the fundamental and technical factors affecting various markets and attempts to identify optimal trading opportunities within these markets. The Advisory Team will generally employ an approach that utilizes both fundamental and technical methods when deciding to take positions in any market. The approach can generally be classified as fundamental in nature, although other methods can be employed by the Advisory Team. The Advisors will seek to exploit perceived market inefficiencies in the price of selected Spot trading contracts through both long and short positions. The Advisor has no set policy with respect to the time horizons of its long or short positions, but places an emphasis on the short-term time frame. Positions are occasionally held overnight. In evaluating the various factors which make up a trading decision, the systems pay close attention to each trade's risk-reward potential, how it fits into the risk profile of the entire portfolio, and whether it adheres to the account's overall trading goals.

### Portfolio Selection

The primary focus of the Advisor's trading program is trading FX Spot and complex OTC FX Options strategies, trading primarily in the G-7 currencies (United States, Japan, European Union, United Kingdom, and Canada), Forex trading markets, although the Advisor has sole discretion as to which OTC contracts it will trade. Currently the advisor trades primarily in the Off Exchange OTC FX Spot/Options, Spot Gold, Silver and Oil trading markets and will advise the investors in advance if the Advisor ever makes the decision to trade in other Exchanges.

## Management and Incentive Fees

MC presently charges a 50% performance fee payable monthly, solely out of net new appreciation in the accounts actual account value, for all accounts that are opened with a balance of less than $500,000.00 USD. **Additionally, there is a Lock Up period of 120 calendar days, for any money deposited with MC. During the Lock Up period, NO funds will be eligible for withdrawal. However, MC, will provide weekly performance statements through the Lock Up period, for account status updates. Clients requesting withdrawal of funds, either partial or in full, must provide MC with a minimum 30 days' notice.**

### Monthly Performance or Incentive Fee

Mediatrix Capital Inc. (MC) the "Advisor" shall be paid a Performance or Incentive Fee at a rate of fifty percent (50%), forty percent (40%) or thirty five percent (35%) of any net profits above the initial deposit/credit amount as outlined under the terms and conditions of Customer Agreement and/or Trading Authorization between MC and Customer, and as defined above. For Managed Account clients, the applicable monthly performance fee is also calculated based from any New Monthly Net High over a previously made deposit/credit or monthly High Water Mark calculated on the net new appreciation of the client's actual account value during each calendar month and for purposes of this document. Actual equals the Actual Net Asset Value. Net new appreciation, as used herein, means the excess (if any) of the actual account value as of the end of any calendar month reduced by any broker commissions, spreads or overnight carry cost valued on the Month End Brokerage Statement and payable on the actual account value at the end of any prior month (or any date during the previous the account commences trading, whichever date the actual account value was higher), increased by additional capital contributed, but reduced by withdrawals, distributions and performance fees as of or subsequent to the date of such highest actual account value. If any payment shall have been made to the Advisor for appreciation experienced in the client's account, and the account thereafter incurs a net

Initials ——————

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

9

Levering00000736



**Mediatrix** Capital Inc

loss for any subsequent month, the Advisor shall be entitled to retain performance fees previously paid on the account. However, no subsequent performance fee shall be paid to the Advisor until the account has again experienced net new appreciation over the established High Water Mark. Such management and incentive fees are billed by the Advisor directly to the carrying AFFILIATE PRIVATE BANK or PRIME BROKER to be paid directly out of a client's Structured Trade proceeds account. Upon presentation of the bill to the AFFILIATE PRIVATE BANK or PRIME BROKER entity, the AFFILIATE PRIVATE BANK or PRIME BROKER entity and the Advisor are authorized by the client to deduct only the earned fees directly from the client's proceeds or account.

The Customer hereby authorizes any AFFILIATE PRIVATE BANK or PRIME BROKER to pay MC such Performance and/or Incentive Fees, as described herein, in the form of check or wire transfer as shall become due and owing to MC under the terms and conditions of Customer Agreement and/or Trading Authorization between MC and Customer (Hedge Fund Participants will have a separate agreement). Concurrently therewith, MC shall send to Structured Product FX Managed Account Customers an invoice for Monthly Incentive/ Performance Fees. An invoice shall be deemed sent to Customer upon MC's sending such invoice to Customer via fax, e-mail and/or by mailing such invoice to Customer's address, and shall be deemed delivered to Customer personally whether actually received or not. An invoice shall be deemed correct and shall be conclusive and binding on Customer unless a written objection from Customer shall be received by MC and FXC within two (2) business days as the case may be. Business day shall mean any day that is not (a) a Saturday or Sunday or (b) a day on which banks are authorized or required to be closed. Customer acknowledges its ongoing responsibility to review regularly all customer account records and statements from BIFX via MC since such records will be conclusive and binding on Customer unless a prompt written objection from Customer is received by MC within 5 (five) business days as the case may be. By signing the attached documents, the parties have executed this Advisor Compensation and Authorization to Pay Fees.

The monthly performance fee is calculated based upon the initial deposit amount at the time of account opening, and is calculated therefore at either 50% (fifty percent), 40% (forty percent) or 35% (thirty five percent) of any New Monthly Net High over a previously made deposits or monthly High Water Mark calculated on the net new appreciation of the client's actual account value during each calendar month and for purposes of this document. Actual equals the net asset value. Net new appreciation, as used herein, means the excess (if any) of the actual account value as of the end of any calendar month reduced by monthly management fees, payable over the highest level of the actual account value as of the end of any prior month (or date the account commences trading, whichever date the actual account value was higher), increased by additional capital contributed, but reduced by withdrawals, distributions and performance fees as of or subsequent to the date of such highest actual account value. If any payment shall have been made to the Advisor for appreciation experienced in the client's account, and the account thereafter incurs a net loss for any subsequent month, the Advisor shall be entitled to retain performance fees previously paid on the account. However, no subsequent performance fee shall be paid to the Advisor until the account has again experienced net new appreciation. Such management and incentive fees are billed by the Advisor directly to the client or the carrying PRIME BROKER to be paid out of a client's account. Upon presentation of the bill to the PRIME BROKER entity, the PRIME BROKER entity and the Advisor are authorized by the client to deduct the fees directly from the client's account. Either the Advisor or the investor may terminate the agreement by delivering a written notification of such termination to the other party.

## Potential Conflicts of Interest

The Advisor currently acts as an advisor to its own and multiple other accounts, all of which participate with each other for the Advisor's services. Thus, the Advisor could have a conflict of interest between its

Initials ———

---

Manager: Michael S. Young    myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

Levering00000737


Mediatrix Capital Inc

responsibilities to one client's account and to those other accounts. The Advisor believes that it has sufficient resources to discharge its responsibilities in this regard in a fair manner. The Advisor may receive higher advisory fees from some accounts than others. The Advisor, however, trades all its accounts within each portfolio in a substantially parallel manner, given the differences in size and timing of the capital additions
and withdrawals.

The Advisor and any principal or associated person of the Advisor have the right to trade for his or her own accounts, and do so currently. A potential conflict also may occur when the Advisor or its principals or associated persons trade their proprietary accounts more aggressively, or take positions in proprietary accounts that are opposite, or ahead of, the positions taken by any non-proprietary account. A potential conflict of interest exists if proprietary trades are in the same markets and at the same time, using the same PRIME BROKER entity as another account. To the extent executions are bundled and then allocated among accounts held at the PRIME BROKER entity, one account may receive less favorable execution than other accounts. It is the Advisor's policy to allocate trade executions that afford each account the same likelihood of receiving favorable or unfavorable executions over time. The Advisor may find that positions established for the benefit of a particular account, when aggregated with positions in other accounts of the Advisor, approach the speculative position limits in a particular market. The Advisor may decide to address this situation either by liquidating some accounts' positions and reapportioning the portfolio in other contracts or by trading similar contracts in other markets which do not have restrictive limits. In the event that the Advisor was required to liquidate positions as the result of speculative position limits, such liquidation would be done on a pro rata basis across all accounts under management.

## Litigation

The International Securities Regulations provide that a trading advisor must disclose any material administrative, civil or criminal action, whether pending or concluded, within the 10 year period preceding the date of the trading advisor's disclosure document, against the trading advisor and any principal of the trading advisor, any broker with which the trading advisor's clients will be required to maintain their accounts and any introducing broker through which the trading advisor's clients will be required to introduce their accounts to the futures commission merchant. The Advisor does not believe that there are any such material actions regarding the Advisor or any principals of the Advisory Team as of the date of this Disclosure Document nor is any such action expected in the future.

## Account Size and Funding

The Client has agreed to credit/fund a minimum starting account size of $250,000.00 (Two Hundred and Fifty Thousand) USD; provided, however, under certain circumstances, the Advisor may in its sole discretion, accept smaller amounts.

## Length of Investment

The Advisor wishes to stress that potential investors should consider this to be a long term investment. While the model seeks to achieve large returns while controlling risk, no investment designed to achieve large returns continually appreciates. In fact, losses are a common element in the Advisor's efforts to achieve large returns. The Advisor believes an investor in this program should be able to commit funds to The Program For A Minimum Of Two (2) Years Although It Is Not Required.

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

11

Levering00000738


**Mediatrix** Capital Inc

## Confirmations and Account Statements

Each client may receive at will confirmations of daily activity and monthly statements from the PRIME BROKER entity reflecting all transactions entered into on behalf by the Advisor. These records are reviewed by the advisor daily and should be upon receipt by the client in order to monitor the status of the accounts managed by the Advisor, and should be retained for future reference.

## Instructions For Opening an Account

Clients are required to execute a management account agreement with the Advisor, which constitutes the full and complete understanding between the parties. Authorizations are executed by the client and furnished to their broker to empower the Advisor to make trades for the client's account and to collect fees for its services.

If a client intends to (1) commit funds from outside accounts, or (2) open an account on behalf of an Institutional Investment Plan, specific additional acknowledgments must be signed by the client at the time an account is opened.

1. Complete and sign the attached MANAGED ACCOUNT AGREEMENT NOTE:

2. Complete and sign the attached LIMITED TRADING AUTHORIZATION AND LIMITED POWER OF ATTORNEY.

3. Complete and sign the attached FEE PAYMENT AUTHORIZATION.

4. Complete and sign the attached PRIVACY STATEMENT.

5. Complete and sign an Account Application from the PRIME BROKER.

6. Issue a bank wire payable to the PRIME BROKER entity where your account will be traded.

7. Return the originals of items referenced in 1, 2, 3 and 4 above to: myoung@mediatrixcapital.com

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

12

Levering00000739



## Managed Account Spot Program Agreement

This MANAGED ACCOUNT AGREEMENT (the "Agreement") and Trading Authorization is made by and between MEDIATRIX CAPITAL INC. (the "Advisor") and (the "Client"). This agreement is entered into based upon the following representations:

WHEREAS, the Client hereby acknowledges to Advisor that Client has received, read and understood and carefully considered the risks outlined in the Disclosure Document of the Advisor, dated June 1, 2017, that no person is authorized by the Advisor to make statements in addition to, or inconsistent with, those contained in such documents;

WHEREAS, the Client hereby represents to Advisor that Client has capital/credit available and desires to invest such capital in speculative investments in Spot Forex, Gold, Silver, Oil trading contracts and

OTC FX Options trading ("Alternative Investments");

WHEREAS, the Client hereby represents to Advisor that Client is fully familiar with the speculative nature of Alternative Investment trading.

WHEREAS, the Client, if an individual, hereby represents to Advisor that Client is of full legal age in the jurisdiction in which Client resides and is legally competent to execute and deliver this Agreement and to purchase, sell, trade and own Alternative Investments as contemplated by this Agreement;

WHEREAS, the Client, if a corporation, partnership, trust or other entity or association, hereby represents to Advisor that Client has full power and authority to execute and deliver this Agreement and to purchase, sell, trade and own Alternative Investments as contemplated by this Agreement and the individual executing and delivering this Agreement for and on behalf of Client is of full legal age in the jurisdiction in which individual resides and is legally competent and has full power and authority to do so on behalf of Client and its stockholders, partners or beneficiaries, if any;

WHEREAS, the Client desires to retain Advisor as Client's Trading Advisor pursuant to the terms and conditions set forth in this Agreement, and Advisor desires to service Client pursuant to such terms and conditions.

NOW THEREFORE, in consideration of the mutual covenants herein contained and for other good and valuable consideration the receipt of which is hereby acknowledged, the parties hereto agree to the following:

1. RECEIPT OF FEE AGREEMENT/DISCLOSURE DOCUMENT – The Client acknowledges receipt of a copy of the FEE AGREEMENT / DISCLOSURE DOCUMENT dated as of June 2017 of the Advisor and agrees to all of the terms and conditions thereof, and has carefully considered the matters outlined and referred to therein in determining whether to participate in a Private Financial Opportunity / Structured Product or to open a Forex trading account managed by the Advisor. The Advisor legally can make no guarantee that any of its services will result in a gain for the Client. The Advisor will not be liable to the Client or to others except by reason of acts constituting willful malfeasance or gross negligence as to its duties herein, and disclaims any liability for human or machine errors in orders to trade or not to trade the Client's Account.

2. TRADING AUTHORITY FOR FX CLIENTS – The Managed Account client gives and grants the Advisor as his/her (its) agent and attorney in fact, full power and authority to buy, and trade in spot Forex trading, and Forex trading contracts pursuant to the trading policies described in the Disclosure Document. The Client agrees

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

13

Levering00000740



to execute a "Limited Trading Authorization & Limited Power of Attorney" with the PRIME BROKER entity authorizing the Advisor to enter orders for the Client's Account. This limited trading authorization and power of attorney shall be a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed and delivered to the advisor.

3. ACKNOWLEDGMENT OF RISK – The Advisor's recommendations and authorizations shall be for the Account of the Client. The Advisor makes no guarantee that any of its services will result in a profit to the Client. The Client had been provided a Risk Disclosure as required by law about the risks of trading with the Prime Broker entity and understands those risks. The Client assumes the responsibility of the risk that may be incurred. Client is aware of the speculative nature associated with Alternative Investment trading. The Client also acknowledges that legally, no one can guarantee profits or freedom from loss in Alternative Investment trading.

4. RESPONSIBILITIES OF THE AFFILIATE PRIVATE BANK OR PRIME BROKER – The Client recognizes that the Advisor will transmit orders on the Client's behalf to the AFFILIATE PRIVATE BANK or PRIME BROKER through the use of an electronic trading platform, phone or any other means that the Advisor chooses. The Advisor's responsibilities with respect to any of the Client's transactions shall be fulfilled at the time that a complete order has been transmitted from the executing broker to the Client's clearing broker. The Advisor shall not be responsible for any acts, omissions, or errors of the executing broker in executing such orders.

5. FEES – The Client agrees to authorize payments from the Client's Proceeds or Account to the Advisor in compensation for services as set forth in this agreement. The client will authorize to pay the Advisor as compensation for advisory services via a yearly management fee combined with a monthly incentive fee or solely a performance fee as mutually agreed upon and set forth at the end of this Agreement. The Advisor will bill all fees directly to the AFFILIATE PRIVATE BANK or PRIME BROKER entity to be paid out of the Client's proceeds or account. The Advisor reserves the right to negotiate different fees for different clients and share any portion of these fees with third parties in accordance with regulatory and industry standards. The yearly management, monthly incentive fees or performance fees are calculated and defined as follows:

a. Monthly Incentive Fee or Performance fee – The monthly incentive fees or Performance fees are 50%, 40% or 35% of deposited/credited funds of any New Net High Balances over the previous initial deposit/ credit amount or preceding High Water Mark, which is determined by the initial opening deposit amount. The Performance fees are based upon the total aggregate deposit of a client and are billed in the following percentages: deposits between $250,000-$499,999 are billed at a 50% performance fee, deposits between $500,000-$999,999 are billed at a 40% performance fee, and deposits in aggregate over $1,000,000 are billed at a 35% performance fee. The monthly incentive fees or Performance fees mentioned above are only applicable if the new highs are made and computed above the previous balance. Net new appreciation, as used herein, means the excess (if any) of the actual account value as of the end of any trade period or calendar month, payable over the highest level of the actual account value ( FX Clients- as of the end of any prior month) (or date the account commences trading, whichever date the actual account value was higher), increased by additional capital contributed, but reduced by withdrawals, and distributions as of or subsequent to the date of such highest actual account value. If any payment shall have been made to the Advisor for appreciation experienced in the client's account, and the account thereafter incurs a net loss for any subsequent month, the Advisor shall be entitled to retain performance fees previously paid on the account. However, no subsequent performance fee shall be paid to the Advisor until the account has again experienced net new appreciation or exceeded

Initials _____

Manager: Michael S. Young    myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

14

Levering00000741



Mediatrix Capital Inc

the previous established High Water Mark. Such performance or incentive fees are billed by the Advisor directly to the carrying AFFILIATE PRIVATE BANK or PRIME BROKER entity to be paid out of a client's proceeds or account. Upon presentation of the invoice to the AFFILIATE PRIVATE BANK or PRIME BROKER entity, the AFFILIATE PRIVATE BANK or PRIME BROKER and the Advisor are authorized by the client to deduct the fees directly from the client's proceeds or account. Either the Advisor or the investor may terminate the agreement by delivering a written notification of such termination to the other party, and such termination will require a 60 day notice. **The Lock Up Provision however, will still apply, in that if termination notice is given by investor, funds will be returned after the first 120 days have expired, if such a notification is given within the first 120 days of affiliation.**

6. MANAGEMENT OF OTHER ACCOUNTS – The services rendered hereunder are not exclusive and Client acknowledges that the Advisor presently advises and manages other client accounts and intends to do so in the future. The Client acknowledges that the Advisor reserves the right to charge management, monthly incentive fees or performance fees different from those described above for other accounts that it manages. The Advisor and its principal(s) and associated person(s) may trade Alternative Investments for their own account(s).

7. ASSIGNMENT – This Agreement shall not be assignable by the Client without the written consent of the Advisor or by the Advisor without notice to the Client and shall be binding upon the parties hereto, their heirs, respective legal representatives and successors and assigns.

8. ENTIRE AGREEMENT – This Agreement contains the entire understanding between Advisor and Client with respect to Private Financial Opportunities and Structured Products or Forex trading matters; it is intended to be the complete and exclusive expression of the agreement between Advisor and Client; it supersedes any other agreements or understandings of the parties with respect to Private Financial Opportunities and Structured Products or Forex trading matters; and may only be amended by mutual written consent. This Agreement may not be altered, amended or modified without the signed written consent of all parties.

9. GOVERNING LAW – The parties agree that any action or proceeding arising, directly, indirectly or otherwise in connection with, out of, related to, or from this Agreement, any breach hereof, or any transaction covered hereby shall be resolved, whether by arbitration or otherwise, within the securities laws of St. Vincent and the Grenadines and/or where authorized. Accordingly, the parties consent and submit to the jurisdiction of the courts located within such local and further agree that any action or proceeding brought by either party to enforce any right, assert any claim or obtain any relief whatsoever in connection with this Agreement shall be commenced by such party exclusively in the international courts, or if appropriate, before an arbitral body, located within such city and local.

10. NOTICES – Any notices required to be given shall be in writing and sent by certified or registered mail, return receipt requested, to MEDIATRIX CAPITAL INC. address listed and/or to email at: myoung@mediatrixcapital.com with a required response acknowledgment as receipt; and to Client at the address set forth below his/her signature to this Agreement. An email notice is required, if mail notifications have been dispatched.

11. CONFIDENTIALITY – The Client acknowledges that the trading methods employed by Advisor are proprietary and that the advice provided by Advisor is for the exclusive use of Advisor's Client(s). The Client

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

15

Levering00000742



**Mediatrix** Capital Inc

agrees that any and all portfolio position reports, performance information and other confidential or proprietary information distributed to the Client by the Advisor must be held in confidence by the Client. The Client agrees not to disclose any of Advisors' trading recommendations, advice or analysis to any third party without Advisor's prior written consent. The Client agrees to treat all such communication related to the Account as confidential.

12. TERMS AND CONDITIONS FOR TERMINATION – This Agreement shall be valid for a period of 5 years. The Agreement may terminate upon complete program funding or for FX Clients, a 60 day written notice by any party hereunder to the other party **(and in accordance with the Lock Up provisions)**. Notice shall be deemed given on the close of business on the day such notice is actually received by the Advisor or the Client. If either party terminates this Agreement, management fees and incentive fees (and, if due) will be paid as if the termination date of the Account were the end of the calendar month. When either party terminates this Agreement, the Client shall be liable for costs, expenses and losses incurred in liquidating open positions upon termination. In the event that any provisions of this Agreement are invalid for any reason whatsoever, all other conditions and provisions of the Agreement shall, nevertheless, remain in full force and effect.

SIGNATURE PAGES FOLLOW

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

16

Levering00000743


Mediatrix Capital Inc

---

Please complete the following forms, then print, sign, scan and send to **myoung@mediatrixcapital.com**

IN WITNESS WHEREOF,
The parties have caused this FEE AGREEMENT & DISCLOSURE DOCUMENT to be duly executed as of the date below as accepted by:

_____
Client Name                                                  Date

_____
Address

_____
City                                             State            Zip

_____
Customer Signature                                    Date

_____
Second Customer Signature (if joint account)        Date

_____
Third Customer Signature (if joint account)         Date


ACCEPTED – MEDIATRIX CAPITAL, INC.


By:

_____
Michael S. Young / Chief Executive Officer          Date
MEDIATRIX CAPITAL, INC.


Initials _____

---

Manager: Michael S. Young    myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

Levering00000744


# Mediatrix Capital Inc

LIMITED TRADING AUTHORIZATION AND LIMITED POWER OF ATTORNEY (For FX Customers Only)

To: Affiliate Private Bank or Prime Broker

The undersigned, ("the Customer") hereby gives and grants MEDIATRIX CAPITAL, INC. ("the Advisor") as his/her (its) agent and attorney in fact, full power and authority to buy, and trade in spot Forex trading contracts markets pursuant to the trading policies described in the Disclosure Document.

This limited trading authorization and limited power of attorney shall be a continuing one and shall remain in full force and effect until revoked by the undersigned by a written 60 day notice addressed and delivered to the advisor, **and provided that the initial 120 Lock Up period has expired**, whichever has occurred last.

_____
Customer Name

_____
Customer Signature                              Date

_____
Second Customer Signature (if joint account)    Date

_____
Third Customer Signature (if joint account)     Date

Initials _____

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

18

Levering00000745



FEE PAYMENT AUTHORIZATION

To: Affiliate Private Bank or Prime Broker

Subject to the provisions of the forgoing FEE AGREEMENT & DISCLOSURE DOCUMENT of MEDIATRIX CAPITAL INC. (the "Advisor"), which the undersigned has executed, you are hereby authorized to deduct and remit directly to the Advisor such advisory fees such as Management Fees if any and applicable Performance Fees of 50% as agreed upon in the Managed Account Agreement as the Advisor accordingly requests.

Check all that apply:

Fee: fifty percent (50%) incentive or performance fee to be paid in USD _____ (Initial)

The Advisor will inform you of the exact amounts due on the agreed-upon payment/funding dates. The undersigned acknowledges and agrees that the Advisor is solely responsible for the computation of Fees and authorizes you to rely on remittance instructions submitted by the Advisor completely without regard to amount. This authorization will continue in effect until MC has received written notice from the client terminating it. Such notice will be mailed or delivered to the Advisor and to the Account Executive handling this account.

_____
Customer Name

_____
Customer Signature                                        Date

_____
Second Customer Signature (if joint account)              Date

_____
Third Customer Signature (if joint account)               Date

Initials _____

Manager: Michael S. Young    myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

Levering00000746



**Mediatrix** Capital Inc

PRIVACY STATEMENT

Pursuant to the International Securities Standards and rules, financial institutions like the Advisor are required to provide privacy notices to their clients. The Advisor considers privacy to be fundamental to our relationship with our clients. We are committed to maintaining the confidentiality, integrity and security of our current and former clients' non-public information. Accordingly, we have developed internal polices to protect confidentiality while allowing clients' needs to be met.

We will not disclose any non-public personal information about clients, except as required by applicable law or regulation, and thus authorities will also have access to such non-public information and records. In the normal course of serving our clients, only needed and specific information may be shared with companies that perform various services such as our accountants, auditors and attorneys.

Specifically, we may disclose to these service providers non-public information required by law including:

• Information that the Advisor receives from clients on managed account agreements and related forms (such as name, address, tax identification number, and birthdate, assets, income and investment experience); and:

• Information about clients' transactions with the Advisor (such as account activity and account balances).

Any party that receives this information will use it only for the services required and as allowed by applicable law or regulation, and is not permitted to share or use this information for any other purpose. To protect the personal information of individuals, we permit access only by authorized employees who need access to that information to provide services to our clients and us. In order to guard clients' non-public personal information, we maintain physical, electronic and procedural safeguards that comply with the International Securities Standards. If the relationship between a client and the Advisor ends, the Advisor will continue to treat clients' personal information as described in this notice. An individual client's right to privacy extends to all forms of contact with the Advisor, including telephone, written correspondence and electronic media, such as the internet.

The Advisor reserves the right to change this privacy notice, and to apply changes to information previously collected, as required by law. The Advisor will inform clients of any such changes as required by law.

Acknowledged by:

_____
Michael S. Young / Chief Executive Officer          Date
MEDIATRIX CAPITAL, INC.

_____
Customer Name

_____
Customer Signature                                  Date

_____
Second Customer Signature (if joint account)        Date

_____
Third Customer Signature (if joint account)         Date

Initials _____

Manager: Michael S. Young    myoung@mediatrixcapital.com
                             www.mediatrixcapital.com
                             Ph: 1.800.905.1006

6.17.2017    20

Levering00000747