

MEDIATRIXCAPITALFUND.COM

TO SUCCESSFULLY NAVIGATE IN TODAYS MARKET TAKES
**A SOLID PLAN AND THE RIGHT TEAM**



Mediatrix Capital Fund Ltd

## CONFIDENTIAL EXPLANATORY MEMORANDUM

**MEDIATRIX CAPITAL FUND (MCFCLAA)**
99,999,900 non-voting, non-redeemable participating Class A investor shares
ISIN No. BSP7000P1026  |  CUSIP No. P7000P102



**EXHIBIT**

**6**

SEC-AGS-E-0062788

The Directors of Mediatrix Capital Fund Ltd. (the "Fund") accept responsibility for the accuracy of the information contained in this document as of the 30th day of November 2016, the date of publication of this Confidential Explanatory Memorandum (the "Memorandum"). To the best of the knowledge and belief of the Directors (who have taken all reasonable care to ensure that such is the case) the information contained in this document is in accordance with the facts and does not omit anything likely to affect the importance of such information.

THE SECURITIES DESCRIBED IN THIS CONFIDENTIAL EXPLANATORY MEMORANDUM HAVE NOT BEEN REGISTERED OR QUALIFIED FOR OFFER OR SALE TO THE PUBLIC UNDER THE SECURITIES LAWS OF ANY COUNTRY OR JURISDICTION. THEY HAVE NOT BEEN FILED WITH OR APPROVED OR DISAPPROVED BY ANY REGULATORY AUTHORITY OF ANY COUNTRY OR JURISDICTION NOR HAS ANY REGULATORY AUTHORITY PASSED UPON OR ENDORSED THE MERITS OF THIS OFFERING OR THE ACCURACY OR ADEQUACY OF THIS CONFIDENTIAL EXPLANATORY MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL. THE DOCUMENT HAS BEEN PREPARED IN ACCORDANCE WITH THE REQUIREMENTS OF THE INVESTMENT FUNDS ACT, 2003 OF THE COMMONWEALTH OF THE BAHAMAS (the "IFA"). THE FUND WILL BE LICENSED TO OPERATE AS AN INVESTMENT FUND IN THE BAHAMAS.



## MEDIATRIX CAPITAL FUND LTD (MCFCLAA)

An International Business Company with limited liability incorporated under and in accordance with the International Business Companies Act, 2000 (as amended) in the Commonwealth of The Bahamas.

ISIN No. BSP7000P1026 | CUSIP No. P7000P102

# CONFIDENTIAL EXPLANATORY MEMORANDUM

**Dated 30th November 2016**
**[Updated January 2018]**

No person has been authorised to make any representations concerning the Fund or its Redeemable Shares which are inconsistent with, or in addition to, those contained in this Confidential Explanatory Memorandum, and neither the Fund nor its Directors accept any responsibility for any representations so made.

This Confidential Explanatory Memorandum does not constitute an offer to sell or a solicitation or an offer to buy nor shall there be any sale of any Redeemable Shares in any jurisdiction in which such offer, solicitation or sale is not authorised or to any person to whom it is unlawful to make such offer, solicitation or sale. Information on direct or indirect ownership of such shares can be obtained by writing to the Administrator of the Fund at the address detailed in this Confidential Explanatory Memorandum. The direct or indirect ownership of Redeemable Shares by "United States Persons" as defined herein is prohibited unless qualified under the definition of a Qualified Eligible Person/Participant (QEP) as defined in Rule 4.7 of the U.S. Commodity Exchange Act or as a Qualified Purchaser as defined in the U.S. Investment Company Act of 1940; or persons resident in The Commonwealth of The Bahamas.

Shares may not be offered for sale to persons, trusts or corporations who are, or which have been, designated as resident for purposes of exchange control by The Central Bank of The Bahamas, without the prior written permission of that authority.

## NOTICE TO INVESTORS

### RISK WARNINGS

INVESTMENT IN THE FUND IS SPECULATIVE AND INVOLVES SUBSTANTIAL RISKS THAT SHOULD BE CAREFULLY CONSIDERED. THERE IS NO ASSURANCE THAT THE INVESTMENT APPROACH OF THE FUND WILL BE SUCCESSFUL OR THAT IT WILL ACHIEVE ITS INVESTMENT OBJECTIVES. ACCORDINGLY THE VALUE OF SHARES IN THE FUND MAY GO DOWN AS WELL AS UP AND INVESTORS MAY NOT REALISE THE AMOUNT INITIALLY INVESTED. FURTHER, PAST PERFORMANCE IS NOT NECESSARILY A GUIDE FOR FUTURE PERFORMANCE. SEE SECTION ENTITLED 'RISK FACTORS' OF THIS CONFIDENTIAL EXPLANATORY MEMORANDUM.

### IMPORTANT

IF YOU ARE IN ANY DOUBT ABOUT THE CONTENTS OF THIS CONFIDENTIAL EXPLANATORY MEMORANDUM, YOU SHOULD CONSULT YOUR STOCKBROKER, COUNSEL AND ATTORNEY, ACCOUNTANT OR OTHER FINANCIAL ADVISER.

PURSUANT TO SECTION 14(2) OF THE INTERNATIONAL BUSINESS COMPANIES ACT, 2000 OF THE BAHAMAS EVERY INVESTOR SHALL BE BOUND BY THE PROVISIONS OF THE ARTICLES OF ASSOCIATION OF THE FUND AS IF SUCH INVESTOR HAD SUBSCRIBED HIS NAME AND AFFIXED HIS SEAL THERETO AND AS IF THERE WERE CONTAINED IN THE ARTICLES OF ASSOCIATION, ON THE PART OF THE INVESTOR, A COVENANT TO OBSERVE THE PROVISIONS OF THE ARTICLES OF ASSOCIATION.

### IMPORTANT NOTICE

NEITHER THE FUND NOR ITS REDEEMABLE SHARES (THE "SHARES") DESCRIBED IN THIS MEMORANDUM HAVE BEEN OR WILL BE REGISTERED OR QUALIFIED UNDER THE SECURITIES LAWS OF THE UNITED STATES ("U.S.") OR ANY OTHER JURISDICTION. THIS MEMORANDUM SHALL NOT CONSTITUTE AN OFFER TO SELL OR THE SOLICITATION OF AN OFFER TO BUY, NOR SHALL THERE BE ANY SALE OF SHARES IN ANY JURISDICTION IN WHICH SUCH OFFER, SOLICITATION OR SALE IS NOT AUTHORISED OR TO ANY PERSON TO WHOM IT IS UNLAWFUL TO MAKE SUCH OFFER, SOLICITATION OR SALE. THE DIRECT OR INDIRECT OWNERSHIP OF SHARES BY "RESTRICTED PERSONS" AS DEFINED IN THIS MEMORANDUM IS PROHIBITED EXCEPT IN ACCORDANCE HEREWITH. NO PERSON HAS BEEN AUTHORISED TO MAKE ANY REPRESENTATIONS CONCERNING THE FUND OR THE SHARES WHICH ARE INCONSISTENT WITH THOSE CONTAINED IN THIS MEMORANDUM, AND ANY SUCH REPRESENTATIONS SHOULD ACCORDINGLY BE TREATED AS UNAUTHORISED AND MAY NOT BE RELIED UPON BY THE RECIPIENT.

PROSPECTIVE INVESTORS SHOULD NOT CONSTRUE THE CONTENTS OF THIS MEMORANDUM AS LEGAL, TAX OR FINANCIAL ADVICE. ALL PROSPECTIVE INVESTORS SHOULD CONSULT THEIR OWN PROFESSIONAL ADVISORS AS TO THE LEGAL, TAX, AND FINANCIAL CONSEQUENCES OF SUBSCRIBING FOR, PURCHASING, HOLDING AND SELLING THE SHARES UNDER THE LAWS OF ANY JURISDICTION TO WHICH THEY ARE SUBJECT AND THE INVESTMENT RISKS ASSOCIATED WITH THE FUND AND ITS PROPOSED ACTIVITIES OR OTHER MATTERS RELEVANT TO THE SUITA-BILITY OF AN INVESTMENT IN THE SHARES FOR SUCH INVESTOR.

THE PURCHASE OF SHARES IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. THERE IS NO ASSURANCE THAT THE FUND WILL BE PROFITABLE OR THAT AN INVESTOR WILL NOT LOSE ITS ENTIRE INVESTMENT IN THE FUND. SEE THE SECTION ENTITLED "RISK FACTORS" WITHIN THIS MEMORANDUM FOR A DESCRIPTION OF CERTAIN RISKS INVOLVED IN THE PURCHASE OF SHARES.

THIS MEMORANDUM IS INTENDED SOLELY FOR THE USE OF THE PERSON TO WHOM IT HAS BEEN DELIVERED BY THE FUND FOR THE PURPOSE OF EVALUATING A POSSIBLE INVESTMENT BY THE RECIPIENT IN THE SHARES DESCRIBED HEREIN, AND IT IS NOT TO BE REPRODUCED OR DISTRIBUTED TO ANY OTHER PERSONS (OTHER THAN PROFESSIONAL ADVISORS OF THE PROSPECTIVE INVESTOR RECEIVING THIS DOCUMENT FROM THE FUND).

THIS MEMORANDUM SUPERCEDES ALL PRIOR INFORMATION WITH RESPECT TO THE SHARES OFFERED HEREBY. NO PERSON HAS BEEN AUTHORISED TO MAKE REPRESENTATIONS CONCERNING THE FUND THAT ARE INCONSISTENT WITH THOSE CONTAINED IN THIS MEMORANDUM. PROSPECTIVE INVESTORS SHOULD NOT RELY ON ANY INFORMATION NOT CONTAINED IN THIS MEMORANDUM OR THE EXHIBITS HERETO. STATEMENTS MADE IN THIS MEMORANDUM ARE BASED ON THE LAW AND PRACTICE CURRENTLY IN FORCE IN THE COMMONWEALTH OF THE BAHAMAS AT THE DATE HEREOF AND ARE SUBJECT TO CHANGE. NEITHER THE DELIVERY OF THIS MEMORANDUM NOR ANY SALE HEREUNDER SHALL UNDER ANY CIRCUMSTANCES CREATE ANY IMPLICATION THAT THE INFORMATION CONTAINED HEREIN IS CORRECT AS OF ANY TIME SUBSEQUENT TO THE DATE OF THIS MEMORANDUM.

THIS MEMORANDUM DOES NOT CONSTITUTE AN OFFER OF THE SHARES TO ANY MEMBER OF THE PUBLIC OF THE COMMONWEALTH OF THE BAHAMAS AND THE SHARES MAY NOT BE OFFERED TO ANY MEMBER OF THE PUBLIC IN THE COMMONWEALTH OF THE BAHAMAS UNLESS APPROVED BY THE CENTRAL BANK OF THE BAHAMAS.

THE SHARES DO NOT REPRESENT INTERESTS IN, OR OBLIGATIONS OF, THE FUND MANAGER OR ANY AFFILIATE THEREOF. THE SHARES ARE NOT INSURED OR GUARANTEED BY ANY GOVERNMENTAL AGENCY NOR HAS ANY GOVERNMENTAL AGENCY PASSED UPON THE ACCURACY OF THE INFORMATION CONTAINED IN THIS MEMORANDUM.

THE FUND WILL BE LICENSED AS AN INVESTMENT FUND PURSUANT TO THE INVESTMENT FUNDS ACT, 2003 UNDER THE LAWS OF THE COMMONWEALTH OF THE BAHAMAS. SUCH LICENSE DOES NOT IMPLY THAT THE SECURITIES COMMISSION OR ANY OTHER REGULATORY AUTHORITY IN THE COMMONWEALTH OF THE BAHAMAS HAS PASSED UPON OR APPROVED THIS MEMORANDUM OR THE OFFERING OF THE SHARES HEREUNDER NOR IS IT INTENDED THAT THEY WILL. CERTAIN PROVISIONS OF THE MEMORANDUM AND ARTICLES OF ASSOCIATION OF THE FUND AND OTHER CONSTITUTIVE DOCUMENTS ARE SUMMARISED IN THIS MEMORANDUM, BUT IT SHOULD BE ASSUMED THAT THE SUMMARIES ARE INCOMPLETE AND SUCH SUMMARIES ARE QUALIFIED IN THEIR ENTIRETY BY THE CONTENTS OF THE DOCUMENTS THEY PURPORT TO SUMMARISE. MATERIAL CONSTITUTIVE DOCUMENTS ARE AVAILABLE FOR INSPECTION AS INDICATED AT "GENERAL INFORMATION - CONSTITUTIVE DOCUMENTS FOR INSPECTION".

THE NET ASSET VALUE OF EACH CLASS OF SHARES WILL BE CALCULATED IN THE RESPECTIVE CURRENCY OF EACH SHARE CLASS. ACCORDINGLY, EACH SHAREHOLDER, AND NOT THE FUND, WILL BEAR THE RISK OF ANY FOREIGN CURRENCY EXPOSURE RESULTING FROM DIFFERENCES, IF ANY, IN THE VALUE OF THE U.S. DOLLAR RELATIVE TO THE CURRENCY OF THE COUNTRY IN WHICH SUCH SHAREHOLDER RESIDES OR MAINTAINS ITS NET WORTH.

THE SECURITIES COMMISSION OF THE BAHAMAS AS REGULATOR OF THE INVESTMENT FUNDS ACT, 2003, TAKES NO RESPONSIBILITY FOR THE FINANCIAL SOUNDNESS OF THE FUND OR FOR THE CORRECTNESS OF ANY STATEMENTS OR OPINIONS EXPRESSED HEREIN. THE DIRECTORS OF THE FUND ACCEPT RESPONSIBILITY FOR THE INFORMATION AND ACCURACY OF THIS MEMORANDUM AT THE DATE OF PUBLICATION. TO

SEC-AGS-E-0062790

THE BEST OF THE KNOWLEDGE AND BELIEF OF THE DIRECTORS, WHO HAVE TAKEN ALL REASONABLE CARE TO ENSURE THAT SUCH IS THE CASE, THE INFORMATION CONTAINED HEREIN IS ACCURATE, IN ACCORDANCE WITH THE FACTS, AND DOES NOT OMIT ANYTHING LIKELY TO AFFECT THE IMPORTANCE OF SUCH INFORMATION.

THE FUND IS NOT INVOLVED IN ANY LITIGATION OR ARBITRATION PROCEEDINGS NOR ARE THE DIRECTORS OF THE FUND AWARE OF ANY PENDING OR THREATENING LITIGATION.

NO PERSON IS AUTHORISED TO PROVIDE INFORMATION OR TO MAKE ANY REPRESENTATIONS NOT CONTAINED IN THE MEMORANDUM IN CONNECTION WITH MATTERS DESCRIBED HEREIN AND, IF PROVIDED OR MADE, SUCH INFORMATION OR REPRESENTATION MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORISED.

———————————————————————

ALL MONETARY AMOUNTS FOR SHARES SET FORTH HEREIN ARE EXPRESSED IN UNITED STATES DOLLARS.

———————————————————————

## RISK DISCLOSURE STATEMENT

INVESTMENT IN THE FUND IS HIGHLY SPECULATIVE AND INVOLVES SUBSTANTIAL RISKS, WHICH SHOULD BE CAREFULLY CONSIDERED BEFORE INVESTING. THE VALUE OF SHARES IN THE FUND MAY GO DOWN AS WELL AS UP AND INVESTORS MAY NOT REALISE THE AMOUNT INITIALLY INVESTED. FURTHER, PAST PERFORMANCE IS NOT NECESSARILY A GUIDE FOR FUTURE PERFORMANCE.

YOU SHOULD CAREFULLY CONSIDER WHETHER YOUR FINANCIAL CONDITION PERMITS YOU TO PARTICIPATE IN THE FUND. IN CONSIDERING WHETHER TO PARTICIPATE IN THE FUND, YOU SHOULD BE AWARE THAT PARTICIPATING IN SECURITIES COULD QUICKLY LEAD TO LARGE LOSSES AS WELL AS GAINS. SUCH TRADING LOSSES CAN SHARPLY REDUCE THE NET ASSET VALUE OF THE FUND, AND CONSEQUENTLY, THE VALUE OF YOUR INVESTMENT IN THE FUND. ALSO MARKET CONDITIONS MAY MAKE IT DIFFICULT OR IMPOSSIBLE FOR THE FUND TO LIQUIDATE A POSITION.

THIS FUND IS SUBJECT TO CHARGES FOR MANAGEMENT, PERFORMANCE , LEGAL, ACCOUNTING, AUDIT AND BROKERAGE FEES.  IN ADDITION, THE FUND WILL INCUR ADDITIONAL OPERATIONAL EXPENSES AS FURTHER DESCRIBED HEREIN.  AS A RESULT, IT MAY BE NECESSARY FOR THE FUND TO MAKE SUBSTANTIAL TRADING PROFITS TO AVOID DEPLETION OR EXHAUSTION OF ITS ASSETS. THIS DOCUMENT CONTAINS A DESCRIPTION OF SUCH CHARGES.

THIS BRIEF STATEMENT CANNOT DISCLOSE ALL THE RISKS AND OTHER SIGNIFICANT ASPECTS OF PARTICIPATING IN THE FUND. YOU SHOULD THEREFORE CAREFULLY STUDY THIS MEMORANDUM AND THE OBJECTIVES IN GENERAL BEFORE YOU DECIDE TO PARTICIPATE IN THE FUND.  SEE ALSO THE SECTION ENTITLED 'RISK FACTORS' OF THIS MEMORANDUM.

IF YOU ARE IN ANY DOUBT ABOUT THE CONTENTS OF THIS CONFIDENTIAL EXPLANATORY MEMORANDUM, YOU SHOULD CONSULT YOUR STOCKBROKER, COUNSEL AND ATTORNEY, ACCOUNTANT OR OTHER FINANCIAL ADVISER.

## TABLE OF CONTENTS

NOTICE TO INVESTORS ................................................................. 2

DEFINITIONS ................................................................................ 4

SUMMARY OF OFFERING ............................................................. 5

DIRECTORY ................................................................................. 8

INTRODUCTION ........................................................................... 9

INVESTMENT OBJECTIVE .............................................................. 9

MANAGEMENT AND DIRECTORS .............................................. 11

OFFERING OF SHARES .............................................................. 12

SUBSCRIPTION .......................................................................... 13

REDEMPTION ............................................................................ 13

REPORTS TO SHAREHOLDERS ................................................... 14

FEES, COMPENSATION AND EXPENSES ...................................... 14

CONFLICTS OF INTEREST ........................................................... 15

TAXATION ................................................................................. 16

ANTI-MONEY LAUNDERING PROCEDURES ................................. 16

INVESTMENT FUNDS LAW DISCLOSURE .................................... 17

CERTAIN DEFINITIONS .............................................................. 17

GENERAL TERMS ...................................................................... 18

RISK FACTORS .......................................................................... 19

SUBSCRIPTION AND APPLICATION PROCEDURES ...................... 24

SUBSCRIPTION FORM ............................................................... 26

SEC-AGS-E-0062791

## DEFINITIONS

| | |
|---|---|
| **Business Day** | Any day (excluding Saturday and Sunday) on which banks are open for normal business in The Bahamas. |
| **Dealing Day** | The first Business Day following the Valuation Day. |
| **Valuation Day** | The last day of each month. |
| **Directors** | The Directors of the Fund. |
| **Fees & Expenses** | The management, legal, audit and other expenses related to managing the Fund. |
| **Fund** | The company, Mediatrix Capital Fund Ltd ("the Fund") currently comprising two classes of shares – Class A investors shares and Sponsor Shares. |
| **Net Asset Value** | The Net Asset Value of each class will be calculated on the basis of the value of the portfolio securities and other assets of the Fund, less liabilities and accruals for Fund fees and expenses. |
| **Asset Value Per Share** | The Net Asset Value per Share for each Class is equivalent to the Net Asset Value of such Class at the Valuation Day divided by the number of Shares issued and outstanding as at that date for each Class. |
| **Subscription Day** | First Business Day of the month. |
| **Subscription Notification** | By the 25th day of each month preceding the Valuation Day; request for Subscriptions received after the 25th of the month will be processed in the next cycle. |
| **Redemption Day** | If granted, Redemption Day will be the last Business Day of the calendar quarter. |
| **Share** | Non-voting, non-redeemable, participating Class A with a par value of US$0.0003 each offered pursuant to this Explanatory Memorandum. |
| **Shareholder** | The owner of non-voting, non-redeemable, participating Class A with a par value of US$0.0003 each. |
| **Valuation Day** | Last Business Day of the month. |

4

## SUMMARY OF OFFERING

*The following is a summary of the Confidential Explanatory Memorandum (the "Memorandum") and certain other documents relating to the Fund, and is qualified in its entirety by reference to the Memorandum, the Fund's Memorandum and Articles of Association, and related attachments. The Memorandum and related attachments should be reviewed carefully for more information with respect to the Fund.*

| | |
|---|---|
| **The Fund** | **Mediatrix Capital Fund Ltd.** ("the Fund") was organised as an open-end investment company on the 14th day of September 2016, under the laws of The Commonwealth of The Bahamas. |
| **Legal Structure** | The Fund was incorporated as an International Business Company ("IBC") with limited liability under the International Business Companies Act, 2000. The Fund is authorized to issue a maximum of 100,000,000 shares of which 99,999,900 are Class A, non-voting, participating, redeemable shares, and 100 Class B, voting, non-participating, non-redeemable shares. |
| | The Registered Office of the Fund is situated at Suite 205A, Saffrey Square, Bank Lane & Bay Street, P.O. Box N-9934 Nassau, The Bahamas. The Principal Office of the Fund is situated at One Montague Place 4th Floor, East Bay Street, Nassau, The Bahamas. |
| **Status** | The Fund is registered as an Investment Fund under the Investment Funds Act, 2003 of the Commonwealth of The Bahamas ("the IFA"). The courts of The Bahamas have exclusive jurisdiction in regard to any disputes that may arise in the operation, management, administration, or overall conduct of the Fund. |
| **Investment Objective** | The Fund's investment objective is to generate positive absolute returns through a combination of current income and capital appreciation. The Fund intends to deliver capital appreciation in excess of standard industry returns while maintaining strict risk management with pre-defined limits and exposure. |
| **The Fund Manager and Investment Manager** | Mediatrix Capital Inc., a Belize registered company, will serve as the Fund Manager and Investment Manager to the Fund (the "Fund Manager"). On the 25th day of September 2016, the Fund entered into an Investment Management Agreement with the Fund Manager (the "Management Agreement") under which the Fund Manager supervises and assists in the management of the Fund. |
| **Administrator** | The Fund has entered into an Administration Agreement with Sterling (Bahamas) Ltd. (the "Administrator"). Sterling (Bahamas) Ltd. will perform administration services pursuant to the Administration Agreement. The Administrator is responsible for calculating the Net Asset Value of the Fund. The Fund will pay the Administrator a fee based on its standard schedule of fees charged by the Administrator for similar services as provided for in the Administration Agreement. |
| **Registrar and Transfer Agent ("RTA")** | Sterling (Bahamas) Ltd. will act as the registrar and transfer agent of the Fund (the "RTA"), and pursuant to the Administration Agreement, perform RTA services, including receiving subscriptions, maintaining share ownership records, processing redemption requests, performing anti-money laundering procedures and responding to Member inquiries. |
| **Banker / Custodian** | The Fund will utilise the services of multiple banks, brokers and depositories. |
| **Auditor** | The Fund will engage a Grant Thornton as its auditor. |
| **Board of Directors** | The Fund is governed by its Board of Directors (the "Board" or "Directors") whose current members are: Bryant Sewall, Michael Stewart, and Michael S Young. |
| **Shares Offered** | Class A Non-voting, Participating, Redeemable Shares (the "Shares") are offered on the first business day of each calendar month. |
| **Price Per share** | Shares will be initially issued at US$1,000 per share. |
| **Lock-up Period** | There will be a 180-day lockup period. |

SEC-AGS-E-0062793

| High Water Mark | The Performance Fee is subject to what is commonly referred to as a "high water mark" pursuant to which such Performance Fee is paid only on new appreciation in the Net Asset Value of each Series of Shares. This means that the Fund Manager will only receive Performance Fees, on each Series of Shares when the Net Asset Value of such Series of Shares is greater than its previous highest value (i.e. the Net Asset Value subsequent to the last Performance Fee paid). Should the Net Asset Value of such Series of Shares drop in value then the Fund Manager must bring the Net Asset Value back above the previous highest value before the Fund Manager can receive Performance Fees again. Shares of a Series that are either purchased or redeemed during a financial year shall be subject to the payment of a Performance Fee only for the portion of the financial year during which such Shares of that Series were outstanding. |
|---|---|
| Minimum Initial and Subsequent Subscriptions | The minimum initial subscription amount is US$1,000,000 and thereafter-in multiples of US$100,000, subject to reduction at the discretion of the Fund's Directors. Shares may not be offered, transferred to, or acquired by, United States persons unless you qualify under the definition of a Qualified Eligible Person/Participant (QEP) as defined in Rule 4.7 of the U.S. Commodity Exchange Act or as a Qualified Purchaser as defined in the U.S. Investment Company Act of 1940; or persons resident in The Commonwealth of The Bahamas. |
| Redemption and Transfer | Shares may, subject to thirty (30) Business Days prior notice, be redeemed on the last business day of each calendar quarter. Shares are transferable, subject to the prior approval of the Directors, which may be withheld in certain circumstances. |
| Dividend Distribution | The Directors do not anticipate the paying of dividends on Shares; profits will be re-invested in the Mediatrix Capital Fund.  The Directors do retain the right to amend this and pay dividends on Shares solely at their discretion. |
| Risk Factors | An investment in the Fund involves significant risks and is suitable only for those persons who can bear the economic risk of the loss of their investment and who have limited need for liquidity in their investment. There can be no assurance that the Fund will achieve its investment objective. (See Section on "Risk Factors".) Each prospective investor should carefully review this Memorandum and the relevant documents and agreements referred to herein before deciding to invest in the Fund. |
| Management Fee | The Fund Manager will receive a non-refundable Management Fee (the "Management Fee"), payable annually in advance from the Fund an amount equal to one percent (1%) of Net Assets. Net Assets for this purpose includes all cash and cash equivalents, accrued interest, and the market value of all open positions and other assets of the Fund, less accrued brokerage commissions and fees, other transaction costs and all other liabilities of the Fund. |
| Hurdle Rate | The Fund has employed an annualised 8% Hurdle Rate calculated on a monthly basis at .667% per month, which is the minimum rate of return on investment required by a manager before performance fees are paid. |
| Performance Fee | The Fund Manager will be entitled to receive, for each calendar month, a Performance Fee (the "Performance Fee") paid monthly in arrears with respect to each Series of Shares outstanding during such calendar month. The Performance Fee will be an amount equal to thirty percent (30%) of the annual appreciation in the Net Asset Value of each Series of Shares paid monthly, provided that such appreciation is at least 0.667% (the "Hurdle Rate") on a monthly basis or 0.667%. The Performance Fee is also subject to what is commonly referred to as a "high water mark" pursuant to which such Performance Fee is paid only on new appreciation in the Net Asset Value of each Series of Shares above the Hurdle Rate. This means that the Fund Manager will only receive Performance Fees, on each Series of Shares when the Net Asset Value of such Series of Shares is greater than its previous highest value (i.e. the Net Asset Value subsequent to the last Performance Fee paid). Should the Net Asset Value of such Series of Shares drop in value then the Fund Manager must bring the Net Asset Value back above the previous highest value before the Fund Manager can receive Performance Fees again. Shares of a Series that are either purchased or redeemed during a financial year shall be subject to the payment of a Performance Fee only for the portion of the financial year during which such Shares of that Series were outstanding. |
| Expenses and Other Fees | The Fund Manager will be responsible for developing, executing and monitoring the Fund's investment strategy. The Fund will not be responsible for the payment of any of the Fund Manager's overhead expenses associated with rendering its services, including the salaries of its employees, rent and all general overhead expenses. The Fund will pay all other expenses of the Fund, including but not limited to the fees paid for the Fund's Administrator, accounting, audit and legal expenses; investment expenses such as commissions, |

SEC-AGS-E-0062794

transaction fees, trade execution fees, research fees, due-diligence fees and any other related expenses (including research-related travel expenses); interest on margin accounts and other indebtedness; borrowing charges on securities sold short; custodial fees; and any other expenses reasonably related to the purchase, sale or transmittal of Fund assets. The fees and expenses associated with the organization of the Fund and the initial offering of shares will be borne by the Fund Manager.

| | |
|---|---|
| **Frequency of Valuation** | Net Asset Valuation will be performed on a monthly basis |
| **Reports** | Investors will receive unaudited financial information concerning the Fund's performance within thirty (30) days following the end of each calendar month, and will receive audited financial statements, within one hundred and eighty (180) days after the completion of the Fund's financial year. |
| **Tax Status** | The Fund will not be subject to any income, withholding or capital gains taxes in The Commonwealth of The Bahamas. Investors should consult their own advisors as to the tax consequences to them of an investment in the Fund. |
| **Investor Suitability** | An investment in the Fund may be made by only those investors who represent and warrant in the Subscription Agreement that they are Professional Investors as defined in the Subscription Agreement. |
| **Subscription Procedure** | Any investor desiring to subscribe for Shares of the Fund will be asked to sign a copy of a Subscription Agreement in the form furnished by the Fund Manager (the "Subscription Agreement"), offering in the Subscription Agreement to purchase a specified dollar amount of Shares, and send such copy first by email (scanned) and then by courier, to: |

**Mediatrix Capital Fund Ltd.**
c/o Sterling (Bahamas) Ltd.
Suite 205A, Saffrey Square
Bank Lane & Bay Street,
Nassau, Bahamas
T: +1 (242) 322-5448
F: +1 (242) 325-8445
E: investors@mediatrixcapitalfund.com

Payment of the subscription amount will be made in accordance with the terms of the Subscription Agreement. Application funds must be remitted from a bank account in the name of the investor and funds remitted by a third-party will not be accepted.

Please note that the foregoing is a summary only. It does not attempt to be complete and is in all respects qualified by the more detailed information appearing elsewhere herein.

SEC-AGS-E-0062795

## DIRECTORY

### Registered Office of the Fund

Mediatrix Capital Fund Ltd.
Suite 205A, Saffrey Square
Bank Lane & Bay Street
Nassau, NP The Bahamas

### Principal Office of the Fund

Mediatrix Capital Fund Ltd.
One Montague Place, 4th Fl
East Bay Street
Nassau, NP The Bahamas

### Fund Manager and Investment Manager

Mediatrix Capital Inc.
One Montague Place, 4th Fl
East Bay Street
Nassau, NP The Bahamas
T: +1 800-905-1006 | E: investors@mediatrixcapitalfund.com

### Administrator & Transfer Agent

Sterling (Bahamas) Ltd.
Suite 205A, Saffrey Square
Bank Lane & Bay Street
Nassau, NP The Bahamas
T: +1 242 322-5448 | F: +1 242 325-8445

### Fund Consultant

SCG Fund Services
Suite 205A, Saffrey Square
Bank Lane & Bay Street
Nassau, NP The Bahamas

### Auditor

Grant Thornton Bahamas
Paje House, #17 Marlborough Street
P.O. Box N-8285
Nassau, The Bahamas

### Prime Broker / Custodian

Divisa UK Limited
69 Wilson Street
London, England, EC2A 2BB

### Execution Facilitator

Blue Isle Markets Inc
One Montague Place, 4th Fl
East Bay Street
Nassau, NP The Bahamas

### Banker

Ansbacher (Bahamas) Limited
4th Floor, 308 East Bay St
Nassau, NP The Bahamas

SEC-AGS-E-0062796

## INTRODUCTION

**Mediatrix Capital Fund Ltd.** ("the Fund") was organised as an open-end investment company on the 14th day of September 2016, under the laws of The Commonwealth of The Bahamas.

The Fund's investment objective is to generate positive absolute returns through a combination of current income and capital appreciation. The Fund intends to deliver capital appreciation in excess of standard industry returns while maintaining strict risk management with pre-defined limits and exposure.

The Fund Manager and Investment Manager is Mediatrix Capital Inc. (the "Fund Manager"), a Belize management company.

The Fund Manager employs third party companies to monitor and record all transactions in the Fund. The Fund administrator is Sterling (Bahamas) Ltd., and the fund auditor will be Grant Thornton.

The Fund requires a minimum investment of US$1,000,000. There will be a 180-day lockup period. The Performance Fee is thirty percent (30%) with a high-water mark of 0.667% per month. The Management Fee is one percent (1%) per annum. Investors will have their income and capital gains reinvested monthly and receive statements monthly. The Fund Manager will use the proceeds from the offering of the Fund's Shares to employ the strategy in which the Fund will invest.

Shares of the Fund will be sold only to persons who are Professional Investors, as defined in the Subscription Agreement.

THE FUND'S INVESTMENT PROGRAM IS SPECULATIVE AND ENTAILS SUBSTANTIAL RISKS, AND NO ASSURANCE CAN BE GIVEN THAT THE COMPANY WILL ACHIEVE ITS INVESTMENT OBJECTIVE. CONSEQUENTLY, AN INVESTMENT IN THE FUND SHOULD BE MADE ONLY BY EXPERIENCED AND SOPHISTICATED PERSONS WHO ARE ABLE TO BEAR THE RISK OF THE SUBSTANTIAL IMPAIRMENT OR LOSS OF THEIR INVESTMENT IN THE FUND.

## INVESTMENT OBJECTIVE

The Fund's investment objective is to generate positive absolute returns through a combination of current income and capital appreciation. The Fund intends to deliver capital appreciation in excess of standard industry returns while maintaining strict risk management with pre-defined limits and exposure.

**There can be no assurances that the Fund will achieve its investment objectives.**

## Principal Investment Strategies

The Fund seeks to reach its investment objective by investing in securities, derivatives and other instruments to establish long and short investment exposures around the world. Total return is defined as income plus capital appreciation. The Fund may invest in multiple countries and frequently has significant exposure to foreign currencies and investments. The Fund's long and short investments primarily are sovereign exposures, including currencies, interest rates and debt instruments issued or guaranteed by sovereign entities. The Fund may also invest in other foreign and domestic debt instruments, including corporate debt, and equity securities, and commodities-related investments.

## TRADING METHODOLGY AND RISK MANAGEMENT

Funds under management are traded according to several proprietary strategies that has been developed and tested over a period of several years.  The strategies are described as opportunistic trading strategies to take advantage of shifts in macroeconomic trends.

Fund Manager may employ defined selection techniques and may overlay a suite of risk management strategies, including:

1. Ensure a Compliance Protocol is implemented in all equity positions taken.
2. Automate trade execution via a purpose built Application Programme Interface (API).
3. Apply automated and algorithmic risk controls with the aim of minimizing volatility.
4. Apply profit lock in feature solely at the discretion of the Fund Manager.
5. Apply an Option Forward Contracts Strategy (OS) feature to reduce or eliminate loss of principal.

The Fund Manager has developed a framework to assess risk in totality by bringing together the assessment of all different types of risk such as, amongst others, market, operational, legal, technical, liquidity, exchange rate and regulatory.

Risk management is an extremely important component of the Fund's trading program as the Fund Manager's philosophy is that risk management is arguably more important than trading strategy. Furthermore, in the trading program risk can be defined and managed, whereas the potential profit of the trading strategy is totally non-deterministic.

Risk controls applied by the Fund Manager do not cover risks such as technical failure of computer systems, trading systems, network connections and Broker network connections to liquidity partners for trading.  Broker insolvency and Broker activity outside the regulated authority's regulations are also risks not applicable to risk controls.  The Fund Manager or the Fund cannot be held liable for such failures, Broker insolvency or Broker activity outside the regulated authority's regulations.

## Investment and Borrowing Restrictions

There is no restrictions on investment and borrowing.

## Principal Risks

Although the Fund management team operates under a strict risk management program to lower the risk levels described herein, the potential for these risks still exist.

**Absolute Return Strategy Risk**. The Fund employs an "absolute return" investment approach, benchmarking itself to an index of cash instruments and seeking to achieve returns that are largely independent of broad movements in stocks and bonds. Unlike equity funds, the Fund should not be expected to benefit from general equity market returns. Different from fixed income funds, the Fund may not generate current income and should not be expected to experience price appreciation as interest rates decline.

**Foreign and Emerging Market Investment Risk**. Because the Fund invests a significant portion of its assets in foreign instruments, the value of shares may be adversely affected by changes in currency exchange rates and political, economic and market developments abroad, including the

SEC-AGS-E-0062797

imposition of economic and other sanctions by the United States or another country. Investment markets in emerging market countries are typically smaller, less liquid and more volatile than developed markets, and emerging market securities often involve higher risk than developed market securities. Trading in foreign markets often involves higher expense than trading in the United States. The foregoing risks may be greater in frontier markets. The value of investments denominated in foreign currencies can be adversely affected by changes in foreign currency exchange rates. Economic data as reported by sovereign governments and foreign issuers may be delayed, inaccurate or fraudulent. In the event of a default by a sovereign entity, there are typically no assets to be seized or cash flows to be attached. Furthermore, the willingness or ability of a sovereign entity to renegotiate defaulted debt may be limited. Therefore, losses on sovereign defaults may far exceed the losses from the default of a similarly rated U.S. debt issuer.

**Market Risk**. Economic and other events (whether real or perceived) can reduce the demand for investments held by the Fund, which may reduce their market prices and cause the value of Fund shares to fall. The frequency and magnitude of such changes cannot be predicted. Certain securities and other investments held by the Fund can experience downturns in trading activity and, at such times, the supply of such instruments in the market may exceed the demand. At other times, the demand for such instruments may exceed the supply in the market. An imbalance in supply and demand in the market may result in valuation uncertainties and greater price volatility, less liquidity, wider trading spreads and a lack of price transparency in the market. No active trading market may exist for certain investments, which may impair the ability of the Fund to sell or to realize the full value of such investments in the event of the need to liquidate such assets. Adverse market conditions may impair the liquidity of some actively traded investments. Fixed-income markets have recently experienced a period of relatively high volatility. As a result of the Federal Reserve's action to end its quantitative easing stimulus program as well as the possibility that it may unwind the program and its recent decision to raise the target fed funds rate, fixed-income markets could experience continuing high volatility, which could negatively impact the Fund's performance.

**Derivatives Risk**. The use of derivatives can lead to losses because of adverse movements in the price or value of the asset, index, rate or instrument underlying a derivative, due to failure of a counterparty or due to tax or regulatory constraints. Derivatives may create economic leverage in the Fund, which magnifies the Fund's exposure to the underlying investment. Derivatives risk may be more significant when derivatives are used to enhance return or as a substitute for a cash investment position, rather than solely to hedge the risk of a position held by the Fund. The use of derivatives involves the exercise of specialized skill and judgment, and a transaction may be unsuccessful in whole or in part because of market behaviour or unexpected events. Changes in the value of a derivative may not correlate perfectly with the underlying asset, rate or index. Derivative instruments traded in over-the-counter markets may be difficult to value, may be illiquid, and may be subject to wide swings in valuation caused by changes in the value of the underlying instrument. If a derivative's counterparty is unable to honour its commitments, the value of Fund shares may decline and the Fund could experience delays in the return of collateral or other assets held by the counterparty. The loss on derivative transactions may substantially exceed the initial investment.

**Risk of Leveraged Transactions**. Certain Fund transactions may give rise to leverage. Such transactions may include, among others, reverse repurchase agreements, securities lending, forward commitment transactions, short sales and certain derivative transactions. The Fund is required to segregate liquid assets or otherwise cover the Fund's obligation

created by a transaction that may give rise to leverage. The use of leverage may cause the Fund to liquidate portfolio positions when it may not be advantageous to do so to satisfy its obligations or to meet segregation requirements. Leverage may cause the Fund's share price to be more volatile than if it had not been leveraged, as certain types of leverage may exaggerate the effect of any increase or decrease in the value of the Fund's portfolio securities. The loss on leveraged investments may substantially exceed the initial investment.

**Risks of Commodity-Related Investments**. The value of commodity investments will generally be affected by overall market movements and factors specific to a particular industry or commodity, which may include weather, embargoes, tariffs, and health, political, international and regulatory developments. Economic and other events (whether real or perceived) can reduce the demand for commodities, which may reduce market prices and cause the value of the Fund's commodity investments to fall. The frequency and magnitude of such changes cannot be predicted. Exposure to commodities and commodity markets may subject the Fund to greater volatility than investments in traditional securities. No active trading market may exist for certain commodity investments, which may impair the ability of the Fund to sell or to realize the full value of such investments in the event of the need to liquidate such investments. In addition, adverse market conditions may impair the liquidity of actively traded commodity investments. Certain types of commodity instruments (such as total return swaps and commodity-linked notes) are subject to the risk that the counterparty to the instrument will not perform or will be unable to perform in accordance with the terms of the instrument.

**Credit Risk**. Investments in debt obligations are subject to the risk of non-payment of scheduled principal and interest. Changes in economic conditions or other circumstances may reduce the capacity of the party obligated to make principal and interest payments on such instruments and may lead to defaults. Such non-payments and defaults may reduce the value of Fund shares and income distributions. The value of a debt obligation also may decline because of concerns about the issuer's ability to make principal and interest payments. In addition, the credit ratings of fixed income securities and other debt instruments may be lowered if the financial condition of the party obligated to make payments with respect to such instruments changes. Credit ratings assigned by rating agencies are based on a number of factors and do not necessarily reflect the issuer's current financial condition or the volatility or liquidity of the security. In the event of bankruptcy of the issuer of fixed income securities and other debt instruments, the Fund could experience delays or limitations with respect to its ability to realize the benefits of any collateral securing the instrument. In order to enforce its rights in the event of a default, bankruptcy or similar situation, the Fund may be required to retain legal or similar counsel. This may increase the Fund's operating expenses and adversely affect net asset value.

**Geographic Risk**. Because the Fund may invest significantly in a particular geographic region or country, the value of Fund shares may be affected by events that adversely affect that region or country and may fluctuate more than that of a fund that has less exposure to such region or country.

**Short Sale Risk**. Short sale risks include, among others, the potential loss of more money than the actual cost of the investment, and the risk that the third party to the short sale may fail to honour its contract terms, causing a loss to the Fund.

**Interest Rate Risk**. In general, the value of income securities will fluctuate based on changes in interest rates. The value of these securities is likely to increase when interest rates fall and decline when interest rates rise. Generally, securities with longer durations are more sensitive to

10

SEC-AGS-E-0062798

changes in interest rates than shorter duration securities. In a rising interest rate environment, the duration of income securities that have the ability to be prepaid or called by the issuer may be extended. In a declining interest rate environment, the proceeds from prepaid or maturing instruments may have to be reinvested at a lower interest rate.

**Equity Investing Risk**. The Fund's shares may be sensitive to stock market volatility. The value of equity investments and related instruments may decline in response to conditions affecting the general economy; overall market changes; local, regional or global political, social or economic instability; and currency, interest rate and commodity price fluctuations, as well as issuer or sector specific events. Although values can rebound, there is no assurance they will return to previous levels.

**Securities Lending Risk**. Securities lending involves possible delay in recovery of the loaned securities or possible loss of rights in the collateral if the borrower fails financially.

**Issuer Diversification Risk**. The Fund is "non-diversified," which means it may invest a greater percentage of its assets in the securities of a single issuer than funds that are "diversified." Non-diversified funds face the risk of focusing investments in a small number of issuers, making them more susceptible to risks affecting such issuers than a more diversified fund might be.

**Risks Associated with Active Management**. The success of the Fund's investment program depends on portfolio management's successful application of analytical skills and investment judgment. Active management involves subjective decisions.

**General Fund Investing Risks**. The Fund is not a complete investment program and there is no guarantee that the Fund will achieve its investment objective. It is possible to lose money by investing in the Fund. The Fund is designed to be a long-term investment vehicle and is not suited for short-term trading. Investors in the Fund should have a long-term investment perspective and be able to tolerate potentially sharp declines in value. An investment in the Fund is not a deposit in a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, entity or person.

## MANAGEMENT AND DIRECTORS

### Fund Manager & Investment Manager

Under the terms of an Investment Management Agreement dated the 25th day of September 2016 (the "Management Agreement"), the Fund has retained the services of Mediatrix Capital Inc. to serve as its Fund Manager and Investment Manager to the Fund (the "Fund Manager"). The Fund Manager is a Canadian management company.

Services provided by the Fund Manager are as follows, but not limited to the following; advise the Fund concerning all actions which it appears to the Investment Manager would be advantageous to the Fund in implementing the investment policies of the Fund; evaluate opportunities for possible investment by the Fund and advise it on the formulation of an investment strategy for the Fund and communicate its advice to the Fund; keep under surveillance and review the investments for the time being of the Fund and recommend to it as circumstances may require changes in such investments; provide such advice to the Fund on matters related to investments as the Fund may reasonably require from time to time; and manage all aspects of the investment program of the Fund.

The fees payable to the Fund Manager are based on their standard schedule of fees charged by the Fund Manager for similar services as set out under "Fees and Expenses".

Under the Management Agreement, the Fund Manager will not, in the absence of gross negligence, wilful default or fraud on the part of the Fund Manager, be liable to the fund or to any investor for any act or omission, in the course of, or in connection with providing services to the fund or for any losses, claims, damages, liabilities and expenses or damage which the Fund may sustain or suffer as a result of, or in the course of, the discharge by the Fund Manager's duties pursuant the Management Agreement.

The Fund Manager will be indemnified out of the assets of the fund against all losses, claims, damages, liabilities and expenses including, but not limited to all reasonable fees of counsel, investigative fees and any other reasonable expense in connection with the preparation for a defence of any claim, action or proceeding brought against the Fund or the Fund Manager caused by or arising from the Fund Manager acting for the Fund.

The office of the Fund Manager is located at One Montague Place, 4th Fl. East Bay Street, Nassau, The Bahamas. The General Manager of the Fund Manager is Mr. Michael S Young (see bio below).

### Mr. Michael S Young, Fund Manager

Michael S. Young, Chief Operating Officer and Co-Founder of Mediatrix Capital Inc., has 21 years of operations experience. He manages the firm's capital distributions, international compliance, and client and corporate communications. Mr. Young launched Mediatrix Capital in 2013. The firm's trading models focus on the implementation of world-class algorithms and a short-term Spot FX currency correlation methodology. Mediatrix Capital uses proprietary models to generate an exceptional track record. Investors benefit from full transparency, short term client liquidity, and control over their accounts.

He began his career in technology sales in the U.S. energy and utility markets and earned numerous sales productivity awards. Later, he worked as national sales manager at CSG Systems, a NASDAQ 100 telecommunications/cable television technology and systems company where he was responsible for operational software sales. In 2002, Mr. Young managed the start-up of Solution Processing as a finance-based technology company for mortgage origination companies and mortgage insurance companies. The company grew to serve clients in 23 states and managed an average of $30-$45mm in monthly volume activity. Subsequently, as managing partner of Strategic Acquisitions Group, he acquired and sold distressed real estate assets and loan portfolios for the company, which sourced over $1.8 billion in distressed U.S. real estate and transacted on tens of millions of dollars' worth of portfolio value. He is a member of Mensa International and Sons of the American Revolution and is a graduate of the University of Colorado with a degree in International Affairs and emphasis in Spanish. Mr. Young has been interviewed by media outlets such as On the Money News, is a regular contributor to Equities.com, and is a frequently invited speaker at global events such as the Stansberry Conference Series and Investment Management Institute. His firm has been featured in media outlets such as Reuters, Yahoo Finance, Dow Jones, Wall Street Journal and major newspapers worldwide.

### Board of Directors

The Fund is managed by and under the supervision of its Board of Directors (the "Directors"). The members of the Fund's Board of Directors at the date of this document (the "Current Directors") were appointed by the subscribers to the Memorandum & Articles of Association of the Fund to serve for an indefinite term. The Current Directors will elect any subsequent

SEC-AGS-E-0062799

Directors. The Current Directors have agreed not to receive directors' fees for services to the Fund. However, the Fund may in future decide to appoint independent directors. Any such independent directors will be paid directors' fees in an amount to be determined in the sole discretion of the Directors.

At the date of this document, the Fund has Three (3) Directors:

### Mr Michael S Young, Fund Manager

(Bio see above)

### Mr. Bryant Sewall, Chief Technology Officer

Bryant E. Sewall, Executive Vice President of Operations and Lead Trade Manager for Mediatrix Capital Inc., has 30 years of high-level operations experience. He is responsible for the firm's technical and trading operations, trade management, risk litigation, algorithm development and overall fund management.

Mr. Sewall began working in the Forex industry in 2005. He initially spent 10 years as a general partner, trader and developer of a Forex trading fund and then worked as an independent equity trader and strategy developer. He has established a strong track record during his career as a Forex trader and technology manager of Forex and other investment funds. His expertise in retail trading and trading platforms is highly regarded with several successful trading algorithms to his credit. Previously, he served as a Lieutenant Colonel in the U.S. Marine Corps, including both regular and special operations forces. He executed disciplined tactical and strategic operations during five combat tours that included strategic ground, air and special operations missions with international coalition partners. He is a graduate of military schools in the United States and abroad and is a distinguished graduate of the U.S. Air Force Air War College with many unit and personal awards and decorations. In addition to his military and finance career, Mr. Sewall has an extensive background in technology operations and has worked for several Fortune 500 companies in the telecommunications and computing industries. He has led both small and large entities in technology rollouts and enhancement projects and holds several technical and networking certifications. He also has experience in the finance and real estate industries, including a property investment and management company with a significant property portfolio. Mr. Sewall works with several law enforcement agencies as a defensive tactics and weapons instructor and serves as a football coach for several championship teams at the youth and collegiate level. He is a graduate of Austin College in Texas.

### Mr. Michael Stewart, Chief Operations Officer

Michael (Mike) S. Stewart, Managing Director, Founder and Chief Analyst of Mediatrix Capital's OTC FX Options and FX Spot trading, has 25+ years of experience in the Financial markets.

His career began in 1997 when he founded a currency trading education firm. He subsequently created Trade Signal Pro, which expanded into one of the largest selling retail currency trading software platforms prior to its 1999 acquisition by E-FX. In 2001, Mr. Stewart lectured across the United States, Canada, Australia, Europe and South Africa on trading Forex and soon became widely respected as a leader on global retail foreign exchange trading. In 2002, he established Sonador Capital Management Inc. (SCM), which became one of the most profitable and largest volume OTC Spot FX and OTC FX options trading firms in the world with average trading volumes of $23 billion per month. In 2007, SCM exceeded $65 billion in trading volume per month. In 2008, Michael's lead options trader suffered from a fatal heart condition and due to probate issues SCM reorganized

under the name Snake River Financial Inc., which continued with most of the SCM client base. By 2013, the dynamic business landscape of foreign exchange, the impact of evolving U.S. and international regulations, and the resulting closure of most of the global derivative desks led Mr. Stewart to launch a boutique firm to meet the needs of accredited investors and small institutions. In 2013, Mr. Stewart and Michael Young launched Mediatrix Capital Inc. The firm's trading models focus on the implementation of world-class algorithms and a short-term spot FX currency correlation methodology. Using proprietary modelling programs and taking advantage of unsurpassed wholesale pricing from the prime broker, Mediatrix Capital has generated an exceptional track record. Investors benefit from full transparency, short-term client liquidity, and control over their accounts. Mr. Stewart has been married for 29 years, has three grown children.

## OFFERING OF SHARES

The Fund will be offering non-voting, redeemable Shares on the first business day of each calendar month to a number of investors who meet the requirements set forth in the "Subscription Agreement".

### Subscriptions and Offering Price

Subscriptions for Class A Shares (the "Shares") will be accepted in US Dollars and such Shares will be issued in US Dollars. The Shares shall initially be offered at US$1,000 per share (the "Offering Price"), with a minimum purchase subscription of US$1,000,000, or one thousand shares.

### The subscription by an investor is:

The minimum initial subscription for Shares is US$1,000,000 and subsequent subscriptions thereafter in multiples of US$100,000.

The Fund's Directors reserve the right to accept lower amounts of initial or additional subscription proceeds. The Fund reserves the right to reject any subscription for Shares and all subscriptions are irrevocable by the subscriber. Shares may be purchased monthly on the first business day of each calendar month or at such other times designated by the Board of Directors (each a "Dealing Date").

The proper documentation necessary to purchase Shares must be received by the RTA at least five (5) business days prior to the purchase date unless such requirement is expressly waived by the Fund. For the purposes of processing investor transactions by the RTA an order for a subscription or redemption submitted by an investor will not be deemed received until it has been accepted in writing by the RTA and the RTA has confirmed that all required documentation has been provided.

Shares will be issued in a different Series at each Dealing Date. The initial Series will be designated Series One and each subsequently issued Series will be numbered sequentially. For the purposes of series accounting each Series shall constitute a "Series Account" to which the subscription monies received from the issue of Shares of that Series will be allocated, together with investments and income, gains and losses derived therefrom. The Fund's liabilities will generally be allocated among the Series proportionately and debited to the various Series Accounts. However, liabilities specifically attributable to a particular Series of Shares (including Performance Fees payable to the Fund Manager as to that Series) will be debited to the Series Account for that Series. The Fund's Articles of Association permit the Fund to consolidate different Series of Shares into a single Series at any time provided that the consolidation will have no adverse impact on any Member or affect the calculation of expenses or the Performance Fees payable as to any Investor.

SEC-AGS-E-0062800

Investors interested in subscribing for Shares should follow the procedures set forth in Section entitled "Subscription and Application Procedures."

The Fund Manager may pay (or cause to be paid) fees to persons (whether or not affiliated with the Fund Manager) who are instrumental in the sale of Shares. Any such fees will in no event be payable by or chargeable to the Fund or any Investor or prospective Member.

## SUBSCRIPTION

Persons wishing to subscribe for the Shares should complete the Subscription Agreement, which includes, among other things, representations that the subscriber is not a U.S. Person, unless qualified under the definition of a Qualified Eligible Person/Participant (QEP) as defined in Rule 4.7 of the U.S. Commodity Exchange Act or as a Qualified Purchaser as defined in the U.S. Investment Company Act of 1940; or persons resident in The Commonwealth of The Bahamas.

Completed Subscription Agreements should be mailed/couriered or delivered (including by facsimile with the original Subscription Agreement sent via airmail/couriered) to the Administrator together with a wire transfer made payable to "Mediatrix Capital Fund Ltd." in U.S. Dollars for the full amount of the subscription. Shares may be offered as of each Subscription Day. Initially, Shares will be offered at US$1,000 per share (exclusive of upfront placement fees, if any). Shareholders may purchase additional Shares at the then prevailing Net Asset Value per Share (exclusive of upfront placement fees, if any). The minimum subscription for Shares is US$1,000,000 (exclusive of upfront placement fees, if any) and thereafter multiples of US$100,000. The Directors may also permit smaller subscriptions in their sole discretion.

Prospective shareholders should contact the Administrator to obtain Share pricing and wire transfer instructions. Failure to remit the full amount due will be treated as a withdrawal of a prospective shareholder's subscription.

A subscription for Shares will not be processed and Shares will not be allotted until receipt of notification that a prospective shareholder's funds have been cleared in the full amount of the subscription.

The Fund reserves the right to reject any subscription or to accept only part of a subscription for any reason. If a subscription is not accepted or is accepted only in part, the amount paid on the subscription or the balance thereof will be returned without interest and returned at the risk of the prospective shareholder. Fractions of Shares may be issued.

Unless specifically requested, no certificates shall be issued for Shares and the Fund shall maintain the account of the Shares in book entry form and the name of the Shareholder of such Shares will be entered into the Register of Shareholders. Under this arrangement, shareholdings shall be in book entry form and the Administrator shall issue a confirmation advice as soon as practicable after confirming the investment and upon receipt of the Subscription Agreement by facsimile with the original by mail.

## REDEMPTION

To redeem all or some of his holding, the Shareholder should complete the "Redemption Form" and send it via fax or email followed by postal mail to the Administrator. Such redemption shall be at the close of business on the last Business Day of the relevant calendar quarter, provided thirty (30) Business Days prior written notice was given to the Administrator.

Redemption proceeds will normally be paid out within ten (10) Business Days after the final Net Asset Value has been calculated and released in

respect of the relevant Share Class for the calendar month for which the computation is made. A Business Day shall be any day on which banks are open for domestic and foreign exchange business in Nassau and London.

Notwithstanding the aforesaid, the right to redeem is contingent upon the Fund having sufficient liquid assets to discharge its liabilities on the effective date of redemption. The Fund may temporarily suspend redemptions under certain circumstances, including if necessary, in order to liquidate positions in an orderly manner.

The Fund may suspend the redemption of Shares for the whole or any part of a period: (a) during which any Securities exchange, board of trade or other interdealer market or contract market on which any of the Fund's Securities or other investments are quoted is closed other than for ordinary holidays, or in which dealings are restricted or suspended; (b) during the existence of any state of affairs which, in the opinion of the Fund, constitutes an emergency as a result of which disposition of the Fund's Securities or other investments is not reasonable or practicable, or would be seriously prejudicial to the Fund or its Shareholders; (c) during any breakdown in the means of communication normally employed in determining the price or value of any of the Fund's Securities or other investments or of current prices or on any stock exchange as aforesaid, or when for any other reason the prices or values of the Fund's Securities or other investments owned by the Fund cannot reasonably be promptly and accurately ascertained; (d) during which the transfer of funds involved in the realization or acquisition of any investments cannot, in the opinion of the Fund Manager, be effected at normal rates of exchange; (e) during which the Fund has insufficient assets, in the view of the Fund Manager, to discharge its liabilities on the relevant Redemption Date; or, (f) at such other times as the Fund Manager, in its sole discretion, may determine. Whenever the Fund declares a suspension of the redemption of Shares, then as soon as may be practicable after any such declaration, the Fund Manager and/or Administrator shall give notice to all Shareholders stating that such declaration has been made. During any period when the redemption of Shares is suspended, the Fund may not issue or redeem Shares.

Redemptions are subject to the provisions for the payment of Fund liabilities and the establishment of reserves for contingencies by the Fund Manager. In addition, since it is contemplated that substantially all of the Fund's net assets will be committed to investments, the satisfaction of any redemption request will likely require liquidation of the Fund's investments. The Fund may be unable to liquidate sufficient of its investments to satisfy the redemption requests of all withdrawing Shareholders as of a given date. Moreover, even if certain investments could be liquidated at a given time, the Fund Manager, in its discretion, may determine that liquidation of such investments would not be in the best interests of the Fund. If, for example, the Fund Manager believes that early liquidation of a Fund investment could adversely affect the share value not only for redeeming Shareholders but for the remaining Shareholders as well, the Fund Manager may, in its discretion, determine not to liquidate such investments. Similarly, the Fund Manager may determine that the liquidation of certain investments, which could be liquidated at a given time, would adversely affect the Fund Manager's strategies for the allocation of the Fund's net assets among various investments. IN VIEW OF THE FOREGOING, NO ASSURANCES CAN BE MADE THAT THE FUND WILL BE ABLE, OR THAT THE FUND MANAGER WILL BE WILLING, TO LIQUIDATE FUND INVESTMENTS SUFFICIENT TO SATISFY ANY OR ALL REDEMPTION REQUESTS MADE IN RESPECT OF ANY REDEMPTION DATE.

In the event that the Directors determine that a U.S. Person, or person, trust or corporation designated as resident in The Commonwealth of The Bahamas directly or indirectly is the owner of Shares, the Fund has the right

SEC-AGS-E-0062801

to request the compulsory redemption of Shares and to deduct from the proceeds of such redemption all costs associated with making a determination as to the beneficial ownership of such Shares.

Further, the Fund has the right to request the compulsory redemption of Shares in the event that such Shares are held by persons who have acquired Shares in breach of the laws or regulations of any country or government agency or persons who in the opinion of the Directors pursue investment objectives incompatible with the objectives of the Fund, or if such redemption would, in the opinion of the Directors, eliminate or reduce the exposure of the Fund or its Shareholders to adverse regulatory or tax consequences of any country.

## REPORTS TO SHAREHOLDERS

The Fund agrees to compute and provide the following reports to the Shareholders or to their nominees each in a form reasonably acceptable to the Shareholders and in conformity with applicable laws, rules and regulations and prepared in accordance with International Financial Reporting Standards:

- The monthly Net Asset Value per Share for the Fund within thirty (30) Business Days after the end of the calendar month for which the computation is made.
- An audited financial statement for the Fund within one hundred and eighty (180) days of the financial year-end (December 31 of each year).

Whilst the Fund will endeavour to provide the aforementioned reports by the time deadlines aforesaid, the Fund shall not be held liable for any delays in providing the relevant reports which result from unexpected contingencies such as delays in receiving necessary information from which to prepare such reports; equipment failure; fire or other physical damage to offices or equipment; adverse weather conditions; power failure or acts of God.

## FEES, COMPENSATION AND EXPENSES

This table describes the fees and expenses that you may pay if you buy and hold Shares of the Fund.

| Shareholder's Fees<br>(fees paid directly from your investment) | Class A |
|---|---|
| Sales Commissions | -- |
| Redemption Fee (percentage of amount redeemed, if applicable)[1] | -- |
| **Annual Fund Operating Expenses**<br>(expenses deducted from the Fund's assets) | **Other Expenses** |
| Management fee | 1.00% |

### Organizational and Initial Offering Fees and Expenses

The Fund Manager will bear all fees and expenses incurred in connection with the organization of the Fund and the initial offer and sale of Shares. These fees and expenses may include, but are not limited to initial expenses of attorneys and accountants until such time as the Fund is trading. Other fees and expenses may include, but are not limited to printing costs, travel and promotional expenses.

### Operational and Administrative Fees and Expenses

Upon the Fund trading, all operational fees and expenses will be borne by the Fund which may include, but are not limited to legal, audit, accounting, monthly reporting and further promotional and printing expenses. The Fund will reimburse the Fund Manager's out-of-pocket expenses, each month payable monthly in arrears. These fees and expenses may include, but are not limited to travel, office and promotional expenses.

### Management Fee

The Fund will pay the Fund Manager a management fee, payable annually in advance, in an amount equal to one percent (1%) of the Net Asset Value of the Fund.

### Performance Fee

The Fund Manager will earn a performance fee equal to 30% of any monthly net new appreciation above 0.667% per month, net of fees and expenses of the Fund determined at the close of business of the last day of the trading period. The performance fee, payable monthly and accrued monthly in arrears, on gains, is calculated and deducted initially at the end of the Fund's first month or partial month of trading and month thereafter ("Trading Period") although the timing of closures of trading will be at the Fund Manager's discretion in order to maximise profits.

Net New Appreciation shall mean the difference, if any, between the Net Asset Value of the Fund's relevant Share Class(es) as of the end of such month (without reduction for any performance fees paid or payable to the Fund Manager for such calendar month or dividends declared or paid as of the end of such calendar month) minus the Net Asset Value of the Fund Share Class(es) as of the end of the prior month.

All fees are based on Net Asset Value (NAV) between the close of trading at the end of each month end cut off and the commencement of trading in the following month based on the High Water Mark being achieved. Actual deduction of the Performance Fee due the Fund Manager if applicable from the Fund will only take place after the Net Asset Value (NAV) is calculated for the month previous.

### Fund Administrator Fees

Subject to a minimum fee equivalent to US$2,100 per month based on monthly fund services, the Administrator shall receive an annual administration fee of 15 basis points with a minimum of US$25,200 and a maximum of $64,800 per annum calculated as a percentage of the Net Asset Value of the Company paid quarterly. The Administration Fee is calculated on each Valuation Day (the business day prescribed by the Board of Directors for the calculation of Net Asset Value) and paid quarterly in arrears. All reasonable out-of-pocket expenses incurred by the Administrator in providing services to the Company will be paid or reimbursed to the Administrator by the Company.

### Audit Fees

The Auditor will receive an annual fee to be negotiated by the Directors on the basis of current market fees for similar work.

### Referral Fee

The Fund will pay the Independent Financial Advisors as well as other entities distributing the shares of the Fund a fee equal to 10% of the performance fee of any new appreciation and subject to a High Water Mark, net of fees and expenses of the Fund determined at the close of business of the last day of the Trading Period on a pro-rate basis. The performance fee, payable and accrued monthly in arrears, on gains, is calculated and deducted initially at the end of the Fund's month or partial

14

SEC-AGS-E-0062802

month at the month-end and similarly monthly thereafter (the "Trading Period") although the timing of closures of trading will be at the Fund Manager's sole discretion in order to maximize profits.

### Investment Due Diligence Fees

The Fund may at times request independent entities or the Fund Manager to conduct due diligence in order to determine the potential of a particular investment. These fees will be paid and administered by the Fund Manager.

### Trade Execution Fees

The Broker(s) will be entitled to receive a portion of the trade execution fees (the "Trade Execution Fees") to cover general trading expenses and the trading platform costs. The Trade Execution Fees are calculated at a rate equivalent to the costs of executing individual trades and will be charged to the Fund at variable rates over and above the wholesale market rate on pip based trades. The Trade Execution Fees are calculated at a rate equivalent to the costs of executing individual trades and will be charged to the Fund at variable rates over and above the wholesale market rate on fixed income based trades. The Fund Manager will administer a portion of the Trade Execution fees to pay for the automated trading licenses and other related service providers. The Fund Manager will negotiate with all Broker(s) the fees and may where possible at their sole discretion gain from negotiated amounts lower than the Broker(s) fees as stated above.   The Broker(s) may only agree to increase the Trade Execution Fees after giving ninety (90) days' written notice to Fund Manager and may only increase the fees once in any twenty-four (24) month period.

## CONFLICTS OF INTEREST

The Fund is subject to various actual and potential conflicts of interest as follows:

### Other Trading Activities

The Fund Manager, the brokers and their respective principals, directors, officers, partners, members, managers, shareholders, employees and affiliates (collectively, "principals and affiliates"), trade or may trade for their own accounts, and certain of such persons have sponsored or may in the future sponsor or establish other public and private investment funds. The Fund Manager trades for accounts other than the Fund's, including for their own accounts, and the Fund Manager will remain free to trade for such other accounts and to utilize trading strategies and formulae in trading for such accounts which are the same or different from the ones the Fund Manager will utilize in making trading decisions for the Fund. In addition, and if and when applicable, in their respective proprietary trading, the Fund Manager, the brokers and their respective principals and affiliates may take positions the same as, different than or opposite to those of the Fund and each may trade ahead of the Fund. The records of any such trading will not be available for inspection by Shareholders except to the extent required by law. All such trading may increase the level of competition experienced by client accounts including with respect to order entry and the allocation of executed trades. In addition, the brokers effect transactions for customers in addition to the Fund. Since the identities of the purchaser and seller are not disclosed until after a trade, it is possible that the brokers could affect transactions for such persons in which the other parties to the transactions are principals and affiliates or customers of the brokers or the Fund. Such persons might also compete with the Fund in making purchases or sales of futures without knowing that the Fund is also bidding on such futures. Since similar orders (e.g., market orders) for the same futures are filled in the order in which they are received by a particular floor broker, transactions for any of such persons might be effected when similar trades for the Fund are not executed or are executed at less favourable prices.

Because of price volatility, occasional variations in liquidity, and differences in order execution, it is impossible for the Fund Manager to obtain identical trade execution for all their clients. When block orders are filled at different prices, the Fund Manager will assign the executed trades on a systematic basis among all client accounts. Trades for any proprietary accounts of the Fund Manager that parallel those of the Investment Managers' clients will be subject to the same allocation procedures. In addition, because the Fund Manager may receive differing compensation from its clients it may have a financial incentive to favour the accounts where its compensation is greater. The Fund Manager will not knowingly or deliberately favour one client account over another on an overall basis.

Because the Fund Manager may be willing to accept more risk than they believe is acceptable for clients, and because they may test new trading methodologies, positions in the Investment Managers' proprietary accounts may be inconsistent or opposite to those of clients. In addition, the Fund Manager may trade certain futures for their own accounts that, by virtue of speculative position limits or perceived illiquidity, are deemed by the Fund Manager to be inappropriate for client accounts. As a result, the performance of the Investment Managers' own accounts may differ from the performance of client accounts.

The Fund Manager may advise and intend to advise additional collective investment vehicles and customer accounts in the future. Trading orders for such accounts may be similar to those of the collective investment vehicles or accounts managed by the Fund Manager on behalf of the Fund and they may occur contemporaneously. Due to circumstances beyond the Investment Managers' control, such as unexpected inflows and outflows of funds into the collective investment vehicles managed by them on behalf of the Fund, or other collective investment vehicles which are managed in accordance with the similar investment strategy, variations in return may from time to time arise, which the Fund Manager will use all reasonable endeavours to minimize, but for which they cannot be held accountable.

### Other Business Activities

The Administrator, the Directors, the Fund Manager, each Investment Manager and each of their respective principals and affiliates will not be devoting their time exclusively to the management of the Fund. Therefore, each of these persons will have conflicts of interest in allocating management time, services and functions among the various entities for which they provide services.

### Committee and Board Memberships

Officers, directors and employees of the Fund Manager, the brokers and their respective principals and affiliates from time to time may serve on various committees and boards of exchanges and assist in making rules and policies of those exchanges. In such capacity, they have a fiduciary duty to the exchanges on which they serve and are required to act in the best interests of such organizations, even if such action may be adverse to the interests of the Fund.

### Performance Fees

The performance fee arrangements made between the Fund, and the Fund Manager in respect to the Fund may create an incentive for the Fund Manager to make trading decisions that are more speculative or subject to a greater risk of loss than would be the case if no such arrangement existed. In addition, the Performance Fees, if paid, could result in fees payable to the Fund Manager that are greater than fees payable to other Fund Managers or Investment Managers.

SEC-AGS-E-0062803

### Retained Earnings

To the extent that increases in the Net Asset Value of the Fund are retained by the Fund rather than paid out as dividends, the Net Asset Value of the Fund will be greater, thereby increasing the amount of the management fees payable to the Fund Manager.

### Directors

Michael S Young, Michael Stewart and Bryant Sewall are the Managing Directors of Mediatrix Capital Inc., the Fund Manager and the Investment Manager.

### Placement Agents

Certain placement agents may be paid on-going compensation while investors introduced to the Fund by them are Shareholders of the Fund. Accordingly, such placement agents will have a conflict of interest in advising investors whether to purchase or redeem Shares.

### Unified Counsel

In connection with this offering, the Fund, and the Fund Manager have been represented by unified counsel. To the extent that this offering could benefit by further independent review, such benefit will not be available in this offering. Such counsel has not represented investors in the Fund in connection with this offering.

### TAXATION

THE FOLLOWING COMMENTS ARE BASED ON INFORMATION RECEIVED BY THE DIRECTORS AND THE FUND MANAGER REGARDING CURRENT LAW AND PRACTICE. INVESTORS SHOULD APPRECIATE THAT THE TAXATION CONSEQUENCES FOR INVESTORS AND THE FUND MAY BE OTHERWISE THAN AS STATED BELOW. INVESTORS SHOULD CONSULT THEIR PROFESSIONAL ADVISORS ON THE POSSIBLE TAX CONSEQUENCES OF THEIR SUBSCRIBING FOR, PURCHASING, HOLDING, SELLING OR REDEEMING SHARES UNDER THE LAWS OF THEIR COUNTRIES OF CITIZENSHIP, RESIDENCE, ORDINARY RESIDENCE OR DOMICILE.

### Bahamas Taxation

Under current Bahamian law, there is no income tax, capital gains, or withholding tax, estate duty or inheritance tax payable by the Fund or Shareholders in respect of the Shares. Although incorporated in The Commonwealth of The Bahamas, the Fund is classified as a non-resident for exchange control purposes and, as such, is free to acquire, hold and sell any foreign currency securities without restriction. Persons, firms or companies regarded as resident in The Bahamas for exchange control purposes would require specific exchange control permission to purchase Shares of the Fund, which are regarded as foreign currency securities by the Central Bank of The Bahamas. Transactions in the Shares between persons, firms or companies regarded as non-residents of The Bahamas for exchange control purposes may be effected without the specific permission of the Central Bank of The Commonwealth of The Bahamas.

### U.S. Federal Income Taxation

The Fund has been advised that it should not be subject to U.S. federal income taxes on any U.S. source income or gains from its trading (except in respect of any dividends received in the course of such trading which would be subject to a thirty percent (30%) withholding tax), provided that it does not engage in a trade or business within the U.S. to which such income or gains are effectively connected. Pursuant to a safe harbour under the U.S. Internal Revenue Code of 1986, as amended (the "Code"), a non-U.S. corporation which trades stock or securities for its own account should not be treated as engaged in a trade or business within the U.S. provided that

the non-U.S. corporation is not a dealer in stock or securities. The Fund intends to conduct its business in a manner so as to meet the requirements of the safe harbour. If the activities of the Fund were not covered by the foregoing safe harbour, there would be a risk that the Fund (but not any investor) would be required to file a U.S. federal income tax return for such year and pay tax at full U.S. corporate income tax rates as well as an additional thirty percent (30%) branch profits tax.

The Fund should not be subject to U.S. federal income or withholding tax on U.S. source interest income (other than in the case of certain contingent interest (as such term is defined in Section 871(h)(4) of the Code) or interest received from a borrower ten percent (10%) or more of the equity of which is owned by the Fund, neither of which the Fund anticipates receiving), provided that the Fund is not engaged in a trade or business within the U.S. to which such interest income is effectively connected (within the meaning of Section 864(c) of the Code), and provided that the interest-bearing securities owned by the Fund qualify as registered obligations and that the Fund periodically supplies an Internal Revenue Service Form W-8 or its equivalent.

### Changes in Law

All laws, including laws relating to taxation in The Bahamas and the United States, and other jurisdictions are subject to change without notice.

### Shareholders of the Fund

Shareholders who are not otherwise subject to The Bahamas or United States taxes by reason of their residence, domicile or other particular circumstances should not become subject to any such taxes by reason of the ownership, transfer or redemption of the Shares.

Shareholders who are or may be subject to U.S. federal income tax on their worldwide income should be aware of certain tax consequences of investing directly or indirectly in Shares and should be certain to consult with their own tax advisors in this regard. U.S. tax-exempt investors should also consult their tax advisors.

Dividend and redemption payments made by the Fund to Shareholders who are not U.S. Persons should not be subject to U.S. federal income tax, provided that Shares are not held in connection with a U.S. trade or business of the Shareholder in the year of receipt. Individual holders of Shares who are neither present nor former U.S. citizens nor U.S. residents (as determined for U.S. estate and gift tax purposes) should not be subject to U.S. estate and gift taxes with respect to their ownership of such Shares. A Shareholder's change in status to a U.S. Person will result in adverse U.S. tax consequences, will constitute a violation of the terms of this Memorandum and will result in a compulsory redemption of Shares.

### ANTI-MONEY LAUNDERING PROCEDURES

To ensure compliance with statutory and other generally accepted principles aimed at the prevention of money laundering, the Fund, and/or Administrator may require a detailed verification of a prospective investor's identity all in accordance with Bahamian legislation, mainly, the Proceeds of Crime Act, 2000 (the "PCA") and the Financial Transactions Reporting Act, 2000 (the "FTRA"). Depending on the circumstances of each application, a detailed verification may not be required if:

- the applicant makes the payment from an account held in the applicant's name at a recognised financial institution;

- the application is made through a recognised financial institution.

SEC-AGS-E-0062804

These exceptions will only apply if the financial institution or intermediary referred to above is within a country recognised by the FTRA, Statute Laws of The Bahamas as having sufficient anti-money laundering regulations.

An individual may be required to produce a certified copy of the relevant pages of his passport or national identity card, together with evidence of his address, such as a recent utility bill or bank statement. Corporate applicants or other legal entities may be required to produce a certified copy of the certificate of incorporation (and any change of name), memorandum and articles of association (or equivalent), the names, occupations, dates of birth and residential and business addresses of all directors, officers and beneficial owners and the signatory card verifying the authority of officers to sign on behalf of the corporate entity. Trusts, or similar organisational units without specific beneficial owner, which subscribe to the Fund must demonstrate organisational documents, which verify their existence and the authority of one or more signatories to sign subscriptions on their behalf.

Pending the provision of evidence satisfactory to the Fund, and/or Administrator as to the identity of any prospective investor, the evidence of title in respect of Shares may be retained at the absolute discretion of the Fund, and/or Administrator. If within a reasonable period of time following a request for verification of identity, the Fund, and/or Administrator has not received evidence satisfactory to it as aforesaid, it may, in its absolute discretion, refuse to allot the Shares applied for in which event application moneys will be returned without interest to the account from which such moneys were originally debited.

If any person involved in the business of the Fund (including the Administrator) has a suspicion or belief that a payment to the Fund (by way of subscription or otherwise) is derived from or represents the proceeds of criminal conduct, that person must report such suspicion to the Financial Intelligence Unit pursuant to the FTRA and the PCA.

In addition, the Fund, and/or Administrator may request further information and documents before processing the application or subscription for Shares in the Fund. This may result in Shares being issued on a Subscription Day subsequent to the Subscription Day on which an applicant or prospective investor initially wished to have Shares issued to him/her/it.

It is further acknowledged that the Fund, and/or Administrator shall be held harmless and indemnified by the applicant against any loss arising as a result of a failure to process the application if such documentation is required by the Fund, and/or Administrator and has not been provided by the applicant or prospective investor to the Fund's, and/or Administrator's satisfaction.

## INVESTMENT FUNDS LAW DISCLOSURE

As stated previously, the Fund will fall within the definition of an "Investment Fund" in terms of the Investment Funds Act, 2003 of The Bahamas ("the IFA"), more specifically, a Professional Fund, and accordingly will be regulated in terms of the IFA. The Fund is required to be licensed and to employ a licensed investment fund administrator based upon the nature of its equity interests and the general characteristics of the Fund. Accordingly, the principal obligations of the Fund, inter alia, are:

a) To file with the Securities Commission ("the Commission") a complete copy of the Fund's current offering document and constitutive documents;

b) To register the Fund with the Securities Commission in the prescribed manner;

c) To pay the prescribed registration fee in respect of the Fund;

d) To have its accounts audited annually by an approved Auditor; and

To file its audited accounts in respect of each financial year of the Fund with the Securities Commission within six (6) months of the end of the financial year (or within such extension of that period as the Securities Commission may allow).

As a Professional Fund, the Fund will be subject to the supervision of the Securities Commission (the "Commission"), and the Commission may at any time instruct the Fund to have its accounts audited and to submit them to the Commission within such time as the Commission specifies. In addition, the Commission may ask the Directors to give the Commission such information or such explanation in respect of the Fund as the Commission may reasonably require enabling it to carry out its duties under the IFA.

The Directors must give any Inspector appointed by the Commission access to, or provide at any reasonable time all records relating to the Fund and the Inspector may copy or take an extract of any record that he is given access to. Failure to comply with these requests by the Inspector may result in substantial fines being imposed on the Directors.

The Commission and the Inspector are prohibited by the IFA from disclosing any information relating to the affairs of an investment fund other than disclosure necessary for effective regulation of the investment fund or when lawfully required or permitted to make such disclosure by a court or pursuant to the provisions of any other Act of The Bahamas.

The Commission may take certain actions if it is satisfied that an investment fund is, or is likely to become, unable to meet its obligations as they fall due or is carrying on or attempting to carry on business or is winding up its business voluntarily in a manner that is prejudicial to its investors or creditors. The powers of the Commission include, inter alia, the power to require substitution of Directors of the Fund (or any promoter of the Fund); the power to appoint a person to advise the Fund on the proper conduct of its affairs; and the power to appoint a person to assume control of the affairs of the Fund. The Commission may also apply to the court for an order to take such action, as it considers necessary to protect the interests of the investors in and creditors of the Fund.

## CERTAIN DEFINITIONS

### Net Asset Value and Net Asset Value per Share

All Net Asset Value calculations of the Fund, determined in accordance with generally accepted International Financial Reporting Standards, shall include any realised profits or losses, unrealised profits or losses on open trading positions, and any other credits or debits accruing but unpaid or not yet received by the Fund. All open futures, forward and cash positions will be valued at their then current market value, as reflected on the Fund's brokerage and other statements.

Net Asset Value per Share means the Net Asset Value of the Fund divided by the number of Shares outstanding in any particular share class.

The Fund, and/or Administrator, after consulting with the Fund Manager, may in good faith use estimated valuations of any fixed income securities or may approach brokers and/or other institutions active in the relevant market for the purpose of calculating the Fund's Net Asset Value.

SEC-AGS-E-0062805

Shareholders should note that, from time to time, the Fund's Net Asset Value will be based on estimated net asset values of underlying securities in which the Fund is invested. Further, Shareholders should be aware that subscriptions and redemptions will be effected at the relevant Net Asset Value calculated as described above.

## New Net Appreciation

New Net Appreciation, for the purposes of calculating the annual Performance Fee payable to the Fund Manager, shall mean the increase of the Net Asset Value as of the end of each calendar month net of redemptions of, or subscriptions for, Shares and net of the accrued management fee paid or payable for the relevant year, but before deduction of any Performance Fee payable for the annual period in issue, over the Net Asset Value at the end of the most recent previous annual period after deduction of all management fees paid or payable during the applicable year, but before deduction of any Performance Fee paid or payable during such previous annual period and any preceding annual periods (if any). All New Net Appreciation calculations shall include all realised and unrealised profits or losses on investments as well as all interest income accrued on the Fund's assets and after deduction of all expenses.

If New Net Appreciation for a month is negative ("New Net Loss"), such New Net Loss shall be carried forward and set off against any New Net Appreciation for, or accumulated with any New Net Loss of, the following month (as the case may be). For the avoidance of doubt, no Performance Fee shall be paid to the Fund Manager until there is New Net Appreciation after deduction of all carried forward New Net Loss.

Notwithstanding the aforesaid, whenever the Fund Manager experiences New Net Loss after payment of a Performance Fee, the Fund Manager will retain all Performance Fees received or payable in respect of a previous period.

If redemption or redemptions occur when there is New Net Appreciation, the Fund Manager shall be entitled to receive a Performance Fee mutatis mutandis at the time of redemption attributable to the amounts redeemed. Vice versa, if at the time of redemption, there is New Net Loss, then the loss attributable to the funds withdrawn shall be deducted from the New Net Loss.

## Financial Year

The financial year of the Fund ends on the 31st of December of each year.

## Business Day

A Business Day shall be any day on which banks are open for domestic and foreign exchange business in Nassau and London.

## Initial Offering Period

The initial offering period shall commence on 30th day of November 2016 and continue until all shares have been sold or until terminated at the discretion of the Directors.

## United States Persons

A U.S. Person means: (a) a natural person who is a resident of the United States ("USA"); (b) a partnership, corporation or other entity organised under the laws of the USA or which has its principal place of business in the USA; (c) any estate or trust, the income of which is subject to USA income tax regardless of source; or (d) any entity organised principally for passive investment (other than a pension plan for employees, officers or principals

of an entity organised and with its principal place of business outside the USA) in which USA persons hold units of participation representing in aggregate 10% or more of the beneficial interest in the entity; or which has as a principal purpose the facilitating of investment by the U.S. Person in a commodity pool in respect to which the operator is exempt from certain requirements of Part 4 of the CFTC's (Commodity Futures Trading Commission) regulations by virtue of its participants being non-United States persons.

## Qualified Eligible Person/Participant (QEP)

A qualified eligible person/participant (QEP) is a person who is allowed to trade in investment funds as defined in Rule 4.7 of the Commodity Exchange Act. a QEP, a person must own at least $2,000,000 of securities and other investments, have an open account with a futures commission merchant for at least six months, have at least $200,000 of initial margin and option premiums for commodity interest transactions and have a portfolio of those investments.

## Qualified Purchaser

The definition of qualified purchaser is found in the Investment Company Act of 1940: i. any natural person (including any person who holds a joint, community property, or other similar shared ownership interest in an issuer that is excepted under section 3(c)(7) with that person's qualified purchaser spouse) who owns not less than $5,000,000 in investments.

## GENERAL TERMS

### Indemnity

#### Administrator

The Administrator and their directors, officers, employees, agents and nominees and their respective personal representatives, successors in title and estates shall be indemnified and held harmless by the Fund against all liability, loss, damage, claims, actions, accounts, proceedings, and demands and any costs and expenses whatsoever which may be incurred or suffered by the Administrator arising out of their appointment except where same shall arise through the dishonesty, wilful default, fraud, or gross negligence of the Administrator.

#### Directors

Every Director, Alternate Director, Officer or Liquidator of the Fund and their respective personal representatives, successors in title and estates (together "Indemnitee") shall be indemnified and held harmless by the Fund against all liability, loss, damage, claims, actions, accounts, proceedings and demands and any costs and expenses whatsoever which may be incurred or suffered by the Indemnitee arising out of its appointment except where same shall arise through the dishonesty, wilful default, fraud or gross negligence of the Indemnitee.

No Director, Alternate Director or Officer shall be liable for the acts, receipts, neglects, or defaults of any other Director, Alternate Director or Officer, or for joining in any receipt or other acts for conformity, or for any loss or expense incurred by the Fund as a result of the insufficiency or deficiency of title to any property acquired by order of the Directors for or on behalf of the Fund, or for the insufficiency or deficiency of any security in or upon which any of the moneys of the Fund shall be advanced or invested, or for any loss or damage arising out of the bankruptcy, insolvency or tortious or criminal act or omission of any person with whom any money, securities or effects shall be deposited, or for any loss occasioned by an error of judgment, omission, default, or oversight on his part, or for any other loss, damage or misfortune whatever which shall

SEC-AGS-E-0062806

happen in the execution of his office or in relation thereto, except the same shall happen through his own dishonesty.

## Documents for Inspection

Copies of the following documents may be inspected free of charge or purchased at the Registered Office of the Fund at Sterling (Bahamas) Limited, Suite 205A, Saffrey Square, Bank Lane & Bay Street, P.O. Box N-9934 Nassau, The Bahamas, during normal business hours on any Business Day:

i.    the Confidential Explanatory Memorandum;
ii.    the Memorandum and Articles of Association of the Fund;
iii.    the material contracts referred to above and other constitutive documents; and
iv.    Annual Reports (when available).

## Termination of the Fund

The Fund may be wound up on the first to occur of the following:

i.    The occurrence of any event or events which would make unlawful the continued existence of the Fund;
ii.    The passing by the Directors of a resolution by a simple majority to wind up the Fund.

If the Fund shall be wound up (whether the liquidation is altogether voluntary or by or under the supervision of the Bahamian Supreme Court) such winding up shall proceed in accordance with the International Business Companies Act, 2000.

## RISK FACTORS

Investments in the Fund are speculative and involve significant risks, and there can be no assurance that the Fund will achieve its objective or that the Fund and its Shareholders will not incur losses.

In considering an investment in the Fund, prospective investors should consult their independent legal, tax, financial and other advisors, and should be aware of certain considerations and risk factors, which include, but are not limited to, the following: market and investment risk, strategy risk, strategy implementation risk, advisor risk, fund structure risk and tax-related risk, as more fully described below.

Other risks are not limited to, but may include risks associated with both fixed income and alternative asset class investments such as market factors, management risks, commodity volatility risks, and currency risks.

Before deciding to invest in the Mediatrix Capital Fund you should carefully consider your objectives, financial situation, needs and level of experience. Clients participating in the Investment Manager's trading program will be subjected to a number of risks, including, but not limited to the following: (i) the Mediatrix Capital Fund has no record of past performance and there can be no guarantee that the investment objectives of the Mediatrix Capital Fund will be achieved; (ii) shareholders may not recover the amount initially invested; (iii) the investment objective is a medium to long term strategy, and early closure of the Mediatrix Capital Fund could lead to capital loss for the Shareholders; (iv) the Mediatrix Capital Fund may be executing trades on margin and using synthetic leveraging, which carries a higher level of risk, therefore investors should ensure they fully understand the degree of risk which the Mediatrix Capital Fund is taking by investing on margin; (v) investors should make themselves aware of their own tax position and bear in mind that changes in laws and rules affecting the tax position of the Mediatrix Capital Fund could adversely affect the performance of the Fund;

(vi) investors should be aware that by the very nature of the investments of the Mediatrix Capital Fund capital growth is not guaranteed; and (vii) investors should meet jurisdictional qualifications for their residence of jurisdiction.

### General

The transactions in which the Fund Manager will engage involve significant risks. Growing competition may limit the Investment Managers' abilities to take advantage of trading opportunities in rapidly changing markets, or limit the Fund's access to the Fund Manager. No assurance can be given that investors will realize a profit on their investment. Moreover, each investor may lose some or all of its investment. Because of the nature of the Investment Managers' trading activities, the results of Fund's operations may fluctuate from month to month and from period to period. Accordingly, investors should understand that the results of a particular period will not necessarily be indicative of results in future periods.

### No Operating History

Some or all of the Investment Manager(s) may have a limited or no operating history.

### Past Performance is Not an Indication of Future Results

No assurance can be given that the strategies employed by the Fund Manager or the Investment Manager(s) in the past to achieve attractive returns will continue to be successful or that the return on the Fund's investments will be similar to that achieved by the Fund Manager or the Investment Manager(s) in the past.

### Start-Up Periods

The Fund and each Investment Manager may encounter start-up periods during which they may incur certain risks relating to the initial investment of newly contributed assets. Moreover, the start-up periods also represent a special risk in that the level of diversification of the portfolio may be lower than in a fully committed portfolio. The Investment Manager(s) may employ different procedures for moving to a fully committed portfolio. These procedures will be based in part on market judgment. No assurance can be given that these procedures will be successful.

### Substantial Charges

The Fund is obligated to pay management fees and possibly Performance Fees to the Fund Manager. In addition, the Fund will be required to pay all its other fees and expenses. See "FEES AND EXPENSES."

### Reliance on the Fund Manager

The Fund Manager will have exclusive responsibility for selecting the Investment Manager(s), collective investment vehicles and/or managed accounts for the Fund's portfolio, while the Investment Manager(s) will have the responsibility for managing the Fund's assets allocated to them. Investors must rely on the judgment of the Fund Manager in exercising these responsibilities. The Fund Manager, as applicable, and each of their respective principals are not required to devote substantially all their time to the Fund's business. See "CONFLICTS OF INTEREST."

### Dependence on Key Personnel

The Fund Manager is dependent on the services of a limited number of persons, and if the services of such key persons were to become unavailable, the Directors might deem it in the best interest of the Fund to terminate the management agreement between the Fund and the Fund Manager or Investment Manager(s).

19

SEC-AGS-E-0062807

### Other Clients

The Investment Manager(s) each manage other accounts and they will remain free to manage additional accounts, including their own accounts, in the future. The Investment Manager(s) may vary the investment strategies applicable to the Fund from those used for their other managed accounts. No assurance is given that the results achieved by the Investment Manager(s) for the Fund will be similar to that of other accounts concurrently managed by the Investment Manager(s) and each of their respective affiliates. It is possible that such additional accounts managed by the Investment Manager(s) and each of their respective affiliates in the future may compete with the Fund for the same or similar positions in the markets.

### Multi-Manager Investment Approach

The Investment Manager(s) may compete with each other from time to time for the same investment positions in the markets. Conversely, the Fund could indirectly hold at one time opposite positions in the same investment as a result of its investment in accounts and collective investment vehicles managed by Investment Manager(s).

### Lack of Control over Investment Managers

The Fund Manager may not have immediate control over the assets of the Fund that are invested with some or all of its Investment Manager(s). The Fund is subject to the risk that an Investment Manager or the Administrator, or Custodian of an underlying collective investment vehicle (or any other person with access to such assets) could become insolvent, divert or abscond with such assets, fail to follow the disclosed investment strategy, provide false reports of operations or engage in other misconduct.

### Nature of an Investment in the Fund

By investing in the Fund, which invests primarily through Investment Manager(s), an investor will, in effect, incur the costs of two forms of Investment Manager services (i.e. the investment management services provided by the Fund Manager to the Fund and the Investment Manager services provided by other Investment Manager(s)). In addition, when the Fund invests in collective investment vehicles such as private limited partnerships, limited liability companies and offshore corporations, the Fund Manager will have no control over the trading policies or strategies of such entities and will not have the ability to react quickly to changing investment circumstances due to the limited liquidity of these types of investments.

### Side Letters

The Fund or the Fund Manager (for and on behalf of the Fund), may from time to time enter into agreements with certain Shareholders that will result in different terms of an investment in the Fund than the terms applicable to other Shareholders. As a result of such agreements ("Side Letters"), certain Shareholders may receive additional benefits which other Shareholders may not receive (e.g. additional information regarding the investment portfolio of the Fund or in respect to the Fund, different redemption terms, lower management fee rates or performance fees). The Fund and the Fund Manager will not be required to notify the other Shareholders of any such agreement or any of the rights and/or terms or provisions thereof, nor will the Fund or the Fund Manager be required to offer such additional and/or different terms or rights to any other Shareholder. The Fund or the Fund Manager may enter into any such agreement with any Shareholder(s) at any time at the sole discretion of the Board of Directors or the Board of Directors in consultation with the Fund Manager. For administrative reasons, Shares issued to such Shareholders may be issued in separate classes of Shares. It is possible that in the future some regulators may take regulatory action in respect of the use of such Side Letters. As a result, while the Directors may have ensured that the Fund is in compliance with all relevant laws, regulations and guidelines as regards the entry into Side

Letters at the time of such entry, there is the risk that the Fund, the Directors and/or the relevant Shareholder may be subject to regulatory action in the future in connection with the Fund's Side Letters, or may be forced to rescind some of the Side Letters or certain provisions thereof, affecting the parties to those Side Letters.

### Valuation

The method by which the Fund computes Net Asset Value of the Funds contemplates the Fund's valuation of each Fund's investments by the Investment Manager(s). In valuing such investments, the Fund will be dependent upon financial information provided by the Investment Manager(s).

### Limited Information Regarding Investment Managers

Many of the Investment Manager(s) operate on a private, unregistered and unregulated basis. Although the Fund Manager will receive information from each Investment Manager regarding the Investment Manager's historical performance and investment strategy, the Fund Manager generally will not be given access to information regarding the actual investments made by the Investment Manager(s). At any given time, the Fund Manager may not know the composition of Investment Manager portfolios with respect to the degree of hedged or directional positions, the extent of concentration risk or the exposure to specific markets. In addition, the Fund Manager may not learn of significant structural changes, such as personnel, manager withdrawals or capital growth, until after such changes have been implemented.

### Managed Account Allocations

The Fund may place assets with a number of Investment Manager(s) through opening managed accounts rather than investing in collective investment vehicles. Managed accounts expose the Fund to theoretically unlimited liability, and it is possible, and/or the Investment Manager of the Fund given the leverage at which certain of the Investment Manager(s) trade, that the Fund could lose more in a managed account directed by a particular Investment Manager than the Fund had allocated to such Investment Manager. The Fund Manager may attempt to insulate the Fund from such risk by allocating assets through a subsidiary company or other special purpose vehicle, but it will not always be possible to do so and the Fund Manager may elect not to do so.

### Litigation and Enforcement Risk

Investment Manager(s) might accumulate substantial positions in the securities of a specific company and engage in a proxy fight, become involved in litigation or attempt to gain control of a company. Under such circumstances, the Fund conceivably could be named as a defendant in a lawsuit or regulatory action where such Investment Manager manages a separate account on behalf of the Fund. During the past few years, there have been a number of widely reported instances of violations of securities laws through the misuse of confidential information. Such violations may result in substantial liabilities for damages caused to others, for the disgorgement of profits realized and for penalties. Investigations and enforcement proceedings are ongoing and it is possible that Investment Manager(s) and collective investment vehicles selected for the Fund may be charged with involvement in such violations. If that were the case, the performance records of such Investment Manager(s) would be misleading. Furthermore, if a collective investment vehicle in which the Fund invested engaged in such violations, the Fund could be exposed to losses.

### Trading Is Speculative

Securities and futures prices are highly volatile. Price movements for securities and futures are influenced by, among other things, government trade, fiscal, monetary and exchange control programs and policies;

SEC-AGS-E-0062808

weather and climate conditions; changing supply and demand relationships; national and international political and economic events; changes in interest rates; and the psychological emotions of the market place. In addition, governments from time to time intervene, directly and by regulation, in certain markets, often with the intent to influence prices directly. The effects of governmental intervention may be particularly significant at certain times in the financial instrument and currency markets, and such intervention (as well as other factors) may cause these markets to move rapidly.

### Equity Securities Generally

Certain of the Investment Manager(s) may engage in trading equity securities. Market prices of equity securities generally, and of certain companies' equity securities more particularly, frequently are subject to greater volatility than prices of fixed-income securities. Market prices of equity securities as a group have dropped dramatically in a short period of time on several occasions in the past, and they may do so again in the future. In addition, actual and perceived accounting irregularities may cause dramatic price declines in the equity securities of companies reporting such irregularities or which are the subject of rumours of accounting irregularities.

### Leverage

The Investment Manager(s) may use leverage in allocating the Fund's assets. Certain of the Investment Manager(s) may use significant leverage in their trading activities. Such leverage may be obtained through various means. Such Investment Managers' anticipated use of short-term margin borrowings may result in certain additional risks to the Fund. For example, should the securities pledged to a broker to secure a margin account decline in value, the broker may issue a "margin call" pursuant to which additional funds would have to be deposited with the broker or the pledged securities would be subject to mandatory liquidation to compensate for the decline in value. In the event of a sudden precipitous drop in the value of the assets pledged to a broker as margin, assets may not be able to be liquidated quickly enough to pay off the margin debt and the Fund may therefore suffer additional significant losses as a result of such a default.

Borrowing money to purchase a security may provide the opportunity for greater capital appreciation but at the same time will increase the risk of loss with respect to the security. Although borrowing money increases returns if returns on the incremental investments purchased with the borrowed funds exceed the borrowing costs for such funds, the use of leverage decreases returns if returns earned on such incremental investments are less than the costs of such borrowings. The amount of borrowings which may be outstanding at any time may be large in relation to the Fund's capital. In addition, the level of interest rates generally, and the rates at which funds can be borrowed in particular will affect the operating results of the Fund.

While the Fund will not generally utilize borrowing as an investment policy, the Fund is authorised to borrow in order to accommodate redemption requests and to enhance its investment leverage. There are no restrictions on the Fund's borrowing capacity other than limitations imposed by lenders and any applicable credit regulations. Loans generally may be obtained from securities brokers and dealers or from other financial institutions, and will be secured by securities or other assets of the Fund pledged to such brokers.

### Risks of Options Trading

The Fund may purchase options including, without limitation, OTC call options on securities and baskets of securities. In addition, certain of the Investment Manager(s) may purchase and sell call and put options on securities, and futures. Both the purchasing and selling of call and put options entail risks. Although an option buyer's risk is limited to the amount of the purchase price of the option, an investment in an option may be subject to greater fluctuation than an investment in the underlying instruments. In theory, an uncovered call writer's loss is potentially unlimited, but in practice the loss is limited by the term of existence of the call. The risk for a writer of a put option is that the price of the underlying instrument may fall below the exercise price.

### Short Selling

Certain of the Investment Manager(s) may engage in selling securities short. Selling securities short inherently involves leverage because the short sale of a security may involve the sale of a security not owned by the seller. The seller may borrow the security for delivery at the time of the short sale. If the seller borrows the security, the seller must then buy the security at a later date in order to replace the shares borrowed. If the price of the security at such later date is lower than that at the date of the short sale, the seller realizes a profit; if the price of the security has risen, however, the seller realizes a loss. Selling a security short which is borrowed exposes the seller to unlimited risk with respect to the security due to the lack of an upper limit on the price to which a security can rise.

### Restricted Securities

Certain of the Investment Manager(s) may engage in investing in restricted or other privately placed securities. Such securities are generally not freely tradable and there may not be a market generally recognized as liquid by dealers or investors in the relevant securities. In addition to liquidity concerns, restricted securities owned by the Fund may involve special registration risks, liabilities and costs, and valuation difficulties. In addition, the Fund will be subject to the risk of breach of the purchase agreements by the issuers of such securities, whether due to bankruptcy, insolvency or other causes.

### Futures Trading Is Highly Leveraged

The Fund will allocate a portion of its assets to Investment Manager(s) which trade futures. The low margin deposits normally required in futures trading permit an extremely high degree of leverage. Accordingly, a relatively small price movement in a futures contract may result in immediate and substantial loss or gain to the investors. For example, if at the time of purchase 10% of the price of a futures contract is deposited as margin, a 10% decrease in the price of the futures contract would, if the contract were then closed out, result in a total loss of the margin deposit before any deduction for brokerage commissions. Thus, like other leveraged investments, any futures trade may result in losses in excess of the amount invested. Any increase in the amount of leverage applied by the Investment Manager(s) in trading futures will increase the risk of loss by the amount of additional leverage applied.

### Possible Effects of Speculative Position Limits

The CFTC and certain exchanges have established speculative position limits on the maximum net long or short futures and options positions which any person or group of persons acting in concert may hold or control in particular futures contracts. The CFTC has adopted a rule requiring each domestic exchange to set speculative position limits, subject to CFTC approval, for all futures contracts and options traded on such exchange which are not already subject to speculative position limits established by the CFTC or such exchange. The CFTC has jurisdiction to establish speculative position limits with respect to all futures contracts and options traded on exchanges located in the U.S., and any exchange may impose additional limits on positions on that exchange. Generally, no speculative position limits are in effect with respect to the trading of forward contracts or trading on non-U.S. exchanges. All trading accounts owned or managed

SEC-AGS-E-0062809

by the Investment Manager(s) and their principals will be combined for speculative position limit purposes. With respect to trading in futures subject to such limits, the Investment Manager(s) may reduce the size of the positions which would otherwise be taken in such futures and not trade certain futures in order to avoid exceeding such limits. Such modification, if required, could adversely affect the operations and profitability of the Fund.

### Forward Contract Trading

A portion of the Fund's assets may be traded in forward contracts. Such forward contracts are not traded on exchanges and are executed directly through forward contract dealers. There is no limitation on the daily price moves of forward contracts, and a dealer is not required to continue to make markets in such contracts. There have been periods during which forward contract dealers have refused to quote prices for forward contracts or have quoted prices with an unusually wide spread between the bid and asked price. Arrangements to trade forward contracts may therefore experience liquidity problems. The Fund therefore will be subject to the risk of credit failure or the inability of or refusal of a forward contract dealer to perform with respect to its forward contracts.

### Futures Contracts on Financial Instruments

Certain of the Investment Managers may trade futures contracts on financial instruments. These markets may move rapidly from time to time, thereby increasing the possible volatility of the Fund's portfolio.

### Cash Flow

Futures contract gains and losses are marked-to-market daily for purposes of determining margin requirements. Option positions generally are not, although short option positions will require additional margin if the market moves against the position. Due to these differences in margin treatment between futures and options, there may be periods in which positions on both sides must be closed down prematurely due to short-term cash flow needs. Were this to occur during an adverse move in a spread or straddle relationship, a substantial loss could occur.

### Trading May Be Illiquid

Exchanges may limit fluctuations in futures contract prices during a single day by regulations referred to as "daily price fluctuation limits" or "daily limits." During a single trading day, no trades may be executed at prices beyond the daily limit. Once the price of a particular futures contract has increased or decreased to the limit point, positions in the futures contract neither can be taken nor liquidated unless traders are willing to effect trades at or within the limit, which would be unlikely if underlying market prices moved beyond the limit. Futures prices have occasionally moved the daily limit for several consecutive days with little or no trading. In addition, even if futures prices have not moved the daily limit, the Investment Managers may not be able to execute trades at favourable prices if little trading in the contracts it wishes to trade is taking place. It is also possible that an exchange may suspend trading, order the immediate settlement of a particular contract or order that trading in a particular contract be conducted for liquidation purposes only. Options trading may be restricted in the event that trading in the underlying instrument becomes restricted, and options trading may itself be illiquid at times, irrespective of the condition of the market of the underlying instrument, making it difficult to offset option positions in order to either realize gain thereon, limit losses or change positions in the market.

### Price Fluctuations

A principal risk in trading futures is the traditional volatility and rapid fluctuation in the market prices of futures. The profitability of Investment Managers' futures trading for the Fund will depend primarily on the prediction of fluctuations in market prices. Many fundamental factors

influence market prices including, without limitation, the supply and demand of a particular futures contract, weather and climate conditions, governmental activities and regulations, political and economic events, and the prevailing psychological characteristics of the marketplace. The technical trading methods employed by certain of the Investment Manager(s) may not take account of such fundamental factors except as they may be reflected in the technical input data analysed by such Investment Manager(s).

### Uncovered Risks

Certain of the Investment Manager(s) intend to employ various "risk-reduction" techniques designed in an attempt to minimize the risk of loss in portfolio positions. A substantial risk remains, nonetheless, that such techniques will not always be possible to implement and when possible will not always be effective in limiting losses.

Hedging against a decline in the value of a portfolio position does not eliminate fluctuations in the values of portfolio positions or prevent losses if the values of such positions decline, but the Investment Manager(s) establish other positions designed to gain from those same developments, thus moderating the decline in the portfolio positions' value. Such hedge transactions also limit the opportunity for gain if the value of a portfolio position should increase. Moreover, it may not be possible for the Investment Manager(s) to hedge against a fluctuation that is so generally anticipated that such Investment Manager(s) are not able to enter into a hedging transaction at a price sufficient to protect from the decline in value of the portfolio position anticipated as a result of such a fluctuation. In addition, certain Investment Manager(s) may choose not to engage in a hedging transaction if the expense associated with such hedging transaction is perceived as being too costly.

The success of the hedging transactions of the Investment Manager(s) will be subject to such Investment Managers' individual abilities to correctly predict market fluctuations and movements. Therefore, while such Investment Managers may enter into such transactions to seek to reduce risks, unanticipated market movements and fluctuations may result in a poorer overall performance for the Fund than if such Investment Manager(s) had not engaged in any such hedging transactions. In addition, the degree of correlation between price movements of the instruments used in a hedging strategy and price movements in the portfolio position being hedged may vary.

### Changes in Strategy

The Investment Manager(s) have the power to expand, revise or alter their investment strategies without prior approval by, or notice to, the Fund provided that such investment strategy is in accordance with the guidelines set out in this Memorandum for the Fund. Any such change could result in exposure of the Fund's assets to additional risks which may be substantial.

### Decisions Based on Technical Analysis

The trading decisions of certain of the Investment Manager(s) may be based in part on investment strategies which utilize mathematical analyses of technical factors relating to past market performance. The buy and sell signals generated by a technical trend-following or counter trend-following investment strategy are based upon a study of actual daily, weekly and monthly price fluctuations, volume variations and changes in open interest in the markets. The profitability of any technical, trend-following or counter trend-following investment strategy depends upon the occurrence in the future of significant, sustained price moves in some of the markets traded. A danger for trend-following or counter trend-following traders is "whip-saw" markets, that is, markets in which a potential price trend may start to develop but reverses before an actual trend is realized. A pattern of false

SEC-AGS-E-0062810

starts may generate repeated entry and exit signals in technical systems which only result in unprofitable transactions. In the past there have been prolonged periods without sustained price moves. Presumably such periods will continue to occur. Periods without such price moves may produce substantial losses for such investment strategies. Thus, any factor which may lessen the prospect of such moves in the future (such as increased governmental control of, or participation in, the relevant markets) may reduce the prospect that any trend-following investment strategy will be profitable in the future.

### Decisions Based on Fundamental Analyses

The trading decisions of certain Investment Manager(s) may be based primarily on investment strategies which utilize fundamental analysis of underlying market forces. Fundamental analysis attempts to examine factors external to the trading market which affect the supply and demand for a particular instrument in order to predict future prices. Such analysis may not result in profitable trading because the Investment Manager(s) may not have knowledge of all factors affecting supply and demand, prices may often be affected by unrelated factors, and purely fundamental analysis may not enable the Investment Manager(s) to determine quickly that its previous trading decisions were incorrect.

### Absence of Regulation in OTC Transactions

The Fund may directly engage in OTC derivatives transactions. In addition, certain of the Investment Manager(s) also may engage in OTC transactions. In general, there is less governmental regulation and supervision in the OTC markets than of transactions entered into on an organized exchange. In addition, many of the protections afforded to participants on some organized exchanges, such as the performance guarantee of an exchange clearinghouse, will not be available in connection with OTC transactions. The Fund will therefore be exposed to greater risk of loss through default than if such Investment Manager(s) confined their trading to regulated exchanges.

### Exchanges and Markets

Certain of the Investment Manager(s) engage in trading on exchanges and markets. Trading on such exchanges and markets may involve certain risks. For example, certain of such exchanges may not provide assurances of the integrity (financial and otherwise) of the marketplace and its participants. There also may be limited regulatory oversight and supervision by the exchanges themselves over transactions and participants in such transactions on such exchanges. Some exchanges are "principals' markets" in which performance is the responsibility only of the individual member with whom the trader has dealt and is not the responsibility of an exchange or clearing association. Furthermore, trading on certain exchanges may be conducted in such a manner that all participants are not afforded an equal opportunity to execute certain trades and may also be subject to a variety of political influences and the possibility of direct government intervention.

### Currency Exchange Rate Risks

Shares are denominated in Dollars. However, certain investments to be made by certain of the Investment Manager(s) may be denominated in non-U.S. currencies. Accordingly, the value of such investments may decline due to fluctuations in the exchange rates between Dollars and the currencies in which such investments are made. The risk to the Fund of a decline in value of the investments due to foreign exchange fluctuations may not be hedged.

### Trading in Securities

Certain of the Investment Manager(s) may trade in securities. In addition to currency exchange risks, such trading requires consideration of certain other risks. With respect to certain countries, there is a possibility of expropriation

of assets, confiscatory taxation, political or social instability or diplomatic developments which could affect the prices of securities of issuers located in those countries. There may be limited publicly available information about issuers and entities may not be subject to internationally recognised accounting, auditing and financial reporting standards. Volume of trading may be limited and securities traded in such markets may have limited liquidity and their prices may be more volatile.

### Emerging Markets Risks

Certain of the Investment Manager(s) may invest in securities issued by issuers located in emerging market jurisdictions. Emerging market countries have experienced high rates of inflation and currency fluctuations in recent years and have suffered generally from economic and political instability. Political changes or a deterioration of a country's domestic economy or balance of trade or a change in such countries exchange rates relative to the Dollar may affect the willingness or ability of issuers located in such countries to make or provide for timely payments of interest or dividends on securities. There can be no assurance that adverse political and/or economic changes will not cause the Fund to suffer a loss in respect of its investments.

### Investing in Securities Markets of Emerging Market Countries

Most securities markets in emerging market countries have substantially less volume and are subject to less governmental supervision than U.S. and European Economic Community ("EEC") securities markets, and securities of many emerging market issuers may be less liquid and more volatile than securities of comparable U.S. or EEC issuers. In addition, there is generally less governmental regulation of securities exchanges, securities dealers and listed and unlisted companies in emerging market countries than in the U.S. or the EEC.

The emerging markets also have different clearance and settlement procedures and in certain markets there have been times when settlements have been unable to keep pace with the volume of securities transactions, making it difficult to conduct such transactions. Delays in settlement could result in temporary periods when a portion of the Fund's assets are invested and no return is earned thereon. The inability to make intended purchases due to settlement problems could cause an Investment Manager to miss attractive investment opportunities. Inability to dispose of portfolio securities due to settlement problems could result either in losses to the Fund due to subsequent declines in value of the portfolio security or, if such Investment Manager has entered into a contract to sell the security, could result in possible liability to the purchaser. Costs associated with transactions in non-U.S. securities are generally higher than costs associated with transactions in U.S. securities.

Information relating to the countries in which the issuers of securities contemplated to be purchased by any Investment Manager are located and to particular investments is limited. There is substantially less publicly available information relating to the governments, banks and companies of emerging market countries than there are reports and ratings of U.S. and EEC companies and governments. The national income accounting, auditing and financial reporting standards and practices of the countries in which the issuers are located may not be equivalent to those employed in the U.S. or the EEC and may differ in fundamental respects, such as accounting for inflation. Inflation accounting may indirectly generate losses or profits. Such securities will not be supported by the full faith and credit of the national government of the applicable country in which an issuer is located. The Fund may have limited legal recourse in the event of a default by an issuer of an instrument.

SEC-AGS-E-0062811

### Concentration of Positions

Although the Investment Manager(s) may follow a general policy of seeking to diversify the Fund's capital among a number of positions, certain of such Investment Manager(s) may depart from such policy from time to time and may hold a few, relatively large positions in relation to the Fund's capital allocated to them. Consequently, a loss in any such position could result in a proportionately higher reduction in the Fund's capital than if such capital had been spread among a wider number of instruments.

### Turnover

The trading activities of certain of the Investment Manager(s) may be made on the basis of short-term market considerations. The portfolio turnover rate could be significant.

### Below Investment Grade Securities

Certain Investment Manager(s) may invest in fixed-income instruments which are deemed to be the equivalent in terms of quality to securities rated below investment grade by Moody's Investors Service, Inc. and Standard & Poor's Corporation and accordingly involve great risk. Such securities are regarded as predominantly speculative with respect to the issuer's capacity to pay interest and repay principal in accordance with the terms of the obligations and involve major risk to adverse conditions. These securities offer higher returns than bonds with higher ratings as compensation for holding an obligation of an issuer perceived to be less creditworthy. While all security investments have some degree of risk, these types of securities may be subject to greater market fluctuations and risk of loss of income and principal than are investments in lower yield fixed-income securities with higher ratings.

### Yield Curve Changes

Changes in the shape of the yield curve can cause significant changes in the profitability of hedging operations. In the event of the inversion of the yield curve, the reversal of the interest differential between positions of different maturities can make previously profitable hedging techniques unprofitable.

### Limited Ability to Liquidate Investment in Shares

No secondary public market for the sale of Shares exists, nor is one likely to develop. In addition, a transferee of Shares may become a substituted Shareholder only with the consent of the Directors.

### Involuntary Liquidation of Shares

An investor's Shares may be liquidated by the Fund through forced redemption for any reason in the sole discretion of the Directors.

### Possible Effect of Redemptions

Substantial redemptions of Shares could require the Fund to liquidate its positions more rapidly than otherwise desirable to raise the necessary cash to fund redemptions and achieve a market position appropriately reflecting a smaller asset base and could make it more difficult for the Fund to generate profits or recover losses. These factors could adversely affect the value of Shares redeemed and of the Shares remaining outstanding.

### Conflicts of Interest

Actual and potential conflicts of interest exist in the operation of the Fund's business. See also the Section entitled "Conflicts of Interest."

### Litigation

The Fund might be named as a defendant in a lawsuit or regulatory action stemming from the activities of the Fund Manager or an Investment Manager. In the event that such litigation did occur, the Fund would bear the additional costs of defending against it and be at further risk if the litigation were lost.

### Possible Indemnification Obligations

Under certain circumstances, the Fund may be obligated to indemnify the Fund Manager against any liability it or its affiliates may incur in connection with their relationship with the Fund. In addition, the assets of the Fund allocated to the Investment Manager(s) (including the Fund Manager) may incur indemnification obligations.

### Contingent Liabilities

The Fund may find it necessary upon redemption by a Shareholder to set up a reserve for undetermined or contingent liabilities and withhold a certain portion of the Shareholder's redemption amount. This could occur, for example, in the event the Fund's assets cannot be properly valued on the redemption date, or if there is any pending transaction or claim by or against the Fund.

### Bankruptcy Rules

Bankruptcy law applicable to all futures commission merchants ("FCMs") requires that, in the event of the bankruptcy of such a FCM, all property held by the FCM, including certain property specifically traceable to a customer, will be returned, transferred or distributed to the FCM's customers only to the extent of each customer's pro rata share of all property available for distribution to customers. If any FCM retained holding the Fund's assets were to become bankrupt, it is possible that the Fund would be able to recover none or only a portion of its assets held by such FCM.

### Institutional Risks

Institutions will have custody of the assets of the Fund. These firms may encounter financial difficulties that impair the operating capabilities or the capital position of the Fund. The Fund Manager will attempt to limit the Fund's transactions to well-capitalized and established brokers in an effort to mitigate such risks.

### Counterparty Risk

The Fund will be subject to the risk of the inability of counterparties to perform with respect to transactions, whether due to insolvency, bankruptcy or other causes, which could subject the Fund to substantial losses. In an effort to mitigate such risks, the Fund Manager will attempt to limit the Fund's transactions to counterparties which are established, well-capitalized and creditworthy.

### Possible Law Changes

No assurance can be given that legislative, administrative or judicial changes will not occur which will alter, either prospectively or retroactively, the tax considerations or risk factors discussed in this Memorandum.

## SUBSCRIPTION AND APPLICATION PROCEDURES

In order to purchase Shares in the Fund, prospective investors should proceed as follows:

- Complete and sign the Subscription Agreement and fax and send it by mail to the Administrator as indicated. In case the purchase of Shares will be effected through a bank acting on behalf of the Subscriber, the Subscription Agreement must be delivered to the bank for its completion and signature.
- Pay the subscription amount to the Fund's bank account as indicated. To ensure prompt receipt and identification of the

SEC-AGS-E-0062812

subscription payment, the Subscriber is invited to use the Bank Transfer Instruction Letter, which accompanies this Subscription Agreement.

- Send the signed and completed Subscription Agreement, together with a copy of the Bank Transfer Instruction Letter, to the Administrator, enclosing:

  o in the case of an individual Subscriber, a certified copy of the identification pages of the Subscriber's passport or identity card and a utility bill; or

  o in the case of a corporation:
    - a certified copy of the certificate of incorporation and of the memorandum and articles of association;
    - a certified copy of the register of directors and officers or excerpt from the trade register with evidence of authorised individuals;
    - signature list of individuals representing the corporation; and
    - the names, occupations, dates of birth and residential and business addresses of all beneficial owners.

Subscribers should retain a copy of the Subscription Agreement for their personal reference and records.

SEC-AGS-E-0062813