Mandatory

# ACCOUNT APPLICATION
## CORPORATE ACCOUNT



EXHIBIT 7

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

**Company Details:**

Name of Client ("Company")
Blue Isle Markets Inc.

Date of Incorporation  Dec. 2nd 2015

Registered Office
Suite 305, Griffith Corporate Center
Beachmont, PO Box 1510,
Kingston, St Vincent and the Grenadines

Registered Agent
Wilfred Services Ltd

Location of Principal Business
One Monatgue Place, 4th Floor, 9 East Bay Street
PO Box CB-11148, Nassau Bahamas

Description/Nature of Business/Products provided
Financial Technology Firm that specializing in wholesale foreign exchange technology networks. BIMI focuses its business activities solely on the Institutional market including, Fund Managers, Professional Traders, Small Institutions and Businesses that manage their own spot and physical foreign exchange. Additionally, BIMI sets up and maintains the client API Networks and Servers for Algorithmic Systems Trading. This includes designing and writing Algorithmic Code and the programing of the same.

Financial Service (Non-Bank, Insurance or Pension)



**Directors:** *Beneficairy Directors / Owners*

Name  Michael S Stewart

Name  Michael S Young

Name  Bryant Sewall

Name  Nancy Lake - Director (Nominee Director)

**Officers:**

Name  Michael S Stewart -
Office  General Manager - CEO

Name  Bryant Sewall
Office  Director of Technology and Operations

Name  Michael S Young
Office  Director of Sales

**Shareholders:**

Name                    Percentage/No. of Shares
Nancy Lake - 100% Nominee Shareholder

Beneficiary Shareholders:

Michael S Stewart - 33.333%

Michael S Young - 33.333%

Bryant Sewall - 33.333%

**Purpose of Account:**

Business Operations for Day to Day business activities including paying bills, making and receiving redemptions and deposits.

**Source of Funds:**

Amount of Initial Deposit
$3,000,000 to $4,000,000 USD

€25,000 to €150,000 EUR
£ 1,000 to 25,000 GBP

Source of Initial Deposit (transaction or business)
Blue Isle markets Inc. Operating Account with Ceska Sporitelna

Operational Business Funds

**Remitting Bank Details:**

Name of Bank  CESKA SPORITELNA A.S.

Address  PRAGUE 62, OLBRACHTOVA 14000
PRAHA 4

---

Account Application -Corporate Account       2       Initials: MSS

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

*To be completed by each director, shareholder, signatory, power holder of the Company who is an individual.*

**Employment Information:**
[X] Employed   [ ] Self-employed

Occupation/Position/Title
*General Manager / CEO*

**Personal Details:**

Title (Mr./Mrs./Miss/Dr./Other)   *MR*

Surname(s)   *Stewart*

Forename(s)   *Michael S*

Date of birth (dd-mm-yyyy)   [redacted]

Place of birth   [redacted]

County of Domicile   *Paradise Island Bahamas*

Nationality(ies)   *USA / Bahamas Resident*

Identification Number   *US Passport* [redacted]

Date of Issue / Expiry   [redacted]

Name of Employer/Business
*Blue Isle Markets Inc.*

Address of Employer/Business
*One Montague Place, 4th Fl*
*9 East Bay Street, PO Box CB-11148*
*Nassau Bahamas*

Nature of Business
*Financial Technology Firm, ECN/ STP Wholesale Liquidity Connections and algorithm technical programing and monitoring.*

Business Telephone   *(242) 477-2288*

**Permanent Residential Address:**

Street address
*Mira Mar Villas #15, Garden Drive*

City   *Nassau,*

Province/State   *New Providence*   Post Code

Country   *Bahamas*

**US Residency Status:**
Live/Work in the US   [X] Yes   [ ] No
[X] Passport   [ ] Green Card

US Address
*32531 N Scottsdale Rd 105-155, Scottsdale AZ 85266*

Telephone:   *480-688-7220*

Tax ID   [redacted]

Personal Wealth derived from *(only to be completed by each shareholder)*
*Business and corporate earnings, salaries and investments*

**Telephone & Electronic Communication:**

Residential Telephone   *242-363-2238*

Mobile Telephone   *480-688-7220*

Other Numbers

Fax

Email   *mstewart@blueislefx.com*

Preferred Method   *either*

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

To be completed by each director, shareholder, signatory, power holder of the Company who is an individual.

**Personal Details:**

Title (Mr./Mrs./Miss/Dr./Other)  Mr.

Surname(s)  Bryant

Forename(s)  Sewall

Date of birth (dd-mm-yyyy)  [redacted]

Place of birth  [redacted]

County of Domicile  Dallas

Nationality(ies)  USA

Identification Number  [redacted]

Date of Issue / Expiry  [redacted]

**Permanent Residential Address:**

Street address
Mira Mar Villas #4, Garden Drive
Paradise Island,

City  Nassau

Province/State  New Providence   Post Code

Country  Bahamas

**Telephone & Electronic Communication:**

Residential Telephone

Mobile Telephone  602-550-3300

Other Numbers

Fax

Email  bsewall@blueislefx.com

Preferred Method  email

**Employment Information:**

☐ Employed   ☒ Self-employed

Occupation/Position/Title
VP of Operations

Name of Employer/Business  Blue Isle Markets Inc

Address of Employer/Business
One Montague Place 4th Fl
~~9 East Bay Street, PO Box~~
CB-11148
~~Nassau Bahamas~~

Nature of Business
Fund Manager / Liquidity Provider

Business Telephone  +1-855-271-0889

**US Residency Status:**

Live/Work in the US   ☐ Yes   ☒ No
☑ Passport            ☐ Green Card

US Address  Live in Bahamas, but US Citizen

Telephone:  602-550-3300

Tax ID  [redacted]

Personal Wealth derived from *(only to be completed by each shareholder)*

Business Income, Investments and

U.S. Marine Corps Retirement

---

Account Application -Corporate Account            3            Initials: *BS*

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

*To be completed by each director, shareholder, signatory, power holder of the Company who is an individual.*

**Employment Information:**
[X] Employed    [ ] Self-employed

Occupation/Position/Title: Sales Manager

**Personal Details:**

Title (Mr./Mrs./Miss/Dr./Other): Mss

Surname(s): Michael

Forename(s): Young

Date of birth (dd-mm-yyyy): ▮▮▮

Place of birth: ▮▮▮

County of Domicile: Arapahoe

Nationality(ies): USA

Name of Employer/Business: Blue Isle Markets Inc

Address of Employer/Business: Mediatrix Capita;l Inc.

Nature of Business: Fund Manager / Hedge Fund Liquidity

Identification Number: ▮▮▮

Date of Issue / Expiry: ▮▮▮

Business Telephone: 720-530-8434

**Permanent Residential Address:**

Street address: 8249 S Tamarac St

City: Centennial

Province/State: CO    Post Code: 80112

Country: USA

**US Residency Status:**

Live/Work in the US    [X] Yes    [ ] No

[X] Passport    [ ] Green Card

US Address: 8249 S Tamarac St

Centennial CO 801122

Telephone:

Tax ID:

**Telephone & Electronic Communication:**

Residential Telephone: None

Mobile Telephone: 720-530-8434

Other Numbers:

Fax: NA

Email: myoung@mediatrixcapital.com

Preferred Method: email

Personal Wealth derived from *(only to be completed by each shareholder)*: Business and Investment Income

Account Application -Corporate Account    3    Initials: ▮▮

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

*To be completed by each director, shareholder, signatory, power holder of the Company who is an individual.*

**Employment Information:**
☐ Employed    ☒ Self-employed

Occupation/Position/Title
Director / Nominee

**Personal Details:**

Title (Mr./Mrs./Miss/Dr./Other)   Miss

Surname(s)   Nancy

Forename(s)   Lake

Date of birth (dd-mm-yyyy)   [redacted]

Place of birth   [redacted]

County of Domicile   York

Nationality(ies)   Canadian

Name of Employer/Business
Blue Isle Markets Inc

Address of Employer/Business
One Montague Place, 4th Fl
East Bay Street, PO Box CB-11148
Nassau Bahamas

Nature of Business
Fund Manager / Liquidity Provider / Agregator



Identification Number   [redacted]

Date of Issue / Expiry   [redacted]

Business Telephone   1-855-271-0889

**Permanent Residential Address:**

Street address
7 DAVICK DR

City   ETDBICOKE

Province/State   Ontario    Post Code   M8W 2C8

Country   Canada

**US Residency Status:**
Live/Work in the US    ☐ Yes    ☒ No
☐ Passport    ☐ Green Card

US Address
NA

Telephone:

Tax ID

**Telephone & Electronic Communication:**

Residential Telephone

Mobile Telephone

Other Numbers

Fax

Email   nlake@blueislefx.com

Preferred Method   email

Personal Wealth derived from *(only to be completed by each shareholder)*
Business Income and investments

Account Application -Corporate Account          3                                   Initials:

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

I/we certify confirm and agree to the following:

1. I/we authorize the Bank to open and operate an account in the name of the Company and agree that all accounts in the Company's name be opened and operated in accordance with the Agreement with the Bank, as defined below.
2. I/we being the Directors of the Company, or otherwise having been duly authorized by the Directors of the Company, are authorized to open this account, to make the declarations contained herein, and to enter into the Agreement with the Bank.
3. All information I/we have provided to the Bank and/or its agents, both written and verbal, is complete and correct to the best of my/our knowledge and belief;
4. I/we understand that willfully entering false information in this form is a criminal offense under Section 59 of the Bahamas Penal Code, "False Pretences and Other Frauds", punishable under Bahamian law by imprisonment for a period of five years);
5. The Company hereby undertakes to meet its obligations to the Bank fully and promptly and confirms that all such undertakings are not prohibited by the Company's constitutive documents;
6. I/we have a duty of care to ensure that the business to be undertaken by the Company will not be such as to bring the Bank or its affiliates into disrepute;
7. No transaction/documentation will be entered into until such time as the Bank notifies the Company that all necessary internal approvals and relevant consents have been obtained;
8. All credits to the account will be beneficially owned by the shareholders of the Company in the proportions described in the Account Application;
9. I/we will promptly notify the Bank of any change to my/our tax status or to the Company's tax status;
10. The proposed dealings will not involve dealings with any funds which represent either directly or indirectly the proceeds of crime;
11. I/we authorize the Bank to obtain independent verification of the information I/we have provided, both written and verbal.
12. The Company herby authorizes the Bank to accept instructions from the person(s) listed on pg. 7 of this Application and further confirms that such persons are authorized to enter into Investment Management Authority agreements on behalf of the Company.
13. I/we confirm that the Company is non-resident for exchange control purposes in The Bahamas OR it is resident for exchange control purposes and all governmental and regulatory approvals in respect of the opening or operation of the account have been obtained.

Furthermore, I/we acknowledge understand and accept that by signing this Account Application I/we agree without reservation that the Company will be bound by the Terms and Conditions and Banking and Service Fees as set out therein and I/we acknowledge and accept that the Company will be entering into a legal agreement with Ansbacher (Bahamas) Limited for the services requested in this Account Application. I/we further acknowledge understand and agree that the full Agreement with Ansbacher (Bahamas) Limited is comprised of: (i) this Account Application (ii) the Terms and Conditions, as amended from time to time (iii) the Banking & Service Fees, as amended from time to time (iv) mandates issued by the Company which are accepted by the Bank.

I/we confirm that I/we have read understood the Agreement as described above, including said Terms and Conditions and Banking & Service Fees, and confirm that the Company agrees to be bound by all such terms.

Name       Michael S Stewart

Capacity    General Manager / CEO

Signature   [signature]
            (must match signature on ID)
Date        Dec. 21st 2017


Name       Bryant Sewall

Capacity    Director of Operations and Technology

Signature   [signature]
            (must match signature on ID)
Date        Dec 21 2017


Name       Michael Young

Capacity    Director of Sales

Signature   [signature]
            (must match signature on ID)
Date        Dec 21, 2017


(for Bank Use Only)

Ansbacher (Bahamas) Limited hereby agrees to provide the services to the Company on the terms and conditions described in the Agreement

[signature]

Ansbacher (Bahamas) Limited

Date   4/4/18

Account Application -Corporate Account          4                                                Initials:  MSS

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

**Base Currency** *(select one):*

[X] USD   [ ] EUR   [ ] GBP   [ ] CAD   [ ] CHF

Other _____

**Need multiple Currency Accounts:** *for separate*

[X] USD   [X] EUR   [X] GBP   [ ] CAD   [ ] CHF

Other _____

**Investment Services Requested:**

[ ] Discretionary
[ ] Advisory

[X] Send Mail to Account Holder(s)
[ ] Send Mail to Asset Manager

*Mailing Address:*

One Montague Place 4th Fl.

9 East Bay Street, PO Box
CB-11148
Nassau Bahamas

**Statements/Advices**

| | Valuations/ Depository | Current Account | Advices |
|---|---|---|---|
| Daily | N/A | N/A | [ ] |
| Monthly | [X] | [X] | [ ] |
| Quarterly | [ ] | [ ] | [ ] |
| Bi annually | [ ] | [ ] | [ ] |
| Annually | [ ] | [ ] | [ ] |

**Electronic Banking**

E-banking        [X] Yes        [ ] No
[ ] Company      [ ] Representative(s)

Name of Representative   ~~Michelle Reckley~~  Michael Stewart

Email ~~Michelle.Reckley@ansbacher.bs~~  mstewart@blueislefx.com

Relationship to Account Holder   ~~Representative~~  Director

Mobile   480-688-7220

Name of Representative   ~~Kermeka Ferguson~~

Email ~~Kermeka.Ferguson@ansbacher.bs~~

Relationship to Account Holder   ~~Representative~~

Mobile _____

**Authorized Person(s) for Call Back**

Name   Michael Stewart

Telephone Number   480-688-7220

Name _____

Telephone Number _____

**Mandates**

Investment Management   Yes [ ]   No [X]
Power of Attorney        Yes [X]   No [ ]

*(for Bank Use Only)*

Account Number _____

Named Account   Yes [ ]   No [ ]

Account Application -Corporate Account          5          Initials: MSS

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

*To be completed by each director, shareholder, signatory, power holder (eg. Investment Manager) that is a company ("Corporate Appointee").*

**Company Details:**

Name of Company    Blue Isle Markets Inc

Domicile of Company    St. Vincent and the Grenadines

Signatory List Attached    Yes [X]    No [ ]

Please refer to the Bank to determine if the Corporate Appointee is '**exempt**' under the laws of The Bahamas. If exempt, you are not required to complete the remainder of this form. If not exempt, please continue.

Registered Office    Suite 305, Griffith Corporate Centre
Beachmont, PO Box 1510, Kingstown
Saint Vincent and the Grenadines.

Registered Agent    Wilford Services Ltd

Location of Principal Business    One Montague Place, 4th Fl
9 East Bay Street, PO Box: CB-11148, Nassau, Bahamas

Description/Nature of Business/Products provided
Blue Isle Market Inc. (BIMI) is a Financial Technology Firm that specializes in wholesale foreign exchange technology networks. BIMI focuses its business activities solely on the Institutional market including, Fund Managers, Professional Traders, Small Institutions and Businesses that manage their own spot and physical foreign exchange. We set-up and facilitates Bridge and Cloud connection technology to Tier I Multi Bank liquidity pools as well as aggregate multiple Liquidity Providers into dark pools through our Prime Broker for professional and institutional clientele only through an ECN (electronic communication network) Networks. BIMI sets up and maintains the client API Networks and Servers for Algorithmic Systems Trading. This includes designing and writing Algorithmic Code and the programing of the same.

**Directors:**

Name    Michael Stewart

Name    Bryant Sewall

Name    Michael Young

Name _____

**Officers:**

Name _____
Office _____

Name _____
Office _____

Name _____
Office _____

**Shareholders:**

Name                    Percentage/No. of Shares
Nancy Lake    100% Nominee Shareholder
_____
_____
_____
_____

Account Application -Corporate Account    6    Initials: MSS

# ACCOUNT APPLICATION – CORPORATE ACCOUNT

### AUTHORIZED SIGNATORIES

| Name | Capacity | Signature (must match ID) | Signing Rights (single, joint etc.) |
|---|---|---|---|
| Michael Stewart | CEO- General Manager | *[signature]* | Single |
| Bryant Sewall | Director of Operations/Technology | *[signature]* | Single |
| Michael Young | Director of Sales | *[signature]* | Single |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Ansbacher (Bahamas) Limited is authorized to accept instructions, notices, requests, cheques, bills, notes and other instruments and endorsements from the persons named above, in relation to the account. The execution of any Asset Management Authority agreement with the Bank by the persons named above is valid and may be accepted by the Bank.

Date:   Dec 21st 2017

Account Application -Corporate Account            7            Initials: *MSS*