



# SUBSCRIPTION AGREEMENT & FORM

**MEDIATRIX CAPITAL FUND (MCFCLAA)**
99,999,900 non-voting, non-redeemable participating Class A investor shares
ISIN No. BSP7000P1026  |  CUSIP No. P7000P102

EXHIBIT 11

# SUBSCRIPTION FORM
# MEDIATRIX CAPITAL FUND LTD.

## Subscribers' Undertakings and Warranties

Subscribers should take notice that by completing and executing the Subscription Agreement, the Subscriber is entering into the following undertakings and giving the following warranties specified herein below:

The Subscriber acknowledges receipt of the Confidential Explanatory Memorandum dated the 30th day of November 2016 relating to the offering of shares (the "Shares") in MEDIATRIX CAPITAL FUND LTD., an investment fund organised under the laws of The Bahamas (the "Fund").

The Subscriber irrevocably subscribes for Shares as specified in the Subscription Agreement:

- at a subscription price equal to the Net Asset Value per Share effective upon the date of acceptance by the Fund of the subscription (increased by a placement fee if applicable); and
- on the terms set out in the Confidential Explanatory Memorandum dated the 30th day of November 2016 as the same may be updated and modified from time to time and subject to the provisions of the Memorandum and Articles of Association of the Fund.

The Subscriber, in consideration of the issue of the Shares by the Fund to the Subscriber, undertakes, represents and warrants to the Fund that:

- it has the legal capacity and authority and is permitted by applicable law to execute and deliver the Subscription Agreement;
- it is acquiring the Shares for its own account, or on behalf of a third party or third parties for investment and not with a view to resale, transfer or other disposition in whole or in part;
- it has such knowledge and experience in financial and business matters that it is capable of evaluating the merits and risks of its acquisition of the Shares;
- it is eligible to make an investment in the Fund, which is licensed as a Professional Fund under the Investment Funds Act, 2003 (of The Bahamas) as it falls within the following category of investor:

  (a) a bank or trust company licensed under the Bank and Trust Companies Regulation Act (of The Bahamas) or in a prescribed jurisdiction, whether acting in its own or a fiduciary capacity;

  (b) a registered firm under the Securities Industry Act, 2011 (of The Bahamas) or pursuant to the laws of another jurisdiction;

  (c) a licensed insurance company under the Insurance Act (of The Bahamas) or licensed in a prescribed jurisdiction;

  (d) an investment fund licensed or registered under the Investment Funds Act, 2003 (of The Bahamas) or regulated in a prescribed jurisdiction;

  (e) a natural person whose individual net worth, or joint net worth with the person's spouse, exceeds one million dollars;

  (f) a natural person who had an individual income in excess of two hundred thousand dollars in each of the two most recent years or joint income with that person's spouse of three hundred thousand dollars in each of those years and has a reasonable expectation of reaching the same income level in the current year;

  (g) a trust with total assets in excess of five million dollars;

  (h) an entity in which all of the equity owners satisfies one of the above requirements in (a) to (g); or

  (i) any entity with net assets in excess of five million dollars.

- it has received a copy of, read and understood the Confidential Explanatory Memorandum, has read the "Risks" section of the Confidential Explanatory Memorandum, and understands that there are substantial risks involved in an investment in the Fund;
- it has had the opportunity to review the Fund's Memorandum and Articles of Association and to ask questions and receive answers concerning the Fund and the terms and conditions of this offering from authorised representatives of the Fund and to obtain such additional information as it considers necessary to appropriately evaluate an investment in the Fund;
- its acquisition of Shares is based solely upon the Confidential Explanatory Memorandum and its own analysis of the benefits to it of an investment in the Fund and the Subscriber is and will be able to bear the economic risk of its investment in the Shares;
- it has obtained and complied with all legal and tax advice, registrations, declarations or filings with, or consents, licenses, approvals or authorisations of any legislative body, governmental department or other governmental authority, necessary or appropriate in connection with its investment in the Fund;
- it represents and warrants that if a person, trust or corporation who or which has been designated as resident for purpose of exchange control by The Central Bank of The Bahamas has written permission of such authority to hold Shares;
- the person signing the Subscription Agreement on behalf of the Subscriber has full power and authority to do so;
- it understands that its capital contribution can not be withdrawn from the Fund except by way of redemption of the Shares in accordance with the terms outlined in the Confidential Explanatory Memorandum, that a portion of its investment may be invested in securities that are illiquid, and that it has no right to demand distribution from the Fund prior to the Fund's termination other than by redemption of Shares;
- it understands that if any of the Subscriber's representations, warranties, agreements or certifications are untrue, the Board of Directors of the Fund in its sole discretion may require a retroactive redemption of all or part of the Shares;
- it understands that the subscription price does not include any amount for stock transfer taxes or any form of tax. Subscribers are required to pay such taxes, if any, separately;
- it understands that the Fund may compulsorily redeem the Subscriber's Shares in accordance with the Fund's Confidential Explanatory Memorandum in various circumstances;
- it has not reproduced, duplicated or delivered the Confidential Explanatory Memorandum or this Subscription Agreement to any other person, except to its professional advisors or as instructed by the Fund;
- it understands that Miller & Co. acts as legal advisor to the Fund on Bahamian law. The Subscriber also understands that, in connection

SEC-AGS-E-0062832

with this offering of Shares and subsequent advice Miller & Co. will not be representing investors in the Fund, including the Subscriber, and no independent counsel has been retained to represent investors in the Fund;

- it understands and acknowledges that due to anti-money laundering requirements operating in The Bahamas, the Administrator may require further identification/documentation from the Subscriber before the application can be processed; and the Fund, and the Administrator shall be held harmless and indemnified against any loss arising due to the failure to process this application if such information has not been provided by the Subscriber; and
- it understands, acknowledges and consents that any action, proceeding or claim the Subscriber may bring against the Fund, the Investment Manager, the Administrator, and/or their affiliates, shall be limited to the Share Class or Classes, as the case may be, in which the Subscriber hereby invests.

The Subscriber certifies that it is not now, and for as long as it owns the Shares, it will not be a U.S. Person unless you qualify under the definition of a Qualified Eligible Person/Participant (QEP) as defined in Rule 4.7 of the U.S. Commodity Exchange Act or as a Qualified Purchaser as defined in the U.S. Investment Company Act of 1940; or persons resident in The Commonwealth of The Bahamas as defined in the Confidential Explanatory Memorandum of the Fund, nor a custodian, nominee or trustee of such a person. The Subscriber further certifies that it is not acquiring the Shares for and will not hold the Shares on behalf of or transfer Shares to any person or entity that is a U.S. Person or a Bahamian resident as defined.

The Subscriber certifies that it has not and will not acquire the Shares in the United States.

The Subscriber acknowledges and agrees that the Shares may not be sold, transferred or distributed to or on behalf of any person who is a U.S. Person (as that term is defined under the U.S. Securities Act). The Shares may not otherwise be transferred without the prior approval of the Fund's Board of Directors.

The Subscriber agrees that it will promptly notify the Fund at any time when it becomes a U.S. Person or a Bahamian resident (as defined in the Confidential Explanatory Memorandum of the Fund), and the Subscriber agrees that in such event the Fund shall be entitled to (but shall not be obliged to) repurchase or to require the Subscriber to redeem or sell the Shares to a person designated by the Fund at a price equal to the Net Asset Value per Share as calculated by the Administrator as at the date of the repurchase or sale, or as at the date of any unauthorised transfer giving rise to such repurchase or sale.

Where the Subscriber is an individual, he/she agrees to produce a copy or copies of the relevant passport or passports or identification card(s) certified by a notary public and a utility bill or bills together with any other documentation of identity providing detailed verification of the Subscriber's identity, as requested by the Fund in order that it might comply with legislation for the prevention of money laundering from time to time in force. The Subscriber acknowledges that the Fund reserves the right to request any further information which it considers to be in any way necessary to the process of verification.

Where the Subscriber is a corporation, trust or partnership, it agrees to produce a certified copy or copies of the certificate of incorporation (and any change of name), memorandum and articles of association (or other document evidencing the existence of the legal entity), the register of directors or an excerpt from the trade register held at the relevant chamber of commerce and the signatory card verifying the authority of officers to sign on behalf of the corporate entity and any other relevant documentation as requested by the Fund. The Subscriber further agrees to provide the Fund with the names, occupations, dates of birth and residential and business addresses of all its beneficial owners.

If the Subscriber is acting as trustee, agent, representative or nominee for a third person (a "Beneficial Owner"), the Subscriber understands and acknowledges that the representations, warranties and agreements made herein are made by the Subscriber (A) with respect to the Subscriber; and (B) with respect to the Beneficial Owner of the Shares subscribed for hereby. The Subscriber further represents and warrants that it has all requisite power and authority from said Beneficial Owner to execute and perform the obligations under this Subscription Agreement. The Subscriber also agrees to indemnify the Fund and its Directors, the Administrator and their officers, directors and agents for any and all costs, fees and expenses (including legal fees and disbursements) in connection with any damages resulting from the Subscriber's or the Beneficial Owner's misrepresentation or misstatement contained herein, or the assertion of the Subscriber's lack of proper authorisation from the Beneficial Owner of the Shares subscribed for hereby to enter into this Subscription Agreement or perform the obligations hereof.

The Subscriber acknowledges that the Fund reserves the right to reject in its absolute discretion this and any other subscription for Shares in whole or in part, in any order, at any time prior to the relevant Subscription Day, notwithstanding prior receipt by the Subscriber of notice of acceptance of the subscription. If the Shares are oversubscribed, the Fund will determine in its sole discretion which subscriptions shall be accepted.

If this subscription is rejected or if the sale of the Shares is not completed for any reason in which event this subscription shall be deemed to be rejected, the Fund shall as soon as practicable return any funds transferred by the Subscriber (without interest) along with this Agreement and any other documents delivered by the Subscriber.

The rights, powers and duties as set out herein shall bind and inure to the benefit of the heirs, executors, administrators, legal representatives, successors and assigns of the Subscriber and the Fund.

The Subscriber agrees to be bound by the laws of The Bahamas and in addition to the non-exclusive jurisdiction of the relevant courts therein subject to which laws this Subscription Agreement shall be governed and interpreted.

The Subscriber understands that a misrepresentation or breach of any warranty or agreement made by the Subscriber could subject the Fund and Administrator to significant damages and expenses. The Subscriber agrees to indemnify the Fund and Administrator from and against any loss, liability, damage, cost or expense (including legal fees and expenses in the defence or settlement of any demands, claims, or lawsuits) actually and reasonably incurred arising from the Subscriber's misrepresentation or breach of any warranty.

The Subscriber acknowledges that the Fund and Administrator are entitled to act upon facsimile instructions from or purported to be from the Subscriber and that all such instructions, where accepted by the Fund, will be final and binding upon the Subscriber. The Subscriber agrees to indemnify the Fund and Administrator against any and all claims, demands, liabilities, costs, charges, damages and expenses that the Fund and Administrator may incur by reason of any act or failure to act on the part of the Fund and Administrator with regard to all facsimile instructions so provided by the Subscriber.

## Subscription and Application Procedures

In order to purchase Shares in the Fund, prospective investors should proceed as follows:

- Complete and sign the Subscription Agreement and fax and send it by mail to the Administrator as indicated. In case the purchase of Shares will be effected through a bank acting on behalf of the Subscriber, the Subscription Agreement must be delivered to the bank for its completion and signature.
- Pay the subscription amount to the Fund's bank account as indicated. To ensure prompt receipt and identification of the subscription payment, the Subscriber is invited to use the Bank Transfer Instruction Letter, which accompanies this Subscription Agreement.
- Send the signed and completed Subscription Agreement, together with a copy of the Bank Transfer Instruction Letter, to the Administrator, enclosing:
  - in the case of an individual Subscriber, a certified copy of the identification pages of the Subscriber's passport or identity card and a utility bill; or
  - in the case of a corporation:
    - a certified copy of the certificate of incorporation and of the memorandum and articles of association;
    - a certified copy of the register of directors and officers or excerpt from the trade register with evidence of authorised individuals;
    - signature list of individuals representing the corporation; and
    - the names, occupations, dates of birth and residential and business addresses of all beneficial owners.

Subscribers should retain a copy of the Subscription Agreement for their personal reference and records.

## Signing Instructions

### Individuals
All joint applicants should sign the application individually.

### Corporations
If the applicant is a corporation, director(s) and/or authorised officer(s) of that corporation must sign in compliance with its Charter or Constitution and, by signing the Subscription Agreement, the director(s) and/or authorised officer(s) thereby confirm and warrant that the corporation is so empowered and that, if required, the relevant corporate resolution has been passed and executed by the board of directors of the corporation.

### Power of Attorney
If an agent or attorney signs on behalf of the applicant, a certified copy of the relevant power of attorney or other document appointing the agent or attorney must be attached and the agent/attorney hereby accepts full responsibility for the obligations undertaken by his/her principal.

---

**Please fax or email this form and mail the original to:**
MEDIATRIX CAPITAL FUND LTD.
The Administrator
c/o Sterling (Bahamas) Ltd.
Suite 205A, Saffrey Square
Bank Lane & Bay Street
P.O. Box N-9934
Nassau, The Bahamas
Tel:      (242) 322-5448
Fax :     (242) 325-8445
Email:    investors@mediatrixcapitalfund.com

SEC-AGS-E-0062834

# SUBSCRIPTION AGREEMENT
# MEDIATRIX CAPITAL FUND LTD.

Please fill in the subscription form legibly. Please read and fully complete the following documents in advance: the terms and risk factors of the Confidential Explanatory Memorandum, the latest monthly and/or annual report of Mediatrix Capital Fund Ltd as well as all pages of this form.

☐ First Subscription      ☐ Subsequent Subscription: "Account No." _____

**Legal Ownership**   ☐ Single    ☐ Tenants in Common    ☐ Joint Tenants    ☐ Corporation    ☐ Trust

## SUBSCRIBERS DATA

| | First beneficiary ☐ Ms ☐ Mr ☐ Company | Second beneficiary ☐ Ms ☐ Mr ☐ Company |
|---|---|---|
| Surname Name /Company Name | | |
| First name | | |
| Residence address | | |
| City, State, Postal Cd | | |
| Country | | |
| Mailing address | | |
| City, State, Postal Cd | | |
| Country | | |
| Place of Birth / DOB | | |
| Nationality | | |
| Passport Number / ID | | |
| Date of Issue / Expiry | | |
| Telephone | | |
| Mobile Phone | | |
| E-mail | | |

## ADDITIONAL INFORMATION

| | | |
|---|---|---|
| Occupation | | |
| Industry | | |
| Political/public office | ☐ No ☐ Yes, details _____ | ☐ No ☐ Yes, details _____ |
| Source of invested capital | ☐ Savings ☐ Property Income ☐ Inheritance ☐ Income | ☐ Savings ☐ Property Income ☐ Inheritance ☐ Income |
| | ☐ other _____ | ☐ other _____ |

## U.S. QUALIFIED INVESTORS

| | | |
|---|---|---|
| U.S. Taxpayer ID No. | | |
| Investor Qualification | ☐ Qualified Eligible Person/Participant (QEP)   ☐ Qualified Purchaser | |

*U.S. Taxpayers are required to complete a W9 Identification Number and Certification*

SEC-AGS-E-0062835

In order to comply with Anti-Money Laundering Legislation (including verification of the source of funds) and to facilitate the matching of funds received with your subscription, we kindly request you to complete this form:

| | | | |
|---|---|---|---|
| Bank/Name | | BIC-Code | |
| Bank Address | | | |
| Routing / IBAN | | Country | |

## SUBSCRIPTION FOR SHARES

| ☐ MCFCLAA Class A USD | ISIN: BSP7000P1026 | (min. US$1,000,0000 for Initial Subscription, min. US$100,000 for Subsequent Subscriptions) |
|---|---|---|
| Subscription Sum (USD) | $ | |
| Subscription in words | | |

### Details of the Advisor / Referrer

| Full Name | | Company Name | |
|---|---|---|---|
| Telephone | | Email | |

I/We undertake to have the total amount indicated above wired to the following account not later than five (5) business days prior to the first business day of the respective month.

### Bank Wire Instuctions (USD)

| Receiving Bank: | Ansbacher (Bahamas) Ltd<br>4th Floor, 308 E Bay St<br>Nassau, NP The Bahamas | Tel:<br>Fax:<br>Mgr: | | SWIFT Code:<br><br>IBAN: | |
|---|---|---|---|---|---|
| Beneficiary Name: | Mediatrix Capital Inc.<br>Account No. | | Payment Details: | "Subscription to MCFCLAA in favour of *(Subscriber's name)*" | |

### Subscriber Declaration:

I/We have read and understand the Confidential Explanatory Memorandum and this Subscription Agreement and have read, understand and agree to abide by the Subscribers' Undertakings and Warranties specified in the said Subscription Agreement. I/We hereby apply to purchase Shares in registered form. I/We acknowledge and understand that this subscription may be accepted or rejected in whole or in part in the sole and absolute discretion of the Fund. I/We will pay the full subscription price for the Shares in cleared funds five (5) Business Days before the first Business Day of the relevant calendar month. I/We will deliver this Agreement to the Administrator five (5) Business Days before the first Business Day of the relevant calendar month. I/We irrevocably subscribe for Shares in the Fund in accordance with the terms and conditions of the Confidential Explanatory Memorandum as the same may be updated and modified from time to time and this Subscription Agreement.

**The Undersigned has executed this Subscription Agreement as of the date set forth below.**

**For Individual Investors:**

_____     _____     _____
Name of First Beneficiary            Signature of First Beneficiary           Date and Place

_____     _____     _____
Name of Second Beneficiary        Signature of Second Beneficiary      Date and Place

_____     _____     _____
Name of Authorised Signatory     Signature of Authorised Signatory    Date and Place

**For Corporate Investors:**

_____     _____     _____
Name of Authorised Signatory     Signature of Authorised Signatory    Date and Place

_____                    [Corporate Seal]
Position / Title

5

# INVESTOR DOCUMENTATION REQUIREMENT

## Where the Investor is an Individual

- ☐ Subscription Agreement completed in full;
- ☐ Copy of the relevant pages of passport, driver's licence or other government issued identification document bearing a photograph of the person;
- ☐ For **Non-US investors** complete the Form W-8BEN - Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals).
- ☐ For **qualified US investors** complete Form W9 - Request for Taxpayer Identification Number and Certification.

## Where the Investor is a Company

- ☐ Subscription Agreement completed in full;
- ☐ Certified Copy of Certificate of Incorporation;
- ☐ Certified copy of Memorandum and Articles of Association (or equivalent);
- ☐ Registered office and registered agent address;
- ☐ Names and addresses of all officers, directors and beneficial owners having controlling interest in the corporate entity;
- ☐ A copy of the relevant pages of passport, driver's licence or other government issued identification document bearing a photograph of each officer, director and beneficial owner having a controlling interest in the corporate entity;
- ☐ For **Non-US investors** complete the Form W-8BEN-E - Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities).
- ☐ For **qualified US investors** complete Form W9 - Request for Taxpayer Identification Number and Certification.

## Where the Investor is a Non Financial Institution (as per FTRA) Trustee (where investment is made in the name of the Trustee)

- ☐ Subscription Agreement completed in full;
- ☐ Verification of all trustees and vested beneficiaries as per the requirements re Individual;
- ☐ Certified copy of trust deed;
- ☐ For **Non-US investors** complete the Form W-8BEN-E - Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities).
- ☐ For **qualified US investors** complete Form W9 - Request for Taxpayer Identification Number and Certification.

## Where the Investor is a Partnership or other unincorporated association

- ☐ Subscription Agreement completed in full;
- ☐ Verification of all beneficial owners as per the requirements re Individual or Personal Holding Company (as applicable);
- ☐ Certified copy of partnership agreement or other agreement establishing the unincorporated association;
- ☐ For **Non-US investors** complete the Form W-8BEN-E - Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities).
- ☐ For **qualified US investors** complete Form W9 - Request for Taxpayer Identification Number and Certification.



**MEDIATRIX CAPITAL FUND**

One Montague Place, 4th Fl
East Bay Street
Nassau, NP The Bahamas

t:  +1 800-905-1006
e:  investors@mediatrixcapitalfund.com
w: http://mediatrixcapitalfund.com

MEDIATRIXCAPITALFUND.COM

SEC-AGS-E-0062838