

# Mediatrix Capital, Inc.

2019



**Disclosure**

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital, Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance. MC is a Bahamas Registered Corporation, with corporate offices in the Bahamas. MC does not operate within the United States of America.

Levering00000003

**EXHIBIT**

**12**

# Table of Contents

Corporate Information ...................................................... 3

Introduction ...................................................................... 4

Accolades ........................................................................ 4

Corporate Registration .................................................... 4

Performance History ........................................................ 5

Timeline of Currency Pair Augmentation ........................ 7

Investment Objective and Strategy .................................. 8

Management of Accounts ................................................ 9

Prime Brokerage and Practices ...................................... 9

Brokerage and Investment Expenses .............................. 9

Performance Fees ............................................................ 9

Withdrawal Procedures .................................................. 10

Benefits .......................................................................... 10

Navigator White Paper .................................................. 11

   I. The Case for Forex Investing ................................... 11

   II. The Mediatrix Capital Strategy ................................ 13

   III. Components of a Multi-Year Proven Strategy ........ 13

   IV. Invitation to Join the Managed Account Program and/or Investment Fund ....... 15

   V. The Mediatrix Capital Team .................................... 16

Mediatrix Capital, Inc. – Industry Providers .................. 18

Frequently Asked Questions .......................................... 19


Mediatrix Capital, Inc.

Levering00000004



# About Mediatrix Capital, Inc.

## Corporate Information

| MEDIATRIX CAPITAL, INC: Address | Corporate Contact | Contact Info |
| --- | --- | --- |
| One Montague Place 4th Floor 9 East Bay Street, PO Box CB-11148 Nassau, Bahamas | Michael S. Young | Phone: 1.800.905.1006 Email: myoung@mediatrixcapital.com www.mediatrixcapital.com |

Mediatrix Capital, Inc. (MC) is an industry leading independent trading advisor of foreign currency FX spot and OTC FX options. MC is not a hedge fund but managers of outside funds and capital resources. We accept accounts on a discretionary basis only and trade exclusively for high net worth individuals, hedge funds, financial institutions, qualified self-directed IRAs and funds of funds. We manage resources for investors through both overlay and absolute return strategies and employ distinctive methodologies that integrate the study of actual and implied volatility, quantitative model-building, and order-flow analysis. MC's trading and management team is composed of some of the best, most respected FX Spot and FX OTC options strategists currently working in the industry and has the philosophy of keeping things simple, profitable, and with little confusion. Our business model has enabled MC to generate superior risk adjusted returns for its clients.



Mediatrix Capital, Inc.

3

Levering00000005

## Introduction

- The development of the core Mediatrix Capital, Inc. technology was initiated in 2007 and launched in 2013 after 5 ½ years of rigorous testing, design, and enhancement.
- Mediatrix Capital, Inc. and its Navigator Algo System was architected by a highly experienced group of foreign exchange trading professionals with nearly 50 years of combined trading and programming experience.
- Mediatrix Capital, Inc. is a professional trading firm that specializes in global spot, foreign exchange and derivatives trading with registered operating offices in Nassau, Bahamas.
- Mediatrix Capital, Inc. manages several global Investment funds and separately managed accounts.
- Mediatrix Capital, Inc. is a privately held IBC (International Business Corporation) formed in The Bahamas.
- Mediatrix Capital, Inc. manages its counterparty trading risk by having an exclusive prime of prime broker relationship that uses 100+ major banks, private funds and small institutions as liquidity providers, consolidated through our prime broker into multiple global liquidity pools to execute on an ECN/STP (electronic communications network/straight through processing) via direct market access.
- Mediatrix Capital, Inc.'s direct market access configuration also provides for a "Dark Pool" to trade within, providing "anonymous" competition for the best real time executable pricing free from manipulation, interference, or the risk of the reverse engineering of our technology.
- Mediatrix Capital, Inc. offers elite managed account services in spot currency markets, spot metals and CFD's.
- Mediatrix Capital, Inc. clients consist primarily of ultra-high net worth individuals (ECP/QEP), family offices, hedge funds and institutions.

## Accolades

- June 2018 – Awarded Family Office Asset Manager of the Year, Monaco Single and Multi-Family Office international Association.
- December 2018 – Awarded Top Global Asset Manager for Measured Net Returns in a Five-Year Period by Autumn Gold.

## Corporate Registration

- Started technological development in 2007.
- Started trading as Mediatrix Capital in December 2013.
- Officially Registered in Nassau, The Bahamas 2016.



4

Levering00000006

## Performance History

### Trading Strategy

The Mediatrix strategy utilizes a combination of calibrated and encoded algorithms of technical analytical studies, using cross currency correlation, trade sizing and an extremely detailed money and margin management methodology. The algorithms employed have no market directional bias. Our comprehensive structure of proprietary algorithms that use current market momentum, and a mix of diverse, high-probability technical analysis indications for entries and exits into the Foreign Exchange markets. The management of each trade includes the use of current market price action, strategic correlated spot positions, predictive cycle analysis and statistical positioning based on quantitative models, combined with market intelligence coupled with pre-defined risk-management parameters. This approach allows for predictive adaptation to ever-changing market conditions and continually allows for the opportunity for exceptional risk adjusted returns. Mediatrix's strategy incorporates the ability to adapt and capitalize on changing market conditions.

### Pro-Forma Monthly Performance (%) + Adjusted for a 35% Performance Fee

|      | Jan  | Feb  | Mar  | Apr   | May  | Jun  | Jul  | Aug   | Sep   | Oct   | Nov   | Dec  | Year    |
|------|------|------|------|-------|------|------|------|-------|-------|-------|-------|------|---------|
| 2013 |      |      |      |       |      |      |      |       |       |       |       | 2.87 | 2.87%   |
| 2014 | 5.94 | 4.63 | 3.63 | 2.01  | 1.58 | 2.59 | 1.53 | 2.08  | 6.17  | 2.57  | 2.42  | 3.11 | 45.55%  |
| 2015 | 6.55 | 2.20 | 4.34 | 2.83  | 2.75 | 2.70 | 0.00 | 12.59 | 23.68 | 20.10 | 11.23 | 3.10 | 136.48% |
| 2016 | 1.11 | 2.45 | 3.24 | 12.87 | 8.68 | 8.57 | 8.05 | 8.01  | 5.62  | 0.72  | 10.63 | 6.14 | 107.63% |
| 2017 | 2.91 | 2.95 | 3.11 | 2.50  | 5.05 | 8.16 | 1.52 | 3.25  | 4.17  | 5.14  | 3.97  | 2.47 | 55.63%  |
| 2018 | 1.80 | 9.46 | 5.02 | 1.58  | 1.70 | 3.28 | 5.53 | 1.41  | 1.98  | 1.40  | 3.39  | 2.23 | 46.05%  |
| 2019 | 1.89 |      |      |       |      |      |      |       |       |       |       |      | 1.89%   |

### Performance Notes

Performance from December 2013 to May 2015 represents 1 currency pair system. Performance from June 2015 to December 2015 represents 4 currency pair systems. Performance from Jan 2016 onwards represents 30 currency pair systems. Performance is based on the net P&L daily to each client and does not include open trade equity. Mediatrix Capital, Inc. trades a gross omnibus account and distributes profit and losses at the end of each day.

Past performance is not necessarily indicative of future results.

 Mediatrix Capital, Inc.

Levering00000007

## Performance History

### Hypothetical Growth of $1,000



### Program Statistics

| | |
|---|---|
| Annualized Return | 73.09% |
| Total Return | 1602.41% |
| Standard Deviation | 14.99% |
| Sharpe Ratio (1.0%) | 3.75 |
| Average Monthly Return | 4.76% |
| Percent Profitable Mths | 100.0% |
| Best Month | 23.68% |
| Max Drawdown based on Monthly Data | 0.00% |
| Correlation to S&P 500 TR | -0.04 |

### Program Information

| | |
|---|---|
| Strategy | Cross Currency Spot FX |
| Assets Under Mgt. | $235 million |
| Minimum Investment | $5,000,000 |
| Fund Minimum | $1,000,000 |
| Maximum Equity Usage | 7-10% |
| Performance Fee | 35% |

### Risk/Return Scatterplot

### Monthly Distributions

Off-exchange foreign currency ("Forex") transactions involve the leveraged trading of contracts denominated in foreign currency conducted with a futures commission merchant or a retail foreign exchange dealer as your counterparty. Because of the leverage and the other risks disclosed here, you can rapidly lose all of the funds you deposit for such trading and you may lose more than you deposit. Trading forex involves substantial risk of loss and is not suitable for all investors.

 Mediatrix Capital, Inc.

Levering00000008

## Timeline of Currency Pair Augmentation

| Navigator Algo System 1.0 System Functionality at Inception | Navigator Algo System 2.0 First Major Upgrade | Navigator Algo System 3.0 Third Major Enhancement Sustained Systematic Improvement |
|---|---|---|
| **DECEMBER 2013 THROUGH END OF 2ND QUARTER 2015** | **THIRD QUARTER 2015 TO FIRST QUARTER 2016** | **1ST QUARTER OF 2016 TO PRESENT** |
| GBPCHF | GBPCHF | NZDUSD |
|  | EURAUD | NZDCAD |
|  | GBPNZD | GBPNZD |
|  | CHFJPY | GBPAUD |
|  |  | EURCHF |
|  |  | NZDJPY |
|  |  | CADJPY |
|  |  | AUDJPY |
|  |  | CADCHF |
|  |  | AUDUSD |
|  |  | USDJPY |
|  |  | GBPCHF |
|  |  | GBPUSD |
|  |  | EURGBP |
|  |  | CHFJPY |
|  |  | EURNZD |
|  |  | EURAUD |
|  |  | AUDSGD |
|  |  | AUDNZD |
|  |  | AUDCHF |
|  |  | SGDJPY |
|  |  | GBPJPY |
|  |  | GBPCAD |
|  |  | EURCAD |
|  |  | USDCHF |
|  |  | USDCAD |
|  |  | EURUSD |
|  |  | XAGUSD |
|  |  | XAUUSD |
|  |  | EURJPY |



7

Levering00000009



Managed Forex Funds

- 100% Transparency
- 100% Liquidity
- World Class Returns

## Investment Objective and Strategy

Our separately managed account platform is anchored by an investment philosophy emphasizing portfolio construction with an asymmetric return profile and definable downside risk to capital invested.

The trading team invests in spot, forwards, non-deliverable forwards, and option (vanilla and exotic) positions consistent with the investment philosophy.

In portfolio development and management, the Manager adheres to a stringent four-step process:

1. The Manager utilizes a top-down thematic approach in developing underlying themes, drivers, and exposures to the macroeconomic landscape.

2. The Manager develops directional and non-directional biases in multiple foreign currency markets consistent with top-down macroeconomic views.

3. The Trading Team constructs a portfolio of trades consistent with the aforementioned biases that offer advantageously skewed asymmetric return profiles and well defined downside risk.

4. The Trading Team consistently manages the downside risk of the portfolio while simultaneously allowing favorably performing positions to earn a larger value at risk (VAR).

Duration and portfolio turnover will vary as the Trading Team maintains flexibility within market conditions in order to position trades where a specific currency pair offers a qualified edge in consideration for liquidity management of trade entries and exits.



Mediatrix Capital, Inc.

Levering00000010

## Management of Accounts

MC's managed accounts are available to Qualified Clients and Accredited Investors. The minimum initial managed account investment is $5,000,000.00 USD. All additional contributions to a managed account are subject to a minimum of $250,000.00 USD.

## Prime Brokerage and Practices

MC may effect transactions on behalf of the separately managed accounts with counter parties, through brokerage firms, in a manner consistent, in most cases, with the principles of best execution and price. MC directs all managed accounts to our prime broker directly. All account opening activities are handled by the prime broker compliance department. Prior to opening a managed account, a compliance officer is directed to each client to ensure the account application and required paperwork is in order and submitted in an accommodating package. However, MC's allocation of brokerage business will not be based solely on a desire to get the best execution and price possible. Depending on the situation, other brokers may be selected on the basis of other considerations, including, but not limited to clearance, settlement, trade platform functionality, record keeping and similar services provided to MC.

## Brokerage and Investment Expenses

The managed accounts will bear all brokerage and trading related expenses arising out of its investment activities. MC will bear all expenses incurred when utilizing third parties or members of MC to keep records of the managed account portfolio summaries, transactions and statements as they relate to portfolio trades made by the managed account's various brokers and traders. If applicable, MC will be responsible for placing the managed account brokerage business and selecting currency trading banks or dealers. MC is under no obligation to deal with any particular traders, or currency trading banks, brokers or dealers.

## Performance Fees

The client will pay MC a performance fee at the end of each profitable calendar month. The client is responsible for any performance fees accrued from the beginning of the month to the date of termination.

If a client terminates their Agreement before the end of a calendar month, the performance fee with respect to such client will be made as of the close of the account. To ensure that the performance fees are based on the long-term performance of a client's account, MC will also adhere to a High Watermark (HWM) procedure in which MC receives a performance fee only to the extent net profits in a client's account exceed any net losses that have not been recovered from a prior trading period. In the event the client's account has net losses that have not been recovered, MC shall not be allocated any performance fee until the client's account has first recovered its net losses.

| Account Size Minimum | Lock-Up | Performance Fees | Withdrawal Request |
|---|---|---|---|
| $5,000,000.00 USD + | 120 Days | 35% | 30 Day Notice |

 Mediatrix Capital, Inc.

Levering00000011

## Withdrawal Procedures

When the lock-up period of 120 days has passed for any managed account contribution, withdrawal requests will be accommodated on the 1st business day of the month with thirty (30) business days advanced written notice to MC. It is very important that the customer follow the withdrawal rules due to the possibility of any open positions. If a customer demands a withdrawal of funds without the proper notice to MC, the account may be deducted of any current profits or positions that are pending.

## Benefits

### Separately Managed Account Benefits

- All accounts held with leading global prime brokerages.
- Daily statements via email with all traded positions.
- 100% full transparency, with every trade completed.
- Limited 120-day lock up only, fully liquid upon 120 days.
- Monthly withdrawals permitted after a 120-day lock up with a 30-day notice.

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital, Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.



Mediatrix Capital, Inc.

Levering00000012



Navigator White Paper

## I. The Case for Forex Investing

The performance of a multi-currency Forex portfolio has traditionally been non-correlated with that of customary equity and fixed income investments. Unlike equity and fixed income managers, an FX trading advisor/managers or FX hedge fund managers typically engage in both long and short spot Forex positions and multiple complex FX OTC strategies to participate and potentially profit in any market condition.

Mediatrix Capital, Inc.'s trading strategy is anchored by an investment philosophy emphasizing portfolio construction with an asymmetric return profile and definable downside risk to capital invested. The trading advisors invest in correlated spot currency positions consistent with this investment philosophy. They manage pre-programmed algorithmic positions through both overlay and absolute return strategies that employ distinctive methodologies that integrate the study of correlated and non-correlated currency pairs, quantitative model-building, fundamental and technical forecasting.

The Mediatrix Capital founders have a deep breadth and depth of experience as they began trading the Forex spot market utilizing algorithms in 2007. By mid-2013, the firm went live by trading its own capital and, shortly thereafter, began trading client funds. Since December 2013, Mediatrix has compiled a world-class, multi-year, fully-verified track record.

With the advancement of artificial intelligence and algorithmic trading systems, we believe that our proprietary algorithms can identify alpha generating opportunities for investors with a systematic strategy also designed to assist in greatly mitigating risk.



Mediatrix Capital, Inc.

Levering00000013

**The Mediatrix Capital Story**

Mediatrix Capital's original trading system focused on trading a single currency pair – the British Pound/Swiss Franc. From the beginning, the firm had a hedging or "zone recovery" function in place designed to protect investors' capital if the probability calculations of the single pair resulted in the system taking a position, and then the market changed directions. Should this occur, the system could analyze the market move in extreme short timing and provide for a "zone recovery" trade in the opposite direction intending to neutralize potential or further drawdown and reducing the possibility of losses.

When a Black Swan event occurred in early 2015 and the Swiss Franc decoupled from the Euro, Mediatrix's trading systems proved their value as clients actually made money that month despite having some trades on the wrong side during the month.

In June of 2015, the firm released the first major system upgrade and began to trade four concurrent currency pairs. The importance of this is the ability to take the highest probability signal, according to our algorithms, of four choices versus a single choice. More importantly, a second layer of "hedge" functionality was deployed. As the currency pairs traded were correlated to one another, and if "zone recovery" was required, beside the counter trade methodology designed to neutralize drawdown, the system can instantly analyze if a correlated pair is available to trade the now understood appropriate direction. In most cases, this is done before the move occurs on that correlated pair.

Mediatrix released its most significant upgrade to-date in the first quarter of 2016 and now operates a 30 concurrent currency pair functionality. With 30 options from which to choose, the probability of successful trades has become even more common and risk more favorably distributed. All the pairs in the system are programmed to understand the co-efficiencies of correlation – one to the other – and the artificial intelligence capability within our algorithms selects the highest probability pair for "zone recovery" correlation trading amongst other functions. The system instantly validates that the highest probability of a correlated pair is selected and executes when "zone recovery" is required. Since there is normally a slight lag in correlated pair movements, that small time window is critical and allows the system to potentially take advantage of impending market moves that have not yet occurred.

Another aspect of Mediatrix Capital's third and most recent major release is the stop-loss and break-even component. Previously, the team did not technically use an active stop-loss vs. disaster resting stop-loss. However, today it employs auto stop-losses that trail at specific calculated price levels based on each of the currency pair ranges. Additionally, if a position achieves a specified positive gain, the stop-loss automatically moves to a break-even point. Essentially, if a trade doesn't quite arrive at the specified target price to auto-exit but turns around where it would move to a negative, the system automatically attempts to exit the trade at the break-even stop-loss. This allows the system to exit positions, eliminating unnecessary longer hold/use of equity positions.

Most of the currency pairs have pre-programmed auto exits between a 35-50pip gain based on time, ranges and momentum. However, Mediatrix's proprietary algorithms monitor shorter-term time frames, compared to longer-term ranges, and if the ranges are expanding in combination with a growing momentum in the direction of the target price, the system will override the auto-exit target price and let the trade continue. Once short-term momentum starts fading, the stop-loss will trail up and continue until it stops out, thus potentially maximizing revenue on that trade. This function is designed to help protect against equity draw-downs and cases where the market may make a gap move or if unexpected price movements occur.



Levering00000014

## II. The Mediatrix Capital Strategy

Mediatrix Capital's multi-year proven strategy has no initial bias to market direction and uses a comprehensive structure of proprietary algorithms that use current market momentum and a mix of diverse, high-probability technical analysis indications for entries and exits in the Forex markets. The management of each trade involves analysis of current market price action, strategic correlated spot positions, predictive cycle analysis and statistical positioning based on quantitative models, combined with market intelligence and superior risk management. This approach allows for predictive adaptation to ever-changing market conditions, and consistently provides for exceptional risk adjusted returns. The firm is confident that its proprietary algorithms can quickly adapt and capitalize on the market changes.

The strategy has adapted over the last five years, with adjustments made whenever the firm has the data collection enabling it to make a thoughtful alteration to the current methodology. As such, Mediatrix classified its Navigator Algo System as a "dynamic algo," allowing for real-time automated and manual input changes to the algorithms and methodologies utilized while trading. In so doing, the team is able to adapt with the market as macro and micro relational changes between currencies occur in cycle.

The Navigator Algo System system may also to be turned on or off at will when there are significant unknowns in the currency markets, such as a Brexit or other events that could cause serious disruption. When the team identifies major geo-political events that could lead market disruption, it typically chooses to either turn the systems down with respect to trade volume and allowable equity usage, or hedges open positions and turns the system completely off until the markets normalize.

## III. Components of a Multi-Year Proven Strategy

In the development and programming of the strategy, Mediatrix Capital, Inc. adheres to a stringent process for systematic development.

### #1 – The Navigator Algo System Suite

While developing the Navigator Algo System Suite, Mediatrix utilized a top-down, thematic approach in the development of underlying themes, drivers, and exposures to the macroeconomic landscape in line with an overall trend. Although the strategy itself has no directional bias when entering the market, the primary direction of any currently open position is considered for hedging and correlated entry purposes.

The first component used to break the markets down into a tradable situation is the average true range (ATR). This is a modified bank desk calculation that allows Mediatrix to break the current market timeframes up into tradable ranges. Depending upon the potential opportunity within a timeframe being measured by our system, the model is set to execute trades either on an expected short-, medium- or long-term hold basis. Note that short- and medium-term as defined by Mediatrix is intra-day in duration. These calculations are embedded into formulas in order to create a calculated range wherein we believe the banks expect price to be contained. If these levels are broken on one side or the other, it becomes one of several confirmations used to confirm new direction or a new range. Using a target price of less than 1/10th of the current range, our proprietary algorithms predict that our target probability exceptionally high. This means that hitting a target of only 1/10th the amount of the current range upon signaling an entry has historically allowed our system to be successful much more often.



Levering00000015

**#2 – Directional and/or Non-Directional Biases in Multiple Correlated Foreign Currency Pairs**

Mediatrix Capital, Inc. has successfully automated a very effective hedging strategy by utilizing correlated currency pairs to further enhance defensive protocols. Upon any trade position entry, the system automatically tracks directional and/or non-directional biases in multiple, correlated foreign currency pairs relating to the subject pair with an active trade. The use of currency pairs that our models have shown a correlation of at least 75% of the initial position entry pair, is designed to drastically offset risk on a position group.

Mediatrix consistently analyzes different pairs that have exhibited a 75% or higher correlation, according to our algorithms, with the currency pairs traded. If an initial position starts to go negative, the system is set to hedge these trades with a correlated hedge of at least two pairs designed to offset the risk from the initial trade to create a bundled group that typically, when combined, make a small profit by offsetting the risk from the negative portion of the trade. The correlated pairs often have a slight lag in price change from the main pairs affected by any news or economic data causing a move. This slight lag is typically just enough time needed to enter the required hedges. The use of the correlated hedges and a high probability target price has historically resulted in a very consistent win/loss ratio and a higher than normal risk-adjusted return.

**#3 – Favorably Skewed Asymmetric Return Profiles and Well-Defined Downside Risk**

Mediatrix Capital, Inc.'s strategy constructs a portfolio of trades consistent with the above biases that have resulted in favorably skewed asymmetric return profiles and well-defined downside risk parameters.

Another component of the system's success is the use of an at the money (ATM) volatility calculator designed by using the regional bank implied volatility Bloomberg data feed to filter current bank volatilities (Vols). Mediatrix Capital, Inc., uses the ATM Vols for specific pairs and the Vols data to confirm short term directional bias by the banks.

When all the volatility calculations are relatively close or tightly connected from all the regional banks across the globe, from the APAC region, to the Americas and then the European markets, the numbers indicate to us that the banks agree and therefore the thought of direction is universal by most banks. If the Vols are skewed from region to region, then we trust that this is a clear indication there is no continuity between the opinions of the banks on where the markets are going.

Although implied volatility is traditionally used for options trading, it acts as an anxiety meter for us in the spot Forex markets and we've found it to be an extremely effective directional verifier. We've set our data settings to use these calculations as a further confirmation of continued directional flow or when skewed, our systems are programmed to stop entries altogether indicating that bank opinion is completely off-center adding unnecessary risk to the portfolio.

In addition to the use of ATM Vols, our proprietary modified stochastic indicator reads extreme overbought/oversold markets to assist in the directional change indications. This indicator that has been built over a 10- year period has been 95%+ effective on short-term tops and bottoms.



Levering00000016

**#4 – Risk Mitigation**

The Mediatrix Capital, Inc. strategy consistently manages the downside risk parameters to the portfolio while simultaneously allowing favorably performing positions to potentially earn a larger value at risk. Using implied ATM volatility readings, the team is able to get a generalized viewpoint of the banks.

Duration and portfolio turnover will vary as the system maintains flexibility to react to changing market conditions, and then constructs a trading strategy whereby specific market time frame(s) may offer greater opportunity for successful trade entry and exit. The trading strategy utilizes a systematic procedure with rules-based trading and technical analysis as a non-objective component for entering into any position.

The system strategically places trades that are programmed to result in both minimal account drawdown while maximizing the potential rate of return on investment. Trends normally encompass short time intervals, intra-day trends or embedded trends. The systems utilize multiple technical strategies and margin management methodologies that look to result in a composite indication to the relative strength of a particular trend.

## IV. Invitation to Join the Managed Account Program and/or Investment Fund

Mediatrix Capital, Inc. is proud that its technology and customer-centric approach has brought the firm to where it is today and invites you to join the managed account platform.

The firm's world-class managed account strategy is based on an investment philosophy that emphasizes portfolio construction producing an asymmetric return profile with stringent downside risk parameters. An experienced team utilizes a proprietary artificial intelligence, algorithmic approach that incorporates overlay and absolute return strategies with distinctive methodologies that integrate actual and implied volatility, quantitative model building, and order-flow analysis.

Mediatrix Capital is currently expanding the AUM under its award-winning spot Forex and spot gold trading operations.

For information, contact myoung@mediatrixcapital.com or call 1-800-905-1006.

- Verified, annualized net returns of 50%+ per year since December 2013.
- All trading executed through a licensed Forex prime broker.
- Disciplined risk management.
- 100% liquidity, transparency, and client control.
- $5,000,000 minimum investment
- Qualified and accredited investors only.



Levering00000017

## V. The Mediatrix Capital Team

The designers of the system are Michael Stewart and Bryant Sewall. Combined, they have nearly five decades of commodity and FX trading experience and systematic development.

Key team members include:

**Michael S. Stewart**
**Chief Operating Officer**

Michael (Mike) S. Stewart is the Corporate Operations Officer for Mediatrix Capital, Inc. representing the algorithm technology and signal provider for the operation. His expertise with OTC FX options and FX spot trading includes 25+ years of experience in the financial markets. His career began in 1997 when he founded a currency trading education firm. He subsequently created Trade Signal Pro, which expanded into one of the largest-selling retail currency trading software platforms prior to its 1999 acquisition by E-FX. In 2001, Mr. Stewart lectured across the United States, Canada, Australia, Europe and South Africa on trading Forex and soon became widely respected as a leader on global retail foreign exchange trading.

Utilizing his trading and systems development experience in the FX markets, Mike has been influential in designing and bringing to market several retail platforms that were instrumental in the popular growth of the FX market worldwide. He designed, coded and wrote teaching manuals for many instructors of several of the highest selling Forex trading retail platforms in history. He also wrote and sold several additional automated platforms to major participants in the FX market worldwide.

**Bryant E. Sewall**
**Executive Vice President of Operations and Chief Technology Officer**

Bryant E. Sewall is Executive Vice President of Operations and Chief Technology Officer. Bryant has 30 years of senior operations experience. He is responsible for the firm's technical and trading operations, trade management, risk mitigation, algorithm development and overall fund management.

Mr. Sewall is a retired 30-year US Marine Corps Lt. Colonel, with two masters degrees in War Time Defensive Strategies. He has been instrumental in utilizing his 18 years of professional trading experience to develop the firm's Defense First strategic initiatives and overall security plan. Technologically, he leads Mediatrix's efforts as it pertains to defending our proprietary algorithms from external attack, our execution servers, credit lines into dark pools of liquidity and he also developed the IP randomizer functionality which is utilized on every submitted order. Bryant created the initial systematic architectural design and implemented robust global redundancies to assist in designing the core defensive structures of the system which, in turn, allow both the mathematics and the rules of the Navigator Algo System to run in a purer environment, filtering out as many levels of disruption as commonly exist in the commercial market.



Mediatrix Capital, Inc.

Levering00000018

**Michael S. Young**
**Chief Executive Officer**

Michael S. Young, Chief Executive Officer of Mediatrix Capital, Inc., has 24 years of operations experience. He manages the Firm's capital distributions, international compliance, and client and corporate communications. In addition, he launched the Mediatrix Capital Fund in Q4 2016, a Bloomberg-listed open-end investment fund audited by Grant Thornton and domiciled in the Bahamas.

Mr. Young co-launched Mediatrix Capital, Inc. in late-2013. The Firm's trading models focus on the implementation of in house developed world-class algorithms and a short-term spot FX currency correlation methodology. The Monaco Single and Multi-Family International Association presented the prestigious Best Family Office Asset Manager award to Mr. Young under the High Patronage of His Serene Highness Prince Albert II of Monaco in 2018. Additionally in December of 2018, Mr. Young accepted the prestigious distinction on behalf of the Firm for being named Top Global Asset Manager For Measured Net Returns in a Five-Year Period by Autumn Gold.

**Brian Patrick King**
**Chief Compliance Officer**

Brian P. King joined Mediatrix Capital, Inc. in February 2018, serving as Chief Compliance Officer. He is responsible for implementing and maintaining the Firm's global compliance initiatives, in addition to governing internal audit procedures. His responsibilities include the implementation and adherence to all regulatory compliance matters, corporate compliance policies, international regulatory registration, anti-money laundering (ANL) protocols, technology compliance requirements and due diligence procedures.

Mr. King has been active in the futures and Foreign Exchange industry for over 25 years, serving in senior executive capacities for multiple international brokerage firms. His involvement in past firms have covered virtually every aspect of the derivatives industry, from trade operations, risk management, sales management, corporate governance, global compliance, financial operations, reporting, market making and execution directives. Most recently, Mr. King served as president and CCO of ODL Securities Inc., vice president of Penson Worldwide, and president and CCO of AxiCorp USA. Mr. King has held FINRA licenses 3,7,24,30, and 63 and proudly served for over a decade in the United States Air Force Air National Guard..

 Mediatrix Capital, Inc.

Levering00000019

# Mediatrix Capital, Inc. – Industry Providers

## Thomson Reuters

**WorldCheck**
Mike Malenke
Thomson Reuters

**Caribbean and Bermuda**
(o): +1-678-580-5886 (m): +1-678-232-8441
Governance, Risk and Compliance Solutions

## Accountants

**Grant Thornton-Bahamas**
Paje House, #17 Marlborough Street
P.O. Box N-8285
Nassau, The Bahamas
Sudath Wimalaratne
email: swimalaratne@bs.gt.com
+1-242-322-7516

## Legal

**Stradly Ronon Stevens & Young, LLP**
191 North Wacker Drive Suite 1601
Chicago, IL 60606
Nicole M. Kaljian
Phone: +1-312-964-3507
Email-nkalajian@stradley.com

## Prime of Prime Broker Dealer

**Blue Isle Markets Inc.**
Registered in Bahamas as IBC / Holding Company
for all Blue Isle Companies.

Registered Address:
One Montague Place, 4th Fl., 9 East Bay Street
PO Box: CB-11148, Nassau, Bahamas

Includes:

**Blue Isle Markets, Inc. dba / Blue Isle FX**
Blue Isle Markets, Inc. is authorized and
regulated as a St. Vincent and the Grenadines,
FSP (Financial Services Provider)

Registered Address:
Suite 305, Griffith Corporate Centre, P.O. Box 1510,
Beachmont, Kingstown,
St. Vincent and the Grenadines

Operating Address:
One Montague Place 4th Fl, East Bay Street, Nassau,
P. O. Box: CB-11148, Nassau, Bahamas
Phone: +1 242-702-3105

**Blue Isle Markets Limited**
FSP number: FSP578267
NZBN: 9429046349637
Registration date: 28/09/2017

Business Address:
3340/Level 33, 23 Albert Street, Anz Centre Auckland
Central Auckland

## Prime Brokerage / Wholesale Liquidity Aggregation

**Equiti/Divisa Capital Ltd.**
Divisa UK Ltd is Authorized and Regulated by the
Financial Conduct Authority:
License Number FRN No. 528328
14 King Street
London EC2V 8EA
Phone: +44-203-519.8292
Mushegh Tovmasyan - CEO
email: accounts@divisa.co.uk


Mediatrix Capital, Inc.

Levering00000020

# Frequently Asked Questions

*Q.* Have you had other trading programs during the past five years, under this name or others? What was the start date for each?
A. We have not. We began system development in 2007, and began live trading with the Navigator Algo System suite in 2013.

*Q.* How many systems are used to support your program?
A. Nine major algorithms, with numerous ancillary programs and artificial intelligence features support the program.

*Q.* Are you always in the market, either long or short?
A. In the spot market, we are not always in the market. If the market is not conducive to trading, the system will wait for proper market conditions that can be t taken advantage of. Since we are trading pairs, we are either long or short on one of the cross pairs when trading. Since we also have the ability to trade in 30 concurrent pairs, it is typical that we are mostly active in the market with a trade, and often we have multiple concurrent trades in place at any given time. However, it is not a function of the system to always be in the market.

*Q.* What type of system do you use and to what extent? I.e. technical, fundamental, discretionary, trend-following, counter-trend, reaction or anticipatory, chart patterns, seasonal cycles, spreads, options, arbitrage and so forth?
A. We have developed a cycle/swing trading system that is completely market directionally un-biased. The system analyzes various market inputs that are available in real time. Our system provides for market directional probability statistics, and signals a buy or a sell or a "do nothing", based on strictly defined rules. The system has automated "zone recovery" functionality in the event a trade needs a "zone recovery" despite having signaled a high probability of a move in the opposite direction. Additional functionality of the system includes automated stop-loss placement, break-even stop-loss adjusters, same-pair "zone recovery", correlated-pair trading for "zone recovery", pre-set TP exits, and TP overrides in order to maximize gains.

*Q.* What is your estimate of the number of round-turns you make per year, per million dollars?
A. 3-4 yards (billion)

*Q.* What is your percentage estimate of winning vs. losing trades?
A. 80%+- / 20%+-

 Mediatrix Capital, Inc.

19

Levering00000021

Q. What is the average length of winning vs. losing trades?
A.   For both, between one to two hours, and up to one to two day period.

Q. What is the average gain on winning trades vs. average loss on losing trades?
A. We have both shorter-term trades and swing trades. Short term trade target profits are 10-50 PIPs vs stock losses of 10-25 PIPs with trailing SLs on break even +10. Swing trades target 150-250 PIPs with 35-50 SL with trailing SL at break-even plus 25. Target profits are based on the pairs' average ranges on several different time frames.

Q. Who designed the underlying trading systems you use?
A. The Navigator Algo Systems were modeled in-house by Bryant Sewall and Michael Stewart.

Q. Are you subject to any licensing agreements?
A. No, our systems are proprietary, and 100% owned by the three managing partners of the fund.

Q. When did you last modify your systems?
A. We last modified the systems in Q1 of 2016. We upgraded our systems to trade 30 concurrent pairs, up from 4. Additionally, we added a feature to our stop-loss, so that when a trade moves into a profit zone, but hasn't hit the preset target price, the stop-loss moves up to a 1 PIP gain break even. This allows us to cut trades that may have otherwise dipped into a negative, prior to hitting its target price. By utilizing this functionality, we hold less positions open, exit even with a small profit if we don't hit the target profits, and are able to continue trading, without holding as much open equity.

Q. How often do you evaluate/modify your systems?
A. Evaluation is constant. Modifications are typically made two to three times a year, or when an opportunity or need arises.

Q. Does your system have a long or short bias?
A. The system is completely unbiased to market direction and is a pairs-based system.

Q. Do you inform your clients of minor changes to your system, methodology or risk control?
A. It depends on the changes made and if these changes are considered to have notable functional impact. Most of the time we do send out communication since the changes we make enhance the functionality to neither increase an asymmetrical return, decrease equity use, decrease the time to exit a trade, etc. Other minor system enhancements that are too technical in nature to digest for the average non-technically-minded client are disclosed only on demand.

Q. Do you anticipate making any further changes to your systems?
A. Yes. We are always watching the system and the market to determine if there is a change(s) to optimize performance beyond where we are.


Mediatrix Capital, Inc.

Levering00000022

Q. What are your contingency plans in the case of illness or death of key personnel?

A. We have two principal designers and architects/traders. We have three traders in addition to the two primary architects that are familiar with the system. We have one staff member who is cross-trained on all of the data input functionality of the system, and we have our system backed up in three locations. Additionally, we have portal access to the system in six global locations in case there is a disaster in one major hub, or prolonged power outages. In the event of illness or death, we are five deep. The system is built to run on its own, although we choose to always have an override capability and watching eyes, particularly for events like the Brexit Vote, where real time data is irrelevant. In that instance, we chose to suspend trading until after the vote and until the market returned to normalcy.

Q. What circumstances would shut your system down and close all open positions?

A. If we were to experience a 70% draw down, our prime broker is instructed to immediately close all open positions, and shut our system out from submitting new trades. However, by design and historically speaking, most open positions are all either 1) in a profit zone that hasn't hit its target price yet and in most cases, with a stop-loss established at a 1pip gain; 2) in a "zone recovery" with a stop-loss well inside of any possibility of a draw down of that magnitude. We estimate that true account exposure is less than 7.5% in any market disaster simulation, due to the stop-loss functionality. Additionally, by systematic design, we can circumstantially initiate hedges on any single position or on the full book, as well as shut the system off, or manually close any specific open positions.

Q. What is method of re-entry into a market if you are stopped out?

A. The method of reentry is akin to there being the equivalent of no stop-losses. The system is constantly evaluating directional probabilities, and if a signal is strong enough, it will take a trade whether there is or was an imminent stop-loss, provided that the open equity isn't in excess of 7.5%.

Q. What type of R&D do you do on an ongoing basis?

A. There is no R&D predefined program. It is based on trying to achieve repeatable results, with less and less equity use. Some of the R&D is absolutely proprietary.

Q. Do you enter a market on strength or weakness for trend-following trades?

A. Market entry depends upon the strongest signaled probability of market direction, and therefore, considers risk-adjusted returns. If we are looking at trend or counter-trend, the algorithms consider the strength or weakness direction, if the probability is at a high enough percentage of market move to actively participate in either one of the directions.

Q. What markets are your principal focus?

A. Spot Forex. We trade 30 currency pairs.

Q. Do you intend on trading any cash, currency cross-rate or option markets?

A. We have a full spectrum of currency derivatives available to us in the event we decide we need the additional opportunities.

Q. What type of option strategies do you use?

A. Currently we do not utilize any FX currency options.

 **Mediatrix** Capital, Inc.

21

Levering00000023

Q. Do you trade foreign Denominated Accounts?
A. FX in USD, EUR, GBP, CHF and JPY account denominations.

Q. Do you ever trade delivery month contracts?
A. No.

Q. Do you trade inter and/or intra market spreads?
A. No.

Q. Do you trade different markets by the same rules?
A. We trade 30 different pairs in the spot market.

Q. What is your allocation to various market sectors?
A. Spot only.

Q. How often do you change or review your asset allocation?
A. Daily.

Q. What is your method for determining initial and ongoing exposure?
A. We try to keep all open exposure below 7.5% equity. Occasionally, we will exceed that percentage, but only on excessively volatile days.

Q. Do you scale in or enter an entire position at once?
A. The Navigator Algo System scales into all positions.

Q. Do you scale out or exit an entire position at once?
A. Both, depending upon market activity.

Q. What type of markets does your system perform best/worst in?
A. Short term trades work a little better in range-bound markets and swing trades work better in volatile/break-out and trending markets.

Q. What are your risk management parameters?
A. Our risk parameters are different for each pair but are based on multiple time frames in relation to corresponding price ranges. Our models place stop-losses on most trades but also have the functionality to trail a stop-loss to a slight break-even level if market momentum stalls. Additionally, the system may automatically exit a trade at specific calculated range if there is a signal of a market reversal.



Mediatrix Capital, Inc.

Levering00000024

*Q. How do you manage volatility or changes in volatility?*

A. More volatility in the spot markets will tend to provide an active environment of more trades if certain measured ranges are consistently broken. Utilizing correlated pairs to defend against abrupt market movements or movements that risk draw-down on subject trades, we are able to effectively hedge a strong portion of our open positions on demand, which greatly mitigates the actual impact of capital losses due to losing trades.

*Q. Do you ever purposely stay out of a market?*

A. Yes. For example, with the Brexit vote, we hedged all open positions and stopped trading for several days prior. We resumed trading when the markets normalized to the best of our satisfaction.

*Q. How do you manage drawdowns and subsequent recoveries?*

A. Upon any unexpected drawdown, we'll typically stop trading for a day or two, check markets and parameters and only start back trading on a limited basis until win/loss ratio is 80%+ and ratios are back to normal. We are only eligible for performance fees if we achieve additional monthly profits based on a high-watermark system. Our margin management and risk management are paramount to our success.

*Q. How do you manage dramatically winning/losing positions?*

A. Losing positions are cut at specific levels when there is normally a "zone recovery" correlated pair trade on the opposite side. When correlated pair trades are taken, they are usually taken on a three-to-one or four-to-one basis from the subject trade, initiating a batch exit of both sides of the trade at a very slight loss or slight gain for the subject trade and correlated pairs. On swing trades, when the market hits specific measured levels, our system will trail a stop-loss to protect the profit within the growth ranges in as far as the trade will go without a meaningful retracement to activate the trailing stop-loss. In the instance of the longer term trades with higher profitability, the Navigator Algo System will exit by way of the trailing stop-loss on any meaningful directional reversal, or, exit when a 3 or 4 standard deviation level is realized (depending on the currency pair) from the price point of entry.

*Q. What is the maximum capital you can manage with your current system?*

A. Well-in-excess of two billion dollars (USD) of core denominated equity.

*Q. How will equity growth affect your current trading program?*

A. We trade our system through a percent allocation management module (PAMM) that is literally able to allocate to 100,000 accounts with precision, although we would never service a fraction of that number of accounts. However, as the equity grows, we would typically keep accounts at a $10mm size or less, so that the trades being submitted are not large enough to move the market, to draw attention or receive split-fills. For clients with larger allocations, we would typically trade the account as if it were the equivalent of multiple accounts from the perspective of the PAMM, all traded pari passu. As the equity growth occurs, we break accounts down into smaller amounts and leg into multiple smaller trades for these accounts. There will definitely come a point of diminished yield, but we believe that will become evident when the firm reaches approximately $2bn AUM.


Mediatrix Capital, Inc.

Levering00000025

Q. What is your fee structure?

A. We do not charge a management fee for our managed accounts. Accounts that have deposits in excess of $5,000,000.00, are billed at a 35% performance fee, on a high watermark basis only.

Q. What separates you from everyone else?

A. Our technology and methodology is superior and time-tested. The core of our development and investment in ongoing development focuses on defensive strategies, and anticipating "what-if" scenarios, with the help of automation and computational intelligence. Controlling the variable of a Black Swan event, or a trade that goes against the highest probability is what creates a winning track record. Developing automated functionality to achieve that is the combination of nearly 50 years of active Forex market trading participation. Outside of superior functionality, we stand out as a partnership of fraternal appreciation to one another, loyalty to the partnership but most particularly to our clients. We feel privileged to serve people.

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.

 Mediatrix Capital, Inc.

Levering00000026



# Mediatrix Capital, Inc.

2019



"Your reputation is more important than your paycheck, and your integrity is worth more than your career."

~Ryan Freitas

Levering00000027