

# Mediatrix Capital, Inc.



# Navigator White Paper

**EXHIBIT**

**13**

exhibitsticker.com



# I. The Case for Forex Investing

The performance of a multi-currency Forex portfolio has traditionally been non-correlated with that of customary equity and fixed income investments. Unlike equity and fixed income managers, an FX Trading Advisor/Manager or FX Hedge Fund Manager typically engages in both long and short spot Forex positions and multiple complex FX OTC strategies to participate and potentially profit in any market condition.

Mediatrix Capital's trading strategy is anchored by an investment philosophy emphasizing portfolio construction with an asymmetric return profile and definable downside risk to capital invested. The Trading Advisors (TAs) invest in Correlated Spot (FOREX) Currency positions consistent with this investment philosophy. They manage pre-programmed algorithmic positions through both overlay and absolute return strategies that employ distinctive methodologies that integrate the study of Correlated and Non-Correlated Currency Pairs, Quantitative Model-building, Fundamental and Technical Forecasting.

The Mediatrix Capital founders have a deep breadth and depth of experience as they began trading the Forex Spot Market utilizing algorithms in 2007. By mid-2013, the firm went live trading its own capital and shortly thereafter began trading client funds where Mediatrix has compiled a world class multi-year audited track record.

With the advancement of artificial intelligence and algorithmic trading systems, we believe that our proprietary algorithms can identify Alpha generating opportunities for investors with a systematic strategy also designed to assist in greatly mitigating risk.

**The Mediatrix Capital Story**

Mediatrix Capital's original trading system focused on trading a single currency pair – the British Pound/Swiss Franc. From the beginning, the firm had a hedging or "Zone Recovery" function in place designed to protect investors' capital if the probability calculations of the single pair resulted in the system taking a position, and then the market changed directions. Should this occur, the system could analyze the market move in extreme short timing and provide for a "Zone Recovery" trade in the opposite direction intending to neutralize potential or further drawdown and reducing the possibility of losses.

When the black swan event occurred in early 2015 and the Swiss Franc uncoupled from the Euro, these trading systems proved their value as clients actually made money that month in spite of having some trades on the wrong side during the month.

In July of 2015, the firm released the first major system upgrade and began to trade four concurrent currency pairs. The importance of this is the ability to take the highest probability signal, according to our algorithms, of four choices versus a single choice. More importantly, a second layer of "hedge" functionality was deployed. As the currency pairs traded were correlated to one another, and if Zone Recovery was required, beside the counter trade methodology designed to neutralize drawdown, the system can instantly analyze if a correlated pair is available to trade the now understood appropriate direction. In most cases, this is done before the move occurs on that correlated pair.

Mediatrix released the most significant upgrade to date in the first quarter of 2016 and now operates a 30 concurrent currency pair functionality; and one precious metal pair, gold, for a 31 pair system. With 31 choices from which to choose, the probability of successful trades has become even more common. All the pairs in the system are programmed to understand the co-efficiencies of correlation – one to the

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

2

Wood00001027


Mediatrix Capital, Inc.

other – and the artificial intelligence capability within our algorithms selects the highest probability pair for zone recovery correlation trading amongst other functions. The system instantly validates that the highest probability of a correlated pair is selected and executes when Zone Recovery is required. Since there is normally a slight lag in correlated pair movements, that small time window is critical and allows the system to potentially take advantage of impending market moves that have not yet happened.

Another aspect of Mediatrix Capital's third release is the stop-loss and break-even aspect. Previously, the team did not technically use an active stop loss vs. disaster resting stop-loss. Now, it employs auto stop-losses that trail at specific calculated price levels based on each currency pair ranges. Additionally, if a position achieves a specified positive gain, the stop-loss automatically moves to a break-even point. Essentially, if a trade doesn't quite arrive at the specified target price to auto-exit but turns around where it would move to a negative, the system automatically attempts to exit the trade at the break-even stop-loss. This allows the system to exit positions, eliminating unnecessary longer hold/use of equity positions.

Most of the currency pairs have pre-programmed auto exits between a 35-50pip gain based on time, ranges and momentum. However, Mediatrix's proprietary algorithms monitor shorter term time frames, compared to longer term ranges, and if the ranges are expanding in combination with a growing momentum in the direction of the target price, the system will override the auto exit target price and let the trade continue. Once short-term momentum starts fading, the Stop-Loss will trail up and continue until it stops out, thus potentially maximizing revenue on that trade. This function is designed to help protect against equity draw-downs and cases where the market may make a gap move or if unexpected price movements occur.

## II. The Mediatrix Capital Strategy

Mediatrix Capital's multi-year proven strategy has no initial bias to market direction and uses a comprehensive structure of proprietary algorithms that use current market momentum and a mix of diverse high probability technical analysis indications for entry and exits into the forex markets. The management of each trade involves analysis of current market price action, strategic correlated spot positions, predictive cycle analysis and statistical positioning based on quantitative models, combined with market intelligence and superior risk management performance. This approach allows for predictive adaptation to ever changing market conditions and consistently allowed for exceptional returns while keeping risk and account equity at minimum boundaries. No matter what the current or forthcoming market conditions present, the firm is confident that their algorithms can adapt on the fly and capitalize on the market changes.

The strategy has adapted over the last 5 years, with adjustments made whenever the firm has the data collection enabling it to make a thoughtful alteration to the current methodology.  As such, Mediatrix classified its Navigator Algo as a "Dynamic Algo," allowing for on the fly automated and manual input changes to the math and methodologies utilized while trading.  In so doing, the team is able to adapt with the market as macro and micro relational changes between currencies occur in cycle.

The Navigator system also has the functionality for the system to be turned on or off at will when there are significant unknowns in the markets such as a Brexit or other events that could cause serious disruption in the markets.  When the team identifies major geo-political events about to occur, it normally chooses to either turn systems down with respect to the trade volume and allowable equity use or hedge open positions and turn the system completely off until the markets normalize at the conclusion of the subject market disrupter

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

3

Wood00001028



## III. Components of a Multi-Year Proven Strategy

In the development and programming of the strategy, Mediatrix Capital adheres to a stringent process for systematic development.

**#1 – Navigator (The Algo Suite)**

While developing the Navigator (The Algo Suite), Mediatrix utilized a top-down thematic approach in developing underlying themes, drivers, and exposures to the macroeconomic landscape in line with an overall trend. Although the strategy itself has no directional bias when entering the market, the primary direction of any currently open position is considered for hedging and correlated entry purposes.

The first component used to break the markets down into a tradable situation is the Average True Range (ATR). This is a modified bank desk calculation that allows Mediatrix to break the current market timeframes up into tradable ranges. Depending upon the potential opportunity within a timeframe being measured by our system, the model is set to execute trades either on an expected short-term, medium or long-term (short and medium-term being intra-day models) hold basis. These calculations are input into formulas to create a calculated range where we believe the banks expect price to be contained. If these levels are broken on one side or the other, it's one of several confirmations used to confirm new direction or new range. Use of a target price of less than 1/10th of the current range, our proprietary algorithms predict that our target probability exceptionally high. This means that hitting a target of only 1/10th the amount of the current range upon signaling an entry has historically allowed our system to be successful much more often.

**#2 – Directional and/or Non-Directional Biases in Multiple Correlated Foreign Currency Pairs**

Mediatrix Capital has successfully automated a very effective hedging strategy by utilizing correlated currency pairs to further enhance defensive protocols. Upon any trade position entry, the system will further track directional and/or non-directional biases in multiple correlated foreign currency pairs relating to the subject pair with an active trade; in the event that the subject trade has or is in the process of yielding a negative result needing Zone Recovery. The use of currency pairs that our models have shown a correlation of at least 75% of the initial position entry pair, is designed to drastically offset risk on a position group.

The firm consistently analyzes different pairs that have exhibited a 75% or higher correlation, according to our algorithms, with the currency pairs traded. If an initial position starts to go negative, the system is set to hedge these trades with a correlated hedge of at least 2 pairs designed to offset the risk from the initial trade to create a bundled group that typically, when combined, make a small profit by offsetting the risk from the negative portion of the trade. The correlated pairs often have a slight lag in price change from the main pairs affected by any news or economic data causing a move. This slight lag is typically just enough time needed to enter the required hedges. The use of the correlated hedges and a high probability target price has historically resulted in a very consistent win/loss ratio.

**#3 – Favorably Skewed Asymmetric Return Profiles and Well-Defined Downside Risk**

Mediatrix Capital's strategy constructs a portfolio of trades consistent with the above biases that have resulted in favorably skewed asymmetric return profiles and well-defined downside risk parameters.

Another component of the system's success is the use of an ATM (At the Money) Volatility Calculator designed by using the Regional Bank Implied Volatility Bloomberg Data Feed to filter the current bank Vols. Mediatrix Capital uses the ATM Vols for specific pairs and the Vols Data to confirm short term directional bias by the banks.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

4

Wood00001029



When all the Vol calculations are relatively close or tightly connected from all the regional banks across the Globe, from the APAC region, to the Americas and then the European markets, the numbers indicate to us that the banks agree and therefore the thought of direction is universal by most banks. If the Vols are skewed from region to region, then we trust that this is a clear indication there is no continuity between the opinions of the banks on where the markets are going.

Although Implied Volatility is traditionally used for options trading, it acts as an anxiety meter for us in the spot markets and we've found it to be an extremely effective directional verifier. We've set our data settings to use these calculations as a further confirmation of continued directional flow or when skewed, our systems are programmed to stop entries all together indicating that bank opinion is completely off center adding unnecessary risk to portfolio.

In addition to the use of ATM Vols, our proprietary Modified Stochastic Indicator reads extreme overbought/ oversold markets to assist in the directional change indications. This indicator that has been built over a 10 year period has been 95%+ effective on short-term tops and bottoms.

**#4 – Risk Mitigation**

The Mediatrix Capital strategy consistently manages the downside risk parameters to the portfolio while simultaneously allowing favorably performing positions to potentially earn a larger Value at Risk (VAR). Using Implied ATM Volatility readings, the team is able to get a generalized viewpoint of the banks.

Duration and portfolio turnover will vary as the system maintains flexibility to react to changing market conditions, and then constructs a trading strategy where a specific market time frame(s) may offer greater opportunity for successful trade entry and exit. The trading strategy utilizes a systematic procedure with rule-based trading and technical analysis as a non-objective component for entering into any position.

The system strategically places trades that are programmed to result in both minimal account drawdown while maximizing the potential rate of return on investment. Trends normally encompass short time intervals, intraday trends or embedded trends. The systems utilize multiple technical strategies and margin management methodologies that look to result in a composite indication to the relative strength of a particular trend.

## IV. Invitation to Join the Managed Account Program and/or Investment Fund

Mediatrix Capital is proud that its technology and customer centric approach has brought the firm to where it is today and invites you to join the managed account program serving an elite international clientele.

In summary, the firm's world-class managed account strategy is based on an investment philosophy that emphasizes portfolio construction producing an asymmetric return profile with stringent downside risk parameters. An experienced team utilizes a proprietary artificial intelligence, algorithmic approach that incorporates overlay and absolute return strategies with distinctive methodologies that integrate actual and implied volatility, quantitative model building, and order-flow analysis.

Mediatrix Capital is currently expanding the AUM under its award-winning FX Spot and Precious Metal trading operation.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

5

Wood00001030

# Mediatrix Capital, Inc.

For information, contact myoung@mediatrixcapital.com or call 1-800-905-1006.

- Verified Returns of 50+%+ per year since December 2013
- All Trading Executed Through a Licensed Forex Prime Broker
- Disciplined Risk Exposure
- 100% Liquidity, Transparency & Client Control
- $5,000,000 Minimum Investment
- Qualified Investors Only

## V. The Mediatrix Capital Team

The designers of the system are Michael Stewart and Bryant Sewall. Combined, they have more than 40+ years of Commodity and FX Trading Experience and systematic development.

Key team members include:

**Michael S. Stewart**
**Algorithm Technology & Signal Provider**

Michael (Mike) S. Stewart, is the corporate liaison to Mediatrix Capital representing the Algorithm Technology and Signal provider for the operation. His expertise with OTC FX Options and FX Spot trading includes 25+ years of experience in the financial markets. His career began in 1997 when he founded a currency trading education firm. He subsequently created Trade Signal Pro, which expanded into one of the largest selling retail currency trading software platforms prior to its 1999 acquisition by E-FX. In 2001, Mr. Stewart lectured across the United States, Canada, Australia, Europe and South Africa on trading Forex and soon became widely respected as a leader on global retail foreign exchange trading.

Utilizing his trading and systems development experience in the FX markets, Mike has been influential in designing and bringing to market several retail platforms that were instrumental in the popular growth of the FX Market worldwide. He designed, coded and wrote teaching manuals for many instructors of several of the highest selling Forex trading retail platforms in history. He also wrote and sold several additional automated platforms to major participants in the FX market worldwide.

**Bryant E. Sewall**
**Executive Vice President of Operations and Lead Trade Manager**

Bryant E. Sewall, Executive Vice President of Operations and Lead Trade Manager for Mediatrix Capital Inc., has 30 years of senior operations experience. He is responsible for the firm's technical and trading operations, trade management, risk mitigation, algorithm development and overall fund management.

He is a 30-year retired US Marine Corps Lt Colonel, with two master's degrees in War Time Defensive Strategies. He has been instrumental in utilizing his 18 years of professional trading experience to develop the firm's Defense First strategic initiatives and overall security plans on the trading, technologically as it pertains to defending our proprietary algorithms from external attack, our execution servers, credit lines into dark pools of liquidity and he also developed the IP randomizer functionality which is utilized on every submitted order. Bryant created the initial systematic architectural design and implemented robust global redundancies to assist in designing the core defensive structure of the system which in turn allows both the mathematics and the rules of the Navigator to run in a purer environment; filtering out as many levels of disruption as commonly exist in the commercial market.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

6

Wood00001031



## Mediatrix Capital, Inc.

**Michael S. Young**
**Chief Executive Officer**

Michael S. Young, Chief Executive Officer of Mediatrix Capital Inc., has 24 years of operations experience. He manages the firm's capital distributions, international compliance, and client and corporate communications. In addition, he launched the Mediatrix Capital Fund in Q4 2016 as a Bloomberg-rated closed-end Investment Fund audited by Grant Thornton and domiciled in the Bahamas.

Mr. Young co-launched Mediatrix Capital in 2013. The firm's trading models focus on the implementation of in house developed world-class algorithms and a short-term Spot FX currency correlation methodology.  The Monaco Single and Multi-Family International Association presented the prestigious *Best Family Office Asset Manager* award to Mr. Young under the High Patronage of His Serene Highness Prince Albert II of Monaco in 2018.

**Brian Patrick King**
**Chief Compliance Officer**

Brian P. King, Chief Compliance Officer of Mediatrix Capital, has 25 years of high-level operations experience. He is responsible for the firm's security and compliance processes and procedures, managing the security of Mediatrix Capital's sophisticated trading systems, and related duties.

Mr. King is an innovative, results-oriented and tactical executive with proven success in proactively identifying and directing the implementation of appropriate strategic compliance solutions in the financial services and trading industries. He has proven himself an effective industry leader overseeing daily complex financial services operations. Mr. King is a catalyst for positive change and is highly experienced analyzing, reorganizing, managing and streamlining all aspects of brokerage operations to comply with current regulatory and economic environments. He has extensive experience with U.S. and international regulatory requirements and is a veteran at interacting with senior regulators and regulatory agencies both in the United States and abroad.

**Disclosure**

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance. MC is a Bahamas Registered Corporation, with corporate offices in the Bahamas. MC does not operate within the United States of America.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

Wood00001032