

# Mediatrix Capital, Inc.

# Delivering High Alpha

## Diversifying with Algorithmic Excellence.
## World Class Results-54 consecutive months

**June 2018**

EXHIBIT 14
exhibitsticker.com

# Annual Performance

 Mediatrix Capital, Inc.

## Pro-Forma Annual Performance (%)
## Adjusted for a 35% Performance Fee

| Year | Performance |
|---|---|
| 2013* | 02.87% |
| 2014 | 45.55% |
| 2015 | 136.48% |
| 2016 | 107.63% |
| 2017 | 55.63% |
| 2018** | 20.89% |

\* Inception – 12/13
\*\* YTD
Results yielded from sophisticated algorithms within the Forex

# Forex 101

 Mediatrix Capital, Inc.

## Portfolio Diversification

## Tap into the largest market cap in the world non-correlated

- Foreign exchange markets are made up of banks, commercial companies, central banks, investment management firms, hedge funds, retail forex brokers and investors.

- The performance of a multi-currency foreign exchange portfolio has traditionally been non-correlated with that of customary equity and other fixed income investments.

- Forex is by far, the largest financial market in the world with approximately $6 trillion/day volume.

# Why Forex?  Mediatrix Capital, Inc.

## The World's Largest Market at $6T in Daily Volume

- Trading the world's largest market - $6 trillion in daily volume - provides continuous liquidity for investment prospects.

- Forex is a 24/5.5 day market with worldwide economic scenarios.

- Provides a constant flow of profitable scenarios to maximize yield with broad volatility across multiple market scenarios (currency pairs) for our algorithms to trade.

# The Algo Advantage 

## Why Algorithms Work Better than Humans

Algorithms takes some value, or a set of values, as input and produce some value, or a set of values as output. Speed, precision, analysis and execution allow them to work better than humans.

**No Emotions** - Algorithms can make extremely complex decisions with no emotional component or stress.

**Analyzing Multiple Markets/Assets at One Time** - Algorithms take advantage of opportunities that humans miss due to timing constraints.

**Execution Strategies** – Algorithms can execute on predefined objectives to avoid extreme margin use and defensive trade management strategies.

**Ability to Access Market with High Speed** – Trading news events and unforeseen world events enables algorithms to enter and exit the markets at extremely high speed.

# Mediatrix Capital



## Who is Mediatrix Capital?

- 2007-An early adopter of advanced algorithms and artificial intelligence technologies to trade the Forex. FinTech company.

- Mediatrix Capital's founding partners are respected traders and published FX Spot and FX OTC Options strategists with a track record of exceptional operations, trade management, technology/algorithm development.

- The strategy is anchored by a defensive investment philosophy emphasizing portfolio construction with an asymmetric return profile and definable downside risk to capital invested. NON-market correlated!

- We provide both Managed Account services and an investment fund structure.

# Mediatrix Capital  Mediatrix Capital, Inc.

## A look at our Secret Sauce

- As of May 2018, we have achieved 54 straight months of client gains.

- We use a combination of nine different algorithms to make complex and profitable decisions.

- We utilize multiple strategies to maximize returns and are completely unbiased to market direction, based on 3 execution algorithms

- Our algorithms have specific hedging and correlated counter positioning with changes in market direction.

- Our algorithms are separated onto different VPN servers so the banks cannot build algorithms to defend our strategies.

- Consistent updating of technology to make best use of algo-efficiency.

# Defensive Trading

 Mediatrix Capital, Inc.

## Military-Style Defensive Trading Methodology

- Mediatrix Capital Inc. employs a military style defensive strategy for growth maximization and drawdown minimization.

- When trading, our systems look at all angles of equity risk and defends against unforeseen negative influences such as economic news and world events.  We are truly unbiased to market direction.

- Average use of equity less than 7.5%, and micro-trade strategies to limit individual position exposure.

- Our **Forex Navigator** provides for human intervention when required for opportunity enhancement or defense augmentation.

- Defensive trading in action eliminates the possibility of combative algorithms or manipulation.

# Management

 Mediatrix Capital, Inc.



## Michael S. Young

**Chief Executive Officer & Co-Founder**

20+ years of investment management experience, including high level expertise in trading, compliance, operations and technology/algorithm development.



## Michael S. Stewart

*Co-Founder, CTO & Chief Analyst*

25+ years of experience in the financial markets, including deep breadth and depth of knowledge of currency trading systems.



## Bryant E. Seewall

**Executive VP of Operations, Architect & Lead Trade Manager**

30+ years of high-level operations experience, including technical and trading operations, trade management, risk mitigation, algorithm development and overall fund management.



## Brian P. King

**Chief Compliance Officer**

25+ years of experience in identifying and directing the implementation of appropriate strategic compliance solutions in the financial services and trading industries.

# Monthly Performance

 Mediatrix Capital, Inc.

## Pro-Forma Monthly Performance (%)
## Adjusted for a 35% Performance Fee

| Pro-Forma Monthly Performance (%) + Adjusted for a 35% Performance Fee | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
| 2013 | | | | | | | | | | | | 2.87 | 2.87% |
| 2014 | 5.94 | 4.63 | 3.63 | 2.01 | 1.58 | 2.59 | 1.53 | 2.08 | 6.17 | 2.57 | 2.42 | 3.11 | 45.55% |
| 2015 | 6.55 | 2.20 | 4.34 | 2.83 | 2.75 | 2.70 | 0.00 | 12.59 | 23.68 | 20.10 | 11.23 | 3.10 | 136.48% |
| 2016 | 1.11 | 2.45 | 3.24 | 12.87 | 8.68 | 8.57 | 8.05 | 8.01 | 5.62 | 0.72 | 10.63 | 6.14 | 107.63% |
| 2017 | 2.91 | 2.95 | 3.11 | 2.50 | 5.05 | 8.16 | 1.52 | 3.25 | 4.17 | 5.14 | 3.97 | 2.47 | 55.63% |
| 2018 | 1.80 | 9.46 | 5.02 | 1.58 | 1.70 | | | | | | | | 20.89% |

Performance from Dec. 2013 to May 2014 represents one currency pair system. Performance from June 2014 to Dec. 2015 represents 4 currency pair systems. Performance from Jan. 2016 onwards represents 30 currency pair systems. Performance is based on the Net P&L daily to each client and does not include Open Trade Equity. Mediatrix Capital trades a Gross Omnibus account and distributes Profits & Losses at the end of each day.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS

# Contact Us


Mediatrix Capital, Inc.



 Mediatrix Capital, Inc.
One Montague Place, 4th Floor
9 East Bay Street
P.O. Box – CB-11148
Nassau, The Bahamas

 1.800.905.1006  1-720-530-8434

 myoung@mediatrixcapital.com

 www.mediatrixcapital.com

 https://www.linkedin.com/company/14974422/

 https://twitter.com/?lang=en

# Disclosure

 Mediatrix Capital, Inc.

THIS PRESENTATION PRESENTS ONLY A PRELIMINARY SUMMARY OF CERTAIN ASPECTS OF THIS OPPORTUNITY AND DOES NOT CONSTITUTE AN OFFERING OF SECURITIES TO YOU OR ANYONE ELSE. ANY SUMMARIES OF BUSINESS STRATEGIES, POTENTIAL INVESTMENTS, TRANSACTION TERMS OR AGREEMENTS IN THIS DOCUMENT ARE PRELIMINARY IN NATURE AND WILL BE SUPERSEDED BY THE DEFINITIVE AGREEMENT(S) OF A TRANSACTION.

THIS PRESENTATION HAS BEEN PREPARED TO ASSIST INTERESTED PARTIES IN MAKING THEIR EVALUATION, AND DOES NOT PURPORT TO BE ALL-INCLUSIVE OF THE INFORMATION THAT A PROSPECTIVE INVESTOR MAY CONSIDER MATERIAL OR DESIRABLE IN MAKING ITS DECISION TO BE AN INVESTOR. EACH RECIPIENT OF THE INFORMATION AND THE DATA CONTAINED HEREIN SHOULD TAKE STEPS AS IT DEEMS NECESSARY TO ASSURE IT HAS THE INFORMATION IT CONSIDERS MATERIAL OR DESIRABLE IN MAKING ITS DECISION TO BECOME AN INVESTOR, AND SHOULD PERFORM ITS OWN INDEPENDENT INVESTIGATION AND ANALYSIS. THE INFORMATION AND DATA CONTAINED HEREIN ARE NOT A SUBSTITUTE FOR THE RECIPIENT'S INDEPENDENT EVALUATION AND ANALYSIS.

THE INFORMATION CONTAINED IN THIS PRESENTATION IS CONFIDENTIAL AND PROPRIETARY TO MEDIATRIX CAPITAL, INC. AND IS BEING SUBMITTED SOLELY FOR CONFIDENTIAL USE WITH THE EXPRESS UNDERSTANDING THAT, WITHOUT THE PRIOR WRITTEN PERMISSION OF MEDIATRIX CAPITAL, INC. SUCH PERSONS WILL NOT RELEASE THIS PRESENTATION OR DISCUSS THE INFORMATION CONTAINED HEREIN, OR MAKE REPRODUCTIONS OF OR USE THIS PRESENTATION FOR ANY PURPOSE OTHER THAN THE EVALUATION OF THIS OPPORTUNITY.

THIS PRESENTATION INCLUDES CERTAIN FORWARD-LOOKING STATEMENTS WITH RESPECT TO ANTICIPATED FUTURE PERFORMANCE. ACTUAL RESULTS COULD DIFFER MATERIALLY FROM THOSE IN SUCH FORWARD-LOOKING STATEMENTS. THEREFORE, NO ASSURANCE CAN BE GIVEN THAT THE RESULTS IN SUCH FORWARD-LOOKING STATEMENTS WILL BE ACHIEVED. WHILE MEDIATRIX CAPITAL, INC. BELIEVES THAT THE INFORMATION CONTAINED HEREIN IS ACCURATE, IT EXPRESSLY DISCLAIMS ANY AND ALL LIABILITY FOR REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, CONTAINED IN, OR FOR, OMISSIONS FROM, THIS PRESENTATION OR ANY OTHER WRITTEN OR ORAL COMMUNICATION TRANSMITTED OR MADE AVAILABLE. EACH RECIPIENT OF THE PRESENTATION SHOULD CONSULT HIS OR HER OWN ATTORNEY, BUSINESS ADVISOR, AND TAX ADVISOR AS TO LEGAL, BUSINESS, TAX AND RELATED MATTERS CONCERNING THIS OPPORTUNITY.

PAST PERFORMANCE IS NO GUARANTEE OF FUTURE RESULTS. MEDIATRIX CAPITAL, INC.'S RETURNS REPRESENT AUDITED PAST PERFORMANCE OF THE PORTFOLIO MANAGER(S) AFTER THE DEDUCTION OF FEES AND EXPENSES. FUTURE PERFORMANCE MAY BE LOWER OR HIGHER THAN THE PERFORMANCE DATA QUOTED. NO ASSURANCE CAN BE GIVEN THAT THE INVESTMENT OBJECTIVE WILL BE ACHIEVED OR THAT AN INVESTOR WILL RECEIVE A RETURN OF ALL OR PART OF HIS OR HER INVESTMENT. INVESTMENT RESULTS MAY VARY SUBSTANTIALLY OVER ANY GIVEN TIME PERIOD.