

# Mediatrix Capital, Inc.



## Managed FX Funds

The following is our prospectus for the Mediatrix Capital Inc's
Managed Account Foreign Exchange Funds.

This information is for QUALIFIED and ACCREDITED INVESTORS ONLY.

**EXHIBIT 15**

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.

 **Mediatrix** Capital, Inc.

**Managed Foreign Exchange Funds**

# Managed Forex Funds
## Solutions that Investors want!

- 100% Transparency
- 100% Liquidity**
- World Class Returns

To be a successful investor and reach your goals quickly, diversifying your Investment Portfolio is essential. In addition, you need a proven trader/manager with a proven methodology and team to ensure proper risk controls.

Our goal is simple: To provide a superior rate of return while maintaining a disciplined risk exposure. This category of business dependability exists only with the finest investment companies and allows it to stand out from all others due to setting and abiding by elevated standards.

Mediatrix Capital Inc. (MC) is an industry leading independent Trading Advisor of Foreign Currency FX Spot and OTC FX Options. MC is not a hedge fund but managers of outside funds and capital resources. We accept accounts on a discretionary basis only and trade exclusively for high net worth individuals, hedge funds, financial institutions, qualified self-directed IRAs and funds of funds. We manage resources for investors through both overlay and absolute return strategies and employ distinctive methodologies that integrate the study of Actual and Implied Volatility, Quantitative Model-building, and Order-flow Analysis. MC's trading and management team is composed of some of the best, most respected FX Spot and FX OTC Options strategists currently working in the industry and has the philosophy of keeping things simple, profitable, and with little confusion. Our business model has enabled MC to make superior consistent profits for its clients and allow dependable, monthly returns that most firms only hope for in any single year's time.



Manager: Michael S. Young    myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006



**Mediatrix Capital, Inc.**

**Managed Foreign Exchange Funds**

## About the Returns

The above returns shown in the bar graph are individual monthly returns that are actual real live results audited from December of 2013 through the present day. Our proven Trading Strategy includes a low use of equity and conservative approach although achieving exceptional returns. You will note that in the Chart, there is a large increase in the average monthly returns starting in July 2015. In May 2015 we enhanced the functionality of our algorithm to be able to trade 4 currency pairs simultaneously from 1 pair historically, and in March of 2016 we have enhanced our functionality to include two stand-alone algorithms, one that trades 30 concurrent currency pairs, and one that trades the 30 pair suite and includes 4 additional precious metals for a total of 34 pairs. The monthly gains demonstrate a consistent increase accordingly. Technical information and audits of performance are available upon request.

## Initial Investment and Qualified Clients

MC's Managed Accounts are available only to "Qualified Clients". The minimum initial managed account investment is $250,000.00 USD. All additional contributions to a Managed Account are subject to a minimum of $25,000.00 USD. MC may waive or reduce these requirements in certain cases for initial "Test" purposes and reserves the right to change them for new investors in the future.

## Investment Objective & Strategy

Our Managed Account Strategy is anchored by an investment philosophy emphasizing portfolio construction with an asymmetric return profile and definable downside risk to capital invested.

The Trading Team invests in spot, forwards, non-deliverable forwards, and option (vanilla and exotic) positions consistent with the investment philosophy.

In portfolio development and management, the Manager adheres to a stringent 4-step process.

1. The Trade Manager utilizes a top-down thematic approach in developing underlying themes, drivers, and exposures to the macroeconomic landscape.
2. The Trade Manager develops directional and non-directional biases in multiple foreign currency markets consistent with his top-down macroeconomic views.
3. The Trade Trading Team constructs a portfolio of trades consistent with his above biases that offer advantageously skewed asymmetric return profiles and well defined downside risk.
4. The Trade Trading Team consistently manages the downside risk of the portfolio while simultaneously allowing favorably performing positions to earn a larger VAR (value at risk).

Duration & portfolio turnover will vary as the Trading Team maintains flexibility to market conditions, positions trade where a specific currency pair offers a qualified edge, and in consideration for liquidity on trade entry and exits.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006



# Managed Foreign Exchange Funds

## Management of Accounts

MC's Managed Accounts are available only to, "Qualified Clients" and "Accredited Investors". The minimum initial managed account investment is $250,000.00 USD. All additional contributions to a Managed Account are subject to a minimum of $25,000.00 USD. MC may waive or reduce these requirements in certain cases for initial "Test" purposes and reserves the right to change them for new investors in the future. All Managed Account contributions will be accepted on the first (1st) and fifteenth (15th) business day of any month.

## Prime Brokerage & Practices

MC may effect transactions on behalf of the Managed Account with counter parties, through brokerage firms, in a manner consistent, in most cases, with the principles of best execution and price. MC directs all Managed Accounts to our Prime Broker Directly. All account opening activities are handled by the PB Compliance Dept. Prior to opening a Managed Account a Compliance Officer is directed to each client to ensure the account application and required paperwork is in order and submitted in an accommodating package. However, MC's allocation of brokerage business will not be based solely on a desire to get the best execution and price possible. Depending on the situation, other brokers may be selected on the basis of other considerations, including, but not limited to clearance: settlement, trade platform functionality, record keeping and similar services provided to MC.

## Brokerage and Investment Expenses

The Managed Accounts will bear all brokerage and trading related expenses arising out of its investment activities. MC will bear all expenses incurred when utilizing third parties or members of MC to keep records of the Managed Account portfolio summaries, transactions and statements as they relate to portfolio trades made by the Managed Account's various Brokers and Traders. If applicable, MC will be responsible for placing the Managed Account brokerage business and selecting currency trading banks or dealers. MC is under no obligation to deal with any particular Traders, or currency trading banks, brokers or dealers.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

 **Mediatrix** Capital, Inc.

## Managed Foreign Exchange Funds

## Performance Fees

The Client will pay MC a performance fee at the end of each profitable calendar month. The Client is responsible for any performance fees accrued from the beginning of the month to the date of termination. If a Client terminates their Agreement before the end of a calendar month, the Performance Fee with respect to such Client will be made as of the close of the account. The performance fee will be 50% of a Client's net monthly gains for all account under $500,000.00 USD. To ensure that the performance fees are based on the long-term performance of a Client's account, MC will also adhere to a "High Watermark" procedure in which MC receives a performance fee only to the extent Net Profits in Client's account exceed any Net Losses that have not been recovered from a prior trading period. In the event the Client's account has Net Losses that have not been recovered, MC shall not be allocated any such performance fee until Client's account has first recovered such Net Losses. (Fees for Hedge Fund will vary, see Disclosure Documents for further information on HF).

| Account Size Minimum | Lock-Up | Performance Fees | Withdrawal Request |
|---|---|---|---|
| $250,000.00-$499,999.00 USD | 120 Days | 50% | 30 Day Notice |
| $500,000.00-$999,999.00 USD | 120 Days | 40% | 30 Day Notice |
| $1,000,000.00 USD + | 120 Days | 35% | 30 Day Notice |

Our firm specializes in Managed FX Investment Accounts via the Global Foreign Currency Exchange Markets. We use state-of-the-art technology and strategies that have been proven over and over to provide a consistent and reliable return. With a team of the world's leading FX Spot and OTC FX Currency Options traders and a mix of complex Derivatives strategies, our company now offers one of the finest High Rate Investment Plans available today.

## Withdrawal Procedures

When the lock-up of period 120 days has passed for any managed funds contribution, withdrawal requests will be accommodated on the 1st business day of the month with thirty (30) business days advanced written notice to MC. It's very important that the customer follows the withdrawal rules due to the possibility of any open positions. If a customer demands a withdrawal of funds without the proper notice to MC, the account may be deducted of any current profits or positions that are pending.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

SEC-AGS-E-0062934

 Mediatrix Capital, Inc.

## Managed Foreign Exchange Funds

## Benefits

### Managed Funds Benefits

- All Accounts held with leading Global Prime Brokerage.
- Weekly Statements via email with all traded positions.
- 100% Full Transparency, see every trade.
- Limited 120 Lock-up only, Fully Liquid upon 120 Days
- Monthly Withdrawals for Cash Flow Available after 120 Day Lock-up with 30 Day Notice.

## Lock-Up Period

MC offers only a 120 Lock-Up for its clients' Funds, one of the shortest in the industry. Our limited Lock-up allows our investor's access to their funds for Cash Flow purposes as wanted or needed.

> "Your reputation is more important than your paycheck, and your integrity is worth more than your career."
> ~Ryan Freitas

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006



**Managed Foreign Exchange Funds**

For more information and a Disclosure Documentation package, please contact Michael Young.

| MEDIATRIX CAPITAL INC: Address | Fund Manager | Contact Info |
|---|---|---|
| One Montague Place<br>4th Floor<br>9 East Bay Street, PO Box CB-11148<br>Nassau, Bahamas | Michael S. Young | Phone: 1.800.905.1006<br>Email: myoung@mediatrixcapital.com |

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this brochure is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.

Manager: Michael S. Young   myoung@mediatrixcapital.com
www.mediatrixcapital.com
Ph: 1.800.905.1006

5.4.2017

SEC-AGS-E-0062936