**Mediatrix** Capital Inc

**Mediatrix** Capital Inc
Navigator ALGO Program Net of 35% Performance Fee
Market Report - November 2018 | For Non-US Investors or ECPs Only

**Trading Strategy:**

The strategy is a combination of calibrated and encoded algorithms of Technical Analytical studies, using Cross Currency Correlation, trade sizing and an extremely detailed money & margin management methodologies. The method has no initial bias to market direction and uses a comprehensive structure of proprietary algorithms that use current market momentum, and a mix of diverse high probability technical analysis indications for entry and exits into the Forex markets. The management of each trade includes the use of Current Market Price Action, Strategic Correlated Spot Positions, Predictive Cycle Analysis and Statistical Positioning based on Quantitative Models, combined with market intelligence and risk-management strategies. This approach allows for predictive adaptation to ever changing market conditions and continually allows for the opportunity for exceptional returns while keeping risk and account equity at minimum boundaries. Mediatrix's goal is to adapt and capitalize on changing market conditions.

**Pro-Forma Monthly Performance (%)+ Adjusted for a 35% Performance Fee**

|      | Jan  | Feb  | Mar  | Apr   | May  | Jun  | Jul  | Aug   | Sep   | Oct   | Nov   | Dec  | Year    |
|------|------|------|------|-------|------|------|------|-------|-------|-------|-------|------|---------|
| 2013 |      |      |      |       |      |      |      |       |       |       |       | 2.87 | 2.87%   |
| 2014 | 5.94 | 4.63 | 3.63 | 2.01  | 1.58 | 2.59 | 1.53 | 2.08  | 6.17  | 2.57  | 2.42  | 3.11 | 45.55%  |
| 2015 | 6.55 | 2.20 | 4.34 | 2.83  | 2.75 | 2.70 | 0.00 | 12.59 | 23.68 | 20.10 | 11.23 | 3.10 | 136.48% |
| 2016 | 1.11 | 2.45 | 3.24 | 12.87 | 8.68 | 8.57 | 8.05 | 8.01  | 5.62  | 0.72  | 10.63 | 6.14 | 107.63% |
| 2017 | 2.91 | 2.95 | 3.11 | 2.50  | 5.05 | 8.16 | 1.52 | 3.25  | 4.17  | 5.14  | 3.97  | 2.47 | 55.63%  |
| 2018 | 1.80 | 9.46 | 5.02 | 1.58  | 1.70 | 3.28 | 5.53 | 1.41  | 1.98  | 1.40  | 3.39  |      | 42.86%  |

**Performance Notes:**

Performance from Dec 2013 to May 2014 represents 1 currency pair system. Performance from Jun 2014 to Dec 2015 represents 4 currency pair systems. Performance from Jan 2016 onwards represents 30 currency pair systems. Performance is based on the Net P&L daily to each client and does not include Open Trade Equity. Mediatrix Capital trades a Gross Omnibus account and distributes Profit & Losses at the end of each day.

PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS



Hypothetical Growth of $1,000 — Mediatrix vs S&P500 TR Index

**Program Statistics**

| | |
|---|---|
| Annualized Return | 74.85% |
| Total Return | 1534.39% |
| Standard Deviation | 15.14% |
| Sharpe Ratio (1.0%) | 3.78 |
| Average Monthly Return | 4.85% |
| Percent Profitable Mths | 100.0% |
| Best Month | 23.68% |
| Max Drawdown based on Monthly Data | 0.00% |
| Correlation to S&P 500 TR | -0.04 |

**Program Information**

| | |
|---|---|
| Strategy | Cross Currency Spot FX |
| Assets Under Mgt | $225 million |
| Minimum Investment | $5,000,000 |
| Fund Minimum | $1,000,000 |
| Maximum Equity Usage | 7-10% |
| Performance Fee | 35% |



Risk/Return Scatterplot (Mediatrix, DJIA, S&P 500 TR) | Monthly Distributions

OFF-EXCHANGE FOREIGN CURRENCY ("FOREX") TRANSACTIONS INVOLVE THE LEVERAGED TRADING OF CONTRACTS DENOMINATED IN FOREIGN CURRENCY CONDUCTED WITH A FUTURES COMMISSION MERCHANT OR A RETAIL FOREIGN EXCHANGE DEALER AS YOUR COUNTERPARTY. BECAUSE OF THE LEVERAGE AND THE OTHER RISKS DISCLOSED HERE, YOU CAN RAPIDLY LOSE ALL OF THE FUNDS YOU DEPOSIT FOR SUCH TRADING AND YOU MAY LOSE MORE THAN YOU DEPOSIT. TRADING FOREX INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS.

Mediatrix Capital, Inc. | One Montague Place, 4th Floor | 9 East Bay Street | Nassau, The Bahamas | info@mediatrixcapital.com

Report Data As of 12/13/2018



EXHIBIT 16

Wood00007310