# DUE DILIGENCE QUESTIONNAIRE

## 1.   INTRODUCTION

Mediatrix Capital runs one of the top-rated algorithmic trading system in the world, comprised of a verifiable multi-year track record of consecutive gains. Having over 10 years of continual systematic development, Mediatrix has achieved exceptional results that have also provided asymmetric returns particularly when measuring the conservative risk vs. high reward of our trading strategy. As an industry leading independent Trading Advisor of Foreign Currency FX Spot trading, we accept accounts from an elite global clientele base.

Mediatrix manages resources for investors through both overlay and absolute return strategies and employ distinctive methodologies that integrate the study of Actual and Implied Volatility, Quantitative Model-building, and Order-flow Analysis. The strategy is a combination of calibrated and encoded algorithms of Technical Analytical studies, using Cross Currency Correlations, trade sizing and extremely detailed money & margin management methodologies.   Mediatrix Is currently trading 31 concurrent currency pairs within our solution and have averaged mid double digit returns annually.

The Mediatrix trading method has no initial bias to market direction and uses a comprehensive structure of proprietary algorithms that use volatility, current market momentum, and a mix of diverse high probability technical analytical indications for entry and exits into each currency trade. The management of each trade includes the use of Current Market Price Action, Strategic Correlated Spot Positions, Predictive Cycle Analytics and Statistical Positioning based on Quantitative Models, combined with market intelligence and risk- management strategies. This approach allows for accurate predictive adaptation to ever-changing market conditions and has continually allowed for the opportunity of exceptional returns while keeping risk and account equity at minimum usage boundaries.

Mediatrix Capital's trading and management team is composed of some of the best, most respected FX Spot and FX OTC Options strategists currently working in the industry and has the philosophy of keeping things transparent, defensive in strategy, and profitable. This specific business model has enabled MC to make superior consistent profits for our clients which with regularity equates to, monthly returns that most firms only hope for in any single year's time.

For more information, please visit http://mediatrixcapital.com.

**EXHIBIT**

**18**

SEC-AGS-E-0062839

## 2.   FIRM

### 2.1.   GENERAL INFORMATION

| | |
|---|---|
| **Legal Firm Name** | Mediatrix Capital, Inc. |
| **Office Address** | One Montague Place, 4th Floor Nassau, Bahamas |
| **Telephone** | 1 800 905 1006 |
| **Website** | www.mediatrixcapital.com |
| **Program Inception** | December 2013 |
| **Firm Incorporation** | Nassau, Bahamas |
| **Corporate domicile** | Nassau, Bahamas |

**Please list all key personnel (including principals, officers, partners, portfolio managers, traders, and analysts) and contact information. PLEASE ENSURE TITLE IS CORRECT**

| TITLE | Name | Direct Line | Email address |
|---|---|---|---|
| Managing Partner | Michael Stewart | +1 480 688-7220 | mstewart@mediatrixcapital.com |
| Managing Partner | Bryant Sewall | +1 602 550-3300 | bsewall@mediatrixcapital.com |
| CEO | Michael Young | +1 720 530-8434 | myoung@mediatrixcapital.com |
| CFO | Patrick Parham | +1 469 579-2855 | pparham@mediatrixcapital.com |
| Operations Manager | Aaron Stewart | +1 480 567-8622 | astewart@mediatrixcapital.com |
| CRO | Bryant Sewall | +1 602 550-3300 | bsewall@mediatrixcapital.com |
| General Counsel | N/A | | |
| CCO | Brian King | +1 773 354-6824 | bking@mediatrixcapital.com |
| Principal | | | |
| Principal | | | |
| Principal | | | |

SEC-AGS-E-0062840

**2.2.   OWNERSHIP STRUCTURE, GOVERNANCE, TAXATION AND BUSINESS PLAN**

a.  **Describe the Firm's legal structure and ownership structure. Please include all affiliated companies and percentage of ownership.**

> **Bahamas IBC**

b.  **Describe any significant events affecting your Firm's operations** *(e.g. including but not limited to merger, acquisition, joint venture, executive management changes)* **in the past three (3) years.**

> None

c.  **Describe the Firm's governance structure and decision-making process.**

> Michael Young, Michael Stewart and Bryant Sewall have absolute decision-making authority and take advisement from key personnel.

d.  **List all directors and officers of the Firm and elaborate on the composition of the board of directors ("Board"). Append biographies.**

> Michael Young, Michael Stewart and Bryant Sewall

e.  **State any past and recent tax matters including tax audits and any additional tax assessments made on the Firm and its funds.**

> N/A

SEC-AGS-E-0062841

### 2.3.   ASSETS UNDER MANAGEMENT ("AUM")-$165,000 AUGUST 2018

**a. Describe how front and back-office operations are affected by a significant increase in AUM.**

A significant increase in AUM will require an increase in Firm staff, technology and Liquidity Provider relationships. The Firm has taken steps to ensure seamless operations when significant AUM increases occur.

**b. Describe the projected time to reach AUM capacity and state whether it will be a soft or hard close and if new money can be accepted after capacity is attained.**

It is expected that the Firm can sustain an AUM of $2B USD and we have projected that figure to be reached by Q1 2021. The particulars on the parameters have yet to be determined.

### 2.4.   INTERNAL CAPITAL

**a. State any planned investment withdrawals or additions attributable to the Firm's key personnel (including principals, officers, partners, portfolio managers and senior managers).**

N/A

**b. Describe the terms and conditions of subscriptions and redemptions by the Firm's key personnel (including principals, officers, partners, portfolio managers and senior managers).**

In the managed account program, the firm's partners are not bound to the lock up periods, but generally provide notice for redemption on a 30 day basis, but a 30 day wait for the redemption is not mandatory.  In the Fund, any participation by a principal, would be held to the same statutory rules of the CEM/PPM, for both lock up and redemptions.

### 2.5.   CONFLICTS OF INTERESTS

**a. Provide the Firm's formal conflict of interest policy.**

See Attached

**b. Describe any current or potential conflict of interest that the Firm has identified and measures put in place to mitigate those conflicts.**

N/A

SEC-AGS-E-0062842

**c.** **Do the Firm's key personnel have any <u>Outside Business Activity</u> for which any conflicts of interest has been identified? For example, any activity or duty performed by an employee, outside of the context of his/her duties at your Firm, whether paid or unpaid, full or part-time, permanent or temporary.**

No

---

**2.6.** **REGULATORY AUTHORITY & LEGAL ACTIONS**

**a.** **List all regulatory and monetary authorities the Firm/Investment Manager is registered with** *(e.g. SEC, CFTC, FINRA, FCA and OSC)***.**

N/A

**b.** **Has the Firm (or any key personnel) ever been (or currently): (i) named as a defendant or respondent in, (ii) the subject of, (iii) found guilty, (iv) sanctioned, reprimanded, fined, in any investigation proceeding or disciplinary action of any <u>regulatory</u> or <u>self-regulatory organization</u>, <u>professional licensing</u> *(e.g. CFA)* or <u>registration body</u> in any jurisdiction.**

SEC-AGS-E-0062843

Yes.  Michael Stewart-In July 1997 he accepted a position with a company called "Currency Trading Systems" that offered a Futures Trading program that claimed to make $500 a day on average, day after day. His position with the company was assisting in setting appointments, returning phone calls from the company's advertisements and sending out mailers for the owner of the company. In return he was paid a small commission of $400 for each person the company trained in their system.

After less than 2 months of employment with the company he realized the system that the company was selling was misrepresented by the claims in the advertisement that the owner was putting out to the public. Mike Stewart and a few other students decided to initiate a compliant of fraudulent misrepresentation with the CFTC, and he resigned prior to the submission of the complaint, less than 3 months after employment began.

After 3 years of cooperating with the CFTC against the owner of the company, the prosecuting agent included Mr. Stewart and other employees in their complaint stating it was "guilty by association" having been involved in the sales process - regardless of the fact that it was documented that Mr. Stewart initiated the complaint and resigned.  Mr. Stewart's attorney at the time, stated there was little or nothing that could be done to remove his name in the aggregate suit, stating "the CFTC really doesn't care".

Subsequently, after 3 years and over $100k in attorney fees, the CFTC proposed a settlement with Mr. Stewart for a fine of what amounted to 1 students tuition ($4,500) and a small fine which was waived. By comparison, the company owner and guilty party was fined nearly $5,000,000 and was disciplined further from there. The CFTC also requested that Mr. Stewart not seek registration in Futures Trading. By this time his new business was trading Forex and designing software programs in the FX market and since the CFTC stated they had no jurisdiction over Forex and with my attorney pushing to accept the settlement, he naïvely agreed to forego future registration. Looking back, being inexperienced with regards to the workings of the securities regulatory processes, today he would not have agreed to the findings.

The Complaint regardless, clearly shows He had nothing to do with the scheme created by Joyce Roader (aka- Joyce Valdez). As it turns out Ms. Roader apparently had never really traded FX.  Like all her students, Mr. Stewart was naïve in thinking her program was legitimate being hired by her company and going through the HR process, as well in thinking that this would make him an even more successful trader at that time.

Since this unfortunate incident nearly 21 years ago, Mr. Stewart has spent his entire career working in the Foreign Exchange with no incidents or complaints. Today he maintains an exceptional reputation in the business and among industry peers.

 

**c. Has the Firm (or any key personnel) ever applied for or been granted a discharge in bankruptcy. If yes, provide all facts.**

No

## 2.7.   LITIGATION AND INSURANCE

**a. Provide the following information on civil or criminal lawsuits (current or prior) involving the Firm or any key personnel.**

| Litigation | |
| --- | --- |
| Month/Year | Explanation |
| NA | |

SEC-AGS-E-0062844

**b.** Does the Firm carry <u>Error and Omission insurance</u> or <u>Director and Officer's Insurance</u>? If so, provide details on coverage levels.

No

## 3.  PERSONNEL

### 3.1.  HEADCOUNT

| Total (full time employees) | 11 |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| Principals | 3 | Risk Management | |
| Portfolio Managers | | Investor Relations | |
| Analysts | | Compliance | 1 |
| Trading | | Legal | |
| Operations / Back Office | 1 | Human Resources | 1 |
| External Consultants | 5 | Technology | |

### 3.2.  TURNOVER

**a.** List all key personnel (including but not limited to principals, officers, partners, portfolio managers, traders, and analysts) that have left the Firm in the last five (5) years.

| Name & Position | Reason For Leaving | Year Joined | Year Left |
| --- | --- | --- | --- |
| N/A | | | |
| | | | |
| | | | |
| | | | |

**b.** List all key personnel (including but not limited to principals, officers, partners, portfolio managers, traders, and analysts) that have joined the Firm in the last five (5) years.

| Name | Position | Years of Experience | Year Joined |
| --- | --- | --- | --- |
| Michael Stewart | General Manager | 25 | 2013 |
| Michael Young | CEO | 25 | 2013 |
| Bryant Sewall | Head of Back Office & Business and Trade Operations | 17 | 2013 |
| Aaron Stewart | Operations Manager | 5 | 2016 |
| Patrick Parham | CFO | 15 | 2017 |
| Brian King | CCO | 24 | 2018 |

SEC-AGS-E-0062845

**c. Describe planned future additions or restructuring to the Firm's workforce.**

Within the next 12 months, the Company plans to increase its staff by 30% to accelerate the proficiencies of its operations and achievement of objectives.

## 3.3.   RECRUITMENT & REMUNERATION

**a.  State whether the Firm has non-compete or non-solicitation agreements with key personnel.**

Yes

**b.  Describe the Firm's remuneration structure and any recent changes to it. Separate investment from non-investment personnel.**

All current personnel participate in the net profitability of the Firm.

**c.  List all background check and similar security verifications carried out on current employees**
*(i.e. articles, criminal, social media, etc.).*

All current employees have been referred to by business and/or personal relationships of the owners of the Firm. Background checks may also include Thomson Reuters World-Check, social media sites and general web searches.

## 3.4.   BUSINESS CONTINUITY

**a.  Describe the Firm's succession plan.**

The Company has taken proactive steps to mitigate the risk of a potential departure of its key-persons. Most of its key personnel are majority shareholders of the company and members of the Board. The other key personnel do participate in both revenue compensation as well as equity incentive structures. The Company has also initiated knowledge sharing and transparency processes that are designed to further mitigate any potential risk in a key-person departure.

**b.  State whether the Firm's viability can be jeopardised by the departure of key personnel. If yes, please list the personnel and describe the protection put in place for investors.**

The Firm's trading strategies are primarily driven by its own proprietary technology that multiple personnel across the Firm have been trained on and are proficient in the management of.

SEC-AGS-E-0062846

## 4.   INVESTOR BASE & OTHER

### 4.1.   INVESTOR BASE

a. Provide indicate the number of investors in the Strategy by type. Also, please indicate what % of Total Fund AUM has been contributed by the Largest 3 Investors.

| | Current | | |
|---|---|---|---|
| # of Individual Investors | 100+ | | |
| # of Institutional Investors | 5 | | |
| # of Other | NA | | |
| Total (#) | 105+ | | |

| Largest 3 Investors (% of Total Fund AUM) | 20% |
|---|---|

### 4.2.   TRACK RECORD

a. Specify the length of the track record for the portfolio manager(s) and whether it's been audited. Provide the entire track record with monthly return (*attached separately if needed*).

The Track record has been confirmed by HedgeAlytix from December 2013 through the present month. Grant Thornton has provided a Factual Findings Report confirmation for the performance results and all account statements from March of 2016 through the present month.

b. Provide the following information for the Fund's three (3) maximum drawdowns since inception. Elaborate on the drawdowns and how they were managed.

| Trade/Investment | Loss% | Dates | Time to Recovery | Explanation |
|---|---|---|---|---|
| Currency PAMM | -48% | Oct 6th 2016 | 24 hrs | Broker data hit accounts with Bad erroneous pricing by GBP Flash Crash and accounts were reimbursed and reinstated to previous within 24 hr.'s by Prime. |
| Currency PAMM | -12.68% | Dec 12th 2016 | 12 hr's | News event spiked several currency pairs that were being held on long term positions, exited all positions within 12 hr.'s for a 1.2% net gain on the effected positions. Since that time, we have dropped allocations to Long Term positions to < 5% of holds. |

SEC-AGS-E-0062847

| | | | | |
|---|---|---|---|---|
| Currency PAMM | -5.75% | Oct 25th 2017 | < 6hrs | News event spiked a few currency pairs and DD dropped to -5.75 for less the 6 hours and ended the day up 2.08% |

### 4.3.   INVESTMENT LIMITS & HEDGING

**a.  List all limits and risk guidelines regarding investments for the Fund, including how (and how often the portfolio is hedged.**

Our system uses a max 4.5 -5% Equity use and a 4.5% to 5% max Draw Down combined so that we're always und a 10% Gross use of equity DD combined. Risk Limits are mitigated with correlated hedges of 2 to 3 other currency pairs that correlate to original position of 75% or better allowing us to offset 90% of all risk on a negative trade. This happens on about 45% of our initial positions on our Short Term Models and about 105 of the time on Mid and Long Term Models.

**b.  State the Fund's leverage limit including average and maximum levels used since inception.**

Max Leverage available is 100:1 however we normally utilize only a 10:1 to 25:1 max using our 4.5% Eq/DD Combined Model.

## 5.   RISK MANAGEMENT

**a.  List who is responsible for overseeing risk management at the Firm and describe their authority in taking risk reduction actions.**

Bryant Sewall and Michael Stewart.  Their authority is absolute.

**b.  Describe how the Firm measures and calculates risk, including a description of internal and external systems the Firm has put in place to monitor risk.**

Risk is measured through the evaluation of margin percentage on individual accounts and over all book and ongoing correlations between pairs traded.  Our Prime broker also has secondary risk mitigation and risk limits imposed over and above our own.

**c.  Describe how the Firm calculates and monitors the correlation between each investment in the portfolio.**

Positions in different pairs are constantly evaluated to ensure undo risk is avoided based on events in the economies of those currency jurisdictions.  Liquidity providers and our Prime Broker also impose credit limits and limits on positions within certain currency pairs.

## 6.   OPERATIONAL PROCESSES & CONTROLS

### 6.1.   TRADING, EXECUTION, SETTLEMENT PROCESSES & CONTROLS

SEC-AGS-E-0062848

a. **Describe, in detail, the front to back office systems, including the infrastructure that monitors the funds' trades and portfolio.**

Trade positions are monitored on an ongoing basis in both trading platforms and reporting tools that calculate open positions, equity usage, exposure per pair, per direction, overall exposure, exposure per currency per account per book.  These systems are monitored by personnel at both our firm and the prime broker.

b. **List who has authorisation to enter and approve trades in the order management system. Also, describe how the Firm manages trade data and keeps track of open positions.**

Bryant Sewall and Michael Stewart are authorized to enter trades. Management is done and monitored as described in 6.1a.

c. **Describe the Firm's cash movement process related to trading, cash transfers and expense payment to third parties. State whether the Fund Administrator or another service provider is involved in cash movements and describe the nature of their involvement. <u>Do cash transfer out of the Firm's bank account how to be approved by the Fund Administrator</u>?**

All cash movements are initiated and approved by Michael Stewart and/or Michael Young. No Fund Administrator is involved for the managed accounts but an Administrator is involved when funds are deposited to and for the Mediatrix Capital Fund.  Grant Thornton however does monitor and report on all Deposits and Withdrawals made in all accounts.

d. **List the authorized signatories for cash transfers and asset transfers. Describe the levels of authorisation imposed on dollar limits.**

Michael Stewart, Michael Young and Patrick Parham. Michael Stewart or Michael Young initiate and approve all transfers.

## 6.2. PRICING AND VALUATION

a. **Describe the Firm's pricing sources for investments, the frequency of valuations, and state whether valuations are calculated internally or by external providers. List who is responsible for pricing investments and state whether they are independent from the trading function. <u>Please include explanations for valuing both liquid and illiquid investments</u>.**

Prime Broker has multiple liquidity providers and vendors who are screened for the best possible pricing on a continuing basis as trades enter and exit. Valuations are done on a second by second basis by trading systems involved and certain times are avoided when liquidity is known to be low and pricing is poor.

b. **List and describe the provisions for disputes in valuation. State which person or function has the final decision with regard to valuation disputes.**

Any dispute in valuation would be escalated to the Prime broker for an analysis of current pricing at the time and any errors.  If it needs further escalation it would go to the liquidity provider or vendor involved who issued the pricing for what was the correct price at the time of the transaction.

SEC-AGS-E-0062849

# 7.  INFRASTRUCTURE

## 7.1.  INFORMATION TECHNOLOGY ("IT") INFRASTRUCTURE & SECURITY

**a. State who is responsible for the IT? Provide biography as an attachment.**

| Name | Bryant Sewall | Years of experience | 17 |
|---|---|---|---|
| Reports to | Board | Years of experience | |

**b. Describe the overall IT security framework physical security, software and network protection to safeguard the ongoing viability of the IT capability including, but not limited to, data centre access, application access, network access and firewall protections.**

We use contracted VPS providers for trading systems that have a staff of IT professionals and guaranteed uptime.  In 5 years we have no significant connectivity outage. Each system has virus, malware and redundant backups. Backups of all trading systems are also kept in 3 different locations off of the VPS servers.  Those systems are all physically secured and password protected with no access to non-company personnel.  Our VPS providers also have secure locations and required data center, application and network access protections.

**c. Describe any breaches of physical security or firewall breaches, when they occurred and subsequent security measures taken.**

No physical or other security breaches have been experienced.

**d. State whether the Firm's systems require uninterrupted operations and connection to the markets. If yes, describe the procedures in place to ensure such uninterrupted operations.**

The Firm's systems do require that access.  At present we have a 3 tier level of backups if primary systems fail.  Trading can be brought up on backup VPS servers and then if needed on two in-house servers instantly.

## 7.2.  DISASTER RECOVERY

**a. Provide the Firm's disaster recovery plan.**

The firm has diversified acces across the globe so in the event of a disaster outage, systems can be brought up on servers well outside of any disaster area for continued access to the markets.  These include systems in Lithuania, The Netherlands, The Bahamas, Puerto Rico and multiple locations in the Continental US if needed.

**b. Describe the Firm's backup systems** *(i.e. tape history, replication servers, etc.).*

VPS systems are back up on a variety of systems.  Internally, systems are back up on both separate backup partitions and redundant external hard drives and secure cloud systems.  The data to run the system is in no less than 5 separate locations of backup.

SEC-AGS-E-0062850

c. **Who is responsible for coordinating the Firm's activities and staff in the event of a disaster?**

Michael Stewart, Michael Young and/or Bryant Sewall

---

### 7.3.  CYBERSECURITY

a. **Provide the Firm's cybersecurity policy and whether the Firm has cybersecurity insurance.**

All firm's computers employ the latest cyber security programs and web browsing and other activities are not allowed on company computers.

b. **Are employees trained to avoid communicating personally identifiable information by email or phone? What procedures are in place to prevent false authorizations or requests from being acted upon?**

Employees in the trading and risk management sections have been extensively trained to avoid PII information transfer and compromise of any communications protocol. This training includes training received at the highest levels of the US government during previous employment and training sessions.

## 8.  ATTACHMENTS

Please ensure that all of the following has been provided. If not available, specify with N/A.

| CHECKLIST | |
|---|---|
| All investor presentations | |
| Firm organizational chart | |
| Monthly returns since inception | |
| Biographies (key personnel) | |
| Current fact sheet / tear sheet | |
| Fund's offering memorandum | |

SEC-AGS-E-0062851

## 9.   SIGNATURE

**Please state the name and title of the person at the Firm who answered this questionnaire.**

| | |
|---|---|
| **Name** | Michael Stewart |
| **Title** | Managing Director |
| **Telephone** | +1-242-357-9577 |
| **Email address** | |
| **Date** | |

SEC-AGS-E-0062852