**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

**<u>UNOPPOSED</u> AMENDED MOTION FOR CONTINUANCE OF HEARING
AND EXTENSION OF TIME TO FILE OPPOSING PAPERS**

Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall ("Defendants") and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova ("Relief Defendants"), by and through undersigned counsel, hereby submit this

*Unopposed* Amended Motion for Continuance of Hearing and Extension of Time to File Opposing Papers, and in support thereof, state as follows:

### Certificate of Conferral

1. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants and Relief Defendants has conferred with Plaintiff's counsel, who does not oppose the requested relief.

### Motion

2. On September 13, 2019, the Court issued an Order Granting Plaintiff's Emergency Motion for an *Ex Parte* Asset Freeze, Temporary Restraining Order, Order to Show Cause, and other Emergency Relief (ECF 10) (the "Order").

3. The Order requires, among other things, that:

    (a) Defendants appear for a preliminary injunction hearing on September 27, 2019 at 9 a.m. (Order, p 16); and

    (b) Defendants and Relief Defendants file opposing papers by September 24, 2019 at 12 p.m. (*id.*).

4. Defendants and Relief Defendants are in the process of drafting opposing papers and preparing for the preliminary injunction hearing, but they will be unable to fully prepare for and present a defense, or file opposing papers, by September 27th and 24th, respectively.

5. Accordingly, Defendants and Relief Defendants request an order:

    (a) Continuing the preliminary injunction hearing to **October 15, 2019 at 9 a.m.**; and

    (b) Extending the deadline to file opposing papers to **October 8, 2019 at 12 p.m.**

6. Plaintiff's counsel has agreed to the foregoing continuance and extension.

7. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel confirms that a copy of this *Unopposed* Amended Motion will be served on Defendants and Relief Defendants.

WHEREFORE, Defendants request an order (a) continuing the preliminary injunction hearing to October 15, 2019 at 9 a.m. and (b) extending the deadline to file opposing papers to October 8, 2019 at 12 p.m.

Respectfully submitted this 24rd day of September 2019.

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*