**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

---

**_UNOPPOSED_ MOTION FOR ORDER PERMITTING BROKERS TO CLOSE POSITIONS AND REQUEST FOR _EXPEDITED_ RULING**

---

Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant E. Sewall ("Defendants"), by and through undersigned counsel, hereby submit this _Unopposed_ Motion for Order Permitting Brokers to Close Positions. Due to the time sensitivity of this matter, Defendants request expedited ruling on this Motion.

1

## Certificate of Conferral

1.  Pursuant to D.C.COLO.LCiv R 7.1(a), counsel for Defendants have conferred with counsel for Plaintiff, who do not oppose the requested relief.

## Motion

2.  On September 13, 2019, the Court issued an Order Granting Plaintiff's Emergency Motion for an *Ex Parte* Asset Freeze, Temporary Restraining Order, Order to Show Cause, and other Emergency Relief (ECF 10) (the "Order").

3.  Among the accounts restrained and frozen were several trading accounts at Equiti Capital UK Limited (United Kingdom) and its affiliate, Equiti Armenia CJSC (Armenia) (together with any persons or entities controlled by, controlling, under common control with, or otherwise affiliated with either or both of the foregoing entities holding and/or controlling accounts and/or assets subject to the Order) (the "Subject Brokers," and such accounts the "Subject Accounts").

4.  Defendants have been made aware that open, unliquidated and unhedged positions in the Subject Accounts have and could continue to incur losses.

5.  By its plain language, the Order restrains Defendants (and any person or entity acting "in concert or participation" with them) from a broad range of transactions affecting the Subject Accounts assets "in whatever form such assets may presently exist." Order §I(B).

6.   It appears to Defendants that the Order would operate to restrain Defendants and other persons from submitting or accepting trade orders in the Subject Accounts to convert account assets presently existing in the form of foreign currency and precious metals into U.S. Dollars.

7. Accordingly, after consultation with the SEC and the Subject Brokers, for the reasons stated in this *Unopposed* Motion, Defendants request an order permitting the Subject Brokers to close all open positions in all Subject Accounts and convert the same to U.S. Dollars forthwith.

WHEREFORE, Defendants request an order permitting Equiti Capital UK Limited (United Kingdom) and its affiliate, Equiti Armenia CJSC (Armenia) to close all open positions in all Subject Accounts and convert the same to U.S. Dollars forthwith. Defendants also request expedited ruling on this Motion.

Respectfully submitted this 2nd day of October 2019.

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*