IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

MEDIATRIX CAPITAL, INC., BLUE ISLE MARKETS INC. (S. Vincent and the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL STEWART, AND BRYANT E. SEWALL,

DEFENDANTS,

AND

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART. MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP., WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC AND BLUE ISLE MARKETS INC. (Caymans Islands),

RELIEF DEFENDANTS.

---

**ACCOUNTING OF BRYANT SEWALL AND HANNA OHONKOVA SEWALL**

---

WE, BRYANT SEWALL AND HANNA OHONKOVA SEWALL, do hereby provide, render and file this accounting he above captioned action.

1. The foregoing accounting is accurate to date based upon information currently on hand. There is documentation missing which we are trying to obtain and will supplement this response as soon as it is obtained.

2. The following is a listing of our assets to the best of our knowledge:

Real Property:

- Primary Residence:
  704 One Ocean
  Nassau Bahamas
  Purchase Price: $2,275,000 (2018)
  Title is held by DCC Islands Foundation

- 1201 Lloyd's Road
  Little Elm, TX 75068
  Purchase Price: $3,800,000 (2018)
  Title is held by DCC Islands Foundation

Bank Accounts:

- Banco Popular of Puerto Rico Acct No. 274068741: $111,692.00
- Navy Federal Credit Union Acct Nos. xxxxxx7165 and xxxxxx7026: (to be provided)
- Service Credit Union Acct Nos. xxxx4106-00 and xxxx4106-09: $176.00 and $5.00
- USAA Federal Savings Bank Acct Nos. 184645212 and xxxxxxxxxx0814: $1,502.00 and (to be provided)
- Wells Fargo (Acct. xxxxxx4386) is auto loan on the Dodge Ram.
- All PJSC CB Privatbank accounts in the name of Hanna Ohonkova (Acct Nos. xxxxxxxxxxxx1460, xxxxxxxxxxxx2500, xxxxxxxxxx8501, xxxxxxxxxx0901, xxxxxxxxxxxx1464 and xxxxxxxxxxxx2507) were her accounts that she had before her marriage to Bryant Sewall over two years ago. They are not believed to have any funds.

Miscellaneous:

- Mother's Residence:
  1199 Lloyds Road
  Little Elm, TX 75068
  FMV: $1,500,000 with $1,119,000 lien
  Title is held by Azimuth Family Trust

- 4 automobiles all purchased over 2 years ago:
  - 1993 GMC Typhoon (FMV $25,000) purchased 3/8/17
  - 2006 BMW M3 (FMV $25,000) purchased 8/18/17
  - 2014 Dodge Ram (FMV $15,000) purchased 8/1/16, lien of $11,000
  - 2012 Jeep Wrangler (FMV $25,000) purchased 8/5/16, lien of $13,000

- Seadoo Speedster 150 (FMV $10,000) purchased 8/24/16

- 2 Seadoo Sparks (FMV $4,000) purchased 2/14/17

- No significant jewelry other than wedding ring

- Two Frederick Hart acrylic sculptures purchased on 4/16/17 with FMV of approximately $10,000

3. This accounting will be supplemented when and if additional information is received.

[INTENTIONALLY OMITTED]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

MEDIATRIX CAPITAL, INC., BLUE ISLE MARKETS INC. (S. Vincent and the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL STEWART, AND BRYANT E. SEWALL,

DEFENDANTS,

AND

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART. MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP., WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC AND BLUE ISLE MARKETS INC. (Caymans Islands),

RELIEF DEFENDANTS.

## ACCOUNTING AND DECLARATION OF BRYANT E. SEWALL

I, Bryant E. Sewall, do hereby declare and verify under penalty of perjury under the laws of the United States of America and in accordance with 28 USC §1746, that the foregoing is true and correct

1. I am a defendant in the above captioned action.

2. The foregoing accounting contains to the best of my knowledge and belief, a true statement of my current assets and holdings, including safe deposit boxes, with any bank, financial

financial institution or brokerage firm; (ii) investments, securities, funds, real estate, collectibles, and other assets held in my name.

3. I am relying on records from the company at this time to determine the amount paid to myself from the corporate defendants. This portion of the accounting may need to be supplemented.

Executed on September 29, 2019

_____
BRYANT E. SEWALL