**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC.,
BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines),
BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG,
MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

---

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RELIEF DEFENDANT ARUAL LP TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND JURY DEMAND**

---

    THE COURT, having reviewed and considered Relief Defendant Arual LP's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and Jury Demand ("Motion"), hereby GRANTS the Motion.

2

IT IS ORDERED that Relief Defendant Arual LP shall have up to and including November 6, 2019 to answer or otherwise respond to the Complaint.

DATED this 24th day of October, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge