**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

### *UNOPPOSED* MOTION DIRECTING BROKERS TO CLOSE POSITIONS AND REQUEST FOR *EXPEDITED* RULING

Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall

1

("Defendants"), by and through undersigned counsel, hereby submit this *Unopposed* Motion for Order Directing Brokers to Close Positions, and in support thereof, state as follows:

### Certificate of Conferral

1.  Pursuant to D.C.COLO.LCiv R 7.1(a), counsel for Defendants and Relief Defendants has conferred with counsel for Plaintiff, the US Securities and Exchange Commission (the "SEC"), who does not oppose the requested relief.[1]

### Motion

2.  On September 13, 2019, the Court issued an Order Granting Plaintiff's Emergency Motion for an *Ex Parte* Asset Freeze, Temporary Restraining Order, Order to Show Cause, and other Emergency Relief (ECF 10) (the "Order").

3.  Among the accounts restrained and frozen were several of Defendants' trading accounts at Equiti Capital UK Limited (United Kingdom) and its affiliate, Equiti Armenia CJSC (Armenia) (together with any persons or entities controlled by, controlling, under common control with, or otherwise affiliated with either or both of the foregoing entities holding and/or controlling accounts and/or assets subject to the Order, the "Subject Brokers," and such accounts the "Subject Accounts"). The Subject Accounts, as of the date of the Order, contained open over-the-counter positions in foreign currencies and precious metals which were at risk of market loss if not liquidated or hedged (the "Market Exposures").

4.  Defendants previously made a motion requesting that the Court permit the liquidation of the Market Exposures— i.e. the conversion of the foreign currency and precious

---

[1] We served Douglas Henkin of Denton with this Unopposed motion. We were informed that they might attempt to file papers in opposition.

metals to U.S. dollars and preservation of such cash proceeds in further accordance with the Order. The Court granted this motion pursuant to its Order dated October 2, 2019, attached hereto as <u>Exhibit A</u> (the "Original Liquidation Order").

5. Defendants previously believed that the Subject Brokers, upon receiving the Original Liquidation Order on October 2, 2019, had liquidated the Market Exposures. However, the SEC notified Defendants on or about October 10, 2019 that the Subject Brokers had not liquidated the Market Exposures and remained unwilling to do so without further instruction. Specifically, the Subject Brokers in communication with the SEC on or about October 9, 2019 had demanded a "firm liquidation request" for conversion of the Market Exposures to U.S. Dollars. Upon being informed of the Subject Brokers' new demand, Defendants several times attempted to log onto the Subject Brokers' trading system and enter liquidation orders with respect to the Market Exposures. However, the system had been disabled by the Subject Brokers, and such orders were rejected. Accordingly, Defendants issued the written liquidation instruction attached hereto as <u>Exhibit B</u> on October 17th, 2019 (the "Supplemental Instruction").

6. Nonetheless, despite the Original Liquidation Order and the Supplemental Instruction, the Subject Brokers continue to refuse to liquidate the Market Exposure. Attached hereto as <u>Exhibit C</u> is an electronic message from the Subject Brokers to the parties dated October 17, 2019 setting forth the Subject Brokers' current position.

7. Accordingly, after consultation with the SEC and in consideration of the position expressed by the Subject Brokers, for the reasons stated in this <u>*Unopposed*</u> Motion, Defendants now request an order of the Court directing the Subject Brokers to close all Market Exposures and convert the same to U.S. Dollars forthwith.

8.	WHEREFORE, Defendants request an order of this Court directing Equiti Capital UK Limited (United Kingdom) and its affiliate Equiti Armenia CJSC (Armenia), as well as any and all persons or entities controlled by, controlling, under common control with, or otherwise affiliated with either or both of the foregoing entities holding and/or controlling accounts and/or assets subject to the Order to forthwith and at prevailing market rates liquidate and convert to U.S. Dollars all foreign currencies and precious metals (together with any and all other instruments, contracts and/or assets now and/or at the time of the Order held in such accounts) and further to preserve and hold such U.S. dollar balances in such respective accounts further and otherwise in accordance with the Order.

Respectfully submitted this 23nd day of October 2019.

/s/ Vivian R. Drohan
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone:  212-710-0004
Fax:  212-710-0003
Email:  vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*