**From:** mstewart@blueislefx.com <mstewart@blueislefx.com>
**Sent:** Tuesday, April 17, 2018 8:52 AM
**To:** Gary Dennison <Gary.Dennison@equiti.com>
**Subject:** RE: Currency Exposure Tool

Got it. Did you send to Bryant?

Mike

---

**From:** Gary Dennison <Gary.Dennison@equiti.com>
**Sent:** Monday, April 16, 2018 3:54 PM
**To:** mstewart@blueislefx.com
**Subject:** Currency Exposure Tool

Mike,

This summary displays aggregated currency positions across the following trading accounts with Divisa Capital and Divisa AM CJSC: 80013, 80021, 80023, 70160, 70166, 70167.  All values displayed are for indicative purposes only in order to assist you in managing your portfolio and should only be considered alongside the underlying MT4 accounts, which remain as the official records.  As such, this service will not be provided error free, will not always be available and we exclude all liability in respect.  Limits will be reviewed on an ongoing basis and we reserve the right to make changes without prior notice or consent.  Call +15618981221 for assistance.

**Web Link:**
https://divisacapital.com/blueisle/

**Login: BlueIsle**
**password: 5678@BIDVA**

Regards

Gary



**Gary Dennison**
CEO

📞 +15618981225 ext 1225
@ Gary.Dennison@equiti.com
📍 11300 U.S. Hwy 1 #200, Palm Beach Gardens, FL 33408, USA
🌐 http://www.equiti.com

Group companies

The information contained in and transmitted with this e-mail message is privileged and/or confidential. It is intended only for the individual or entity designated above. You are hereby notified that any issemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is

unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.
Equiti is a registered trading name of Divisa UK Limited which is authorised and regulated by the Financial Conduct Authority FRN: 528328.
Divisa UK Limited is registered in England & Wales under Company Number:7216039 and its registered office is at 69 Wilson Street, London, EC2A 2BB, United Kingdom.
Margined FX & Contracts for Difference, which are complex leveraged products, incur a high level of risk and can result in the loss of all your invested capital; seek independent financial advice, if required.