## Trading Accounts

### Set-Off Agreement

This set-off agreement is entered into on this day ___25th___ of July 2019 (the "**Agreement**") by and between:

1. **Equiti Capital UK Limited** a limited company incorporated in England & Wales (Company Number 07216039), authorised and regulated by the Financial Conduct Authority (FRN 528328), having its registered address at 69 Wilson Street, London, England EC2A 2BB ("**Equiti UK**");

2. **Equiti AM CJSC** a closed joint stock company incorporated in the Republic of Armenia (Company Number 11), having its registered address at Construction 11, 5 Baghramyan, Yerevan City, Republic of Armenia (the "**Equiti AM**"),

3. **Blue Isle Markets Inc,** a company incorporated in Saint Vincent and the Grenadines under international business company number: 23098 IBC 2015 and Legal Entity Identifier: 2138004PJ8HG2JNYYE41 with its registered address at Suite 305, Griffith Corporate Center, P.O. Box 1510, Beachmont, Kingstown, NA 00000, Saint Vincent and the Grenadines ("**Blue Isle**").

Each shall be referred to individually as a "**Party**", and collectively, the "**Parties**".

**WHEREAS:**

A. Equiti UK and Equiti AM form part of the Equiti Group Limited ("**Equiti Group**"), which provides online trading platforms for over-the-counter derivatives trading to institutional and retail clients.

B. Blue Isle had entered into a Client Agreement, and related Terms and Conditions with Equiti UK on 12 June 2017 (the "**UK Client Agreement**");

C. Blue Isle had entered into a Client Agreement, and related Terms and Conditions with Equiti AM on 04 March 2016 (the "**AM Client Agreement**");
(the UK Client Agreement and AM Client Agreement shall be referred to jointly as the "**Client Agreements**");

D. Whereas, Blue Isle has trading accounts with each of Equiti UK and Equiti AM, and the Parties have agreed to settle partially or in full, or set-off ("netting") existing and future payment amounts from accounts held with any member of the Equiti Group.

**NOW THEREFORE;** in consideration of sufficient and valuable consideration mutually acknowledged and the mutual promises and covenants contained herein, the Parties have agreed as follows:

*MA*
*A. N*
*M S*

## Clause 1: Cross Set-off and Settlement

1.1 Blue Isle acknowledges and agrees that, pursuant to this Agreement, and without prejudice to any right or remedy of Equiti UK and Equiti AM provided pursuant to the Client Agreements, Equiti UK and Equiti AM shall be entitled (but not obliged), at their absolute discretion, and without the need to notify Blue Isle, to set-off amounts held in any of Blue Isle's trading accounts with any Equiti Group member towards the full or partial settlement of any payment obligations owing by Blue Isle to any Equiti Group member.

1.2 This right of set-off extends, where applicable, to any other entity forming part of the Equiti Group, where needed.

1.3 The right of set-off shall be without prejudice to any finding of an Event of Default or Termination Event under the Client Agreements.

## Clause 2: Taxes and other charges

2.1 To the extent that any payment to be made under Clause 1 above is subject to withholding tax, sales tax or any other taxes or charges (including bank charges), such amounts shall be paid or debited to the accounts of Blue Isle, and the Party making any payment pursuant to this Agreement shall gross up such payment by such amount so as to ensure that the full payment amount is made, as if no such deduction or withholding had been made.

## Clause 3: Notices

3.1 Any notice given under this Agreement shall be in writing and shall be delivered by hand, transmitted by electronic mail, fax, or sent by first class post to the address of each Party as set out in clause 5 of this Agreement, or to such other address notified to the other Party.

3.2 The addresses for service of notices are:

(a) **Equiti UK**

Address: 69 Wilson Street, London, England EC2A 2BB

Email address: Michael.Ayres@equiti.com with copy to:

Support@equiticapital.co.uk

(b) **Equiti AM**

Address: Const. 11, 5 Baghramyan, Yerevan City, Republic of Armenia

Email address: Artak.Nahapetyan@equiti.com with copy to:

Support@equiti.am

(c) **Blue Isle**

Address: One Montague Place 4th Floor – 9 East Bay Street Nassau Bahamas

Email address: MStewart@blueislefx.com

### Clause 4: Severance

If a provision of this Agreement (or part of any provision) is found illegal, invalid or unenforceable, the provision shall apply with the minimum modification necessary to make it legal, valid and enforceable or, if that is not possible, the Parties shall alternatively negotiate in good faith to amend such provision such that, as amended, it is legal, valid and enforceable, and, to the greatest extent possible, achieves the Parties' original commercial intention.

### Clause 5: Variation and waiver

5.1  Any variation of this Agreement shall be in writing and signed by or on behalf of all the Parties.

5.2  No failure or delay by a party to exercise any right or remedy provided under this Agreement or by law shall constitute a waiver of that or any other right or remedy, nor shall it preclude or restrict the further exercise of that or any other right or remedy. No single or partial exercise of such right or remedy shall preclude or restrict the further exercise of that or any other right or remedy.

### Clause 6: Term and Termination

6.1  This Agreement shall commence as from the date of its signature and shall remain valid and in full force and effect so long as Clients Agreement are in place. For the avoidance of doubt, unless all Parties agree otherwise, no Party may terminate this Agreement prior to the termination or expiration of the Client Agreements.

6.2  The termination of this Agreement shall be without prejudice to any rights arising prior to termination.

### Clause 7: Counterparts

7.1  This Agreement may be executed in any number of counterparts and all of those counterparts taken together constitute one and the same instrument.

### Clause 8: Governing law and jurisdiction

8.1  This Agreement and any disputes or claims arising out of or in connection with its subject matter or formation are governed by and construed in accordance with the laws of England and Wales.

8.2  Any dispute, controversy or claim arising out of, or relating to, this Agreement or its validity, construction or performance shall be referred to and finally settled by the courts of the United Kingdom.

**IN WITNESS THEREOF**, the Parties have caused their duly authorised representatives to execute this Agreement as of the date first above written.

Signed on behalf of **Equiti Capital UK Limited**

By: Michael Ayres

Title: Chief Operating Officer

Signature: _____

Signed on behalf of **Equiti AM CJSC**

By: Artak Nahapetyan

Title: Chief Executive Officer

Signature: _____

Signed on behalf of **Blue Isle Markets Inc**

By: Michael Stewart

Title: Managing Director

Signature: _____

M.S.
A.N.
M.A.