# Henkin, Douglas W.

| | |
|---|---|
| **From:** | Henkin, Douglas W. |
| **Sent:** | Wednesday, October 16, 2019 2:41 PM |
| **To:** | Vivian R. Drohan; Williams, Mark L; Felder, Jeffrey D; McKenna, Stephen C.; John P. Drohan III |
| **Cc:** | 'Mario Camara'; Krigsten, Lisa M. |
| **Subject:** | RE: Mediatrix Positions |
| **Attachments:** | BlueIsleSetoff Agreement signed.pdf |

Dear Vivian:

Your email purports to opine on Armenian law and the rules of the Central Bank of Armenia. Are you qualified to practice Armenian law, or have you obtained an opinion from Armenian counsel (if so, please provide us with a copy)? Equiti's position is based on opinions from Armenian counsel.

In addition, who do you represent? Equiti was initially informed by the SEC that the clients you appear to represent from the docket listing today all needed separate counsel, and yet you appear to represent them all except Blue Isle Markets Inc. (St. Vincent & the Grenadines), which is the entity that is Equiti UK and Equiti AM's client. Please explain how it is that you purport to speak for Equiti UK and Equiti AM's client?

Finally, attached is a fully-executed Set-off Agreement signed by Michael Stewart (who the docket indicates you represent). Is it your position that this agreement is invalid or otherwise ineffective? If so, please explain the basis for that position, including references to UK law (which governs all disputes relating to that document).

Equiti UK and Equiti AM do not agree with the remainder of your email and reserve the rights to dispute its other assertions, but there is no point in getting that granular until you have answered the above questions.

Best regards,

Doug

**大成 DENTONS**  Douglas W. Henkin

D +1 212 768 6832   |   US Internal 16832
douglas.henkin@dentons.com
Bio   |   Website

Dentons US LLP

Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Vivian R. Drohan <vdrohan@dlkny.com>
**Sent:** Wednesday, October 16, 2019 11:14 AM
**To:** Williams, Mark L <williamsml@SEC.GOV>; Felder, Jeffrey D <felderj@SEC.GOV>; McKenna, Stephen C. <McKennaS@SEC.GOV>; John P. Drohan III <jdrohan@dlkny.com>
**Cc:** Henkin, Douglas W. <douglas.henkin@dentons.com>; 'Mario Camara' <Mario.Camara@equiti.com>
**Subject:** Mediatrix Positions

Dear All,

We were informed by the SEC Division of Enforcement late last week that Equiti had taken the position, upon receipt of the Order of the Court dated September 13, 2019, that such order was insufficient to permit Equiti to enter liquidating trade orders in the Blue Isle accounts without further action on the part of our clients. The Division also informed us that Equiti was raising a related issue—whether they may offset losses in their Armenian entity with a cash transfer from the Equiti UK account. We emailed counsel for Blue Isle on Friday, October 11th to determine whether liquidating trade orders would be accepted on the Equiti MT4 trading portal for the Blue Isle Accounts. We received no response from Equiti. However, our clients indicate that they verified yesterday that trading remains disabled on the accounts.

Equiti has now clarified its position and it appears they may not liquidate the currency and metals positions in the account and convert them to cash under any circumstances, unless it be permitted to simultaneously transfer and apply the $3 million to the deficit in its Armenian subsidiary. Our clients agree with the Division that the notion that the positions cannot be liquidated without subsequent offset is untenable. Assuming the provisions of the alleged "cross-collaterization" agreement as represented by Equiti are effective and enforceable, and the Armenian liability properly incorporated into Equiti's UK's regulatory net capital, affiliate cover and risk reporting under FCA rules, then conversion of the open exposures to cash would merely place Equiti in the same position it is now, while extinguishing the risk of further market losses.

Irrespective of the foregoing, please accept this as notice to all concerned that Bryant Sewell of Blue Isle has consented to the simultaneous liquidation and conversion to USD of all open positions in all accounts held for Blue Isle or any related entity at all branches and affiliates of Blue Isle wherever situated. Our clients do not consent to any transfer of assets into, out of or between any affected Blue Isle accounts held or controlled by any Equiti entity and/or affiliates. Specifically, and without limitation of the foregoing, our clients oppose Equiti's proposed transfer of USD 3,000,000 from the FCA-regulated Equiti UK account to the Armenian account."

Regards,

Vivian Rivera-Drohan

**PLEASE NOTE OUR NEW ADDRESS**

Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
Direct Line: (212) 710-0004
Main Line:  (212) 710-0000