# Henkin, Douglas W.

| | |
|---|---|
| **From:** | Mario Camara <Mario.Camara@equiti.com> |
| **Sent:** | Thursday, October 17, 2019 10:55 PM |
| **To:** | BSewall22@gmail.com; MStewart; Vivian R. Drohan; John P. Drohan III; Michael Young (myoung@mediatrixcapital.com) |
| **Cc:** | Equiti Capital Trade Support; Trading; Gary Dennison; Michael Ayres; Iskandar Najjar; Henkin, Douglas W.; Armstrong, Celyn; Felder, Jeffrey D; Iskandar Najjar |
| **Subject:** | Blue Isle Markets Inc.  trading accounts Equiti |

Dear Mr. Sewall,

I write in response to your email below addressed to Mr. Dennison.

Pursuant to the original account-opening documents signed by Blue Isle Markets Inc. (Equiti UK Terms & Conditions Clauses 5.1, 5.1.2, and 10.5; Equiti AM Terms & Conditions Clauses 4.1, 4.1.2, and 9.5; and Electronic Trading Supplement Paragraph 5), Equiti is not required to accept the below instructions.

In addition to the foregoing, your colleague Michael Stewart - copied herein - signed a Set-Off Agreement on behalf of Blue Isle Markets Inc. that Ms. Drohan purported to repudiate yesterday, providing an additional basis for Equiti UK and Equiti AM to decline your instructions.

Equiti's counsel, Mr. Douglas -also copied herein- communicated with Ms. Drohan yesterday but has received no response to the above mentioned communication.

Blue Isle should:
(i)     confirm that the above-referenced documents remain in full force and effect and that Blue Isle agrees that Equiti UK and Equiti AM have the right to set-off negative positions in one account using positive positions in the other account pursuant to those agreements;
(ii)    confirm that that is historically how Blue Isle's accounts with Equiti UK and Equiti AM have been handled;
(iii)   inform the SEC in writing that it supports Equiti UK and Equiti AM's rights to set-off as between Blue Isle's accounts,
(iv)   cause Ms. Drohan to withdraw her email dated October 16, 2019; and
(v)    commit that in any litigation relating to the above-referenced agreements Blue Isle will fully support Blue Isle's setoff rights as described herein.

If and only if, Blue Isle does all these things, will Equiti UK and Equiti AM be in a position to consider acting on your below request

Sincerely,

Mario A. Cámara



1

Mario Camara
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates

   

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

**From:** bsewall22@gmail.com <bsewall22@gmail.com>
**Sent:** Thursday, October 17, 2019 1:39 PM
**To:** Gary Dennison <Gary.Dennison@equiti.com>; Equiti Capital Trade Support <support@equiticapital.co.uk>
**Cc:** MStewart <MStewart@blueislefx.com>; 'Vivian R. Drohan' <vdrohan@dlkny.com>; 'John P. Drohan III' <jdrohan@dlkny.com>; 'Michael Young' <myoung@mediatrixcapital.com>
**Subject:** RE: Blue Isle

To Gary Dennison;

Please let this be notice to Equiti Capital UK and Equiti Capital Armenia formerly Divisa Capital to close all existing positions held by the Blue Isle Companies.  Accounts; 80013, 70160, 70166, 70167.

Bryant Sewall
Trade Operations - Blue Isle Markets Ltd