**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC.,
BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines),
BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG,
MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

---

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RELIEF DEFENDANT ARUAL LP TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND**

---

Relief Defendant Arual LP ("Arual"), through undersigned counsel, respectfully requests a third extension of time up to and including November 27, 2019, for Arual to answer or otherwise respond to Plaintiff's Complaint (ECF #1) ("Complaint"). In support of this motion, Arual states the following:

**Certificate of Compliance with D.C.COLO.LCivR 7.1(a)**: Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Arual conferred in good faith with Plaintiff's counsel. Plaintiff does not oppose the relief requested in this motion.

1. Plaintiff filed its Complaint in this action on September 12, 2019. (ECF #1.) Arual was served with the Complaint via e-mail on September 18, 2019.

2. On October 8, 2019, Arual requested an extension of time to October 23, 2019 (ECF #32), which was granted by this Court on October 8, 2019 (ECF #33).

3. Additionally, on October 23, 2019, Arual requested a second extension of time to November, 6, 2019 (ECF #39), which was granted by this Court on October 24, 2019 (ECF #40).

4. Good cause exists to grant this motion. Plaintiff and Arual are continuing settlement discussions.

5. This motion is brought in good faith by Arual and not for purposes of delay as the case has not yet been set for trial.

6. Arual has requested the aforementioned two previous extensions of time.

7. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion for extension of time is being served contemporaneously upon Plaintiff and Arual.

8. By filing this motion, Arual expressly reserves and does not waive its rights to assert any defense, including but not limited to Fed. R. Civ. P. 12(b) defenses.

WHEREFORE, Arual respectfully requests that it be granted a third extension of time up to and including November 27, 2019, to answer or otherwise respond to the Complaint.

Respectfully submitted this 6th day of November, 2019.

*s/Thomas J. Krysa*
Thomas J. Krysa, #28440
David B. Meschke, #47728
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Phone: 303.223.1100
Fax: 303.223.1111
Email: tkrysa@bhfs.com
dmeschke@bhfs.com

*Attorneys for Relief Defendant Arual LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of November, 2019, I electronically filed the foregoing **THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RELIEF DEFENDANT ARUAL LP TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Stephen C. McKenna
Mark L. Williams
U.S. Securities & Exchange Commission-Denver
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone: 303-844-1000
Fax: 303-844-1068
Email: mckennas@sec.gov
　　　　WilliamsML@sec.gov

*Attorneys for Plaintiff*

Jeffrey Robert Thomas
Thomas Law LLC
3773 E Cherry Creek North Drive
Suite 600
Denver, CO 80209
Telephone: 720-330-2805
Email: jthomas@thomaslawllc.com

*Attorney for Defendants Mediatrix Capital Inc., Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, Bryant E. Sewall, Victoria M. Stewart, Maria C. Young, Hanna Ohonkova Sewall, and Blue Isle Markets Inc. (Cayman Islands)*

Vivian R. Drohan
Drohan Lee LLP
680 Fifth Ave
New York, NY 10019
Telephone: (212) 710-0004
Fax: (212) 710-0003
Email: vdrohan@dlkny.com

*Attorney for Defendants Mediatrix Capital Inc., Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, Bryant Sewall, and Blue Isle Markets Inc. (Cayman Islands)*

Tamera D. Westerberg
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1963
Fax: (303) 244-1879
Email: westerberg@wtotrial.com

*Attorney for Defendant Walter C. Young, III*

　　　　　　　　　　　　　　　　*s/Kate M. Meade*
　　　　　　　　　　　　　　　　Kate M. Meade, Paralegal

19925937