# EXHIBIT 1

**From:** Michael Ayres <Michael.Ayres@equiti.com>
**Sent:** Tuesday, September 17, 2019 9:56 PM
**To:** Mario Camara <Mario.Camara@equiti.com>; Felder, Jeffrey D <felderj@SEC.GOV>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Hi Jeff,

As per mail from Mario below, I am attaching high level report on the CCY Exposures and Equity snapshot of each account Blue Isle Markets holds with both Equiti Capital UK and Equiti AM.

I have added a summary of actions taken so far, along with the proposed process for us executing a full closure of open positions, should this be required.

Thanks
Mike



**Michael Ayres**
Chief Operating Officer

+442034112657

69 Wilson Street, London, EC2A 2BB, United Kingdom



Retail clients:
CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage. **63.59 % of retail investor accounts lose money when trading CFDs with this provider**. You should consider whether you understand how CFDs work and whether you can afford to take the high risk of losing your money.

Professional clients:
CFDs are complex leveraged products and can result in significant loss potentially in excess of your investment.

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the recipient individual or entity designated above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail or have otherwise received this e-mail in error, please delete this e-mail immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

Equiti Capital and Equiti UK are registered trading names of Equiti Capital UK Limited which is authorised and regulated by the Financial Conduct Authority (Firm Reference No 528328).

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** 17 September 2019 16:24
**To:** Felder, Jeffrey D <felderj@SEC.GOV>; Michael Ayres <Michael.Ayres@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Hi Jeff,

I have passed the request to our operations officer, Michael Ayres, to confirm the consolidated amounts with both Equiti Capital UK Ltd. and Equiti AM.  @Michael Ayres can you please include such numbers in the report you are preparing?

3

I can confirm that so far, after discussing the matter with Equiti UK's board, we have implemented the following action plan:

1. All accounts under BI entities have been frozen to prevent any funds being withdrawn;
2. All BI accounts have been placed as "close only" so that no additional risk can be taken on existing funds and exposures can be reduced;
3. Mike Ayres, our head of risk and group chief operations officer, is preparing a statement of BI open positions and possible actions to close them in an orderly fashion as closing them immediately could result in dissipation of account value.

Please confirm if you agree with this action plan or instruct how it should be amended.

Also please be aware that earlier this month we received the two withdrawal orders below from Blue Isle:

| Date | Transfer | Trading Account | Amount |
|---|---|---|---|
| 13/09/2019 13:03 | Withdrawal Global Fidelity Bank LTD | 70160 | 500,000.00 USD |
| 05/09/2019 03:39 | Withdrawal Global Fidelity Bank LTD | 70160 | 116,221.00 USD |

Best regards,

Mario



**Mario Camara**
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates

   

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

---

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Tuesday, September 17, 2019 6:49 PM
**To:** Mario Camara <Mario.Camara@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Mr. Camara:

Thank you for your response and implementation of the freeze. We would appreciate it if you could confirm the amount frozen with Equiti Capital UK Ltd.

Best regards,
Jeff

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107
felderj@sec.gov

---

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** Tuesday, September 17, 2019 2:05 AM
**To:** Felder, Jeffrey D <felderj@SEC.GOV>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; UKFCAInternationalRequests@fca.org.uk; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Felder,

I have received both your email below and the following one containing the password.

I confirm the successful reception of both Ms. Frederick's letter and the asset freeze order on Civil Action No. 1:19-cv-02594-RM on behalf of Equiti Capital UK Ltd.

We will comply immediately with such order and await further instructions.

Best regards,
Mario A. Camara

**Blue Isle – CCY Pair Exposures**                                            16:14 BST    17.09.2019

Aggregated Net Open Positions across all Blue Isle Markets accounts under both Equiti Capital UK Ltd and Equiti AM:

*MT4 CCY Pair Symbols exposure*:

| MT4 Symbol | MT4 |
|---|---:|
| AUDCHF | 39,000.00 |
| AUDJPY | 634,000.00 |
| AUDUSD | 3,019,000.00 |
| CADJPY | - |
| CHFJPY | 2,737,000.00 |
| EURAUD | (48,000.00) |
| EURCHF | - |
| EURJPY | 23,547,000.00 |
| EURUSD | 7,812,000.00 |
| GBPAUD | (22,000.00) |
| GBPCHF | |
| GBPJPY | (163,000.00) |
| GBPUSD | 10,571,000.00 |
| NZDJPY | 492,000.00 |
| NZDUSD | 8,047,000.00 |
| USDCAD | (871,000.00) |
| USDCHF | 1,000.00 |
| USDJPY | (262,000.00) |
| XAUUSD | (40.00) |

**Actions Taken**

1. **MT4 Platform Close-Only** – We have set the specific platform symbol set that the client trades on to close-only. This means they can attempt to close open positions on a CCY Pair basis still
2. **FIX API Close-Only** – we have also set the FIX API Account to have a NOP of 0. This effectively works to only allow the client to reduce their risk exposure via the FIX API Trading connection
3. **XCORE NOP Limit** – Xcore NOP Limit has been set to $1m. This means that the client can reduce their overall NOP exposures (at time of writing $60m NOP across all accounts) to reduce their risk positions but not increase. We set $1m as a buffer to allow for cross currency conversion rate variances.

**Process for Position closures (not actioned yet):**

1. **Blue Isle Markets Accounts** – Equiti Capital UK and Equiti AM will close the clients open positions directly on the client terminal which feeds trades automatically through to our liquidity providers. We will execute in small ticket sizes and close any offsetting positions

between accounts based on CCY Pair, or where application single CCY netting. This will reduce the overall equity impact and reduce market impact on closure of any positions feeding into the FX Market.
2. **Once (1) is complete** – The next step would be to remove give-up rules from the PAMM accounts that Blue Isle Markets uses and then have Equiti US (as they provide the White Label Service to Blue Isle Markets) go into the PAMM account and close the open positions using a pre-defined manager in order to not duplicate the trades being sent to Equiti Capital UK or Equiti AM (as the liquidity provider).

The reason for (2) above is that Blue Isle use the WL service independently of Equiti Capital UK and Equiti AM. The steps taken in (1) will not feed the trades 'upstream' to the PAMM accounts that Blue Isle uses to trade. This are serviced via Equiti US.

**The result of both points above will be that all open positions are closed, and any open profit/loss will be crystallised into the respective accounts.**

An important point to note is that whilst the Process for Position closures has not been actioned there is an exposure that remains open based on the ccy pair positions the client had open ($60m NOP). These positions can therefore fluctuate in their value and the overall equity on the clients' accounts can increase/decrease.

Below is table of client equity per account, per entity:

| Entity | MT4 Login | Name | Equity |
| --- | --- | --- | --- |
| Equiti Capital UK Ltd | 70160 | Blue Isle Markets | 10,710,808.00 |
| Equiti Capital UK Ltd | 70255 | Blue Isle Markets | 18,585.00 |
| Equiti Capital UK Ltd | 70167 | Blue Isle Markets - (EUR) | 1,422,944.60 |
| Equiti Capital UK Ltd | 70166 | Blue Isle Markets - (GBP) | 757,485.00 |
| Equiti AM | 80013 | Blue Isle Markets Inc | - 3,087,050.00 |
| Consolidated Group | | | **9,822,775.60** |

Total Equity stands at **$9,822,722.60**