# EXHIBIT 2

| | |
|---|---|
| **From:** | Michael Ayres <Michael.Ayres@equiti.com> |
| **Sent:** | Monday, September 23, 2019 10:01 AM |
| **To:** | Mario Camara; Felder, Jeffrey D; Armstrong, Celyn |
| **Cc:** | Frederick, Kimberly; Olson, Marianne; Kartzman, Bonnie; Isabelle.Westbury@fca.org.uk; Brian Myers; Judita Simkeviciute; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury'; Dan Turner (Enf); McKenna, Stephen C.; Williams, Mark L; Bračković, Marija; Shuhaibar, Ghassan; Henkin, Douglas W. |
| **Subject:** | RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado) |
| **Attachments:** | Blue Isle Markets Report - (3) 23.09.2019.docx |

Hi Jeff,

Following on from our call last week I've organised the attached report.

It covers off the items we discussed on the call:

1) Swap Charges
2) Spread Capture on closing legs

I've also updated the following:

1) Equity Breakdown Table (18th/19th/20th)
2) EOD NOP Tables (18th/19th/20th)

<u>I'd like to highlight again that whilst positions remain open the clients equity is susceptible to market fluctuations and therefore their equity can both increase and decrease in value.</u>

Any questions, let me know.

Thanks
Mike



**Michael Ayres**
Chief Operating Officer

📞 +442034112657

📍 69 Wilson Street, London, EC2A 2BB, United Kingdom

1



Retail clients:
CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage. **63.59 % of retail investor accounts lose money when trading CFDs with this provider**. You should consider whether you understand how CFDs work and whether you can afford to take the high risk of losing your money.

Professional clients:
CFDs are complex leveraged products and can result in significant loss potentially in excess of your investment.

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the recipient individual or entity designated above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail or have otherwise received this e-mail in error, please delete this e-mail immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

Equiti Capital and Equiti UK are registered trading names of Equiti Capital UK Limited which is authorised and regulated by the Financial Conduct Authority (Firm Reference No 528328).

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** 19 September 2019 06:08
**To:** Felder, Jeffrey D <felderj@SEC.GOV>; Armstrong, Celyn <Celyn.Armstrong@dentons.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>; Bračković, Marija <Marija.Brackovic@dentons.com>; Shuhaibar, Ghassan <g.shuhaibar@dentons.com>; Henkin, Douglas W. <douglas.henkin@dentons.com>; Michael Ayres <Michael.Ayres@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Hi Jeff,

Yes your assumption below is correct; Dentons is our group's external counsel firm and we have engaged Dentons London and New York to advise us on this matter.

Kind regards,

Mario



Mario Camara
Global Head of Legal & Compliance

📞 +971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates



The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Thursday, September 19, 2019 2:59 AM
**To:** Armstrong, Celyn <Celyn.Armstrong@dentons.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>; Bračković, Marija <Marija.Brackovic@dentons.com>; Shuhaibar, Ghassan <g.shuhaibar@dentons.com>; Henkin, Douglas W. <douglas.henkin@dentons.com>; Mario Camara <Mario.Camara@equiti.com>; Michael Ayres <Michael.Ayres@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Celyn,

Certainly, the call in information is below.  Just to be clear, I assume Dentons is representing Equiti Capital UK and Equiti Armenia CJSC?


If calling from U.S:  Please dial 888-331-6674 (Toll Free).  Then enter the access code 551-4824.

If calling from UK, please dial 0808-234-0708 (Toll Free).  Then enter the access code 551-4824.

If calling from Dubai, please dial +1-312-777-1452 (US Caller Paid).  Then enter the access code 551-4824.

Thanks,
Jeff

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107

felderj@sec.gov

---

**From:** Armstrong, Celyn <Celyn.Armstrong@dentons.com>
**Sent:** Wednesday, September 18, 2019 2:52 PM
**To:** Felder, Jeffrey D <felderj@SEC.GOV>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>; Bračković, Marija <Marija.Brackovic@dentons.com>; Shuhaibar, Ghassan <g.shuhaibar@dentons.com>; Henkin, Douglas W. <douglas.henkin@dentons.com>; Mario Camara <Mario.Camara@equiti.com>; Michael Ayres <Michael.Ayres@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Jeff,

Please could you include Doug Henkin (now cc'd) on the conference call invitation?

Many thanks.

Kind regards

Celyn



**Celyn Armstrong**
Partner

D +44 20 7246 7174   |   M +44 7917 751622
celyn.armstrong@dentons.com
Website

Dentons UK and Middle East LLP
One Fleet Place, London, EC4M 7WS

Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

4

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Unless we state otherwise, our emails are confidential and may be protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures.

Dentons UK and Middle East LLP is a limited liability partnership registered in England and Wales under no. OC322045. It is authorised and regulated by the Solicitors Regulation Authority and the Law Society of Scotland. A list of its members is open for inspection at its registered office: One Fleet Place, London EC4M 7WS. Any reference to a "partner" means a person who is a partner, member, consultant or employee with equivalent standing and qualifications in one of Dentons' affiliates.  Please see dentons.com for Legal Notices.

2010-EX#R

**From:** Mario Camara [mailto:Mario.Camara@equiti.com]
**Sent:** 18 September 2019 15:40
**To:** Felder, Jeffrey D; Michael Ayres
**Cc:** Frederick, Kimberly; Olson, Marianne; Kartzman, Bonnie; Isabelle.Westbury@fca.org.uk; Brian Myers; Judita Simkeviciute; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury'; Dan Turner (Enf); Armstrong, Celyn; McKenna, Stephen C.; Williams, Mark L; Bračković, Marija; Shuhaibar, Ghassan
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Thank you so much Jeff.

We will have people in New York, London and Dubai joining the call tomorrow.

Kind regards,

Mario

**Mario Camara**
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Wednesday, September 18, 2019 5:39 PM
**To:** Mario Camara <Mario.Camara@equiti.com>; Michael Ayres <Michael.Ayres@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Mario,

1500 London time tomorrow, September 19 works well for us.  If you can provide the locations of the call participants, we will send conference numbers that should work for all participants.

Best,
Jeff

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107
felderj@sec.gov

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** Wednesday, September 18, 2019 5:45 AM
**To:** Felder, Jeffrey D <felderj@SEC.GOV>; Michael Ayres <Michael.Ayres@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Jeff,

Thank you for the response below.

Would you mind delaying the call to the 1500 London time tomorrow Thursday September 19th?

We need to organize matters with entities across various time zones, which we are not likely to achieve until end of day today.

Kind regards,

Mario

Mario Camara
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Wednesday, September 18, 2019 3:26 AM
**To:** Michael Ayres <Michael.Ayres@equiti.com>; Mario Camara <Mario.Camara@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>; McKenna, Stephen C. <McKennaS@SEC.GOV>; Williams, Mark L <williamsml@SEC.GOV>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Mario and Mike,

Thanks again for your email and the implementation of the freeze. With respect to closing out certain positions, we are unable to provide you advice or guidance aside from directing you to the Asset Freeze Order we previously provided. The Order prohibits "the withdrawal, removal, transfer or other disposal of" Defendants' funds and assets.

We are willing to seek guidance from the District Court judge presiding over this matter if you'd like additional information, but in order to do so we will need some more information from you. Are you available for a call tomorrow (September 18th) at either 8:00 or 9:00 am (Denver)/3:00 or 4:00 pm (London) to discuss? If that time does not work, please propose another time after 3:00 pm (London) tomorrow that works for you.

Best,
Jeff

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107
felderj@sec.gov

**From:** Michael Ayres <Michael.Ayres@equiti.com>
**Sent:** Tuesday, September 17, 2019 11:56 AM
**To:** Mario Camara <Mario.Camara@equiti.com>; Felder, Jeffrey D <felderj@SEC.GOV>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>; Dan Turner (Enf) <Dan.Turner@fca.org.uk>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jeff,

As per mail from Mario below, I am attaching high level report on the CCY Exposures and Equity snapshot of each account Blue Isle Markets holds with both Equiti Capital UK and Equiti AM.

I have added a summary of actions taken so far, along with the proposed process for us executing a full closure of open positions, should this be required.

Thanks
Mike

**Michael Ayres**
Chief Operating Officer

+442034112657

69 Wilson Street, London, EC2A 2BB, United Kingdom

Retail clients:
CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage. **63.59 % of retail investor accounts lose money when trading CFDs with this provider**. You should consider whether you understand how CFDs work and whether you can afford to take the high risk of losing your money.

Professional clients:
CFDs are complex leveraged products and can result in significant loss potentially in excess of your investment.

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the recipient individual or entity designated above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail or have otherwise received this e-mail in error, please delete this e-mail immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

Equiti Capital and Equiti UK are registered trading names of Equiti Capital UK Limited which is authorised and regulated by the Financial Conduct Authority (Firm Reference No 528328).

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** 17 September 2019 16:24
**To:** Felder, Jeffrey D <felderj@SEC.GOV>; Michael Ayres <Michael.Ayres@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>; Judita Simkeviciute <Judita.Simkeviciute@equiti.com>; Clyde.Marklew@sfo.gsi.gov.uk; 'Isabelle Westbury' <Isabelle.Westbury@fca.org.uk>;

9

Dan Turner (Enf) <Dan.Turner@fca.org.uk>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Hi Jeff,

I have passed the request to our operations officer, Michael Ayres, to confirm the consolidated amounts with both Equiti Capital UK Ltd. and Equiti AM.  @Michael Ayres can you please include such numbers in the report you are preparing?

I can confirm that so far, after discussing the matter with Equiti UK's board, we have implemented the following action plan:

1. All accounts under BI entities have been frozen to prevent any funds being withdrawn;

2. All BI accounts have been placed as "close only" so that no additional risk can be taken on existing funds and exposures can be reduced;

3. Mike Ayres, our head of risk and group chief operations officer, is preparing a statement of BI open positions and possible actions to close them in an orderly fashion as closing them immediately could result in dissipation of account value.

Please confirm if you agree with this action plan or instruct how it should be amended.

Also please be aware that earlier this month we received the two withdrawal orders below from Blue Isle:

| Date | Transfer | Trading Account | Amount |
|---|---|---|---|
| 13/09/2019 13:03 | Withdrawal Global Fidelity Bank LTD | 70160 | 500,000.00 USD |
| 05/09/2019 03:39 | Withdrawal Global Fidelity Bank LTD | 70160 | 116,221.00 USD |

Best regards,

Mario

**Mario Camara**
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates



The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Tuesday, September 17, 2019 6:49 PM
**To:** Mario Camara <Mario.Camara@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Mr. Camara:

Thank you for your response and implementation of the freeze.  We would appreciate it if you could confirm the amount frozen with Equiti Capital UK Ltd.

Best regards,
Jeff

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107
felderj@sec.gov

**From:** Mario Camara <Mario.Camara@equiti.com>
**Sent:** Tuesday, September 17, 2019 2:05 AM
**To:** Felder, Jeffrey D <felderj@SEC.GOV>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie

<KartzmanB@SEC.GOV>; UKFCAInternationalRequests@fca.org.uk; Isabelle.Westbury@fca.org.uk; Brian Myers <Brian.Myers@equiti.com>
**Subject:** RE: URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Felder,

I have received both your email below and the following one containing the password.

I confirm the successful reception of both Ms. Frederick's letter and the asset freeze order on Civil Action No. 1:19-cv-02594-RM on behalf of Equiti Capital UK Ltd.

We will comply immediately with such order and await further instructions.

Best regards,
Mario A. Camara

Mario Camara
Global Head of Legal & Compliance

+971 4 523 2814

Office 33B, AU Gold Tower, Cluster I, JLT, Dubai, , United Arab Emirates

The information contained in and transmitted with this e-mail message is confidential and may be privileged. It is intended only for the individual or entity addressed above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorised and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately. Unauthorised interception or use of this e-mail or the information contained therein may be a violation of law.

EGM Futures DMCC Ltd. is registered in the Dubai Multi Commodities Centre (license no. 31573) and is a member of the Dubai Gold and Commodities Exchange and licensed by the UAE Securities and Commodities Authority (license no. 607136).

Futures Contracts in currency pairs, commodities and indices are complex financial products which carry risk of loss to your investment. You should seek professional advice before investing.

Margined FX & Contracts for Difference are complex leveraged products which incur a high level of risk and can result in the loss of all your invested capital; we recommend you seek independent financial advice.

---

**From:** Felder, Jeffrey D <felderj@SEC.GOV>
**Sent:** Tuesday, September 17, 2019 12:29 AM
**To:** Mario Camara <Mario.Camara@equiti.com>
**Cc:** Frederick, Kimberly <FrederickK@SEC.GOV>; Olson, Marianne <OlsonM@SEC.GOV>; Kartzman, Bonnie <KartzmanB@SEC.GOV>; UKFCAInternationalRequests@fca.org.uk; Isabelle.Westbury@fca.org.uk
**Subject:** [WARNING: MESSAGE ENCRYPTED][WARNING: MESSAGE ENCRYPTED]URGENT Notice Relating to U.S. Securities and Exchange Commission case No. 19-cv-02594-RM (U.S. District Court for the District of Colorado)

Dear Mr. Camara:

Attached is a letter regarding certain accounts held at Equiti Capital UK Ltd.  The SEC has obtained an order in a U.S. court prohibiting certain entities and individuals identified in the letter and the attached order from taking certain actions with respect to their bank and brokerage accounts, which includes one or more accounts at Equiti Capital UK Ltd.  We appreciate your cooperation with our request.  A password to access the two attached documents will be sent via separate email.

Best regards,
Jeff Felder

**Jeffrey D. Felder**
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
tel: 303.844.1107
felderj@sec.gov

**Blue Isle Markets – Document 23.09.2019**

1) **Current Positions Open across all Blue Isle Markets accounts under both Equiti Capital UK Ltd and Equiti AM** *(negative values in the 3 Currency Pair position tables below represent a short position; positive values represent a long position)*

| Wed 18th | | Thur 19th | | Fri 20th | |
|---|---:|---|---:|---|---:|
| AUDCHFm | 39,000.00 | AUDCHFm | 39,000.00 | AUDCHFm | 39,000.00 |
| AUDJPYm | 634,000.00 | AUDJPYm | 634,000.00 | AUDJPYm | 634,000.00 |
| AUDUSDm | 3,019,000.00 | AUDUSDm | 3,019,000.00 | AUDUSDm | 3,019,000.00 |
| CHFJPYm | 2,737,000.00 | CHFJPYm | 2,737,000.00 | CHFJPYm | 2,737,000.00 |
| EURAUDm | -48,000.00 | EURAUDm | -48,000.00 | EURAUDm | -48,000.00 |
| EURJPYm | 12,947,000.00 | EURJPYm | 12,947,000.00 | EURJPYm | 12,947,000.00 |
| EURJPYn | 10,600,000.00 | EURJPYn | 10,600,000.00 | EURJPYn | 0.00 |
| EURUSDm | 20,648,000.00 | EURUSDm | 20,648,000.00 | EURUSDm | 20,648,000.00 |
| EURUSDn | -12,836,000.00 | EURUSDn | -12,836,000.00 | EURUSDn | -12,836,000.00 |
| GBPAUDm | -22,000.00 | GBPAUDm | -22,000.00 | GBPAUDm | -22,000.00 |
| GBPJPYm | -163,000.00 | GBPJPYm | -163,000.00 | GBPJPYm | -163,000.00 |
| GBPUSDm | 10,571,000.00 | GBPUSDm | 10,571,000.00 | GBPUSDm | 10,571,000.00 |
| NZDJPYm | 492,000.00 | NZDJPYm | 492,000.00 | NZDJPYm | 492,000.00 |
| NZDUSDm | 8,047,000.00 | NZDUSDm | 8,047,000.00 | NZDUSDm | 8,047,000.00 |
| USDCADm | -871,000.00 | USDCADm | -871,000.00 | USDCADm | -871,000.00 |
| USDCHFm | 1,000.00 | USDCHFm | 1,000.00 | USDCHFm | 1,000.00 |
| USDJPYm | -262,000.00 | USDJPYm | -262,000.00 | USDJPYm | -262,000.00 |
| XAUUSDm | -40 | XAUUSDm | -40 | XAUUSDm | -40 |

EURJPYn closed on trade date Thursday 19th September

2) **Current Equity Table:**

| | | | Equity ($) | | |
|---|---|---|---|---|---|
| **Entity** | MT4 Login | Name | 18/09/2019 | 19/09/2019 | 20/09/2019 |
| Equiti Capital UK Ltd | 70160 | Blue Isle Markets | 10,740,595.63 | 10,685,797.54 | 10,647,597.10 |
| Equiti Capital UK Ltd | 70255 | Blue Isle Markets | 18,538.91 | 18,583.46 | 18,519.48 |
| Equiti Capital UK Ltd | 70167 | Blue Isle Markets - (EUR) | 1,361,832.96 | 1,359,990.10 | 1,316,894.69 |
| Equiti Capital UK Ltd | 70166 | Blue Isle Markets - (GBP) | 745,781.92 | 744,014.29 | 734,068.78 |
| Equiti AM | 80013 | Blue Isle Markets Inc | -3,194,704.04 | -3,179,095.18 | -3,314,113.00 |
| **Consolidated Group** | | | **9,672,045.38** | **9,629,290.21** | **9,402,967.05** |

Note: positive values represent positive equity; negative values represent negative equity and a deficit due to be cross-settled between Equiti Capital UK and Equiti AM Trading Accounts.

14

3) **End of Date Swap Charges**

|       | Swap ($)   |
|-------|------------|
| Weds  | -11,072.50 |
| Thurs | -2,786.24  |
| Fri   | -2,565.34  |

*Wednesday is a 3-day roll charge based on the value dates for spot as we move positions from Value Friday to Monday. Moving from T+1 (Friday) to T+2 (Monday)
These values are historical values and give an indicative rate for forward rates but the values can fluctuate.*

*\*\* -    FOMC was also on Wednesday, and the rumours surrounding interest rate changes was causing volatility in the USD swap markets.*

*-    There was also a JPY holiday, resulting in a 4 day roll on Wednesday and a zero day roll on Friday.*

The above reasons outline why the Wednesday value is higher than Thursday and Friday.

4) **Equiti Group Spread Revenue upon closure of Open Positions:**

~$2k Revenue

*This would be applied if Equiti were to close the open positions on the clients' accounts. This spread revenue is already embedded with the price the client sees on their platform (i.e., it was factored into the positions when they were opened and applied to the marked-to-market rate the client sees on their platform/statements).*

15