# EXHIBIT 3



# SERVICE LEVEL AGREEMENT

**BETWEEN**

**(1) DIVISA UK LIMITED**

*Version: 4.3 dated 22/05/2018*

**AND**

**(2) DIVISA AM CJSC**

---

**AGREEMENT FOR OUTSOURCING SERVICES FOR CLIENT MANAGEMENT, TRADING, INFORMATION TECHNOLOGY, FINANCE AND OPERATIONS,SUPPORT.**

---

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.



divisacapital

CONTENTS

1 DEFINITIONS: ........ 4

2 COMMENCEMENT AND DURATION ........ 6

3 APPOINTMENT ........ 7

4 TERMS RELATING TO THE SERVICES ........ 7

5 GENERAL WARRANTIES AND REPRESENTATIONS ........ 8

6 LIABILITY OF DIVISA AM ........ 9

7 CHARGING AND INVOICING ........ 9

8 AUDITS ........ 9

9 DATA PROTECTION ........ 10

10 ANTI-BRIBERY ........ 11

11 FORCE MAJEURE ........ 11

12 ASSIGNMENT AND OTHER DEALINGS ........ 12

13 CONFIDENTIALITY ........ 12

14 TERMINATION ........ 12

15 ENTIRE AGREEMENT ........ 13

16 CONFLICT ........ 13

17 VARIATION ........ 13

18 WAIVER ........ 13

19 RIGHTS AND REMEDIES ........ 13

20 SEVERANCE ........ 13

21 NOTICES ........ 14

22 COUNTERPARTS ........ 14

23 THIRD PARTY RIGHTS ........ 14

24 GOVERNING LAW ........ 14

25 JURISDICTION ........ 15

SCHEDULE 1 CHARGES ........ 16

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 2 of 16



divisacapital

**Details**

**Parties:**

| Name: | **Divisa UK Limited** |
|---|---|
| Address: | 14 King Street, London EC2CV 8EA |
| Telephone: | +44(0)203 519 8294 |
| Email: | support@divisa.co.uk |

| Name: | **Divisa AM CJSC** |
|---|---|
| Address: | 5 Baghramyan Str. #11, Yerevan 0019, Republic of Armenia |
| Telephone: | +374 1058 0970 |
| Email: | support@divisa.am |

divisacapital

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 3 of 16



divisacapital

## Terms

**This Agreement is made on 22ND day of May 2018**

**PARTIES**

(1) **DIVISA UK Ltd.** Incorporated and registered in London under Companies House Number 07216039 whose registered office is at 69 Wilson Street, London EC2A 2BB, United Kingdom **("Divisa UK");** and

(2) **DIVISA AM CJSC.** incorporated and registered in the Republic of Armenia under registration number 11 as of July 10, 2012 with Taxpayer ID. 02609576whose registered office is at 11-Bldng. 5, Baghramyan Kentron ("**Divisa AM**").

**BACKGROUND**

(A) Divisa UK is authorised and regulated by the UK Financial Conduct Authority. Its permissions include arranging deals in investments, arranging safeguarding and administration of assets, with a view to transactions in derivatives investments for retail, professional and counterparty clients within the UK and other EEA member states as a matched principal.

(B) Divisa AM is licensed as an Investment Services provider by the Central Bank of the Republic of Armenia under authorization dated 22.09.2015.

(C) Divisa AM wishes to outsource certain activities and services to Divisa UK for the management of trading activities and related services.

(D) Divisa UK wishes to accept the above mentioned outsourced appointment from Divisa AM on the terms of this Agreement.

(E) Divisa AM has conducted due diligence on Divisa UK prior to entering into the service agreement with Divisa AM on 17 February 2017 (**Previous Agreement**). This Agreement takes precedent to the Previous Agreement and replaces the Previous Agreement in its entirety.

**NOW THEREFORE, IT IS AGREED AS FOLLOWS**

## 1. Definitions and Interpretation

**1.1 Definitions:** The following definitions and rules of interpretation apply in this Agreement.

**Business Day** a Day other than a Saturday, Sunday or public holiday in England when banks in London are generally open for business;

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 4 of 16

AR

divisacapital

| | |
|---|---|
| **Services** | as defined in Clause 3; |
| **CBA** | the Central Bank of Armenia |
| **Clients** | clients of Divisa AM; |
| **Commencement Date** | as defined in Clause ~~**Error! Reference source not found.**~~ 2.1 MA AR; |
| **Confidential Information** | all confidential information however disclosed or recorded which shall include information which is marked or described as confidential or which is otherwise clearly confidential in nature or should reasonably be recognised by the receiving party as being confidential in nature; |
| **Data Controller** | has the meaning set out in section 1(1) of the Data Protection Act 1998 (**DPA**) or any applicable superseding legislation; |
| **Data Processor** | has the meaning set out in section 1(1) of the DPA or any applicable superseding legislation; |
| **Day** | a period of 24 consecutive hours ending at 12.00 midnight in London; |
| **FCA** | the UK Financial Conduct Authority; |
| **FCA Rules** | the FCA's handbook of rules and guidance together with the Financial Services and Markets Act 2000; |
| **Loss** | any liabilities, costs, expenses, damages, taxes and penalties suffered; |
| **Money Laundering Directive** | The Third Anti-Money Laundering Directive (Directive 2005/60/EC) as amended from time to time; |
| **month** | a calendar month; |
| **Personal Data** | has the meaning set out in section 1(1) of the DPA or any applicable superseding legislation; |
| **Personnel** | shall mean any staff (including temporary, casual and unpaid workers) and sub-contractors employed or appointed by the Data Processor; |
| **Regulations** | The Money Laundering Regulations 2007; |
| **Relevant Law** | The FCA Rules together with the Regulations, the Money Laundering Directive, the Terrorism Act 2000, the Anti-terrorism, Crime and |

AR
MA

Security Act 2001 and the Proceeds of Crime Act 2002 as amended from time to time;

**Verifying** means verifying the Client's identity against documents, data or information obtained from a reliable and independent source.

**1.2** **Interpretation:** In this Agreement, headings are for convenience only and so not affect the interpretation of this Agreement, unless the context otherwise requires:

1.2.1 Clause, Schedule and paragraph headings shall not affect the interpretation of this Agreement.

1.2.2 A person includes a natural person, corporate or unincorporated body (whether or not having separate legal personality).

1.2.3 The Schedules form part of this Agreement and shall have effect as if set out in full in the body of this Agreement. Any reference to "this Agreement" includes the Schedules.

1.2.4 Unless the context otherwise requires, words in the singular shall include the plural and in the plural, shall include the singular.

1.2.5 This Agreement shall be binding on, and enure to the benefit of, the parties to this Agreement and their respective successors and permitted assigns, and references to any party shall include that party's successors and permitted assigns.

1.2.6 A reference to a statute or statutory provision is a reference to it as amended, extended or re-enacted from time to time.

1.2.7 A reference to a statute or statutory provision shall include all subordinate legislation made from time to time under that statute or statutory provision.

1.2.8 A reference to writing or written includes fax but not email.

1.2.9 Any obligation on a party not to do something includes an obligation not to allow that thing to be done.

1.2.10 Any words following the terms including, include, in particular, for example or any similar expression shall be construed as illustrative and shall not limit the sense of the words, description, definition, phrase or term preceding those terms.

## 2. Commencement and Duration

**2.1** This Agreement shall be valid as of 1st November 2017 (**Commencement Date**) whereby the Previous Agreement is considered substituted hereby in its entirety, and shall continue for a period of five years (**Initial Term**) unless terminated in accordance with clause ~~**Error! Reference source not found.**~~ 14. M.A. AR

**2.2** At the end of the Initial Term, the Agreement shall renew for two-year renewable periods unless terminated in accordance with clause 14.

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

AR

MA



## 3. Appointment

**3.1** Divisa AM appoints Divisa UK to carry the "Services", as set out below, on the terms of this Agreement and Divisa UK agrees to meet or exceed the below service levels at all times for the duration of this Agreement:

| Service | Service level target |
|---|---|
| Trading Desk | Assisting in the reception, execution and confirmation of trades received from Divisa AM or Divisa AM's underlying customers through the MT4 trading platform, telephone or email. |
| IT Support | Providing connectivity, software and hardware support services for the normal operation of Divisa AM, including the correct operation of the MT4 platform and reporting services attached thereto. |
| Operations | Conduct all operational duties as soon as reasonably possible including margin calculation, risk management, margin calls, liquidity provision and liquidity management. |
| Finance | Providing support in terms of accountancy and finance for Divisa AM, local finance team supports Divisa and its CFO in terms of budgeting, financial forecasting, P&L and cost calculations across both companies.<br>Providing these services daily, regularly and as when required by the business. |
| Marketing | Acting as marketing agent providing all marketing support, liaising with PR agencies, advertising companies and all online or offline marketing agencies externally to provide full marketing service for Divisa AM including advertising, seminars, forums...etc. Using internal resources to provide market research, analysis, reports and updates.<br>Providing these services daily, regularly and as when required by the business. |

**3.2** Divisa UK acknowledges that Divisa AM intends to rely on the Services carried out by Divisa UK for the purposes of CBA Regulation and consents to such reliance by Divisa AM.

## 4. Terms Relating to the Services Obligations

**4.1** Divisa UK shall use reasonable endeavours to carry out the Services in a timely manner.

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

AB



divisacapital

**4.2** Divisa UK agrees to retain for six years from the date on which the Services are carried out in and to provide to Divisa AM any records necessary for their presentation to the CBA or any other relevant authority as soon as reasonably practicable on Divisa AM's request:

**4.3** Divisa AM represents and warrants in relation to the outsourcing of the Services that:

4.3.1 any changes to Relevant Law relating to the provision of margin/credit in the Republic of Armenia will be notified to Divisa UK in a timely manner and on a regular basis;

4.3.2 the outsourcing of the Services will not impair Divisa AM's ability to comply with its obligations under CBA Rules; and

4.3.3 the outsourcing of the Services does not represent a delegation of responsibility by senior personnel of Divisa AM.

**4.4** Divisa UK will allow Divisa AM to assess the standard of its performance and will permit Divisa AM to take appropriate action following such assessment if Divisa AM considers that Divisa UK is not carrying out its functions effectively to allow Divisa AM to comply with Relevant Law or CBA regulations.

**4.5** Divisa UK will disclose to Divisa AM any development that may have a material impact on its ability to carry out the Services effectively and in compliance with Relevant Law binding on Divisa AM.

**4.6** Divisa AM shall, notwithstanding the delegation to Divisa UK, remain responsible for the CS/AO and Risk Management Services under Relevant Law.

**4.7** Divisa AM and Divisa UK shall implement and maintain a contingency plan for disaster recovery and periodic testing of back-up facilities for the Services where necessary.

## 5. General Warranties and Representations

**5.1** Each party warrants, represents and undertakes that:

5.1.1 it has full capacity and authority to enter into and to perform this Agreement;

5.1.2 this Agreement is executed by a duly authorised representative of that party;

5.1.3 there are no actions, suits or proceedings or regulatory investigations pending to, to that party's knowledge, threatened against or affecting that party before any court or administrative body or arbitration tribunal that might affect the ability of that party to meet and carry out its obligations under this Agreement; and

5.1.4 once duly executed, this Agreement will constitute its legal, valid and binding obligations.

**5.2** Divisa UK undertakes, warrants and represents on an on-going basis that:

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **8** of **16**



5.2.1 it is a credit or financial institution subject to mandatory professional registration recognised by law and subject to requirements equivalent to those laid down in the Money Laundering Directive and supervised for compliance with those requirements in a manner equivalent to Section 2 of Chapter V of the Money Laundering Directive;

5.2.2 it has the ability and capacity to perform the Services reliably and professionally;

5.2.3 it will properly supervise the carrying out of the Services and manage risks associated with the CS/AO Services, including margin control and servicing and fund allocation for risk management and collateral use;

5.2.4 it will retain the necessary expertise to supervise the Services effectively and manage the risks associated with it carrying on the Services;

5.2.5 it will co-operate with the CBA in connection with any enquiries relating to the Services; and

5.2.6 it will allow Divisa AM, its auditors and (when required by the CBA or the FCA) the CBA effective access to data relating to the Services.

## 6. Liability of Divisa UK

Divisa UK shall be liable for and shall indemnify the Divisa AM for any loss, liability, costs (including reasonable legal costs), damages or expenses arising from any breach by Divisa UK of the terms of this Agreement including any negligent or reckless act, omission or default in the provision of the Services.

## 7. Charging and Invoicing

In consideration of the provision of the Services, Divisa AM shall pay the service charges (**Service Charges**) to Divisa UK in accordance with ~~**Error! Reference source not found.**~~ Schedule 1. M.A. AR

## 8. Audits

**8.1** Di visa UK shall allow Divisa AM to access any of its premises, personnel and relevant records as may be reasonably required in order to:

8.1.1 fulfil any legally enforceable request by the CBA;

8.1.2 allow Divisa AM to fulfil its obligations under CBA Rules.

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 9 of 16

AL



divisacapital

**8.2** Divisa AM shall use its reasonable endeavours to ensure that the conduct of each audit does not unreasonably disrupt Divisa UK or delay the provision of the Services by Divisa UK and that, where possible, individual audits are co-ordinated with each other to minimise any disruption.

**8.3** Subject to Divisa AM's obligations of confidentiality, Divisa UK shall provide Divisa AM (and its auditors and other advisers) with all reasonable co-operation, access and assistance in relation to each audit.

## 9. Data Protection

**9.1** Insofar as Divisa UK processes any Personal Data relating to the Clients of Divisa AM, it is agreed that Divisa AM is the Data Controller and Divisa UK is the Data Processor and Divisa UK shall:

9.1.1 process the personal data only for the purposes of performing this Agreement and only in accordance with instructions contained in this Agreement or received from Divisa AM from time to time;

9.1.2 not otherwise modify, amend or alter the contents of the Personal Data or disclose or permit the disclosure of the Personal Data to any third party unless specifically authorised in writing by Divisa AM;

9.1.3 promptly comply with any request from Divisa AM requiring Divisa UK to amend, transfer or permanently delete the Personal Data

9.1.4 at Divisa AM's request, provide to Divisa AM a copy of all Personal Data held by it and on the media reasonable specified by Divisa AM;

9.1.5 at all times comply with the provisions of the Seventh Data Protection Principle set out in the Data Protection Act 1998 and in so doing, provide a written description of the technical and organisational methods employed by Divisa UK for processing Personal Data (within the timescales required by Divisa AM) and implement appropriate technical and organisational measures to protect the Personal Data against unauthorised or unlawful processing and against accidental loss, destruction, damage, alteration or disclosure;

9.1.6 only employ or appoint Personnel who have committed themselves to confidentiality or are under a statutory obligation of confidentiality to process the Personal Data. Divisa UK shall ensure that all its Personnel who have access to Personal Data have undergone appropriate training in the law and practice of data protection and in the care and handling of Personal Data;

9.1.7 obtain prior written consent from Divisa AM in order to transfer the Personal Data to any sub-contractors, affiliates or any other third party and where Divisa AM consents, if the sub-contractor, affiliate or third party is located outside of the European Economic Area, to comply with:

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **10** of **16**

AR



    (a) the obligations of a Data Controller under the DPA by providing an adequate level of protection to any Personal Data that is transferred; and

(b) any reasonable instructions notified to it by Divisa AM;

and provide to Divisa AM copies of any documentation to demonstrate compliance with the obligations in this clause 9.1.7;

9.1.8 ensure that any sub-processers or affiliates duly appointed in accordance with clause 9.1.7 above who have access to the Personal Data are subject to at least the same obligations as the Data Processor under this clause 9;

9.1.9 immediately alert and inform Divisa AM of a Personal Data breach (including, but not limited to, any unauthorised or unlawful processing, loss of, damage to or destruction of the Personal Data) suffered by Divisa UK or by any sub-contractors or affiliates to which Personal Data has been transferred and take all necessary steps to contain, mitigate and respond appropriately to such a breach.

9.1.10 not publish, disclose or divulge any of the Personal Data to any third party unless directed to do so in writing by Divisa AM;

9.1.11 provide Divisa AM with full co-operation and assistance in relation to any complaint or request made in respect of any Personal Data, including by providing Divisa UK with any information requested by it;

9.1.12 permit Divisa AM to inspect and audit Divisa UK's data processing activities and those of its agents and sub-contractors and comply with all reasonable requests or directions by Divisa AM to enable it to verify and procure that Divisa UK is in full compliance with its obligations under this Agreement.

9.1.13 in the event of a conflict between any particular term or element of performance of this clause 9 and the Model Clauses that which is more favourable to Divisa AM shall apply.

## 10. Anti – Bribery

Divisa UK and Divisa AM each shall in connection with this Agreement comply with all applicable laws, statutes and regulations relating to anti-bribery and anti-corruption, including the UK Bribery Act 2010.

## 11. Force Majeure

Neither party shall be in breach of this Agreement nor liable for delay in performing, or failure to perform, any of its obligations under this Agreement if such delay or failure results from events,

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **11** of **16**

AB



divisacapital

circumstances or causes beyond its reasonable control. In such circumstances the affected party shall be entitled to a reasonable extension of the time for performing such obligations.

## 12. Assignment and Other Dealings

This Agreement is personal to the parties and neither party shall assign, transfer, mortgage, charge, subcontract, declare a trust over or deal in any other manner with any of its rights and obligations under this Agreement.

## 13. Confidentiality

**13.1** Except to the extent set out in this clause, or where disclosure is expressly permitted elsewhere in this Agreement, each party shall:

13.1.1 treat the other party's and any Client's Confidential Information as confidential; and

13.1.2 not disclose the other party's or any Client's Confidential Information to any other person without the owner's prior written consent.

**13.2** This clause shall not apply to the extent that:

13.2.1 such information was in the possession of the party making the disclosure, without obligation of confidentiality, prior to its disclosure;

13.2.2 such information was obtained from a third party without obligation of confidentiality;

13.2.3 such information was already in the public domain at the time of disclosure otherwise than through a breach of this Agreement; or

13.2.4 such information was independently developed without access to the other party's or the Client's Confidential Information.

## 14. Termination

**14.1** Without affecting any other right or remedy available to it, either party may terminate this Agreement on giving not less than 30 days' written notice to the other party, except this Agreement shall not terminate until Divisa AM provides written notice to Divisa UK that an alternative entity has been appointed to provide the Services in the place of Divisa UK.

**14.2** Divisa AM may terminate this Agreement immediately on written notice to Divisa UK in the event that:

14.2.1 Divisa UK becomes insolvent, goes into liquidation or goes into receivership; or

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **12** of **16**

AR



divisacapital

14.2.2 in the reasonable opinion of Divisa AM, Divisa UK is in material breach of this Agreement on a re-occurring basis.

## 15. Entire Agreement

**15.1** This Agreement constitutes the entire agreement between the parties and supersedes and extinguishes all previous agreements, the Previous Agreement, promises, assurances, warranties, representations and understandings between them, whether written or oral, relating to its subject matter.

**15.2** Each party agrees that it shall have no remedies in respect of any statement, representation, assurance or warranty (whether made innocently or negligently) that is not set out in this Agreement. Each party agrees that it shall have no claim for innocent or negligent misrepresentation based on any statement in this Agreement.

## 16. Conflict

If there is an inconsistency between any of the provisions of this Agreement and any Relevant Law, the Relevant Law shall prevail.

## 17. Variation

No variation of this Agreement shall be effective unless it is in writing and signed by the parties (or their authorised representatives).

## 18. Waiver

No failure or delay by a party to exercise any right or remedy provided under this Agreement or by law shall constitute a waiver of that or any other right or remedy, nor shall it prevent or restrict the further exercise of that or any other right or remedy. No single or partial exercise of such right or remedy shall prevent or restrict the further exercise of that or any other right or remedy.

## 19. Rights and Remedies

The rights and remedies provided under this Agreement are in addition to, and not exclusive of, any rights or remedies provided by law.

## 20. Severance

If any provision or part-provision of this Agreement is or becomes invalid, illegal or unenforceable, it shall be deemed modified to the minimum extent necessary to make it valid, legal and enforceable. If such modification is not possible, the relevant provision or part-provision shall be deemed deleted. Any modification to or deletion of a provision or part-provision under this clause shall not affect the validity and enforceability of the rest of this Agreement.

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 13 of 16

AB



divisacapital

## 21. Notices

**21.1** Any notice given to a party under or in connection with this Agreement shall be in writing and shall be:

21.1.1 delivered by hand or by pre-paid first-class post or other next working day delivery service at its registered office or its principal place of business (in any other case); or

21.1.2 sent by fax to its main fax number; or

21.1.3 sent by email to Abdallah.garib@EGMFutures.com for Divisa AM or compliance@equiti.com for Divisa UK.

**21.2** Any notice shall be deemed to have been received:

21.2.1 if delivered by hand, on signature of a delivery receipt or at the time the notice is left at the proper address;

21.2.2 if sent by pre-paid first-class post or other next working day delivery service, at 9.00 am on the second Business Day after posting or at the time recorded by the delivery service;

21.2.3 if sent by fax, at 9.00 am on the next Business Day after transmission;

21.2.4 if sent by email, upon transmission of the email.

**21.3** This clause does not apply to the service of any proceedings or other documents in any legal action or, where applicable, any arbitration or other method of dispute resolution.

## 22. Counterparts

This Agreement may be executed in any number of counterparts, each of which when executed and delivered shall constitute a duplicate original, but all the counterparts shall together constitute the one Agreement.

## 23. Third Party Rights

A person who is not a party to this Agreement shall not have any rights under the Contracts (Rights of Third Parties) Act 1999 to enforce any term of this Agreement.

## 24. Governing Law

This Agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the law of England and Wales and resolved before the competent tribunals of the city of London, England.

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **14** of **16**

AB

## 25. Jurisdiction

Each party irrevocably agrees that the courts of England and Wales shall have exclusive jurisdiction to settle any dispute or claim arising out of or in connection with this Agreement or its subject matter or formation (including non-contractual disputes or claims).

## Signature Page

**Executed as a Deed:**

**The Parties have executed this Service Legal Agreement on 22 May 2018.**

**For Divisa UK Limited:**

| **Acting for Divisa UK Limited:** | **Acting for Divisa AM CJSC:** |
|---|---|
| Authorised UK Director; **Arik Oslerne** | Authorised AM Director; **Mohamed Al Ahmad** |
| X<br>**[Authorised Signature]** | X<br>**[Authorised Signature]** |
| **Dated:** 22/05/2018 | **Dated:** 22/05/2018 |

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page **15** of **16**



## Schedule 1 Charges

The Services Charges payable by Divisa AM to Divisa UK shall be cost + 5% starting from the Commencement Date, payable on or before the last Business Day of each month upon receipt of a valid invoice.

The Services Charges shall be reviewed on or before the first-year anniversary of the Commencement Date by the parties, whom shall meet and negotiate in good faith having due regard of the costs associated with the services provided by Divisa UK since the Commencement Date and the level of service provided.

..........................................

Signed by Arik Oslerne
for and on behalf of
**DIVISA UK LIMITED**
Date: 22/5/18

..........................................

Signed by Mohamed Al Ahmed
for and on behalf of
**DIVISA AM CJSC**
Date:

Divisa Capital is a trading name of Divisa UK Ltd ("Divisa UK") and is Authorised and Regulated by the Financial Conduct Authority (FCA Registration Number 528328). Registered in England & Wales. Registered office at 14 King Street, London, England, EC2V 8EA. Company number 7216039.

Page 16 of 16