# EXHIBIT 4



**Notice of Agreement: Elective Professional Client & Title Transfer**

**To**:     Divisa UK Limited ("you", "Your")

**From**:     Client Name: Blue Isle Markets Inc......... ("I", "me", "my", "we", "our", "Client")

Account Number(s): ..........................*TBD*.................................
80013, 80021, 80023

Page | 1

## Elective Professional Client

*NB: If the client is an entity, the qualitative test should be performed in relation to the person authorised to carry out transactions on its behalf.*

**Please select all of the following options by ticking the box which apply to your company:**

*I hereby elect to remain treated as a professional client.* **I confirm that:**

☒     **I have carried out CFD, spread betting or forex, in significant size, at an average frequency of 10 per quarter over the previous four quarters;**

☒     **I have an investment portfolio (including cash deposits and financial instruments) exceeding EUR €500,000;**

☒     **I work or have worked in the financial sector for at least one year in a professional position, which requires knowledge of CFDs, spread betting or forex (within a regulated financial services company)**

**You must tick at least 2 out of the 3 statements above to qualify as a professional client**

*I hereby acknowledge that by electing to be a professional client I will lose some protection afforded by the FCA rules and I hereby acknowledge that I understand the consequences of losing such protections, including, but not limited to:*

- Communications, including financial promotions, for professional clients are not subject to all of the requirements imposed on firms communicating with retail clients

- Professional clients are not eligible to complain to the Financial Ombudsman Service

- Prerequisites for entry into written basic agreements for designated investment business may not apply to professional clients

- There is no requirement on Divisa to assess the appropriateness of its services for professional clients

**NB. Please insert the details in the fields below, including the currency and amount if you are a non-regulated entity making this request to be an elected professional client.**

In addition to the aforementioned qualifying statements, I confirm that: [**PLEASE COMPLETE EACH FIELD**]

☒ **We have an approximate annual turnover of:**   15,000,000,000.00+-

**Divisa UK Ltd** | 69 Wilson Street | London, EC2A 2BB, United Kingdom | **Authorised** and regulated by Financial Conduct Authority (528328)
**UK:** +44.203.519.8292 | **US:** +1.561.898.1220 | **Email:** accounts@divisa.co.uk



☒ **We have a balance sheet total of:** _25,000,000 +_

☒ **Date of latest audited accounts upon which this information is based:** _NA_ /__ __ /__ __ __ __

☒ **We have a number of:** _8_ employees

Page | 2

## Title Transfer

In accordance with the Financial Conduct Authority CASS 7.2 client money rules, I hereby agree that I do not require money which I transfer to you to be held in accordance with Client Money Rules (as defined in the Customer Agreement). I authorise you to treat any transfer of money by me as a transfer of full ownership of that money to you for the purpose of securing or covering my present, future, actual, contingent or prospective obligations in accordance with the Financial Collateral Directive.

I acknowledge that the ownership of any funds held under this arrangement will only be returned to me, as the client, once I have withdrawn these funds from my Divisa account.  Furthermore, I understand that the title transfer collateral agreement will only be terminated through the termination of my entire client account agreement with Divisa or in the event that Divisa otherwise considers and agrees to a new policy to incorporate a client request as detailed within the client money rules below.

I understand that should I wish to have my funds fully protected under the Financial Conduct Authority's CASS client money rules, I should put my request to Divisa in writing and email this to: accounts@divisa.co.uk.  I further understand however, that Divisa cannot guarantee that any such request will be granted but any requests received will be given due consideration and will be responded to me in writing. However, I acknowledge that Divisa has no obligation to agree to any such a request.

## Notice of Agreement: Elective professional client & title transfer

| | |
|---|---|
| **Name:** Michael Stewart for Blue Isle Markets Inc. | |
| **Authorised Position:** General Manager / Beneficiary Director | |
| **Signature of Client:** X<br>**Authorised Signatory for:** Blue Isle Markets Inc. | |
| **Date: (DD/MM/YYY):** 07/24/2017 | |

#### Notes to Client
We are covered by the Financial Services Compensation Scheme. You may be entitled to compensation from the scheme if we cannot meet our payment obligations to you. This depends on whether you are an eligible claimant and the circumstances of the claim. The maximum level of compensation for a claim is £50,000 per person per firm.

Divisa does not participate in any proprietary trading and therefore does not hedge with counterparties nor to any part of the business as working capital. All client orders are put straight through to the market without Divisa taking on any proprietary risk. Furthermore, Divisa continues to carry out daily monitoring across all accounts to ensure sufficient funds are maintained to repay clients at all times.  As a regulated entity, Divisa abides by the strictest of standards, including capital adequacy requirements and is obligated to submit regular financial reports to the Financial Conduct Authority.

#### Re-Categorisation Requests
You may request a different categorisation (e.g. as a Retail Client or an Eligible Counterparty). However, please note that we do not provide Services directly to Retail Clients. Should you request Eligible Counterparty status and we agree to this, you would lose certain regulatory protections such as:

(i)      our provision of certain information before we provide Services to you;



(ii)     best execution when handling your orders;
(iii)    our provision of reports, confirmations and statements;
(iv)     our appropriate disclosure of any inducements.

You must keep us informed of any changes that could affect your categorisation.

**Divisa UK Limited Declaration:**
Approved and acknowledged by: **DIVISA UK LIMITED**                                    Page | 3

| Name (Compliance Officer):  I. G. Trussler | |
| --- | --- |
| Signature: | Date: 3|8|2017 |

.