# EXHIBIT 7



| Name of Account Holder / Client: **Blue Isle Markets Inc.** | **Account No.** 80013<br>[Filled by Divisa AM] |
|---|---|

The foreign currency trading you are entering into is not conducted on an exchange. This type of off-exchange, OTC CFDs and forex trading involves a considerable degree of risk of loss and is suitable only for persons who can assume such risk.

**Professional Client Agreement ("Agreement")**

This Agreement contains the terms regarding Client Categorisation as a "Professional Client" of "Divisa AM" CJSC ("Divisa") so it is in your interest to read it carefully. If there is anything in this Agreement that you do not understand please contact us as soon as possible. Please note that if you place any orders with us or otherwise engage our services, you will be deemed to have accepted our terms.

In order to be considered as "Professional Client" you need to qualify for "Qualified Investor", as provided under paragraph 23, article 3 of the Law "On Securities Market" of the Republic of Armenia. "Professional Client" classification permits these persons to engage in transactions (such as trading on a derivatives transaction execution facility) not generally available to non-professional clients such as retail customers.

**"Professional Client" include any of the following:**

- Financial institutions, such as investment companies, banks, credit organizations;
- Insurance companies;
- Investment funds and investment pension funds, Employee benefit plans;
- Governmental entities (including governments, Central Banks);
- International Financial organizations, including IMF, EBRD, European Investment Bank;
- Individuals with aggregate amounts of more than USD 200,000 invested, and who have performed at least 10 trading transactions within last 4 quarters, with USD 2000 average value for each transaction. In order to qualify as Professional Client, individuals mentioned in this paragraph should be registered in the Central Bank of Armenia as qualified investors, in accordance with Regulation 4/06 of the Central Bank of Armenia.
- Entities wholly owned by individuals and/or organizations, mentioned in this paragraph.



In addition to Divisa AM's general terms and conditions, herein are the terms and conditions on which we will provide you with investment services are as follows:

**1. Our dealing relationship**
We propose to treat you as a Professional Client.

Divisa AM CJSC
AM: +374.60.740424 Email: accounts@divisa.am
Divisa AM CJSC ("Divisa AM") is Authorised and Regulated by the Central Bank of Armenia (CBA License Number 0011). Registered in Armenia.
Registered office at 5 Marshal Baghramyan street, premise 11, 0019, Yerevan, Armenia.



## 2. Our services

The orders Divisa receives and transmits on your behalf or deals as agent on your behalf is as a risk-less matched principal. Divisa AM acts as your prime broker, thus executing your trades through a pool of aggregated liquidity from top tier banks and HFT's. Contractually, Divisa AM is the sole counterparty to your trades and any execution of orders is done in Divisa AM's name, therefore Divisa AM is the sole executor of your orders. The trading facility offered by Divisa AM does not include physical delivery of foreign currency by Divisa AM to yourselves.

## 3. Advice and suitability

Divisa AM **does not** provide investment advice.

## 4. Loss of regulatory protection rights

Where Divisa AM treats you as a Professional Client, rather than a retail client, then it will be assumed that you understand the consequences of being subjected to lesser regulatory protections, than those afforded to retail clients who receive the highest possible level of protection under the CBA regulations. For example, so not limited to:

- ➤ Divisa AM is not required to provide the client with best execution in executing the client orders;
- ➤ Divisa AM is not required to disclose to the client information regarding any fees or commissions that the firm pays or receives;
- ➤ Divisa AM is not required to provide the client with information about its services and the arrangements through which the firm will be remunerated; and
- ➤ Divisa AM is not required to provide the client with risk disclosures on its products or services the client selects;
- ➤ No rights as an eligible complainant with the Financial System Mediator (FSM), if the sum of the claim exceeds USD 20,000.

## 5. Your money and 'Title Transfer' Collateral Arrangements

Funds belonging to Professional Clients, who have consented to a 'title transfer' of their funds to Divisa AM, are not held in segregated accounts. Divisa AM does not participate in any proprietary trading and therefore does not hedge with counterparties nor to any part of the business as working capital. All client orders are put straight through to the market without Divisa taking on any proprietary risk. Furthermore, Divisa continues to carry out daily monitoring across all accounts to ensure sufficient funds are maintained to repay clients at all times.  As a regulated entity, Divisa AM abides by the strictest of standards, including capital adequacy requirements and is obligated to submit regular financial reports to the Central Bank of Armenia.



**Divisa AM CJSC**
AM: +374.60.740424 Email: accounts@divisa.am
Divisa AM CJSC ("Divisa AM") is Authorised and Regulated by the Central Bank of Armenia (CBA License Number 0011). Registered in Armenia.
Registered office at 5 Marshal Baghramyan street, premise 11, 0019, Yerevan, Armenia.



The client, hereby agree and give the right to Divisa AM to hold your funds within in a non-segregated bank account under a title transfer financial collateral arrangement. Under this arrangement, title to all funds will transfer to Divisa AM as soon as received by the firm.

You acknowledge that the ownership of any funds held under this arrangement will only be returned to you, as the client, once you have withdrawn these funds from your Divisa AM account. Furthermore, you understand that the title transfer collateral agreement will only be terminated through the termination of your entire client account agreement with Divisa AM or in the event that Divisa AM otherwise considers and agrees to a new policy to incorporate a client request as detailed within the client money rules below.

Should you wish to have your funds fully protected under the Central Bank of Armenia regulations, please put your request Divisa AM in writing and email this to: support@divisa.am.

**6. Re-Categorisation Requests**
*Should you wish Divisa AM to re-categorise you, then please put your request to us in writing and email to: accounts@divisa.am.*

TO:    DIVISA AM CJSC

FROM: *"Blue Isle Markets Inc"*

I / We have read and understood the 'Professional Client Agreement' and by signing this Client Declaration Form I / we hereby declare that I meet the criteria for Professional Client stated in this Agreement and agree:

  i.    To be classed as a Professional Client.

| *Name: Michael Stewart / for Blue Isle Markets Inc | *Name: *Nahapetyan Artak* |
|---|---|
| Signed: | Signed: |
| Dated: March 4th 2016 | Dated: 07.0... |

- THIS CAN BE SIGNED BY COMPLIANCE DIRECTOR

**Divisa AM CJSC Declaration**

Divisa AM CJSC
AM: +374.60.740424 Email: accounts@divisa.am
Divisa AM CJSC ("Divisa AM") is Authorised and Regulated by the Central Bank of Armenia (CBA License Number 0011). Registered in Armenia.
Registered office at 5 Marshal Baghramyan street, premise 11, 0019, Yerevan, Armenia.

divisacapital

Approved and acknowledged by:

**DIVISA AM CJSC**

| Name (Compliance Director): | Aztak Nabapetyan |
| Signature: | |
| Dated: | 07.03.16 |

**Divisa AM CJSC**
AM: +374.60.740424 Email: accounts@divisa.am
Divisa AM CJSC ("Divisa AM") is Authorised and Regulated by the Central Bank of Armenia (CBA License Number 0011). Registered in Armenia.
Registered office at 5 Marshal Baghramyan street, premise 11, 0019, Yerevan, Armenia.