IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MEDIATRIX CAPITAL INC., *et al.*,

Defendants,

and

MEDIATRIX CAPITAL FUND LTD., *et al.*,

Relief Defendants.

**NOTICE OF WITHDRAWAL OF PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR EXPEDITED THIRD PARTY DISCOVERY [Dkt. # 46]**

Plaintiff United States Securities and Exchange Commission ("SEC") hereby withdraws its Unopposed Motion for Expedited Third Party Discovery filed at Docket No. 46. Because the parties have conducted their Fed.R.Civ.P. 26(f) conference, the SEC's request for expedited discovery is moot.

Respectfully submitted on December 10, 2019

*s/ Stephen C. McKenna*
Stephen C. McKenna
Mark L. Williams
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1036 (McKenna)
McKennas@sec.gov
(303) 844-1027 (Williams)
WilliamsML@sec.gov

## Certificate of Service

      I hereby certify that on December 10, 2019, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Vivian Drohan
Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr., Suite 600
Denver, CO 80209
jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*


Thomas J. Krysa
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
tkrysa@bhfs.com

*Attorneys for Relief Defendant Arual LP*


Tamera D. Westerberg
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO  80202
westerberg@wtotrial.com

*Attorney for Relief Defendant Walter C. Young III*

                                                           *s/ Mark L. Williams*