**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

---

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICITON ON THE
PART OF THE SECURITIES & EXCHANGE COMMISSION OR
IN THE ALTERNATIVE MOTION TO STAY ACTION**

---

Defendants Michael S. Young, Michael S. Stewart, and Bryant Sewall (collectively the "Individual Defendants"), by and through undersigned counsel, hereby move for a partial dismissal of this action based on lack of subject matter jurisdiction on the part of the Securities

1

and Exchange Commission or in the alternative an Order granting a stay of this action based upon the current criminal investigation.

Respectfully submitted this 17 day of December, 2019.

/s/ Vivian R. Drohan
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone: 212-710-0004
Fax: 212-710-0003
Email: vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*