Mediatrix Capital Inc

# Managed Account Asset Allocation

The undersigned accountholder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of any of the three algorithmic systems as follows*:

4 Pair Currency System: ___50__ % Or $_____

Gold System: ___50__ % Or $_____

Silver System: ___0__ % Or $_____

**\*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.**

**ACKNOWLEDGED BY:**

Aaron Matthew Miller

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME          TITLE (BUS ACNTS)

_Aaron Miller (signature)_

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER / SIGNATURE     Feb 23, 2016

DATE

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME (IF APPLICABLE)     TITLE (BUS. ACNTS)

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER SIGNATURE     DATE

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System: _____ % Or $ _____

Precious Metals and Currency System: 100 % Or $ _____

*Minimum deposit to any system is $50,000.00, at the lowest percentage allocation requested.

## Acknowledged By:

ACORN TRUST, BRIAN SLY TRUSTEE                     TRUSTEE

Primary Account Holder or Authorized Signer Name           Title (Bus Acnts)

9/22/17

Primary Account Holder or Authorized Signer/Signature       Date

Secondary Account Holder or Authorized Signer Name (If Applicable)   Title (Bus. Acnts)

Secondary Account Holder or Authorized Signer Signature       Date



## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:  _100_ %  Or $ _____

Precious Metals and Currency System:  _0_ %  Or $ _____

*Minimum deposit to any system is $50,000.00, at the lowest percentage allocation requested.

### Acknowledged By:

_BRENDON REAY_

Primary Account Holder or Authorized Signer Name

_Brendon Reay_

Primary Account Holder or Authorized Signer/Signature

Title (Bus Acnts)

_14 MARCH 2017_

Date

_____

Secondary Account Holder or Authorized Signer Name (If Applicable)

Title (Bus. Acnts)

_____

Secondary Account Holder or Authorized Signer Signature

Date

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System: _100_ %     Or $ _____

Precious Metals and Currency System: _____ %   ·   Or $ _____

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

Acknowledged By:

_DAVID JUSTIN SOWERBUTT_

Primary Account Holder or Authorized Signer Name

_D J Sowl...tt_

Primary Account Holder or Authorized Signer/Signature

Title (Bus Acnts)

_15/9/16_

Date

_____

Secondary Account Holder or Authorized Signer Name (If Applicable)

_____

Secondary Account Holder or Authorized Signer Signature

Title (Bus. Acnts)

_____

Date

myoung@mediatrixcapital.com
www.mediatrixcapital.com



# Mediatrix, Capital Inc.

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this email is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.  MC is a Belize Registered Corporation, with corporate offices in the Bahamas.  MC, does not operate within the United States of America.



MC Limited Power of
Attorney.pdf



Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows:*

30 Pair Currency System _____ %   Or $ _____

Precious Metals and Currency System   *100* %   Or $ _____

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

Acknowledged By:

_Mark Andrew Mauldin_
Primary Account Holder or Authorized Signer Name

_Mark Andrew Mauldin_
Primary Account Holder or Authorized Signer/Signature

Title (Bus Acnts)

7/25/16
Date

_____
Secondary Account Holder or Authorized Signer Name (If Applicable)

_____
Secondary Account Holder or Authorized Signer Signature

Title (Bus Acnts)

_____
Date

Mediatrix Account Asset Allocation

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:  *50* %   Or $ *$ 50,000*

Precious Metals and Currency System:  *50* %   Or $ *$ 50,000*

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

### Acknowledged By:

_Martin Meyer_
Primary Account Holder or Authorized Signer Name

_Owner_
Title (Bus Acnts)

_(signature)_
Primary Account Holder or Authorized Signer/Signature

_9-7-16_
Date

_____
Secondary Account Holder or Authorized Signer Name (If Applicable)

_____
Title (Bus. Acnts)

_____
Secondary Account Holder or Authorized Signer Signature

_____
Date

 Mediatrix Capital Inc

# Managed Account Asset Allocation

The undersigned accountholder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of any of the three algorithmic systems as follows*:

4 Pair Currency System:    50 %  Or $_____

Gold System:             50 %  Or $_____

Silver System:           ____ %  Or $_____

*TO START OFF LET'S DO 100% CURRENCY SYSTEM*

**\*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.**

**ACKNOWLEDGED BY:**

_Harvey A Dallas_ _____      _Manager_ _____

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME        TITLE (BUS. ACNTS)

_____      _2/26/2016_ _____

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER / SIGNATURE        DATE

_____      _____

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME (IF APPLICABLE)        TITLE (BUS. ACNTS)

_____      _____

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER SIGNATURE        DATE

 Mediatrix Capital Inc

# Managed Account Asset Allocation

The undersigned accountholder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of any of the three algorithmic systems as follows*:

4 Pair Currency System:    _50_ %  Or $_____

Gold System:               _50_ %  Or $_____

Silver System:             _0_ %  Or $_____

**\*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.**

**ACKNOWLEDGED BY:**

Aaron Matthew Miller
_____
PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME        TITLE (BUS ACNTS)

_Aan Mill_
_____        Feb 23, 2016
PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER / SIGNATURE     DATE

_____        _____
SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME (IF APPLICABLE)   TITLE (BUS. ACNTS)

_____        _____
SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER SIGNATURE     DATE

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System: ____ %   Or $ ____

Precious Metals and Currency System: 100 %   Or $ ____

*Minimum deposit to any system is $50,000.00, at the lowest percentage allocation requested.

### Acknowledged By:

ACORN TRUST, BRIAN SLY TRUSTEE                           TRUSTEE

Primary Account Holder or Authorized Signer Name        Title (Bus Acnts)

                                                        9/22/17

Primary Account Holder or Authorized Signer/Signature   Date


Secondary Account Holder or Authorized Signer Name (If Applicable)   Title (Bus. Acnts)

Secondary Account Holder or Authorized Signer Signature   Date

1.1.2017

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:          *100*  %    Or $ _____

Precious Metals and Currency System:   *0*   %    Or $ _____

*Minimum deposit to any system is $50,000.00, at the lowest percentage allocation requested.

### Acknowledged By:

BRENDON REAY
_____
Primary Account Holder or Authorized Signer Name

*Brendon Reay*
_____
Primary Account Holder or Authorized Signer/Signature

Title (Bus Acnts)

14 MARCH 2017
_____
Date

_____
Secondary Account Holder or Authorized Signer Name (If Applicable)

Title (Bus. Acnts)

_____
Secondary Account Holder or Authorized Signer Signature

_____
Date

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:          *100* %        Or $ _____

Precious Metals and Currency System: _____ %      Or $ _____

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

Acknowledged By:

DAVID JUSTIN SOWERBUTT

_____
Primary Account Holder or Authorized Signer Name

Title (Bus Acnts)

_____
Primary Account Holder or Authorized Signer/Signature

Date         15/9/16

_____
Secondary Account Holder or Authorized Signer Name (If Applicable)

Title (Bus. Acnts)

_____
Secondary Account Holder or Authorized Signer Signature

Date

myoung@mediatrixcapital.com
www.mediatrixcapital.com

 Mediatrix, Capital Inc.

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this email is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.  MC is a Belize Registered Corporation, with corporate offices in the Bahamas.  MC, does not operate within the United States of America.



MC Limited Power of
Attorney.pdf

Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc. to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows:*

30 Pair Currency System _____ %   Or $ _____

Precious Metals and Currency System  _100_ %   Or $ _____

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

Acknowledged By:

_Mark Andrew Mackin_
Primary Account Holder or Authorized Signer Name

Title (Bus Acnts)

_Mark Andrew Mackin_
Primary Account Holder or Authorized Signer/Signature

7/23/16
Date

Secondary Account Holder or Authorized Signer Name (If Applicable)

Title (Bus Acnts)

Secondary Account Holder or Authorized Signer Signature

Date

Mediatrix Account Asset Allocation

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:  _50_ %   Or $ _$ 50,000_

Precious Metals and Currency System:  _50_ %   Or $ _$ 50,000_

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

**Acknowledged By:**

_Martin Meyer_  _Owner_

Primary Account Holder or Authorized Signer Name    Title (Bus Acnts)

_[signature]_  _9-7-16_

Primary Account Holder or Authorized Signer/Signature    Date

_____    _____

Secondary Account Holder or Authorized Signer Name (If Applicable)    Title (Bus. Acnts)

_____    _____

Secondary Account Holder or Authorized Signer Signature    Date

 Mediatrix Capital Inc

# Managed Account Asset Allocation

The undersigned accountholder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of any of the three algorithmic systems as follows*:

4 Pair Currency System:  50 % Or $_____

Gold System:  50 % Or $_____

Silver System:  _____% Or $_____

*TO START OFF LET'S DO 100% CURRENCY SYSTEM*

**\*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.**

**ACKNOWLEDGED BY:**

_Harvey A Dillas_

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME

_Manager_

TITLE (BUS. ACNTS)

_____

PRIMARY ACCOUNT HOLDER OR AUTHORIZED SIGNER / SIGNATURE

_2/26/2016_

DATE

_____

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER NAME (IF APPLICABLE)

_____

TITLE (BUS. ACNTS)

_____

SECONDARY ACCOUNT HOLDER OR AUTHORIZED SIGNER SIGNATURE

_____

DATE

 Mediatrix Capital Inc

## Managed Account Asset Allocation

The undersigned account holder(s) ("the Customer") hereby directs Mediatrix Capital Inc., to allocate the Customer's Funds by percentage, to any one of, or combination of either algorithmic systems as follows*:

30 Pair Currency System:            _50_ %      Or $ _____

Precious Metals and Currency System:   _50_ %      Or $ _____

*Minimum deposit to any system is $10,000.00, at the lowest percentage allocation requested.

## Acknowledged By:

_____Tim  Cornett_____
Primary Account Holder or Authorized Signer Name

_____
Primary Account Holder or Authorized Signer/Signature

_____
Secondary Account Holder or Authorized Signer Name (If Applicable)

_____
Secondary Account Holder or Authorized Signer Signature

_____
Title (Bus Acnts)

_____29 Sept 16_____
Date

_____
Title (Bus. Acnts)

_____
Date