**John P. Drohan III**







Mediatrix Capital, Inc.

**From:** ███
**Sent:** Monday, July 17, 2017 7:16 AM
**To:** Michael Young <myoung@mediatrixcapital.com>
**Subject:** Re: Questions and info

Hi Michael,

Thank you for the lightning fast answers.

For the special PAMM, I would devote the entire $10 to the higher yield strategy, and $2–$3 to the normal one. Both under ███ if possible.

1

Thank you,

▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Direct ▮▮▮▮▮▮
Mobile ▮▮▮▮▮▮
Office ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

On Jul 17, 2017, at 15:08, Michael Young <myoung@mediatrixcapital.com> wrote:



I am Pleased that you are going home earlier.  There is always the contradiction of heart for a man who is working to build his family and legacy, and the time that it requires away from the very source of love we work so hard for.  You deserve time at home.  I also assume you are feeling better?!!

With respect to the multiple PAMM strategy, I will check in with Bryant and Mike on that.  A new PAMM can be set up and tech-tested within a day or two maximum.

We can have a double strategy on a $10mm account by your example below, placing a portion in the "gold system or currency only", and then utilize a higher use of equity ratio in the second PAMM which will yield more aggressively as well as increase the risk proportionately.  We can double the equity use cut off, to 15%, which would put it where we used to trade, when we were consistently achieving higher numbers.

I will confirm on time frames for you.

With respect to the names for  thank you for the provision, it is noted!

Best Regards,

## Michael S. Young
Chief Executive Officer
1-800-905-1006 (international)
One Montague Place, 4th Floor
9 East Bay Street, P.O. Box CB-11148
Nassau, Bahamas

Skype:  MSYDENVER
myoung@mediatrixcapital.com
www.mediatrixcapital.com

<image001.jpg>

Confidential Treatment Requested by Mediatrix Capital, Inc.                    MCSEC-DL000012

In no event should the content of this material be construed as an advertisement, express or an implied promise, guarantee or implication by or from Mediatrix Capital Inc. (MC) or any of its partner or subsidiary companies. This is not an attempt to sell or solicit any security and should not be taken as such. The content of this email is for informational purposes only. Potential Accredited Investors are advised to carefully read the Disclosure Documents to determine whether a managed investment in MC is consistent with their financial situations and investment objectives. Past results are no guarantee of future performance.  MC is a Belize Registered Corporation, with corporate offices in the Bahamas. MC, does not operate within the United States of America.

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, July 17, 2017 6:05 AM
**To:** Michael S. Young <myoung@mediatrixcapital.com>
**Subject:** Questions and info

Hi Michael,

Hope you're well and enjoying the family. I'm at Dubai airport so I'll see my family tonight. I cut the trip two days short, to get back sooner.

I have two quick questions.

1. Could ▇▇▇▇▇▇▇▇ have two PAMMS in the same client account, meaning one $10m higher return (as discussed), and a "normal" one with a lower amount ($2m to $3m to start) with the same investment strategy as Asyndeton?

2. How long would it take you to set up the new higher return PAMM? I'm hoping (fingers crossed) to be able to fund this by the end of the month.



Thank you again. All the very best,

▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Direct  ▇▇▇▇▇▇▇▇
Mobile ▇▇▇▇▇▇▇▇
Office   ▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

Confidential Treatment Requested by Mediatrix Capital, Inc.                    MCSEC-DL000013

**John P. Drohan III**







**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, July 17, 2017 6:05 AM
**To:** Michael S. Young <myoung@mediatrixcapital.com>
**Subject:** Questions and info

Hi Michael,

Hope you're well and enjoying the family. I'm at Dubai airport so I'll see my family tonight. I cut the trip two days short, to get back sooner.

I have two quick questions.

1. Could ▮▮▮▮▮▮▮ have two PAMMS in the same client account, meaning one $10m higher return (as discussed), and a "normal" one with a lower amount ($2m to $3m to start) with the same investment strategy as Asyndeton?

2. How long would it take you to set up the new higher return PAMM? I'm hoping (fingers crossed) to be able to fund this by the end of the month.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you again. All the very best,

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

Direct ▮▮▮▮▮▮▮
Mobile ▮▮▮▮▮▮▮
Office ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

Confidential Treatment Requested by Mediatrix Capital, Inc.          MCSEC-DL000015