

Click -  Join Blue Isle Markets Inc.



Fill out the application.



They agree to the terms and conditions by checking box and hitting register.

(114) | Intros | Intros | Intros | T Squ | Trans | Brand | iClouc | Set u | Share | Mail - | basf- | basf- | Cardp | Cardp | Smith | remo | Const

secure.blueislemarkets.com/open-live-account

Confirm Password

Education

Type of Financial Programming Experience

Transaction freque... months

Average transacti... Day

Intended purpose ...ction

Estimated Annual

Net Worth *

Business

Public Position He... 12 months

Language *

They then have to review Terms & Conditions

**Terms & Conditions** X

1. General provisions.

Blue Isle FX (hereinafter referred to as the Company) and an individual or entity that has signed the present Agreement and has filled in the registration form (hereinafter referred to as the Customer), together referred to as Parties, entered into the present Agreement (hereinafter referred to as the Agreement).

The present Agreement specifies the conditions under which the Company shall provide the services to the Customer related to conducting operations on financial markets.
1. Definitions.

"Account history" – a full list of all completed transactions and non-trading operations conducted on a live account.

"Active account" is the Customer trading account, where quantity of the executed market lots (1 market lot is equivalent to 10 COMPANY lots) for the accounting period exceeds 0.2% of the average equity denominated in USD. For a USD 1,000 account the lot quantity is 2 market lots or 20 COMPANY lots. Upon occurrence of opposite trades only a half of the locked volume is counted for the quantity of executed lots.

"Adviser" – a trading account management algorithm in the form of a program based on MetaQuotes Language 4. This program sends requests and orders to a server using the Customer terminal.

Close

By clicking 'Register' below I acknowledge that I have read, fully understand, acc... and give my consent to terms and conditions (client agreement) as amended fro... time to time.

REGISTER

