# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

MEDIATRIX CAPITAL INC., *et al.,*

        Defendants,

and

MEDIATRIX CAPITAL FUND LTD., *et al.,*

        Relief Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST RELIEF DEFENDANTS MICHAEL C. BAKER AND ARUAL LP

---

Plaintiff United States Securities and Exchange Commission ("Commission") and Relief Defendants Michael C. Baker ("Baker"), and Arual LP ("Arual") have resolved this matter by way of Consents and proposed Final Judgments, which are attached to this motion.[1] In light of the Consents, the Commission respectfully requests this Court enter the proposed Final Judgments against Relief Defendants Baker, Young III, and Arual and dismiss each of them from this litigation.

The Commission has not alleged that Relief Defendants Baker or Arual have violated the securities laws, but rather named each as a Relief Defendant because of monies they received

---

[1] Exhibits A and B are Michael Baker's Consent and Judgment and Exhibits C and D are Arual LP's.

from Defendant Michael S. Young through the alleged fraud, but to which they had no valid claim. The Commission has accepted the settlement offers of Relief Defendants Baker and Arual, in which each consents to the entry of a final judgment that orders them to pay disgorgement and prejudgment interest of $38,730.44 and $2,451.84 for Baker, and $162,304.40 and $5,634.75 for Arual.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay of the entry of final judgment as to Relief Defendants Baker and Arual. Entry of the Final Judgment will resolve all litigation in this case with respect to these two Relief Defendants and will not delay or otherwise impede the continuing litigation with respect to Defendants and the remaining Relief Defendants.

The Commission has communicated with each of the settling Relief Defendants under D.C.COLO.L.R. 7.1, neither of which oppose the relief requested herein.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Judgments against Relief Defendants Michael C. Baker and Arual LP.

Respectfully submitted this 20th day of December, 2019.

s/ Stephen C. McKenna  
Stephen C. McKenna  
Mark L. Williams  
Attorneys for Plaintiff  
U.S. Securities and Exchange Commission  
1961 Stout Street, Suite 1700  
Denver, CO 80294-1961  
(303) 844-1036 (McKenna)  
McKennaS@sec.gov  
WilliamsML@sec.gov

## Certificate of Service

I hereby certify that on December 20, 2019, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Vivian Drohan
Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr., Suite 600
Denver, CO 80209
jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*

Thomas J. Krysa
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
tkrysa@bhfs.com

*Attorneys for Relief Defendant Arual LP*

Tamera D. Westerberg
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
westerberg@wtotrial.com

*Attorney for Relief Defendant Walter C. Young III*

Michael C. Baker, Pro Se
mbaker@hotspotrealestate.com

*s/ Scott T. Wesley*