IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02594-RPM-SKC

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

Plaintiff,
v.
MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

Defendants,
and
MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

Relief Defendants.

**SUPPLEMENTAL NOTICE TO THE COURT REGARDING ECF 93
WITHOUT CONSENT TO PERSONAL JURISDICTION**

On December 26, 2019, non-parties Equiti Capital UK Limited ("Equiti UK") and Equiti Armenia CJSC ("Equiti AM," and together with Equiti UK "Equiti") received the Notice of Filing of [Joint Proposed] Order Requiring Equity UK Limited And Equiti Armenia CJSC To Close All Open Blue Isle Positions and Declaration of Kimberly L. Frederick in Support, filed December 26, 2019 (ECF 93) (the "Joint Submission").

Pursuant to ECF 94, Equiti was preparing to file a substantive response to ECF 93 no later than today. However, there have been developments that could result in changes in Equiti's

**EQUITI UK AND EQUITI AM ARE NOT MAKING GENERAL APPEARANCES IN THIS COURT FOR ANY PURPOSE AND DO NOT INTEND TO WAIVE THEIR ARGUMENT THAT THIS COURT LACKS PERSONAL JURISDICTION OVER THEM AND THE POWER TO DECIDE ANY DISPUTES RELATING TO OR ARISING FROM AGREEMENTS BETWEEN EQUITI UK, EQUITI AM, AND BLUE ISLE. EQUITI UK AND EQUITI AM EXPRESSLY RESERVE ALL RIGHTS WITH RESPECT TO THOSE ISSUES.**

submission.  Counsel needs to understand those developments, and will not be able to do so, given the time zones involved and the upcoming holiday, until December 31 or January 2.  To give counsel time to understand the potential developments, counsel now intends to file a substantive response no later than 11:59pm on January 3, 2020.

Respectfully submitted this 30th day of December, 2019.

*/s Britton C. Nohe-Braun*
Britton C. Nohe-Braun
Dentons US LLP
1400 Wewatta Street, Suite 700
Denver, CO  80202
(303) 634-4319
britton.nohe-braun@dentons.com

Of Counsel:

Douglas W. Henkin
Dentons US LLP
1221 Avenue of the Americas
New York, New York  10020
douglas.henkin@dentons.com
(212) 768-6832

Lisa M. Krigsten
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri  64111
lisa.krigsten@dentons.com
(816) 460-2554

**EQUITI UK AND EQUITI AM ARE NOT MAKING GENERAL APPEARANCES IN THIS COURT FOR ANY PURPOSE AND DO NOT INTEND TO WAIVE THEIR ARGUMENT THAT THIS COURT LACKS PERSONAL JURISDICTION OVER THEM AND THE POWER TO DECIDE ANY DISPUTES RELATING TO OR ARISING FROM AGREEMENTS BETWEEN EQUITI UK, EQUITI AM, AND BLUE ISLE.  EQUITI UK AND EQUITI AM EXPRESSLY RESERVE ALL RIGHTS WITH RESPECT TO THOSE ISSUES.**