# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

    v.

MEDIATRIX CAPITAL INC., *et al.,*

              Defendants,

and

MEDIATRIX CAPITAL FUND LTD., *et al.,*

              Relief Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION ON THE PART OF THE SECURITIES & EXCHANGE COMMISSION OR IN THE ALTERNATIVE MOTION TO STAY ACTION**

---

Plaintiff United States Securities and Exchange Commission ("Commission") moves this Court for an extension of time until January 17, 2020, to respond to Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent &the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall Motion to Dismiss for Lack of Subject Matter Jurisdiction on the Part of the Securities and Exchange Commission or in the Alternative Motion to Stay Action ("Motion to Dismiss") (ECF No. 85). In support of its Motion, the Commission states as follows:

    1.    On December 18, 2019, Defendants filed a Motion to Dismiss. (Dkt. No. 85).

2.      The Commission's response to Defendants' Motion to Dismiss is due on January 8, 2020.

3.      Due to other work commitments and the holidays, the Commission respectfully requests additional time, until January 17, 2020, to respond to the motion to dismiss.

4.      Counsel for the Commission has conferred with Defendants' counsel pursuant to Local Rule 7.1A and certifies that counsel do not oppose this motion.

WHEREFORE, the SEC respectfully requests that the Court grant this motion, extend the time for the SEC to respond to Defendants Motion to Dismiss until January 17, 2020.

Respectfully submitted this 6th day of January, 2020.

> s/ Stephen C. McKenna
> Stephen C. McKenna
> Mark L. Williams
> Attorneys for Plaintiff
> U.S. Securities and Exchange Commission
> 1961 Stout Street, Suite 1700
> Denver, CO 80294-1961
> (303) 844-1036 (McKenna)
> McKennaS@sec.gov
> WilliamsML@sec.gov

## Certificate of Service

   I hereby certify that on January 6, 2020, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Vivian Drohan
Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr., Suite 600
Denver, CO 80209
jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*


Thomas J. Krysa
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
tkrysa@bhfs.com

*Attorneys for Relief Defendant Arual LP*


Tamera D. Westerberg
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO  80202
westerberg@wtotrial.com

*Attorney for Relief Defendant Walter C. Young III*

                    s/ Stephen C. McKenna