IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

    Relief Defendants.

---

**DEFENDANT SEWALL'S MOTION TO STAY THE FORECLOSURE SOUGHT BY NON-PARTY KENNETH B. RINEY UPON A FROZEN ASSET AND RESPONSE TO NON-PARTY KENNETH B. RINEY'S NOTICE OF CONDITIONAL POSTING OF FORECLOSURE SALE**

---

Defendant, Bryant Sewall ("Sewall"), by and through undersigned counsel, hereby submit this motion to (1) stay the foreclosure of 1199 Lloyd's Road, Denton County, Texas or (2) allow for the unfreezing of assets sufficient to bring the Deed of Trust payments up to date. Sewall also

1

submits this as a Response to the motion of Non-Party Kenneth B. Riney ("Riney") currently pending before the Court to permit the Conditional Posting of Foreclosure Sale.

**CERTIFICATE OF CONFERRAL**

1. Pursuant to D.C.COLO.LCiv R 7.1, counsel for Defendants and Relief Defendants has conferred with counsel for Plaintiff, the US Securities and Exchange Commission (the "SEC"), who opposes the requested relief.

**INTRODUCTION AND PROCEDURAL HISTORY**

2. A Motion by Riney for an Order allowing a foreclosure upon the Deed of Trust lien on the property was filed February 11, 2020 [Dkt. 105]. Sewall did not oppose this motion.

3. A second motion was filed on March 16, 2020 seeking to allow Riney to conditionally post the foreclosure sale [Dkt. 107].

**ARGUMENT**

4. Sewall did not oppose the original motion [Dkt. 105] as he could not make payment on the mortgage, and he recognized the lender was a secured buyer. However, circumstances have changed and require this motion. The property is currently owned by DCC Islands Foundation. A Deed of Trust was executed by Sewall as stated by Riney in his motion. (Annexed as Exhibit 1 is a copy of the Deed of Trust). It is undisputed that Sewall signed the Deed of Trust and has been unable to continue to pay the note due to his assets being frozen as well as those of DCC Islands Foundation. Although Sewall recognizes the ability for the secured lender to foreclose due to non-payment, it is requested that either (1) the

foreclosure be stayed and motion for conditional posting denied; or (2) assets be unfrozen to allow for cure and payment to Riney in the amount of $63, 658.91.

5. Mr. Sewall's 83-year-old elderly mother resides in the home with Sewall's 62-year-old sister caring for her. They have been caused unnecessary anxiety and stress during this time seeing foreclosure sales posted. Sewall has not been able to return to the United States due to the fact his wife has still not received a VISA and he has a newborn.

6. It is respectfully requested that the foreclosure be stayed or in the alternative the assets unfrozen sufficient to pay the back debt owed to Mr. Riney pursuant to the Motion to Unfreeze Assets made simultaneously with this Motion and Response.

7. Wherefore, it is respectfully requested that this Court deny Non-Party's Riney's Motion to Conditional Posting of the Foreclosure Sale.

Respectfully submitted this 25th day of March 2020.

/Vivian Rivera Drohan/
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr,
Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*