**SINGLE PARENTING**
**Budget Workeet**

| Category | Amount |
|---|---|
| **Housing Expenses:** | |
| | |
| | |
| Cell phone | $200.00 |
| Internet, cable | $200.00 |
| **Subotal:** | **$ 400.00** |
| **Groceries:** | **$ 2,500.00** |
| **Baby Supplies:** | **$ 1,000.00** |
| **Vehicle(s)/transportation:** | |
| Monthly payments (4 vehicles) | |
| Insurance/taxes | |
| Gas | |
| Parking, storage | |
| **Subtotal:** | |
| **Insurance:** | |
| Medical | |
| Life | $550.00 |
| **Subtotal:** | **$550.00** |
| **Debts:** | |
| Credit Cards | $1,500.00 |
| **Subtotal:** | **$ 1,500.00** |
| **Care For Elderly Mother:** | **$ 300.00** |
| | |
| **Total** | **$ 6,250.00** |

Exhibit 1.xlsxDetailed Budget                                                                                                              Page 1 of 1