## MYamamoto34@Gmail.com

**From:** U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov>
**Sent:** Friday, December 13, 2019 11:42 AM
**To:** Legal Counsel
**Subject:** U.S. Department of Justice - VNS - Investigative Case 318B-DN-3125886

DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Federal Bureau of Investigation
Denver Division
8000 E 36th Ave
Denver, CO 80238
Phone: (719) 472-3861
Fax: (719) 472-3880
Email: mediatrix@fbi.gov

December 13, 2019

Legal Counsel
Bifx Sf

RE: Case Number: 318B-DN-3125886

Dear Legal Counsel:

You have been designated to receive notifications for Bifx Sf.

As a Victim Specialist with the Denver Division, I'm contacting you because we have identified Bifx Sf as a possible victim of a crime.

This case is currently under investigation by the FBI. A criminal investigation can be a lengthy undertaking, and, for several reasons, we cannot tell you about its progress at this time. A victim of a federal crime is entitled to receive certain services. The enclosed brochure introduces you to the FBI's Victim Assistance Program and the types of assistance that may be available to you.

If you had contact with Mediatrix, you are encouraged to fill out the questionnaire, detailing your experience. The questionnaire is available to be completed by hand below and also as a fillable form that can be accessed by logging into the Victim Notification System (VNS), saved and emailed to mediatrix@fbi.gov. Upon completion, please submit the questionnaire and all related copies of documents to the FBI utilizing the instructions at the end of the form by January 10, 2019.

The best way to communicate questions or comments is to the case mailbox mediatrix@fbi.gov. Inquiries about the status of the case will not be addressed. Please disregard the automated phone number text at the end of the letter.

Due to the large number of victims in this matter, you will likely not receive additional correspondence by mail but notice will continue to be available by the other means provided by VNS including email. If you would like to receive updates and notification by email, please go to the VNS website (see below) and include your email address if VNS does not have one on file for you or verify the email address VNS has on file is correct.

Current information regarding the status of your case can be found on the Internet at https://www.notify.usdoj.gov or by calling the Victim Notification System (VNS) Call Center at 1-866-DOJ-4YOU (1-866-365-4968). You will need to enter your Victim Identification Number (VIN) '**6158178**' and your Personal Identification Number (PIN) '**1921**' anytime you contact the Call Center and the first time you log into VNS on the Internet. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Bifx Sf.

You can also use the Call Center and the Internet to correct/update your contact information and/or change your decision regarding participation in the notification system. Your participation in this notification system is totally voluntary. You can choose not to participate or reactivate your access at any time. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

The email address VNS currently has for you is myamamoto34@gmail.com. If this address is correct and you have not received an email from VNS within four days of the date of this letter, please check your junk/spam folder and accept emails from fedemail@vns.usdoj.gov. If the email address provided above is incorrect, please update the email address by accessing the VNS Web site. This email address has not been verified in VNS and future emails will not contain details about the nature of the notification. To receive subsequent emails <u>with the full text of the notification</u> you must <u>verify</u> this email address by accessing the VNS Internet web page using the login information provided above.

Once you have verified/updated your email address, most, if not all, future notifications will be provided by email and not by letter. If you do not verify your email address, VNS will continue (in most cases) to send letter and email notifications. However, when an email address is not verified, future emails will not contain details about the nature of the notification.

If you have additional questions related to this matter, please contact me at (719) 472-3861. When you call, please provide the file number located at the top of this letter.

Sincerely,

Alicia Wagner
Victim Specialist

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.

Attachments have been referenced with this notification and are available on the VNS Internet site (or will be available within 8 hours). After you log into the website select "Downloads/Links" to view the attachments.