**IN THE GRAND COURT**
**OF THE CAYMAN ISLANDS**                    CAUSE NO: POCL 5 of 2020

**BEFORE THE HONOURABLE**
**JUSTICE RAMSAY-HALE**                       **SITTING IN CHAMBERS**

**IN THE MATTER OF AN APPLICATION PURSUANT TO THE MUTUAL LEGAL ASSISTANCE (UNITED STATES OF AMERICA) LAW (2015 REVISION)**

**AND**

**IN THE MATTER OF MICHAEL SHAWN STEWART, MICHAEL STEPHEN YOUNG, BRYANT EDWIN SEWALL, MEDIATRIX CAPITAL INC., BLUE ISLAND MARKETS INC., AND OTHERS**

**AND**

**IN THE MATTER OF AN APPLICATION FOR A RESTRAINT ORDER**

**IMPORTANT: NOTICE TO THE DEFENDANT AND OTHER INTERESTED PARTIES ("The Parties")**

A. This Restraint Order ("the Order") prohibits you from dealing with assets belonging to the Defendants. The Order is subject to the exceptions at the end of the Order. You should read it carefully. You are advised to consult an attorney as soon as possible. You have the right to ask this court to vary or discharge this order.

B. If you disobey this Order you will be guilty of contempt of court and may be sent to prison or fined or your assets may be seized.

**1. THE ORDER**

1

An application was made today by the Office of the Director of Public Prosecutions of the Cayman Islands to the Grand Court. As a result of the application; **IT IS ORDERED**

1.1 That all realizable property (whether described in this Order or not but including deposit accounts of any nature) of the defendants or held in the name of their associated companies including; Michael Shawn Stewart, Michael Steohen Young, Bryant Edwin Sewell, Mediatrix Capital Inc., Blue Islands Markets Inc., and others:

1.2 That any person or entity holding realizable property detailed within this Order or acting for the benefit of the defendants or on their behalf, in any capacity, including but not limited to First Caribbean International Bank:

    a) Deal with any of the assets detailed within this Order, which are in the Cayman Islands, whether solely or jointly owned; and

    b) Except as otherwise authorized by this Order, allow (or deal with) any withdrawals, transfer, relinquish control or in any way dispose of or diminish the value of any of the assets detailed within this Order.

1.3 This prohibition in 1.1 and 1.2 (a) - (b) is for the following property held in the name of the defendants and/or their associated companies;

    i.    **All monies and funds contained in Global Fidelity Bank Ltd account number 1007557881 held in the name Blue Isle Markets Inc; and**

    ii.    **All monies and funds contained in Global Fidelity Bank Ltd account number 1007557882** held in the name Blue **Isle Markets Inc,.**

## 2. EXCEPTIONS TO THIS ORDER

Nothing in this Order shall:-

    i.    Prevent any person affected by it from paying any money restrained by the Order to the Court responsible for the enforcement of any confiscation order which may be made in due course, in satisfaction of part or the whole of the Order; and

    ii.    Prevent the levy of distress on any goods subject to this Order for the purpose of enforcement of any confiscation order which may hereafter be made, and

**3.  EFFECT OF THIS ORDER**

The parties who are ordered not to do something must not do it themselves or in any other way. They must not do it through others acting on their behalf or on their instructions or with their encouragement.

**4.  THIRD PARTIES**

4.1    It is a contempt of court for any person notified of this Order knowingly to assist in or permit a breach of the Order. Any person doing so may be sent to prison, fined, or have their assets seized.

4.2    This Order does not prevent any bank from exercising any right to set off as it may have in respect of any facility which it gave to the Defendants before it was notified of the Order.

4.3    The terms of this Order do not affect or concern anyone outside the jurisdiction of this court until it is declared enforceable or is enforced by a court in the relevant country and then they are to affect him only to the extent they have been declared enforceable or have been enforced, UNLESS such person is:

    4.4.1    a person to whom this Order is addressed or an officer or an agent appointed by power of attorney of such a person; or

    4.4.2    a person who is subject to the jurisdiction of this court and (i) has been given written notice of this Order at his residence or place of business within the jurisdiction of this court and (ii) is able lawfully to prevent acts or omissions outside the jurisdiction of this court which constitute or assist in a breach of the terms of this order.

**5.  UNDERTAKINGS**

The Office of the Director of Public Prosecutions gives to the court the undertakings set out in Schedule 1 to this Order.

**6.  DURATION OF THIS ORDER**

This Order will remain in force until it is varied or discharged by a further order of this court.

7.  **VARIATION OR DISCHARGE OF THIS ORDER**

The Defendants or anyone named in the Order (or anyone affected by this Order) may apply to the court at any time to vary or discharge this Order (or so much of it as affects that person), but anyone wishing to do so must first inform the Office of the Director of Public Prosecutions in writing two days before the application is made.

8.  **THE COSTS OF THIS ORDER**

Costs reserved.

9.  **COMMUNICATIONS**

All communications to the Office of the Director of Public Prosecutions about this order should be sent to the Office of the Director of Public Prosecutions, 2nd Floor Bermuda House, Dr. Roy's Drive, PO Box 2328, George Town, Grand Cayman, KY1-1106, Cayman Islands.

**COURT STAMP**

THE HONOURABLE
JUSTICE RANSAY-HALE
A JUDGE OF THE GRAND COURT OF THE
CAYMAN ISLANDS

**DATED** this 5th day of February 2020

## **SCHEDULE 1**

As soon as practicable the Director of Public Prosecutions will arrange to have served on the Defendant a copy of this Order.

Anyone notified, as being affected by this Order will be given a copy of it by the Director of Public Prosecutions.

COMMONWEALTH OF THE BAHAMAS         2020
IN THE SUPREME COURT
Common Law and Equity Division         CLE/gen/235/2020

SUPREME COURT

FEB 2 1 2020

Nassau, Bahamas

IN THE MATTER of the Mutual Legal Assistance
(Criminal Matters) Act, Chapter 98
AND
IN THE MATTER of the Banks and Trust
Companies Regulations Act, Chapter 316
AND
IN THE MATTER of the Proceeds of Crime Act, 2018
AND
IN THE MATTER of the Proceeds of Crime (Designated Countries and Territories) Order,
Chapter 93
AND
IN THE MATTER of Order 65 of the Rules of the Supreme Court
AND
IN THE MATTER of a Request for Assistance
from the United States of America
AND
IN THE MATTER of an Application by the
Competent Authority of The Bahamas
i.e. The Attorney-General

BETWEEN

THE ATTORNEY-GENERAL
                Applicant
AND
MICHAEL SHAWN STEWART
              1st Respondent

AND
MICHAEL STEPHEN YOUNG
              2nd Respondent

AND
BRYANT EDWIN SEWALL
              3rd Respondent

AND
MEDIATRIX CAPITAL FUND
              4th Respondent

AND
DCC ISLANDS FOUNDATION
              5th Respondent

## ORDER

Before the Honourable Justice Keith Thompson, Justice of the Supreme Court of the
Commonwealth of The Bahamas.

Dated the 20th day of February, A.D., 2020

1

**UPON** the application by the Attorney-General by Ex-Parte Originating Summons filed on the **17th day of February, A.D., 2020.**

**UPON** hearing Ms. Tiffany Moss, of Counsel, on behalf of the Attorney-General;

**AND UPON READING** the Affidavit in Support of Ms. Shanae Petty filed on the **17th day of February, A.D., 2020,** and the exhibits therein respectively referred to, it appearing that the evidence requested, is to be used in the continuing investigations being conducted by the U.S. Attorney's Office for the District of Colorado and the Federal Bureau of Investigation, United States of America.

**AND** the Court being satisfied that proceedings are ongoing in the United States of America.

**IT IS ORDERED THAT:**

(A) Pursuant to paragraph 26 of the Proceeds of Crime (Designated Countries and Territories) Order, Chapter 93 **the 1st-4th Respondents,** their agents, servants, assigns, legal representatives, nominees, established in the name of a trust of whichthe **1st-4th Respondents** are trustees or settlers or beneficiaries of any nature whatsoever, the accounts of their designations, including particularly but not exhaustively any bank accounts, any orders to pay, any investment accounts and other securities, related to the funds deposited in **Account No.**2003719.01held at **ANSBACHER (BAHAMAS) LIMITED, P.O.BOX N-7768, East Bay Street, Nassau, The Bahamas,** their servants agents, subsidiaries, holding companies, other banks controlled by or assigns, are prohibited from disposing of or otherwise dealing with funds in **Account No. 2003719.01**and any funds or interest accruing on all accounts in the name of or for the benefit ofthe **1st-4th Respondents** as well as all the income or interest granted up to the date of this Order, whether capitalized, due to fall due to **ANSBACHER (BAHAMAS) LIMITED, P.O.BOX N-7768, East Bay Street, Nassau, The Bahamas.**

(B) Pursuant to paragraph 26 of the Proceeds of Crime (Designated Countries and Territories) Order, Chapter 93, prohibiting the **1st-5th Respondents,**their agents, servants, assigns, legal representatives, nominees, established in the name of a trust of whichthe **1st-5th Respondents** are trustees or settlers or beneficiaries of any nature whatsoever, their servants agents, subsidiaries, holding companies, are prohibited from

2

disposing of or otherwise dealing with **Mira Mar Villas #15 Garden Drive, Paradise Islands, The Bahamas and Unit #704, Ocean Place on the Harbour Condominiums, Paradise Island, The Bahamas, Conveyance dated 21st January, 2019 and recorded in volume 13293 at pages 489 to 501** and any funds or interest accruing on all in the name of or for the benefit of, as well as all the income or interest accruing granted up to the date of this Order, in the name of or for the benefit of **Mira Mar Villas #15 Garden Drive, Paradise Islands, The Bahamas** and **Unit #704, Ocean Place on the Harbour Condominiums, Paradise Island, The Bahamas**, **Conveyance dated 21st January, 2019** and recorded in **volume 13293 at pages 489 to 501,** whether capitalized, due to fall due to **Mira Mar Villas #15 Garden Drive, Paradise Islands, The Bahamas and Unit #704, Conveyance dated 21st January, 2019 and recorded in volume 13293 at pages 489 to 501** in the Registrar General's Department, Commonwealth of The Bahamas.

(C) **ANSBACHER (BAHAMAS) LIMITED, P.O.BOX N-7768, East Bay Street, Nassau, The Bahamas** provide to the Attorney-General, authenticated and certified copies of all records and documents pertaining to **Account No. 2003719.01.**All documents related to this account shall be for the period between the date that the account was opened until the present, including but not limited to:

   (a) all account opening documentation, inclusive of those that may have been cancelled and/or modified;
   (b) original signature cards;
   (c) any supporting documents used for identification;
   (d) all client instructions;
   (e) account ledger cards;
   (f) periodic account statements;
   (g) all wire transfer statements inclusive of the source and destination of the amounts;
   (h) all transactions statements inclusive of the source and destination of the amounts;
   (i) all transactions statements, account statements and payment orders;
   (j) all powers of attorneys for the account holder(s);
   (k) identifications of all persons who have or had authority to access the account;
   (l) recipients of disbursements or withdrawals;
   (m) cancelled cheques;
   (n) deposit tickets;

3

    (o) debit and credit memoranda;

    (p) records (copies front and bank) of all items deposited, withdrawn or transferred;

    (q) any and all correspondence and/or notes, electronic or otherwise, related to any and all accounts in which any of the above referenced individuals or entity has or had an interest; and

    (r) all memoranda related to the accounts.

(D) The aforesaid documents be provided to the Attorney-General, the Applicant herein by **ANSBACHER (BAHAMAS) LIMITED, P.O.BOX N-7768, East Bay Street, Nassau, The Bahamas** within two (2) weeks of service of the Order on the said institution;

(E) Any person affected by this Order, pursuant to section 24 of the Proceeds of Crime Act, 2018, may apply to discharge or vary this Order in relation to any property affected by this Order;

(F) Notice of this Order shall be given to any person affected by this Order granted pursuant to paragraph 25 of the Proceeds of Crime Act, 2018; and

(G) Any person affected by the Order, pursuant to section 27 of the Proceeds of Crime Act, 2018, shall be at liberty, within three (3) days of the service of this Order upon him to apply to the court to discharge or vary the terms of this Order or to seek directions upon giving at least twenty-four (24) hours' notice to the Attorney-General, the Applicant herein.

(H) Such further or other Order as this Honourable Court deems fit and proper.

**Dated this  day of**                              **, A.D., 2020.**

**BY ORDER OF THE COURT**

**REGISTRAR**

4

COMMONWEALTH OF THE BAHAMAS
IN THE SUPREME COURT
Common Law and Equity Division

IN THE MATTER of the Criminal Justice
(International Co-operation) Act, Chapter 105
AND
IN THE MATTER of the Banks and Trust
Companies Regulation Act, Chapter 316
AND
IN THE MATTER of the Proceeds of Crime Act, 2018
AND
IN THE MATTER of the Proceeds of Crime (Designated Countries and Territories) Order, Chapter 93
AND
IN THE MATTER of a Request for Legal Assistance from the United States of America
AND
IN THE MATTER of an Application by the Competent Authority of The Bahamas, i.e., the Attorney-General

BETWEEN

THE ATTORNEY-GENERAL

Applicant

AND
MICHAEL SHAWN STEWART

1st Respondent

AND
MICHAEL STEPHEN YOUNG

2nd Respondent

AND
BRYANT EDWIN SEWALL

3rd Respondent

AND
MEDIATRIX CAPITAL FUND

4th Respondent

AND
DCC ISLANDS FOUNDATION

5th Respondent

---

ORDER

---

2020

CLE/gen/

OFFICE OF THE ATTORNEY-GENERAL
Paul L. Adderley Building
#18 John F. Kennedy Drive
P. O. Box N-3007
New Providence, The Bahamas