**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

      v.

MEDIATRIX CAPITAL INC., *et al.,*

      Defendants,

and

MEDIATRIX CAPITAL FUND LTD., *et al.,*

      Relief Defendants.

---

**JOINT MOTION TO MODIFY PRELIMINARY INJUNCTION ASSET FREEZE TO
<u>PERMIT PAYMENT OF NOTE</u>**

---

The Securities and Exchange Commission (the "SEC"), Defendant Michael S. Young, and Relief Defendant Casa Conejo LLC (collectively, the "Parties") jointly request that the Court modify the Preliminary Injunction it previously entered (Doc. # 35) ("Preliminary Injunction Asset Freeze") to release funds to pay off a Note securing real property located at 330 Dorado Beach East, Dorado, Puerto Rico 00646 ("330 Dorado Beach East"), which is currently in default. In further support of their motion, the Parties state as follows.

1. On September 13, 2019, the Court granted the SEC's motion for a temporary restraining order freezing assets and other relief, which specifically included 330 Dorado Beach East. Doc. # 10 at 7.

2. On October 10, 2019, the Court granted the SEC's motion for a preliminary injunction freezing assets and other relief ("Preliminary Injunction Asset Freeze"), which specifically included 330 Dorado Beach East. Doc. # 35 at 6.

3. On or about May 29, 2018, Mr. Young purchased 330 Dorado Beach East through an entity he controls, Relief Defendant Casa Conejo, LLC, for $2.3 million by making a down payment of $1,000,000 and executing a mortgage note secured by the property in the amount of $1,300,000. Ex. A ("the Note"). Pursuant to the terms of the Note, the $1.3 million was to be paid to Mr. Rafael Vélez Domínguez (the "Noteholder") in six installments on November 1, 2018; March 1, 2019; July 1, 2019; November 1, 2019; March 1, 2020; and July 1, 2020.

4. Though the first three payments were made consistent with the terms of the Note, the payments due on November 1, 2019 and March 1, 2020, were not made in light of this Court's asset freeze. This has caused the Note to be in default and therefore accrue higher amounts of interest and late payment penalties, which continue to accrue. *See* Ex. A at 1-2.

5. Mr. Young, with the consent of the SEC, previously placed 330 Dorado Beach East for sale. In the event an acceptable offer is received, the SEC and Mr. Young will request the Court permit this sale to take place and allow the proceeds to be placed into a frozen bank account. The current asking price for 330 Dorado Beach East is $2.5 million.

6. To preserve this valuable asset and to prevent it from accruing additional interest and penalties, the SEC, Mr. Young and Casa Conejo LLC, and the Noteholder have reached an agreement whereby a sizeable portion of interest and penalties that have accrued to date will be waived in exchange for prompt payment of the Note.

7. To pay off this Note in full, the SEC, Mr. Young, and Casa Conejo LLC jointly request that this Court release $665,532.17 from the UBS Financial Services Inc. account ending in 7422 held in the name of the Salve Regina Trust (another entity owned and controlled by Mr. Young).

8. The Noteholder consents to this request.

9. The other defendants and relief defendants in this case consent to this request.

The SEC, Mr. Young, and Casa Conejo LLC therefore request that the Court modify the Preliminary Injunction Asset Freeze by releasing a total of $665,532.17 to pay off the Note securing real property located at 330 Dorado Beach East, Dorado, Puerto Rico 00646. A proposed order is attached hereto.

Respectfully submitted this 26th day of May, 2020.

s/ Mark L. Williams
Stephen C. McKenna
Mark L. Williams
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1036 (McKenna)
McKennaS@sec.gov; WilliamsML@sec.gov
Attorneys for SEC

s/ Vivian Rivera Drohan
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com
Attorney for Defendant Michael S.
Young and Relief
Defendant Casa Conejo LLC

## Certificate of Service

      I hereby certify that on May 26, 2020, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Vivian Drohan
Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr., Suite 717
Denver, CO 80209
jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*

Douglas W. Henkin
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Douglas.henkin@dentons.com

Lisa M. Krigsten
Dentons US LLP
4520 Main Street, Ste. 1100
Kansas City, Missouri 64111
Lisa.krigsten@dentons.com

*Attorneys for Non_parties Equiti Capital UK Limited and Equiti Armenia CJSC*

                                                s/ Mark L. Williams