**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

Relief Defendants.

---

**MOTION TO PERMIT THE SALE OF THE 319 DORADO BEACH, EAST DORADO, PUERTO RICO AND UNFREEZING OF THE INSURANCE PREMIUM FOR 319 DORADO BEACH, EAST DORADO, PUERTO RICO**

---

Drohan Lee LLP
Vivian R. Drohan
680 Fifth Avenue
New York, NY 10019
Telephone: 202-710-0000
E-Mail: vdrohan@dlkny.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant E. Sewall.*

Defendants Michael Stewart ( "Defendant") and Relief Defendant, Victoria Stewart, by and through undersigned counsel, hereby submit this Unopposed Motion for Order permitting the sale of their home in Puerto Rico and in support thereof, state as follows:

**Certificate of Conferral**

1. Pursuant to D.C.COLO.LCiv R 7.1(a), counsel for Defendant and Relief Defendant have conferred with counsel for Plaintiff, the US Securities and Exchange Commission (the "SEC"), who does not oppose the requested relief.

**PROCEDURAL HISTORY**

2. On September 13, 2019, the Court granted the SEC's motion for a temporary restraining order freezing assets and other relief, which specifically included 319 Dorado Beach, East Dorado, Puerto Rico [Dkt# 10].

3. On October 10, 2019, the Court granted the SEC's motion for a preliminary injunction freezing assets and other relief ("Preliminary Injunction Asset Freeze"), which specifically included the above property [Dkt #35].

**MOTION**

**Sale of 319 Dorado Beach, East Dorado, Puerto Rico**

4. Currently, among the assets frozen is a second home used by Michael and Victoria Stewart and held in the name of Sandy Toes, LLC. There is already an escrow account considered frozen and held by my firm as a result of a prior sale of a boat [Dkt No.101]. We have provided the SEC with the name of the bank and account number.

5. The home has been for sale since mid-last year. It was originally listed for 2.7 million and received offers for 2.5 million which was lowered by the potential buyer to 2.3 million.

The buyer then decided not to buy the property, in part due to the COVID -19 pandemic. The sale price was lowered recently to 2.5 million and an offer has now been made for 2.25 million. We believe this amount should be accepted as there is a possibility of a further economic downturn and considering the effects of the pandemic buyers may become scarce for the luxury homes in Dorado Beach. Additionally, there is a substantial tax requirement for the sale of homes over a million dollars which has dissuaded potential buyers. The intended contract of sale is attached as "Exhibit A". The buyers signed in good faith with the acknowledgement that the sale must be approved by the Court.

6. The deposit will be held by the listing broker (as is customary in Puerto Rico) in an escrow account with Banco Popular, Account No: 058259139. The attorney intended to be retained to represent Sandy Toes, LLC is Jorge DeJesús, Esq. Attached hereto as "Exhibit B" is a copy of the engagement letter and invoice should the property close. The amount charged is regulated by law and based on the sale price. His fee would be paid upon closing.

**Request to Unfreeze the Homeowner's Insurance Premium**

7. The homeowner's policy for 319 Dorado Beach is due by June 14, 2020. While the sale is pending and expected to close, it will be necessary to avoid a lapse in coverage. Hurricane season is imminent, and coverage is critical.

8. The total premium is $3,958.50. The insurance broker for the policy, Stanley Comas, has informed the Stewarts that the amount can be paid monthly with a down payment of $1,187.40. When the closing takes place a credit will be given for any unused portion. Attached as Exhibit "C" is a copy of the premium notice.

9. We respectfully request that the amount of $1,775.50 be unfrozen from the Sandy Toes Account held by my firm.

WHEREFORE, Defendants request an order permitting the sale of both the house located at 319 Dorado Beach, East Dorado, Puerto Rico with the monies from the sale of the home in Puerto Rico to be placed in escrow, and additionally requests the amount of $1,187.40 be permitted to be unfrozen from the Sandy Toes Escrow Account held by Drohan Lee LLP.

**[INTENTIONALLY LEFT BLANK]**

Respectfully submitted this 26th day of May 2020.

/Vivian Rivera Drohan/
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*