## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

 Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

 Relief Defendants.

---

**UNOPPOSED MOTION TO PERMIT THE SALE OF THE 1199 LLOYDS ROAD, LITTLE ELM, TEXAS**

---

Drohan Lee LLP
Vivian R. Drohan
680 Fifth Avenue
New York, NY 10019
Telephone: 202-710-0000
E-Mail: vdrohan@dlkny.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant E. Sewall.*

Defendants Bryant Sewall and Relief Defendant Hanna Ohonkova Sewall (collectively "Defendants"), by and through undersigned counsel, hereby submit this Unopposed Motion for Order permitting the sale of a home in Texas and in support thereof, state as follows:

### Certificate of Conferral

1. Pursuant to D.C.COLO.LCiv R 7.1(a), counsel for Defendants have conferred with counsel for Plaintiff, the US Securities and Exchange Commission (the "SEC"), who does not oppose the requested relief for the reasons stated below. Counsel for Defendants have also reached out to Rick Cinclair and Lee Johnston, counsel for non-party, Kenneth Riney, who do not oppose the motion for the sale of 1199 Lloyds Road, Little Elm, Texas.

### PROCEDURAL HISTORY

1. On September 13, 2019, the Court granted the SEC's motion for a temporary restraining order freezing assets and other relief, which specifically included 1199 Lloyds Road, Little Elm, Texas [Dkt# 10] (the "Home").

2. On October 10, 2019, the Court granted the SEC's motion for a preliminary injunction freezing assets and other relief ("Preliminary Injunction Asset Freeze"), which specifically included the above property. [Dkt #35].

### MOTION

### Sale of 1199 Lloyd's Road, Little Elm, Texas

3. The Home held in the name of the Azimuth Family Trust is frozen as an asset of Bryant Sewall. The Home is located on one of three parcels purchased by Mr. Sewall. The other two parcels are 1197 Lloyds Road and a smaller tract of land attached to 1197 Lloyds. The parcel known as 1199 Lloyds Road is the subject of a current motion to allow its foreclosure by the note and security interest holder, Kenneth Riney ("Riney") [Dckt No.105], as well as a motion seeking

a stay of the foreclosure made by my office. [Dckt No. 108]. I have been informed by Riney's counsel they will withdraw the motion to foreclose once the sale is approved and closed. In addition, Riney's counsel have provided me with the attached release from the noteholder. Attached is as "Exhibit A" is a copy of the release. We are seeking solely the release of the property known as 1199 Lloyds Road, Little Elm, Texas. The additional two parcels will be separated and remain frozen.

4. The Home was occupied at all time since the inception of this action by Mr. Sewall's mother who is 83 years old. She sold her former Home at 2009 Cannes, Plano, Texas 75025. The money she obtained from the sale of her Home is to be used as the down-payment for the Lloyd's Road Home. Attached as "Exhibit B" is a copy of the closing settlement sheet. The remaining funds are being issued by Gold Financial Services which has already pre-approved Beverly Sewall (Mr. Sewall's mother) and Barbara Yoss (Mr. Sewall's sister) for a loan in the amount of $535,000. Attached as "Exhibit C "is a copy of the approval.

5. The sale price is based on an appraisal conducted of the house. Attached hereto as "Exhibit D" is a copy of the appraisal report. It is understood that a sale for the full amount owed to the noteholder will not occur, as Mr. Sewall purchased the property for an amount higher than its value even at the time it was purchased. Mr. Riney has accepted the appraisal and the purchase price was acceptable to all parties on that basis. Attached as "Exhibit E" is the standard Texas Contract of Sale. There will be no amount to be placed in escrow.

6. It is the SEC's understanding that if foreclosed upon, the three parcels securing the note would be sold for an amount substantially less than the amount remaining on the note, likely in the range of $700,000. Thus, in the event of a foreclosure, there would be no remaining asset. However, if permitted to effectuate the sale of 1199 Lloyd's Road as requested herein, the two

vacant parcels will remain within the corpus of frozen assets and could eventually be sold thereby increasing the corpus, possibly by $100,000 or more. Thus, in order to preserve assets that may be available to satisfy a judgment and recompense victims, the SEC does not object to the instant request.

WHEREFORE, Defendants request an order permitting the sale of the Home located at 1199 Lloyd's Road, Little Elm, Texas.

**[INTENTIONALLY LEFT BLANK]**

Respectfully submitted this 22nd day of May 2020.

/Vivian Rivera Drohan/
Drohan Lee LLP
680 Fifth Avenue
New York, New York 10019
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com


/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr,
Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*