**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

      v.

MEDIATRIX CAPITAL INC., *et al.,*

      Defendants,

and

MEDIATRIX CAPITAL FUND LTD., *et al.,*

      Relief Defendants.

---

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
NOTICE REGARDING REPAIRS TO A FROZEN ASSET**

---

Plaintiff United States Securities and Exchange Commission (the "SEC") files this Notice to inform the Court of certain repairs being made to a yacht that is frozen pursuant to the preliminary injunction freezing assets. *See* Doc. # 38 ("Asset Freeze Order"). The SEC does not believe that the contemplated repairs need to be approved by the Court, but files the instant Notice to (1) notify the Court that certain insurance proceeds will be transferred to effectuate the repairs of this asset, and (2) provide comfort to the insurance company that will be remitting payment for the repairs, which is understandably cautious in paying out the claim given the Asset Freeze Order. The SEC therefore notifies the Court as follows:

1. Yachtinsure, for and on behalf of Aspen American Insurance Company ("Yachtinsure"), provided defendants Michael Stewart and Bryant Sewell (the "Insureds") marine insurance for a vessel known as the "Currenseas" (formerly "Critical Mass") under policy number ASU00556700.

2. The Currenseas is a 2014 built, 39 foot Sea Vee Motor Yacht with Twin 435 HP Volvo IPS 600 engines.

3. On or around March 8, 2019, the Currenseas ran aground off the coast of Nassau, Bahamas, causing damage to the vessel that required repairs.

4. Yachtinsure has agreed to pay for the repairs to Currenseas and will pay a total of $34,947.99 directly to Compass Solutions International Limited ("Compass"), the facility repairing the vessel. This agreement is memorialized in an agreement signed by Yachtinsure and the Insureds.

5. Compass is located at 1 Rock Plant Road, Nassau, NP, The Bahamas.

6. Neither the SEC, nor any defendant or relief defendant object to the repairs being performed or the insurance payment being made directly to the repair facility.

Respectfully submitted this 2nd day of June, 2020.

        s/ Mark L. Williams
        Stephen C. McKenna
        Mark L. Williams
        Attorneys for Plaintiff
        U.S. Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, CO 80294-1961
        (303) 844-1036 (McKenna)
        McKennaS@sec.gov
        WilliamsML@sec.gov

# Certificate of Service

I hereby certify that on June 2, 2020, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Vivian Drohan
Drohan Lee
680 Fifth Avenue
10th Floor
New York, NY 10019
vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr., Suite 717
Denver, CO 80209
jthomas@thomaslawllc.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Young, Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, Maria C. Young, and Hanna Ohonkova*

Douglas W. Henkin
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Douglas.henkin@dentons.com

Lisa M. Krigsten
Dentons US LLP
4520 Main Street, Ste. 1100
Kansas City, Missouri 64111
Lisa.krigsten@dentons.com

*Attorneys for Non_parties Equiti Capital UK Limited and Equiti Armenia CJSC*

s/ Mark L. Williams