**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., et al.,

    Relief Defendants.

---

**ORDER TO MODIFY PRELIMINARY INJUNCTION ASSET FREEZE**

---

On May 27, 2020, Michael Stewart and Victoria Stewart ("Defendant" and "Relief Defendant," respectively) filed an unopposed motion (ECF No. 119) to modify the Preliminary Injunction (ECF No. 35) to permit the sale of 319 Dorado Beach, East Dorado, Puerto Rico and unfreeze sufficient funds to pay the insurance premium for the property.

Upon consideration of the Parties' motion, and for good cause shown, the Court GRANTS the motion. Now, therefore:

IT IS HEREBY ORDERED that the Preliminary Injunction (ECF No. 35) is modified to permit the sale of 319 Dorado Beach, East Dorado, Puerto Rico for the amount of $2,250,000.00 and the release of $1187.40 to pay the premium for the homeowner's insurance for 319 Dorado

Beach, East Dorado, Puerto Rico from the Sandy Toes Escrow Account, Account No: 1000180253.

DATED this 3rd day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge