**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., et al.,

    Relief Defendants.

---

**ORDER TO MODIFY PRELIMINARY INJUNCTION ASSET FREEZE**

---

On May 27, 2020, Bryant Sewall and Hanna Ohonkova ("Defendant" and "Relief Defendant," respectively) filed an unopposed motion (ECF No. 120) to modify the Preliminary Injunction (ECF No. 35) to permit the sale of 1199 Lloyd's Road, Little Elm, Texas.

Upon consideration of the Parties' motion, and for good cause shown, the Court GRANTS the motion. Now, therefore:

IT IS HEREBY ORDERED that the Preliminary Injunction (ECF No. 35) is modified to permit the sale of 1199 Lloyd's Road, Little Elm, Texas for the amount of $535,000.00. The

remaining two parcels of land known as 1197 Lloyd's Road will remain part of the frozen assets and will be separated upon closing from 1199 Lloyd's Road, Little Elm, Texas.

DATED this 3rd day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge