IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No.:  19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

MEDIATRIX CAPITAL INC., *et al.,*

        Defendants,
and

MEDIATRIX CAPITAL FUND LTD., *et al.,*

        Relief Defendants.

---

**ORDER REQUIRING EQUITY UK LIMITED AND EQUITI ARMENIA CJSC TO CLOSE ALL OPEN BLUE ISLE POSITIONS**

---

This matter is before the Court on Defendants' Unopposed Motion for Order Directing Brokers to Close Positions and Request for Expedited Ruling. [ECF No. 41].  While Plaintiff United States Securities and Exchange Commission ("Commission") did not oppose the motion, non-parties Equiti Capital UK Limited and Equiti Armenia CJSC have specially appeared and notified the Court that they oppose the motion (ECF Nos. 42, 43, 44, and 48).  Additional briefing comprised the Commission's Response to Defendants' Unopposed Motion (ECF No. 50); Defendants' Reply to Non-Party Response to Unopposed Motion to Close Positions (ECF No. 51); and Non Parties' Reply to Defendants' and SEC's Responses Regarding the Motion for Order Directing Brokers to Close Positions (ECF No. 53).  On December 9, 2019, the Court directed Plaintiff and Defendants to file jointly a proposed order or, if they could not agree, to

file separate proposed orders. [ECF No. 79]. On December 26, 2019, Plaintiff and Defendants jointly filed a proposed order along with a Notice of Filing of Proposed Order and Declaration of Kimberly L. Frederick in Support. [ECF No. 93]. The Court, having reviewed the filings listed above, now ORDERS:

Equiti Capital UK Limited (United Kingdom) and its affiliate Equiti Armenia CJSC (Armenia), as well as any and all persons or entities controlled by, controlling, under common control with, or otherwise affiliated with either or both of the foregoing entities holding and/or controlling accounts and/or assets subject to the Court's Stipulation and Order Granting an Asset Freeze, Preliminary Injunction, and Other Relief (ECF No. 38) ("Order"), to forthwith and at prevailing market rates liquidate and convert to U.S. Dollars all foreign currencies and precious metals (together with any and all other instruments, contracts and/or assets now and/or at the time of the Order held in such accounts) and further to preserve and hold such U.S. dollar balances in such respective accounts in accordance with the Order.

DATED this 25th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge