**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,
v.
MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,
Defendants,

And

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION,
KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman
Islands),
Relief Defendants.


Michael Young
Pro Se Representative/Defendant
720-530-8434
youngmikes@protonmail.com

**Summary**

The Defendant Michael Young and Relief Defendant Maria Young, as well as listed entities West Beach, LLC, Salve Regina Trust, TF Alliance, Casa Conejo and Hase Haus are now being represented Pro Se, and are in the process of answering the complaint by the SEC issued on September 9, 2019. Defendant has conferred with the opposing counsel of the Plaintiff late last

week, and it has been responded that the "SEC takes no position on a motion for a further extension to Answer."

1) Due also to the limited time in the day with which the Defendant is able to work on this response because of a daytime work schedule and then having limited time with responsibility as a Father of 5 children at or under the age of 10 years old; Defendant and Relief Defendant are respectfully requesting a final enlargement on the time frame to finalize and submit an answer to this complaint.  Defendant and Relief Defendant respectfully request an additional 3 weeks to submit an answer to the complaint, so as to be filed with the court on or before October 27, 2020.

2) Due to the learning curve of the law to properly compile an answer and electronically file this complaint for answer, the Defendant and Relief Defendant are still handicapped in being able to provide a full and proper response by the date of October 6, 2020.

3) In addition, the Defendant and Relief Defendant, are currently engaged in a detailed and good faith discussion for settlement with the SEC,

Rest of page left blank intentionally

## **Conclusion**

It is respectfully requested that the Defendant and Relief Defendant be permitted to submit a comprehensive response to the subject complaint on October 27, 2020.

Respectfully Submitted this 6th day of October 2020.

                                         /s/  Michael Young
                                         Defendant
                                         720-530-8434
                                         youngmikes@protonmail.com

                                         Maria Young
                                         Relief Defendant