IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MEDIATRIX CAPITAL INC., ET AL.,

Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ET AL.,

Relief Defendants.

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL THE A.L.A. TRUST TO TRANSFER REAL PROPERTY
TO RELIEF DEFEDANT KEYSTONE BUSINESS TRUST

This matter is before the Court on Plaintiff United States Securities and Exchange Commission's (the "SEC" or "Commission") Unopposed Motion to Compel the A.L.A. Trust to Transfer Real Property to Relief Defendant Keystone Business Trust and Request for Expedited Ruling (the "Motion"). (ECF No. 172.)

On September 13, 2019, the Court issued an *ex parte* order that, among other things, froze funds and other assets of Defendants Mediatrix Capital Inc. ("Mediatrix Capital"), Blue Isle Markets Inc. ("Blue Isle 1"), Blue Isle Markets Ltd. ("Blue Isle 2"), Michael S. Young

("Young"), Michael S. Stewart ("Stewart"), and Bryant E. Sewall ("Sewall") (collectively, the "Defendants") and Relief Defendants Mediatrix Capital Fund Ltd., Island Technologies LLC, Victoria M. Stewart, Maria C. Young, Hanna Ohonkova Sewall, West Beach LLC, Salve Regina Trust, TF Alliance, LLC, Casa Conejo LLC, Hase Haus, LLC, DCC Islands Foundation, Keystone Business Trust, Weinzel, LLC, The 1989 Foundation, Mediatrix Capital PR, LLC, Mediatrix Capital, LLC, and Blue Isle Markets Inc. (Cayman Islands) (collectively, with Michael C. Baker, Walter C. Young III and Arual LP, the "Relief Defendants"). (ECF No. 10.)

On October 23, 2019, the Court entered a Stipulation and Order Granting Asset Freeze, Preliminary Injunction and Other Relief. (ECF No. 38.)

On July 17, 2020, the Commission filed a Notice of Violation of Asset Freeze notifying the Court that certain real property had been transferred from the Keystone Business Trust, which was ultimately placed into the A.L.A. Trust, despite Keystone Business Trust's assets being frozen by Order of this Court.

**Based on this record, the Court finds:**

The SEC has made a sufficient and proper showing in support of the requested relief that:

1.      The properties located at 7349 E. Casitas Del Rio Drive Scottsdale, Arizona 85255 (the "Casitas Property") and 8221 E. Sheridan Street Scottsdale, Arizona 85257 (the "Sheridan Property") are frozen pursuant to this Court's earlier Preliminary Injunction Order (ECF No. 38); and

2.      The Casitas Property and the Sheridan Property are Receivership Assets or Recoverable Assets as defined in the Order Appointing Receiver (ECF No. 153).

Now, therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the trustee of the A.L.A. Trust shall transfer the Casitas Property and the Sheridan Property via deed to the Keystone Business Trust on or before October 23, 2020.

**IT IS FURTHER ORDERED** that the SEC and/or Receiver may, if necessary, file Notices of *Lis Pendens*, or any similar document that has the effect of clouding title, for the Casitas Property and the Sheridan Property.

DATED this 15th day of October, 2020.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge