**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

Relief Defendants.

**DECLARATION OF BRYANT SEWALL**

1. I am a defendant in this action on a personal basis. I make this Declaration for the limited purpose of setting forth various assets that were in my possession or resulted from separate than Blue Isle Markets Ltd ("Blue Isle"), Blue Isle Markets, Inc. ("Blue Isle Markets") and Mediatrix Capital Inc. ("Mediatrix").

2. In total, I had approximately $118,807 from savings in the end of 2015 and deposits in 2016 and 2017 that did not come from corporate or relief defendants. Unfreezing at least $60,000

in cash will allow me to support my family. I also ask that the furniture purchased prior to mid-2016 be released along with my personal clothing and kitchenware such as dishes and utensils.

3. Prior to any participation in the corporate defendants, I was in the military and earned income as a Lieutenant Colonel (O5 over 26 years on the Military pay chart). In January 2016 I started with a balance in my USAA bank account of $11,433 and at Service CU of $19,237. This totaled $30,670 at two separate banks. None of this amount was from any of the corporate defendants or relief defendants.

4. I also owned home furniture which was either from my previous home in Arizona prior to deployment to Germany or purchased primarily in February and March of 2016, a couple of pieces in April of 2016, well before any wire any amounts were received from the corporate or relief defendants. The furniture was bought with savings from active military duty in Germany and none was expensive. I also have personal items which include clothes and kitchenware that are currently located with the furniture at 1201 Lloyds Road, Little Elm, Texas which I would like permission to remove. Attached as Exhibit A are copies of various bank statements dated January 1, 2016. Attached as Exhibit B is a furniture inventory list.

5. I also purchased certain assets in 2016 without contribution from the corporate or relief defendants which included:

- 2014 Dodge Ram- $23,650, 100% Financed August 2016 (payments are 400.53 per month/4806 per year) Current value about 15k
- 2012 Jeep-$30,900, 100% Financed August 2016 (payments are 612.89 per month/7345 per year) current value about 12k.
- 2012 Seadoo jet boat September 2016- $13500, current value about 10k

In 2016, I had $41,788 worth of deposits which did not come from corporate of relief defendants. In 2017 I had $46,349 worth of deposits which did not come from corporate or relief defendants and included proceeds from the sale of a 2010 Camaro for $18,000 and 2008 Suzuki for $8300, purchased and paid for before the creation of the corporate or relief defendants.

6. I have been forced to remain in the Ukraine since October 2019 as my wife's IR1 immigrant visa is still in processing with the Department of State. It is a very slow and lengthy process, as we have been married for 3 years. In addition, the US embassy in Ukraine was shut down for Visa processing from March until June of 2020 due to Covid-19 furloughs. I need to finalize the documents that need to be submitted to complete the process and then wait for the Department of State and the National Visa Center to process them. Given the backlog of cases, it is unknown how long this may take to process. I also have a 10-month-old baby I do not wish to leave behind. As a result, I have been unable to find gainful employment as I cannot legally work in Ukraine and all remote employment I have found still requires you to be physically located in the US. We have lived off the generosity of friends and family for over a year.

7. I respectfully request that I be permitted to unfreeze the total amount of $260,000 from the Frozen Assets in order to live but additionally to pay my attorneys, which have provided advise and representation without payment for some time. That includes Drohan Lee LLP as well as Ken Harmon of Springer & Spielberg. Each has given me a discounted rate for representation. Without the ability to retain counsel I will be left representing myself from the Ukraine in a complex securities litigation with possible criminal ramifications. I have been informed by my counsel that I am considered a "target" in a parallel federal criminal

investigation and that an indictment naming me as a defendant based on that investigation is forthcoming.

8. I have denied the allegations against me in this civil action and intend to defend any criminal action.

[INTENTIONALLY OMITTED]

_____
BRYANT SEWALL

Dated: November 10, 2020