# SAINT VINCENT AND THE GRENADINES

INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT, CHAPTER 149 OF THE REVISED LAWS OF SAINT VINCENT AND THE GRENADINES, 2009

(Section 5 (1))

## Certificate of Incorporation

**Blue Isle Markets Inc.**

(NAME OF INTERNATIONAL BUSINESS COMPANY)

**23098  IBC  2015**

(INTERNATIONAL BUSINESS COMPANY NUMBER)

I HEREBY CERTIFY THAT THE ABOVE-MENTIONED INTERNATIONAL BUSINESS COMPANY, THE ARTICLES OF INCORPORATION OF WHICH ARE ATTACHED HERETO, WAS INCORPORATED UNDER THE INTERNATIONAL BUSINESS COMPANIES (AMENDMENT AND CONSOLIDATION) ACT, CHAPTER 149 OF THE REVISED LAWS OF SA0NT VINCENT AND THE GRENADINES, 2009 ON

**2nd December, 2015**

DATE OF INCORPORATION



REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

ABSENCE OF FOIL INDICATES COPY.



# Certificate of Incorporation

BLUE ISLE MARKETS LIMITED

6439335

NZBN: 9429046349637

This is to certify that AMG CONSULTANCY LIMITED was incorporated under the Companies Act 1993 on the 11th day of September 2017 and changed its name to BLUE ISLE MARKETS LIMITED on the 6th day of December 2018.

**Registrar of Companies**
8th day of February 2019



Certificate generated 08 February 2019 02:48 AM NZDT



## APOSTILLE
(Convention de La Haye du 5 Octobre 1961)

Country: __COMMONWEALTH OF THE BAHAMAS__
This public document

has been signed by    __TAMSIN A. D. CATES__

acting in the capacity of    __NOTARY PUBLIC__

__COMMONWEALTH OF THE BAHAMAS__

bears the seal    __TAMSIN A. D. CATES__

__NASSAU, NEW PROVIDENCE, THE BAHAMAS__

CERTIFIED

at __NASSAU__          6.    __9TH MARCH, 2016__

by    __DEBORAH A. BAIN , FIRST ASSISTANT SECRETARY__

__MINISTRY OF FOREIGN AFFAIRS__

950/2016

10: Signature

**EXHIBIT 3**

*(signature)*
FIRST ASSISTANT SECRETARY
MINISTRY OF FOREIGN AFFAIRS
COMMONWEALTH OF THE BAHAMAS

# UNLIMITED POWER OF ATTORNEY

I, **Nancy Ruth Lake,** currently residing at 7 Davick Dr., Etobicoke, Ontario Canada M8W 2C8, the current Director and 100% Shareholder for **Blue Isle Markets Inc. (the Company),** a **St Vincent and the Grenadines International Business Corporation,** hereby grants an **Unlimited Power of Attorney** to **Michael Shawn Stewart** who currently resides at 32531 N Scottsdale Rd 105-155, Scottsdale AZ 85266, **Michael Stephen Young** who currently resides at 8154 W Trenton Way, Centennial CO 80112, and **Bryant Edwin Sewall,** who currently resides at 2009 Cannes Dr., Plano TX 75025, to act as my **Attorneys-In-Fact.** I hereby give my unlimited Power of Attorney, the maximum power allowed under law, to perform any act on my behalf for **Blue Isle Markets Inc.** that I could do personally. These acts include, but are not limited to, all acts that relate to any and all of the **Company's** financial transactions, any and all **Company** business affairs, including opening any **Company** banking and financial institution accounts and transactions, **Company** real estate or property transactions, all **Company** insurance and annuity transactions, all **Company** claims and litigation, and any and all business transactions. My **Attorneys-In-Fact** are granted full power to act on my behalf in the same manner as if I were personally present. Furthermore, my **Attorneys-In-Fact** accept this appointment, and agree to act in my best interests as they consider advisable. My Attorneys-In-Fact shall not be compensated for the services that they provide, neither shall my Attorneys-In-Fact be liable to me, my estate, heirs, successors, or assigns for acting or refraining to act under this document. The only way that they will be held liable is in cases of willful misconduct or gross negligence. My **Attorneys-In-Fact** may submit this Power of Attorney to any third party for the **Company** use and those who receive a signed copy of this document may act under it as well.

DATED this 9TH day of March, 2016

_Nancy Lake, Director_
Blue Isle Markets Inc.

BEFORE ME

_____
Notary Public

My commission expires: 31st December 2016