**STATEMENT**

| Account Number | From | Through | Page | of |
|---|---|---|---|---|
| ######06 | 01-01-16 | 01-31-16 | 1 | 1 |

**Send inquiries to:**
Service Credit Union
P.O. Box 1653
Portsmouth, NH 03802-1653
1-800-936-7730 (U.S.) 00800-4728-2000 (International)

BRYANT E SEWALL
CMR 445 BOX 837
APO AE 09046

| Transaction Date | Effective Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| | | **SUFFIX:00 SHARE SAVINGS** | | |
| | | **BEGINNING BALANCE** | | 5.00 |
| | | **ENDING BALANCE** | 5.00 | |
| | | ANNUAL PERCENTAGE YIELD   0.0000% | | |
| | | **SUFFIX:09 SERVICE CHECKING** | | |
| | | **BEGINNING BALANCE** | | 19237.20 |
| | | **ENDING BALANCE** | 19237.20 | |
| | | ANNUAL PERCENTAGE YIELD   0.0000% | | |

```
=================================================
|                    | TOTAL FOR  |    TOTAL     |
|                    | THIS PERIOD| YEAR-TO-DATE |
|=================================================
| TOTAL OVERDRAFT FEES |     .00  |      .00     |
|=================================================
| TOTAL RETURNED ITEM FEES |   .00 |     .00     |
=================================================
```

**FOR 2016:**

```
  *   IRA YTD   * OTHER YTD * TOTAL YTD  *
      DIVIDENDS   DIVIDENDS   DIVIDENDS

        .00         .00         .00
```



THIS NOTICE IS APPLICABLE ONLY TO OPEN-END CREDIT, AS DENOTED ON THE FRONT OF THIS STATEMENT

IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing on a separate sheet of paper so that the Credit Union receives it within 60 days after the bill was mailed to you. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

If you authorized the Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 16 days after the bill was sent to you.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute.  During that same time, the Credit Union may not take any action to collect disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights, a full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

**Non-Visa Debit Transactions**

Service Credit Union enables non-Visa debit transaction processing and does not require that all such transactions be authenticated by a PIN. Below are examples to distinguish between a Visa debit and non-Visa debit transaction:

* To initiate a Visa debit transaction at the point of sale, the cardholder signs a receipt, provides a card number (e.g., in e-commerce or mail/telephone order environments) or swipes the card through a point-of-sale terminal.
* To initiate a non-Visa debit transaction, the cardholder enters a PIN at the point-of-sale terminal or, for certain bill payment transactions, provides the account number for an e-commerce or mail/telephone order transaction.

The non-Visa debit transaction processed through a non-Visa debit network (NYCE, Co-Op, Accel/Exchange, or AFFN) will not provide the zero liability protection benefit, provisional credit policies of Visa, and Visa chargeback and dispute resolution procedures.  Provisions of the cardholder agreement relating only to Visa transactions are inapplicable to non-Visa transactions.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you have arranged to have direct deposits made by Electronic Funds Transfer to your account at least once every 60 days from the same person or company, you can call us during normal business hours to find out whether or not the deposit is made.  Normally this will apply to members on direct deposit of Social Security or pension checks or allocations between different member's accounts, where the payor has **not** provided positive notice to you that the transfer was initiated.

The **FINANCE CHARGE** is computed on the unpaid balance for each day since your last payment and is multiplied by the applicable daily periodic rate.  The balance used to compute the **FINANCE CHARGE** is the unpaid balance each day after payments and credits to that balance have been subtracted and new advances have been added.

DRAFTS OUTSTANDING --- NOT CHARGED TO ACCOUNT

| Draft Number | Amount | Draft Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR SHARE DRAFT ACCOUNT

Ending balance shown on this statement $ _____
Enter balance shown on share draft register $ _____

ADD:
Deposits not credited on this statement (if any) + $ _____

ADD:
Deposits on this statement not entered in register + $ _____

+ $ _____

+ $ _____

Dividends + $ _____

Subtotal $ _____

Subtotal $ _____

SUBTRACT:

Drafts Outstanding - $ _____

Service Fees (if any) - $ _____

Transfers to other accounts not entered in register - $ _____

- $ _____

BALANCE $ _____

BALANCE $ _____

These totals should agree



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 1,148.48 | 63 | 5,536.10 | 7 | 15,578.18 | .00 | 11,190.56 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

```
      DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
12/14      4,300.00 ACH CREDIT              121415

12/22      6,218.00 WIRE IN
                    001151222818697
12/30      2,500.00 ACH CREDIT              123015

12/31         54.11 DEBIT CARD REFUND       123015
                    FRY'S ELECTRONI         PLANO      TX
01/08      2,500.00 ACH CREDIT              010816

01/11          6.00 ATM SURCHARGE REBATE
01/11          0.07 INTEREST PAID

      OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
12/14         96.04 POS DEBIT               121415
                    HOB-LOB #97900A W. 15th SPLANO      TX
12/14        148.81 DEBIT CARD PURCHASE     121115
                    MASH'D                  FRISCO     TX
12/14        112.39 ACH DEBIT               121415
                    USAA.COM PAY INT P&C    ***********7732
12/16         12.54 DEBIT CARD PURCHASE     121515
                    BRAUMS #119             PLANO      TX
```



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
   (SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
   THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                      $ _____

(4) SUBTRACT TOTAL OF CHECKS
   OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE         $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE        $ _____

(7) ADD CREDITS WHICH APPEAR
   ON THIS STATEMENT THAT HAVE
   NOT BEEN RECORDED IN YOUR
   REGISTER (IF ANY)              + _____ *

(8) ADD INTEREST CREDITED TO
   YOUR ACCOUNT (IF ANY)          + _____ *

(9) SUBTRACT OTHER CHARGES
   (IF ANY)                       - _____ *

(10) ADJUSTED CHECK REGISTER
   BALANCE                        $ _____
   * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE   2

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
12/17          4.95 DEBIT CARD PURCHASE    121615
                    EXPERIAN    *CR        866-5827269  CA
12/17         19.95 DEBIT CARD PURCHASE    121715
                    EQUIFAX CONSUME        866-640-2273 GA
12/18          1.00 DEBIT CARD PURCHASE    121715
                    TU *TRANSUNION         855-468-1378 CA
12/18          9.40 DEBIT CARD PURCHASE    121615
                    WHATABURGER 743        PLANO       TX
12/18         39.00 DEBIT CARD PURCHASE    121815
                    USTVNOW-NATIONP        917-746-8788 NY
12/21         16.35 DEBIT CARD PURCHASE    121815
                    PANDA EXPRESS #        PLANO       TX
12/21         19.50 DEBIT CARD PURCHASE    121915
                    CINEMARK THEATR        PLANO       TX
12/21         24.62 DEBIT CARD PURCHASE    122015
                    DICKEY'S BARBEC        972-641-8500 TX
12/21         25.00 POS DEBIT             122115
                    QUIKTRIP               MESA        AZ
12/21         27.10 DEBIT CARD PURCHASE    121915
                    REPUBLIC WIRELE        800-808-5150 NC
12/21         53.19 DEBIT CARD PURCHASE    121915
                    MI COCINAS WC 0        ALLEN       TX
12/21        120.98 DEBIT CARD PURCHASE    121915
                    HOTELS.COM12666        HOTELS.COM  WA
12/21        141.60 DEBIT CARD PURCHASE    121915
                    DELTA                  DELTA.COM   CA
12/21        314.39 POS DEBIT             122115
                    AutoZone  4450 E BASEL MESA        AZ
12/22         10.33 POS DEBIT             122115
                    CIRCLE K 033723077 S VAL GILBERT   AZ
12/22         75.57 DEBIT CARD PURCHASE    122115
                    AAA TAXI 0314          PHOENIX     AZ
12/22        110.71 POS DEBIT             122215
                    JIFFY LUBE #17293345 E BAGILBERT   AZ
12/23          6.06 POS DEBIT             122315
                    QUIKTRIP3720 S VAL VISTA GILBERT   AZ
12/23          8.10 DEBIT CARD PURCHASE    122215
                    CHIPOTLE 1710          MESA        AZ
```



FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE   3

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0

11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
```
12/23         8.62 DEBIT CARD PURCHASE   122115
                   JIMMY JOHNS - 2        GILBERT    AZ
12/23        20.00 POS DEBIT             122315
                   SHELL Service S        TUCSON     AZ
12/23        59.37 DEBIT CARD PURCHASE   122315
                   HOTELS.COM12671        HOTELS.COM WA
12/24         4.80 DEBIT CARD PURCHASE   122215
                   GOOGLE * UBER T        855-492-5538 CA
12/24         7.88 POS DEBIT             122315
                   SHELL Service S        CISCO      TX
12/24        10.89 DEBIT CARD PURCHASE   122215
                   GOOGLE * UBER T        855-492-5538 CA
12/24        28.50 POS DEBIT             122315
                   SHELL Service S        CISCO      TX
12/24        33.00 DEBIT CARD PURCHASE   122315
                   PILOT        0         VAN HORN   TX
12/28         2.84 POS DEBIT             122815
                   USPS 4871130013905 HEDGCOPLANO    TX
12/28        12.39 DEBIT CARD PURCHASE   122715
                   PANDA EXPRESS #        PLANO      TX
12/28        23.79 DEBIT CARD PURCHASE   122615
                   BOSTON MARKET 0        PLANO      TX
12/28        29.95 DEBIT CARD PURCHASE   122415
                   TU *TRANSUNION         855-468-1378 CA
12/28        76.20 DEBIT CARD PURCHASE   122415
                   TAVERNA ROSSA          PLANO      TX
12/28       412.11 POS DEBIT             122815
                   FRY'S ELECTRON         PLANO      TX
12/28       503.00 ATM DB NONLOCAL       122815
                   8000 INDEPENDENCE PKWY PLANO      TX
12/29        33.30 ACH DEBIT             122915
                   W8TECH.COM     IAT PAYPAL **********GFYC
12/30        22.49 DEBIT CARD PURCHASE   122815
                   CHICK-FIL-A  #         PLANO      TX
12/31        49.78 DEBIT CARD PURCHASE   123015
                   FRY'S ELECTRONI        PLANO      TX
12/31        50.71 DEBIT CARD PURCHASE   123015
                   TGI FRIDAYS 626        PLANO      TX
```



FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

PAGE   4

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
01/04        47.46 DEBIT CARD PURCHASE   123115
                   ABUELOS PLANO            PLANO       TX
01/04       121.50 POS DEBIT              010316
                   PET SUPPLIES PLUS #700410PLANO       TX
01/05        12.90 DEBIT CARD PURCHASE   010416
                   AMAZON MKTPLACE         AMZN.COM/BILLWA
01/05        77.54 DEBIT CARD PURCHASE   010516
                   COX*PHOENIX COM         602-277-1000 AZ
01/06        20.31 POS DEBIT              010616
                   USPS 4871130013905 HEDGCOPLANO       TX
01/06        25.00 POS DEBIT              010616
                   KROGER7104 INDEPENCE    PLANO       TX
01/06        25.82 DEBIT CARD PURCHASE   010516
                   TXDMV TEMP PERM         AUSTIN      TX
01/06       103.00 ATM DB NONLOCAL       010616
                   8000 INDEPENDENCE PKWY  PLANO       TX
01/06       113.96 DEBIT CARD PURCHASE   010416
                   SOUTHWES                800-435-9792 TX
01/06       225.90 DEBIT CARD PURCHASE   010416
                   BAHAMASA                NASSAU      BHS
01/06     1,327.97 ACH DEBIT             010616
                   Nationstar      Nationstar **********2259
01/07         7.18 POS DEBIT              010716
                   KROGER7100 INDEPENDENCY PLANO       TX
01/07         9.73 POS DEBIT              010716
                   SPEC'S LIQUORS #1515930 WPLANO       TX
01/07        18.38 DEBIT CARD PURCHASE   010616
                   BOSTON MARKET 0         PLANO       TX
01/08        54.76 DEBIT CARD PURCHASE   010716
                   SAMUI THAI CUIS         PLANO       TX
01/08       134.47 DEBIT CARD PURCHASE   010716
                   HOTELS.COM12699         HOTELS.COM  WA
01/11         1.27 POS DEBIT              011116
                   WALGREENS4130 LEGACY DR PLANO       TX
01/11         5.81 DEBIT CARD PURCHASE   011016
                   JACK IN THE BOX         PLANO       TX
01/11        65.75 DEBIT CARD PURCHASE   010816
                   TAVERNA ROSSA           PLANO       TX
```


FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE    5

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
01/11        174.65 DEBIT CARD PURCHASE    010716
                    SW VAL VISTA LA         04809264868  AZ
01/11        175.54 DEBIT CARD PURCHASE    010716
                    SW VAL VISTA LA         04809264868  AZ

    FOREIGN TRANSACTION FEES INCURRED THIS CYCLE       2.24

  ACCOUNT BALANCE SUMMARY
       DATE.........BALANCE    DATE.........BALANCE
       12/11       1,148.48   12/29       9,002.26
       12/14       5,091.24   12/30      11,479.77
       12/16       5,078.70   12/31      11,433.39
       12/17       5,053.80   01/04      11,264.43
       12/18       5,004.40   01/05      11,173.99
       12/21       4,261.67   01/06       9,332.03
       12/22      10,283.06   01/07       9,296.74
       12/23      10,180.91   01/08      11,607.51
       12/24      10,095.84   01/11      11,190.56
       12/28       9,035.56


  * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
   YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
  31 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
   BRINGS YOUR YTD INTEREST PAID TO        0.07.



FDIC
INSURED

105846-0814_06
BMFR1A