FURNITURE INVENTORY LIST:
AS OF 10/14/20

| NEW/USED | VENDOR | DATE | TYPE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| USED | ARIZONA | 1990'S | PICTURE | SUPERBOWL PICTURES (SET OF 3) | 300 |
| USED | ARIZONA | 1994 | SOFA | GARY & GREEN TWEED LOVESEAT | 100 |
| NEW | FRYS | 2010 | TV | PANASONIC PLASMA TV (2)@$750 | 1500 |
| USED | ARIZONA | 1994 | TABLE | MAHOGANY PRINTER TABLE | 50 |
| NEW | ARIZONA | 2012 | CHAIR | BLACK LEATHER OFFICE CHAIR | 100 |
| USED | ARIZONA | 1994 | CHAIR | MAHOGANY & FABRIC OFFICE CHAIRS (2)@$100 | 200 |
| USED | ESTATE SALE | 2/2016 | WASHER | LG TROMM FRONT LOAD WASHER | 250 |
| USED | ESTATE SALE | 2/2016 | DRYER | LG TROMM FRONT LOAD ELECTRIC DRYER | 250 |
| closeout | ANDERSON | 2016 | CURIO | PECAN & GLASS CURIO CABINET | 125 |
| closeout | ANDERSON | 2016 | CURIO | PECAN & GLASS DOUBLE CURIO CABINET | 400 |
| NEW | ANDERSON | 2016 | TABLE | PECAN BISTRO DINING TABLE | 250 |
| NEW | ANDERSON | 2016 | CHAIR | BROWN LEATHER PARSON DINING CHAIR (4)@$100 | 400 |
| NEW | ANDERSON | 2016 | CHAIR | BROWN LEATHER PARSON BARSTOOL (4)@$100 | 400 |
| USED | ESTATE SALE | 7/8/16 | TABLE | LONG WOOD CONSOLE TABLE | 150 |
| USED | GIFT | 7/8/16 | ARMOIRE | HOOKER BURLWOOD ARMOIRE | 0 |
| NEW | THE DUMP | 2/5/16 | TABLE | NESTING METAL & STONE TABLES (SET OF 3) | 325 |
| NEW | ANDERSON | 2/14/16 | SOFA | BROWN LEATHER & TWEED SECTIONAL | 725 |
| NEW | B&H | 2016 | LAMP | COPPER FLOOR LAMP | 80 |
| NEW | THE DUMP | 2/5/16 | DRESSER | PECAN DRESSER (2)@$311 | 622 |
| NEW | THE DUMP | 2/5/16 | DRESSER | PECAN CHEST | 391 |
| USED | ESTATE SALE | 2016 | TV | SAMSUNG TV (BN59011798) | 100 |
| USED | ESTATE SALE | 2016 | TV | SAMSUNG TV (BN5901199F) | 100 |
| NEW | THE DUMP | 2/5/16 | BED | KING SIZE PECAN BED | 872 |
| NEW | THE DUMP | 2/5/16 | BED | KING SIZE MATTRESS | 2499 |
| NEW | HOME GOODS | 2016 | LAMP | RALPH LAUREN CREAM LAMP (2)@$45 | 90 |
| NEW | THE DUMP | 2/5/16 | CHAIR | BROWN LEATHER ARM CHAIR | 1600 |
| NEW | TARGET | 7/16/16 | OTTOMAN | BROWN VINYL DOUBLE OTTOMAN | 100 |
| NEW | CRATE/BARREL | 2/15/16 | TABLE | ROUND WOOD & STONE SIDE TABLES (2)@$60 | 120 |
| USED | ESTATE SALE | 2016 | PICTURE | BROWN & TEAL LANDSCAPE WATERCOLOR | 125 |

| | | | | | |
|---|---|---|---|---|---|
| NEW | B&H | 2016 | ART | METAL BIRDS | 80 |
| NEW | THE DUMP | 2/5/16 | DESK | WOOD EXECUTIVE DESK | 650 |
| NEW | THE DUMP | 2/5/16 | DESK | WOOD EXECUTIVE CREDENZA | 650 |
| NEW | THE DUMP | 2/5/16 | FILE CABINET | LATERAL FILE CABINET | 300 |
| NEW | HOME GOODS | 4/18/16 | LAMP | ACRYLIC LAMP | 70 |
| USED | ESTATE SALE | 2016 | DESK | GLASS & METAL ROLLING DESK | 60 |
| USED | ESTATE SALE | 2016 | CHAIR | BLACK MESH STENO CHAIR | 30 |
| USED | ESTATE SALE | 2016 | TV | LG TV (AKB72915206) | 100 |
| USED | ESTATE SALE | 2016 | TV | LG TV (MKJ40653801) | 100 |
| USED | ESTATE SALE | 7/8/16 | CHAIR | BROWN & BLACK FABRIC PARSON CHAIR (2)@$60 | 120 |
| USED | ESTATE SALE | 2016 | LAMP | COOPER FLOOR LAMP | 40 |
| USED | ESTATE SALE | 2016 | CART | WHITE ELFA CART (2)@$40 | 80 |
| USED | ESTATE SALE | 2016 | SHOE RACK | WHITE MELAMINE SHOE RACK (6)@$5 | 30 |
| USED | GIFT | 7/10/16 | POOL TABLE | BRUNSWICK OAK POOL TABLE | 0 |
| USED | ANDERSON | 2016 | TABLE | PALECEK ROUND SIDE TABLE | 150 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY CONTROL CENTER (STRDH800) | 80 |
| USED | ESTATE SALE | 2016 | COMPONENT | LG BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY DVD/CD PLAYER (DVPNC80V) | 40 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY 5 DISC PLAYER (CDPC70) | 60 |
| USED | ESTATE SALE | 2016 | COMPONENT | PANASONIC BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | 2016 | TABLE | MAHOGANY & MARBLE SIDE TABLE (SET OF 2) | 60 |
| NEW | HOME GOODS | 2016 | LAMP | CREAM MOSIAC LAMP | 50 |
| NEW | B&H | 2016 | TABLE | METAL & GLASS SIDE TABLE (4)@$25 | 100 |
| USED | ESTATE SALE | 2016 | PICTURE | FLATIRON BLDG B/W PHOTO FRAMED | 40 |
| NEW | ANDERSON | 2/14/16 | SOFA | GRAY LEATHER RECLINING SOFA | 400 |
| NEW | ANDERSON | 2/14/16 | SOFA | GRAY LEATHER RECLINING LOVESEAT | 200 |
| NEW | ANDERSON | 2/14/16 | CHAIR | GRAY LEATHER RECLINING ARM CHAIR | 100 |
| NEW | HOME GOODS | 2016 | PICTURE | NATILUS CANVAS | 40 |
| NEW | HOME GOODS | 2016 | PICTURE | NATILUS PHOTO B/W FRAMED | 50 |
| NEW | IKEA | 2/15/16 | CHAIR | BLACK WOOD BARSTOOL (2)@$50 | 100 |
| NEW | TUESDAY AM | 4/10/16 | PICTURE | BLUE OCEAN PRINT | 60 |
| USED | ESTATE SALE | 5/17/16 | ART | FREDERICK HART ACRYLIC SCUPLTURE x2 | 10000 |
| NEW | FRYS | 2/25/18 | REFRIGERATOR | SAMSUNG FRENCH REFRIGERATOR | 3558 |