USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 3,936.07 | 51 | 78,605.57 | 9 | 75,324.06 | .00 | 654.56 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 116.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

****THIS IS A CORRECTED STATEMENT FOR SEPTEMBER****
IT WILL REPLACE THE PREVIOUS STATEMENT YOU RECEIVED THAT HAD
MISSING WIRE TRANSACTIONS.


   DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/14     18,000.00 WIRE IN
                    001170814993527
08/14     22,500.00 WIRE IN
                    001170814993262
08/18      2,900.00 DEBIT CARD REFUND     081717
                    PARK PLACE MOTORS LTD     BELLEVUE      WA
08/28      1,500.00 ACH CREDIT            082817
                    SERVICE CU       P2P       BRYANT SEWALL
08/31        408.97 ACH CREDIT            090117
                    VACP TREAS 310   XXVA BENEF **********3600
09/05     15,000.00 WIRE IN
                    001170905077889
09/08     15,000.00 WIRE IN
                    001170908098104
09/12         15.00 ATM SURCHARGE REBATE
09/12          0.09 INTEREST PAID

   OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/15      2,900.00 DEBIT CARD PURCHASE   081417
                    PARK PLACE MOTORS LTD     BELLEVUE      WA
08/15     29,000.00 WIRE OUT
                    002170815000489
08/15         20.00 WIRE FEE
                    0021708150004

 FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)    $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)    + _____

(3) SUBTOTAL    $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)    - _____

(5) ADJUSTED BANK BALANCE    $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE    $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)    + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)    + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)    - _____ *

(10) ADJUSTED CHECK REGISTER
BALANCE    $ _____
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?

**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**


**FDIC INSURED**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE    2

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

        OTHER DEBITS
    DATE..........AMOUNT.TRANSACTION DESCRIPTION
    08/15           7.50 ACH DEBIT        081517
                         USAA P&C INT     AUTOPAY   ***********0452
    08/15         486.49 ACH DEBIT        081517
                         STREAM ENERGY    UTILITY   ***********5207
    08/15         612.89 ACH PAYMENT
                         TRNSFR TO LOAN  21001000000000001082050814
    08/16          26.55 DEBIT CARD PURCHASE    081517
                         Experian   *CreditRep  866-5827269  CA
    08/17          44.65 DEBIT CARD PURCHASE    081517
                         Squeaky Clean Pool Ser  214-755-8408 TX
    08/18         200.00 ATM DB NONLOCAL        081817
                         Cardtronics CCS2101 W 15TPLANO       TX
    08/23       10,000.00 ACH DEBIT        082217
                         CAPITAL ONE     ONLINE PMT ***********7576
    08/24          44.65 DEBIT CARD PURCHASE    082217
                         Squeaky Clean Pool Ser  214-755-8408 TX
    08/24        1,000.00 ACH DEBIT        082317
                         CAPITAL ONE     ONLINE PMT ***********6507
    08/28          80.00 DEBIT CARD PURCHASE    082617
                         NTTA AUTOCHARGE         972-818-6882 TX
    08/28         207.43 ATM DB NONLOCAL        082517
                         BAHAMAS BANKABM FCIB LYNDNASSAU
    08/30          84.45 DEBIT CARD PURCHASE    082917
                         LOWE'S PHARMACY LTD.    NASSAU
    08/31          44.65 DEBIT CARD PURCHASE    082917
                         Squeaky Clean Pool Ser  214-755-8408 TX
    08/31          81.54 DEBIT CARD PURCHASE    083017
                         RUBIS SHIRLEY STREET    NASSAU
    09/01         306.26 ATM DB NONLOCAL        090117
                         *BS KERZNR INT*ATLANTIS 1PARADISE ISL
    09/01         510.43 ATM DB NONLOCAL        090117
                         BAHAMAS BANKABM FCIB LYNDNASSAU
    09/01          22.65 ACH DEBIT        090117
                         USAA P&C INT     AUTOPAY   ***********0452
    09/01          82.96 ACH DEBIT        090117
                         CITY PLANO      000UT BILL *********** ???
    09/05         179.00 DEBIT CARD PURCHASE    090317
                         SECURLOCK AT ALLEN WES  972-359-7000 TX

FDIC
INSURED

105846-0814_06
BMFR1A

 USAA
FEDERAL
SAVINGS
USAA® BANK

PAGE   3

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
09/05        264.96 DEBIT CARD PURCHASE    090517
                    HOTELS.COM141289449410   HOTELS.COM   WA
09/05        461.54 DEBIT CARD PURCHASE    090517
                    HOTELS.COM141289243649   HOTELS.COM   WA
09/05        651.24 DEBIT CARD PURCHASE    090517
                    HOTELS.COM141288588816   HOTELS.COM   WA
09/05        882.78 DEBIT CARD PURCHASE    090317
                    ATLANTIS FOOD & BEV      NASSAU
09/05      1,404.31 DEBIT CARD PURCHASE    090117
                    BOSS INVESTMENTS LTD     NASSAU
09/05        400.53 ACH DEBIT              090517
                    WELLS FARGO DLR  DRAFT    ***********4386
09/06         80.80 DEBIT CARD PURCHASE    090517
                    RUBIS SHIRLEY STREET     NASSAU
09/07         44.65 DEBIT CARD PURCHASE    090517
                    Squeaky Clean Pool Ser  214-755-8408 TX
09/07        402.81 DEBIT CARD PURCHASE    090617
                    HUMANA MILITARY         800-833-6917 KY
09/07        903.76 DEBIT CARD PURCHASE    090617
                    COPA ARC   8651888169    HAGERTOWN   MD
09/07        903.76 DEBIT CARD PURCHASE    090617
                    COPA ARC   8651888168    HAGERTOWN   MD
09/07        903.76 DEBIT CARD PURCHASE    090617
                    COPA ARC   8651888167    HAGERTOWN   MD
09/07        903.76 DEBIT CARD PURCHASE    090617
                    COPA ARC   8651888170    HAGERTOWN   MD
09/08          9.00 DEBIT CARD PURCHASE    090717
                    DSC*DOLLAR SHAVE CLUB    866-2232780 CA
09/08        509.80 ATM DB NONLOCAL        090817
                    CREDOMATIC   CRPUN-BAC- JSAN JOSE
09/11         42.65 DEBIT CARD PURCHASE    090817
                    CANOPY VISTAS LOS SUEN   PUNTARENAS
09/11         47.47 DEBIT CARD PURCHASE    090917
                    EL JARDIN                ALAJUELA
09/11         64.64 DEBIT CARD PURCHASE    090917
                    TRES GENERACIONES DOKA   ALAJUELA
09/11         85.85 DEBIT CARD PURCHASE    091017
                    VIKINS AND SURF          PUNTARENAS
```

 FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE    4

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
09/11        98.98 DEBIT CARD PURCHASE   090917
                   EL JARDIN              ALAJUELA
09/11       128.32 DEBIT CARD PURCHASE   091017
                   TIENDA RIP CURL        PUNTARENAS
09/11       153.66 DEBIT CARD PURCHASE   090717
                   TSUNAMI SUSHI JACO     PUNTARENAS
09/11       277.84 DEBIT CARD PURCHASE   091017
                   MANGO SURF SHOP JACO   PUNTARENAS
09/11       334.82 DEBIT CARD PURCHASE   090917
                   MANGO SURF SHOP JACO   PUNTARENAS
09/11       525.20 DEBIT CARD PURCHASE   090917
                   COSTA RICA TOUR OFFICE PUNTARENAS
09/11     1,500.00 ACH DEBIT             090917
                   CAPITAL ONE    ONLINE PMT **********0505
09/11     2,025.08 ACH DEBIT             091117
                   Miro           WEB PMTS **********80T3
09/11    18,500.00 ACH DEBIT             090917
                   CAPITAL ONE    ONLINE PMT **********0504
09/12       151.50 DEBIT CARD PURCHASE   090817
                   CANOPY VISTA LOS SUENO  GARABITO

    FOREIGN TRANSACTION FEES INCURRED THIS CYCLE       59.19

  ACCOUNT BALANCE SUMMARY
       DATE.........BALANCE   DATE.........BALANCE
       08/11       3,936.07   08/30       4,121.46
       08/14      44,436.07   08/31       4,404.24
       08/15      11,409.19   09/01       3,481.94
       08/16      11,382.64   09/05      14,237.58
       08/17      11,337.99   09/06      14,156.78
       08/18      14,037.99   09/07      10,094.28
       08/23       4,037.99   09/08      24,575.48
       08/24       2,993.34   09/11         790.97
       08/28       4,205.91   09/12         654.56
```



FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE    5

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

 * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
 YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
32 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
 BRINGS YOUR YTD INTEREST PAID TO       1.05.

**FDIC**
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 4,145.60 | 26 | 35,026.33 | 10 | 33,937.26 | .00 | 3,056.53 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

|  | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 58.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 116.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

THIS ACCOUNT WILL SOON BE KNOWN AS USAA CLASSIC CHECKING.
THE NAME WILL CHANGE, BUT THE SECURITY, FEATURES AND
BENEFITS WILL REMAIN THE SAME.


     DEPOSITS AND OTHER CREDITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION
  05/12      8,300.00 WIRE IN
                      001170512621215
  05/18     15,000.00 WIRE IN
                      001170518643469
  05/22        141.56 DEBIT CARD REFUND      051917
                      SW VAL VISTA LAKES-262    MESA          AZ
  05/23         29.00 NSF FEE REFUND
  05/31        408.97 ACH CREDIT             060117
                      VACP TREAS 310   XXVA BENEF **********3600
  06/06          7.64 DEPOSIT @ HOME
  06/06         50.00 DEPOSIT @ HOME
  06/06      5,000.00 DEPOSIT @ HOME
  06/06      5,000.00 DEPOSIT @ HOME
  06/12          0.09 INTEREST PAID

     CHECKS
  DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
  06/08   1002       5,000.00

     OTHER DEBITS
  DATE.........AMOUNT.TRANSACTION DESCRIPTION
  05/15         33.00 DEBIT CARD PURCHASE    051517
                      NTTA CUST SVC ONLINE     972-818-6882 TX
  05/15        612.89 ACH PAYMENT
                      TRNSFR TO LOAN   210010000000000001082050814

**FDIC**
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

### CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)    $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)   + _____

(3) SUBTOTAL    $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)    - _____

(5) ADJUSTED BANK BALANCE    $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE    $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)    + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)    + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)    - _____ *

(10) ADJUSTED CHECK REGISTER
BALANCE    $ _____
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE    2

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

```
    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/16           26.55 DEBIT CARD PURCHASE   051517
                      Experian   *CreditRep  866-5827269  CA
05/16          264.46 ACH DEBIT             051617
                      STREAM ENERGY    UTILITY   ***********6226
05/18       10,000.00 ACH DEBIT             051817
                      CAPITAL ONE CARD ONLINE PMT ***********3POS
05/19           44.65 DEBIT CARD PURCHASE   051717
                      Squeaky Clean Pool Ser  214-755-8408 TX
05/22           29.00 NSF FEE-ITEM RETURNED
                      ACH - CAPITAL ONE CARDONLINE PM
05/22           48.77 ACH DEBIT             052217
                      CAPITAL ONE      ONLINE PMT ***********4061
05/24            1.00 USAA FUNDS TRANSFER DB
05/24            1.00 USAA FUNDS TRANSFER DB
05/24           44.65 DEBIT CARD PURCHASE   052217
                      Squeaky Clean Pool Ser  214-755-8408 TX
05/25           29.00 NSF FEE-ITEM RETURNED
                      ACH - CAPITAL ONE CARDRETRY PYM
05/30           91.48 ACH DEBIT             053017
                      CITY PLANO       000UT BILL ***********  ???
05/30       12,000.00 ACH DEBIT             053017
                      CAPITAL ONE      ONLINE PMT ***********1195
05/31          400.00 ACH DEBIT             053117
                      WELLS FARGO DLR  FEE & PMTS ***********4386
06/01          165.18 ACH DEBIT             060117
                      USAA P&C INT     AUTOPAY    ***********0452
06/01        2,850.00 ACH DEBIT             060117
                      Butler Property  WEB PMTS   ***********RYG1
06/02           44.65 DEBIT CARD PURCHASE   053117
                      Squeaky Clean Pool Ser  214-755-8408 TX
06/02          161.10 DEBIT CARD PURCHASE   060217
                      SECURLOCK AT ALLEN WES  972-359-7000 TX
06/06          402.81 DEBIT CARD PURCHASE   060617
                      HUMANA MILITARY    800-833-6917 KY
06/06        2,000.00 DEBIT CARD PURCHASE   060617
                      VENMO              855-812-4430 NY
06/08           15.00 DEBIT CARD PURCHASE   060717
                      DSC*DOLLAR SHAVE CLUB   866-2232780  CA
```



FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK
USAA®

PAGE   3

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/08       216.49 DEBIT CARD PURCHASE    060717
                   AT&T D118 8048          PLANO       TX
06/09        44.65 DEBIT CARD PURCHASE    060717
                   Squeaky Clean Pool Ser  214-755-8408 TX
06/12       500.00 DEBIT CARD PURCHASE    061017
                   VENMO                   855-812-4430 NY

  ACCOUNT BALANCE SUMMARY
       DATE.........BALANCE    DATE.........BALANCE
       05/11      4,145.60    05/25     16,481.19
       05/12     12,445.60    05/30      4,389.71
       05/15     11,799.71    05/31      4,398.68
       05/16     11,508.70    06/01      1,383.50
       05/18     16,508.70    06/02      1,177.75
       05/19     16,464.05    06/06      8,832.58
       05/22     16,527.84    06/08      3,601.09
       05/23     16,556.84    06/09      3,556.44
       05/24     16,510.19    06/12      3,056.53


   * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
   YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
   32 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
   BRINGS YOUR YTD INTEREST PAID TO        0.85.


FDIC
INSURED

105846-0814_06
BMFR1A



```
Check:   1002          Amount:5,000.00
```