

USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
PO BOX 289
LITTLE ELM TX  75068-0289

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 09/11/19 - 10/11/19 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 2,995.88 | 8 | 1,833.32 | 3 | 437.37 | .00 | 1,599.93 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

```
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
09/30       428.83 ACH CREDIT          100119
                   VACP TREAS 310   XXVA BENEF **********3600
10/11         8.53 ATM SURCHARGE REBATE
10/11         0.01 INTEREST PAID


    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
09/16       328.46 ACH DEBIT              091619
                   USAA P&C INT    AUTOPAY    **********0452
09/16       643.53 ACH PAYMENT
                   TRNSFR TO LOAN  210010000000000001082050814
09/18       203.00 ATM DB NONLOCAL        091719   6011091719
                   D 314200 NW 36 ST       MIAMI       FL
09/18       308.59 ATM DB NONLOCAL        091819   6011091819
                   000009902583ROYAL BANK OFBAHAMAS
09/18        10.00 ACH DEBIT              091819
                   PAYPAL          INST XFER **********  INC
10/02         1.29 ACH DEBIT              100219
                   PAYPAL          RETRY PYMT **********OGLE
10/02       328.46 ACH DEBIT              100219
                   USAA P&C INT    AUTOPAY    **********0452
10/10         9.99 ACH DEBIT              101019
                   PAYPAL          INST XFER **********OGLE


    FOREIGN TRANSACTION FEES INCURRED THIS CYCLE        3.06
```



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                       $ _____

(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE          $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE         $ _____

(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)              + _____ *

(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)          + _____ *

(9) SUBTRACT OTHER CHARGES
    (IF ANY)                       - _____ *

(10) ADJUSTED CHECK REGISTER
     BALANCE                       $ _____
     * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:  All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

USAA®

PAGE   2

BRYANT E SEWALL
PO BOX 289
LITTLE ELM TX  75068-0289

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 09/11/19 - 10/11/19 |

```
ACCOUNT BALANCE SUMMARY
      DATE..........BALANCE   DATE..........BALANCE
      09/11     2,995.88   10/02     1,601.38
      09/16     2,023.89   10/10     1,591.39
      09/18     1,502.30   10/11     1,599.93
      09/30     1,931.13


  * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
   YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
  30 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
   BRINGS YOUR YTD INTEREST PAID TO       0.30.
```

FDIC
INSURED

105846-0814_06
BMFR1A