## *1:20cr349, USA v. Young*

US District Court Criminal Docket

U.S. District - Colorado

(Denver)

**This case was retrieved on 11/13/2020**

## Header

**Date Filed:** 10/29/2020
**Other Docket:** None

**Class Code:** Open
**Closed:**

## Defendant

**Name**

Michael Stephen Young

**Attorneys**

Brian Rowland Leedy
ATTORNEY TO BE NOTICED
Ridley McGreevy & Winocur PC-Denver
303 16th Street Suite 200
Denver, CO 80202
USA
leedy@ridleylaw.com
303-629-9700Fax: 303-629-9702Designation: Retained

Fredric Michael Winocur
ATTORNEY TO BE NOTICED
Ridley McGreevy & Winocur PC-Denver
303 16th Street Suite 200
Denver, CO 80202
USA
winocur@ridleylaw.com
303-629-9700Fax: 303-629-9702Designation: Retained

## Charges

**Complaints:** none
**Pending:** 18 U.S.C. § 1001 - False Statements(1)
**Offense Level (Opening):** Felony
**Terminated:** none
**Case Assigned To:** Judge R. Brooke Jackson

## Disposition

Kenneth Harmon

## U.S. Attorneys

Pegeen Denise Rhyne

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

U.S. Attorney's Office-Denver

1801 California Street Suite 1600

Denver, CO 80202

USA

pegeen.rhyne@usdoj.gov 303-454-0323Fax: 303-454-0409Designation: Federal Agency Attorney

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 10/29/2020 | INFORMATION as to Michael Stephen Young (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (rvill, ) (Entered: 10/29/2020) | |
| 2 | 10/29/2020 | NOTICE of Related Cases by USA as to Michael Stephen Young (morti, ) (Entered: 10/29/2020) | |
| 3 | 10/29/2020 | MINUTE ENTRY for Initial Appearance, Waiver of Indictment, Arraignment, Discovery and Detention (by VTC) as to Michael Stephen Young held before Magistrate Judge Scott T. Varholak on 10/29/2020. Defendant present by VTC in C204 with counsel and consents to proceed by VTC. Mr. Leedy is retained counsel. Defendant advised. Government is filing an Information and would like to proceed by Waiver of Indictment. Defendant consents to proceeding by Waiver of Indictment. Waiver of Indictment accepted by the Court. Plea of NOT GUILTY entered by defendant. Counsel for the government states that a Discovery memorandum is not needed in this case. Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt, or sanctions by the court. Bond set as to Michael Stephen Young (1) Personal Recognizance. Defendant advised of conditions of bond and remanded for processing and release. Defendant instructed to report to the U.S. Marshal Service for processing. Defendant authorizes the court to place his s/signature on his behalf on the bond paperwork. Counsel is directed to contact chambers for future court dates. (Total time: 12 minutes, Hearing time: 1:42-1:54)APPEARANCES: Pegeen Rhyne on behalf of the Government, Brian Leedy on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: 402. (morti, ) Text Only Entry (Entered: 10/29/2020) | |
| 4 | 10/29/2020 | WAIVER OF INDICTMENT by Michael Stephen Young by | |

1:20cr349, USA v. Young

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | Magistrate Judge Scott T. Varholak on 10/29/2020. (morti, ) (Entered: 10/29/2020) |  |
| 5 | 10/29/2020 | Personal Recognizance Bond Entered as to Michael Stephen Young (morti, ) (Entered: 10/29/2020) |  |
| 6 | 10/29/2020 | ORDER Setting Conditions of Release as to Michael Stephen Young (1) PR Bond by Magistrate Judge Scott T. Varholak on 10/29/2020. (morti, ) (Entered: 10/29/2020) |  |
| 7 | 10/30/2020 | Passport Receipt as to Michael Stephen Young.Surrender of passport re Bond Conditions; Passport Number 246385617 issued by USA (cpomm, ) (Entered: 10/30/2020) |  |
| 9 | 11/04/2020 | NOTICE OF ATTORNEY APPEARANCE: Fredric Michael Winocur  appearing for Michael Stephen YoungAttorney Fredric Michael Winocur added to party Michael Stephen Young(pty:dft) (Winocur, Fredric) (Entered: 11/04/2020) |  |
| 10 | 11/04/2020 | NOTICE OF ATTORNEY APPEARANCE: Brian Rowland Leedy appearing for Michael Stephen YoungAttorney Brian Rowland Leedy added to party Michael Stephen Young(pty:dft) (Leedy, Brian) (Entered: 11/04/2020) |  |
| 11 | 11/04/2020 | NOTICE of Disposition by Michael Stephen Young (Leedy, Brian) (Entered: 11/04/2020) |  |
| 12 | 11/05/2020 | MINUTE ORDER as to Michael Stephen Young re 11 Notice of Disposition. In light of the notice of disposition, the Court requests that the parties jointly contact Chambers at jackson_chambers@cod.uscourts.gov within 14 days to set a change of plea. By Judge R. Brooke Jackson on 11/5/2020. Text Only Entry (rbjsec. ) (Entered: 11/05/2020) |  |
| 13 | 11/13/2020 | MINUTE ORDER as to Michael Stephen Young. A Change of Plea Hearing is set for 1/11/2021 at 2:30 PM in Courtroom A 902 before Judge R. Brooke Jackson. Due to the COVID-19 pandemic, the hearing will be held by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. The Court requests that counsel email the fully executed plea documents to jackson_chambers@cod.uscouts.gov at least three business days prior to the hearing. By Judge R. Brooke Jackson on 11/13/2020. Text Only Entry (rbjsec. ) (Entered: 11/13/2020) |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

Kenneth Harmon