**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

     Defendants,

And

MEDIATRIX CAPITAL FUND LTD., et al.,

     Relief Defendants.

---

**REPORT OF RECEIVER'S ACTIVITIES FROM SEPTEMBER 11, 2020 THROUGH DECEMBER 31, 2020**

---

     TO THE HONORABLE RAYMOND P. MOORE, UNITED STATES DISTRICT JUDGE:

     COMES NOW, Brick Kane of Robb Evans & Associates LLC, and submits his Report of Receiver's Activities for the period from the inception of the receivership estate, September 11, 2020 through December 31, 2020, attached hereto as Exhibit 1.

                                            Respectfully submitted,

DATED: January 29, 2021

                                        */s/ Gary Owen Caris*
                                        Gary Owen Caris, Calif. Bar No. 088918
                                        BARNES & THORNBURG LLP
                                        2029 Century Park East, Suite 300
                                        Los Angeles, CA  90067
                                        Telephone: (310) 248-3880
                                        Facsimile: (310) 248-3894
                                        Email: gcaris@btlaw.com

                                        Attorneys for Brick Kane of Robb Evans & Associates LLC, Receiver

19069195v1

# EXHIBIT 1

**Brick Kane of Robb Evans & Associates LLC**
**Receiver of**
**Mediatrix Capital Fund LTD., et al.**

**REPORT OF RECEIVER'S ACTIVITIES**

**September 11, 2020 through December 31, 2020**

This report covers the activities of the Receiver[1] since the inception of the receivership. Section XI of the Order Appointing Receiver (Doc. 153) (Order) directs the Receiver to file a quarterly report and accounting of the Receiver's administration. This is the first report to the Court on the progress of the receivership. It does not constitute an audit of financial condition and is intended only to provide information for use by the Court in assessing the progress of the receivership.

The Order specifies that the Quarterly Status Report shall contain the following:

A.     A summary of the operations of the Receiver;

B.     The amount of cash on hand, the amount and nature of accrued administrative expenses and the amount of unencumbered funds in the estate;

C.     A schedule of all the Receiver's receipts and disbursements (attached as Exhibit A to the Quarterly Status Report), with one column for the quarterly period covered and a second column for the entire duration of the receivership;

D.     A description of all known Receivership Property, including approximate or actual valuations, anticipated or proposed dispositions, and reasons for retaining assets where no disposition is intended;

E.     A description of liquidated and unliquidated claims held by the Receivership Estate, including the need for forensic and/or investigatory resources; approximate valuations of claims; and anticipated or proposed methods of enforcing such claims (including likelihood of success in: (i) reducing the claims to judgment; and, (ii) collecting such judgments);

F.     A list of all known creditors with their addresses and the amounts of their claims; and,

G.     The Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations.

---

[1] Reference to the Receiver in this report means the Receiver, the Receiver's deputies, the Receiver's staff, and his counsel.

## Summary of Operations

Immediately after the Court issued the Order, the Receiver began service of the Order on all known financial institutions and other asset holders[2].  In some instances, multiple follow-up email and telephone calls with financial institutions were necessary to ensure  compliance with the Order.  As of December 31, 2020, all but one financial institution complied with the Order. The remaining financial institution turned over $1,741,037.38 on January 22, 2021.

The Receiver filed miscellaneous actions under 28 U.S. Code § 754 in the District Court of Arizona, the Eastern and Northern Districts of Texas, and the District of Puerto Rico.

The Receiver also filed two Notices of Lis Pendens with respect to two parcels of real property in  Arizona  discussed  below,  in  order  to  prevent  their  improper  further  transfer  or encumbrance.

The Receiver has had conversations with each of the three individual defendants to ascertain the status of and  issues regarding real property assets, personal property assets, and other assets. In addition, the Receiver has obtained preliminary title reports and appraisals for the real property discussed in this report.  All of the real property the Receiver has taken control of has been listed for sale.

The Receiver has communicated with the Plaintiff and other governmental authorities in carrying out his duties under the Order.

Mediatrix Capital Fund Ltd. maintained at least one bank account in the Bahamas.  The Receiver was informed that  Kevin G. Cambridge,  Prince A. Rahming and  Jess Shakespeare were appointed by the Bahamas Supreme Court as Joint Official Liquidators of the Company. The Receiver has had experience dealing with two of the Liquidators on another matter and has, at the request of the Liquidators, participated in periodic informational calls with them on this matter.

## The amount of cash on hand, the amount and nature of accrued administrative expenses and the amount of unencumbered funds in the estate

As of December 31, 2020, the Receiver was holding $6,950,920.78 net of $115,234.76 in accrued and unpaid fees and costs.  As detailed on Exhibit A, accrued and unpaid fees and costs for the Receiver and his staff total $49,117.29.  Also as detailed on Exhibit A, accrued and unpaid fees and costs for the Receiver's counsel total $66,117.47.  A motion for approval of fees and costs for this period of the receivership will be filed not later than March 16, 2021 as provided by the Order.

---

[2] Upon learning that  the United States Attorneys' Office for the District of Colorado is pursuing, liquidating and recovering what otherwise would be receivership assets located outside of the United States, the Receiver ceased efforts to marshal overseas assets so as to avoid unnecessary expense and duplication of effort.

## Schedule of Receipts and Disbursements

Attached at Exhibit A is the Receivership's Administrative Report that details receipts and disbursements by month (pages 1-4). Exhibit A also details receipts and disbursements by defendant and the Receiver's fees and costs by billing codes required by the Securities and Exchange Commission.

## Description of all known Receivership Property

### *Real Property*

The chart below lists all of the domestic real property with a status for each property.

| Defendant | Address | Valuation Status | Liens Recorded | Current Status |
|---|---|---|---|---|
| Bryant Sewall and Hanna Ohonkova Sewall | 1201 Lloyd's Road Little Elm, TX | Two appraisals have been obtained. | None. | Listed for sale at $3,400,000. |
| Bryant Sewall and Hanna Ohonkova Sewall | 1197 Lloyds Road Little Elm, TX | Two appraisals have been obtained. | None. | Listed for sale at $149,900. |
| Michael Stewart and Victoria M. Stewart | 8082 E Arroyo Hondo Rd Scottsdale AZ | | | Personal residence. The Receiver has not taken control as yet. |
| Michael Stewart and Victoria M. Stewart | 8221 Sheridan St. Scottsdale, AZ | Two appraisals have been obtained. | 1st TD $364,700. | Listed for sale at $530,000. Multiple offers have been received. |
| Michael Stewart and Victoria M. Stewart | 7349 Casitas Del Rio Scottsdale, AZ | Two appraisals have been obtained. | 1st TD $350,000 | Listed for sale at $544,000. Multiple offers have been received. |
| Michael Young and Maria C. Young | 5406 S. Cottonwood Ct. Greenwood Village, CO | | | Personal residence. The Receiver has not taken control as yet. |
| Michael Young and Maria C. Young | 4 lots in Port Charlotte, Florida | Two appraisals have been obtained. | None. | Listed for sale at $48,000 for all 4 lots. Multiple offers were received. A sale contract was signed and escrow has been opened. |

## 1201 Lloyd's Road Little Elm, TX

This is a 19.5 acre property that includes two residences, operating wells, and operating aerobic and regular septic tank systems. The main residence includes 2,911 square feet on two levels with an attached 1,100 square-foot garage / workshop and a detached 700 square-foot carport and storage structure. The second residence includes 1,442 square feet with no garage. Both residences have lake frontage.

## 1197 Lloyds Road Little Elm, TX

This property is a 1.0 acre lot improved with a good quality metal building with four rollup doors. There is no residence, water service, or operating septic tank system. There is a non-operating well.

**8221 Sheridan St. Scottsdale, AZ**

This is a 2499 square foot single-story single-family residence built in 1959 and located on an 8948 square foot lot.  The residence has four bedrooms, three bathrooms, a two-car garage, and a swimming pool.

The interior of the home was gutted and remodeling was commenced prior to the Receiver's appointment.  The Receiver solicited and analyzed various valuations and the highest projected cost to complete the renovation of $100,000 appears to be understated.  This amount is possibly adequate for an on-site owner supervising the renovations and/or doing the renovations himself, however utilizing experienced, licensed, skilled labor  could increase these remodeling costs to $160,000.  There is also a potential unknown cost for mold remediation.

After careful analysis, the Receiver decided to list the property in an "as is" condition and not to proceed with completing the renovation because the potential sale price after completing the renovation would add little, if any, benefit to the receivership estate.

**7349 Casitas Del Rio Scottsdale, AZ**

This is a two-story 1957 square foot condominium townhouse built in 2018 and located on an 1809 square foot lot.  The residence has three bedrooms, two and one-half bathrooms, a two-car garage, and is located in a planned community with a swimming pool.  The interior of the home has been recently remodeled.

**Lots in Port Charlotte, Florida**

This property is 1.023 acres of raw land, consisting of four contiguous, tied lots zoned for multi-family use.

## *Personal Property*

Michael Young and Maria Young

Mr. Young listed the personal property below on a sworn financial statement.  The Receiver discussed the personal property items with Mr. Young and decided to defer taking control of the two vehicles due to Mr. Young's family needs.  In addition, Mr. Young assured the Receiver that all of the jewelry is in a safe deposit box and that he would not access that box without the Receiver's consent.

| | |
|---|---|
| 2016 Audi A8 | $91,775 (purchase price) |
| Honda Odyssey | $54,597 (purchase price) |
| Tennis bracelet | $6,205.25 |
| Amythyst bracelet | $926.68 |
| Tanzanite ring | $5,727 |

| | |
|---|---|
| Tanzanite pendant | $1,193 |
| Diamond bracelet | $15,882 |
| Diamond earrings | $6,075 |
| Emerald ring | $3,600 |
| 3 gold bracelets | $2,100 |
| Small diamond | $1,199 |
| Diamond necklace | $2,999 |
| Silver bracelet | $129 |
| Silver necklace | $199 |
| Emerald earrings | $9,400 |
| Emerald pendant | $3,038 |
| Gold necklace and crucifix | $8,100 |
| Gold bracelet: approximately | $3,000 |
| Cartier watch | $3,500 (2002) |
| Engagement ring | $10,500 |
| Pearl necklace | $2,750 |
| Yamaha piano | purchase price : $9,000 |
| Large sectional couches | purchase price :$7,026 |
| Sectional couch and two chairs | purchase price :$13,554 |
| Large dining table with 10 chairs | purchase price : $8,287 |
| Children's "gorilla" outdoor playset | purchase price : $2,300 |
| King bed frame | purchase price : $1,873 |
| Mattress | purchase price : $3,500 |
| Dresser | purchase price :$2,142 |
| Plasma TV | purchase price : $3,299 |

<u>Bryant Sewall and Hanna Ohonkova Sewall</u>

The Receiver maintains custody and/or control of personal property of Bryant Sewall. The personal property includes the following vehicles and items.

Vehicles stored in the attached garage at 1201 Lloyds Road:
1. 1993 GMC Typhoon, purchased 3/8/17. There are no liens. Estimated current value: $12,000 to $18,000.
2. 2006 BMW M3, purchased 8/18/17. There are no liens. Estimated current value: $12,000 to $18,000.
3. 2014 Dodge Ram, purchased 8/5/16. There is a reported delinquent lien of $11,000. Estimated current value: $12,000-$15,000.

Vehicle Bryant Sewall Previously Released to Sewall's friend in Plano Texas:

4. 2012 Jeep Wrangler, purchased 8/5/16. The current lien balance is $6,600. The current value is $16,000. Sewall's friend makes monthly payments of $606 and he has agreed to purchase the vehicle for the current value.

Boating and water recreation items stored in the carport storage structure at 1201 Lloyds Road:

5. 2012 15-foot jet boat purchased September 2016. There are no liens. The reported current value is $10,000.
6. Two Seadoo Sparks Jet Skis. There are no liens. The reported current value is $4,000.

Four Items of Kubota Farm Equipment Stored in the Metal Building at 1197 Lloyds Road:

7. ATV, two turn mowers, and tractor. All of these items were purchased 9/29/18 for $59,930. There is a delinquent lien $36,000. There is a current offer to purchase all of the equipment for $28,000. The Receiver has offered to return the equipment to the lender and a response is pending.

The personal property of Bryant Sewall also includes personal furniture, appliances, kitchen and other utensils, and personal clothing stored in the main residence at 1201 Lloyds Road. There are no liens and the current value is unknown.

Mr. Sewall and his wife, Relief Defendant Hanna Ohonkova Sewall, brought a motion requesting certain assets to be released for living expenses and attorneys' fees. Although the motion was unclear, it appears that much of the Sewalls' personal property was requested to be released. The Receiver did not make any decision with respect to the liquidation of personal property until that motion was resolved. After this reporting period, the Court denied the Sewalls' motion. In light of the denial of their motion, the Receiver is now determining his next steps with respect to their personal property.

<u>Michael Stewart and Victoria M. Stewart</u>

Mr. Stewart listed the personal property below on a sworn financial statement (Doc. 28-2).

| | |
|---|---|
| 2018 Chevrolet Tahoe | purchase Price: $72,000 |
| 2016 Jeep Wrangler | purchase Price: $25,000 |
| 2018 Golf Cart | $15,000 |
| 2015 Golf Cart | Acquired with the house; $2,000 value (older and rusted out) |
| 2018 Range Rover | purchase price: $127,000 |
| Furniture and Fixtures | $45,000 |
| 2 sofas and lounges | |
| 2 dining tables | |
| 3 TVs | |

| | |
|---|---|
| 2 hutches | |
| Miscellaneous art work | |
| 4 deer mounts | |
| 3 bedroom sets | |
| 2 Breitling watches | $4,500 and $5,500 |
| bracelet | 2000 |
| bracelet | $2,500 |
| bracelet | $2,500 |
| necklace | 2500 |
| Gold coin ring | $4,400 |
| 2008 Dodge 4X4 flatbed truck | purchased in 2014 for $24,000 |
| 2 bicycles | 2,000 each purchased 2 years ago |
| Patio furniture | $800 |
| Custom Nosler rifle | purchased at auction from Guardian Group for $9,400 |
| Clothing | $10,000 |

In addition, the Stewarts listed a substantial amount of personal property in Exhibit E to their motion for release of certain assets for the payment of living expenses and attorneys' fees (Doc. 192-6). Much of this personal property is different than the personal property listed in the sworn statement. It is unclear what, if any, of the personal property listed in Exhibit E to their motion is the same as the personal property listed in the sworn statement. While the motion was unclear, it appears that the Stewarts sought the release of the personal property listed in Exhibit E to the motion. After this reporting period, the Court denied the Stewarts' motion. In light of the denial of their motion, the Receiver is now determining his next steps with respect to the Stewarts' personal property, including the assets listed on the sworn statement and the assets listed in their unsuccessful motion.

## Liquidated and Unliquidated Claims

The Receiver is evaluating the potential liquidated and unliquidated claims pertaining to Equiti US LLC, Equiti Capital UK Limited and Equiti Armenia CJSC (collectively, "Equiti"). Regarding the liquidated claims against Equiti, a total of $12,939,858 was generated from the liquidation of open positions in trading accounts at Equiti. Of this amount, the Receiver understands that Equiti is prepared to turn over to the Receiver the sum of $9,426,411, but Equiti asserts that the balance of funds which were generated from the liquidation, in the sum of $3,513,447, are subject to setoff rights. Plaintiff, the United States Department of Justice through the United States Attorney for the District of Colorado and the Receiver assert that Equiti is not entitled to assert rights of setoff and that the entire $12,939,858 is required to be paid by Equiti. The Receiver understands that the Plaintiff has been in communications with counsel for Equiti about the funds held by Equiti which have been frozen, but no resolution

of this issue has been reached as yet.  As noted above, the Receiver is not handling the efforts to repatriate these funds.

Regarding unliquidated claims, the Receiver is evaluating potential litigation claims which the Receiver may have against Equiti in connection with Equiti's involvement as broker for the Receivership Defendants.  Based on the status of its evaluation and for tactical reasons, at present the Receiver is not prepared to discuss the potential value of such claims or to discuss any other details with respect to such claims.  The Receiver anticipates that it would be necessary to bring litigation to enforce such claims and would seek Court approval before commencing such litigation.

## Creditor List

The Plaintiff provided a list of investors to the Receiver, but the Receiver does not believe it is appropriate to disseminate a public list of the names and addresses of the investors, as unnecessarily invasive of their privacy rights and because it potentially exposes them to the risk of further harm as potential victims by other unscrupulous persons and entities who often prey on prior victims of financial fraud.  In any event, the Receiver notes that the Order does not appear to empower the Receiver to propose claims allowance and distribution procedures for creditors, including the investors who may have been defrauded.  At the appropriate time, the Receiver intends on discussing this issue with the Plaintiff and, if necessary, seeking instructions from the Court.

Attached at Exhibit B is a preliminary list of non-investor creditors.  The Receiver is aware there are other creditors and is working to develop a more comprehensive list.

## Receiver's Recommendation as to Continuation of Receivership

The Receiver recommends continuing the receivership in order to liquidate and maximize the value of the real property and tangible and intangible personal property assets that have value for the receivership estate and that are discussed in this report.

Respectfully Submitted,

/s/

Brick Kane of Robb Evans & Associates LLC
Receiver

# EXHIBIT A

**B. Kane of Robb Evans & Associates LLC,**

**Receiver of SEC v. Mediatrix Capital Inc. et al.**

### Receivership Administrative Report

**From Inception (September 11, 2020) to December 31, 2020**

|  | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOTAL |
|---|---|---|---|---|---|
| **Funds Collected** |  |  |  |  |  |
| **Defendant & Corporate Funds** |  |  |  |  |  |
| **A.L.A. Trust** |  |  |  |  |  |
| Wells Fargo Bank NA Clearing | 0.00 | 0.00 | 24,730.41 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 0.00 | 0.00 | 24,730.41 | 0.00 | 24,730.41 |
|  |  |  |  |  |  |
| **BLUEISLE_WL** |  |  |  |  |  |
| Advanced Markets (UK) Ltd x1818 | 0.00 | 853,940.57 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 0.00 | 853,940.57 | 0.00 | 0.00 | 853,940.57 |
|  |  |  |  |  |  |
| **BLUEISLE2_WL** |  |  |  |  |  |
| Advanced Markets (UK) Ltd x1822 | 0.00 | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 0.00 | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
|  |  |  |  |  |  |
| **Bryant E. Sewall** |  |  |  |  |  |
| Banco Popular xxxx8741 | 0.00 | 0.00 | 112,188.44 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 0.00 | 0.00 | 5.02 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 0.00 | 452.20 | 0.00 | 0.00 | 452.20 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 181.26 |
| Total Bryant E. Sewall | 181.26 | 452.20 | 112,193.46 | 0.00 | 112,826.92 |
|  |  |  |  |  |  |
| **Island Technologies LLC** |  |  |  |  |  |
| Banco Popular xxxx0862 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| Banco Popular xxxx0846 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| Banco Popular xxx9329 | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 |
| Banco Popular xxx9027 | 0.00 | 0.00 | 61,564.52 | 0.00 | 61,564.52 |
| Total Island Technologies LLC | 0.00 | 0.00 | 62,579.52 | 0.00 | 62,579.52 |
|  |  |  |  |  |  |
| **Keystone Business Trust** |  |  |  |  |  |
| BBVA Compass xxxx3921 | 0.00 | 10,239.84 | 0.00 | 0.00 | 10,239.84 |
| BBVA Compass xxxx3827 | 0.00 | 1,359,337.46 | 0.00 | 0.00 | 1,359,337.46 |
| Total Keystone Business Trust | 0.00 | 1,369,577.30 | 0.00 | 0.00 | 1,369,577.30 |
|  |  |  |  |  |  |
| Michael & Victoria Stewart | 3,905.42 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| **Michael Stewart** |  |  |  |  |  |
| Banco Popular xxxx1784 | 0.00 | 0.00 | 30,050.66 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 0.00 | 68.64 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 0.00 | 450.91 | 0.00 | 0.00 | 450.91 |
| Total Michael Stewart | 0.00 | 519.55 | 30,050.66 | 0.00 | 30,570.21 |
|  |  |  |  |  |  |
| **Michael Young** |  |  |  |  |  |
| Banco Popular xxxx9843 | 0.00 | 0.00 | 262,773.38 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 0.00 | 5,334.52 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 0.00 | 25,934.98 | 0.00 | 0.00 | 25,934.98 |
| **Total Michael Young** | 0.00 | 31,269.50 | 262,773.38 | 0.00 | 294,042.88 |

**B. Kane of Robb Evans & Associates LLC,**

**Receiver of SEC v. Mediatrix Capital Inc. et al.**

### Receivership Administrative Report

From Inception (September 11, 2020) to December 31, 2020

|  | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOTAL |
|---|---|---|---|---|---|
| **Sale of PR Property** |  |  |  |  |  |
| Drohan Lee LLP | 0.00 | 1,870,674.53 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 0.00 | 1,870,674.53 | 0.00 | 0.00 | 1,870,674.53 |
| **Sandy Toes LLC** |  |  |  |  |  |
| Drohan Lee LLP | 0.00 | 2,434,590.35 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 0.00 | 2,434,590.35 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** |  |  |  |  |  |
| Wells Fargo Bank xxxx9200 | 0.00 | 500.96 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 0.00 | 500.96 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** |  |  |  |  |  |
| Banco Popular xxxx5590 | 0.00 | 0.00 | 5,662.86 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 0.00 | 0.00 | 5,662.86 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 4,086.68 | 6,611,524.96 | 497,990.29 | 0.00 | 7,113,601.93 |
| **Interest Income** | 0.01 | 344.36 | 790.42 | 833.37 | 1,968.16 |
| **Total Funds Collected** | 4,086.69 | 6,611,869.32 | 498,780.71 | 833.37 | 7,115,570.09 |
| **Expenses** |  |  |  |  |  |
| **Real Property Expenses** |  |  |  |  |  |
| **1197 Lloyds Rd Little Elm, TX** |  |  |  |  |  |
| Appraisal | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Electricity | 0.00 | 0.00 | 24.64 | 10.50 | 35.14 |
| Total 1197 Lloyds Rd Little Elm, TX | 0.00 | 0.00 | 24.64 | 1,210.50 | 1,235.14 |
| **1201 Lloyds Rd. Little Elm, TX** |  |  |  |  |  |
| **Appraisal Services** | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| Electricity |  |  |  |  |  |
| 2 Story House | 0.00 | 0.00 | 117.07 | 159.92 | 276.99 |
| Barn | 0.00 | 0.00 | 20.50 | 10.50 | 31.00 |
| Garage Apt | 0.00 | 0.00 | 80.47 | 71.67 | 152.14 |
| Point | 0.00 | 0.00 | 20.59 | 13.06 | 33.65 |
| **Total Electricity** | 0.00 | 0.00 | 238.63 | 255.15 | 493.78 |
| Insurance | 0.00 | 193.17 | 1,163.22 | 0.00 | 1,356.39 |
| Lawn and Yard Maintenance | 0.00 | 0.00 | 356.00 | 0.00 | 356.00 |
| Maintenance | 0.00 | 0.00 | 0.00 | 285.00 | 285.00 |
| Total 1201 Lloyds Rd. Little Elm, TX | 0.00 | 193.17 | 1,757.85 | 2,290.15 | 4,241.17 |
| **5406 S. Cottonwood Ct.** |  |  |  |  |  |
| **Property Taxes** | 0.00 | 0.00 | 11,390.43 | 0.00 | 11,390.43 |
| Total 5406 S. Cottonwood Ct. | 0.00 | 0.00 | 11,390.43 | 0.00 | 11,390.43 |

**B. Kane of Robb Evans & Associates LLC,**

**Receiver of SEC v. Mediatrix Capital Inc. et al.**

### Receivership Administrative Report

From Inception (September 11, 2020) to December 31, 2020

|  | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOTAL |
|---|---|---|---|---|---|
| **7439 Casitas Del Rio Dr AZ** |  |  |  |  |  |
| Mortgage | 0.00 | 0.00 | 0.00 | 23,969.54 | 23,969.54 |
| Appraisal Services | 0.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 |
| Insurance | 0.00 | 74.55 | 372.74 | 0.00 | 447.29 |
| Locksmith Services | 0.00 | 0.00 | 369.72 | 0.00 | 369.72 |
| Total 7439 Casitas Del Rio Dr AZ | 0.00 | 74.55 | 1,942.46 | 23,969.54 | 25,986.55 |
| **8221 E Sheridan Scottsdale, AZ** |  |  |  |  |  |
| Appraisal Services | 0.00 | 0.00 | 1,725.00 | 0.00 | 1,725.00 |
| Insurance | 0.00 | 30.95 | 309.45 | 0.00 | 340.40 |
| Locksmith Services | 0.00 | 0.00 | 493.72 | 0.00 | 493.72 |
| Total 8221 E Sheridan Scottsdale, AZ | 0.00 | 30.95 | 2,528.17 | 0.00 | 2,559.12 |
| **Port Charlotte, FL Lots** |  |  |  |  |  |
| Appraisal Fees | 0.00 | 0.00 | 550.00 | 0.00 | 550.00 |
| Insurance | 0.00 | 0.00 | 9.68 | 0.00 | 9.68 |
| Property Taxes | 0.00 | 0.00 | 3,442.46 | 0.00 | 3,442.46 |
| Total Port Charlotte, FL Lots | 0.00 | 0.00 | 4,002.14 | 0.00 | 4,002.14 |
| **Total Real Property Expenses** | 0.00 | 298.67 | 21,645.69 | 27,470.19 | 49,414.55 |
| **Fund Balance 12/31/20** |  |  |  |  | 7,066,155.54 |
| **Receiver Fees & Costs (Accrued & Unpaid)** |  |  |  |  |  |
| **Fees** |  |  |  |  |  |
| Receiver |  |  |  |  |  |
| B. Kane | 2,291.40 | 3,112.20 | 1,504.80 | 1,231.20 | 8,139.60 |
| Total Receiver | 2,291.40 | 3,112.20 | 1,504.80 | 1,231.20 | 8,139.60 |
| Deputies |  |  |  |  |  |
| A. Jen | 5,472.00 | 2,394.00 | 786.60 | 273.60 | 8,926.20 |
| C. Callahan | 5,377.50 | 2,362.50 | 3,532.50 | 1,710.00 | 12,982.50 |
| C. DeCius | 36.45 | 121.50 | 1,154.25 | 413.10 | 1,725.30 |
| H. Jen | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| K. Johnson | 0.00 | 3,454.20 | 6,327.00 | 3,864.60 | 13,645.80 |
| T. Chung | 783.90 | 0.00 | 2,592.90 | 0.00 | 3,376.80 |
| Total Deputies | 11,684.85 | 8,332.20 | 14,393.25 | 6,261.30 | 40,671.60 |
| **Total Fees** | 13,976.25 | 11,444.40 | 15,898.05 | 7,492.50 | 48,811.20 |
| **Receiver Costs** |  |  |  |  |  |
| Website Support | 226.24 | 79.85 | 0.00 | 0.00 | 306.09 |
| **Total Receiver Costs** | 226.24 | 79.85 | 0.00 | 0.00 | 306.09 |

**B. Kane of Robb Evans & Associates LLC,**

**Receiver of SEC v. Mediatrix Capital Inc. et al.**

## Receivership Administrative Report

**From Inception (September 11, 2020) to December 31, 2020**

|  | Sep 20 | Oct 20 | Nov 20 | Dec 20 | TOTAL |
|---|---|---|---|---|---|
| **Legal Fees & Costs** |  |  |  |  |  |
| **Barnes & Thornburg LLP** |  |  |  |  |  |
| **Legal Fees** | 18,186.95 | 15,176.45 | 10,589.45 | 12,981.05 | 56,933.90 |
| **Legal Costs** | 546.03 | 331.70 | 98.08 | 461.72 | 1,437.53 |
| Total Barnes & Thornburg LLP | 18,732.98 | 15,508.15 | 10,687.53 | 13,442.77 | 58,371.43 |
| **Engelman Berger, PC** |  |  |  |  |  |
| **Legal Costs** | 0.00 | 98.54 | 0.00 | 0.00 | 98.54 |
| **Legal Fees** | 0.00 | 5,899.50 | 1,748.00 | 0.00 | 7,647.50 |
| Total Engelman Berger, PC | 0.00 | 5,998.04 | 1,748.00 | 0.00 | 7,746.04 |
| Total Legal Fees & Costs | 18,732.98 | 21,506.19 | 12,435.53 | 13,442.77 | 66,117.47 |
| **Total Receiver Fees & Costs(Accrued & Unpaid)** | 32,935.47 | 33,030.44 | 28,333.58 | 20,935.27 | 115,234.76 |

**Fund Balance Net of Accrued and Unpaid Expenses**                 **6,950,920.78**

SEC v. Mediatrix Capital Inc. et al. Receivership QSF

**Receivership Administrative Report - by Class**

From Inception (September 11, 2020) to December 31, 2020

| | Sewall | Stewart | Young | A.L.A. Trust | Blue Isle Markets Ltd. | Island Technologies LLC | Keystone Business Trust | Salve Regina Trust | Sandy Toes LLC | West Beach LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Funds Collected** | | | | | | | | | | |
| **Defendant & Corporate Funds** | | | | | | | | | | |
| A.L.A. Trust | | | | | | | | | | |
| Wells Fargo Bank NA Clearing | 0.00 | 0.00 | 0.00 | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total A.L.A. Trust | 0.00 | 0.00 | 0.00 | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| BLUEISLE_WL | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total BLUEISLE_WL | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| BLUEISLE2_WL | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total BLUEISLE2_WL | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Bryant E. Sewall | | | | | | | | | | |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Bryant E. Sewall | 112,826.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Island Technologies LLC | | | | | | | | | | |
| Banco Popular xxxx0862 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxxx0846 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxx9329 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxx9027 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Island Technologies LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Keystone Business Trust | | | | | | | | | | |
| BBVA Compass xxxx3921 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 | 0.00 | 0.00 | 0.00 |
| BBVA Compass xxxx3827 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 | 0.00 | 0.00 | 0.00 |
| Total Keystone Business Trust | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Michael & Victoria Stewart | 0.00 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Michael Stewart | | | | | | | | | | |
| Banco Popular xxxx1784 | 0.00 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hughes Federal CU xxx6503 | 0.00 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank xxxx9286 | 0.00 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Michael Stewart | 0.00 | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

### Receivership Administrative Report - by Class

From Inception (September 11, 2020) to December 31, 2020

| | Sewall | Stewart | Young | A.L.A. Trust | Blue Isle Markets Ltd. | Island Technologies LLC | Keystone Business Trust | Salve Regina Trust | Sandy Toes LLC | West Beach LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Michael Young** | | | | | | | | | | |
| Banco Popular xxxx9843 | 0.00 | 0.00 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Key Bank xxxx6425 | 0.00 | 0.00 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Key Bank xxxx7726 | 0.00 | 0.00 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Michael Young** | 0.00 | 0.00 | 294,042.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Sale of PR Property** | | | | | | | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 | 0.00 | 0.00 |
| **Total Sale of PR Property** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 | 0.00 | 0.00 |
| **Sandy Toes LLC** | | | | | | | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 | 0.00 |
| **Total Sandy Toes LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 | 0.00 |
| **Victoria Stewart** | | | | | | | | | | |
| Wells Fargo Bank xxxx9200 | 0.00 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Victoria Stewart** | 0.00 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **West Beach LLC** | | | | | | | | | | |
| Banco Popular xxxx5590 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 112,826.92 | 34,976.59 | 294,042.88 | 24,730.41 | 903,940.57 | 62,579.52 | 1,369,577.30 | 1,870,674.53 | 2,434,590.35 | 5,662.86 |
| **Interest Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Funds Collected** | 112,826.92 | 34,976.59 | 294,042.88 | 24,730.41 | 903,940.57 | 62,579.52 | 1,369,577.30 | 1,870,674.53 | 2,434,590.35 | 5,662.86 |
| **Expenses** | | | | | | | | | | |
| **Real Property Expenses** | | | | | | | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | | | | | |
| Appraisal | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electricity | 35.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 1197 Lloyds Rd Little Elm, TX | 1,235.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | | | | | |
| Appraisal Services | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electricity | | | | | | | | | | |
| 2 Story House | 276.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Administrative Report - by Class

From Inception (September 11, 2020) to December 31, 2020

| | Sewall | Stewart | Young | A.L.A. Trust | Blue Isle Markets Ltd. | Island Technologies LLC | Keystone Business Trust | Salve Regina Trust | Sandy Toes LLC | West Beach LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| Barn | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Garage Apt | 152.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Point | 33.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Electricity** | 493.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Insurance | 1,356.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lawn and Yard Maintenance | 356.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 1201 Lloyds Rd. Little Elm, TX** | 4,241.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **5406 S. Cottonwood Ct.** | | | | | | | | | | |
| Property Taxes | 0.00 | 0.00 | 11,390.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 5406 S. Cottonwood Ct.** | 0.00 | 0.00 | 11,390.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | | | | | | | |
| Mortgage | 0.00 | 0.00 | 0.00 | 23,969.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 447.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 7439 Casitas Del Rio Dr AZ** | 0.00 | 0.00 | 0.00 | 25,986.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **8221 E Sheridan Scottsdale, AZ** | | | | | | | | | | |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 340.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 0.00 | 0.00 | 0.00 | 2,559.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Port Charlotte, FL Lots** | | | | | | | | | | |
| Appraisal Fees | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 9.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes | 0.00 | 0.00 | 3,442.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Port Charlotte, FL Lots** | 0.00 | 0.00 | 4,002.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Real Property Expenses** | 5,476.31 | 0.00 | 15,392.57 | 28,545.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Receiver Fees & Costs** | | | | | | | | | | |
| Fees | | | | | | | | | | |
| Receiver | | | | | | | | | | |
| B. Kane | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF

**Receivership Administrative Report - by Class**

From Inception (September 11, 2020) to December 31, 2020

| | Sewall | Stewart | Young | A.L.A. Trust | Blue Isle Markets Ltd. | Island Technologies LLC | Keystone Business Trust | Salve Regina Trust | Sandy Toes LLC | West Beach LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| **Deputies** | | | | | | | | | | |
| A. Jen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C. Callahan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C. DeCius | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H. Jen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K. Johnson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T. Chung | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Deputies** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Fees** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Receiver Costs** | | | | | | | | | | |
| Website Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Legal Fees & Costs** | | | | | | | | | | |
| Barnes & Thornburg LLP | | | | | | | | | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Barnes & Thornburg LLP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| Engelman Berger, PC | | | | | | | | | | |
| Legal Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Engelman Berger, PC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Legal Fees & Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Receiver Fees & Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Expenses** | 5,476.31 | 0.00 | 15,392.57 | 28,545.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Fund Balance 12/31/20** | 107,350.61 | 34,976.59 | 278,650.31 | (3,815.26) | 903,940.57 | 62,579.52 | 1,369,577.30 | 1,870,674.53 | 2,434,590.35 | 5,662.86 |
| Accrued Unpaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Fund Balance Net of Accrued and Unpaid Expenses** | 107,350.61 | 34,976.59 | 278,650.31 | (3,815.26) | 903,940.57 | 62,579.52 | 1,369,577.30 | 1,870,674.53 | 2,434,590.35 | 5,662.86 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF

**Receivership Administrative Report - by Class**

From Inception (September 11, 2020) to December 31, 2020

| | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | TOTAL |
|---|---|---|---|---|---|
| **Funds Collected** | | | | | |
| **Defendant & Corporate Funds** | | | | | |
| **A.L.A. Trust** | | | | | |
| Wells Fargo Bank NA Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| | | | | | |
| **BLUEISLE_WL** | | | | | |
| Advanced Markets (UK) Ltd x1818 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | | |
| **BLUEISLE2_WL** | | | | | |
| Advanced Markets (UK) Ltd x1822 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | | |
| **Bryant E. Sewall** | | | | | |
| Banco Popular xxxx8741 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Service Credit Union xxx86 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| Total Bryant E. Sewall | 0.00 | 0.00 | 0.00 | 0.00 | 112,826.92 |
| | | | | | |
| **Island Technologies LLC** | | | | | |
| Banco Popular xxxx0862 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0846 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9329 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Banco Popular xxx9027 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| Total Island Technologies LLC | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| | | | | | |
| **Keystone Business Trust** | | | | | |
| BBVA Compass xxxx3921 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| BBVA Compass xxxx3827 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| Total Keystone Business Trust | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |
| | | | | | |
| **Michael & Victoria Stewart** | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| **Michael Stewart** | | | | | |
| Banco Popular xxxx1784 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| Total Michael Stewart | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

### Receivership Administrative Report - by Class

From Inception (September 11, 2020) to December 31, 2020

| | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | TOTAL |
|---|---|---|---|---|---|
| **Michael Young** | | | | | |
| Banco Popular xxxx9843 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| **Total Michael Young** | 0.00 | 0.00 | 0.00 | 0.00 | 294,042.88 |
| **Sale of PR Property** | | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Sandy Toes LLC** | | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** | | | | | |
| Wells Fargo Bank xxxx9200 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** | | | | | |
| Banco Popular xxxx5590 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 7,113,601.93 |
| **Interest Income** | 0.00 | 0.00 | 1,968.16 | 0.00 | 1,968.16 |
| **Total Funds Collected** | 0.00 | 0.00 | 1,968.16 | 0.00 | 7,115,570.09 |
| **Expenses** | | | | | |
| **Real Property Expenses** | | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | | |
| Appraisal | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Electricity | 0.00 | 0.00 | 0.00 | 0.00 | 35.14 |
| Total 1197 Lloyds Rd Little Elm, TX | 0.00 | 0.00 | 0.00 | 0.00 | 1,235.14 |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 |
| Electricity | | | | | |
| 2 Story House | 0.00 | 0.00 | 0.00 | 0.00 | 276.99 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Administrative Report - by Class

From Inception (September 11, 2020) to December 31, 2020

| | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | TOTAL |
|---|---|---|---|---|---|
| Barn | 0.00 | 0.00 | 0.00 | 0.00 | 31.00 |
| Garage Apt | 0.00 | 0.00 | 0.00 | 0.00 | 152.14 |
| Point | 0.00 | 0.00 | 0.00 | 0.00 | 33.65 |
| Total Electricity | 0.00 | 0.00 | 0.00 | 0.00 | 493.78 |
| | | | | | |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 1,356.39 |
| Lawn and Yard Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 356.00 |
| Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 285.00 |
| Total 1201 Lloyds Rd. Little Elm, TX | 0.00 | 0.00 | 0.00 | 0.00 | 4,241.17 |
| | | | | | |
| **5406 S. Cottonwood Ct.** | | | | | |
| Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 11,390.43 |
| Total 5406 S. Cottonwood Ct. | 0.00 | 0.00 | 0.00 | 0.00 | 11,390.43 |
| | | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | | |
| Mortgage | 0.00 | 0.00 | 0.00 | 0.00 | 23,969.54 |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 447.29 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Total 7439 Casitas Del Rio Dr AZ | 0.00 | 0.00 | 0.00 | 0.00 | 25,986.55 |
| | | | | | |
| **8221 E Sheridan Scottsdale, AZ** | | | | | |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 340.40 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Total 8221 E Sheridan Scottsdale, AZ | 0.00 | 0.00 | 0.00 | 0.00 | 2,559.12 |
| | | | | | |
| **Port Charlotte, FL Lots** | | | | | |
| Appraisal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 9.68 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 3,442.46 |
| Total Port Charlotte, FL Lots | 0.00 | 0.00 | 0.00 | 0.00 | 4,002.14 |
| | | | | | |
| **Total Real Property Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 49,414.55 |
| | | | | | |
| **Receiver Fees & Costs** | | | | | |
| Fees | | | | | |
| Receiver | | | | | |
| B. Kane | 957.60 | 171.00 | 7,011.00 | 0.00 | 8,139.60 |
| Total Receiver | 957.60 | 171.00 | 7,011.00 | 0.00 | 8,139.60 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Administrative Report - by Class

From Inception (September 11, 2020) to December 31, 2020

| | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | TOTAL |
|---|---|---|---|---|---|
| **Deputies** | | | | | |
| A. Jen | 342.00 | 0.00 | 8,173.80 | 410.40 | 8,926.20 |
| C. Callahan | 4,657.50 | 0.00 | 8,325.00 | 0.00 | 12,982.50 |
| C. DeCius | 121.50 | 0.00 | 0.00 | 1,603.80 | 1,725.30 |
| H. Jen | 0.00 | 0.00 | 15.00 | 0.00 | 15.00 |
| K. Johnson | 10,191.60 | 3,454.20 | 0.00 | 0.00 | 13,645.80 |
| T. Chung | 0.00 | 0.00 | 3,376.80 | 0.00 | 3,376.80 |
| **Total Deputies** | 15,312.60 | 3,454.20 | 19,890.60 | 2,014.20 | 40,671.60 |
| | | | | | |
| **Total Fees** | 16,270.20 | 3,625.20 | 26,901.60 | 2,014.20 | 48,811.20 |
| | | | | | |
| **Receiver Costs** | | | | | |
| Website Support | 0.00 | 0.00 | 306.09 | 0.00 | 306.09 |
| **Total Receiver Costs** | 0.00 | 0.00 | 306.09 | 0.00 | 306.09 |
| | | | | | |
| **Legal Fees & Costs** | | | | | |
| Barnes & Thornburg LLP | | | | | |
| Legal Fees | 37,360.40 | 148.50 | 19,425.00 | 0.00 | 56,933.90 |
| Legal Costs | 0.00 | 0.00 | 1,437.53 | 0.00 | 1,437.53 |
| Total Barnes & Thornburg LLP | 37,360.40 | 148.50 | 20,862.53 | 0.00 | 58,371.43 |
| | | | | | |
| Engelman Berger, PC | | | | | |
| Legal Costs | 0.00 | 0.00 | 98.54 | 0.00 | 98.54 |
| Legal Fees | 4,341.50 | 3,211.00 | 95.00 | 0.00 | 7,647.50 |
| Total Engelman Berger, PC | 4,341.50 | 3,211.00 | 193.54 | 0.00 | 7,746.04 |
| | | | | | |
| **Total Legal Fees & Costs** | 41,701.90 | 3,359.50 | 21,056.07 | 0.00 | 66,117.47 |
| | | | | | |
| **Total Receiver Fees & Costs** | 57,972.10 | 6,984.70 | 48,263.76 | 2,014.20 | 115,234.76 |
| | | | | | |
| **Total Expenses** | 57,972.10 | 6,984.70 | 48,263.76 | 2,014.20 | 164,649.31 |
| | | | | | |
| **Fund Balance 12/31/20** | 0.00 | 0.00 | 1,968.16 | 0.00 | 7,066,155.54 |
| **Accrued Unpaid Expenses** | (57,972.10) | (6,984.70) | (48,263.76) | (2,014.20) | (115,234.76) |
| | | | | | |
| **Fund Balance Net of Accrued and Unpaid Expenses** | **(57,972.10)** | **(6,984.70)** | **(46,295.60)** | **(2,014.20)** | **6,950,920.78** |

# EXHIBIT B

| Creditor | Address | Amount |
|----------|---------|--------|
| SWH Funding | 1649 E Bethany Home Rd<br>Phoenix, AZ 85016 | $379,652 |
| Evergreen | 1016 57th Street East, Suite 100<br>Sumner, WA 9839 | $348,239 |
| Alternative Collections LLC | 5173 Sheridan Drive<br>Williamsville, NY 14221 | $37,898 |
| USAA Federal Savings Bank | 10750 McDermott Freeway San<br>Antonio , TX 78288 | $6,662 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF.  In addition, I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner indicated by the non-participant's name:

> Aaron Stewart
> 23800 North 73rd Place
> Scottsdale, AZ 85255

*/s/ Stephanie L. Moore*