IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

      Plaintiff,

v.

MEDIATRIX CAPITAL INC.,
BLUE ISLE MARKETS INC.  (St. Vincent & the Grenadines),
BLUE ISLE MARKETS LTD.,
MICHAEL S. YOUNG,
MICHAEL S. STEWART, and
BRYANT E. SEWALL,

      Defendants.

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG, III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC., (Cayman Islands),

      Relief Defendants.

## YOUNG DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Michael S. Young, Maria C. Young, Salve Regina Trust, West Beach LLC, TF Alliance LLC, Hase Haus LLC and Casa Conejo LLC (collectively "Young Defendants"), hereby appeal to the United States Court of Appeals for the Tenth Circuit

from the Order [ECF 213], in which the Court denied the Young Defendants' motion for relief

from asset freeze.

Respectfully submitted this 22nd day of February 2021.

ROBINSON WATERS & O'DORISIO P.C.

*s/ Tracy L. Ashmore*
Tracy L. Ashmore
1099 18th Street, Suite 2600
Denver, Colorado 80202
Phone:  303-297-2600
Email: tashmore@rwolaw.com

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of February 2021, a true and correct copy of the foregoing NOTICE OF APPEAL was served via CM/ECF on:

Stephen C. McKenna, Esq.
Mark L. Williams, Esq.
US Securities & Exchange Commission - Denver
1961 Stout Street, Suite 1700
Denver, CO 80294
mckennas@sec.gov
williamsml@sec.gov
*Counsel for Plaintiff*

Jeffrey Robert Thomas, Esq.
Thomas Law LLC
3773 E. Cherry Creek North Drive, Suite 600
Denver, CO 80209
jthomas@thomaslawllc.com
*Counsel for Mediatrix Capital Inc., Blue Isle Markets Inc., Blue Isle Markets Ltd.*
*Michael S. Stewart, Bryant E. Sewall, Victoria M. Stewart, Hanna Ohonkova Sewall*

Vivian Rivera Drohan, Esq.
Drohan Lee LLP
680 5th Avenue
New York, NY 10019
vdrohan@dklny.com
*Counsel for Mediatrix Capital Inc., Blue Isle Markets Inc., Lue Isle Markets Ltd*
*Michael S. Stewart, Bryant E. Sewall, Victoria M. Stewart, Hanna Ohonkova Sewall*

2

Tamera Dietrich Westerberg, Esq.
Wheeler Trigg O'Donnell LLP - Denver
370 17th St., Suite 4500
Denver, CO 80202
westerberg@wtotrial.com
*Counsel for Walter C. Young III*

Thomas Joseph Krysa, Esq.
Foley & Lardner LLP - Denver
600 17th St., Suite 2020S
Denver, CO 80202
tkrysa@foley.com
*Counsel for Arual LP*

Lee Frederick Johnston, Esq.
Haynes & Boone LLP - Denver
1050 17th St., Suite 1800
Denver, CO 80265
Lee.johnston@haynesboone.com
*Counsel for Movant Kenneth Riney*

Gary Owen Caris, Esq.
Barnes & Thornburg LLP - Los Angeles
2029 Century Park East, Suite 300
Los Angeles, CA 90067
gcaris@btlaw.com
*Counsel for Receiver - Brick Kane of Robb Evans & Associates LLC*

                                              */s/ Kristi Kellow*