IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02594-RM

UNITED STATES SECURITIES AND EXCHANGE COMMISISION,

    Plaintiff,

        v.

MEDIATRIX CAPITAL, INC., BLUE ISLE MARKETS INC.,
BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG,
MICHAEL S. STEWART, and BRYANT E. SEWALL.

        Defendants.

        and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES, LLC., VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG, III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUDNATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS, INC., (Cayman Islands)

        Relief Defendants.

---

**NOTICE OF APPEAL ON BEHALF OF MICHAEL S. STEWART, BRYANT E. SEWALL, HANNA OHONKOVA SEWALL and VICTORIA M. STEWART**

---

    Notice is hereby given that Defendants, Michael S. Stewart, Bryant E. Sewall, and Relief Defendants, Hanna Ohonkova Sewall and Victoria M. Stewart, in the above-named case, hereby

appeal to the United States Court of Appeals for the Tenth Circuit from the Order filed January 25, 2021[ECF 213], in which the Court denied the Defendants' motion for relief from asset freeze. Respectfully submitted this 3rd day of March 2021.

                                                    Drohan Lee LLP

                                                    /Vivian Rivera Drohan/
                                                    Drohan Lee LLP
                                                    5 Penn Plaza
                                                    New York, New York 10001
                                                    Telephone: (212) 710-0004
                                                    Fax: (212) 710-0003
                                                    E-Mail: vdrohan@dlkny.com

                                                    /s/ Jeffrey R. Thomas
                                                    Jeffrey R. Thomas
                                                    Thomas Law LLC
                                                    3773 Cherry Creek North Dr, Suite 600
                                                    Denver, CO 80209
                                                    Telephone: 720-330-2805
                                                    E-Mail: jthomas@thomaslawllc.com
                                                    *Attorneys for Michael S. Stewart, and*
                                                    *Bryant Sewall and Relief Defendants*
                                                    *Victoria M. Stewart, and Hanna Ohonkova*