EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

Relief Defendants.

---

## DECLARATION OF BRYANT SEWALL

---

1. I am a defendant in this action on a personal basis.  I make this Declaration for the limited purpose of setting forth various assets that were in my possession or resulted from separate than Blue Isle Markets Ltd ("Blue Isle"), Blue Isle Markets, Inc. ("Blue Isle Markets") and Mediatrix Capital Inc. ("Mediatrix").

2. In total, I had approximately $118,807 from savings in the end of 2015 and deposits in 2016 and 2017 that did not come from corporate or relief defendants.  Unfreezing at least $60,000

in cash will allow me to support my family. I also ask that the furniture purchased prior to mid-2016 be released along with my personal clothing and kitchenware such as dishes and utensils.

3. Prior to any participation in the corporate defendants, I was in the military and earned income as a Lieutenant Colonel (O5 over 26 years on the Military pay chart).  In January 2016 I started with a balance in my USAA bank account of $11,433 and at Service CU of $19,237.  This totaled $30,670 at two separate banks. None of this amount was from any of the corporate defendants or relief defendants.

4. I also owned home furniture which was either from my previous home in Arizona prior to deployment to Germany or purchased primarily in February and March of 2016, a couple of pieces in April of 2016, well before any wire any amounts were received from the corporate or relief defendants.  The furniture was bought with savings from active military duty in Germany and none was expensive.  I also have personal items which include clothes and kitchenware that are currently located with the furniture at 1201 Lloyds Road, Little Elm,  Texas which I would like permission to remove. Attached as Exhibit A are copies of various bank statements dated January 1, 2016. Attached as Exhibit B is a furniture inventory list.

5. I also purchased certain assets in 2016 without contribution from the corporate or relief defendants which included:

- 2014 Dodge Ram- $23,650, 100% Financed August 2016 (payments are 400.53 per month/4806 per year) Current value about 15k
- 2012 Jeep-$30,900, 100% Financed August 2016 (payments are 612.89 per month/7345 per year) current value about 12k.
- 2012 Seadoo jet boat September 2016- $13500, current value about 10k

In 2016, I had $41,788 worth of deposits which did not come from corporate of relief defendants. In 2017 I had $46,349 worth of deposits which did not come from corporate or relief defendants and included proceeds from the sale of a 2010 Camaro for $18,000 and 2008 Suzuki for $8300, purchased and paid for before the creation of the corporate or relief defendants.

6. I have been forced to remain in the Ukraine since October 2019 as my wife's IR1 immigrant visa is still in processing with the Department of State.  It is a very slow and lengthy process, as we have been married for 3 years.  In addition, the US embassy in Ukraine was shut down for Visa processing from March until June of 2020 due to Covid-19 furloughs. I need to finalize the documents that need to be submitted to complete the process and then wait for the Department of State and the National Visa Center to process them.  Given the backlog of cases, it is unknown how long this may take to process.   I also have a 10-month-old baby I do not wish to leave behind.  As a result, I have been unable to find gainful employment as I cannot legally work in Ukraine and all remote employment I have found still requires you to be physically located in the US.   We have lived off the generosity of friends and family for over a year.

7. I respectfully request that I be permitted to unfreeze the total amount of $260,000 from the Frozen Assets in order to live but additionally to pay my attorneys, which have provided advise and representation without payment for some time.  That includes Drohan Lee LLP as well as Ken Harmon of Springer & Spielberg.   Each has given me a discounted rate for representation. Without the ability to retain counsel I will be left representing myself from the Ukraine in a complex securities litigation with possible criminal ramifications.  I have been informed by my counsel that I am considered a "target" in a parallel federal criminal

investigation  and that an indictment naming me as a defendant based on that investigation is forthcoming.

8. I have denied the allegations against me in this civil action and intend to defend any criminal action.


[INTENTIONALLY OMITTED]

BRYANT SEWALL

Dated: November _10_, 2020

**STATEMENT**

| Account Number | From | Through | Page | of |
|---|---|---|---|---|
| ######06 | 01-01-16 | 01-31-16 | 1 | 1 |

**Send inquiries to:**
Service Credit Union
P.O. Box 1653
Portsmouth, NH 03802-1653
1-800-936-7730 (U.S.) 00800-4728-2000 (International)

BRYANT E SEWALL
CMR 445 BOX 837
APO AE 09046

| Transaction Date | Effective Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|

**SUFFIX:00 SHARE SAVINGS**

| | | BEGINNING BALANCE | | 5.00 |
|---|---|---|---|---|
| | | ENDING BALANCE | 5.00 | |

ANNUAL PERCENTAGE YIELD    0.0000%

**SUFFIX:09 SERVICE CHECKING**

| | | BEGINNING BALANCE | | 19237.20 |
|---|---|---|---|---|
| | | ENDING BALANCE | 19237.20 | |

ANNUAL PERCENTAGE YIELD    0.0000%

```
==============================================
|                    | TOTAL FOR   |  TOTAL      |
|                    | THIS PERIOD | YEAR-TO-DATE |
|==============================================
| TOTAL OVERDRAFT FEES |     .00    |    .00       |
|==============================================
| TOTAL RETURNED ITEM FEES |   .00  |    .00       |
==============================================
```

**FOR 2016:**

```
    *  IRA YTD    * OTHER YTD * TOTAL YTD  *
       DIVIDENDS    DIVIDENDS   DIVIDENDS

         .00          .00          .00
```



THIS NOTICE IS APPLICABLE ONLY TO OPEN-END CREDIT, AS DENOTED ON THE FRONT OF THIS STATEMENT

IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT

Send your inquiry in writing on a separate sheet of paper so that the Credit Union receives it within 60 days after the bill was mailed to you. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error; and
3. The dollar amount of the suspected error.

If you authorized the Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 16 days after the bill was sent to you.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute.  During that same time, the Credit Union may not take any action to collect disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights, a full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

**Non-Visa Debit Transactions**

Service Credit Union enables non-Visa debit transaction processing and does not require that all such transactions be authenticated by a PIN. Below are examples to distinguish between a Visa debit and non-Visa debit transaction:

* To initiate a Visa debit transaction at the point of sale, the cardholder signs a receipt, provides a card number (e.g., in e-commerce or mail/telephone order environments) or swipes the card through a point-of-sale terminal.
* To initiate a non-Visa debit transaction, the cardholder enters a PIN at the point-of-sale terminal or, for certain bill payment transactions, provides the account number for an e-commerce or mail/telephone order transaction.

The non-Visa debit transaction processed through a non-Visa debit network (NYCE, Co-Op, Accel/Exchange, or AFFN) will not provide the zero liability protection benefit, provisional credit policies of Visa, and Visa chargeback and dispute resolution procedures.  Provisions of the cardholder agreement relating only to Visa transactions are inapplicable to non-Visa transactions.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you have arranged to have direct deposits made by Electronic Funds Transfer to your account at least once every 60 days from the same person or company, you can call us during normal business hours to find out whether or not the deposit is made.  Normally this will apply to members on direct deposit of Social Security or pension checks or allocations between different member's accounts, where the payor has **not** provided positive notice to you that the transfer was initiated.

---

The **FINANCE CHARGE** is computed on the unpaid balance for each day since your last payment and is multiplied by the applicable daily periodic rate.  The balance used to compute the **FINANCE CHARGE** is the unpaid balance each day after payments and credits to that balance have been subtracted and new advances have been added.

---

DRAFTS OUTSTANDING --- NOT CHARGED TO ACCOUNT

| Draft Number | Amount | Draft Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR SHARE DRAFT ACCOUNT

Ending balance shown on this statement    $ _____

ADD:
Deposits not credited on this statement (if any)   + $ _____

   + $ _____

Subtotal    $ _____

SUBTRACT:

Drafts Outstanding   - $ _____

BALANCE    $ _____

Enter balance shown on share draft register   $ _____

ADD:
Deposits on this statement not entered in register   + $ _____

Dividends   + $ _____

Subtotal    $ _____

Service Fees (if any)   - $ _____

Transfers to other accounts not entered in register   - $ _____

   - $ _____

BALANCE    $ _____

These totals should agree



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 1,148.48 | 63 | 5,536.10 | 7 | 15,578.18 | .00 | 11,190.56 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

```
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
12/14     4,300.00 ACH CREDIT           121415

12/22     6,218.00 WIRE IN
                   001151222818697
12/30     2,500.00 ACH CREDIT           123015

12/31        54.11 DEBIT CARD REFUND    123015
                   FRY'S ELECTRONI        PLANO      TX
01/08     2,500.00 ACH CREDIT           010816

01/11         6.00 ATM SURCHARGE REBATE
01/11         0.07 INTEREST PAID

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
12/14        96.04 POS DEBIT            121415
                   HOB-LOB #97900A W. 15th SPLANO     TX
12/14       148.81 DEBIT CARD PURCHASE  121115
                   MASH'D                 FRISCO     TX
12/14       112.39 ACH DEBIT            121415
                   USAA.COM PAY INT P&C   ***********7732
12/16        12.54 DEBIT CARD PURCHASE  121515
                   BRAUMS #119            PLANO      TX
```



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)            $ _____

(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)          + _____

(3) SUBTOTAL                         $ _____

(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)             - _____

(5) ADJUSTED BANK BALANCE            $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE           $ _____

(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)                + _____ *

(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)            + _____ *

(9) SUBTRACT OTHER CHARGES
    (IF ANY)                         - _____ *

(10) ADJUSTED CHECK REGISTER
     BALANCE                         $ _____
     * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:  All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE    2

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION

| | | | | |
|---|---|---|---|---|
| 12/17 | 4.95 | DEBIT CARD PURCHASE | 121615 | |
| | | EXPERIAN    *CR | 866-5827269 | CA |
| 12/17 | 19.95 | DEBIT CARD PURCHASE | 121715 | |
| | | EQUIFAX CONSUME | 866-640-2273 | GA |
| 12/18 | 1.00 | DEBIT CARD PURCHASE | 121715 | |
| | | TU *TRANSUNION | 855-468-1378 | CA |
| 12/18 | 9.40 | DEBIT CARD PURCHASE | 121615 | |
| | | WHATABURGER 743 | PLANO | TX |
| 12/18 | 39.00 | DEBIT CARD PURCHASE | 121815 | |
| | | USTVNOW-NATIONP | 917-746-8788 | NY |
| 12/21 | 16.35 | DEBIT CARD PURCHASE | 121815 | |
| | | PANDA EXPRESS # | PLANO | TX |
| 12/21 | 19.50 | DEBIT CARD PURCHASE | 121915 | |
| | | CINEMARK THEATR | PLANO | TX |
| 12/21 | 24.62 | DEBIT CARD PURCHASE | 122015 | |
| | | DICKEY'S BARBEC | 972-641-8500 | TX |
| 12/21 | 25.00 | POS DEBIT | 122115 | |
| | | QUIKTRIP | MESA | AZ |
| 12/21 | 27.10 | DEBIT CARD PURCHASE | 121915 | |
| | | REPUBLIC WIRELE | 800-808-5150 | NC |
| 12/21 | 53.19 | DEBIT CARD PURCHASE | 121915 | |
| | | MI COCINAS WC 0 | ALLEN | TX |
| 12/21 | 120.98 | DEBIT CARD PURCHASE | 121915 | |
| | | HOTELS.COM12666 | HOTELS.COM | WA |
| 12/21 | 141.60 | DEBIT CARD PURCHASE | 121915 | |
| | | DELTA | DELTA.COM | CA |
| 12/21 | 314.39 | POS DEBIT | 122115 | |
| | | AutoZone  4450 E BASEL | MESA | AZ |
| 12/22 | 10.33 | POS DEBIT | 122115 | |
| | | CIRCLE K 033723077 S VAL | GILBERT | AZ |
| 12/22 | 75.57 | DEBIT CARD PURCHASE | 122115 | |
| | | AAA TAXI 0314 | PHOENIX | AZ |
| 12/22 | 110.71 | POS DEBIT | 122215 | |
| | | JIFFY LUBE #17293345 E | BAGILBERT | AZ |
| 12/23 | 6.06 | POS DEBIT | 122315 | |
| | | QUIKTRIP3720 S VAL VISTA | GILBERT | AZ |
| 12/23 | 8.10 | DEBIT CARD PURCHASE | 122215 | |
| | | CHIPOTLE 1710 | MESA | AZ |



FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

PAGE   3

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION

| 12/23 | 8.62 | DEBIT CARD PURCHASE | 122115 | | |
| | | JIMMY JOHNS - 2 | GILBERT | AZ |
| 12/23 | 20.00 | POS DEBIT | 122315 | | |
| | | SHELL Service S | TUCSON | AZ |
| 12/23 | 59.37 | DEBIT CARD PURCHASE | 122315 | | |
| | | HOTELS.COM12671 | HOTELS.COM | WA |
| 12/24 | 4.80 | DEBIT CARD PURCHASE | 122215 | | |
| | | GOOGLE * UBER T | 855-492-5538 | CA |
| 12/24 | 7.88 | POS DEBIT | 122315 | | |
| | | SHELL Service S | CISCO | TX |
| 12/24 | 10.89 | DEBIT CARD PURCHASE | 122215 | | |
| | | GOOGLE * UBER T | 855-492-5538 | CA |
| 12/24 | 28.50 | POS DEBIT | 122315 | | |
| | | SHELL Service S | CISCO | TX |
| 12/24 | 33.00 | DEBIT CARD PURCHASE | 122315 | | |
| | | PILOT        0 | VAN HORN | TX |
| 12/28 | 2.84 | POS DEBIT | 122815 | | |
| | | USPS 4871130013905 HEDGCOPLANO | | TX |
| 12/28 | 12.39 | DEBIT CARD PURCHASE | 122715 | | |
| | | PANDA EXPRESS # | PLANO | TX |
| 12/28 | 23.79 | DEBIT CARD PURCHASE | 122615 | | |
| | | BOSTON MARKET 0 | PLANO | TX |
| 12/28 | 29.95 | DEBIT CARD PURCHASE | 122415 | | |
| | | TU *TRANSUNION | 855-468-1378 | CA |
| 12/28 | 76.20 | DEBIT CARD PURCHASE | 122415 | | |
| | | TAVERNA ROSSA | PLANO | TX |
| 12/28 | 412.11 | POS DEBIT | 122815 | | |
| | | FRY'S ELECTRON | PLANO | TX |
| 12/28 | 503.00 | ATM DB NONLOCAL | 122815 | | |
| | | 8000 INDEPENDENCE PKWY  PLANO | | TX |
| 12/29 | 33.30 | ACH DEBIT | 122915 | | |
| | | W8TECH.COM    IAT PAYPAL **********GFYC | | |
| 12/30 | 22.49 | DEBIT CARD PURCHASE | 122815 | | |
| | | CHICK-FIL-A  # | PLANO | TX |
| 12/31 | 49.78 | DEBIT CARD PURCHASE | 123015 | | |
| | | FRY'S ELECTRONI | PLANO | TX |
| 12/31 | 50.71 | DEBIT CARD PURCHASE | 123015 | | |
| | | TGI FRIDAYS 626 | PLANO | TX |


FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

PAGE    4

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

```
      OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
01/04         47.46 DEBIT CARD PURCHASE   123115
                    ABUELOS PLANO          PLANO       TX
01/04        121.50 POS DEBIT             010316
                    PET SUPPLIES PLUS #700410PLANO     TX
01/05         12.90 DEBIT CARD PURCHASE   010416
                    AMAZON MKTPLACE        AMZN.COM/BILLWA
01/05         77.54 DEBIT CARD PURCHASE   010516
                    COX*PHOENIX COM        602-277-1000 AZ
01/06         20.31 POS DEBIT             010616
                    USPS 4871130013905 HEDGCOPLANO     TX
01/06         25.00 POS DEBIT             010616
                    KROGER7104 INDEPENCE   PLANO       TX
01/06         25.82 DEBIT CARD PURCHASE   010516
                    TXDMV TEMP PERM        AUSTIN      TX
01/06        103.00 ATM DB NONLOCAL       010616
                    8000 INDEPENDENCE PKWY PLANO       TX
01/06        113.96 DEBIT CARD PURCHASE   010416
                    SOUTHWES               800-435-9792 TX
01/06        225.90 DEBIT CARD PURCHASE   010416
                    BAHAMASA               NASSAU      BHS
01/06      1,327.97 ACH DEBIT             010616
                    Nationstar     Nationstar **********2259
01/07          7.18 POS DEBIT             010716
                    KROGER7100 INDEPENDENCY PLANO      TX
01/07          9.73 POS DEBIT             010716
                    SPEC'S LIQUORS #1515930 WPLANO     TX
01/07         18.38 DEBIT CARD PURCHASE   010616
                    BOSTON MARKET 0        PLANO       TX
01/08         54.76 DEBIT CARD PURCHASE   010716
                    SAMUI THAI CUIS        PLANO       TX
01/08        134.47 DEBIT CARD PURCHASE   010716
                    HOTELS.COM12699        HOTELS.COM  WA
01/11          1.27 POS DEBIT             011116
                    WALGREENS4130 LEGACY DR PLANO      TX
01/11          5.81 DEBIT CARD PURCHASE   011016
                    JACK IN THE BOX        PLANO       TX
01/11         65.75 DEBIT CARD PURCHASE   010816
                    TAVERNA ROSSA          PLANO       TX
```



FDIC INSURED


USAA
FEDERAL
SAVINGS
BANK

PAGE   5

BRYANT E SEWALL
CMR 445 BOX 837
APO AE  09046-0009

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA SECURE CHECKING | 12/11/15 - 01/11/16 |

     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
01/11        174.65 DEBIT CARD PURCHASE   010716
                    SW VAL VISTA LA         04809264868  AZ
01/11        175.54 DEBIT CARD PURCHASE   010716
                    SW VAL VISTA LA         04809264868  AZ

     FOREIGN TRANSACTION FEES INCURRED THIS CYCLE        2.24

  ACCOUNT BALANCE SUMMARY
        DATE.........BALANCE    DATE.........BALANCE
        12/11       1,148.48    12/29        9,002.26
        12/14       5,091.24    12/30       11,479.77
        12/16       5,078.70    12/31       11,433.39
        12/17       5,053.80    01/04       11,264.43
        12/18       5,004.40    01/05       11,173.99
        12/21       4,261.67    01/06        9,332.03
        12/22      10,283.06    01/07        9,296.74
        12/23      10,180.91    01/08       11,607.51
        12/24      10,095.84    01/11       11,190.56
        12/28       9,035.56

   * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
    YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
   31 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
    BRINGS YOUR YTD INTEREST PAID TO        0.07.


FDIC
INSURED

# SERVICE CREDIT UNION
★ ★ ★ ★ ★
For People on the Move℠

**STATEMENT**

| Account Number | From | Through | Page | of |
|---|---|---|---|---|
| ######06 | 02-01-16 | 02-29-16 | 1 | |

**Send inquiries to:**
Service Credit Union
P.O. Box 1653
Portsmouth, NH 03802-1653
1-800-936-7730 (U.S.) 00800-4728-2000 (International)

BRYANT E SEWALL
CMR 445 BOX 837
APO AE 09046

| Transaction Date | Effective Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| **SUFFIX:00 SHARE SAVINGS** | | | | |
| | | BEGINNING BALANCE | | 5.00 |
| | | ENDING BALANCE | 5.00 | |
| | | ANNUAL PERCENTAGE YIELD   0.0000% | | |
| **SUFFIX:09 SERVICE CHECKING** | | | | |
| | | BEGINNING BALANCE | | 19237.20 |
| | 02/01/16 | ATM WITHDRAWAL          REG-E TRANSACTION  200000182 | -2800.00 | 16437.20 |
| | | 4701 W PLANO PKWY SUS  PLANO      TXUS CU SERVICES | | |
| | 02/01/16 | ATM WITHDRAWAL          REG-E TRANSACTION  200000183 | -4.95 | 16432.25 |
| | | 4701 W PLANO PKWY SUS  PLANO      TXUS CU SERVICES | | |
| 02/08 | 02/05/16 | ELECTRONIC PURCHASE     REG-E TRANSACTION  60006 | -7396.72 | 9035.53 |
| | | THE DUMP 630           IRVING        TXUS | | |
| | 02/10/16 | ATM WITHDRAWAL          REG-E TRANSACTION  100000752 | -4.95 | 9030.58 |
| | | 2201 MCDERMOTT RD  US  PLANO      TXUS CU SERVICES | | |
| | 02/10/16 | ATM WITHDRAWAL          REG-E TRANSACTION  100000751 | -1400.00 | 7630.58 |
| | | 2201 MCDERMOTT RD  US  PLANO      TXUS CU SERVICES | | |
| 02/16 | 02/14/16 | ELECTRONIC PURCHASE     REG-E TRANSACTION  92036 | -5971.07 | 1659.51 |
| | | ANDERSON FURNITURE     CARROLLTON    TXUS | | |
| 02/16 | 02/14/16 | ELECTRONIC PURCHASE     REG-E TRANSACTION  31119 | -107.17 | 1552.34 |
| | | ANDERSONS FURNITURE CARROLLTON    TXUS | | |
| | 02/22/16 | PAYROLL DEDUCTION       REG-E TRANSACTION | 5000.00 | 6552.34 |
| | | COMPANY NAME: USAA CHK-INTRNT  DESC: TRANSFER | | |

* * * * *   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | ENDING BALANCE | 6552.34 | |
| | | ANNUAL PERCENTAGE YIELD   0.0000% | | |

```
|================================================|
|                    | TOTAL FOR  |    TOTAL     |
|                    | THIS PERIOD| YEAR-TO-DATE |
|================================================|
| TOTAL OVERDRAFT FEES |      .00 |      .00     |
|================================================|
| TOTAL RETURNED ITEM FEES |  .00 |      .00     |
|================================================|
```

**FOR 2016:**

```
    *  IRA YTD    * OTHER YTD  * TOTAL YTD   *
       DIVIDENDS    DIVIDENDS   DIVIDENDS

         .00          .00         .00
```

FEDERALLY INSURED BY NCUA

FURNITURE INVENTORY LIST:

AS OF 10/14/20

| NEW/USED | VENDOR | DATE | TYPE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| USED | ARIZONA | 1990'S | PICTURE | SUPERBOWL PICTURES (SET OF 3) | 300 |
| USED | ARIZONA | 1994 | SOFA | GARY & GREEN TWEED LOVESEAT | 100 |
| NEW | FRYS | 2010 | TV | PANASONIC PLASMA TV (2)@$750 | 1500 |
| USED | ARIZONA | 1994 | TABLE | MAHOGANY PRINTER TABLE | 50 |
| NEW | ARIZONA | 2012 | CHAIR | BLACK LEATHER OFFICE CHAIR | 100 |
| USED | ARIZONA | 1994 | CHAIR | MAHOGANY & FABRIC OFFICE CHAIRS (2)@$100 | 200 |
| | | | | | |
| USED | ESTATE SALE | 2/2016 | WASHER | LG TROMM FRONT LOAD WASHER | 250 |
| USED | ESTATE SALE | 2/2016 | DRYER | LG TROMM FRONT LOAD ELECTRIC DRYER | 250 |
| closeout | ANDERSON | 2016 | CURIO | PECAN & GLASS CURIO CABINET | 125 |
| closeout | ANDERSON | 2016 | CURIO | PECAN & GLASS DOUBLE CURIO CABINET | 400 |
| NEW | ANDERSON | 2016 | TABLE | PECAN BISTRO DINING TABLE | 250 |
| NEW | ANDERSON | 2016 | CHAIR | BROWN LEATHER PARSON DINING CHAIR (4)@$100 | 400 |
| NEW | ANDERSON | 2016 | CHAIR | BROWN LEATHER PARSON BARSTOOL (4)@$100 | 400 |
| USED | ESTATE SALE | 7/8/16 | TABLE | LONG WOOD CONSOLE TABLE | 150 |
| USED | GIFT | 7/8/16 | ARMOIRE | HOOKER BURLWOOD ARMOIRE | 0 |
| NEW | THE DUMP | 2/5/16 | TABLE | NESTING METAL & STONE TABLES (SET OF 3) | 325 |
| NEW | ANDERSON | 2/14/16 | SOFA | BROWN LEATHER & TWEED SECTIONAL | 725 |
| NEW | B&H | 2016 | LAMP | COPPER FLOOR LAMP | 80 |
| NEW | THE DUMP | 2/5/16 | DRESSER | PECAN DRESSER (2)@$311 | 622 |
| NEW | THE DUMP | 2/5/16 | DRESSER | PECAN CHEST | 391 |
| USED | ESTATE SALE | 2016 | TV | SAMSUNG TV (BN59011798) | 100 |
| USED | ESTATE SALE | 2016 | TV | SAMSUNG TV (BN5901199F) | 100 |
| NEW | THE DUMP | 2/5/16 | BED | KING SIZE PECAN BED | 872 |
| NEW | THE DUMP | 2/5/16 | BED | KING SIZE MATTRESS | 2499 |
| NEW | HOME GOODS | 2016 | LAMP | RALPH LAUREN CREAM LAMP (2)@$45 | 90 |
| NEW | THE DUMP | 2/5/16 | CHAIR | BROWN LEATHER ARM CHAIR | 1600 |
| NEW | TARGET | 7/16/16 | OTTOMAN | BROWN VINYL DOUBLE OTTOMAN | 100 |
| NEW | CRATE/BARREL | 2/15/16 | TABLE | ROUND WOOD & STONE SIDE TABLES (2)@$60 | 120 |
| USED | ESTATE SALE | 2016 | PICTURE | BROWN & TEAL LANDSCAPE WATERCOLOR | 125 |

| | | | | | |
|---|---|---|---|---|---|
| NEW | B&H | 2016 | ART | METAL BIRDS | 80 |
| NEW | THE DUMP | 2/5/16 | DESK | WOOD EXECUTIVE DESK | 650 |
| NEW | THE DUMP | 2/5/16 | DESK | WOOD EXECUTIVE CREDENZA | 650 |
| NEW | THE DUMP | 2/5/16 | FILE CABINET | LATERAL FILE CABINET | 300 |
| NEW | HOME GOODS | 4/18/16 | LAMP | ACRYLIC LAMP | 70 |
| USED | ESTATE SALE | 2016 | DESK | GLASS & METAL ROLLING DESK | 60 |
| USED | ESTATE SALE | 2016 | CHAIR | BLACK MESH STENO CHAIR | 30 |
| USED | ESTATE SALE | 2016 | TV | LG TV (AKB72915206) | 100 |
| USED | ESTATE SALE | 2016 | TV | LG TV (MKJ40653801) | 100 |
| USED | ESTATE SALE | 7/8/16 | CHAIR | BROWN & BLACK FABRIC PARSON CHAIR (2)@$60 | 120 |
| USED | ESTATE SALE | 2016 | LAMP | COOPER FLOOR LAMP | 40 |
| USED | ESTATE SALE | 2016 | CART | WHITE ELFA CART (2)@$40 | 80 |
| USED | ESTATE SALE | 2016 | SHOE RACK | WHITE MELAMINE SHOE RACK (6)@$5 | 30 |
| USED | GIFT | 7/10/16 | POOL TABLE | BRUNSWICK OAK POOL TABLE | 0 |
| USED | ANDERSON | 2016 | TABLE | PALECEK ROUND SIDE TABLE | 150 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY CONTROL CENTER (STRDH800) | 80 |
| USED | ESTATE SALE | 2016 | COMPONENT | LG BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY DVD/CD PLAYER (DVPNC80V) | 40 |
| USED | ESTATE SALE | 2016 | COMPONENT | SONY 5 DISC PLAYER (CDPC70) | 60 |
| USED | ESTATE SALE | 2016 | COMPONENT | PANASONIC BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | 2016 | TABLE | MAHOGANY & MARBLE SIDE TABLE (SET OF 2) | 60 |
| NEW | HOME GOODS | 2016 | LAMP | CREAM MOSIAC LAMP | 50 |
| NEW | B&H | 2016 | TABLE | METAL & GLASS SIDE TABLE (4)@$25 | 100 |
| USED | ESTATE SALE | 2016 | PICTURE | FLATIRON BLDG B/W PHOTO FRAMED | 40 |
| NEW | ANDERSON | 2/14/16 | SOFA | GRAY LEATHER RECLINING SOFA | 400 |
| NEW | ANDERSON | 2/14/16 | SOFA | GRAY LEATHER RECLINING LOVESEAT | 200 |
| NEW | ANDERSON | 2/14/16 | CHAIR | GRAY LEATHER RECLINING ARM CHAIR | 100 |
| NEW | HOME GOODS | 2016 | PICTURE | NATILUS CANVAS | 40 |
| NEW | HOME GOODS | 2016 | PICTURE | NATILUS PHOTO B/W FRAMED | 50 |
| NEW | IKEA | 2/15/16 | CHAIR | BLACK WOOD BARSTOOL (2)@$50 | 100 |
| NEW | TUESDAY AM | 4/10/16 | PICTURE | BLUE OCEAN PRINT | 60 |
| USED | ESTATE SALE | 5/17/16 | ART | FREDERICK HART ACRYLIC SCUPLTURE x2 | 10000 |
| NEW | FRYS | 2/25/18 | REFRIGERATOR | SAMSUNG FRENCH REFRIGERATOR | 3558 |



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 3,936.07 | 51 | 78,605.57 | 9 | 75,324.06 | .00 | 654.56 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 116.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

****THIS IS A CORRECTED STATEMENT FOR SEPTEMBER****
IT WILL REPLACE THE PREVIOUS STATEMENT YOU RECEIVED THAT HAD
MISSING WIRE TRANSACTIONS.


    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/14      18,000.00 WIRE IN
                     001170814993527
08/14      22,500.00 WIRE IN
                     001170814993262
08/18       2,900.00 DEBIT CARD REFUND      081717
                     PARK PLACE MOTORS LTD      BELLEVUE      WA
08/28       1,500.00 ACH CREDIT      082817
                     SERVICE CU      P2P      BRYANT SEWALL
08/31         408.97 ACH CREDIT      090117
                     VACP TREAS 310   XXVA BENEF **********3600
09/05      15,000.00 WIRE IN
                     001170905077889
09/08      15,000.00 WIRE IN
                     001170908098104
09/12          15.00 ATM SURCHARGE REBATE
09/12           0.09 INTEREST PAID


    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/15       2,900.00 DEBIT CARD PURCHASE      081417
                     PARK PLACE MOTORS LTD      BELLEVUE      WA
08/15      29,000.00 WIRE OUT
                     002170815000489
08/15          20.00 WIRE FEE
                     0021708150004



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
    (SHOWN ON FRONT PAGE)    $ _____

(2) ADD DEPOSITS NOT SHOWN ON
    THIS STATEMENT (IF ANY)    + _____

(3) SUBTOTAL    $ _____

(4) SUBTRACT TOTAL OF CHECKS
    OUTSTANDING (IF ANY)    - _____

(5) ADJUSTED BANK BALANCE    $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE    $ _____

(7) ADD CREDITS WHICH APPEAR
    ON THIS STATEMENT THAT HAVE
    NOT BEEN RECORDED IN YOUR
    REGISTER (IF ANY)    + _____ *

(8) ADD INTEREST CREDITED TO
    YOUR ACCOUNT (IF ANY)    + _____ *

(9) SUBTRACT OTHER CHARGES
    (IF ANY)    - _____ *

(10) ADJUSTED CHECK REGISTER
    BALANCE    $ _____
    * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS: All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE  2

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/15           7.50 ACH DEBIT        081517
                     USAA P&C INT     AUTOPAY   **********0452
08/15         486.49 ACH DEBIT        081517
                     STREAM ENERGY    UTILITY   **********5207
08/15         612.89 ACH PAYMENT
                     TRNSFR TO LOAN   210010000000000001082050814
08/16          26.55 DEBIT CARD PURCHASE    081517
                     Experian    *CreditRep  866-5827269  CA
08/17          44.65 DEBIT CARD PURCHASE    081517
                     Squeaky Clean Pool Ser  214-755-8408 TX
08/18         200.00 ATM DB NONLOCAL     081817
                     Cardtronics CCS2101 W 15TPLANO       TX
08/23      10,000.00 ACH DEBIT        082217
                     CAPITAL ONE      ONLINE PMT **********7576
08/24          44.65 DEBIT CARD PURCHASE    082217
                     Squeaky Clean Pool Ser  214-755-8408 TX
08/24       1,000.00 ACH DEBIT        082317
                     CAPITAL ONE      ONLINE PMT **********6507
08/28          80.00 DEBIT CARD PURCHASE    082617
                     NTTA AUTOCHARGE         972-818-6882 TX
08/28         207.43 ATM DB NONLOCAL     082517
                     BAHAMAS BANKABM FCIB LYNDNASSAU
08/30          84.45 DEBIT CARD PURCHASE    082917
                     LOWE'S PHARMACY LTD.    NASSAU
08/31          44.65 DEBIT CARD PURCHASE    082917
                     Squeaky Clean Pool Ser  214-755-8408 TX
08/31          81.54 DEBIT CARD PURCHASE    083017
                     RUBIS SHIRLEY STREET    NASSAU
09/01         306.26 ATM DB NONLOCAL     090117
                     *BS KERZNR INT*ATLANTIS 1PARADISE ISL
09/01         510.43 ATM DB NONLOCAL     090117
                     BAHAMAS BANKABM FCIB LYNDNASSAU
09/01          22.65 ACH DEBIT        090117
                     USAA P&C INT     AUTOPAY   **********0452
09/01          82.96 ACH DEBIT        090117
                     CITY PLANO       000UT BILL ********** ???
09/05         179.00 DEBIT CARD PURCHASE    090317
                     SECURLOCK AT ALLEN WES  972-359-7000 TX
```

FDIC
INSURED

105846-0814_06
BMFR1A



USAA
FEDERAL
SAVINGS
BANK

PAGE   3

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
09/05       264.96 DEBIT CARD PURCHASE    090517
                   HOTELS.COM141289449410   HOTELS.COM   WA
09/05       461.54 DEBIT CARD PURCHASE    090517
                   HOTELS.COM141289243649   HOTELS.COM   WA
09/05       651.24 DEBIT CARD PURCHASE    090517
                   HOTELS.COM141288588816   HOTELS.COM   WA
09/05       882.78 DEBIT CARD PURCHASE    090317
                   ATLANTIS FOOD & BEV       NASSAU
09/05     1,404.31 DEBIT CARD PURCHASE    090117
                   BOSS INVESTMENTS LTD      NASSAU
09/05       400.53 ACH DEBIT             090517
                   WELLS FARGO DLR  DRAFT    ***********4386
09/06        80.80 DEBIT CARD PURCHASE    090517
                   RUBIS SHIRLEY STREET      NASSAU
09/07        44.65 DEBIT CARD PURCHASE    090517
                   Squeaky Clean Pool Ser  214-755-8408 TX
09/07       402.81 DEBIT CARD PURCHASE    090617
                   HUMANA MILITARY         800-833-6917 KY
09/07       903.76 DEBIT CARD PURCHASE    090617
                   COPA ARC   8651888169    HAGERTOWN   MD
09/07       903.76 DEBIT CARD PURCHASE    090617
                   COPA ARC   8651888168    HAGERTOWN   MD
09/07       903.76 DEBIT CARD PURCHASE    090617
                   COPA ARC   8651888167    HAGERTOWN   MD
09/07       903.76 DEBIT CARD PURCHASE    090617
                   COPA ARC   8651888170    HAGERTOWN   MD
09/08         9.00 DEBIT CARD PURCHASE    090717
                   DSC*DOLLAR SHAVE CLUB    866-2232780 CA
09/08       509.80 ATM DB NONLOCAL        090817
                   CREDOMATIC   CRPUN-BAC- JSAN JOSE
09/11        42.65 DEBIT CARD PURCHASE    090817
                   CANOPY VISTAS LOS SUEN   PUNTARENAS
09/11        47.47 DEBIT CARD PURCHASE    090917
                   EL JARDIN                ALAJUELA
09/11        64.64 DEBIT CARD PURCHASE    090917
                   TRES GENERACIONES DOKA   ALAJUELA
09/11        85.85 DEBIT CARD PURCHASE    091017
                   VIKINS AND SURF          PUNTARENAS
```



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

PAGE    4

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
09/11          98.98 DEBIT CARD PURCHASE   090917
                     EL JARDIN             ALAJUELA
09/11         128.32 DEBIT CARD PURCHASE   091017
                     TIENDA RIP CURL       PUNTARENAS
09/11         153.66 DEBIT CARD PURCHASE   090717
                     TSUNAMI SUSHI JACO    PUNTARENAS
09/11         277.84 DEBIT CARD PURCHASE   091017
                     MANGO SURF SHOP JACO  PUNTARENAS
09/11         334.82 DEBIT CARD PURCHASE   090917
                     MANGO SURF SHOP JACO  PUNTARENAS
09/11         525.20 DEBIT CARD PURCHASE   090917
                     COSTA RICA TOUR OFFICE  PUNTARENAS
09/11       1,500.00 ACH DEBIT             090917
                     CAPITAL ONE     ONLINE PMT **********0505
09/11       2,025.08 ACH DEBIT             091117
                     Miro            WEB PMTS  **********80T3
09/11      18,500.00 ACH DEBIT             090917
                     CAPITAL ONE     ONLINE PMT **********0504
09/12         151.50 DEBIT CARD PURCHASE   090817
                     CANOPY VISTA LOS SUENO   GARABITO

     FOREIGN TRANSACTION FEES INCURRED THIS CYCLE      59.19

   ACCOUNT BALANCE SUMMARY
       DATE..........BALANCE   DATE..........BALANCE
       08/11         3,936.07  08/30         4,121.46
       08/14        44,436.07  08/31         4,404.24
       08/15        11,409.19  09/01         3,481.94
       08/16        11,382.64  09/05        14,237.58
       08/17        11,337.99  09/06        14,156.78
       08/18        14,037.99  09/07        10,094.28
       08/23         4,037.99  09/08        24,575.48
       08/24         2,993.34  09/11           790.97
       08/28         4,205.91  09/12           654.56
```



FDIC
INSURED

105846-0814_06
BMFR1A


USAA
FEDERAL
SAVINGS
BANK

PAGE   5

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 08/11/17 - 09/12/17 |

```
 * * * * * * * *  INTEREST PAID INFORMATION  * * * * * * * *
 YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
32 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
 BRINGS YOUR YTD INTEREST PAID TO        1.05.
```

FDIC
INSURED



USAA
FEDERAL
SAVINGS
USAA® BANK

PAGE    1

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 4,145.60 | 26 | 35,026.33 | 10 | 33,937.26 | .00 | 3,056.53 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 58.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 116.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

THIS ACCOUNT WILL SOON BE KNOWN AS USAA CLASSIC CHECKING.
THE NAME WILL CHANGE, BUT THE SECURITY, FEATURES AND
BENEFITS WILL REMAIN THE SAME.

```
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/12      8,300.00 WIRE IN
                    001170512621215
05/18     15,000.00 WIRE IN
                    001170518643469
05/22        141.56 DEBIT CARD REFUND     051917
                    SW VAL VISTA LAKES-262   MESA        AZ
05/23         29.00 NSF FEE REFUND
05/31        408.97 ACH CREDIT            060117
                    VACP TREAS 310   XXVA BENEF **********3600
06/06          7.64 DEPOSIT @ HOME
06/06         50.00 DEPOSIT @ HOME
06/06      5,000.00 DEPOSIT @ HOME
06/06      5,000.00 DEPOSIT @ HOME
06/12          0.09 INTEREST PAID

    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
06/08   1002       5,000.00

    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
05/15         33.00 DEBIT CARD PURCHASE    051517
                    NTTA CUST SVC ONLINE    972-818-6882 TX
05/15        612.89 ACH PAYMENT
                    TRNSFR TO LOAN   2100100000000001082050814
```

**FDIC INSURED**

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.**

## CHECKS OUTSTANDING
(Those written which have not
been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

### BANK BALANCE

(1) BALANCE THIS STATEMENT
     (SHOWN ON FRONT PAGE)          $ _____

(2) ADD DEPOSITS NOT SHOWN ON
     THIS STATEMENT (IF ANY)        + _____

(3) SUBTOTAL                        $ _____

(4) SUBTRACT TOTAL OF CHECKS
     OUTSTANDING (IF ANY)           - _____

(5) ADJUSTED BANK BALANCE           $ _____

### YOUR BALANCE

(6) CHECK REGISTER BALANCE          $ _____

(7) ADD CREDITS WHICH APPEAR
     ON THIS STATEMENT THAT HAVE
     NOT BEEN RECORDED IN YOUR
     REGISTER (IF ANY)              + _____ *

(8) ADD INTEREST CREDITED TO
     YOUR ACCOUNT (IF ANY)          + _____ *

(9) SUBTRACT OTHER CHARGES
     (IF ANY)                       - _____ *

(10) ADJUSTED CHECK REGISTER
      BALANCE                       $ _____
      * Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:  All transactions are subject to the USAA Federal Savings Bank Depository Agreement.**

126405-0714
BM1BCK



USAA
FEDERAL
SAVINGS
BANK

PAGE    2

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION

```
05/16           26.55 DEBIT CARD PURCHASE   051517
                      Experian   *CreditRep  866-5827269  CA
05/16          264.46 ACH DEBIT             051617
                      STREAM ENERGY    UTILITY   ***********6226
05/18       10,000.00 ACH DEBIT             051817
                      CAPITAL ONE CARD ONLINE PMT ***********3POS
05/19           44.65 DEBIT CARD PURCHASE   051717
                      Squeaky Clean Pool Ser  214-755-8408 TX
05/22           29.00 NSF FEE-ITEM RETURNED
                      ACH - CAPITAL ONE CARDONLINE PM
05/22           48.77 ACH DEBIT             052217
                      CAPITAL ONE      ONLINE PMT ***********4061
05/24            1.00 USAA FUNDS TRANSFER DB
05/24            1.00 USAA FUNDS TRANSFER DB
05/24           44.65 DEBIT CARD PURCHASE   052217
                      Squeaky Clean Pool Ser  214-755-8408 TX
05/25           29.00 NSF FEE-ITEM RETURNED
                      ACH - CAPITAL ONE CARDRETRY PYM
05/30           91.48 ACH DEBIT             053017
                      CITY PLANO       000UT BILL ***********  ???
05/30       12,000.00 ACH DEBIT             053017
                      CAPITAL ONE      ONLINE PMT ***********1195
05/31          400.00 ACH DEBIT             053117
                      WELLS FARGO DLR  FEE & PMTS ***********4386
06/01          165.18 ACH DEBIT             060117
                      USAA P&C INT      AUTOPAY   ***********0452
06/01        2,850.00 ACH DEBIT             060117
                      Butler Property  WEB PMTS  ***********RYG1
06/02           44.65 DEBIT CARD PURCHASE   053117
                      Squeaky Clean Pool Ser  214-755-8408 TX
06/02          161.10 DEBIT CARD PURCHASE   060217
                      SECURLOCK AT ALLEN WES  972-359-7000 TX
06/06          402.81 DEBIT CARD PURCHASE   060617
                      HUMANA MILITARY     800-833-6917 KY
06/06        2,000.00 DEBIT CARD PURCHASE   060617
                      VENMO               855-812-4430 NY
06/08           15.00 DEBIT CARD PURCHASE   060717
                      DSC*DOLLAR SHAVE CLUB  866-2232780  CA
```



FDIC
INSURED


USAA
FEDERAL
SAVINGS
BANK
USAA®

PAGE   3

BRYANT E SEWALL
2605 ALEXA CT
PLANO TX  75075-3012

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 05/11/17 - 06/12/17 |

```
   OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
06/08      216.49 DEBIT CARD PURCHASE    060717
                  AT&T D118 8048            PLANO        TX
06/09       44.65 DEBIT CARD PURCHASE    060717
                  Squeaky Clean Pool Ser   214-755-8408 TX
06/12      500.00 DEBIT CARD PURCHASE    061017
                  VENMO                    855-812-4430 NY
```

```
 ACCOUNT BALANCE SUMMARY
     DATE..........BALANCE    DATE..........BALANCE
     05/11      4,145.60    05/25      16,481.19
     05/12     12,445.60    05/30       4,389.71
     05/15     11,799.71    05/31       4,398.68
     05/16     11,508.70    06/01       1,383.50
     05/18     16,508.70    06/02       1,177.75
     05/19     16,464.05    06/06       8,832.58
     05/22     16,527.84    06/08       3,601.09
     05/23     16,556.84    06/09       3,556.44
     05/24     16,510.19    06/12       3,056.53
```

```
 * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
 YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
32 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
 BRINGS YOUR YTD INTEREST PAID TO       0.85.
```


FDIC
INSURED

105846-0814_06
BMFR1A

**BRYANT E SEWALL**
2607 ALEXA CT
PLANO, TX 75075-3012

1002

June 7, 2017

Pay to the Order of _Lincoln D Miller_    $ 5000 00

_Five Thousand and 00/100_ ———— Dollars

USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-6100 1-800-932-3704

USAA

For _Loan_

Check:   1002        Amount:5,000.00



USAA
FEDERAL
SAVINGS
BANK

PAGE    1

BRYANT E SEWALL
PO BOX 289
LITTLE ELM TX  75068-0289

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 09/11/19 - 10/11/19 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 2,995.88 | 8 | 1,833.32 | 3 | 437.37 | .00 | 1,599.93 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

```
    DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
09/30        428.83 ACH CREDIT          100119
                    VACP TREAS 310   XXVA BENEF ***********3600
10/11          8.53 ATM SURCHARGE REBATE
10/11          0.01 INTEREST PAID


    OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION
09/16        328.46 ACH DEBIT              091619
                    USAA P&C INT    AUTOPAY    ***********0452
09/16        643.53 ACH PAYMENT
                    TRNSFR TO LOAN  21001000000000001082050814
09/18        203.00 ATM DB NONLOCAL        091719   6011091719
                    D 314200 NW 36 ST      MIAMI       FL
09/18        308.59 ATM DB NONLOCAL        091819   6011091819
                    000009902583ROYAL BANK OFBAHAMAS
09/18         10.00 ACH DEBIT              091819
                    PAYPAL          INST XFER *********** INC
10/02          1.29 ACH DEBIT              100219
                    PAYPAL          RETRY PYMT ***********OGLE
10/02        328.46 ACH DEBIT              100219
                    USAA P&C INT    AUTOPAY    ***********0452
10/10          9.99 ACH DEBIT              101019
                    PAYPAL          INST XFER ***********OGLE


    FOREIGN TRANSACTION FEES INCURRED THIS CYCLE        3.06
```



FDIC
INSURED

93526-0814_05
BM1FRT

# USAA FEDERAL SAVINGS BANK

10750 McDermott Freeway
San Antonio, TX 78288-0544
800-531-8722

**PLEASE EXAMINE THIS STATEMENT AT ONCE. IF NO ERROR IS REPORTED IN 60 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS ARE CREDITED SUBJECT TO PAYMENT.**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us or Write us at the address and number listed at the top of this page as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### THIS FORM IS PROVIDED TO HELP YOU RECONCILE THIS STATEMENT BALANCE TO YOUR CHECKBOOK BALANCE.

## CHECKS OUTSTANDING
(Those written which have not been charged to your account)

| CHECK# | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **TOTAL** | $ |

## BANK BALANCE

(1) BALANCE THIS STATEMENT
(SHOWN ON FRONT PAGE)   $ _____

(2) ADD DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)   + _____

(3) SUBTOTAL   $ _____

(4) SUBTRACT TOTAL OF CHECKS
OUTSTANDING (IF ANY)   - _____

(5) ADJUSTED BANK BALANCE   $ _____

## YOUR BALANCE

(6) CHECK REGISTER BALANCE   $ _____

(7) ADD CREDITS WHICH APPEAR
ON THIS STATEMENT THAT HAVE
NOT BEEN RECORDED IN YOUR
REGISTER (IF ANY)   + _____ *

(8) ADD INTEREST CREDITED TO
YOUR ACCOUNT (IF ANY)   + _____ *

(9) SUBTRACT OTHER CHARGES
(IF ANY)   - _____ *

(10) ADJUSTED CHECK REGISTER
BALANCE   $ _____
* Be sure to record in your check register.

Line 5 and Line 10 should now agree. If not, check the following items in your register:

-Are all deposits accounted for?
-Are all amounts entered correctly?
-Are all automatic transactions accounted for?
-Are all additions and subtractions accurate?



**TERMS AND CONDITIONS:** All transactions are subject to the USAA Federal Savings Bank Depository Agreement.

126405-0714
BM1BCK


USAA
FEDERAL
SAVINGS
BANK

PAGE    2

BRYANT E SEWALL
PO BOX 289
LITTLE ELM TX  75068-0289

0
11

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 01846-4521-2 | USAA CLASSIC CHECKING | 09/11/19 - 10/11/19 |

ACCOUNT BALANCE SUMMARY

| DATE..........BALANCE | DATE..........BALANCE |
|---|---|
| 09/11      2,995.88 | 10/02      1,601.38 |
| 09/16      2,023.89 | 10/10      1,591.39 |
| 09/18      1,502.30 | 10/11      1,599.93 |
| 09/30      1,931.13 | |

 * * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
 YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
30 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
 BRINGS YOUR YTD INTEREST PAID TO        0.30.

FDIC
INSURED

105846-0814_06
BMFR1A