**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., et al.,

    Relief Defendants.

**ORDER GRANTING MOTION FOR ORDER APPROVING AND AUTHORIZING
PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS
FROM INCEPTION OF RECEIVERSHIP ESTATE THROUGH DECEMBER 31, 2020**

    The Court, having read and considered the Motion for Order Approving and Authorizing Payment of Receiver's and Professional's Fees and Costs From Inception of Receivership Estate Through December 31, 2020 (ECF No. 221) brought by Receiver, Brick Kane of Robb Evans & Associates LLC ("Receiver") and all pleadings and evidence filed in support thereof, and opposition to the Motion, and good cause appearing therefore, it is

    ORDERED that:

    1.    The Motion and all relief sought therein is granted in its entirety;

    2.    Without limiting the generality of the foregoing, the following fees and costs incurred from the inception of the receivership estate, September 11, 2020, through

2

December 31, 2020 are hereby approved and authorized to be paid from the assets in the receivership estate:

      A.      The fees of the Receiver, including the Receiver's deputies, of $48,811.20 and Receiver's costs of $306.09, **for a total of $49,117.29**;

      B.      The fees of the Receiver's lead counsel, Barnes & Thornburg LLP, of $56,933.90 and costs of $1,437.53, **for a total of $58,371.43**; and

      C.      The fees of the Receiver's Arizona counsel, Engelman Berger, P.C., of $7,647.50 and costs of $98.54, **for a total of $7,746.04**.

DATED this 13th day of April, 2021.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge