# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

MEDIATRIX CAPITAL INC., BLUE ISLE MARKETS INC. (St. Vincent & the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL S. STEWART, and BRYANT E. SEWALL,

          Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP, WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

          Relief Defendants.

---

**UNOPPOSED MOTION TO PERMIT THE RELEASE OF CERTAIN LIMITED ASSETS AND SUPPLEMENTAL DECLARATION IN SUPPORT OF THE PENDING MOTION FOR A PARTIAL STAY OF DISCOVERY AGAINST THE INDIVIDUAL DEFENDANTS MICHAEL S. STEWART AND BRYANT E. SEWALL, RENEWED MOTION TO PERMIT THE UNFREEZING OF CERTAIN ASSETS FOR THE PAYMENT OF ATTORNEY'S FEES**

---

Drohan Lee LLP
Vivian R. Drohan
5 Penn Plaza, 19th Floor
New York, NY 10019
Telephone: 202-710-0004
E-Mail: vdrohan@dlkny.com

*Attorneys for Defendants Mediatrix Capital Inc., Blue Isle Markets Inc. (St. Vincent & the Grenadines), Blue Isle Markets Ltd., Michael S. Stewart, and Bryant E. Sewall.*

Defendants, Michael Stewart ("Stewart") and Bryant Sewall ("Sewall") (collectively "Defendants"), along with Relief Defendants Victoria Stewart and Hanna Sewall (collectively "Relief Defendants"), by and through undersigned counsel, hereby submit this Unopposed Motion to Modify the Asset Freeze to allow those assets listed in Exhibit A and B to be released immediately, and in further support for the Third Renewed Motion to Unfreeze Assets.

In support thereof, Defendants and Relief Defendants state as follows:

## CERTIFICATE OF CONFERRAL

1. Pursuant to D.C.COLO.LCiv R 7.1, counsel for Defendants and Relief Defendants has conferred with counsel for Plaintiff, the US Securities and Exchange Commission (the "SEC") and the Receiver, Brick Kane of Robb Evans & Associates (the "Receiver"), who do not oppose the release from the asset freeze of the assets listed in Exhibits A and B, but are expected to oppose the other relief requested in the Third Renewed Motion to Unfreeze Assets.

## INTRODUCTION AND PROCEDURAL BACKGROUND

2. A Third Renewed Motion seeking release of certain assets and a limited request to stay the action is currently pending. [Dkt. 229].

3. Counsel for Defendants have participated in discussions with the Plaintiff seeking to identify those assets which can be released unopposed and considered untainted assets. Based upon these discussions, an agreement has been reached to release certain assets listed on Exhibit A for Bryant Sewall and Exhibit B for Michael Stewart and correspondingly Relief Defendants Hanna Ohankova Sewall and Victoria M. Stewart. In accordance with the agreement reached with the Plaintiff, further Declarations are being submitted herewith

2

affirming that these assets were not purchased by monies received by any of the corporate defendants. Declarations have been provided by both Defendants and Relief Defendants annexed hereto as Exhibit "C" and "D".

4. It is requested that the listed assets be immediately released to the possession of the individual defendants and their wives.

5. It is respectfully submitted that the motion currently made on behalf of Stewart and Sewall is based on substantially changed circumstances, and further proof that certain frozen assets are in fact untainted. Therefore, pursuant to F.R.C.P. 65, Defendants move this Court for an order modifying preliminary injunctive relief to release certain frozen assets.

## CONCLUSION

It is respectfully submitted that the Court grant the request to unfreeze the assets listed on Exhibit A and B from the asset freeze and such other and further relief as to this Court may seem just and proper.

Respectfully submitted this 8 day of April 2021.

/s/ Vivian R. Drohan
Drohan Lee LLP
5 Penn Plaza, 19th Fl
New York, New York 10001
Telephone: 212-710-0004
Fax: 212-710-0003
Email: vdrohan@dlkny.com

Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
Telephone: 720-330-2805
E-Mail: jthomas@thomaslawllc.com
*Attorneys for Defendants Michael S. Stewart, and Bryant Sewall and Relief Defendants Victoria M. Stewart, and Hanna Ohonkova*

3

Case 1:19-cv-02594-RM-SKC   Document 255   Filed 04/21/21   USDC Colorado   Page 4 of 4