IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RPM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

MEDIATRIX CAPITAL, INC., BLUE ISLE MARKETS INC. (S. Vincent and the Grenadines), BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG, MICHAEL STEWART, AND BRYANT E. SEWALL,

DEFENDANTS,

AND

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC, VICTORIA M. STEWART. MARIA C. YOUNG, HANNA OHONKOVA SEWALL, MICHAEL C. BAKER, WALTER C. YOUNG III, ARUAL LP., WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC, CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION, MEDIATRIX CAPITAL PR LLC, MEDIATRIX CAPITAL, LLC AND BLUE ISLE MARKETS INC. (Caymans Islands),

RELIEF DEFENDANTS.

## DECLARATION OF BRYANT SEWALL

I, Bryant Sewall, do hereby declare and verify under penalty of perjury under the laws of the United States of America and in accordance with 28 USC §1746, that the foregoing is true and correct:

1.  I am a defendant in the above captioned action.

2.  I provided a list of assets that I know were purchased prior to either Mediatrix's existence, prior to receiving any funds from Mediatrix or from funds unassociated with the corporate

defendants.  They have been included as Exhibit A hereto. To my knowledge the Plaintiff has agreed to release those items included hereto as Exhibit B.

3. I am providing this Declaration to affirm that the items included in Exhibit A were not purchased with monies given to me by Mediatrix or were purchased prior to the existence of the corporate defendants.  For those items that were stated to be gifts, specifically (a) a Brunswick Oak Pool Table and (b) Hooker Burlwood Armoire, I hereby reaffirm that these items were gifts to my wife and I for our wedding.

[INTENTIONALLY LEFT BLANK]

Executed on April 20, 2021

_____
BRYANT SEWALL

sworn to me this 20th day of April, 2021

_____
notary public

Barbara Sewall Yoss
My Commission Expires
12/18/2022
ID No. 126155603

3