|              | price    | bought |                                              |
|--------------|----------|--------|----------------------------------------------|
| 09 Suzuki    | $11,000  | 2010   | sold for $8,300 in May 2017                  |
| 10 Camaro    | $33,000  | 2011   | sold for $18,000 in Aug 2017                 |
|              |          |        |                                              |
| 12 Jeep      | 33327    | Aug-16 | sold by Reciever for $16000                  |
| 14 Dodge     | 25608    | Aug-16 | all payments made with VA disability income  |
|              |          |        |                                              |
| 12 Seadoo    | $13,000  | Aug-16 |                                              |
| trailer      | $500     | Aug-16 |                                              |
|              |          |        |                                              |
| 16 Seadoo    | $5,000   | Feb-17 |                                              |
| 16 Seadoo    | $5,000   | Feb-17 |                                              |
| trailer      | $1,500   | Feb-17 |                                              |
|              |          |        |                                              |
| 93 GMC       | $23,250  | Mar-17 |                                              |
|              |          |        |                                              |
| 06 BMW       | $29,000  | Aug-17 | bought with proceeds of sale of 09 Suzuki and 10 Cam |
|              |          |        |                                              |
| covered Trailer | $3,000 | Apr-19 |                                              |

FURNITURE INVENTORY LIST:
AS OF 10/14/20

| NEW/USED | VENDOR | DATE | TYPE | DESCRIPTION | PAID |
|---|---|---|---|---|---|
| USED | ARIZONA | 1990'S | PICTURE | SUPERBOWL PICTURES (SET OF 3) | 300 |
| USED | ARIZONA | 1994 | SOFA | GRAY & GREEN TWEED LOVESEAT | 100 |
| NEW | FRYS | 2010 | TV | PANASONIC PLASMA TV (2)@$750 | 1500 |
| USED | ARIZONA | 1994 | TABLE | MAHOGANY PRINTER TABLE | 50 |
| NEW | ARIZONA | 2012 | CHAIR | BLACK LEATHER OFFICE CHAIR | 100 |
| USED | ARIZONA | 1994 | CHAIR | MAHOGANY & FABRIC OFFICE CHAIRS (2)@$100 | 200 |
| USED | ESTATE SALE | Oct-15 | TV | SAMSUNG TV (BN59011798) | 100 |
| USED | ESTATE SALE | Oct-15 | TV | SAMSUNG TV (BN5901199F) | 100 |
| USED | ESTATE SALE | Oct-15 | TV | LG TV (AKB72915206) | 100 |
| USED | ESTATE SALE | Oct-15 | TV | LG TV (MKJ40653801) | 100 |
| USED | ESTATE SALE | Feb-16 | WASHER | LG TROMM FRONT LOAD WASHER (Beverley Sewall) | 250 |
| USED | ESTATE SALE | Feb-16 | DRYER | LG TROMM FRONT LOAD DRYER (Beverley Sewall) | 250 |
| closeout | ANDERSON | Feb-16 | CURIO | PECAN & GLASS CURIO CABINET | 125 |
| closeout | ANDERSON | Feb-16 | CURIO | PECAN & GLASS DOUBLE CURIO CABINET | 400 |
| NEW | ANDERSON | Feb-16 | TABLE | PECAN BISTRO DINING TABLE | 250 |
| NEW | ANDERSON | Feb-16 | CHAIR | BROWN LEATHER PARSON DINING CHAIR (4)@$100 | 400 |
| NEW | ANDERSON | Feb-16 | CHAIR | BROWN LEATHER PARSON BARSTOOL (4)@$100 | 400 |
| NEW | THE DUMP | Feb-16 | TABLE | NESTING METAL & STONE TABLES (SET OF 3) | 325 |
| NEW | ANDERSON | Feb-16 | SOFA | BROWN LEATHER & TWEED SECTIONAL | 725 |
| NEW | B&H | Feb-16 | LAMP | COPPER FLOOR LAMP | 80 |
| NEW | THE DUMP | Feb-16 | DRESSER | PECAN DRESSER (2)@$311 | 622 |
| NEW | THE DUMP | Feb-16 | DRESSER | PECAN CHEST | 391 |
| NEW | THE DUMP | Feb-16 | BED | KING SIZE PECAN BED | 872 |
| NEW | THE DUMP | Feb-16 | BED | KING SIZE MATTRESS | 2499 |
| NEW | HOME GOODS | Feb-16 | LAMP | RALPH LAUREN CREAM LAMP (2)@$45 | 90 |
| NEW | THE DUMP | Feb-16 | CHAIR | BROWN LEATHER ARM CHAIR | 1600 |
| NEW | CRATE/BARREL | Feb-16 | TABLE | ROUND WOOD & STONE SIDE TABLES (2)@$60 | 120 |
| USED | ESTATE SALE | Feb-16 | PICTURE | BROWN & TEAL LANDSCAPE WATERCOLOR | 125 |
| NEW | B&H | Feb-16 | ART | METAL BIRDS | 80 |
| NEW | THE DUMP | Feb-16 | DESK | WOOD EXECUTIVE DESK | 650 |
| NEW | THE DUMP | Feb-16 | DESK | WOOD EXECUTIVE CREDENZA | 650 |
| NEW | THE DUMP | Feb-16 | FILE CABINET | LATERAL FILE CABINET | 300 |
| USED | ESTATE SALE | Feb-16 | DESK | GLASS & METAL ROLLING DESK | 60 |
| USED | ESTATE SALE | Feb-16 | CHAIR | BLACK MESH STENO CHAIR | 30 |
| USED | ESTATE SALE | Feb-16 | LAMP | COOPER FLOOR LAMP | 40 |
| USED | ESTATE SALE | Feb-16 | CART | WHITE ELFA CART (2)@$40 | 80 |
| USED | ESTATE SALE | Feb-16 | SHOE RACK | WHITE MELAMINE SHOE RACK (6)@$5 | 30 |
| USED | ANDERSON | Feb-16 | TABLE | PALECEK ROUND SIDE TABLE | 150 |
| USED | ESTATE SALE | Feb-16 | COMPONENT | SONY CONTROL CENTER (STRDH800) | 80 |
| USED | ESTATE SALE | Feb-16 | COMPONENT | LG BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | Feb-16 | COMPONENT | SONY DVD/CD PLAYER (DVPNC80V) | 40 |
| USED | ESTATE SALE | Feb-16 | COMPONENT | SONY 5 DISC PLAYER (CDPC70) | 60 |
| USED | ESTATE SALE | Feb-16 | COMPONENT | PANASONIC BLU RAY PLAYER | 40 |
| USED | ESTATE SALE | Feb-16 | TABLE | MAHOGANY & MARBLE SIDE TABLE (SET OF 2) | 60 |
| NEW | HOME GOODS | Feb-16 | LAMP | CREAM MOSIAC LAMP | 50 |
| NEW | B&H | Feb-16 | TABLE | METAL & GLASS SIDE TABLE (4)@$25 | 100 |
| USED | ESTATE SALE | Feb-16 | PICTURE | FLATIRON BLDG B/W PHOTO FRAMED | 40 |
| NEW | ANDERSON | Feb-16 | SOFA | GRAY LEATHER RECLINING SOFA | 400 |
| NEW | ANDERSON | Feb-16 | SOFA | GRAY LEATHER RECLINING LOVESEAT | 200 |
| NEW | ANDERSON | Feb-16 | CHAIR | GRAY LEATHER RECLINING ARM CHAIR | 100 |
| NEW | HOME GOODS | Feb-16 | PICTURE | NATILUS CANVAS | 40 |
| NEW | HOME GOODS | Feb-16 | PICTURE | NATILUS PHOTO B/W FRAMED | 50 |
| NEW | IKEA | Feb-16 | CHAIR | BLACK WOOD BARSTOOL (2)@$50 | 100 |
| NEW | HOME GOODS | Apr-16 | LAMP | ACRYLIC LAMP | 70 |
| NEW | TUESDAY AM | Apr-16 | PICTURE | BLUE OCEAN PRINT | 60 |
| USED | GIFT | Jul-16 | POOL TABLE | BRUNSWICK OAK POOL TABLE | 0 |
| USED | GIFT | Jul-16 | ARMOIRE | HOOKER BURLWOOD ARMOIRE | 0 |
| USED | ESTATE SALE | Jul-16 | CHAIR | BROWN & BLACK FABRIC PARSON CHAIR (2)@$60 | 120 |
| USED | ESTATE SALE | Jul-16 | TABLE | LONG WOOD CONSOLE TABLE | 150 |
| USED | ESTATE SALE | May-17 | ART | FREDERICK HART ACRYLIC SCUPLTURE x2 | 10000 |
| NEW | FRYS | Feb-18 | REFRIGERATOR | SAMSUNG FRENCH REFRIGERATOR | 3558 |
| inherited | Crystal | | | Inherited from my grandmother in the 1990's | 0 |
| inherited | Tools | | | hand and power tools inherited from Father in 2015 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| USAA checking | $11,433 | Jan-16 | | $11,433 | |
| Service Credit Union | $19,237 | Jan-16 | | $19,237 | $30,670 |
| | | | | | |
| NON MC Deposits 2016 | | | Jan-16 | 2500 | |
| | | | Feb-16 | 3723 | |
| | | | Mar-16 | 17530 | |
| | | | Apr-16 | 4182 | |
| | | | May-16 | 10836 | |
| | | | Jun-16 | 2130 | |
| | | | Jul-16 | 448 | |
| | | | Aug-16 | 3480 | |
| | | | Sep-16 | 3330 | |
| | | | Oct-16 | 880 | |
| | | | Nov-16 | 1070 | |
| | | | Dec-16 | 528 | |
| | | | | $ 50,637 | $81,307 |
| | | | | | |
| NON MC Deposits 2017 | | | Jan-17 | 409 | |
| | | | Feb-17 | 448 | |
| | | | Mar-17 | 409 | |
| | | | Apr-17 | 409 | |
| | | | May-17 | 409 | |
| | | | Jun-17 | 18760 | |
| | | | Jul-17 | 463 | |
| | | | Aug-17 | 638 | |
| | | | Sep-17 | 22810 | |
| | | | Oct-17 | 409 | |
| | | | Nov-17 | 409 | |
| | | | Dec-17 | 776 | |
| | | | | $ 46,349 | $127,656 |
| | | | | | |
| total NON MC deposits | | | | $ 96,986 | |
| | | | | | |
| Roth IRA | $5,500 | 4/18/2016 | | $5,500 | $133,156 |
| | | | | | |
| Total NON MC Assets | | | | $133,156 | |