**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., et al.,

    Relief Defendants.

## ORDER TO MODIFY PRELIMINARY INJUNCTION ASSET FREEZE

On April 21, 2021, Defendants Michael Stewart and Bryant Sewall, in conjunction with Relief Defendants Victoria Stewart and Hannah Sewall, filed an unopposed Motion (ECF No. 255), seeking to modify the Preliminary Injunction (ECF No. 35) and to permit the release of certain assets.

Upon consideration of the Motion, and for good cause shown, the Court GRANTS the motion. Now, therefore:

IT IS HEREBY ORDERED that (i) the Preliminary Injunction is modified to permit the release of the assets contained on the lists attached hereto to Bryant Sewall and Michael Stewart, respectively; and such other and further relief as to this Court may seem just and

proper.

        DATED this 29th day of April, 2021, at 2 p.m.

                    BY THE COURT:

                    _____

                    RAYMOND P. MOORE
                    United States District Judge