ASSET List for Stewart Prior 2015 Mediatrix

<u>Family Vehicles</u>            All Owned, No Lien            Approx. Blue Book Value in 2015

<u>2008 Dodge Ram Flatbed 1 Ton 4x4</u> (Oil Field Wk Truck/Paid 24k and added 15k of oil field tools to Bed)    $32,000.00

| <u>Furnishings, Fixtures and Art Work</u>     Purchased between 1998 to 2014 | <u>Purchase Price</u> |
|---|---|
| Drexel Heritage Slip Cover Couch Matching Lounge (3 Slip Covers & Colors) | $ 7000.00 |
| Alder Coffee Storage Table | $ 3,500.00 |
| Alder Dining Table | $ 3,200.00 |
| Alder Side Table – European Traditions | $ 2,800.00 |
| Custom Slip Cover Rocking Chair with Ottoman | $ 2,500.00 |
| 2 French Toile Fainting Chairs - Drexel Heritage (1,800 each) | $ 3,600.00 |
| Tuffed Grey Linen Bed Set | $ 1,800.00 |
| 5 Dining Chairs w/ Slip Covers - $350 each | $ 1,750.00 |
| Master Bedroom Set / King Bed and Matching Night Stands – Drexel Heritage | $ 7,500.00 |
| Restoration Hardware Dining Table | $ 2,500.00 |
| Restoration Hardware Hutch | $ 2,100.00 |
| Leather Tufted Ottoman Set – European Traditions | $ 2,500.00 |
| Lamb Skin Leather Reclining Chair | $ 3,200.00 |
| Pottery Barn Wall Hutch | $ 1,800.00 |
| Crystal, Silver, and China – Family Heirlooms | $ NA |
| 10' 2 Tier Hutch Custom Built by European Traditions | $ 8,000.00 |
| Persian Rug 15' x 22' | $ 9,000.00 |
| 2 Silk and wool rugs (1- $1,200 / 1- $1,500) | $ 2,700.00 |
| Antique Grandfather Clock | $ 3,800.00 |
| Hazelton Bros. Baby Grand Piano (Player Piano added) | $ 18,000.00 |
| Limoges Clock | $ 2,500.00 |
| Italian Pottery Throughout House | $ 4,000.00 |
| Exterior Front Door Italian Pottery 4' High 3' wide ($2,500 each) | $ 5,000.00 |
| 3 Whitetail Deer Mounts ( $500, $1,500, $2,500) | $ 4,500.00 |

| | |
|---|---|
| King Dorado Mount 110lb | $ 1,500.00 |
| DVD Collection    400+ Average Cost $15 | $ 6,000.00 |
| <u>2 Kitchenaid Proline Mixers     (1 - $999.00 / 1 – $699.00</u> | <u>$ 1,698,00</u> |
| | **$112,448.00** |

<u>Art Work</u>

| Type | Title | Size | Edition | Artist | Purchase Price |
|---|---|---|---|---|---|
| Bronze | "Love Birds" Purchased @ El Petregal Gallery | | 2/35 | Barker | $ 3,500.00 |
| Bronze | "Taking Flight" Purchased @ El Petregal Gallery | | 45/75 | K R Bird | $ 8,900.00 |
| | Bronze Cherub Lamp w/ Leather Shade | | | Unknown | $ 3,500.00 |
| Giclee | " Raiding Party" | 60" x 90" | 5/150 | Ron Stewart | $ 9,000.00 |
| Oil | "Wedding Preparation" | 36"x42" | Original | Ron Stewart | $ 16,000.00 |
| Oil | "The Maiden" | 36"x42" | Original | Ron Stewart | $ 16,000.00 |
| Acrylic | "Peaceful Valley" | 12"x14" | Original | Claudette Barker | $ 2,500.00 |
| Acrylic | "Quite Evening" | 6"x10" | Original | Claudette Barker | $ 2,500.00 |
| Watercolor | "Piazza Del Duomo" | 12"x14" | Original | G Moore Tilt | $ 1,500.00 |
| Watercolor | "Anguillara Italy" | 4"x6" | Original | Vccgosa Collins | $ 600.00 |
| Watercolor | "Isola Elba Marina" | 4"x6" | Original | Vccgosa Collins | $ 600.00 |
| Oil | "The Edge" | 24"x36" | Original | John Cogan | $ 3,500.00 |
| Giclee | "Animas River Gorge" | 42"x36" | 32/150 | Charles H Papst | $ 700.00 |
| <u>Oil</u> | <u>"The Farm"</u> | <u>42"x36"</u> | <u>Original</u> | <u>Kathleen Stewart</u> | <u>$ 1,700.00</u> |
| | | | | | **$ 70,500.00** |

<u>Jewelry</u>

| Type | Brand | Purchase Price |
|---|---|---|
| Black Cable Diamond Neckless | Cherriol | $ 3,500.00 |
| Slack Diamond Ring Set | Cherriol | $ 4,800.00 |

| | | |
|---|---|---:|
| Platinum & Diamond Wedding Ring | Custom Made | $ 40,000.00 |
| Platinum Diamond Cocktail Ring | London Gold | $ 3,200.00 |
| Diamond and Crocodile Band Watch | Michelle | $ 1,200.00 |
| | | $ 52,700.00 |