## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

      Defendants,

And

MEDIATRIX CAPITAL FUND LTD., et al.,

      Relief Defendants.

---

## SECOND QUARTERLY REPORT OF RECEIVER'S ACTIVITIES COVERING THE PERIOD FROM JANUARY 1, 2021 THROUGH MARCH 31, 2021

---

TO THE HONORABLE RAYMOND P. MOORE, UNITED STATES DISTRICT JUDGE:

COMES NOW, Brick Kane of Robb Evans & Associates LLC, and submits his Second Quarterly Report of Receiver's Activities, for the period from January 1, 2021 through March 31, 2021, attached hereto as Exhibit 1.

      Respectfully submitted,

DATED: April 30, 2021

*/s/ Gary Owen Caris*
Gary Owen Caris, Calif. Bar No. 088918
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA  90067
Telephone: (310) 248-3880
Facsimile: (310) 248-3894
Email: gcaris@btlaw.com

Attorneys for Brick Kane of Robb Evans & Associates LLC, Receiver

# EXHIBIT 1

**Brick Kane of Robb Evans & Associates LLC**
**Receiver of**
**Mediatrix Capital Fund LTD., et al.**

## SECOND QUARTERLY REPORT OF RECEIVER'S ACTIVITIES

**January 1, 2021 through March 31, 2021**

This report covers the activities of the Receiver[1] since the first report (Doc. 215). Section XI of the Order Appointing Receiver (Doc. 153) (Order) directs the Receiver to file a quarterly report and accounting of the Receiver's administration. This is the second report to the Court on the progress of the receivership. It does not constitute an audit of financial condition and is intended only to provide information for use by the Court in assessing the progress of the receivership.

The Order specifies that the Quarterly Status Report shall contain the following:

A.       A summary of the operations of the Receiver;

B.       The amount of cash on hand, the amount and nature of accrued administrative expenses and the amount of unencumbered funds in the estate;

C.       A schedule of all the Receiver's receipts and disbursements (attached as Exhibit A to the Quarterly Status Report), with one column for the quarterly period covered and a second column for the entire duration of the receivership;

D.       A description of all known Receivership Property, including approximate or actual valuations, anticipated or proposed dispositions, and reasons for retaining assets where no disposition is intended;

E.       A description of liquidated and unliquidated claims held by the Receivership Estate, including the need for forensic and/or investigatory resources; approximate valuations of claims; and anticipated or proposed methods of enforcing such claims (including likelihood of success in: (i) reducing the claims to judgment; and, (ii) collecting such judgments);

F.       A list of all known creditors with their addresses and the amounts of their claims; and,

G.       The Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations.

---

[1] Reference to the Receiver in this report means the Receiver, the Receiver's deputies, the Receiver's staff, and his counsel.

## Summary of Operations

During this reporting period, the Receiver has primarily concentrated on marketing the real properties set forth in the first quarterly report.  There have been no additional real properties identified.

The status of each property is discussed below.

## The amount of cash on hand, the amount and nature of accrued administrative expenses and the amount of unencumbered funds in the estate

As of March 31, 2021, the Receiver was holding $8,431,706.93 net of $125,424.11 in accrued and unpaid fees and costs.  As detailed on Exhibit A, accrued and unpaid fees and costs for the Receiver and his staff total $42,807.71 and accrued and unpaid fees and costs for the Receiver's counsel total $82,616.40.  A motion for approval of fees and costs for this period of the receivership will be filed not later than June 15, 2021 as provided by the Order.

## Schedule of  Receipts and Disbursements

Attached at Exhibit A is the Receivership's Administrative Report that details receipts and disbursements by month (pages 1-6).  Exhibit A also details receipts and disbursements by defendant and the Receiver's fees and costs by billing codes required by the Securities and Exchange Commission.

## Description of all known Receivership Property

### *Real Property*

The descriptions of the following real properties were previously provided to the Court.  The current status of each property is described below.

### 1201 Lloyd's Road Little Elm, TX

This property is under a sale contract for $3,550,000. The Receiver anticipates filing a motion seeking Court approval of the sale, subject to an overbid procedure, in the next few weeks.

### 1197 Lloyds Road Little Elm, TX

This property is being marketed for sale.

### 8221 Sheridan St. Scottsdale, AZ

Subsequent to this reporting period, the Court approved the Receiver's motion confirming the sale of this property (Doc 247).  Escrow has been opened and is expected to close very soon.

## 7349 Casitas Del Rio Scottsdale, AZ

Subsequent to this reporting period, the Court approved the Receiver's motion confirming the sale of this property (Doc 247). Escrow has been opened and is expected to close very soon.

## Lots in Port Charlotte, Florida

Upon an order from this Court granting the joint motion to preserve this property[2], the Receiver's sale motion was denied without prejudice. The property remains a frozen asset.

## *Personal Property*

The descriptions of personal property were previously provided to the Court.

During the reporting period, a Jeep Wrangler owned by Bryant Sewall was sold, generating net proceeds to the receivership estate of $9,266.62.

# Liquidated and Unliquidated Claims

As previously reported, the Receiver was evaluating the potential liquidated and unliquidated claims pertaining to Equiti US LLC, Equiti Capital UK Limited and Equiti Armenia CJSC (collectively, "Equiti"). There have been no further developments as to Equiti.

The Plaintiff provided additional documents to the Receiver during the reporting period. Among those documents, information was provided as to commission payments totaling $2,819,035 made by the entity defendants to sales agents. Of the total commission payments, $1,588,504 appear to have been paid to domestic sales agents. The Receiver is analyzing whether to seek to recoup the commission payments and the most cost-effective means of doing so.

# Creditor List

There has been no new information since the first quarterly report.

# Receiver's Recommendation as to Continuation of Receivership

The Receiver recommends continuing the receivership in order to liquidate and maximize the value of the real property and tangible and intangible personal property assets that have value for the receivership estate and that are discussed in this report.

---

[2] The Receiver did not object to the joint motion.

Respectfully Submitted,

/s/

Brick Kane of Robb Evans & Associates LLC
Receiver

# EXHIBIT A

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

# Receivership Administrative Report

**From Inception (September 11, 2020) to March 31, 2021**

| | Previously Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| **Defendant & Corporate Funds** | | | | | | |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | |
| Bryant/Bev Sew or B. Yoss #0736 | 0.00 | 0.00 | 3.91 | 0.00 | 3.91 | 3.91 |
| **Total Bryant /Bev Sewall or Barb Yoss** | 0.00 | 0.00 | 3.91 | 0.00 | 3.91 | 3.91 |
| | | | | | | |
| **A.L.A. Trust** | | | | | | |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| **Total A.L.A. Trust** | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| | | | | | | |
| **BLUEISLE_WL** | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| **Total BLUEISLE_WL** | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | | | |
| **BLUEISLE2_WL** | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| **Total BLUEISLE2_WL** | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | | | |
| **Bryant E. Sewall** | | | | | | |
| USAA Federal Savings #5212 | 0.00 | 0.00 | 1,502.31 | 0.00 | 1,502.31 | 1,502.31 |
| Sale of 2012 Jeep Wrangler | 0.00 | 0.00 | 9,266.62 | 0.00 | 9,266.62 | 9,266.62 |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| **Total Bryant E. Sewall** | 112,826.92 | 0.00 | 10,768.93 | 0.00 | 10,768.93 | 123,595.85 |
| | | | | | | |
| **Island Technologies LLC** | | | | | | |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9329 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

# Receivership Administrative Report

**From Inception (September 11, 2020) to March 31, 2021**

| | Previouly Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| Banco Popular xxx9027 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| **Total Island Technologies LLC** | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| | | | | | | |
| **Keystone Business Trust** | | | | | | |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| **Total Keystone Business Trust** | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |
| | | | | | | |
| **Michael & Victoria Stewart** | | | | | | |
| USAA Federal Savings #8132 | 0.00 | 0.00 | 1,717.03 | 0.00 | 1,717.03 | 1,717.03 |
| MidFirst Bank x8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| **Total Michael & Victoria Stewart** | 3,905.42 | 0.00 | 1,717.03 | 0.00 | 1,717.03 | 5,622.45 |
| | | | | | | |
| **Michael Stewart** | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| **Total Michael Stewart** | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |
| | | | | | | |
| **Michael Young** | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 0.00 | 311,095.84 | 0.00 | 0.00 | 311,095.84 | 311,095.84 |
| **Total Michael Young** | 294,042.88 | 311,095.84 | 0.00 | 0.00 | 311,095.84 | 605,138.72 |
| | | | | | | |
| **Sale of PR Property** | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
## Receivership Administrative Report
**From Inception (September 11, 2020) to March 31, 2021**

| | Previously Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| **Salve Regina Trust** | | | | | | |
| UBS Financial Services xxx7422 | 0.00 | 1,429,941.54 | 0.00 | 0.00 | 1,429,941.54 | 1,429,941.54 |
| **Total Salve Regina Trust** | 0.00 | 1,429,941.54 | 0.00 | 0.00 | 1,429,941.54 | 1,429,941.54 |
| **Sandy Toes LLC** | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 7,113,601.93 | 1,741,037.38 | 12,489.87 | 0.00 | 1,753,527.25 | 8,867,129.18 |
| **Interest Income** | 1,968.16 | 915.67 | 983.34 | 1,088.92 | 2,987.93 | 4,956.09 |
| **Total Funds Collected** | 7,115,570.09 | 1,741,953.05 | 13,473.21 | 1,088.92 | 1,756,515.18 | 8,872,085.27 |
| **Expenses** | | | | | | |
| **Real Property Expenses** | | | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | |
| Property Taxes | 0.00 | 1,172.62 | 0.00 | 0.00 | 1,172.62 | 1,172.62 |
| Appraisal | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 2,400.00 |
| Electricity | 35.14 | 12.08 | 15.16 | 11.66 | 38.90 | 74.04 |
| **Total 1197 Lloyds Rd Little Elm, TX** | 1,235.14 | 2,384.70 | 15.16 | 11.66 | 2,411.52 | 3,646.66 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
# Receivership Administrative Report
**From Inception (September 11, 2020) to March 31, 2021**

| | Previouly Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 418.32 | 418.32 | 418.32 |
| Beehive Ag Services | 0.00 | 0.00 | 0.00 | 1,190.75 | 1,190.75 | 1,190.75 |
| Property Taxes | 0.00 | 80,955.93 | 0.00 | 0.00 | 80,955.93 | 80,955.93 |
| Appraisal Services | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 | 3,500.00 |
| Electricity | | | | | | |
| 2 Story House | 276.99 | 120.14 | 186.29 | 286.28 | 592.71 | 869.70 |
| Barn | 31.00 | 10.00 | 10.00 | 10.00 | 30.00 | 61.00 |
| Garage Apt | 152.14 | 118.22 | 239.81 | 288.73 | 646.76 | 798.90 |
| Point | 33.65 | 10.00 | 10.00 | 29.59 | 49.59 | 83.24 |
| Total Electricity | 493.78 | 258.36 | 446.10 | 614.60 | 1,319.06 | 1,812.84 |
| | | | | | | |
| Insurance | 1,356.39 | 2,404.00 | 1,085.67 | 1,202.00 | 4,691.67 | 6,048.06 |
| Lawn and Yard Maintenance | 356.00 | 0.00 | 880.00 | 0.00 | 880.00 | 1,236.00 |
| Maintenance | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 285.00 |
| Total 1201 Lloyds Rd. Little Elm, TX | 4,241.17 | 83,618.29 | 4,161.77 | 3,425.67 | 91,205.73 | 95,446.90 |
| | | | | | | |
| **5406 S. Cottonwood Ct.** | | | | | | |
| Property Insurance | 0.00 | 731.23 | 1,204.38 | 1,333.43 | 3,269.04 | 3,269.04 |
| Property Taxes | 11,390.43 | 0.00 | 0.00 | 11,207.89 | 11,207.89 | 22,598.32 |
| Total 5406 S. Cottonwood Ct. | 11,390.43 | 731.23 | 1,204.38 | 12,541.32 | 14,476.93 | 25,867.36 |
| | | | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | | | |
| Mortgage/Heloc | 23,969.54 | 3,931.44 | 3,931.44 | 3,931.44 | 11,794.32 | 35,763.86 |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 447.29 | 770.32 | 347.89 | 385.16 | 1,503.37 | 1,950.66 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Total 7439 Casitas Del Rio Dr AZ | 25,986.55 | 4,701.76 | 4,279.33 | 4,316.60 | 13,297.69 | 39,284.24 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Administrative Report

From Inception (September 11, 2020) to March 31, 2021

| | Previouly Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| **8221 E Sheridan Scottsdale, AZ** | | | | | | |
| Mortgage Payments | 0.00 | 0.00 | 0.00 | 25,529.00 | 25,529.00 | 25,529.00 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 2,080.19 | 2,080.19 | 2,080.19 |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 340.40 | 639.54 | 288.82 | 319.77 | 1,248.13 | 1,588.53 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Total 8221 E Sheridan Scottsdale, AZ | 2,559.12 | 639.54 | 288.82 | 27,928.96 | 28,857.32 | 31,416.44 |
| | | | | | | |
| **Port Charlotte, FL Lots** | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 9.68 | 28.56 | 12.89 | 14.28 | 55.73 | 65.41 |
| Property Taxes | 3,442.46 | 0.00 | 0.00 | 0.00 | 0.00 | 3,442.46 |
| Total Port Charlotte, FL Lots | 4,002.14 | 28.56 | 12.89 | 14.28 | 55.73 | 4,057.87 |
| | | | | | | |
| **Total Real Property Expenses** | 49,414.55 | 92,104.08 | 9,962.35 | 48,238.49 | 150,304.92 | 199,719.47 |
| | | | | | | |
| **Fund Balance 3/31/21** | 7,066,155.54 | | | | 8,672,365.80 | 8,672,365.80 |
| | | | | | | |
| **Receiver Fees & Costs** | | | | | | |
| Fees | | | | | | |
| Receiver | | | | | | |
| B. Kane | 8,139.60 | 5,027.40 | 1,641.60 | 2,907.00 | 9,576.00 | 17,715.60 |
| Total Receiver | 8,139.60 | 5,027.40 | 1,641.60 | 2,907.00 | 9,576.00 | 17,715.60 |
| | | | | | | |
| Deputies | | | | | | |
| F. Jen | 0.00 | 150.75 | 150.75 | 0.00 | 301.50 | 301.50 |
| A. Jen | 8,926.20 | 1,573.20 | 34.20 | 171.00 | 1,778.40 | 10,704.60 |
| C. Callahan | 12,982.50 | 4,770.00 | 2,475.00 | 1,620.00 | 8,865.00 | 21,847.50 |
| C. DeCius | 1,725.30 | 741.15 | 303.75 | 741.15 | 1,786.05 | 3,511.35 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

# Receivership Administrative Report

**From Inception (September 11, 2020) to March 31, 2021**

|  | Previously Reported | Jan 21 | Feb 21 | Mar 21 | 1/1/2021~ 3/31/2021 | TOTAL |
|---|---|---|---|---|---|---|
| H. Jen | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| K. Johnson | 13,645.80 | 5,004.90 | 2,562.75 | 6,180.75 | 13,748.40 | 27,394.20 |
| T. Chung | 3,376.80 | 6,482.25 | 0.00 | 0.00 | 6,482.25 | 9,859.05 |
| **Total Deputies** | 40,671.60 | 18,722.25 | 5,526.45 | 8,712.90 | 32,961.60 | 73,633.20 |
| **Total Fees** | 48,811.20 | 23,749.65 | 7,168.05 | 11,619.90 | 42,537.60 | 91,348.80 |
| **Receiver Costs** |  |  |  |  |  |  |
| Postage & Delivery | 0.00 | 8.00 | 0.00 | 53.61 | 61.61 | 61.61 |
| Website Support | 306.09 | 48.80 | 110.90 | 48.80 | 208.50 | 514.59 |
| **Total Receiver Costs** | 306.09 | 56.80 | 110.90 | 102.41 | 270.11 | 576.20 |
| **Legal Fees & Costs** |  |  |  |  |  |  |
| Barnes & Thornburg LLP |  |  |  |  |  |  |
| Legal Fees | 56,933.90 | 8,073.00 | 19,484.10 | 51,405.95 | 78,963.05 | 135,896.95 |
| Legal Costs | 1,437.53 | 35.40 | 115.67 | 205.53 | 356.60 | 1,794.13 |
| **Total Barnes & Thornburg LLP** | 58,371.43 | 8,108.40 | 19,599.77 | 51,611.48 | 79,319.65 | 137,691.08 |
| Engelman Berger, PC |  |  |  |  |  |  |
| Legal Costs | 98.54 | 0.00 | 0.00 | 114.25 | 114.25 | 212.79 |
| Legal Fees | 7,647.50 | 0.00 | 1,320.50 | 1,862.00 | 3,182.50 | 10,830.00 |
| **Total Engelman Berger, PC** | 7,746.04 | 0.00 | 1,320.50 | 1,976.25 | 3,296.75 | 11,042.79 |
| **Total Legal Fees & Costs** | 66,117.47 | 8,108.40 | 20,920.27 | 53,587.73 | 82,616.40 | 148,733.87 |
| **Total Receiver Fees & Costs** | 115,234.76 | 31,914.85 | 28,199.22 | 65,310.04 | 125,424.11 | 240,658.87 |
| **Total Expenses** | 164,649.31 | 124,018.93 | 38,161.57 | 113,548.53 | 275,729.03 | 440,378.34 |
| **Fund Balance** | 6,950,920.78 |  |  |  |  | 8,431,706.93 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

**Receivership Administrative Report**

From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Previously Reported | Sewall | Stewart | Young | A.L.A. Trust | Salve Regina Trust | Asset Analysis & Recovery | Asset Disposition | Case Administration | Forensic Accounting |
|---|---|---|---|---|---|---|---|---|---|---|
| **Defendant & Corporate Funds** | | | | | | | | | | |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | | | | | |
| Bryant/Bev Sew or B. Yoss #0736 | 0.00 | 0.00 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Bryant /Bev Sewall or Barb Yoss | 0.00 | 0.00 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **A.L.A. Trust** | | | | | | | | | | |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total A.L.A. Trust** | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **BLUEISLE_WL** | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total BLUEISLE_WL** | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **BLUEISLE2_WL** | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total BLUEISLE2_WL** | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Bryant E. Sewall** | | | | | | | | | | |
| USAA Federal Savings #5212 | 0.00 | 0.00 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sale of 2012 Jeep Wrangler | 0.00 | 9,266.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Bryant E. Sewall | 112,826.92 | 9,266.62 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Island Technologies LLC** | | | | | | | | | | |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxx9329 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Banco Popular xxx9027 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Island Technologies LLC** | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Keystone Business Trust** | | | | | | | | | | |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Total Keystone Business Trust** | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Previously Reported | Sewall | Stewart | Young | A.L.A. Trust | Salve Regina Trust | Asset Analysis & Recovery | Asset Disposition | Case Administration | Forensic Accounting |
|---|---|---|---|---|---|---|---|---|---|---|
| **Michael & Victoria Stewart** | | | | | | | | | | |
| USAA Federal Savings #8132 | 0.00 | 0.00 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MidFirst Bank x8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Michael & Victoria Stewart** | 3,905.42 | 0.00 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Michael Stewart** | | | | | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Michael Stewart** | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Michael Young** | | | | | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UBS Financial Services xxx7885 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Michael Young** | 294,042.88 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Sale of PR Property** | | | | | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sale of PR Property** | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Salve Regina Trust** | | | | | | | | | | |
| UBS Financial Services xxx7422 | 0.00 | 0.00 | 0.00 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Salve Regina Trust** | 0.00 | 0.00 | 0.00 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Sandy Toes LLC** | | | | | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sandy Toes LLC** | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Victoria Stewart** | | | | | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Victoria Stewart** | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **West Beach LLC** | | | | | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total West Beach LLC** | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Defendant & Corporate Funds** | 7,113,601.93 | 9,266.62 | 3,223.25 | 1,429,941.54 | 0.00 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Previously Reported | Sewall | Stewart | Young | A.L.A. Trust | Salve Regina Trust | Asset Analysis & Recovery | Asset Disposition | Case Administration | Forensic Accounting |
|---|---|---|---|---|---|---|---|---|---|---|
| Interest Income | 1,968.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,987.93 | 0.00 |
| Total Funds Collected | 7,115,570.09 | 9,266.62 | 3,223.25 | 1,429,941.54 | 0.00 | 311,095.84 | 0.00 | 0.00 | 2,987.93 | 0.00 |
| **Expenses** | | | | | | | | | | |
| **Real Property Expenses** | | | | | | | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | | | | | |
| Property Taxes | 0.00 | 1,172.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Appraisal | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electricity | 35.14 | 38.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 1197 Lloyds Rd Little Elm, TX | 1,235.14 | 2,411.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | | | | | |
| Locksmith Services | 0.00 | 418.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beehive Ag Services | 0.00 | 1,190.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes | 0.00 | 80,955.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Appraisal Services | 1,750.00 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electricity | | | | | | | | | | |
| 2 Story House | 276.99 | 592.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Barn | 31.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Garage Apt | 152.14 | 646.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Point | 33.65 | 49.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Electricity | 493.78 | 1,319.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 1,356.39 | 4,691.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lawn and Yard Maintenance | 356.00 | 880.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance | 285.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 1201 Lloyds Rd. Little Elm, TX | 4,241.17 | 91,205.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **5406 S. Cottonwood Ct.** | | | | | | | | | | |
| Property Insurance | 0.00 | 0.00 | 0.00 | 3,269.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes | 11,390.43 | 0.00 | 0.00 | 11,207.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 5406 S. Cottonwood Ct. | 11,390.43 | 0.00 | 0.00 | 14,476.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **7439 Casitas Del Rio Dr AZ** | | | | | | | | | | |
| Mortgage/Heloc | 23,969.54 | 0.00 | 0.00 | 0.00 | 11,794.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 447.29 | 0.00 | 0.00 | 0.00 | 1,503.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 7439 Casitas Del Rio Dr AZ | 25,986.55 | 0.00 | 0.00 | 0.00 | 13,297.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Previously Reported | Sewall | Stewart | Young | A.L.A. Trust | Salve Regina Trust | Asset Analysis & Recovery | Asset Disposition | Case Administration | Forensic Accounting |
|---|---|---|---|---|---|---|---|---|---|---|
| **8221 E Sheridan Scottsdale, AZ** | | | | | | | | | | |
| Mortgage Payments | 0.00 | 0.00 | 0.00 | 0.00 | 25,529.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 340.40 | 0.00 | 0.00 | 0.00 | 1,248.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 2,559.12 | 0.00 | 0.00 | 0.00 | 28,857.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Port Charlotte, FL Lots** | | | | | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 9.68 | 0.00 | 0.00 | 55.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Taxes | 3,442.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Port Charlotte, FL Lots** | 4,002.14 | 0.00 | 0.00 | 55.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Real Property Expenses** | 49,414.55 | 93,617.25 | 0.00 | 14,532.66 | 42,155.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Fund Balance 3/31/21** | 7,066,155.54 | | | | | | | | | |
| **Receiver Fees & Costs** | | | | | | | | | | |
| Fees | | | | | | | | | | |
| Receiver | | | | | | | | | | |
| B. Kane | 8,139.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428.20 | 7,147.80 | 0.00 |
| **Total Receiver** | 8,139.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428.20 | 7,147.80 | 0.00 |
| Deputies | | | | | | | | | | |
| F. Jen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.30 | 0.00 |
| A. Jen | 8,926.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 171.00 | 0.00 |
| C. Callahan | 12,982.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,770.00 | 4,095.00 | 0.00 | 0.00 |
| C. DeCius | 1,725.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H. Jen | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K. Johnson | 13,645.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,748.40 | 0.00 | 0.00 |
| T. Chung | 3,376.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,798.90 |
| **Total Deputies** | 40,671.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,770.00 | 17,843.40 | 231.30 | 3,798.90 |
| **Total Fees** | 48,811.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,770.00 | 20,271.60 | 7,379.10 | 3,798.90 |
| **Receiver Costs** | | | | | | | | | | |
| Postage & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.61 | 0.00 |
| Website Support | 306.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.50 | 0.00 |
| **Total Receiver Costs** | 306.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.11 | 0.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Previously Reported | Sewall | Stewart | Young | A.L.A. Trust | Salve Regina Trust | Asset Analysis & Recovery | Asset Disposition | Case Administration | Forensic Accounting |
|---|---|---|---|---|---|---|---|---|---|---|
| **Legal Fees & Costs** | | | | | | | | | | |
| **Barnes & Thornburg LLP** | | | | | | | | | | |
| Legal Fees | 56,933.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,121.60 | 23,629.05 | 20,212.40 | 0.00 |
| Legal Costs | 1,437.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 356.60 | 0.00 |
| Total Barnes & Thornburg LLP | 58,371.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,121.60 | 23,629.05 | 20,569.00 | 0.00 |
| **Engelman Berger, PC** | | | | | | | | | | |
| Legal Costs | 98.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.25 | 0.00 |
| Legal Fees | 7,647.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,992.50 | 0.00 | 190.00 | 0.00 |
| Total Engelman Berger, PC | 7,746.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,992.50 | 0.00 | 304.25 | 0.00 |
| **Total Legal Fees & Costs** | 66,117.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,114.10 | 23,629.05 | 20,873.25 | 0.00 |
| **Total Receiver Fees & Costs** | 115,234.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42,884.10 | 43,900.65 | 28,522.46 | 3,798.90 |
| **Total Expenses** | 164,649.31 | 93,617.25 | 0.00 | 14,532.66 | 42,155.01 | 0.00 | 42,884.10 | 43,900.65 | 28,522.46 | 3,798.90 |
| **Fund Balance** | 6,950,920.78 | | | | | | | | | |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

**Receivership Administrative Report**

From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Accounting/ Auditing | Tax Issues | 1/1/21~ 3/31/21 | Total |
|---|---|---|---|---|
| **Defendant & Corporate Funds** | | | | |
| Bryant /Bev Sewall or Barb Yoss | | | | |
| Bryant/Bev Sew or B. Yoss #0736 | 0.00 | 0.00 | 3.91 | 3.91 |
| Total Bryant /Bev Sewall or Barb Yoss | 0.00 | 0.00 | 3.91 | 3.91 |
| | | | | |
| **A.L.A. Trust** | | | | |
| Wells Fargo Bank NA Clearing | 0.00 | 0.00 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 0.00 | 0.00 | 0.00 | 24,730.41 |
| | | | | |
| **BLUEISLE_WL** | | | | |
| Advanced Markets (UK) Ltd x1818 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | |
| **BLUEISLE2_WL** | | | | |
| Advanced Markets (UK) Ltd x1822 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | |
| **Bryant E. Sewall** | | | | |
| USAA Federal Savings #5212 | 0.00 | 0.00 | 1,502.31 | 1,502.31 |
| Sale of 2012 Jeep Wrangler | 0.00 | 0.00 | 9,266.62 | 9,266.62 |
| Banco Popular xxxx8741 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 0.00 | 0.00 | 0.00 | 452.20 |
| Service Credit Union xxx86 | 0.00 | 0.00 | 0.00 | 181.26 |
| Total Bryant E. Sewall | 0.00 | 0.00 | 10,768.93 | 123,595.85 |
| | | | | |
| **Island Technologies LLC** | | | | |
| Banco Popular xxxx0862 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0846 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9329 | 0.00 | 0.00 | 0.00 | 15.00 |
| Banco Popular xxx9027 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| Total Island Technologies LLC | 0.00 | 0.00 | 0.00 | 62,579.52 |
| | | | | |
| **Keystone Business Trust** | | | | |
| BBVA Compass xxxx3921 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| BBVA Compass xxxx3827 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| | | | | |
| Total Keystone Business Trust | 0.00 | 0.00 | 0.00 | 1,369,577.30 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Accounting/ Auditing | Tax Issues | 1/1/21~ 3/31/21 | Total |
|---|---|---|---|---|
| **Michael & Victoria Stewart** | | | | |
| USAA Federal Savings #8132 | 0.00 | 0.00 | 1,717.03 | 1,717.03 |
| MidFirst Bank x8270 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| **Total Michael & Victoria Stewart** | 0.00 | 0.00 | 1,717.03 | 5,622.45 |
| | | | | |
| **Michael Stewart** | | | | |
| Banco Popular xxxx1784 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 0.00 | 0.00 | 0.00 | 450.91 |
| **Total Michael Stewart** | 0.00 | 0.00 | 0.00 | 30,570.21 |
| | | | | |
| **Michael Young** | | | | |
| Banco Popular xxxx9843 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 0.00 | 0.00 | 311,095.84 | 311,095.84 |
| **Total Michael Young** | 0.00 | 0.00 | 311,095.84 | 605,138.72 |
| | | | | |
| **Sale of PR Property** | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| | | | | |
| **Salve Regina Trust** | | | | |
| UBS Financial Services xxx7422 | 0.00 | 0.00 | 1,429,941.54 | 1,429,941.54 |
| **Total Salve Regina Trust** | 0.00 | 0.00 | 1,429,941.54 | 1,429,941.54 |
| | | | | |
| **Sandy Toes LLC** | | | | |
| Drohan Lee LLP | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| | | | | |
| **Victoria Stewart** | | | | |
| Wells Fargo Bank xxxx9200 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 0.00 | 0.00 | 0.00 | 500.96 |
| | | | | |
| **West Beach LLC** | | | | |
| Banco Popular xxxx5590 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 0.00 | 0.00 | 0.00 | 5,662.86 |
| | | | | |
| **Total Defendant & Corporate Funds** | 0.00 | 0.00 | 1,753,527.25 | 8,867,129.18 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

**Receivership Administrative Report**

From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Accounting/ Auditing | Tax Issues | 1/1/21~ 3/31/21 | Total |
|---|---|---|---|---|
| Interest Income | 0.00 | 0.00 | 2,987.93 | 4,956.09 |
| **Total Funds Collected** | 0.00 | 0.00 | 1,756,515.18 | 8,872,085.27 |
| | | | | |
| **Expenses** | | | | |
| **Real Property Expenses** | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | |
| Property Taxes | 0.00 | 0.00 | 1,172.62 | 1,172.62 |
| Appraisal | 0.00 | 0.00 | 1,200.00 | 2,400.00 |
| Electricity | 0.00 | 0.00 | 38.90 | 74.04 |
| **Total 1197 Lloyds Rd Little Elm, TX** | 0.00 | 0.00 | 2,411.52 | 3,646.66 |
| | | | | |
| **1201 Lloyds Rd. Little Elm, TX** | | | | |
| Locksmith Services | 0.00 | 0.00 | 418.32 | 418.32 |
| Beehive Ag Services | 0.00 | 0.00 | 1,190.75 | 1,190.75 |
| Property Taxes | 0.00 | 0.00 | 80,955.93 | 80,955.93 |
| Appraisal Services | 0.00 | 0.00 | 1,750.00 | 3,500.00 |
| Electricity | | | | |
| 2 Story House | 0.00 | 0.00 | 592.71 | 869.70 |
| Barn | 0.00 | 0.00 | 30.00 | 61.00 |
| Garage Apt | 0.00 | 0.00 | 646.76 | 798.90 |
| Point | 0.00 | 0.00 | 49.59 | 83.24 |
| **Total Electricity** | 0.00 | 0.00 | 1,319.06 | 1,812.84 |
| | | | | |
| Insurance | 0.00 | 0.00 | 4,691.67 | 6,048.06 |
| Lawn and Yard Maintenance | 0.00 | 0.00 | 880.00 | 1,236.00 |
| Maintenance | 0.00 | 0.00 | 0.00 | 285.00 |
| **Total 1201 Lloyds Rd. Little Elm, TX** | 0.00 | 0.00 | 91,205.73 | 95,446.90 |
| | | | | |
| **5406 S. Cottonwood Ct.** | | | | |
| Property Insurance | 0.00 | 0.00 | 3,269.04 | 3,269.04 |
| Property Taxes | 0.00 | 0.00 | 11,207.89 | 22,598.32 |
| **Total 5406 S. Cottonwood Ct.** | 0.00 | 0.00 | 14,476.93 | 25,867.36 |
| | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | |
| Mortgage/Heloc | 0.00 | 0.00 | 11,794.32 | 35,763.86 |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 0.00 | 0.00 | 1,503.37 | 1,950.66 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 369.72 |
| **Total 7439 Casitas Del Rio Dr AZ** | 0.00 | 0.00 | 13,297.69 | 39,284.24 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

**Receivership Administrative Report**

From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Accounting/ Auditing | Tax Issues | 1/1/21~ 3/31/21 | Total |
|---|---|---|---|---|
| **8221 E Sheridan Scottsdale, AZ** | | | | |
| Mortgage Payments | 0.00 | 0.00 | 25,529.00 | 25,529.00 |
| Property Taxes | 0.00 | 0.00 | 2,080.19 | 2,080.19 |
| Appraisal Services | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 0.00 | 0.00 | 1,248.13 | 1,588.53 |
| Locksmith Services | 0.00 | 0.00 | 0.00 | 493.72 |
| Total 8221 E Sheridan Scottsdale, AZ | 0.00 | 0.00 | 28,857.32 | 31,416.44 |
| | | | | |
| **Port Charlotte, FL Lots** | | | | |
| Appraisal Fees | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 0.00 | 0.00 | 55.73 | 65.41 |
| Property Taxes | 0.00 | 0.00 | 0.00 | 3,442.46 |
| Total Port Charlotte, FL Lots | 0.00 | 0.00 | 55.73 | 4,057.87 |
| | | | | |
| **Total Real Property Expenses** | 0.00 | 0.00 | 150,304.92 | 199,719.47 |
| | | | | |
| **Fund Balance 3/31/21** | | | | 8,672,365.80 |
| | | | | |
| **Receiver Fees & Costs** | | | | |
| Fees | | | | |
| Receiver | | | | |
| B. Kane | 0.00 | 0.00 | 9,576.00 | 17,715.60 |
| Total Receiver | 0.00 | 0.00 | 9,576.00 | 17,715.60 |
| | | | | |
| Deputies | | | | |
| F. Jen | 241.20 | 0.00 | 301.50 | 301.50 |
| A. Jen | 1,436.40 | 171.00 | 1,778.40 | 10,704.60 |
| C. Callahan | 0.00 | 0.00 | 8,865.00 | 21,847.50 |
| C. DeCius | 1,786.05 | 0.00 | 1,786.05 | 3,511.35 |
| H. Jen | 0.00 | 0.00 | 0.00 | 15.00 |
| K. Johnson | 0.00 | 0.00 | 13,748.40 | 27,394.20 |
| T. Chung | 2,683.35 | 0.00 | 6,482.25 | 9,859.05 |
| Total Deputies | 6,147.00 | 171.00 | 32,961.60 | 73,633.20 |
| | | | | |
| Total Fees | 6,147.00 | 171.00 | 42,537.60 | 91,348.80 |
| | | | | |
| **Receiver Costs** | | | | |
| Postage & Delivery | 0.00 | 0.00 | 61.61 | 61.61 |
| Website Support | 0.00 | 0.00 | 208.50 | 514.59 |
| Total Receiver Costs | 0.00 | 0.00 | 270.11 | 576.20 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Administrative Report**
From Inception (September 11, 2020) to March 31, 2021 Quarterly by Class

| | Accounting/ Auditing | Tax Issues | 1/1/21~ 3/31/21 | Total |
|---|---|---|---|---|
| **Legal Fees & Costs** | | | | |
| Barnes & Thornburg LLP | | | | |
| Legal Fees | 0.00 | 0.00 | 78,963.05 | 135,896.95 |
| Legal Costs | 0.00 | 0.00 | 356.60 | 1,794.13 |
| Total Barnes & Thornburg LLP | 0.00 | 0.00 | 79,319.65 | 137,691.08 |
| | | | | |
| Engelman Berger, PC | | | | |
| Legal Costs | 0.00 | 0.00 | 114.25 | 212.79 |
| Legal Fees | 0.00 | 0.00 | 3,182.50 | 10,830.00 |
| Total Engelman Berger, PC | 0.00 | 0.00 | 3,296.75 | 11,042.79 |
| | | | | |
| Total Legal Fees & Costs | 0.00 | 0.00 | 82,616.40 | 148,733.87 |
| | | | | |
| Total Receiver Fees & Costs | 6,147.00 | 171.00 | 125,424.11 | 240,658.87 |
| | | | | |
| Total Expenses | 6,147.00 | 171.00 | 275,729.03 | 440,378.34 |
| | | | | |
| Fund Balance | | | | 8,431,706.93 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF.  In addition, I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner indicated by the non-participant's name:

Aaron Stewart
23800 North 73rd Place
Scottsdale, AZ 85255


*/s/ Stephanie L. Moore*