**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD., et al.,

    Relief Defendants.

---

**ORDER GRANTING MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS FROM JANUARY 1, 2021 THROUGH MARCH 31, 2021**

---

The Court, having read and considered the Motion for Order Approving and Authorizing Payment of Receiver's and Professional's Fees and Costs From January 1, 2021 Through March 31, 2021 (ECF No. 259) brought by Receiver, Brick Kane of Robb Evans & Associates LLC ("Receiver") and all pleadings and evidence filed in support thereof, and opposition to the Motion, and good cause appearing therefore, it is

    ORDERED that:

    1.    The Motion and all relief sought therein is granted in its entirety;

    2.    Without limiting the generality of the foregoing, the following fees and costs

incurred from January 1, 2021 through March 31, 2021 are hereby approved and authorized to be paid from the assets in the receivership estate:

    A.    The fees of the Receiver, including the Receiver's deputies, of $42,537.60 and Receiver's costs of $270.11, **for a total of $42,807.71**, are approved, and 80% of said fees ($34,030.08) and 100% of said costs are authorized for payment, with the balance of the unpaid fees payable through the final fee motion, unless otherwise ordered;

    B.    The fees of the Receiver's lead counsel, Barnes & Thornburg LLP, of $78,963.05 and costs of $356.60, **for a total of $79,319.65**, are approved, and 80% of said fees ($63,170.44) and 100% of said costs are authorized for payment, with the balance of the unpaid fees payable through the final fee motion, unless otherwise ordered; and

    C.    The fees of the Receiver's Arizona counsel, Engelman Berger, P.C., of $3,182.50 and costs of $114.25, **for a total of $3,296.75** are approved, and 80% of said fees ($2,546.00) and 100% of said costs are authorized for payment, with the balance of the unpaid fees payable through the final fee motion, unless otherwise ordered.

    DATED this 18th day of June, 2021.

                                    BY THE COURT:

                                    RAYMOND P. MOORE
                                    United States District Judge