IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., *et al.*,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD, *et al.*,

    Relief Defendants.

## REPORT OF RECEIVER'S ACTIVITIES
## FROM OCTOBER 20, 2021 THROUGH DECEMBER 31, 2021

TO THE HONORABLE RAYMOND P. MOORE:

    Mark B. Conlan of Gibbons P.C., having been appointed Receiver in the above-captioned action on October 20, 2021, hereby submits his initial Report of Receiver's Activities for the period October 20, 2021 through December 31, 2021 and which report is attached hereto as Exhibit 1.

    Respectfully submitted,

Dated: January 28, 2022    **GIBBONS P.C.**
By: /s/ *David N. Crapo*
David N. Crapo
One Gateway Center
Newark, NJ  07102
Telephone: (973) 596-4500
Facsimile: (973) 596-4545
Email: dcrapo@gibbonslaw.com

*Counsel to Mark B. Conlan, as Receiver*

2941165.3 117199-106202