# EXHIBIT A

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported [1] | A.L.A. Trust | Sewall | Young | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | From Inception 9/11/20 to 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | |
| **Defendant & Corporate Funds** | | | | | | | | | | | |
| **A.L.A. Trust** | | | | | | | | | | | |
| Kaplan Hecker & Fink LLP | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 124,730.41 | | | | | | | | | | 124,730.41 |
| | | | | | | | | | | | |
| **BLUEISLE_WL** | | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | | | | | | | | |
| **BLUEISLE2_WL** | | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | | | | | | | | |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | | | | | | |
| USAA Federal Credit Union x0736 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| Total Bryant /Bev Sewall or Barb Yoss | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| | | | | | | | | | | | |
| **Bryant E. Sewall** | | | | | | | | | | | |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Sale of 2012 Jeep Wrangler | 9,266.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,266.62 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| USAA Federal Savings x5212 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,502.31 |
| Total Bryant E. Sewall | 123,595.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123,595.85 |
| | | | | | | | | | | | |
| **Island Technologies LLC** | | | | | | | | | | | |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9027 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| Banco Popular xxx9329 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Total Island Technologies LLC | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| | | | | | | | | | | | |
| **Keystone Business Trust** | | | | | | | | | | | |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| Total Keystone Business Trust | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported [1] | A.L.A. Trust | Sewall | Young | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | From Inception 9/11/20 to 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Michael & Victoria Stewart** | | | | | | | | | | | |
| MidFirst Bank xxxx8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| USAA Federal Savings xxxx8132 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,717.03 |
| **Total Michael & Victoria Stewart** | 5,622.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,622.45 |
| **Michael Stewart** | | | | | | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| **Total Michael Stewart** | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |
| **Michael Young** | | | | | | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 |
| **Total Michael Young** | 605,138.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605,138.72 |
| **Sale of PR Property** | | | | | | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Salve Regina Trust** | | | | | | | | | | | |
| UBS Financial Services xxx7422 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Total Salve Regina Trust** | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Sandy Toes LLC** | | | | | | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** | | | | | | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** | | | | | | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 8,967,129.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,967,129.18 |
| **Interest Income** | 12,521.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,521.77 |
| **Sale of 1201 Lloyds Rd.** | 3,994,916.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,994,916.78 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported [1] | A.L.A. Trust | Sewall | Young | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | From Inception 9/11/20 to 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sale of 8221 E. Sheridan | 118,755.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118,755.42 |
| Sale of 7349 E Casitas Del Rio | 160,122.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160,122.15 |
| **Settlements** | | | | | | | | | | | |
| With God All Things Possible | 62,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,500.00 |
| Midwest Theological Forum | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Settlements - Other | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| **Total Settlements** | 92,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92,500.00 |
| **Total Receipts** | 13,345,945.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,345,945.30 |
| **Disbursements** | | | | | | | | | | | |
| **DCC Islands Foundation** | | | | | | | | | | | |
| Annual Registration Fees BAH | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| **Total DCC Islands Foundation** | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| **Real Property Expenses** | | | | | | | | | | | |
| **1210 Lloyds Road Little Elm, TX** | | | | | | | | | | | |
| Property Insurance | 0.00 | 0.00 | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| **Total 1210 Lloyds Road Little Elm, TX** | 0.00 | 0.00 | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | | | | | | |
| Property Insurance | 0.00 | 0.00 | 74.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.39 |
| Appraisal | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| Electricity | 207.43 | 0.00 | 36.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 243.78 |
| Lawn and Yard Maintenance | 2,200.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Property Taxes | 1,172.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,172.62 |
| **Total 1197 Lloyds Rd Little Elm, TX** | 5,980.05 | 0.00 | 1,410.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,390.79 |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | | | | | | |
| Appraisal Services | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Beehive Ag Services | 1,190.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,190.75 |
| Electricity | 3,025.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,025.31 |
| Hay Cultivation Services | 8,525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,525.00 |
| Insurance | 13,143.72 | 0.00 | 12,756.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,900.40 |
| Lawn and Yard Maintenance | 3,534.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,534.38 |
| Locksmith Services | 418.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 418.32 |
| Maintenance | 2,169.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,169.32 |
| Property Taxes | 80,955.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80,955.93 |
| **Total 1201 Lloyds Rd. Little Elm, TX** | 116,462.73 | 0.00 | 12,756.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129,219.41 |
| **5406 S. Cottonwood Ct.** | | | | | | | | | | | |
| Property Insurance | 11,140.56 | 0.00 | 0.00 | 2,623.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,764.40 |
| Property Taxes | 22,598.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,598.32 |
| **Total 5406 S. Cottonwood Ct.** | 33,738.88 | 0.00 | 0.00 | 2,623.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,362.72 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported [1] | A.L.A. Trust | Sewall | Young | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | From Inception 9/11/20 to 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **7439 Casitas Del Rio Dr AZ** | | | | | | | | | | | |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 2,435.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.22 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Mortgage/Heloc | 40,355.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,355.08 |
| **Total 7439 Casitas Del Rio Dr AZ** | 44,360.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,360.02 |
| **8221 E Sheridan Scottsdale, AZ** | | | | | | | | | | | |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 2,279.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,279.63 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Mortgage Payments | 32,823.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,823.00 |
| Property Taxes | 2,080.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.19 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 39,401.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,401.54 |
| **Port Charlotte, FL Lots** | | | | | | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 149.71 | 0.00 | 0.00 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.80 |
| Property Taxes | 3,442.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,442.46 |
| **Total Port Charlotte, FL Lots** | 4,142.17 | 0.00 | 0.00 | 28.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,170.26 |
| **Total Real Property Expenses** | 244,085.39 | 0.00 | 1,023.00 | 2,651.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 260,904.74 |
| **Receiver Fees & Costs** | | | | | | | | | | | |
| **Fees** | | | | | | | | | | | |
| Receiver | | | | | | | | | | | |
| B. Kane | 19,327.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,946.00 | 0.00 | 0.00 | 0.00 | 25,273.80 |
| **Total Receiver** | 19,327.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,946.00 | 0.00 | 0.00 | 0.00 | 25,273.80 |
| Deputies | | | | | | | | | | | |
| A. Jen | 11,388.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,975.40 | 0.00 | 0.00 | 0.00 | 14,364.00 |
| C. Callahan | 23,926.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,736.00 | 0.00 | 0.00 | 0.00 | 26,662.50 |
| C. DeCius | 4,592.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,187.00 | 0.00 | 0.00 | 0.00 | 6,779.70 |
| F. Jen | 3,069.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,995.78 | 0.00 | 0.00 | 0.00 | 11,065.05 |
| H. Jen | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| K. Johnson | 30,734.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,548.28 | 0.00 | 0.00 | 0.00 | 49,283.10 |
| T. Chung | 34,738.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,817.52 | 0.00 | 0.00 | 0.00 | 57,556.35 |
| **Total Deputies** | 108,465.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,259.98 | 0.00 | 0.00 | 0.00 | 165,725.70 |
| **Total Fees** | 127,793.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63,205.98 | 0.00 | 0.00 | 0.00 | 190,999.50 |
| **Receiver Costs** | | | | | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Information Research Costs | 320.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 320.98 |
| Postage & Delivery | 151.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.04 | 0.00 | 0.00 | 0.00 | 177.09 |
| Tax Returns Preparations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,891.90 | 0.00 | 0.00 | 0.00 | 4,891.90 |
| Website Support | 933.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 234.00 | 0.00 | 0.00 | 0.00 | 1,167.62 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported [1] | A.L.A. Trust | Sewall | Young | Asset Analysis & Recovery | Asset Disposition | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | From Inception 9/11/20 to 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Receiver Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Costs** | 1,405.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,701.94 | 0.00 | 0.00 | 0.00 | 7,107.59 |
| **Legal Fees & Costs** | | | | | | | | | | | |
| Barnes & Thornburg LLP | | | | | | | | | | | |
| Legal Fees | 157,997.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87,942.99 | 0.00 | 0.00 | 0.00 | 245,940.10 |
| Legal Costs | 3,826.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,826.00 |
| **Total Barnes & Thornburg LLP** | 161,823.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87,942.99 | 0.00 | 0.00 | 0.00 | 249,766.10 |
| Engelman Berger, PC | | | | | | | | | | | |
| Legal Fees | 11,090.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 860.70 | 0.00 | 0.00 | 0.00 | 11,951.00 |
| Legal Costs | 252.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252.49 |
| **Total Engelman Berger, PC** | 11,342.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 860.70 | 0.00 | 0.00 | 0.00 | 12,203.49 |
| **Total Legal Fees & Costs** | 173,165.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88,803.69 | 0.00 | 0.00 | 0.00 | 261,969.59 |
| **Total Receiver Fees & Costs** | 302,365.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,711.61 | 0.00 | 0.00 | 0.00 | 460,076.68 |
| **Reconciling Amount [2]** | (727.92) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (727.92) |
| **Total Disbursements** | 550,437.54 | 0.00 | 1,023.00 | 2,651.93 | 0.00 | 0.00 | 157,711.61 | 0.00 | 0.00 | 0.00 | 725,696.42 |
| **Fund Balance** | **12,795,507.76** | **0.00** | **(1,023.00)** | **(2,651.93)** | **0.00** | **0.00** | **(157,711.61)** | **0.00** | **0.00** | **0.00** | **12,634,121.22** |

**Footnotes:**
[1] The prior period amount was adjusted to remove amounts accrued but not paid which were reported on prior reports. This was done to accurately report receipts and disbursements during the current period.
[2] A Reconciling Amount was required for accurate reporting of bank balance when the account was transferred to the new trustee.

## SEC v. Mediatrix Capital Inc. et al. Receivership QSF
## Receivership Schedule of Receipts and Disbursements
From Inception (Sept 11, 2020) to Dec 31, 2021

| | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | |
| **Defendant & Corporate Funds** | | | | | | | |
| **A.L.A. Trust** | | | | | | | |
| Kaplan Hecker & Fink LLP | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| **Total A.L.A. Trust** | 124,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,730.41 |
| | | | | | | | |
| **BLUEISLE_WL** | | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| **Total BLUEISLE_WL** | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | | | | |
| **BLUEISLE2_WL** | | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| **Total BLUEISLE2_WL** | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | | | | |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | | |
| USAA Federal Credit Union x0736 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| **Total Bryant /Bev Sewall or Barb Yoss** | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| | | | | | | | |
| **Bryant E. Sewall** | | | | | | | |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Sale of 2012 Jeep Wrangler | 9,266.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,266.62 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| USAA Federal Savings x5212 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,502.31 |
| **Total Bryant E. Sewall** | 123,595.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123,595.85 |
| | | | | | | | |
| **Island Technologies LLC** | | | | | | | |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
# Receivership Schedule of Receipts and Disbursements
From Inception (Sept 11, 2020) to Dec 31, 2021

| | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---|---|---|---|---|---|---|
| **Banco Popular xxx9027** | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| **Banco Popular xxx9329** | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| **Total Island Technologies LLC** | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| **Keystone Business Trust** | | | | | | | |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| **Total Keystone Business Trust** | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |
| **Michael & Victoria Stewart** | | | | | | | |
| MidFirst Bank xxxx8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| USAA Federal Savings xxxx8132 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,717.03 |
| **Total Michael & Victoria Stewart** | 5,622.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,622.45 |
| **Michael Stewart** | | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| **Total Michael Stewart** | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |
| **Michael Young** | | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 |
| **Total Michael Young** | 605,138.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605,138.72 |
| **Sale of PR Property** | | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
## Receivership Schedule of Receipts and Disbursements
**From Inception (Sept 11, 2020) to Dec 31, 2021**

| | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---|---|---|---|---|---|---|
| **Salve Regina Trust** | | | | | | | |
| UBS Financial Services xxx7422 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Total Salve Regina Trust** | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| | | | | | | | |
| **Sandy Toes LLC** | | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| | | | | | | | |
| **Victoria Stewart** | | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| | | | | | | | |
| **West Beach LLC** | | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| | | | | | | | |
| **Total Defendant & Corporate Funds** | 8,967,129.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,967,129.18 |
| | | | | | | | |
| **Interest Income** | 12,521.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,521.77 |
| **Sale of 1201 Lloyds Rd.** | 3,994,916.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,994,916.78 |
| **Sale of 8221 E. Sheridan** | 118,755.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118,755.42 |
| **Sale of 7349 E Casitas Del Rio** | 160,122.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160,122.15 |
| | | | | | | | |
| **Settlements** | | | | | | | |
| With God All Things Possible | 62,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,500.00 |
| Midwest Theological Forum | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Settlements - Other | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| **Total Settlements** | 92,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92,500.00 |
| | | | | | | | |
| **Total Receipts** | 13,345,945.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,345,945.30 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF
## Receivership Schedule of Receipts and Disbursements
From Inception (Sept 11, 2020) to Dec 31, 2021

|  | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Disbursements** | | | | | | | |
| **DCC Islands Foundation** | | | | | | | |
| Annual Registration Fees BAH | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| **Total DCC Islands Foundation** | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| | | | | | | | |
| **Real Property Expenses** | | | | | | | |
| **1210 Lloyds Road Little Elm, TX** | | | | | | | |
| Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) | (13,144.42) | (13,144.42) |
| **Total 1210 Lloyds Road Little Elm, TX** | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) | (13,144.42) | (13,144.42) |
| | | | | | | | |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | | |
| Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 74.39 | 74.39 | 74.39 |
| Appraisal | 2,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| Electricity | 207.43 | 0.00 | 0.00 | 36.35 | 0.00 | 36.35 | 243.78 |
| Lawn and Yard Maintenance | 2,200.00 | 0.00 | 0.00 | 1,300.00 | 0.00 | 1,300.00 | 3,500.00 |
| Property Taxes | 1,172.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,172.62 |
| **Total 1197 Lloyds Rd Little Elm, TX** | 5,980.05 | 0.00 | 0.00 | 1,336.35 | 74.39 | 1,410.74 | 7,390.79 |
| | | | | | | | |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | | |
| Appraisal Services | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Beehive Ag Services | 1,190.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,190.75 |
| Electricity | 3,025.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,025.31 |
| Hay Cultivation Services | 8,525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,525.00 |
| Insurance | 13,143.72 | 0.00 | 0.00 | 0.00 | 12,756.68 | 12,756.68 | 25,900.40 |
| Lawn and Yard Maintenance | 3,534.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,534.38 |
| Locksmith Services | 418.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 418.32 |
| Maintenance | 2,169.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,169.32 |
| Property Taxes | 80,955.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80,955.93 |
| **Total 1201 Lloyds Rd. Little Elm, TX** | 116,462.73 | 0.00 | 0.00 | 0.00 | 12,756.68 | 12,756.68 | 129,219.41 |
| | | | | | | | |
| **5406 S. Cottonwood Ct.** | | | | | | | |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Schedule of Receipts and Disbursements

From Inception (Sept 11, 2020) to Dec 31, 2021

| | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Property Insurance | 11,140.56 | 0.00 | 0.00 | 0.00 | 2,623.84 | 2,623.84 | 13,764.40 |
| Property Taxes | 22,598.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,598.32 |
| **Total 5406 S. Cottonwood Ct.** | 33,738.88 | 0.00 | 0.00 | 0.00 | 2,623.84 | 2,623.84 | 36,362.72 |
| | | | | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | | | | |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 2,435.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.22 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Mortgage/Heloc | 40,355.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,355.08 |
| **Total 7439 Casitas Del Rio Dr AZ** | 44,360.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,360.02 |
| | | | | | | | |
| **8221 E Sheridan Scottsdale, AZ** | | | | | | | |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 2,279.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,279.63 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Mortgage Payments | 32,823.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,823.00 |
| Property Taxes | 2,080.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.19 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 39,401.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,401.54 |
| | | | | | | | |
| **Port Charlotte, FL Lots** | | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 149.71 | 0.00 | 0.00 | 0.00 | 28.09 | 28.09 | 177.80 |
| Property Taxes | 3,442.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,442.46 |
| **Total Port Charlotte, FL Lots** | 4,142.17 | 0.00 | 0.00 | 0.00 | 28.09 | 28.09 | 4,170.26 |
| | | | | | | | |
| **Total Real Property Expenses** | 244,085.39 | 0.00 | 0.00 | 1,336.35 | 2,338.58 | 3,674.93 | 247,760.32 |
| | | | | | | | |
| **Receiver Fees & Costs** | | | | | | | |
| Fees | | | | | | | |
| Receiver | | | | | | | |
| B. Kane | 19,327.80 | 0.00 | 0.00 | 0.00 | 5,946.00 | 5,946.00 | 25,273.80 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Schedule of Receipts and Disbursements

From Inception (Sept 11, 2020) to Dec 31, 2021

|  | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Total Receiver** | 19,327.80 | 0.00 | 0.00 | 0.00 | 5,946.00 | 5,946.00 | 25,273.80 |
| **Deputies** | | | | | | | |
| A. Jen | 11,388.60 | 0.00 | 0.00 | 0.00 | 2,975.40 | 2,975.40 | 14,364.00 |
| C. Callahan | 23,926.50 | 0.00 | 0.00 | 0.00 | 2,736.00 | 2,736.00 | 26,662.50 |
| C. DeCius | 4,592.70 | 0.00 | 0.00 | 0.00 | 2,187.00 | 2,187.00 | 6,779.70 |
| F. Jen | 3,069.27 | 0.00 | 0.00 | 0.00 | 7,995.78 | 7,995.78 | 11,065.05 |
| H. Jen | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| K. Johnson | 30,734.82 | 0.00 | 0.00 | 0.00 | 18,548.28 | 18,548.28 | 49,283.10 |
| T. Chung | 34,738.83 | 0.00 | 0.00 | 0.00 | 22,817.52 | 22,817.52 | 57,556.35 |
| **Total Deputies** | 108,465.72 | 0.00 | 0.00 | 0.00 | 57,259.98 | 57,259.98 | 165,725.70 |
| **Total Fees** | 127,793.52 | 0.00 | 0.00 | 0.00 | 63,205.98 | 63,205.98 | 190,999.50 |
| **Receiver Costs** | | | | | | | |
| Bank Fees | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 | 550.00 | 550.00 |
| Information Research Costs | 320.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 320.98 |
| Postage & Delivery | 151.05 | 0.00 | 0.00 | 0.00 | 26.04 | 26.04 | 177.09 |
| Tax Returns Preparations | 0.00 | 0.00 | 0.00 | 0.00 | 4,891.90 | 4,891.90 | 4,891.90 |
| Website Support | 933.62 | 0.00 | 0.00 | 0.00 | 234.00 | 234.00 | 1,167.62 |
| Receiver Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Costs** | 1,405.65 | 0.00 | 0.00 | 0.00 | 5,701.94 | 5,701.94 | 7,107.59 |
| **Legal Fees & Costs** | | | | | | | |
| Barnes & Thornburg LLP | | | | | | | |
| Legal Fees | 157,997.11 | 0.00 | 0.00 | 0.00 | 87,942.99 | 87,942.99 | 245,940.10 |
| Legal Costs | 3,826.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,826.00 |
| Total Barnes & Thornburg LLP | 161,823.11 | 0.00 | 0.00 | 0.00 | 87,942.99 | 87,942.99 | 249,766.10 |
| Engelman Berger, PC | | | | | | | |
| Legal Fees | 11,090.30 | 0.00 | 0.00 | 860.70 | 0.00 | 860.70 | 11,951.00 |
| Legal Costs | 252.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252.49 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**

## Receivership Schedule of Receipts and Disbursements

**From Inception (Sept 11, 2020) to Dec 31, 2021**

|  | Previously Reported and Approved [1] | Previously Reported and Approved but Unpaid | October 21 - 31 2021 | Nov 2021 | Dec 2021 | This Period: 10/21/21 - 12/31/21 | From Inception 9/11/2020 - 12/31/2021 |
|---|---|---|---|---|---|---|---|
| **Total Engelman Berger, PC** | 11,342.79 | 0.00 | 0.00 | 860.70 | 0.00 | 860.70 | 12,203.49 |
| **Total Legal Fees & Costs** | 173,165.90 | 0.00 | 0.00 | 860.70 | 87,942.99 | 88,803.69 | 261,969.59 |
| **Total Receiver Fees & Costs** | 302,365.07 | 0.00 | 0.00 | 860.70 | 156,850.91 | 157,711.61 | 460,076.68 |
| **Reconciling Amount [2]** | (727.92) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (727.92) |
| **Total Disbursements** | 550,437.54 | 0.00 | 0.00 | 2,197.05 | 159,189.49 | 161,386.54 | 711,824.08 |
| **Fund Balance** | 12,795,507.76 | 0.00 | 0.00 | (2,197.05) | (159,189.49) | (161,386.54) | 12,634,121.22 |

**Footnotes:**

[1] The prior period amount was adjusted to remove amounts accrued but not paid which were reported on prior reports. This was done to accurately report receipts and disbursements

[2] A Reconciling Amount was required for accurate reporting of bank balance when the account was transferred to the new trustee.

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Accrued and Unpaid Fees and Costs by Month**
From October 1, 2021 to December 31, 2021

|  | Oct 21 | Nov 21 | Dec 21 | 10/1/21~ 12/31/21 | TOTAL |
|---|---|---|---|---|---|
| **Unpaid and Accrued Fees and Costs** | | | | | |
| **Receiver Fees and Costs** | | | | | |
| **Robb Evans** | | | | | |
| Fees | 1,834.65 | 5,457.15 | 263.85 | 7,555.65 | 7,555.65 |
| Costs | | | | 0.00 | 0.00 |
| **Total Robb Evans** | 1,834.65 | 5,457.15 | 263.85 | 7,555.65 | 7,555.65 |
| | | | | | |
| **Mark Conlan and Gibbons PC** | | | | | |
| Receiver fees | 4,970.00 | 6,860.00 | 3,897.35 | 15,727.35 | 15,727.35 |
| Receiver costs | | | 46.01 | 46.01 | 46.01 |
| Gibbons fees | 17,784.45 | 35,251.65 | 18,642.60 | 71,678.70 | 71,678.70 |
| Gibbons costs | | | | 0.00 | 0.00 |
| **Total Mark Conlan and Gibbons PC** | 22,754.45 | 42,111.65 | 22,585.96 | 87,452.06 | 87,452.06 |
| | | | | | |
| **Total Receiver Fees and Costs** | 24,589.10 | 47,568.80 | 22,849.81 | 95,007.71 | 95,007.71 |
| | | | | | |
| **Professional Fees & Costs** | | | | | |
| **Barnes & Thornburg LLP** | | | | | |
| Legal Fees | 6,277.00 | 10,823.80 | 837.20 | 17,938.00 | 17,938.00 |
| Legal Costs | 0.00 | 50.70 | 44.88 | 95.58 | 95.58 |
| **Total Barnes & Thornburg LLP** | 6,277.00 | 10,874.50 | 882.08 | 18,033.58 | 18,033.58 |
| | | | | | |
| **Engelman Berger, PC** | | | | | |
| Legal Fees | | | | 0.00 | 0.00 |
| Legal Costs | | | | 0.00 | 0.00 |
| **Total Engelman Berger, PC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Rocky Mountain Advisory, LLC** | | | | | |
| Fees | 1,556.50 | 2,837.50 | 7,684.00 | 12,078.00 | 12,078.00 |
| Costs | | | 136.61 | 136.61 | 136.61 |
| **Total Rock Mountain Advisory, LLC** | 1,556.50 | 2,837.50 | 7,820.61 | 12,214.61 | 12,214.61 |
| | | | | | |
| **Total Professional Fees and Costs** | 7,833.50 | 13,712.00 | 8,702.69 | 30,248.19 | 30,248.19 |
| | | | | | |
| **Total Accrued and Unpaid Fees and Costs** | $32,422.60 | $61,280.80 | $31,552.50 | $ 125,255.90 | $125,255.90 |