IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., *et al*.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD, *et al*.,

    Relief Defendants.

_____

**ORDER APPROVING AND AUTHORIZING PAYMENT OF
RECEIVER'S AND PROFESSIONALS' FEES AND COSTS
FROM OCTOBER 20, 2021 THROUGH DECEMBER 31, 2021**

_____

Before the Court is the Motion of Receiver, Mark B. Conlan (the "Receiver") for Order Approving and Authorizing Payment of Receiver's and Professionals' Fees and Costs from October 20, 2021 through December 31, 2021 (ECF No. 318) (the "First Quarterly Fee Application"). The Court having reviewed and considered the First Quarterly Fee Application and all pleadings and evidence filed in support thereof, and there being no opposition to the First Quarterly Fee Application, and good cause appearing therefore, IT IS

ORDERED that:

    1.    The First Quarterly Fee Application is approved in its entirety;

2.      The following fees and costs incurred in the First Expense Period[1] from the date of the Appointment Order through the end of the first quarter of the Receiver's appointment, are hereby authorized to be paid from the assets in the receivership estate:

      a.      The Receiver's fees in the amount of $19,215.00 plus the Receiver's costs in the amount of $46.01 for a total of $19,261.01; and

      b.      The Receiver's counsel, Gibbons P.C.'s fees of $75,531.60 and Gibbons' costs of $445.25 for a total of $75,976.85; and

      c.      The Receiver's accountants, Rocky Mountain Advisory, LLC's, fees of $12,078.00 and RMA's costs of $136.61 for a total of $12,214.61; and

      d.      The Original Receiver firm, Robb Evans and Associates, LLC's, fees totaling $7,513.65 and Robb Evans' costs of $42.00 for a total of $7,555.65; and

      e.      The Original Receiver's counsel at Barnes & Thornburg LLP's, fees of $17,988.70 and Barnes & Thornburg's costs of $95.58 for a total of $18,084.2.

DATED this 18th day of March, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the First Quarterly Fee Application.