## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., *et al.*,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD, *et al.*,

    Relief Defendants.

## REPORT OF RECEIVER'S ACTIVITIES
## FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022

TO THE HONORABLE RAYMOND P. MOORE:

Mark B. Conlan of Gibbons P.C., the court-appointed Receiver in the above-captioned action (the "Receiver"), hereby submits his Report of Receiver's Activities for the period January 1, 2022 through March 31, 2022, which report is attached hereto as Exhibit 1.

                              Respectfully submitted,

Dated: April 29, 2022            **GIBBONS P.C.**
                                        By: /s/ *David N. Crapo*
                                        David N. Crapo
                                        One Gateway Center
                                        Newark, NJ  07102
                                        Telephone: (973) 596-4500
                                        Facsimile: (973) 596-4545
                                        Email: dcrapo@gibbonslaw.com
                                        *Counsel to Mark B. Conlan, as Receiver*