IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC. et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD et al.,

    Relief Defendants.

_____

**ORDER GRANTING MOTION OF RECEIVER FOR: (1) AUTHORITY
TO PURSUE CERTAIN AVOIDANCE CLAIMS AND ASSET FREEZE VIOLATIONS;
AND (2) APPROVAL OF PROPOSED SETTLEMENT PROCEDURES**
_____

    The Motion for (1) Authority to Pursue Certain Avoidance Claims and Asset Freeze Violations, and (2) Approval of Proposed Settlement Procedures (the "Motion") (ECF No. 332) filed by Mark B. Conlan, the Court-appointed receiver in this proceeding (the "Receiver"), came before the Honorable Raymond P. Moore, United States District Judge. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor,

    IT IS ORDERED that:

    1.    The Motion and the relief sought therein is GRANTED;

2. The Receiver is authorized to pursue the Avoidance Claims and Asset Freeze Violation claims as described in the Motion;

3. The Settlement Procedures set forth in the Motion are APPROVED;

4. The form of Settlement and Release Agreements proposed by the Receiver and attached as Exhibits A & B to the Declaration of Mark B. Conlan in support of the Motion are APPROVED;

5. To the extent that the Receiver requires Court approval of a settlement agreement pursuant to the Settlement Procedures, the Receiver is authorized to file a motion under seal seeking Court approval of such a settlement;

Dated this 9th day of June, 2022.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge