IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

    Defendants,

and

MEDIATRIX CAPITAL FUND LTD, et al.,

    Relief Defendants.

___

**ORDER APPROVING AND AUTHORIZING PAYMENT OF
RECEIVER'S AND PROFESSIONALS' FEES AND COSTS
FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022**

___

    Before the Court is the Motion of Receiver, Mark B. Conlan (the "Receiver") for Order Approving and Authorizing Payment of Receiver's and Professionals' Fees and Costs from January 1, 2022 through March 31, 2022 (ECF No. 338) (the "Second Quarterly Fee Application"). The Court having reviewed and considered the Second Quarterly Fee Application and all pleadings and evidence filed in support thereof, and there being no opposition to the Second Quarterly Fee Application, and good cause appearing therefore, IT IS

    ORDERED that:

    1.    The Second Quarterly Fee Application is approved in its entirety;

2. The following fees and costs incurred in the Second Expense Period[1] from January 1, 2022 through the end of the first quarter of 2022, are hereby authorized to be paid from the assets in the receivership estate:

a. The Receiver's fees in the amount of $4,130.00 plus the Receiver's costs in the amount of $4.50 for a total of $4,134.50; and

b. The Receiver's counsel, Gibbons P.C.'s fees of $66,621.00 and Gibbons' costs of $465.32 for a total of $67,086.32; and

c. The Receiver's accountants, Rocky Mountain Advisory, LLC's, fees of $9,045.00 and RMA's costs of $224.12 for a total of $9,269.12; and

d. The Original Receiver firm, Robb Evans and Associates, LLC's, fees totaling $515.25; and

e. The Original Receiver's counsel at Barnes & Thornburg LLP's, fees of $717.60.

DATED this 30th day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] Capitalized items not otherwise defined herein shall have the meaning ascribed to the in the Second Quarterly Fee Application.