# EXHIBIT A

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30,2022

| | Previously Reported and Approved | Business Operations | Employment Applications | Fee Applications | Litigation | Sewall | Young | A.L.A. Trust | Asset Analysis & Recovery | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | |
| **Defendant & Corporate Funds** | | | | | | | | | | | | | | |
| **A.L.A. Trust** | | | | | | | | | | | | | | |
| Kaplan Hecker & Fink LLP | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 124,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124,730.41 |
| **BLUEISLE_WL** | | | | | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| **BLUEISLE2_WL** | | | | | | | | | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | | | | | | | | | |
| USAA Federal Credit Union x0736 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| Total Bryant /Bev Sewall or Barb Yoss | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| **Bryant E. Sewall** | | | | | | | | | | | | | | |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Sale of 2012 Jeep Wrangler | 9,266.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,266.62 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| USAA Federal Savings x5212 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,502.31 |
| Total Bryant E. Sewall | 123,595.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123,595.85 |
| **Island Technologies LLC** | | | | | | | | | | | | | | |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9027 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| Banco Popular xxx9329 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Total Island Technologies LLC | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| **Keystone Business Trust** | | | | | | | | | | | | | | |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| Total Keystone Business Trust | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |
| **Michael & Victoria Stewart** | | | | | | | | | | | | | | |
| MidFirst Bank xxxx8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| USAA Federal Savings xxxx8132 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,717.03 |
| Total Michael & Victoria Stewart | 5,622.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,622.45 |
| **Michael Stewart** | | | | | | | | | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| Total Michael Stewart | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |
| **Michael Young** | | | | | | | | | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 |
| Total Michael Young | 605,138.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 605,138.72 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30, 2022

| | Previously Reported and Approved | Business Operations | Employment Applications | Fee Applications | Litigation | Sewall | Young | A.L.A. Trust | Asset Analysis & Recovery | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sale of PR Property** | | | | | | | | | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| Total Sale of PR Property | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Salve Regina Trust** | | | | | | | | | | | | | | |
| UBS Financial Services xxx7422 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| Total Salve Regina Trust | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Sandy Toes LLC** | | | | | | | | | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| Total Sandy Toes LLC | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** | | | | | | | | | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| Total Victoria Stewart | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** | | | | | | | | | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| Total West Beach LLC | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 8,967,129.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,967,129.18 |
| Interest Income | 13,717.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,717.72 |
| Sale of 1201 Lloyds Rd. | 3,994,916.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,994,916.78 |
| Sale of 8221 E. Sheridan | 118,755.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 118,755.42 |
| Sale of 7349 E Casitas Del Rio | 160,122.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160,122.15 |
| **Settlements** | | | | | | | | | | | | | | |
| With God All Things Possible | 62,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,500.00 |
| Save the Storks | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Midwest Theological Forum | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| Total Settlements | 92,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92,500.00 |
| **Total Receipts** | **13,347,141.25** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **13,347,141.25** |
| **Disbursements** | | | | | | | | | | | | | | |
| **DCC Islands Foundation** | | | | | | | | | | | | | | |
| Annual Registration Fees BAH | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| Total DCC Islands Foundation | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| **Real Property Expenses** | | | | | | | | | | | | | | |
| *1210 Lloyds Road Little Elm, TX* | | | | | | | | | | | | | | |
| Property Insurance | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| Total 1210 Lloyds Road Little Elm, TX | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| *1197 Lloyds Rd Little Elm, TX* | | | | | | | | | | | | | | |
| Property Insurance | 168.69 | 0.00 | 0.00 | 0.00 | 0.00 | 110.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 279.35 |
| Appraisal | 5,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,700.00 |
| Electricity | 243.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 243.78 |
| Lawn and Yard Maintenance | 3,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,100.00 |
| Property Taxes | 1,172.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,172.62 |
| Total 1197 Lloyds Rd Little Elm, TX | 10,985.09 | 0.00 | 0.00 | 0.00 | 0.00 | 510.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,495.75 |
| *1201 Lloyds Rd. Little Elm, TX* | | | | | | | | | | | | | | |
| Appraisal Services | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Beehive Ag Services | 1,190.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,190.75 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30, 2022

| | Previously Reported and Approved | Business Operations | Employment Applications | Fee Applications | Litigation | Sewall | Young | A.L.A. Trust | Asset Analysis & Recovery | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | 3,025.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,025.31 |
| Hay Cultivation Services | 8,525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,525.00 |
| Insurance | 25,900.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,900.40 |
| Lawn and Yard Maintenance | 3,534.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,534.38 |
| Locksmith Services | 418.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 418.32 |
| Maintenance | 2,169.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,169.32 |
| Property Taxes | 80,955.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80,955.93 |
| **Total 1201 Lloyds Rd. Little Elm, TX** | 129,219.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129,219.41 |
| | | | | | | | | | | | | | | |
| **5406 S. Cottonwood Ct.** | | | | | | | | | | | | | | |
| Property Insurance | 17,635.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,511.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,147.48 |
| Property Taxes | 22,598.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,598.32 |
| **Total 5406 S. Cottonwood Ct.** | 40,233.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,511.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51,745.80 |
| | | | | | | | | | | | | | | |
| **7439 Casitas Del Rio Dr AZ** | | | | | | | | | | | | | | |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 2,435.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.22 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Mortgage/Heloc | 40,355.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (70.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,285.08 |
| **Total 7439 Casitas Del Rio Dr AZ** | 44,360.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (70.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,290.02 |
| | | | | | | | | | | | | | | |
| **8221 E Sheridan Scottsdale, AZ** | | | | | | | | | | | | | | |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 2,279.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,279.63 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Mortgage Payments | 32,823.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,823.00 |
| Property Taxes | 2,080.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.19 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 39,401.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,401.54 |
| | | | | | | | | | | | | | | |
| **Port Charlotte, FL Lots** | | | | | | | | | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 219.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 819.56 |
| Property Taxes | 5,545.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,545.55 |
| **Total Port Charlotte, FL Lots** | 6,314.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,915.11 |
| | | | | | | | | | | | | | | |
| **Total Real Property Expenses** | 257,370.38 | 0.00 | 0.00 | 0.00 | 0.00 | 510.66 | 12,112.17 | (70.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 269,923.21 |
| | | | | | | | | | | | | | | |
| **Receiver Fees & Costs** | | | | | | | | | | | | | | |
| **Fees** | | | | | | | | | | | | | | |
| **Receiver** | | | | | | | | | | | | | | |
| M. Conlan | 19,215.00 | 1,575.00 | 0.00 | 490.00 | 210.00 | 0.00 | 0.00 | 0.00 | 1,645.00 | 175.00 | 0.00 | 0.00 | 35.00 | 23,345.00 |
| B. Kane | 25,273.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,273.80 |
| **Total Receiver** | 44,488.80 | 1,575.00 | 0.00 | 490.00 | 210.00 | 0.00 | 0.00 | 0.00 | 1,645.00 | 175.00 | 0.00 | 0.00 | 35.00 | 48,618.80 |
| | | | | | | | | | | | | | | |
| Robb Evans and Associates Fees | 173,239.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 478.80 | 36.45 | 0.00 | 0.00 | 173,754.60 |
| **Total Rob Evans and Associates Fees** | 173,239.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 478.80 | 36.45 | 0.00 | 0.00 | 173,754.60 |
| | | | | | | | | | | | | | | |
| **Receiver Costs** | | | | | | | | | | | | | | |
| Receiver Expenses | 46.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 50.51 |
| Bank Fees | 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 3,850.00 |
| Information Research Costs | 320.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 | 415.98 |
| Postage & Delivery | 177.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.09 |
| Tax Returns Preparations | 4,891.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,891.90 |
| Website Support | 1,209.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209.62 |
| Receiver Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Costs** | 8,845.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,749.50 | 0.00 | 0.00 | 0.00 | 10,595.10 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30,2022

| | Previously Reported and Approved | Business Operations | Employment Applications | Fee Applications | Litigation | Sewall | Young | A.L.A. Trust | Asset Analysis & Recovery | Case Administration | Accounting/ Auditing | Forensic Accounting | Tax Issues | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Legal Fees & Costs** | | | | | | | | | | | | | | |
|   **Engelman Berger, PC** | | | | | | | | | | | | | | |
|     Legal Fees | 11,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,951.00 |
|     Legal Costs | 252.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252.49 |
|     Total Engelman Berger, PC | 12,203.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,203.49 |
| **Legal Fees & Costs** | | | | | | | | | | | | | | |
|   **Gibbons, PC** | | | | | | | | | | | | | | |
|     Legal Fees | 75,531.60 | 4,358.10 | 598.50 | 6,469.20 | 19,127.70 | 0.00 | 0.00 | 0.00 | 28,274.40 | 8,258.42 | 0.00 | 0.00 | 0.00 | 142,617.92 |
|     Legal Costs | 445.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 445.25 |
|     Gibbons, PC - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Total Gibbons, PC | 75,976.85 | 4,358.10 | 598.50 | 6,469.20 | 19,127.70 | 0.00 | 0.00 | 0.00 | 28,274.40 | 8,258.42 | 0.00 | 0.00 | 0.00 | 143,063.17 |
|   **Rocky Mountain Advisory** | | | | | | | | | | | | | | |
|     Accounting Costs | 136.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 224.12 | 0.00 | 0.00 | 0.00 | 360.73 |
|     Accounting Fees | 12,078.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 977.00 | 3,793.00 | 3,069.00 | 1,206.00 | 21,123.00 |
|     Total Rocky Mountain Advisory | 12,214.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,201.12 | 3,793.00 | 3,069.00 | 1,206.00 | 21,483.73 |
|   **Barnes & Thornburg LLP** | | | | | | | | | | | | | | |
|     Legal Fees | 263,928.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 717.60 | 0.00 | 0.00 | 0.00 | 264,646.40 |
|     Legal Costs | 3,870.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,870.88 |
|     Total Barnes & Thornburg LLP | 267,799.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 717.60 | 0.00 | 0.00 | 0.00 | 268,517.28 |
| **Total Legal Fees & Costs** | 368,194.63 | 4,358.10 | 598.50 | 6,469.20 | 19,127.70 | 0.00 | 0.00 | 0.00 | 28,274.40 | 10,655.94 | 3,829.45 | 3,069.00 | 1,206.00 | 445,782.92 |
| **Total Receiver and Legal Fees & Costs** | 594,768.38 | 5,933.10 | 598.50 | 6,959.20 | 19,337.70 | 0.00 | 0.00 | 0.00 | 29,919.40 | 12,580.44 | 3,829.45 | 3,069.00 | 1,241.00 | 678,236.17 |
| **Total Disbursements** | 856,853.76 | 5,933.10 | 598.50 | 6,959.20 | 19,337.70 | 510.66 | 12,112.17 | (70.00) | 29,919.40 | 12,580.44 | 3,829.45 | 3,069.00 | 1,241.00 | 952,874.38 |
| | $ 12,490,287.49 | $ (5,933.10) | $ (598.50) | $ (6,959.20) | $ (19,337.70) | $ (510.66) | $ (12,112.17) | $ 70.00 | $ (29,919.40) | $ (12,580.44) | $ (3,829.45) | $ (3,069.00) | $ (1,241.00) | $ 12,394,266.87 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF
# Receivership Schedule of Receipts and Disbursements
From Inception (September 11, 2020) to June 30, 2022

| | Previously Reported and Approved | April 2022 | May 2022 | June 2022 | This Period: 4/1/22 - 6/30/22 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Receipts** | | | | | | |
| **Defendant & Corporate Funds** | | | | | | |
| **A.L.A. Trust** | | | | | | |
| Kaplan Hecker & Fink LLP | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 |
| Wells Fargo Bank NA Clearing | 24,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 24,730.41 |
| Total A.L.A. Trust | 124,730.41 | 0.00 | 0.00 | 0.00 | 0.00 | 124,730.41 |
| | | | | | | |
| **BLUEISLE_WL** | | | | | | |
| Advanced Markets (UK) Ltd x1818 | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| Total BLUEISLE_WL | 853,940.57 | 0.00 | 0.00 | 0.00 | 0.00 | 853,940.57 |
| | | | | | | |
| **BLUEISLE2_WL** | | | | | | |
| Advanced Markets (UK) Ltd x1822 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| Total BLUEISLE2_WL | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 |
| | | | | | | |
| **Bryant /Bev Sewall or Barb Yoss** | | | | | | |
| USAA Federal Credit Union x0736 | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| Total Bryant /Bev Sewall or Barb Yoss | 3.91 | 0.00 | 0.00 | 0.00 | 0.00 | 3.91 |
| | | | | | | |
| **Bryant E. Sewall** | | | | | | |
| Banco Popular xxxx8741 | 112,188.44 | 0.00 | 0.00 | 0.00 | 0.00 | 112,188.44 |
| Navy Federal CU xxxx7026 | 5.02 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 |
| Navy Federal CU xxxx7165 | 452.20 | 0.00 | 0.00 | 0.00 | 0.00 | 452.20 |
| Sale of 2012 Jeep Wrangler | 9,266.62 | 0.00 | 0.00 | 0.00 | 0.00 | 9,266.62 |
| Service Credit Union xxx86 | 181.26 | 0.00 | 0.00 | 0.00 | 0.00 | 181.26 |
| USAA Federal Savings x5212 | 1,502.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,502.31 |
| Total Bryant E. Sewall | 123,595.85 | 0.00 | 0.00 | 0.00 | 0.00 | 123,595.85 |
| | | | | | | |
| **Island Technologies LLC** | | | | | | |
| Banco Popular xxxx0846 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxxx0862 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Banco Popular xxx9027 | 61,564.52 | 0.00 | 0.00 | 0.00 | 0.00 | 61,564.52 |
| Banco Popular xxx9329 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Total Island Technologies LLC | 62,579.52 | 0.00 | 0.00 | 0.00 | 0.00 | 62,579.52 |
| | | | | | | |
| **Keystone Business Trust** | | | | | | |
| BBVA Compass xxxx3827 | 1,359,337.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359,337.46 |
| BBVA Compass xxxx3921 | 10,239.84 | 0.00 | 0.00 | 0.00 | 0.00 | 10,239.84 |
| Total Keystone Business Trust | 1,369,577.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,369,577.30 |
| | | | | | | |
| **Michael & Victoria Stewart** | | | | | | |
| MidFirst Bank xxxx8270 | 3,905.42 | 0.00 | 0.00 | 0.00 | 0.00 | 3,905.42 |
| USAA Federal Savings xxxx8132 | 1,717.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1,717.03 |
| Total Michael & Victoria Stewart | 5,622.45 | 0.00 | 0.00 | 0.00 | 0.00 | 5,622.45 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30, 2022

|  | Previously Reported and Approved | April 2022 | May 2022 | June 2022 | This Period: 4/1/22 - 6/30/22 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Michael Stewart** | | | | | | |
| Banco Popular xxxx1784 | 30,050.66 | 0.00 | 0.00 | 0.00 | 0.00 | 30,050.66 |
| Hughes Federal CU xxx6503 | 68.64 | 0.00 | 0.00 | 0.00 | 0.00 | 68.64 |
| Wells Fargo Bank xxxx9286 | 450.91 | 0.00 | 0.00 | 0.00 | 0.00 | 450.91 |
| **Total Michael Stewart** | 30,570.21 | 0.00 | 0.00 | 0.00 | 0.00 | 30,570.21 |
| **Michael Young** | | | | | | |
| Banco Popular xxxx9843 | 262,773.38 | 0.00 | 0.00 | 0.00 | 0.00 | 262,773.38 |
| Key Bank xxxx6425 | 5,334.52 | 0.00 | 0.00 | 0.00 | 0.00 | 5,334.52 |
| Key Bank xxxx7726 | 25,934.98 | 0.00 | 0.00 | 0.00 | 0.00 | 25,934.98 |
| UBS Financial Services xxx7885 | 311,095.84 | 0.00 | 0.00 | 0.00 | 0.00 | 311,095.84 |
| **Total Michael Young** | 605,138.72 | 0.00 | 0.00 | 0.00 | 0.00 | 605,138.72 |
| **Sale of PR Property** | | | | | | |
| Drohan Lee LLP | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Total Sale of PR Property** | 1,870,674.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,870,674.53 |
| **Salve Regina Trust** | | | | | | |
| UBS Financial Services xxx7422 | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Total Salve Regina Trust** | 1,429,941.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429,941.54 |
| **Sandy Toes LLC** | | | | | | |
| Drohan Lee LLP | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Total Sandy Toes LLC** | 2,434,590.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,434,590.35 |
| **Victoria Stewart** | | | | | | |
| Wells Fargo Bank xxxx9200 | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **Total Victoria Stewart** | 500.96 | 0.00 | 0.00 | 0.00 | 0.00 | 500.96 |
| **West Beach LLC** | | | | | | |
| Banco Popular xxxx5590 | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total West Beach LLC** | 5,662.86 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.86 |
| **Total Defendant & Corporate Funds** | 8,967,129.18 | 0.00 | 0.00 | 0.00 | 0.00 | 8,967,129.18 |
| **Interest Income** | 13,717.72 | 0.00 | 0.00 | 0.00 | 0.00 | 13,717.72 |
| **Sale of 1201 Lloyds Rd.** | 3,994,916.78 | 0.00 | 0.00 | 0.00 | 0.00 | 3,994,916.78 |
| **Sale of 8221 E. Sheridan** | 118,755.42 | 0.00 | 0.00 | 0.00 | 0.00 | 118,755.42 |
| **Sale of 7349 E Casitas Del Rio** | 160,122.15 | 0.00 | 0.00 | 0.00 | 0.00 | 160,122.15 |
| **Settlements** | | | | | | |
| With God All Things Possible | 62,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62,500.00 |
| Save the Storks | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Midwest Theological Forum | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| **Total Settlements** | 92,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92,500.00 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF
## Receivership Schedule of Receipts and Disbursements
From Inception (September 11, 2020) to June 30, 2022

|  | Previously Reported and Approved | April 2022 | May 2022 | June 2022 | This Period: 4/1/22 - 6/30/22 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Total Receipts** | 13,347,141.25 | 0.00 | 0.00 | 0.00 | 0.00 | 13,347,141.25 |
| **Disbursements** | | | | | | |
| **DCC Islands Foundation** | | | | | | |
| Annual Registration Fees BAH | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| Total DCC Islands Foundation | 4,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,715.00 |
| **Real Property Expenses** | | | | | | |
| **1210 Lloyds Road Little Elm, TX** | | | | | | |
| Property Insurance | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| Total 1210 Lloyds Road Little Elm, TX | (13,144.42) | 0.00 | 0.00 | 0.00 | 0.00 | (13,144.42) |
| **1197 Lloyds Rd Little Elm, TX** | | | | | | |
| Property Insurance | 168.69 | 32.48 | 0.00 | 63.91 | 96.39 | 265.08 |
| Appraisal | 5,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,700.00 |
| Electricity | 243.78 | 0.00 | 0.00 | 0.00 | 0.00 | 243.78 |
| Lawn and Yard Maintenance | 3,700.00 | 0.00 | 200.00 | 200.00 | 400.00 | 4,100.00 |
| Property Taxes | 1,172.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1,172.62 |
| Total 1197 Lloyds Rd Little Elm, TX | 10,985.09 | 32.48 | 200.00 | 263.91 | 496.39 | 11,481.48 |
| **1201 Lloyds Rd. Little Elm, TX** | | | | | | |
| Appraisal Services | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Beehive Ag Services | 1,190.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,190.75 |
| Electricity | 3,025.31 | 0.00 | 0.00 | 0.00 | 0.00 | 3,025.31 |
| Hay Cultivation Services | 8,525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,525.00 |
| Insurance | 25,900.40 | 0.00 | 0.00 | 0.00 | 0.00 | 25,900.40 |
| Lawn and Yard Maintenance | 3,534.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3,534.38 |
| Locksmith Services | 418.32 | 0.00 | 0.00 | 0.00 | 0.00 | 418.32 |
| Maintenance | 2,169.32 | 0.00 | 0.00 | 0.00 | 0.00 | 2,169.32 |
| Property Taxes | 80,955.93 | 0.00 | 0.00 | 0.00 | 0.00 | 80,955.93 |
| Total 1201 Lloyds Rd. Little Elm, TX | 129,219.41 | 0.00 | 0.00 | 0.00 | 0.00 | 129,219.41 |
| **5406 S. Cottonwood Ct.** | | | | | | |
| Property Insurance | 17,635.64 | 10,221.43 | 0.00 | 1,290.41 | 11,511.84 | 29,147.48 |
| Property Taxes | 22,598.32 | 0.00 | 0.00 | 0.00 | 0.00 | 22,598.32 |
| Total 5406 S. Cottonwood Ct. | 40,233.96 | 10,221.43 | 0.00 | 1,290.41 | 11,511.84 | 51,745.80 |
| **7439 Casitas Del Rio Dr AZ** | | | | | | |
| Appraisal Services | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| Insurance | 2,435.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.22 |
| Locksmith Services | 369.72 | 0.00 | 0.00 | 0.00 | 0.00 | 369.72 |
| Mortgage/Heloc | 40,355.08 | 0.00 | 0.00 | (70.00) | (70.00) | 40,285.08 |
| Total 7439 Casitas Del Rio Dr AZ | 44,360.02 | 0.00 | 0.00 | (70.00) | (70.00) | 44,290.02 |

SEC v. Mediatrix Capital Inc. et al. Receivership QSF
## Receivership Schedule of Receipts and Disbursements
From Inception (September 11, 2020) to June 30, 2022

|  | Previously Reported and Approved | April 2022 | May 2022 | June 2022 | This Period: 4/1/22 - 6/30/22 | Total |
|---|---:|---:|---:|---:|---:|---:|
| **8221 E Sheridan Scottsdale, AZ** | | | | | | |
| Appraisal Services | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| Insurance | 2,279.63 | 0.00 | 0.00 | 0.00 | 0.00 | 2,279.63 |
| Locksmith Services | 493.72 | 0.00 | 0.00 | 0.00 | 0.00 | 493.72 |
| Mortgage Payments | 32,823.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,823.00 |
| Property Taxes | 2,080.19 | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.19 |
| **Total 8221 E Sheridan Scottsdale, AZ** | 39,401.54 | 0.00 | 0.00 | 0.00 | 0.00 | 39,401.54 |
| **Port Charlotte, FL Lots** | | | | | | |
| Appraisal Fees | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Insurance | 219.23 | 14.27 | 0.00 | 600.33 | 614.60 | 833.83 |
| Property Taxes | 5,545.55 | 0.00 | 0.00 | 0.00 | 0.00 | 5,545.55 |
| **Total Port Charlotte, FL Lots** | 6,314.78 | 14.27 | 0.00 | 600.33 | 614.60 | 6,929.38 |
| **Total Real Property Expenses** | 257,370.38 | 10,268.18 | 200.00 | 2,084.65 | 12,552.83 | 269,923.21 |
| **Receiver Fees & Costs** | | | | | | |
| **Fees** | | | | | | |
| **Receiver** | | | | | | |
| M. Conlan | 19,215.00 | 0.00 | 0.00 | 4,130.00 | 4,130.00 | 23,345.00 |
| B. Kane | 25,273.80 | 0.00 | 0.00 | 0.00 | 0.00 | 25,273.80 |
| **Total Receiver** | 44,488.80 | 0.00 | 0.00 | 4,130.00 | 4,130.00 | 48,618.80 |
| Robb Evans and Associates Fees | 173,239.35 | 0.00 | 0.00 | 515.25 | 515.25 | 173,754.60 |
| **Total Rob Evans and Associates Fees** | 173,239.35 | 0.00 | 0.00 | 515.25 | 515.25 | 173,754.60 |
| **Receiver Costs** | | | | | | |
| Receiver Expenses | 46.01 | 0.00 | 0.00 | 4.50 | 4.50 | 50.51 |
| Bank Fees | 2,200.00 | 550.00 | 550.00 | 550.00 | 1,650.00 | 3,850.00 |
| Information Research Costs | 320.98 | 0.00 | 0.00 | 95.00 | 95.00 | 415.98 |
| Postage & Delivery | 177.09 | 0.00 | 0.00 | 0.00 | 0.00 | 177.09 |
| Tax Returns Preparations | 4,891.90 | 0.00 | 0.00 | 0.00 | 0.00 | 4,891.90 |
| Website Support | 1,209.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209.62 |
| Receiver Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Receiver Costs** | 8,845.60 | 550.00 | 550.00 | 649.50 | 1,749.50 | 10,595.10 |
| **Legal Fees & Costs** | | | | | | |
| **Engelman Berger, PC** | | | | | | |
| Legal Fees | 11,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,951.00 |
| Legal Costs | 252.49 | 0.00 | 0.00 | 0.00 | 0.00 | 252.49 |
| **Total Engelman Berger, PC** | 12,203.49 | 0.00 | 0.00 | 0.00 | 0.00 | 12,203.49 |
| **Legal Fees & Costs** | | | | | | |
| **Gibbons, PC** | | | | | | |
| Legal Fees | 75,531.60 | 0.00 | 0.00 | 66,621.00 | 66,621.00 | 142,152.60 |

SEC v. Mediatrix Capital, Inc. et al. Receivership QSF
**Receivership Schedule of Receipts and Disbursements**
From Inception (September 11, 2020) to June 30, 2022

|  | Previously Reported and Approved | April 2022 | May 2022 | June 2022 | This Period: 4/1/22 - 6/30/22 | Total |
|---|---:|---:|---:|---:|---:|---:|
| Legal Costs | 445.25 | 0.00 | 0.00 | 465.32 | 465.32 | 910.57 |
| Gibbons, PC - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gibbons, PC | 75,976.85 | 0.00 | 0.00 | 67,086.32 | 67,086.32 | 143,063.17 |
| **Rocky Mountain Advisory** | | | | | | |
| Accounting Costs | 136.61 | 0.00 | 0.00 | 224.12 | 224.12 | 360.73 |
| Accounting Fees | 12,078.00 | 0.00 | 0.00 | 9,045.00 | 9,045.00 | 21,123.00 |
| Total Rocky Mountain Advisory | 12,214.61 | 0.00 | 0.00 | 9,269.12 | 9,269.12 | 21,483.73 |
| **Barnes & Thornburg LLP** | | | | | | |
| Legal Fees | 263,928.80 | 0.00 | 0.00 | 717.60 | 717.60 | 264,646.40 |
| Legal Costs | 3,870.88 | 0.00 | 0.00 | 0.00 | 0.00 | 3,870.88 |
| Total Barnes & Thornburg LLP | 267,799.68 | 0.00 | 0.00 | 717.60 | 717.60 | 268,517.28 |
| **Total Legal Fees & Costs** | 368,194.63 | 0.00 | 0.00 | 77,073.04 | 77,073.04 | 445,267.67 |
| **Total Receiver and Legal Fees & Costs** | 594,768.38 | 550.00 | 550.00 | 82,367.79 | 83,467.79 | 678,236.17 |
| **Total Disbursements** | 856,853.76 | 10,818.18 | 750.00 | 84,452.44 | 96,020.62 | 952,874.38 |
| **Fund Balance** | $ 12,490,287.49 | $ (10,818.18) | $ (750.00) | $ (84,452.44) | $ (96,020.62) | $ 12,394,266.87 |

**SEC v. Mediatrix Capital Inc. et al. Receivership QSF**
**Receivership Accrued and Unpaid Fees and Costs by Month**
From April 1, 2022 to June 30, 2022

|  | April 2022 | May 2022 | June 2022 | 4/1/22 - 6/30/22 | TOTAL |
|---|---|---|---|---|---|
| **Unpaid and Accrued Fees and Costs** | | | | | |
| **Receiver Fees and Costs** | | | | | |
| **Robb Evans** | | | | | |
| Fees | $12.15 | $280.35 | $324.45 | $616.95 | $616.95 |
| Costs | $0.00 | $0.53 | $0.00 | $0.53 | $0.53 |
| Total Robb Evans | $12.15 | $280.88 | $324.45 | $617.48 | $617.48 |
| | | | | | |
| **Mark Conlan and Gibbons PC** | | | | | |
| Receiver fees | $1,855.00 | $1,330.00 | $1,050.00 | $4,235.00 | $4,235.00 |
| Receiver costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gibbons fees | $46,024.20 | $26,860.50 | $43,565.55 | $116,450.25 | $116,450.25 |
| Gibbons costs | $60.40 | $36.51 | $0.00 | $96.91 | $96.91 |
| Total Mark Conlan and Gibbons PC | $47,939.60 | $28,227.01 | $44,615.55 | $120,782.16 | $120,782.16 |
| | | | | | |
| **Total Receiver Fees and Costs** | $47,951.75 | $28,507.89 | $44,940.00 | $121,399.64 | $121,399.64 |
| | | | | | |
| **Professional Fees & Costs** | | | | | |
| **Barnes & Thornburg LLP** | | | | | |
| Legal Fees | $119.60 | $837.20 | $418.60 | $1,375.40 | $1,375.40 |
| Legal Costs | $7.00 | $0.00 | $3.00 | $10.00 | $10.00 |
| Total Barnes & Thornburg LLP | $126.60 | $837.20 | $421.60 | $1,385.40 | $1,385.40 |
| | | | | | |
| **Engelman Berger, PC** | | | | | |
| Legal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Legal Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Engelman Berger, PC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Rocky Mountain Advisory, LLC** | | | | | |
| Fees | $4,797.50 | $6,301.50 | $5,951.00 | $17,050.00 | $17,050.00 |
| Costs | $0.00 | $0.00 | $111.24 | $111.24 | $111.24 |
| Total Rock Mountain Advisory, LLC | $4,797.50 | $6,301.50 | $6,062.24 | $17,161.24 | $17,161.24 |
| | | | | | |
| **Total Professional Fees and Costs** | $4,924.10 | $7,138.70 | $6,483.84 | $18,546.64 | $18,546.64 |
| | | | | | |
| | $52,875.85 | $35,646.59 | $51,423.84 | $139,946.28 | $139,946.28 |