# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No: 1:19-cv-02594-RM-SKC

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MEDIATRIX CAPITAL, INC.,
BLUE ISLE MARKETS INC. (St. Vincent & Grenadines),
BLUE ISLE MARKETS LTD., MICHAEL S. YOUNG
MICHAEL S. STEWART, AND BRYANT SEWALL,

        Defendants,

and

MEDIATRIX CAPITAL FUND LTD., ISLAND TECHNOLOGIES LLC,
VICTORIA M. STEWART, MARIA C. YOUNG, HANNA OHONKOVA SEWALL,
MICHAEL BAKER, WALTER C. YOUNG III, ARUAL LP,
WEST BEACH LLC, SALVE REGINA TRUST, TF ALLIANCE, LLC,
CASA CONEJO LLC, HASE HAUS, LLC, DCC ISLANDS FOUNDATION,
KEYSTONE BUSINESS TRUST, WEINZEL, LLC, THE 1989 FOUNDATION,
MEDIATRIX CAPITAL, LLC, and BLUE ISLE MARKETS INC. (Cayman Islands),

        Relief Defendants,

_____

## CERTIFICATE OF SERVICE OF NOTICE OF NO ABILITY
## TO SUSTAIN A PERSONA STANDI IN JUDICIO

_____

1

On September 19, 2022, I served true copies of the following document(s) described as:

**NOTICE OF NO ABILITY TO SUSTAIN A PERSONA STANDI IN JUDICIO**

on the interested parties in this action as follows:

Defendants
Michael S. Stewart
Victoria M. Stewart
32531 N Scottsdale Rd
Suite105-155
Scottsdale, AZ 85266

Plaintiffs Counsel
Stephen C McKenna
U.S. Securities & Exchange Commission-Denver
1961 Stout Street
Byron G. Rogers Federal Building
Suite 1700

Mark Williams
U.S. Securities & Exchange Commission-Denver
1961 Stout Street
Byron G. Rogers Federal Building
Suite 1700

Sharan Lieberman
U.S. Securities & Exchange Commission-Denver
1961 Stout Street
Byron G. Rogers Federal Building
Suite 1700

BY MAIL: I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the

2

envelope for collection and mailing, following our ordinary business practices. On the same day that correspondence is placed for delivery per the court rules via electronic delivery with the U.S District Courts of Colorado.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on September 19, 2022, at Scottsdale Arizona.

_____
Michael Shawn Stewart

3