**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-02594-RM-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MEDIATRIX CAPITAL INC., et al.,

      Defendants,

And

MEDIATRIX CAPITAL FUND LTD., et al.,

      Relief Defendants.

---

## ORDER

Before the Court is the Receiver's Motion for an Order holding Defendant Michael S. Stewart in contempt of court for his failure to deliver certain motor vehicle titles to the Receiver and to account for $68,315 in rare coins.  (ECF No. 368.)  Defendant Stewart's address with the Court is 32531 North Scottsdale Road, Suite 105-155, Scottsdale, AZ 85266.

On October 11, 2022, the Court issued an Order to Show Cause (ECF No. 370), directing Defendant Stewart to show cause why the Receiver's Proposed Order should not be entered. Defendant Stewart has failed to respond, and the deadline to do so has passed.  Accordingly, and for the reasons stated in the Motion, it is hereby

ORDERED that Defendant Stewart be held in contempt of court for his failure to comply with: (1) the Court's Order appointing receiver (ECF No. 153); (ii) the Court's Order appointing

a substitute receiver (ECF No. 284); (iii) the Court's Orders to Show Cause (ECF Nos. 346, 370); (iv) the Receiver's demands for Defendant Stewart to deliver to the Receiver certain motor vehicle titles and rare coins as receivership property belonging to the receivership estate; and (v) the Receiver's discovery requests; and it is further

ORDERED that Defendant Stewart shall pay a fine in the amount of $500 per day beginning the day after entry of this Order and ending when he has purged himself of the contempt; and it is further

ORDERED that the United States Marshal arrest and detain Defendant Stewart until such time as the Court determines he has purged himself of contempt by complying with the Orders of this Court, or until further Order of this Court; and it is further

ORDERED that Defendant Stewart cease and desist preparing and serving non-responsive, irrational, unintelligible responses to communications from the Receiver and other parties in interest; and it is further

ORDERED that Defendant Stewart shall pay to the Receiver its expenses, including reasonable attorney fees, caused by his failure to comply with the Orders of this Court and deliver the receivership property to the Receiver, in an amount to be determined by this Court.

DATED this 19th day of October, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge